1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  KRISTEN A. JENSEN, State Bar #130196
   THOMAS S. LAKRITZ, State Bar #161234
3  Deputy City Attorneys
   City Hall, Room 234
4  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102
5  Telephone:     (415) 554-6547
   Facsimile:     (415) 554-4747
6  E-Mail:        tom.lakritz@sfgov.org

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12 | METRO FUEL LLC, a Delaware limited | Case No. C07-6067 JSW
   | liability company, |
13 | | **ADR CERTIFICATION BY PARTIES**
   |                         Plaintiff, | **AND COUNSEL**
14 | |
   |          vs. |
15 | |
   | CITY OF SAN FRANCISCO, a municipal |
16 | corporation, COUNTY OF SAN |
   | FRANCISCO, a subdivision of the State |
17 | of California, CITY AND COUNTY OF |
   | SAN FRANCISCO, a chartered California |
18 | city and county and DOE 1 through DOE |
   | 10, |
19 | |
   |                         Defendants. |
20

21

22

23         Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he

24 or she has:

25         (1)      Read the handbook entitled "*Dispute Resolution Procedures in the Northern District*

26 *of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies*

27 *are available from the clerk's office for parties in cases not subject to the court's Electronic Case*

28 *Filing program (ECF) under General Order 45*);

1        (2)     Discussed the available dispute resolution options provided by the Court and private

2  entities; and

3        (3)     Considered whether this case might benefit from any of the available dispute

4  resolution options.

5

6        Dated: February 15, 2008                /S/           .

7                                    JOHN RAHAIM
                                    Director, Planning Department

8

9

10       Dated: February 15, 2008                /S/           .

                                    THOMAS S. LAKRITZ
                                    Deputy City Attorney