1  PAUL E. FISHER SBN 125309
   The Law Offices of Paul E. Fisher
2  537 Newport Center Dr., #289
   Newport Beach CA 92660
3  Telephone: (949) 675-5619
   Facsimile: (949) 675-5641
4
   ATTORNEYS FOR METRO
5  FUEL LLC

6              UNITED STATES DISTRICT COURT

7         FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
   METRO FUEL LLC, a Delaware        )  Case No. CV 07 06067 JSW
9  limited liability company,        )
                                     )  Hon. Jeffrey S. White
10          Plaintiff,               )
                                     )  Dept.17
11          vs.                      )
                                     )
12 CITY OF SAN FRANCISCO, a          )  **CERTIFICATION OF**
   municipal corporation, COUNTY OF  )  **INTERESTED PARTIES**
13 SAN FRANCISCO, a subdivision of   )
   the State of California, CITY AND )
14 COUNTY OF SAN FRANCISCO, a        )
   chartered California city and county )
15 DOE 1 through DOE 10,             )
                                     )
16          Defendants.              )
                                     )
17 _____  )

18     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this

19 date, other than the named parties, there is no such interest to report.

20 Date: March 4, 2004         LAW OFFICE OF PAUL E. FISHER

21

22

23 By: _____
       PAUL E. FISHER
24     Attorneys for Plaintiff
       METRO FUEL, L.L.C.

25

26

27