IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**     **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: March 14, 2008     **Court Reporter**:  Kathy Wyatt

**CASE NO. C-07-6067  JSW**

**TITLE:**  Metro Fuel LLC v. City of San Francisco, et al.,

**COUNSEL FOR PLAINTIFF:**     **COUNSEL FOR DEFENDANT:**

Gary Grant     Thomas Lakritz

**PROCEEDINGS:**   Initial Case Management Conference

**RESULTS:**   Any motions addressing the pleadings shall be filed by 3-28-08.

**The Court will not allow a Motion for Preliminary Injunction without an Administrative Request to file.**

**Close of fact discovery:  6-23-09**

**Close of Expert discovery: 7-24-09**

**Hearing on dispositive motions:  8-21-09 at 9:00 am.**
**Cross motions for summary judgment:  counsel shall meet and confer and submit a proposed briefing schedule whereby there are 4 briefs, not 6.**

**Pretrial Conference:  9-28-09 at 2:00 p.m.**

**Jury Trial:  10-26-09 at 8:30 a.m. (10 day est.)**

**A further CMC shall be held two weeks after the order on a motion for judgment on the pleadings.**