1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  KRISTEN A. JENSEN, State Bar #130196
   THOMAS S. LAKRITZ, State Bar #161234
3  Deputy City Attorneys
   City Hall, Room 234
4  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102
5  Telephone:    (415) 554-6547
   Facsimile:    (415) 554-4747
6  E-Mail:       tom.lakritz@sfgov.org

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | METRO FUEL LLC, a Delaware limited liability company, | Case No. C07-6067 JSW |
|---|---|---|
| 13 | | **DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS** |
| 14 | Plaintiff, | |
| 15 | vs. | |
| 16 | CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county and DOE 1 through DOE 10, | Hearing Date:   June 13, 2008<br>Time:           9:00 A.M.<br>Place:          Courtroom 2, 17th Fl. |
| 17 | | |
| 18 | | Trial Date:     October 26, 2009 |
| 19 | | |
| 20 | Defendants. | |

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendant the City and County of San Francisco, sued herein as the City of San Francisco, County of San Francisco, and City and County of San Francisco (collectively, "the City" or "San Francisco") hereby requests that the Court take judicial notice of the following documents:

**Exhibit A:** San Francisco, Cal., Planning Code art. 6 (2007)

**Exhibit B:** San Francisco, Cal., Voter Information Pamphlet and Sample Ballot, Consolidated Primary Election, March 5, 2002, Proposition G

**Exhibit C:** San Francisco, Cal., Consolidated Primary Election Results, March 5, 2002, Proposition G

**Exhibit D:** San Francisco, Cal., Ordinance 140-06 (June 20, 2006) and Legislative Digest

**Exhibit E:** San Francisco, Cal., Ordinance 200-06 (July 18, 2006) and Legislative Digest

Dated:  March 28, 2008

Respectfully submitted,

DENNIS J. HERRERA
City Attorney
KRISTEN A. JENSEN
THOMAS S. LAKRITZ
Deputy City Attorneys

By:          /S/                              .
THOMAS S. LAKRITZ

Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO