# EXHIBIT C

# STATEMENT OF THE VOTE

of

# THE CITY AND COUNTY OF SAN FRANCISCO

Cast at the

**CONSOLIDATED PRIMARY ELECTION**

Held

**TUESDAY, MARCH 5, 2002**

STATE OF CALIFORNIA                         )
                                            )
CITY AND COUNTY OF SAN FRANCISCO            )

I, **TAMMY HAYGOOD, DIRECTOR OF ELECTIONS** for the City and County of San Francisco, do hereby certify that within is a true and correct Statement of the Result of Votes Cast in the City and County of San Francisco at the Consolidated Primary Election held on March 5th, 2002, as determined by the official canvass of the returns of said Election.

WITNESS my hand and official seal this 2nd day of April, 2002.

TAMMY HAYGOOD

Director of Elections

SUMMARY REPORT

RUN DATE:04/02/02 02:06 PM

SAN FRANCISCO
CONSOLIOATEO PRIMARY ELECTION
MARCH 5, 2002

OFFICAL RESULTS

REPORT-EL45     PAG

VOTES PERCENT

PROPOSITION G
   (WITH 659 OF 659 PRECINCTS COUNTED)
| | VOTES | PERCENT |
|---|---|---|
| YES | 108,988 | 79.14 |
| NO. | 28,736 | 20.86 |