1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  KRISTEN A. JENSEN, State Bar #130196
   THOMAS S. LAKRITZ, State Bar #161234
3  Deputy City Attorneys
   City Hall, Room 234
4  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102
5  Telephone:    (415) 554-6547
   Facsimile:    (415) 554-4747
6  E-Mail:       tom.lakritz@sfgov.org

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12 | METRO FUEL LLC, a Delaware limited        | Case No. C07-6067 JSW
   | liability company,                        |
13 |                                           | **[PROPOSED] ORDER GRANTING
   |         Plaintiff,                        | DEFENDANT CITY AND COUNTY OF
14 |                                           | SAN FRANCISCO'S MOTION FOR
   |     vs.                                   | JUDGMENT ON THE PLEADINGS**
15 |                                           | Fed. R. Civ. P. 12(c)
   | CITY OF SAN FRANCISCO, a municipal        |
16 | corporation, COUNTY OF SAN                |
   | FRANCISCO, a subdivision of the State     |
17 | of California, CITY AND COUNTY OF         |
   | SAN FRANCISCO, a chartered California     |
18 | city and county and DOE 1 through DOE     |
   | 10,                                       |
19 |                                           |
   |         Defendants.                       |
20

21

22    Defendant City and County of San Francisco's Motion for Judgment on Pleadings came on

23 regular hearing before the Court on June 13, 2008.  Paul Fisher appeared on behalf of Plaintiff Metro

24 Fuel LLC ("Metro Fuel").  Deputy City Attorney Thomas S. Lakritz appeared on behalf of the City

25 and County of San Francisco ("the City").

26    After considering the papers submitted by the parties and the arguments of counsel, the Court

27 grants the City's motion.

28

[PROPOSED] ORDER GRANTING DEFT'S MJP      1          n:\land\li2008\080804\00475176.doc
USDC No. C07-6067 JSW

1     Metro Fuel's claim that San Francisco Planning Code, Article 6 violates the First Amendment fails, because the City may ban commercial advertising when the ban is based on esthetics and pedestrian and driver safety.  *See Metromedia v. City of San Diego,* 453 U.S. 490 (1981).

    Metro Fuel's claim that the inventory requirements of San Francisco Planning Code section 604.2 violate the Fifth Amendment right against self-incrimination fails, because as a business organization Metro Fuel does not enjoy the constitutional privilege against self-incrimination encompassed by the 5th Amendment.  *See California Bankers Ass'n v. Shultz,* 416 U.S. 21, 55 (1974); *United States v. White,* 322 U.S. 694, 698 (1944).

    Metro Fuel's 42 U.S.C. § 1983 claim is time barred.  Metro Fuel did not initiate this lawsuit by March 5, 2003, which is one year after the adoption of Proposition G.  Nor did Metro Fuel allege any acts that occurred since November 30, 2005, that might give rise to a cause of action against the City.  Furthermore, San Francisco's ban on new general advertising signs is rationally related to a legitimate government interest.  *See Posadas de Puerto Rico Associates v. Tourism Company of Puerto Rico,* 478 U.S. 328, 344 fn.9 (1986).  Finally, Metro Fuel's procedural due process claim fails, because Metro Fuel does not have a vested right in erecting any new general advertising signs in San Francisco.  *See Outdoor Media Group, Inc. v. City of Beaumont*, 506 F.3d 895, 902-903 (9th Cir. 2007).

Dated:

                          HONORABLE JEFFREY S. WHITE
                          Judge of the U.S. District Court