IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

METRO FUEL LLC,

    Plaintiff,

v.

CITY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 07-06067 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR JUDGMENT ON THE PLEADINGS**

This matter is set for a hearing on June 13, 2008 on Defendant City and County of San Francisco's motion to for judgment on the pleadings. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than April 7, 2008 and a reply brief shall be filed by no later than April 14, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: March 31, 2008

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE