1  PAUL E. FISHER SBN 125309
   The Law Offices of Paul E. Fisher
2  537 Newport Center Dr., #289
   Newport Beach CA 92660
3  Telephone: (949) 675-5619
   Facsimile: (949) 675-5641
4
   ATTORNEYS FOR METRO
5  FUEL LLC

6  DENNIS J. HERRERA SBN 139669
   City Attorney
7  KRISTEN A. JENSEN SBN 130196
   THOMAS S. LAKRITZ SBN 161234
8  Deputy City Attorneys
   City Hall, Room 234
9  1 Dr. Carlton B. Goodlet Place
   San Francisco CA 94102
10 Telephone: (415) 554-6547
   Facsimile: (415) 554-4747
11
   ATTORNEYS FOR DEFENDANTS
12 CITY AND COUNTY OF SAN FRANCISCO

13
                    UNITED STATES DISTRICT COURT
14
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16 | METRO FUEL LLC, a Delaware        ) Case No. CV 07 06067 JSW
   | limited liability company,         )
17 |                                    ) Hon. Jeffrey S. White
   |        Plaintiff,                  )
18 |                                    ) Dept. 17
   |   vs.                              )
19 |                                    )
   | CITY OF SAN FRANCISCO, a           ) **STIPULATION AND [PROPOSED]**
20 | municipal corporation, COUNTY OF   ) **ORDER RE BRIEFING SCHEDULE**
   | SAN FRANCISCO, a subdivision of    ) **ON PLAINTIFF'S MOTION FOR**
21 | the State of California, CITY AND  ) **JUDGMENT ON THE PLEADINGS**
   | COUNTY OF SAN FRANCISCO, a         )
22 | chartered California city and county and )
   | DOE 1 through DOE 10,              )
23 |                                    )
   |        Defendants.                 )
24 |_____)

25 //

26 ///

27

                                                          **STIPULATION**

1   Plaintiff's counsel is scheduled to commence a four day jury trial in
2   Los Angeles Superior Court in case no. BC 362213 on April 1, 2008. In
3   addition, Plaintiff's last day to file an opposition to the summary judgment
4   motion pending in USDC Central District case no. cv-07-00159 is April 7,
5   2008. In addition to that, the City of Los Angeles has scheduled a hearing
6   for April 7 at 10:00 a.m. on its motion to amend the scheduling order issued
7   in USDC Central District case no. cv-07-00238. Finally, Plaintiff has until
8   April 14, 2008 to file Appellant's Opening Brief in California Court of
9   Appeals Court Case No. B199008 concerning a trial that lasted 31 days.
10   Defendant's counsel is scheduled to be in Washington, D.C. for work
11  related hearings for an entire week commencing on April 7, 2008 and
12  concluding on April 11, 2008. In addition to the foregoing, defense counsel
13  is scheduled to be on a prepaid vacation from April 28, 2008 through, May
14  2, 2008, returning to the office on May 5, 2008. .
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///

**STIPULATION**

1  Based on the foregoing, counsel wish to stipulate that the Plaintiff's
2  opposition brief to the City's current motion for judgment on the pleadings
3  be extended to April 28, 2008 and the City's reply brief to May 12, 2008.

4  Date: April 3, 2008                LAW OFFICE OF PAUL E. FISHER

6                                     By: /s/ Paul E. Fisher
7                                        PAUL E. FISHER
                                       Attorneys for Plaintiff
8                                      METRO LIGHTS, L.L.C.

9  Date: April 3, 2008                Dennis J. Herrera, City Attorney
10                                     Kristen A. Jensen
                                       Thomas S. Lakritz
11

12                                     By: /s/ Thomas S. Lakritz
13                                        THOMAS S. LAKRITZ
                                       Attorneys for Defendant
14                                     CITY AND COUNTY OF SAN
                                       FRANCISCO
15

16 **IT IS SO ORDERED:**

17

18

19

20 Date:_____. 2008
                                       _____
21                                     JEFFREY S. WHITE
                                       U.S. DISTRICT JUDGE
22

23

24

25

26

27

**STIPULATION**