PAUL E. FISHER SBN 125309
The Law Offices of Paul E. Fisher
537 Newport Center Dr., #289
Newport Beach CA 92660
Telephone: (949) 675-5619
Facsimile: (949) 675-5641

ATTORNEYS FOR METRO
FUEL LLC

DENNIS J. HERRERA  SBN 139669
City Attorney
KRISTEN A. JENSEN  SBN 130196
THOMAS S. LAKRITZ  SBN 161234
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlet Place
San Francisco CA 94102
Telephone: (415) 554-6547
Facsimile: (415) 554-4747

ATTORNEYS FOR DEFENDANTS
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

METRO FUEL LLC, a Delaware limited liability company,

      Plaintiff,

      vs.

CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county and DOE 1 through DOE 10,

      Defendants.

Case No. CV 07 06067 JSW

Hon. Jeffrey S. White

Dept.17

**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS**

//

///

**STIPULATION**

1    Plaintiff's counsel is scheduled to commence a four day jury trial in

2  Los Angeles Superior Court in case no. BC 362213 on April 1, 2008.  In

3  addition, Plaintiff's last day to file an opposition to the summary judgment

4  motion pending in USDC Central District case no. cv-07-00159 is April 7,

5  2008.  In addition to that, the City of Los Angeles has scheduled a hearing

6  for April 7 at 10:00 a.m. on its motion to amend the scheduling order issued

7  in USDC Central District case no. cv-07-00238.  Finally, Plaintiff has until

8  April 14, 2008 to file Appellant's Opening Brief in California Court of

9  Appeals Court Case No.  B199008 concerning a trial that lasted 31 days.

10    Defendant's counsel is scheduled to be in Washington, D.C. for work

11  related hearings for an entire week commencing on April 7, 2008 and

12  concluding on April 11, 2008. In addition to the foregoing, defense counsel

13  is scheduled to be on a prepaid vacation from April 28, 2008 through, May

14  2, 2008, returning to the office on May 5, 2008. .

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26

27

**STIPULATION**

1         Based on the foregoing, counsel wish to stipulate that the Plaintiff's

2    opposition brief to the City's current motion for judgment on the pleadings

3    be extended to April 28, 2008 and the City's reply brief to May 12, 2008.

4    Date:  April 3, 2008          LAW OFFICE OF PAUL E. FISHER

5

6                                 By: _____

7                                   PAUL E. FISHER

                                  Attorneys for Plaintiff

8                                 METRO LIGHTS, L.L.C.

9    Date:  April 3, 2008          Dennis J. Herrera, City Attorney

10                                  Kristen A. Jensen
                                   Thomas S. Lakritz

11

12                                 By: _____

13                                   THOMAS S. LAKRITZ
                                   Attorneys for Defendant

14                                 CITY AND COUNTY OF SAN
                                   FRANCISCO

15

16   **IT IS SO ORDERED:**

17

18

19

20   Date:____April 3____. 2008

21                                 JEFFREY S. WHITE
                                   U.S. DISTRICT JUDGE

22

23

24

25

26

27

                                               **STIPULATION**