1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  KRISTEN A. JENSEN, State Bar #130196
   THOMAS S. LAKRITZ, State Bar #161234
3  Deputy City Attorneys
   City Hall, Room 234
4  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102
5  Telephone:    (415) 554-6547
   Facsimile:    (415) 554-4747
6  E-Mail:       tom.lakritz@sfgov.org

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  | METRO FUEL LLC, a Delaware limited liability company, | Case No. C07-6067 JSW |
13  | | **STIPULATION AND PROPOSED ORDER** |
    | Plaintiff, | |
14  | | |
    | vs. | |
15  | | |
    | CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county and DOE 1 through DOE 10, | |
16
17
18
19  | | |
    | Defendants. | |
20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order                                    n:\land\li2008\080804\00478648.doc
USDC No. C07-6067 JSW

1   WHEREAS, Emery Celli Brinckerhoff & Abady LLP has been retained to represent Plaintiff
2   Metro Fuel LLC as co-counsel to The Law Office of Paul E. Fisher; and

3   WHEREAS, Eric Hecker, Esq., a partner at Emery Celli Brinckerhoff & Abady LLP, has
4   moved for admission pro hac vice in this action and will formally appear when such application is
5   granted; and

6   WHEREAS, counsel for Plaintiff Metro Fuel LLC have reviewed the Motion for Judgment on
7   the Pleadings filed by Defendant City and County of San Francisco; and

8   WHEREAS, having reviewed the Motion for Judgment on the Pleadings, counsel for Plaintiff
9   Metro Fuel LLC wish to file an Amended Complaint in order to narrow, focus, and refine the issues
10  presented in this litigation; and

11  WHEREAS, the parties mutually desire for Plaintiff to have the opportunity to file an
12  Amended Complaint, for Defendant to have the opportunity to file a Motion to Dismiss or other
13  pleading, and for the parties to do so in a manner that does not substantially change the briefing
14  schedule previously approved by the Court; and

15  WHEREAS, Deputy City Attorney Thomas S. Lakritz, counsel for Defendant, is scheduled to
16  be on a prepaid vacation from April 28, 2008, through May 2, 2008, returning to the office on May 5,
17  2008; and

18  WHEREAS, Mr. Hecker (who was not retained by Plaintiff until after the prior Scheduling
19  Order was issued) has a prior commitment that will preclude his ability to attend the hearing presently
20  scheduled for June 13, 2008;

21  NOW, THEREFORE, it is hereby STIPULATED, AGREED, and ORDERED as follows:

22  1. Plaintiff shall serve Defendant with a putative an Amended Complaint on or before April
23  17, 2008, and shall file the same with the Court promptly after this Stipulation and Proposed Order is
24  approved by the Court.

25  2. Defendant shall file a revised Motion to Dismiss or other responsive pleading on or before
26  May 9, 2008.

27  3. Plaintiff shall file its opposition to Defendant's motion on or before May 23, 2008.

28

4. Defendant shall file its reply in further support of its motion on or before June 2, 2008.

5. The hearing previously scheduled for June 13, 2008, is continued until June 20, 2008.

DATED: April 17, 2008          DENNIS J. HERRERA
City Attorney
KRISTEN A. JENSEN
THOMAS S. LAKRITZ
Deputy City Attorneys

By: /s/ .
THOMAS S. LAKRITZ

Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO

DATED: April 17, 2008          LAW OFFICES OF PAUL E. FISHER

By: /s/ .
PAUL E. FISHER

Attorneys for Plaintiff METRO FUEL, LLC

IT IS SO ORDERED:

DATED:_____ By:_____
THE HONORABLE JEFFREY S. WHITE