DENNIS J. HERRERA, State Bar #139669
City Attorney
KRISTEN A. JENSEN, State Bar #130196
THOMAS S. LAKRITZ, State Bar #161234
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102
Telephone:     (415) 554-6547
Facsimile:      (415) 554-4747
E-Mail:          tom.lakritz@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRO FUEL LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county and DOE 1 through DOE 10,<br><br>Defendants. | Case No. C07-6067 JSW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER** |

1  WHEREAS, Emery Celli Brinckerhoff & Abady LLP has been retained to represent Plaintiff Metro Fuel LLC as co-counsel to The Law Office of Paul E. Fisher; and

WHEREAS, Eric Hecker, Esq., a partner at Emery Celli Brinckerhoff & Abady LLP, has moved for admission pro hac vice in this action and will formally appear when such application is granted; and

WHEREAS, counsel for Plaintiff Metro Fuel LLC have reviewed the Motion for Judgment on the Pleadings filed by Defendant City and County of San Francisco; and

WHEREAS, having reviewed the Motion for Judgment on the Pleadings, counsel for Plaintiff Metro Fuel LLC wish to file an Amended Complaint in order to narrow, focus, and refine the issues presented in this litigation; and

WHEREAS, the parties mutually desire for Plaintiff to have the opportunity to file an Amended Complaint, for Defendant to have the opportunity to file a Motion to Dismiss or other pleading, and for the parties to do so in a manner that does not substantially change the briefing schedule previously approved by the Court; and

WHEREAS, Deputy City Attorney Thomas S. Lakritz, counsel for Defendant, is scheduled to be on a prepaid vacation from April 28, 2008, through May 2, 2008, returning to the office on May 5, 2008; and

WHEREAS, Mr. Hecker (who was not retained by Plaintiff until after the prior Scheduling Order was issued) has a prior commitment that will preclude his ability to attend the hearing presently scheduled for June 13, 2008;

NOW, THEREFORE, it is hereby STIPULATED, AGREED, and ORDERED as follows:

1. Plaintiff shall serve Defendant with a putative an Amended Complaint on or before April 17, 2008, and shall file the same with the Court promptly after this Stipulation and Proposed Order is approved by the Court.

2. Defendant shall file a revised Motion to Dismiss or other responsive pleading on or before May 9, 2008.

3. Plaintiff shall file its opposition to Defendant's motion on or before May 23, 2008.

1    4. Defendant shall file its reply in further support of its motion on or before June 2, 2008.

2    5. The hearing previously scheduled for June 13, 2008, is continued until June 20, 2008.

DATED:  April 17, 2008           DENNIS J. HERRERA
                                 City Attorney
                                 KRISTEN A. JENSEN
                                 THOMAS S. LAKRITZ
                                 Deputy City Attorneys

                                 By:      /s/                          .
                                    THOMAS S. LAKRITZ

                                 Attorneys for Defendant CITY AND COUNTY OF
                                 SAN FRANCISCO

DATED:  April 17, 2008           LAW OFFICES OF PAUL E. FISHER

                                 By:      /s/                          .
                                    PAUL E. FISHER

                                 Attorneys for Plaintiff METRO FUEL, LLC

    IT IS SO ORDERED:

DATED:  April 17, 2008      By:   /s/ Jeffrey S. White
                                  THE HONORABLE JEFFREY S. WHITE