Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Metro Fuel, L.L.C., a Delaware limited liability company,

           Plaintiff(s),

v.

CITY OF SAN FRANCISCO et al.

           Defendant(s).

CASE NO. 07 CV 06067 (JSW)

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Eric Hecker, Esq. , an active member in good standing of the bar of _____ (particular court to which applicant is admitted) whose business address and telephone number is Emery Celli Brinckerhoff & Abady LLP, 75 Rockefeller Plaza, 20th Floor, New York, NY 10019 (212) 763-5000

_____ , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: APR 22 2008

United States District Judge