1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  KRISTEN A. JENSEN, State Bar #130196
   THOMAS S. LAKRITZ, State Bar #161234
3  VICTORIA WONG, State Bar #214289
   Deputy City Attorneys
4  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
5  San Francisco, California 94102
   Telephone:   (415) 554-6547
6  Facsimile:   (415) 554-4747
   E-Mail:      tom.lakritz@sfgov.org

7
   Attorneys for Defendant
8  CITY AND COUNTY OF SAN FRANCISCO

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  METRO FUEL LLC, a Delaware limited liability company, | Case No. C07-6067 JSW |
| 14              Plaintiff, | **STIPULATION AND PROPOSED ORDER** |
| 15        vs. | |
| 16  CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county and DOE 1 through DOE 10, | |
| 20              Defendants. | |

21

22

23

24

25

26

27

28

1   WHEREAS, on April 17, 2008, the parties filed a stipulation and proposed order giving
2 Plaintiff Metro Fuel LLC an opportunity to file an Amended Complaint and setting a briefing and
3 argument schedule for Defendant City and County of San Francisco to file a Motion to Dismiss; and
4   WHEREAS, on April 17, 2008, the Court adopted the parties' proposed order, and
5   WHEREAS, Defendant City and County of San Francisco's Motion to Dismiss is currently
6 due on Friday, May 9, 2008, and the hearing is set for June 20, 2008, and
7   WHEREAS, the United States Court of Appeals for the Ninth Circuit recently scheduled oral
8 argument for June 4, 2008, at 9:00 a.m., in Pasadena, California, in *Metro Lights, L.L.C. v. City of*
9 *Los Angeles,* 488 F.Supp.2d 927 (C.D. Cal. 2006), *appeal docketed*, No. 07-55179 (9th Cir. Feb. 1,
10 2007) and *Metro Lights, L.L.C. v. City of Los Angeles* No. 04-1037, 2006 WL 4941839 (C.D. Cal.
11 Nov. 3, 2006), *appeal docketed*, No. 07-55207 (9th Cir. Feb. 9, 2007); and
12   WHEREAS, Plaintiff Metro Fuel LLC and Defendant City and County of San Francisco
13 believe that the issues under consideration in the two appeals mentioned above are close to the issues
14 involved in this litigation; and
15   WHEREAS, the parties mutually believe that because of the closeness of the issues involved
16 it would be prudent and efficient for the parties and for the Court to stay the present litigation until
17 the Ninth Circuit resolves the two appeals; and
18   WHEREAS, Plaintiff Metro Fuel LLC is only willing to stay the present litigation provided
19 that Defendant City and County of San Francisco agrees to stay enforcement of the local ordinances
20 at issue in the present litigation with respect to the signs at issue in this litigation; and
21   WHEREAS, the parties agree to work in good faith to negotiate the terms of an appropriate
22 stay of enforcement of the local ordinances during the pendency of the present litigation; and
23   WHEREAS, the parties agree to file a joint statement by May 23, 2008, informing the Court
24 of the status of the negotiations on the stay of enforcement; and
25   WHEREAS, the parties agree that the Court's April 17, 2008 order setting a briefing schedule
26 on Defendant City and County of San Francisco's motion to dismiss should be vacated and new dates
27 should be determined after the parties file their joint statement by May 23, 2008; and
28   NOW, THEREFORE, it is hereby STIPULATED and AGREED as follows:

1. The Court's April 17, 2008 order setting a briefing schedule on Defendant City and County of San Francisco's Motion to Dismiss is vacated.

2. The parties shall file a joint statement by May 23, 2008, informing the Court of the status of the negotiations and either (a) proposing that the litigation be stayed pending a decision by the Ninth Circuit or (b) proposing further dates, if necessary, for the briefing of Defendant City and County of San Francisco's motion to dismiss.

DATED: May 8, 2008                    DENNIS J. HERRERA
                                      City Attorney


                                      By:      /s/                    .
                                         THOMAS S. LAKRITZ

                                      Attorneys for Defendant CITY AND COUNTY OF
                                      SAN FRANCISCO


DATED: May 8, 2008                    EMERY CELLI BRINCKERHOFF & ABADY LLP


                                      By:      /s/                    .
                                         ERIC HECKER

                                      Attorneys for Plaintiff METRO FUEL, LLC


IT IS SO ORDERED:


DATED:_____    By:_____
                             THE HONORABLE JEFFREY S. WHITE