DENNIS J. HERRERA, State Bar #139669
City Attorney
KRISTEN A. JENSEN, State Bar #130196
THOMAS S. LAKRITZ, State Bar #161234
VICTORIA WONG, State Bar #214289
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102
Telephone:     (415) 554-6547
Facsimile:      (415) 554-4747
E-Mail:          tom.lakritz@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRO FUEL LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county and DOE 1 through DOE 10,<br><br>    Defendants. | Case No. C07-6067 JSW<br><br>**JOINT STATUS STATEMENT AND PROPOSED ORDER** |

WHEREAS, on May 8, 2008, the parties filed a stipulation and proposed order informing the Court that the parties were exploring a stay of the present litigation (Plaintiff Metro Fuel's agreement to stay the litigation was conditioned on Defendant City and County of San Francisco's agreement to stay enforcement of local ordinances at issue in the present litigation); and

WHEREAS, on May 9, 2008, the Court adopted the parties' proposed order and vacated the Court's April 17, 2008 order setting a briefing schedule on Defendant City and County of San Francisco's Motion to Dismiss and the June 20, 2008 hearing date; and

WHEREAS, since May 9, 2008, the parties have conducted extensive negotiations in an attempt to reach an agreement on staying enforcement of local ordinances at issue in the present litigation.  Unfortunately, the parties have not been able to reach an agreement as of yet.  The parties will continue to meet and confer in hopes of reaching such an agreement; and

WHEREAS, if the parties cannot reach an agreement, Defendant City and County of San Francisco will file an Answer to Plaintiff Metro Fuel's Amended Complaint and Demand for Jury Trial by Friday, May 30, 2008; and

WHEREAS, after Defendant City and County of San Francisco files its Answer, the parties will meet and confer on Rule 26 initial disclosures and an expedited discovery schedule; and

WHEREAS, the parties will file a joint status statement on June 6, 2008, proposing an expedited discovery schedule; and

NOW, THEREFORE, it is hereby STIPULATED and AGREED as follows:

1. If the parties cannot reach an agreement on a proposal to stay pending a decision by the Ninth Circuit in *Metro Lights, L.L.C. v. City of Los Angeles,* 488 F.Supp.2d 927 (C.D. Cal. 2006), *appeal docketed*, No. 07-55179 (9th Cir. Feb. 1, 2007) and *Metro Lights, L.L.C. v. City of Los Angeles* No. 04-1037, 2006 WL 4941839 (C.D. Cal. Nov. 3, 2006), *appeal docketed*, No. 07-55207 (9th Cir. Feb. 9, 2007), Defendant City and County of San Francisco will file an Answer to Plaintiff Metro Fuel's Amended Complaint and Demand for Jury Trial by Friday, May 30, 2008; and

/ / /

/ / /

/ / /

1    2.    The parties shall file a joint statement by June 6, 2008, proposing an expedited
2 discovery schedule.

4 DATED: May 23, 2008                DENNIS J. HERRERA
                                     City Attorney

                                     By:      /s/                    .
                                        THOMAS S. LAKRITZ

                                     Attorneys for Defendant CITY AND COUNTY OF
                                     SAN FRANCISCO


11 DATED: May 23, 2008               EMERY CELLI BRINCKERHOFF & ABADY LLP

                                     By:      /s/                    .
                                        ERIC HECKER

                                     Attorneys for Plaintiff METRO FUEL, LLC


        IT IS SO ORDERED:


   DATED:_____   By:_____
                                     THE HONORABLE JEFFREY S. WHITE