1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  KRISTEN A. JENSEN, State Bar #130196
   THOMAS S. LAKRITZ, State Bar #161234
3  VICTORIA WONG, State Bar #214289
   Deputy City Attorneys
4  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
5  San Francisco, California 94102
   Telephone:    (415) 554-6547
6  Facsimile:    (415) 554-4747
   E-Mail:       tom.lakritz@sfgov.org
7
   Attorneys for Defendant
8  CITY AND COUNTY OF SAN FRANCISCO

9
10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| METRO FUEL LLC, a Delaware limited liability company,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county and DOE 1 through DOE 10,<br><br>  Defendants. | Case No. C07-6067 JSW<br><br>**STIPULATION AND PROPOSED ORDER** |

1  WHEREAS, on May 8, 2008, the parties filed a stipulation and proposed order informing the Court that the parties were exploring a stay of the present litigation (Plaintiff Metro Fuel's agreement to stay the litigation was conditioned on Defendant City and County of San Francisco's agreement to stay enforcement of local ordinances at issue in the present litigation); and

WHEREAS, on May 9, 2008, the Court adopted the parties' proposed order and vacated the Court's April 17, 2008 order setting a briefing schedule on Defendant City and County of San Francisco's Motion to Dismiss and the June 20, 2008 hearing date; and

WHEREAS, since May 9, 2008, the parties have conducted extensive negotiations in an attempt to reach an agreement on staying enforcement of local ordinances at issue in the present litigation. Unfortunately, were no able to reach an agreement by May 23, 2008; and

WHEREAS, on May 23, 2008, the parties filed a stipulation and proposed order informing the Court that the parties were exploring a stay of the present litigation; and

WHEREAS, Defendant City and County of San Francisco fled an Answer to Plaintiff Metro Fuel's Amended Complaint and Demand for Jury Trial by Friday, May 30, 2008; and

WHEREAS, counsel for Plaintiff Metro Fuel and the City Attorney's Office have agreed upon the terms of proposal to stay the present litigation pending a decision by the Ninth Circuit in *Metro Lights, L.L.C. v. City of Los Angeles,* 488 F.Supp.2d 927 (C.D. Cal. 2006), *appeal docketed*, No. 07-55179 (9th Cir. Feb. 1, 2007) and *Metro Lights, L.L.C. v. City of Los Angeles* No. 04-1037, 2006 WL 4941839 (C.D. Cal. Nov. 3, 2006), *appeal docketed*, No. 07-55207 (9th Cir. Feb. 9, 2007), which includes the City and County of San Francisco's agreement to stay enforcement of local ordinances at issue in the present litigation; and

WHEREAS, counsel for Plaintiff Metro Fuel and the City Attorney's Office need to obtain approval of the proposal to stay the litigation from their respective clients. Counsel for Plaintiff Metro Fuel and the City Attorney's Office will notify the Court no later than Wednesday, June 11, 2008, that their respective clients have approved the proposal to stay the litigation.

/ / /

/ / /

/ / /

NOW, THEREFORE, it is hereby STIPULATED and AGREED as follows:

1. The parties shall file a joint statement by June 11, 2008, informing the Court whether they have agreed to a stay of this litigation.

DATED: June 6, 2008          DENNIS J. HERRERA
                             City Attorney

                             By:      /s/                        .
                                 THOMAS S. LAKRITZ

                             Attorneys for Defendant CITY AND COUNTY OF
                             SAN FRANCISCO

DATED: June 6, 2008          EMERY CELLI BRINCKERHOFF & ABADY LLP

                             By:      /s/                        .
                                 ERIC HECKER

                             Attorneys for Plaintiff METRO FUEL, LLC

IT IS SO ORDERED:

DATED:_____   By:_____
                             THE HONORABLE JEFFREY S. WHITE