DENNIS J. HERRERA, State Bar #139669
City Attorney
KRISTEN A. JENSEN, State Bar #130196
THOMAS S. LAKRITZ, State Bar #161234
VICTORIA WONG, State Bar #214289
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102
Telephone:     (415) 554-6547
Facsimile:      (415) 554-4747
E-Mail:          tom.lakritz@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRO FUEL LLC, a Delaware limited liability company,<br><br>           Plaintiff,<br><br>     vs.<br><br>CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county and DOE 1 through DOE 10,<br><br>           Defendants. | Case No. C07-6067 JSW<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER** |

1   WHEREAS, on May 8, 2008, the parties filed a stipulation and proposed order informing the
2   Court that the parties were exploring a stay of the present litigation (Plaintiff Metro Fuel's agreement
3   to stay the litigation was conditioned on Defendant City and County of San Francisco's agreement to
4   stay enforcement of local ordinances at issue in the present litigation); and

5   WHEREAS, on May 9, 2008, the Court adopted the parties' proposed order and vacated the
6   Court's April 17, 2008 order setting a briefing schedule on Defendant City and County of San
7   Francisco's Motion to Dismiss and the June 20, 2008 hearing date; and

8   WHEREAS, since May 9, 2008, the parties have conducted extensive negotiations in an
9   attempt to reach an agreement on staying enforcement of local ordinances at issue in the present
10  litigation.  Unfortunately, were no able to reach an agreement by May 23, 2008; and

11  WHEREAS, on May 23, 2008, the parties filed a stipulation and proposed order informing the
12  Court that the parties were exploring a stay of the present litigation; and

13  WHEREAS, Defendant City and County of San Francisco fled an Answer to Plaintiff Metro
14  Fuel's Amended Complaint and Demand for Jury Trial by Friday, May 30, 2008; and

15  WHEREAS, counsel for Plaintiff Metro Fuel and the City Attorney's Office have agreed upon
16  the terms of proposal to stay the present litigation pending a decision by the Ninth Circuit in *Metro*
17  *Lights, L.L.C. v. City of Los Angeles,* 488 F.Supp.2d 927 (C.D. Cal. 2006), *appeal docketed*, No. 07-
18  55179 (9th Cir. Feb. 1, 2007) and *Metro Lights, L.L.C. v. City of Los Angeles* No. 04-1037, 2006 WL
19  4941839 (C.D. Cal. Nov. 3, 2006), *appeal docketed*, No. 07-55207 (9th Cir. Feb. 9, 2007), which
20  includes the City and County of San Francisco's agreement to stay enforcement of local ordinances at
21  issue in the present litigation; and

22  WHEREAS, counsel for Plaintiff Metro Fuel and the City Attorney's Office need to obtain
23  approval of the proposal to stay the litigation from their respective clients.  Counsel for Plaintiff
24  Metro Fuel and the City Attorney's Office will notify the Court no later than Wednesday, June 11,
25  2008, that their respective clients have approved the proposal to stay the litigation.
26  / / /
27  / / /
28  / / /

1  NOW, THEREFORE, it is hereby STIPULATED and AGREED as follows:

2      1.    The parties shall file a joint statement by June 11, 2008, informing the Court whether
3  they have agreed to a stay of this litigation.

6  DATED: June 6, 2008          DENNIS J. HERRERA
                                      City Attorney

                                      By:    /s/    .
                                           THOMAS S. LAKRITZ

                                      Attorneys for Defendant CITY AND COUNTY OF
                                      SAN FRANCISCO

13  DATED: June 6, 2008          EMERY CELLI BRINCKERHOFF & ABADY LLP

                                      By:    /s/    .
                                           ERIC HECKER

                                      Attorneys for Plaintiff METRO FUEL, LLC

IT IS SO ORDERED:

DATED: June 9, 2008          By: *Jeffrey S. White*
                                          THE HONORABLE JEFFREY S. WHITE