DENNIS J. HERRERA, State Bar #139669
City Attorney
KRISTEN A. JENSEN, State Bar #130196
THOMAS S. LAKRITZ, State Bar #161234
VICTORIA WONG, State Bar #214289
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102
Telephone:    (415) 554-6547
Facsimile:    (415) 554-4747
E-Mail:       tom.lakritz@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRO FUEL LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county and DOE 1 through DOE 10,<br><br>Defendants. | Case No. C07-6067 JSW<br><br>**STIPULATION AND PROPOSED ORDER** |

1    WHEREAS, on June 6, 2008, the parties filed a stipulation and proposed order informing the
2 Court that counsel for Plaintiff Metro Fuel and the City Attorney's Office had agreed upon the terms
3 of proposal to stay the present litigation pending a decision by the Ninth Circuit in *Metro Lights,*
4 *L.L.C. v. City of Los Angeles,* 488 F. Supp. 2d 927 (C.D. Cal. 2006), *appeal docketed*, No. 07-55179
5 (9th Cir. Feb. 1, 2007) and *Metro Lights, L.L.C. v. City of Los Angeles* No. 04-1037, 2006 WL
6 4941839 (C.D. Cal. Nov. 3, 2006), *appeal docketed*, No. 07-55207 (9th Cir. Feb. 9, 2007), which was
7 to include the City and County of San Francisco's agreement to stay enforcement of local ordinances
8 at issue in the present litigation; and

10    WHEREAS, the parties' June 6, 2008 stipulation also stated that counsel for Plaintiff Metro
11 Fuel and the City Attorney's Office needed to obtain approval of the proposal to stay the litigation
12 from their respective clients, and that the counsel for parties would notify the Court no later than
13 Wednesday, June 11, 2008, whether their respective clients have approved the proposal to stay the
14 litigation; and

16    WHEREAS, despite extensive, good-faith negotiations, the parties unfortunately have been
17 unable to finalize a mutually acceptable agreement to stay enforcement of the local ordinances at
18 issue in the present litigation; and

20    WHEREAS, the parties mutually agree that it would be helpful for the Court to hold a Case
21 Management Conference either on Friday, June 20, 2008 at 1:30 p.m. or as soon thereafter as is
22 convenient for the Court (counsel for both sides being unavailable on Friday, June 13) to discuss,
23 among other things, the schedule for Plaintiff's contemplated motion for a preliminary injunction, the
24 schedule for an administrative motion seeking leave to file such motion, and the extent to which
25 discovery should proceed in advance of such motion and while such motion is pending;
26 / / /
27 / / /
28

NOW, THEREFORE, it is hereby STIPULATED, AGREED, and ORDERED as follows:

1. The parties in this action are hereby ordered to appear for a status conference on Friday, _____, 2008 at 1:30 p.m.

DATED: June 11, 2008　　　　　　　　　　DENNIS J. HERRERA
　　　　　　　　　　　　　　　　　　　　City Attorney

　　　　　　　　　　　　　　　　　　　　By: _____/s/_____.
　　　　　　　　　　　　　　　　　　　　　　THOMAS S. LAKRITZ

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO

DATED: June 11, 2008　　　　　　　　　　EMERY CELLI BRINCKERHOFF & ABADY LLP

　　　　　　　　　　　　　　　　　　　　By: _____/s/_____.
　　　　　　　　　　　　　　　　　　　　　　ERIC HECKER

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff METRO FUEL, LLC

IT IS SO ORDERED:

DATED:_____　By:_____
　　　　　　　　　　　　　　　　　THE HONORABLE JEFFREY S. WHITE