1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  KRISTEN A. JENSEN, State Bar #130196
   THOMAS S. LAKRITZ, State Bar #161234
3  VICTORIA WONG, State Bar #214289
   Deputy City Attorneys
4  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
5  San Francisco, California 94102
   Telephone:    (415) 554-6547
6  Facsimile:    (415) 554-4747
   E-Mail:        tom.lakritz@sfgov.org
7
   Attorneys for Defendant
8  CITY AND COUNTY OF SAN FRANCISCO

9

10               UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13  METRO FUEL LLC, a Delaware limited       Case No. C07-6067 JSW
    liability company,
14                                            **STIPULATION AND ~~PROPOSED~~**
                 Plaintiff,                   **ORDER**
15
          vs.
16
    CITY OF SAN FRANCISCO, a municipal
17  corporation, COUNTY OF SAN
    FRANCISCO, a subdivision of the State
18  of California, CITY AND COUNTY OF
    SAN FRANCISCO, a chartered California
19  city and county and DOE 1 through DOE
    10,
20
                 Defendants.
21

22

23

24

25

26

27

28

Stipulation and Proposed Order                    n:\land\li2008\080804\00490007.doc
USDC No. C07-6067 JSW

1    WHEREAS, on June 6, 2008, the parties filed a stipulation and proposed order informing the

2    Court that counsel for Plaintiff Metro Fuel and the City Attorney's Office had agreed upon the terms

3    of proposal to stay the present litigation pending a decision by the Ninth Circuit in *Metro Lights,*

4    *L.L.C. v. City of Los Angeles,* 488 F. Supp. 2d 927 (C.D. Cal. 2006), *appeal docketed*, No. 07-55179

5    (9th Cir. Feb. 1, 2007) and *Metro Lights, L.L.C. v. City of Los Angeles* No. 04-1037, 2006 WL

6    4941839 (C.D. Cal. Nov. 3, 2006), *appeal docketed*, No. 07-55207 (9th Cir. Feb. 9, 2007), which was

7    to include the City and County of San Francisco's agreement to stay enforcement of local ordinances

8    at issue in the present litigation; and

9

10    WHEREAS, the parties' June 6, 2008 stipulation also stated that counsel for Plaintiff Metro

11    Fuel and the City Attorney's Office needed to obtain approval of the proposal to stay the litigation

12    from their respective clients, and that the counsel for parties would notify the Court no later than

13    Wednesday, June 11, 2008, whether their respective clients have approved the proposal to stay the

14    litigation; and

15

16    WHEREAS, despite extensive, good-faith negotiations, the parties unfortunately have been

17    unable to finalize a mutually acceptable agreement to stay enforcement of the local ordinances at

18    issue in the present litigation; and

19

20    WHEREAS, the parties mutually agree that it would be helpful for the Court to hold a Case

21    Management Conference either on Friday, June 20, 2008 at 1:30 p.m. or as soon thereafter as is

22    convenient for the Court (counsel for both sides being unavailable on Friday, June 13) to discuss,

23    among other things, the schedule for Plaintiff's contemplated motion for a preliminary injunction, the

24    schedule for an administrative motion seeking leave to file such motion, and the extent to which

25    discovery should proceed in advance of such motion and while such motion is pending;

26    / / /

27    / / /

28

NOW, THEREFORE, it is hereby STIPULATED, AGREED, and ORDERED as follows:

1.    The parties in this action are hereby ordered to appear for a status conference on Friday, _____ July 11 _____, 2008 at 1:30 p.m.

DATED:  June 11, 2008                DENNIS J. HERRERA
                                     City Attorney


                            By:_____/s/_____.
                                     THOMAS S. LAKRITZ

                                     Attorneys for Defendant CITY AND COUNTY OF
                                     SAN FRANCISCO


DATED:  June 11, 2008                EMERY CELLI BRINCKERHOFF & ABADY LLP


                            By:_____/s/_____.
                                     ERIC HECKER

                                     Attorneys for Plaintiff METRO FUEL, LLC

The case shall remain stayed until the case management conference and the parties shall file a joint case management statement by no later than July 7, 2008.

IT IS SO ORDERED:


DATED:_ June 13, 2008 _____.    By:_____
                                          THE HONORABLE JEFFREY S. WHITE