PAUL E. FISHER, State Bar No. 125309
The Law Office of Paul E. Fisher
537 Newport Center Dr., #289
Newport Beach, CA 92660
Telephone: (949) 675-5619
Facsimile:  (949) 675-5641

ERIC HECKER (admitted *pro hac vice*)
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
Telephone: (212) 763-5000
Facsimile:  (212) 763-5001

ATTORNEYS FOR PLAINTIFF
METRO FUEL LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRO FUEL LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county,<br><br>　　　　　Defendants. | Case No. 3:07-CV-6067 (JSW)<br><br>The Hon. Jeffrey S. White<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A MOTION FOR A PRELIMINARY INJUNCTION** |

This matter coming before the Court upon Plaintiff's administrative motion for leave to file a motion for a preliminary injunction, and for good cause shown, it is now hereby **ORDERED** as follows:

1. Plaintiff's administrative motion for leave to file a motion for preliminary injunction is GRANTED.

2. Plaintiff shall file its motion for a preliminary injunction, including a memorandum of law in support thereof not to exceed ___ pages, on or before _____, 2008.

3. Defendants shall file their opposition to Plaintiff's motion, including a memorandum of law in support thereof not to exceed ___ pages, on or before _____, 2008.

4. Plaintiff shall file its reply papers, including a memorandum of law in support thereof not to exceed ___ pages, on or before _____, 2008.

5. The parties shall appear for a hearing before the Court at _____ a.m./p.m. on _____, 2008.

DATED: July 2, 2008          EMERY CELLI BRINCKERHOFF & ABADY LLP

                             By:_____/s/_____.
                                ERIC HECKER

                             Attorneys for Plaintiff METRO FUEL, LLC


DATED: July 2, 2008          DENNIS J. HERRERA
                             City Attorney

                             By:_____/s/_____.
                                THOMAS S. LAKRITZ

                             Attorneys for Defendant CITY AND COUNTY OF
                             SAN FRANCISCO

1
2        IT IS SO ORDERED:
3
4
5    DATED:_____    By:_____
                                        THE HONORABLE JEFFREY S. WHITE
6                                       UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Proposed Order
USDC No. C07-6067 JSW