# EXHIBIT A



# SAN FRANCISCO
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Sign

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
415.558.6378

Fax:
415.558.6409

Planning
Information:
415.558.6377

| | |
|---|---|
| Date: | December 3, 2007 |
| Case No.: | 9264 |
| Site Address: | **999 POLK STREET** |
| Sign ID: | KAB73 (6x4 northeast-facing wall sign) |
| Sign ID: | KAB74 (6x4 southeast-facing wall sign) |
| Zoning: | NC-3 (Neighborhood Commercial, Moderate-Density) District |
| Block/Lot: | 0715/001 |
| | |
| Staff Contact: | Jonathan Purvis – (415) 558-6354 |
| | Jonathan.purvis@sfgov.org |

*Property Owner:*
John C. and Salina Q. Yuen
2019 19th Avenue
San Francisco CA 94116

*Sign Company:*
Unknown

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising sign(s) referenced below. The exact nature of the violation(s) is detailed below:

**DESCRIPTION OF VIOLATION**

There is no record of a building permit being issued for either of the two above-referenced general advertising signs. This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit to install each of the two signs or by applying for a building permit to remove the signs.

*Timeline to respond.*
Under Section 610 of the Planning Code, the responsible party has **forty-five (45) days** from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the signs or request reconsideration of this Notice of Violation before an Administrative Law Judge.

*Penalties*
Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the sign. **For the subject signs, at 24 square feet each, the penalty is $100 per sign per day, or $200 per day.** Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to continue. If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

Notice of Violation
12/03/2007

Case: 9264
999 Polk Street

### *Building permit to remove or correct violation.*
You are required to file a building permit to remove the sign. You have thirty (30) days from the filing of the building permit to either (1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection; or remove all copy from the sign until such approval from DBI is obtained. If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$200 per day**.

## REQUEST FOR RECONSIDERATION HEARING

### *Written request for hearing and fees.*
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org. The Request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error. You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

### *Other applications under Planning Department consideration.*
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications. Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,


Dean L. Macris
Director of Planning


N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\NOVs Issued\0715001_999_PolkSt_NOV.doc