# EXHIBIT C

1. Current list (as of June 1, 2008), by street address, of all Metro Fuel signs locations in San Francisco.

2. Documents showing the street addresses of all Metro Fuel signs in San Francisco as of December 31 of each year from 2000 through June 1, 2008.

3. Documents showing all locations, by street address, from which Metro Fuel removed a sign in San Francisco from 2002 through June 1, 2008.

4. Documents presenting or describing all locations Metro Fuel claims it lost as a result of the actions of the City and County of San Francisco from 2002 through June 1, 2008.

5. Documents presenting or describing all locations Metro Fuel claims it could have erected a sign but for the actions of the City and County of San Francisco from 2002 through June 1, 2008.
   a. Provide documents (correspondence, notes, etc.) including communication or negotiations with future lessors at such additional sites.
   b. Provide leases or draft lease documents of these additional sites.
   c. Provide correspondence or communications from any potential lessors indicating that they would not allow Metro Fuel to lease a site display space due to the ban.

6. Any documents indicating or specifying whether all or any of Metro Fuel's San Francisco signs operate within any rotary or rotation programs with other Metro Fuel billboards.

7. Names of advertising agencies ("agencies") utilized by Metro Fuel to obtain advertisers for its San Francisco signs from January 1, 2002 through June 1, 2008.

8. Names of agencies utilized by advertisers to place advertisements on Metro Fuel's San Francisco signs from January 1, 2002 through June 1, 2008.

9. List of clients with which Metro Fuel had or has national advertising campaigns or contracts and placed advertisements in San Francisco from 2002 through June 1, 2008.

10. Any and all written agreements or advertising contracts with advertising agencies representing companies advertising on Metro Fuel's San Francisco signs for the last 5 years.

11. Any and all written agreements or advertising contracts directly with advertisers placing advertisements on Metro Fuel's San Francisco signs for the last 5 years.

12. Real property lease agreements between Metro Fuel and the real property owners for each property on which Metro Fuel's San Francisco signs are presently located.

13. Any sub-lease agreements between Metro Fuel and the master lessees of each real property on which Metro Fuel's San Francisco signs are presently located.

14. Any lease renewal agreements for each real property on which Metro Fuel's San Francisco signs are located.

15. Any easement agreements for each real property on which Metro Fuels' San Francisco signs are located.

16. Any written agreements, contracts, or other documents demonstrating property rights or leasehold interests for each real property on which Metro Fuel's San Francisco signs are located.

17. Any and all permits (e.g., building, utility, etc.) related to the operation of each of Metro Fuel's San Francisco signs for each location at which a sign is presently operated.

18. All permit applications, requests for modifications, variances, and supplemental permits for Metro Fuel's San Francisco signs from January 1, 2002 through current.

19. All permit applications, requests for modifications, and variances denied for Metro Fuel's San Francisco signs from January 1, 2002 through June 1, 2008.

20. All abatement notices, notices of violations and/or orders of abatement pertaining to Metro Fuel's San Francisco signs, if any, from 2002 through June 1, 2008.

21. Any purchase agreements or escrow documents associated with the acquisition of assets from Metro Lights, LLC by Metro Fuel, LLC and/or Fuel Outdoor, LLC.

22. Any due diligence documents relied upon and maintained for the acquisition of the Metro Lights, LLC assets by Metro Fuel, LLC and/or Fuel Outdoor, LLC.

23. Any data pertaining to the San Francisco signs provided by Metro Lights, LLC to Metro Fuel, LLC and/or Fuel Outdoor, LLC relating to the acquisition of certain Metro Lights, LLC assets at or before time of acquisition.