1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   KRISTEN A. JENSEN, State Bar #130196
    THOMAS S. LAKRITZ, State Bar #161234
3   VICTORIA WONG, State Bar #214289
    Deputy City Attorneys
4   City Hall, Room 234
    1 Dr. Carlton B. Goodlett Place
5   San Francisco, California 94102
    Telephone:    (415) 554-6547
6   Facsimile:    (415) 554-4747
    E-Mail:       tom.lakritz@sfgov.org
7
    Attorneys for Defendant
8   CITY AND COUNTY OF SAN FRANCISCO

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13   METRO FUEL LLC, a Delaware limited        Case No. C07-6067 JSW
     liability company,
                                               **PROPOSED ORDER SETTING
14              Plaintiff,                      BRIEFING SCHEDULE FOR
                                               PLAINTIFFS' MOTION FOR A
15        vs.                                   PRELIMINARY INJUNCTION AND
                                               DEFENDANT'S MOTION FOR
16   CITY OF SAN FRANCISCO, a municipal        JUDGMENT ON THE PLEADINGS**
     corporation, COUNTY OF SAN
17   FRANCISCO, a subdivision of the State
     of California, CITY AND COUNTY OF
18   SAN FRANCISCO, a chartered California
     city and county and DOE 1 through DOE
19   10,

20              Defendants.

21

22

23        This matter coming before the Court upon Plaintiff's administrative motion for leave to file a

24   motion for a preliminary injunction, and for good cause shown, it is now hereby ORDERED as

25   follows:

26        1.   Metro Fuel's administrative motion for leave to file a motion for a preliminary

27             injunction is denied.

28             or

PROPOSED ORDER                        1              n:\land\li2008\080804\00495604.doc
USDC No. C07-6067 JSW

1       1.  The Court stays this litigation for 90 days, until October 10, 2008.

2           or

3       1.  Plaintiff and Defendants shall make their Fed. R. Civ. P. 26 disclosures on or before

4           _____, 2008.

5       2.  Plaintiff and Defendants shall exchange requested documents on or before

6           _____, 2008.

7       3.  Plaintiff shall file its motion for a preliminary injunction, including a memorandum of

8           law in support thereof not to exceed ____ pages, on or before _____,

9           2008.

10      4.  Defendants shall file their motion for judgment on the pleadings, including a

11          memorandum of law in support thereof not to exceed ____ pages, on or before

12          _____, 2008.

13      5.  Defendants shall file their opposition to Plaintiff's motion, including a memorandum

14          of law in support thereof not to exceed ____ pages, on or before _____,

15          2008.

16      6.  Plaintiff shall file their opposition to Defendants' motion, including a memorandum of

17          law in support thereof not to exceed ____ pages, on or before _____,

18          2008.

19      7.  Plaintiff shall file its reply papers, including a memorandum of law in support thereof

20          not to exceed ____ pages, on or before _____, 2008.

21      8.  Defendants shall file their reply papers, including a memorandum of law in support

22          thereof not to exceed ____ pages, on or before _____, 2008.

23      9.  The parties shall appear for a hearing before the Court at _____ a.m/p.m. on

24          _____, 2008.

25

26      IT IS SO ORDERED:

27   DATED:_____          By:_____ _____
                                               THE HONORABLE JEFFREY S. WHITE
28

PROPOSED ORDER                              2                    n:\land\li2008\080804\00495604.doc
USDC No. C07-6067 JSW