











Case 3:07-cv-06067-JSW   Document 41-2   Filed 07/18/2008   Page 6 of 8



