UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-----------------------------------------------------------------x

METRO FUEL LLC, a Delaware limited
liability company,

        Plaintiff,

     vs.

CITY OF SAN FRANCISCO, a municipal corporation,
COUNTY OF SAN FRANCISCO, a subdivision of the
State of California, CITY AND COUNTY OF SAN
FRANCISCO, a chartered California city and county.

        Defendants.

-----------------------------------------------------------------x

No. C07-6067 JSW

## DECLARATION OF CHARLES T. FETTERMAN

CHARLES T. FETTERMAN declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.    I submit this declaration in support of the motion by Plaintiff Metro Fuel LLC for a preliminary injunction in this case.

2.    I Charles T. Fetterman own the property located at 360th 5th Street in San Francisco. Pursuant to a lease agreement between Metro Fuel and Charles T. Fetterman, Metro Fuel has placed and operates four panel signs on the property.

3.    On or about May 3, 2007 the City of San Francisco issued violation #200702591 to Charles T. Fetterman alleging that Metro Fuel's panel signs are illegal and purportedly imposing a fine of approximately $18,000 stated to be the estimate of the value of work performed without a permit per the Notice of Violation.

4.      I notified Metro Fuel of this notice of violation and was informed that Metro Fuel had filed this lawsuit in federal court challenging the constitutionality of the advertising sign restrictions at issue. I informed Metro Fuel that I am very concerned about the notice of violation and the steep fines that the City claims are accruing. Metro Fuel explained that there was a court appearance in the federal court action on July 11, 2008, and that Metro Fuel asked the Court to issue an injunction barring the City from acting on the notice of violation during the pendency of the lawsuit.

There was a Director's Hearing held on September 6, 2007, Chief Inspector Kornfield continued the case and rescheduled the Director's Hearing until October 4, 2007 in order for Metro Fuel to obtain all communications relative to my property under the terms of the San Francisco Sunshine Ordinance.  On October 4, 2007, there was a hearing and the case was transferred from the Building Department Code Enforcement Division to the City Planning Department. Further action of as the case was suspended and the case was continued until an unspecified time. Subsequently I received an Order of Abatement from the Department of Building Inspection on October 26, 2007 relative to Complaint 200702591 from Inspector Hinchion.

This violation and the compounding fines are not acceptable as we do not have the wherewithal in this economic market to be able to pay these fines for signs that generate monies which we rely upon on a monthly basis. I have contacted Metro Fuel and explained to them that I have a lease with them that is in full force and effect and that they are responsible for the payment of rent to me until the end of the lease term. Fuel indicated that they have attempted to obtain a permit in accordance with the violation request and that the City will not accept the

application. This makes no sense to me as there are many bus shelters and street newspaper stands that have signs in the same local area. I also told them that they need to pay all of these violation penalties immediately as I cannot risk having a lien filed on my property as it is my understanding that that would be the next step in the process and I am not willing to risk the title to my property by having a lien imposed against my property.

5.     I met with Lisa Niedermeier and Ricardo Marques of Fuel and informed them that if this issue is not resolved shortly, I will have no choice but to remove the panel signs from my property, however they will still be responsible for the rent under the terms of the lease as I have not breached my lease with them. I understand that there is strong legal precedent supporting Metro Fuel's constitutional claim, but I cannot risk the possibility that the City's notice of violation will be upheld and that the fine of approximately $18,000 will later be enforced. Unless the Court intervenes soon, I will be forced to remove the panel signs as I cannot afford to have compounding violations on my property. I feel strongly that this is an injustice to me as I have several buildings that are suitable for signs which could generate additional income for my company however I will not contemplate any future agreements until this situation is rectified with the City.

Copies of all of the above referenced documents are attached as Exhibit A.

Dated: July 11, 2008
San Francisco, California

_____
CHARLES T. FETTERMAN

# Exhibit A



# NOTICE OF VIOLATION
### of the San Francisco Municipal Codes Regarding Unsafe,
### Substandard or Noncomplying Structure or Land or Occupancy

**DEPARTMENT OF BUILDING INSPECTION**
City and County of San Francisco
1660 Mission St. • San Francisco, CA 94103 - 2414

☐FIRST NOTICE
☒SECOND NOTICE
☐OTHER:

**COMPLAINT NUMBER**
200702591

**ADDRESS** 360 5th St          **DATE** 6/18/07

**OCCUPANCY / USE** B          **BLOCK** 3753  **LOT** 007

**CONST. TYPE** 3          **STORIES** 2  ☐BASEMENT

☒ If checked, this information is based upon site observation only. Further research may indicate that legal use is different. If so, a revised Notice of Violation will be issued

**OWNER / AGENT**_____          **PHONE #**_____

**MAILING ADDRESS**_____  **CITY**_____  **ZIP**_____

**PERSON CONTACTED @ SITE**_____  **PHONE #**_____

## VIOLATION DESCRIPTION:

☒WORK WITHOUT PERMIT (SFBC 106.1.1);  ☐ADDITIONAL WORK PERMIT REQUIRED (SFBC 106.4.7);
☐EXPIRED PERMIT (SFBC 106.4.4);  ☐CANCELLED PERMIT (SFBC 106.3.7)  PA#_____;
☐UNSAFE BUILDING (SFBC 102);  ☐SEE ATTACHMENTS

| | CODE / SECTION # |
|---|---|
| YOU FAILED TO COMPLY WITH NOTICE OF VIOLATION DATED 5/3/07 THEREFORE THIS DEPARTMENT HAS INITIATED ABATEMENT PROCEEDINGS AGAINST THE PROPERTY | 106.1.1 |

BC - Building Code   HC - Housing Code   PC - Plumbing Code   EC - Electrical Code   MC - Mechanical Code

## CORRECTIVE ACTION:
# ☐STOP ALL WORK  SFBC 104.2.4

☐FILE BUILDING PERMIT APPLICATION WITHIN _____ DAYS (☐ WITH PLANS) A Copy of This Notice Must Accompany the Permit Application.
☐OBTAIN PERMIT WITHIN _____ DAYS AND COMPLETE ALL WORK WITHIN _____ DAYS, INCLUDING FINAL INSPECTION AND SIGNOFF.
☐CORRECT VIOLATIONS WITHIN _____ DAYS.  ☐NO PERMIT REQUIRED.
☒YOU FAILED TO COMPLY WITH THE NOTICE(S) DATED 5/3/07, THEREFORE THIS DEPT. HAS INITIATED ABATEMENT PROCEEDINGS
☐FAILURE TO COMPLY WITH THIS NOTICE WILL CAUSE ABATEMENT PROCEEDINGS TO BEGIN. SEE REVERSE SIDE FOR ADDITIONAL WARNINGS.
YOU WILL BE NOTIFIED OF TIME DATE & PLACE OF DIRECTORS HEARING BY CODE ENFORCEMENT DIVISION

**INVESTIGATION FEE OR OTHER FEE WILL APPLY** See reverse side for further explanation
△9x Fee (Work w/o Permit after 9/1/60)  △2x Fee (Work Exceeding Scope of Permit)
☐Other  ☐Reinspection Fee $_____  ☐No penalty (Work w/o permit prior to 9/1/60
**APPROX. DATE OF WORK W/O PERMIT**_____  **VALUE OF WORK PERFORMED WITHOUT PERMITS**_____

## BY ORDER OF THE DIRECTOR, DEPARTMENT OF BUILDING INSPECTION

CONTACT INSPECTOR _____
(Inspector — Print Name)
OFFICE HOURS _____ TO _____ AM AND _____ TO _____ PM
PHONE # 558-6454
By: (Inspector's Signature) _____  DISTRICT #_____
cc:☐DCP ☐EID ☐PID ☐BID ☐HIS ☐CED ☐CPC ☐DAD ☐SFFD ☐DPH ☐RPC

☐Building Inspection Division
3rd Floor, 1660 Mission St.  558-609
☐Housing Inspection Services
6th Floor, 1660 Mission St.  558-622
☐Electrical Inspection Division
3rd Floor, 1660 Mission St.  558-603
☐Plumbing Inspection Division
3rd Floor, 1660 Mission St.  558-605
☒Code Enforcement Division
3rd Floor, 1660 Mission St.



# NOTICE OF VIOLATION
### of the San Francisco Municipal Codes Regarding Unsafe,
### Substandard or Noncomplying Structure or Land or Occupancy

**COMPLAINT NUMBER**

☑ FIRST NOTICE
☐ SECOND NOTICE
☐ OTHER: _____

## DEPARTMENT OF BUILDING INSPECTION
City and County of San Francisco
1660 Mission St. • San Francisco, CA 94103 - 2414

| | |
|---|---|
| COMPLAINT NUMBER | 200702591 |
| DATE | 5/3/07 |

ADDRESS ___360___ 5th St

OCCUPANCY / USE ___B___

CONST. TYPE ___3___

BLOCK 3353  LOT 007

STORIES 2  ☐ BASEMENT

☐ If checked, this information is based upon site observation only. Further research may indicate that legal use is different. If so, a revised Notice of Violation will be issued.

OWNER / AGENT _____  PHONE # _____

MAILING ADDRESS _____ CITY _____ ZIP _____

PERSON CONTACTED @ SITE _____  PHONE # _____

## VIOLATION DESCRIPTION:

☑ WORK WITHOUT PERMIT (SFBC 106.1.1);  ☐ ADDITIONAL WORK-PERMIT REQUIRED (SFBC 106.4.7);
☐ EXPIRED PERMIT (SFBC 106.4.4);   ☐ CANCELLED PERMIT (SFBC 106.3.7)   PA# _____ ;
☐ UNSAFE BUILDING (SFBC 102);    ☐ SEE ATTACHMENTS

| | CODE / SECTION # |
|---|---|
| SIGN ERECTED AT FRONT OF BUILDING | 106.1.1 |
| AT 354, 360 5th St WITHOUT | |
| BUILDING PERMIT. SIGN IS DOUBLE | |
| FACED APPROX 6 FT TAW 4 FT WIDE | |

BC - Building Code    HC - Housing Code    PC - Plumbing Code    EC - Electrical Code    MC - Mechanical Code

## CORRECTIVE ACTION:

☐ **STOP ALL WORK SFBC 104.2.4**

☑ FILE BUILDING PERMIT APPLICATION WITHIN __30__ DAYS ☑ WITH PLANS) A Copy of This Notice Must Accompany the Permit Application.

☑ OBTAIN PERMIT WITHIN __60__ DAYS AND COMPLETE ALL WORK WITHIN __70__ DAYS, INCLUDING FINAL INSPECTION AND SIGNOFF.

☐ CORRECT VIOLATIONS WITHIN _____ DAYS.   ☐ NO PERMIT REQUIRED.

☐ YOU FAILED TO COMPLY WITH THE NOTICE(S) DATED _____, THEREFORE THIS DEPT. HAS INITIATED ABATEMENT PROCEEDINGS.

☑ FAILURE TO COMPLY WITH THIS NOTICE WILL CAUSE ABATEMENT PROCEEDINGS TO BEGIN. SEE REVERSE SIDE FOR ADDITIONAL WARNINGS.

| |
|---|
| OBTAIN BUILDING PERMIT WIM PLANNING |
| DEPARTMENT APPROVAL FOR SIGN INSTALLED |
| WITHOUT PERMIT |

## INVESTIGATION FEE OR OTHER FEE WILL APPLY See reverse side for further explanation

△ 9x Fee (Work w/o Permit after 9/1/60)   △ 2x Fee (Work Exceeding Scope of Permit)
☐ Other _____   ☐ Reinspection Fee $ _____   ☐ No penalty (Work w/o permit prior to 9/1/60)

APPROX. DATE OF WORK W/O PERMIT __APRIL 2007__ VALUE OF WORK PERFORMED WITHOUT PERMITS $ 1000

## BY ORDER OF THE DIRECTOR, DEPARTMENT OF BUILDING INSPECTION

CONTACT INSPECTOR __DUFFY__

(Inspector — Print Name)

OFFICE HOURS __7.30__ TO __8.30__ AM AND __3__ TO __4__ PM

PHONE # __558-6120__

By: (Inspector's Signature) ___Don J Duffy___   DISTRICT # _____

CC: ☐ DCP ☐ EID ☐ PID ☐ BID ☐ HIS ☐ CED ☐ CPC ☐ DAD ☐ SFFD ☐ DPH ☐ RPC

☑ Building Inspection Division
3rd Floor, 1660 Mission St.   558-6096
☐ Housing Inspection Services
6th Floor, 1660 Mission St.   558-6220
☐ Electrical Inspection Division
3rd Floor, 1660 Mission St.   558-6030
☐ Plumbing Inspection Division
3rd Floor, 1660 Mission St.   558-6054
☐ Code Enforcement Division
3rd Floor, 1660 Mission St.   558-6454

# DEPARTMENT OF BUILDING INSPECTION

City & County of San Francisco
1660 Mission Street, San Francisco, California 94103-2414

Address _360  5th  ST_

# IMPORTANT NOTICE

The attached Notice of Director's Hearing, pertaining to the property noted above, requests the presence of the property owner, their representatives or interested parties at a hearing to determine why the violations cited against the property have not been corrected and to assess penalties for lack of compliance.

If the violations have been corrected, first contact the district building, electrical or plumbing inspector to verify that they agree that the violations have been corrected. Correction of the violations may involve sign-off of permits and additional inspection. If the inspectors agree that the violations have been corrected, request that they contact the Code Enforcement Division and advise us that the complaint has been abated. If the related permit has been given final sign-off please provide the Code Enforcement Division with a copy of the Inspection Record/Job Card.

If the violations have not been corrected or will not be fully corrected prior to the hearing date, penalties will be assessed that include but are not limited to;

An ORDER OF ABATEMENT will be recorded as a lien against the deed of the property giving notice that the building is UNSAFE, and/or a PUBLIC NUISANCE and ordering that the violations be corrected within a definite time limit in order to avoid additional penalties.

The PROPERTY OWNER WILL BE BILLED for the entire cost incurred by the Department of Building Inspection for code enforcement process, from the posting of the first "WARNING of VIOLATION" until the conclusion of the abatement process.

A one time hearing continuance of thirty (30) days may be granted, for good cause only. If requested in writing prior to the hearing. Submit this request to the Code Enforcement Division on the 3rd floor at 1660 Mission St.

If you have further questions regarding the code enforcement process concerning this property, or if you wish to update the status of this complaint, contact:

Inspector _JOHN  HINCHION_          Division _CED_

Telephone # _558- 6012_          Date _8/10/07_



# DEPARTMENT OF BUILDING INSPECTION
## City & County of San Francisco
## 1660 Mission Street , San Francisco, CA 94103-2414

August   20, 2007

Owner:  FETTERMAN, CHARLES T & LESL.
325 COREY WY 107
S SAN FRANCISCO CA
94080

Address: 360  06TH ST,

Block: 3753      Lot: 007:    Seq: 01

Tract:                    Case: BWO

Hearing Number: 200702591

Inspector: Hinchion

## NOTICE OF DIRECTOR'S HEARING

Date and Time of Hearing: September 06, 2007
At 1660 Mission Street, Room 2001, San Francisco, CA  94103  AT 9:30 a.m.

TO OWNER(S), LESSEE(S), TENANT(S) AND OTHER PERSONS OF INTEREST:

In accordance with provisions of the San Francisco Building Code, the described premises were inspected and violation(s) were found to exist.  The list of violation(s) have been mailed to the Owner(s) of Record or agent(s) and compliance has not occurred.  Therefore the Director of the Department of Building Inspection has probable cause to believe the building, structure or a portion thereof is an unsafe building or property.

Failure to comply with the decision of the Director may result in the revocation of the Permit of Occupancy and/or Certificate of Occupancy of the subject premises.

The Owner(s) of Record or the duly authorized representative is notified to appear at the Hearing to be held on the date shown above, at which time the Director of the Department of Building Inspection will consider the violation(s) and that the building is unsafe and a public nuisance.

### W A R N I N G

Failure to comply with this request will result in further abatement proceedings.  If an Order of Abatement is issued from the Director's Hearing, you will be billed for the entire cost incurred in the code enforcement process, from the posting of the first "Warning of Violation" until the matter is resolved per San Francisco Building Code Sections 102.2, 110 Table 1-G & 110 Table 1-K.

The Owner(s) of Record is instructed to notify the holder(s) of any Mortgage(s) or Deed(s) of Trust secured by this property of these proceedings. Also, the Department of Building Inspection shall be advised of the name(s) of holder(s) of any Mortgage(s) or Deed(s) of Trust on this property.

BY ORDER OF THE DIRECTOR OF DEPARTMENT OF BUILDING INSPECTION.

Very truly yours,

Isam Hasenin, P.E., C.B.O.
Director / Department of Building Inspection

## Profile

| | | 350 05TH ST | | |
|---|---|---|---|---|

| R | StreetName | | Sfx Unit | Block Lot B | Address Id. PRIMARY |
|---|---|---|---|---|---|
| | 05TH | ST | | 3753 007 0 | 16873 ASSESSOR |

### Values & Prices

| | | | | Exempt Type | Ms Status/Yr |
|---|---|---|---|---|---|
| Land | $73,098 | Other | $0 | | 2008 |
| Structure | $70,271 | Home Exempt | $0 | | |
| Fixtures | $0 | Other Exempt | $0 | Prior/Curr | Base Co/Yr |
| Prior Price | $0 | Current Price | $0 | Source | 1994 |
| Prior Sale | | Curr Sale | | | |

### Construction Appliances Base Lot Assr Zone   Appraiser Lot Chg Date/Shape Use Type

| C | 0000 | 000 | RSD | 603 | 00/00/1899 | I |
|---|---|---|---|---|---|---|

### Lot Frontage/Area/Depth   Units Stories Sublevels Volume   Roll Yr/Status

| 0 | 599,000 | 0 | 0 | 1 | | 25 | 2007 |
|---|---|---|---|---|---|---|---|

### Rooms Bedrooms Baths Bldg Sq Ft Bsmt Sq Ft Year Built Dbt Form Yr Tax Area

| 2 | 2 | 2 | 0 | 0 | 1945 | | 1000 |
|---|---|---|---|---|---|---|---|

### Owner Information

| Name | Address | City | State | Zip | Owner Date |
|---|---|---|---|---|---|
| FETTERMAN, CHARLES F & LESLEY | 325 COREY WY 107 | S SAN FRANCISCO | CA | 94080 | 12/08/1993 |
| | | | | | |
| | | | | | |

RECORDING REQUESTED BY:
Peninsula Bank of Commerce
C/O Greater Bay Bancorp
50 IO Old Ironsides Drive
Santa Clara, CA 95054

# NOTICE OF VIOLATION

### of the San Francisco Municipal Codes Regarding Unsafe,
### Substandard or Noncomplying Structure or Land or Occupancy



**DEPARTMENT OF BUILDING INSPECTION**   NOTICE:  1   **NUMBER:** 200702591
City and County of San Francisco                               **DATE:** 03-MAY-07
1660 Mission St, San Francisco, CA 94103

ADDRESS: 360 05TH ST

OCCUPANCY/USE: B ((B-2)OFC,FOOD SVC,ET)            BLOCK: 3753   LOT: 007

☐ If checked, this information is based upon site-observation only.  Further research may indicate that legal use is different.  If so, a revised Notice of Violation
☐ will be issued.

OWNER/AGENT:  FETTERMAN, CHARLES T & LESLEY           PHONE #: --
MAILING       FETTERMAN, CHARLES T & LESL
ADDRESS       325 COREY WY 107
              S SAN FRANCISCO CA
                                    94080
                                                      PHONE #: --
PERSON CONTACTED @ SITE:

# VIOLATION DESCRIPTION:

| | CODE/SECTION# |
|---|---|
| ☑ WORK WITHOUT PERMIT | 106.1.1 |
| ☐ ADDITIONAL WORK-PERMIT REQUIRED | 106.4.7 |
| ☐ EXPIRED OR ☐ CANCELLED PERMIT  PA# | 106.4.4 |
| ☐ UNSAFE BUILDING     ☐ SEE ATTACHMENTS | 102.1 |

SIGN ERECTED AT FRONT OF BUILDING AT 354 5TH ST WITHOUT BUILDING PERMIT, SIGN IS DOUBLE FACED
APPROX 6FT TALL 4FT WIDE.

# CORRECTIVE ACTION:

☐ STOP ALL WORK SFBC 104.2.4                       415-558-6120

☑ FILE BUILDING PERMIT WITHIN 30 DAYS    ☑ (WITH PLANS) A copy of This Notice Must Accompany the Permit Application
☑ OBTAIN PERMIT WITHIN 60 DAYS AND COMPLETE ALL WORK WITHIN 90 DAYS, INCLUDING FINAL INSPECTION
  SIGN OFF.
☐ CORRECT VIOLATIONS WITHIN DAYS.         ☐ NO PERMIT REQUIRED
☐ YOU FAILED TO COMPLY WITH THE NOTICE(S) DATED , THEREFORE THIS DEPT. HAS INITIATED ABATEMENT PROCEEDINGS.

● FAILURE TO COMPLY WITH THIS NOTICE WILL CAUSE ABATEMENT PROCEEDINGS TO BEGIN.
  SEE ATTACHMENT FOR ADDITIONAL WARNINGS.
OBTAIN BUILDING PERMIT WITH PLANNING DEPARTMENT APPROVAL FOR SIGN INSTALLED WITHOUT PERMIT.
INVESTIGATION FEE OR OTHER FEE WILL APPLY

☑ 9x FEE (WORK W/O PERMIT AFTER 9/1/60)   ☐ 2x FEE (WORK EXCEEDING SCOPE OF PERMIT)
                                                              ☐ NO PENALTY
☐ OTHER:                    ☐ REINSPECTION FEE $          (WORK W/O PERMIT PRIOR TO 9/1/60)
APPROX. DATE OF WORK W/O PERMIT        VALUE OF WORK PERFORMED W/O PERMITS $2000

### BY ORDER OF THE DIRECTOR, DEPARTMENT OF BUILDING INSPECTION

CONTACT INSPECTOR: Donal J Duffy
PHONE # 415-558-6120          DIVISION: BID        DISTRICT:
By:(Inspectors's Signature)

# NOTICE OF VIOLATION

of the San Francisco Municipal Codes Regarding Unsafe,
Substandard or Noncomplying Structure or Land or Occupancy



**DEPARTMENT OF BUILDING INSPECTION**     NOTICE:  2

NUMBER: 200702591
DATE: 18-JUN-07

City and County of San Francisco
1660 Mission St, San Francisco, CA 94103

ADDRESS: 360  05TH ST
OCCUPANCY/USE:  B ((B-2)OFC,FOOD SVC,ET)

BLOCK: 3753    LOT: 007

☐ If checked, this information is based upon site-observation only.  Further research may indicate that legal use is different.  If so, a revised Notice of Violation will be issued.

PHONE #: --

OWNER/AGENT:  FETTERMAN, CHARLES T & LESLEY
MAILING          FETTERMAN, CHARLES T & LESL
ADDRESS        325 COREY WY 107
                      S SAN FRANCISCO CA
                                          94080

PERSON CONTACTED @ SITE:  FETTERMAN, CHARLES T & LESLEY

## VIOLATION DESCRIPTION:

PHONE #: --
CODE/SECTION#
106.1.1

| | CODE/SECTION# |
|---|---|
| ☑ WORK WITHOUT PERMIT | 106.4.7 |
| ☐ ADDITIONAL WORK-PERMIT REQUIRED | 108.4.4 |
| ☐ EXPIRED OR ☐ CANCELLED PERMIT PA#: | 102.1 |

☐ UNSAFE BUILDING          ☐ SEE ATTACHMENTS

YOU FAILED TO COMPLY WITH NOTICE OF VIOLATION DATED 5/3/07  THEREFORE THIS DEPARTMENT HAS
INITIATED ABATEMENT PROCEEDINGS AGAINST THE PROPERTY.

# CORRECTIVE ACTION:

415-558-6120

☐ STOP ALL WORK SFBC 104.2.4

☐ FILE BUILDING PERMIT WITHIN  DAYS          ☐ (WITH PLANS) A copy of This Notice Must Accompany the Permit Application
☐ OBTAIN PERMIT WITHIN  DAYS AND COMPLETE ALL WORK WITHIN  DAYS, INCLUDING FINAL INSPECTION AN
       SIGNOFF.
☐ CORRECT VIOLATIONS WITHIN  DAYS.          ☐ NO PERMIT REQUIRED
☑ YOU FAILED TO COMPLY WITH THE NOTICE(S) DATED  03-MAY-07, THEREFORE THIS DEPT. HAS INITIATED ABATEMENT PROCEEDING

- FAILURE TO COMPLY WITH THIS NOTICE WILL CAUSE ABATEMENT PROCEEDINGS TO BEGIN.
  SEE ATTACHMENT FOR ADDITIONAL WARNINGS.

YOU WILL BE NOTIFIED OF TIME, DATE AND PLACE OF DIRECTORS HEARING BY CODE ENFORCEMENT DIVISION.
INVESTIGATION FEE OR OTHER FEE WILL APPLY

☐ 9x FEE (WORK W/O PERMIT AFTER  9/1/60)    ☐ 2x FEE (WORK EXCEEDING SCOPE OF PERMIT)    ☐ NO PENALTY
                                                                                                                     (WORK W/O PERMIT PRIOR TO 9/1/6
☐ OTHER:                                            ☐ REINSPECTION FEE $
APPROX. DATE OF WORK W/O PERMIT               VALUE OF WORK PERFORMED W/O PERMITS $

**BY ORDER OF THE DIRECTOR, DEPARTMENT OF BUILDING INSPECTION**

CONTACT INSPECTOR:  Dennil J Duffy
PHONE #  415-558-6120                  DIVISION:  BID          DISTRICT :
By:(Inspector's Signature) _____



SAN FRANCISCO
# PLANNING DEPARTMENT

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
415.558.6378

Fax:
415.558.6409

Planning
Information:
415.558.6377

October 18, 2007

FETTERMAN, CHARLES T & LESL
325 COREY WY 107
S SAN FRANCISCO CA
94080

Re:    General Advertising Sign(s)
       Assessor's Block 3753 Lot 007

On August 16, 2006, a letter was sent to all known owners/operators of general advertising signs within the City and County of San Francisco. This letter requested a complete inventory of all such signs within San Francisco, along with processing fees, be submitted to the Planning Department no later than October 23, 2006. This request was made pursuant to Ordinances 140-06 and 200-06.

<u>You are receiving this notice because you have been identified as the owner of the above-referenced property within the City & County of San Francisco which contains at least one general advertising sign, AND you and/or the owner/operator of the sign failed to provide inventory information about the sign(s).</u>

Ordinance 140-06 establishes Planning Code Section 604.2, General Advertising Sign Inventories. Per Section 604.2(a):

*Within 60 days of the effective date of this Section, any general advertising sign company that owns a general advertising sign in the City shall submit to the Department a current, accurate, and complete inventory of its general advertising signs together with the inventory processing fee.*

Ordinance 200-06 establishes Planning Code Section 358, General Advertising Sign Fees. Per Section 358(b):

*The fee for the initial inventory processing pursuant to Section 604.2 shall be $560 per sign . . .*

The inventory must be paid in full when submitted to the Planning Department. Please make all checks payable to the "San Francisco Planning Department."

Inventory Request
October 18, 2007

**You must respond to this notice no later than 5:00 p.m. on November 19, 2007.** If the Planning Department determines your inventory is incomplete or inaccurate, or if the inventory is submitted after the due date, you will be subject to penalties outlined in Planning Code Section 604.1(g). If you fail to respond, a Notice of Violation will be issued pursuant to Planning Code Section 610.

The inventory must include specific information about the characteristics and history of the sign(s), photographs, a map of all signs you own or operate in the City and an affidavit attesting to the validity of the submitted materials. To assist you in submitting a complete and accurate inventory, the Planning Department has developed a comprehensive spreadsheet to be used as the basis for all submittals. This spreadsheet, along with detailed instructions, an affidavit and the enacting legislation, can be found on our website (www.sfgov.org/planning). Please select "General Advertising Sign Inventory" under the "Publications & Reports" heading. The completed inventory, including spreadsheet, map and all relevant files, should be submitted to the Planning Department's Sign Inventory Program on a CD-ROM or DVD if possible.

Please submit all required materials and payment (by mail or by hand) to:

> Sign Inventory Program
> Planning Department
> 1650 Mission Street, Suite 400
> San Francisco, CA 94103

If you have any questions regarding this notice, please contact me at (415) 558-6354, or via email at jonathan.purvis@sfgov.org.

Sincerely,

Jonathan Purvis
Coordinator,
General Advertising Sign Inventory Program

N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\Inventory\Letters\Inventory Request (10-18-07) Letter II.doc

2



# NOTICE OF VIOLATION
### of the San Francisco Municipal Codes Regarding Unsafe,
### Substandard or Noncomplying Structure or Land or Occupancy

☒ FIRST NOTICE
☐ SECOND NOTICE
☐ OTHER: _____

COMPLAINT NUMBER

## DEPARTMENT OF BUILDING INSPECTION
City and County of San Francisco
1660 Mission St. • San Francisco, CA 94103 - 2414

200702591

DATE 5/3/07

ADDRESS __360__ __5th__ __St__

OCCUPANCY / USE __B__

CONST. TYPE __3__

BLOCK 3753 LOT 007

STORIES __2__  ☐ BASEMENT

☐ If checked, this information is based upon site observation only. Further research may indicate that legal use is different. If so, a revised Notice of Violation will be issued.

OWNER / AGENT_____    PHONE # _____

MAILING ADDRESS _____    CITY _____ ZIP _____

PERSON CONTACTED @ SITE _____    PHONE # _____

## VIOLATION DESCRIPTION:

☒ WORK WITHOUT PERMIT (SFBC 106.1.1);   ☐ ADDITIONAL WORK-PERMIT REQUIRED (SFBC 106.4.7);

☐ EXPIRED PERMIT (SFBC 106.4.4) ;    ☐ CANCELLED PERMIT (SFBC 106.3.7)   PA# _____

☐ UNSAFE BUILDING (SFBC 102) ;   ☐ SEE ATTACHMENTS

| | CODE / SECTION # |
|---|---|
| SIGN ERECTED AT FRONT OF BUILDING | 106 1 1 |
| AT 354. 360 5N St WITHOUT | |
| BUILDING PERMIT SIGN IS DOUBLE | |
| FACED APPROX 6 FT TALL 4 FT WIDE | |

BC - Building Code    HC- Housing Code    PC - Plumbing Code    EC - Electrical Code    MC- Mechanical Code

## CORRECTIVE ACTION:

☐ STOP ALL WORK  SFBC 104.2.4

☒ FILE BUILDING PERMIT APPLICATION WITHIN __30__ DAYS ☒ WITH PLANS) A Copy of This Notice Must Accompany the Permit Application.

☒ OBTAIN PERMIT WITHIN __60__ DAYS AND COMPLETE ALL WORK WITHIN __90__ DAYS, INCLUDING FINAL INSPECTION AND SIGNOFF.

☐ CORRECT VIOLATIONS WITHIN ____ DAYS.   ☐ NO PERMIT REQUIRED.

☐ YOU FAILED TO COMPLY WITH THE NOTICE(S) DATED_____, THEREFORE THIS DEPT. HAS INITIATED ABATEMENT PROCEEDINGS.

☒ FAILURE TO COMPLY WITH THIS NOTICE WILL CAUSE ABATEMENT PROCEEDINGS TO BEGIN. SEE REVERSE SIDE FOR ADDITIONAL WARNINGS.

OBTAIN BUILDING PERMIT WITH PLANNING
DEPARTMENT APPROVAL FOR SIGN INSTALLED
WITHOUT PERMIT

## INVESTIGATION FEE OR OTHER FEE WILL APPLY See reverse side for further explanation

☒ 6x Fee (Work w/o Permit after 9/1/60)   △ 2x Fee (Work Exceeding Scope of Permit)
☐ Other _____    ☐ Reinspection Fee $_____   ☐ No penalty (Work w/o permit prior to 9/1/60)

APPROX DATE OF WORK W/O PERMIT __APRIL 2007__    VALUE OF WORK PERFORMED WITHOUT PERMITS $ 2000

## BY ORDER–OF THE DIRECTOR, DEPARTMENT OF BUILDING INSPECTION

CONTACT INSPECTOR __N Duffy__
(Inspector — Print Name)

OFFICE HOURS __7:30__ TO __8:30__ AM AND _____ TO __4__ PM

PHONE # __558 6120__

By: (Inspector's Signature) __Neal Duffy__    DISTRICT # _____

| | |
|---|---|
| ☒ Building Inspection Division 3rd Floor, 1660 Mission St. | 558-6096 |
| ☐ Housing Inspection Services 6th Floor, 1660 Mission St. | 558-6220 |
| ☐ Electrical Inspection Division 3rd Floor, 1660 Mission St. | 558-6030 |
| ☐ Plumbing Inspection Division 3rd Floor, 1660 Mission St. | 558-6054 |
| ☐ Code Enforcement Division 3rd Floor, 1660 Mission St. | 558-6454 |

CC: ☐ DCP ☐ EID ☐ PID ☐ BID ☐ HIS ☐ CED ☐ CPC ☐ DAD ☐ SFFD ☐ DPH ☐ RPC

M 9003.05  [Rev.5/96]

Pursuant to SFBC 107.5 and 106.4.7 investigation fees are charged for work begun or performed without permits or for work exceeding the scope of permits. Such fees may be appealed to the Board of Permit Appeals within 15 days of permit issuance, at 875 Stevenson St., 4th floor. 554-6720

WARNING: Failure to take immediate action as required to correct the above violations will result in abatement proceedings by the Department of Building Inspection. If an Order of Abatement is recorded against this property, the owner will be billed or the property will be liened for all costs incurred in the code enforcement process from the posting of the first "Notice of Violation" until all costs are paid. SFBC 102.2 & 110

WARNING: Section 204 of the San Francisco Housing Code provides for immediate fines of $100 for each instance of initial non-compliance, followed by $200 fines per violation for the second instance of non-compliance, up to a maximum of $7,500 per violation. This section also provides for issuance of a criminal charge as a misdemeanor for each violation, resulting in fines of not less than $1,000 per day or six months' imprisonment or both.

WARNING: Anyone who derives rental income from housing determined by the Department of Building Inspection to be substandard cannot deduct from state personal income tax and bank and corporate income tax interest, depreciation or taxes attributable to such substandard structure. If correction work is not completed or being diligently, expeditiously and continuously prosecuted after six (6) months from the date of this notice, notification will be sent to the Franchise Tax Board as provided in Section 17264(c) of the Revenue and Taxation Code.

WARNING: Section 103 of the San Francisco Building Code provides for civil fines of up to $500 per day for any person who violates, disobeys, omits, neglects or refuses to comply with or opposes the execution of, any provisions of this code. This section also provides for misdemeanor fines, if convicted, of up to $500 and/or imprisonment up to six months for each separate offense for every day such offense occurs.

De acuerdo a las Secciones 107.5 y 106.4.7 de el Codigo de Construcción de Edificios de San Francisco, gastos de investigación seran cobrados por trabajo empezado o realizado sin los debidos permisos o por trabajo que exceda el limite estipulado en los permisos. Dichos cobros pueden ser apelados ante la Junta de Apelaciones de Permisos (Board of Permit Appeals) dentro de los primeros quince dias de haberse obtenido el permiso. Las apelaciones se hacen en el 875 de la calle Stevenson, cuarto piso, telefono 554-6720.

ADVERTENCIA: Si no cumple con las acciones inmediatas requeridas para corregir las infracciones, el Departamento de Inspección de Edificios tendra el derecho de iniciar el proceso de mitigacion. Si una Orden de Mitigación es registrada contra dicha propiedad, los gastos incurridos durante el proceso de aplicación del codigo, desde la primera puesta del Aviso de Infraccion hasta que todos los gastos esten pagados, se le cobraran al dueño del edificio o la propiedad sera embargada para recuverar dichos gastos. Referencia a la Seccion 102.2 y 110 del Codigo de Construcción de Edificios.

ADVERTENCIA: La Sección 204 de el Codigo de Vivienda de San Francisco permite que se multe inmediatamente $100 por cada primer caso de inconformidad, seguida por una multa de $200 por cada segunda infracción de inconformidad, aumentando hasta un máximo de $7,500 por cada edificio. Esta Sección tambien permite obtener cargos criminales como delito menor, resultando en multas de no menos de $1,000 diarios o 6 meses de encarcelamiento o ambas sanciones.

ADVERTENCIA: Cualquier persona que reciba renta por una vivienda que haya sido declarada que no satisface las normas requeridas por el Departamento de Inspección de Edificios, no puede deducir del estado intereses personales, de banco o empresa, depreciación o taxes atribuidos sobre dicha estructura. Si el trabajo de reparación no se termina o esta diligentemente, rapidamente y continuamente acusado despues de seis (6) meses de la fecha de este aviso, se le enviara una notificación a la Junta de Concesion de Impuestos (Franchise Tax Board) de acuerdo a la Seccion 1264(c) del Código de Ingresos e Impuestos (Revenue and Taxation Code).

ADVERTENCIA: La Seccion 103 de el Codigo de Edicios de San Francisco impone multas civiles hasta de $500 por cada dia a cualquier persona que infrinja, desobedezca, ornita, descuide, rehusa cumplir, resiste o se opone a la ejecucion de las provisiones de este código. Esta sección tambien impone multas por delito menor, si es declarado culpable, de hasta $500 o encarcelamiento de hasta 6 meses, o ambas sanciones, por cada una de las ofensas y por cada dia que dicha ofensa occura.

根据《三藩市建筑法规》[簡稱 SFBC] 第 107.5 章和第106.4.7章條款的規定，對沒有許可而開已開始的工程或超出許可范圍的工程，將收取調查費。當事人可以在獲可發出后15 天之內，向設於三藩市Stevenson 街 875號4樓，電話：554-6720。

警告：如不採取糾正違例的即必要行動，以糾正上述違例行為，樓宇檢查局發出檢查后的例糾相關的正式的行動。倘若此處糾正違例的物業或工程登記一個宣示的命令，則由業主就有關的的成本的工程的糾正將付予有有關的的的的費用，諸指命令業主費用，並將成本加到糾正，請查核該各其費用。條《三藩市建築規》第 102.2 章和第 110 章規定。

警告：《三藩市居民法規》[即 SFHC] 第 204章 規定違例者，對每一宗初的違例即期最初罰款 100 元，二次違反例罰款 200 元，每個最高的的最限款7,500 元，此宗違法規第規定到每一次定業罪者可提出判罪起告。每日最高罰款可罰 1,000 元，或/和更監六個月。

警告：任何人因由租房房產收入、而該房屋已被建築業宣布達到違反相關定例業者，不能從州州個人所得稅、銀行和公司所得利益，以及與稅收相關折舊的建築物的折算或稅收中扣除稅款。如果在此面在公布六個月后，改正工作不完成，或者沒有積極、迅速和連續地執行，改例稅稅稅《即 Revenue & Taxation Code》第 1264 (c) 項款定，密加加州税稅委員會《The Franchise Tax Board》。

警告：《三藩市建築法規》第 103 項條款規定，對於任何違反、不服從、疏忽、忽視、疏忽或拒絕就此條款，或者違反、反對貫徹法條中的任何條款的個人，此件規定可處最高 500 元的民事罰款。此條規定違反罪違者，如果裁定，將被判分罰款的，處一不超過最高之法規令者，將可千千最最 500 元的罰款，和/或監禁六個月。



## DEPARTMENT OF BUILDING INSPECTION
City & County of San Francisco
1660 Mission Street, San Francisco, California 94103-2414

October 26, 2007

FETTERMAN , CHARLES T & LESL
325 COREY WY 107
S SAN FRANCISCO, CA 94080

Property Address:  360 5ᵀᴴ Street

Block: 3753    Lot:  007  Seq:  01

Complaint No.:  200702591

Director's Order No.: 102563-A

INITIAL BILL.- Assessment of Costs
Code Enforcement Section

Dear Property Owner(s):

Our records show that all required work was not completed PRIOR TO THE DIRECTOR'S HEARING AND
RECORDATION OF THE ORDER OF ABATEMENT ON THE TITLE OF THIS PROPERTY. THIS RESULTED
IN THE ACCRUAL OF AASSESSMENT OF COSTS@ pursuant to Sections 102.2 & 102.16 of the San Francisco
Building Code. These code sections require that this Department's a cost of preparation for and appearance at the
hearing, and all prior and subsequent attendant costs shall be assessed upon the property owner..."

The Assessment of Cost AMOUNT accrued to date NOW DUE AND PAYABLE is: $437.80

Payment must be by Cashier's Check or money order & must be accompanied by this original letter.

Make all checks payable to The Department of Building Inspection.
Mailed payments can be sent to:

Assessment of Costs Payment
Department of Building Inspection
Code Enforcement Section
1650 Mission Street, Room 312C
San Francisco, CA 94103

TO AVOID HAVING A LIEN RECORDED UPON YOUR PROPERTY AND LEVIED ON YOUR NEXT
PROPERTY TAX BILL, it is necessary for you to render payment immediately.

Note:  The Order of Abatement cannot be removed from the title nor can the complaint against this property be
abated, until appropriate permits are issued, inspections are performed to verify correction of violations, final
inspection approvals are granted and further accrued Assessments of Costs are paid.

All violations must be abated AS SOON AS POSSIBLE TO AVOID OR MINIMIZE ADDITIONAL COSTS &
PENALTIES. All additional time accrued from this billing to the final abatement of your case will be sent to you in a
separate and final assessment of costs bill.

Contact the Code Enforcement Division at (415) 558-6454 should you have any questions concerning this matter.

Your prompt cooperation on this matter is appreciated.

Very truly yours,

Neil Friedman
Acting Chief Building Inspector
Code Enforcement Section

NF/gjh



# DEPARTMENT OF BUILDING INSPECTION
## City & County of San Francisco
### 1660 Mission Street , San Francisco, CA 94103-2414

October 26, 2007

## ORDER OF ABATEMENT

Owner:

FETTERMAN, CHARLES T & LESL.
325 COREY WY 107
S SAN FRANCISCO CA
94080

Property Address: 360 05TH ST,

Block: 3753       Lot: 007       Seq: 01
Tract:       Case: BWO
Complaint: 200702591

Inspector: Hinchion

ORDER OF ABATEMENT UNDER SAN FRANCISCO BUILDING CODE SECTION 102.5 & 102.6 ORDER NO. 102563-A

HEARING OF THE COMPLAINT OF THE DIRECTOR OF THE DEPARTMENT OF BUILDING INSPECTION
AGAINST THE PROPERTY AT THE LOCATION SHOWN ABOVE WAS HELD ON  October 4, 2007
IN ACCORDANCE WITH THE SAN FRANCISCO BUILDING CODE SECTION 102.4.  THE HEARING WAS
CONDUCTED BY A REPRESENTATIVE OF THE DIRECTOR.  THE OWNER WAS REPRESENTED.

BASED UPON THE FACTS AS SUBMITTED AT THE HEARING, THE DIRECTOR FINDS AND DETERMINES
AS FOLLOWS:

1. THAT NOTICE HAS BEEN DULY GIVEN AS REQUIRED BY LAW AND THE ORDER OF THE
   DIRECTOR, AND MORE THAN 10 DAYS PRIOR TO THE HEARING.
2. THAT THE CONDITIONS ARE AS STATED IN THE COMPLAINT OF THE DIRECTOR OF THE
   DEPARTMENT OF BUILDING INSPECTION.
3. THAT THE CONDITIONS OF SAID STRUCTURE CONSTITUTES A PUBLIC NUISANCE
   UNDER THE TERMS OF THE BUILDING CODE OF THE CITY AND COUNTY OF SAN FRANCISCO.

THE DIRECTOR HEREBY ORDERS THE OWNER OF SAID BUILDING TO COMPLY WITH THE FOLLOWING:

(1) 30 DAYS TO FILE PERMIT APPLICATION TO LEGALIZE OR REMOVE SIGN AT FRONT OF BUILDING (2) COMPLY WITH PLAN
REVIEW COMMENTS AND TIME LIMITS (3) 10 DAYS TO PICK UP APPROVED PERMIT (4) 30 DAYS TO COMPLETE ALL WORK
INCLUDING FINAL INSPECTION APPROVAL

THE TIME PERIOD SHALL COMMENCE FROM THE DATE OF THIS ORDER. THE DEPARTMENT OF BUILDING
INSPECTION SHALL BE REIMBURSED BY THE OWNER OF SAID BUILDING FOR ABATEMENT COSTS
PURSUANT TO THE ATTACHED AND FUTURE NOTICES.

APPEAL:  PURSUANT TO SECTION 105.3 OF THE SAN FRANCISCO BUILDING CODE, ORDERS
PERTAINING TO DISABLED ACCESS MAY BE APPEALED TO THE ACCESS APPEALS COMMISSION.
PURSUANT TO SECTION 105.2 OF THE SAN FRANCISCO BUILDING CODE, ORDERS PERTAINING TO
WORK WITHOUT PERMIT MAY BE APPEALED TO THE ABATEMENT APPEALS BOARD. APPEALS MUST
BE IN WRITING ON FORMS OBTAINED FROM  THE APPROPRIATE APPEALS BODY AT 1660 MISSION
ST., SAN FRANCISCO, CA  94103, Tel: (558-6454), AND MUST BE FILED WITH THE SECRETARY OF THE
APPEALS BODY WITHIN TEN (10) DAYS OF THE  POSTING AND SERVICE OF THIS ORDER.

RECOMMENDED BY:

Neil Friedman
Acting Chief of Building
Inspection

Phone No. (415) 558-6096

APPROVED BY:

Isam Hasehin, P.E., C.B.O.
Director / Department of Building
Inspection
Fax No. (415) 558-6474



## DEPARTMENT OF BUILDING INSPECTION
City & County of San Francisco
1660 Mission Street, San Francisco, California 94103-2414

October 26, 2007

Property Address: 360 5TH Street

FETTERMAN , CHARLES T & LESL
325 COREY WY 107
S SAN FRANCISCO, CA 94080

Block: 3753    Lot: 007 Seq: 01

Complaint No.: 200702591

Director's Order No.: 102563-A

INITIAL BILL- Assessment of Costs
Code Enforcement Section

Dear Property Owner(s):

Our records show that all required work was not completed PRIOR TO THE DIRECTOR'S HEARING AND
RECORDATION OF THE ORDER OF ABATEMENT ON THE TITLE OF THIS PROPERTY. THIS RESULTED
IN THE ACCRUAL OF AASSESSMENT OF COSTS@ pursuant to Sections 102.2 & 102.16 of the San Francisco
Building Code. These code sections require that this Department's a cost of preparation for and appearance at the
hearing, and all prior and subsequent attendant costs shall be assessed upon the property owner..."

The Assessment of Cost AMOUNT accrued to date NOW DUE AND PAYABLE is: $437.80

Payment must be by Cashier's Check or money order & must be accompanied by this original letter.

Make all checks payable to The Department of Building Inspection.
Mailed payments can be sent to:

Assessment of Costs Payment
Department of Building Inspection
Code Enforcement Section
1650 Mission Street, Room 312C
San Francisco, CA 94103

TO AVOID HAVING A LIEN RECORDED UPON YOUR PROPERTY AND LEVIED ON YOUR NEXT
PROPERTY TAX BILL, it is necessary for you to render payment immediately.

Note: The Order of Abatement cannot be removed from the title nor can the complaint against this property be
abated, until appropriate permits are issued, inspections are performed to verify correction of violations, final
inspection approvals are granted and further accrued Assessments of Costs are paid.

All violations must be abated AS SOON AS POSSIBLE TO AVOID OR MINIMIZE ADDITIONAL COSTS &
PENALTIES. All additional time accrued from this billing to the final abatement of your case will be sent to you in a
separate and final assessment of costs bill.

Contact the Code Enforcement Division at (415) 558-6454 should you have any questions concerning this matter.

Your prompt cooperation on this matter is appreciated.

Very truly yours,

Neil Friedman
Acting Chief Building Inspector
Code Enforcement Section

NF/gjh