UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
------------------------------------------------------------X
METRO FUEL LLC, a Delaware limited
liability company,

       Plaintiff,

vs.

CITY OF SAN FRANCISCO, a municipal corporation,
COUNTY OF SAN FRANCISCO, a subdivision of the
State of California, CITY AND COUNTY OF SAN
FRANCISCO, a chartered California city and county.

       Defendants.
------------------------------------------------------------X

No. C07-6067 JSW

## DECLARATION OF CABLE CAR CLEANERS

STEPHANIE FONSECA declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I submit this declaration in support of the motion by Plaintiff Metro Fuel LLC for a preliminary injunction in this case.

2. I am a tenant of the **JANICE PIVNICK TRUST, the property owner of** 1398 California Street in San Francisco. In accordance with my Lease Agreement with The Janice Pivnick Trust, I own and operate Cable Car Cleaners which is located at 1398 California Street in San Francisco. Pursuant to my authorization under my lease, I entered into a lease agreement with Metro Fuel and they subsequently placed and operated three panel signs on this property.

3. On or about December 12, 2007, the City of San Francisco issued a violation to JANICE PIVNICK TRUST alleging that Metro Fuel's panel signs are illegal and

purportedly imposing a fine of $100 per day per sign for two signs. On or about February 27, 2008, the JANICE PIVNICK TRUST received a second Notice of Violation alleging that Metro Fuel's panel signs are illegal and that there were now three signs purportedly imposing a fine of $100.00 per day per sign.

    4.    I notified Metro Fuel of these notices of violation and was informed that Metro Fuel had filed this lawsuit in federal court challenging the constitutionality of the advertising sign restrictions at issue. I informed Metro Fuel that I am very concerned about the notice of violation and the steep fines that the City claims are accruing. Metro Fuel explained that there would be a court appearance in the federal court action on July 11, 2008, and that Metro Fuel would be asking the Court to issue an injunction barring the City from acting on the notice of violation during the pendency of the lawsuit.

    5.    I informed Metro Fuel that if the issue was not resolved, I would have no choice but to remove the panel signs from the property as the JANICE PIVNICK TRUST was extremely upset that there were violations against their property and I was at risk of being evicted by the property owner. I attempted to resolve the situation with the City and they stated that unless a permit was issued the violations would continue to accrue. As a result I was forced to hire someone to come and remove the panels. I simply could not afford to be evicted from the property as Cable Car Cleaners is my source of income to support my family. It cost approximately $595.00 to have the signs removed and disposed of. In March of 2008, I went to the planning department to discuss the permit process and as I understood it the City would not accept permit applications for panel signs. The fines had accrued to approximately $12,000 by that time and were compounding on a daily basis. As a result, I had no choice but to pay the fine. I had spoken to several people from Metro Fuel and I understood that there is strong legal

precedent supporting Metro Fuel's constitutional claim, but I could not risk the possibility that the City's notice of violation penalties would keep accruing and further ruin my relationship with my Landlord. I was able to successfully negotiate the fines to a final payment of $8,000 which I paid in full to the City of San Francisco Planning Department on April 2, 2008. This was a significant financial burden for me and for my family as we not only lost the income generated by the signs but I had to come out of my pocket to pay the fines. I am seeking full reimbursement from Metro Fuel for both the violation payment and for the removal of the signs. I am also confused as to why I was forced to remove my panel signs but across the street and the surrounding blocks there are multiple panel signs on bus shelters and newspaper stands. I would like to rectify this with the city so that I can have the panels put back up to recoup my losses and generate some extra income for my family.

Copies of all of the above referenced documents are attached as exhibit A

Dated: July 15, 2008
San Francisco, California

_____
CABLE CAR CLEANERS

# Exhibit A

**STEFON INC.**
**DBA SONIA'S DRY CLEANERS**
2282 MARKET ST. (415) 503-1588
SAN FRANCISCO, CA 94114

2581
11-35/1210
648

DATE 4/2/08

PAY TO THE ORDER OF Planning Dept.      $ 8000.-

Eight Thousand even      DOLLARS

**Bank of America**
Serramonte Plaza
301 Serramonte Ctr
Daly City CA
650.615.4700

FOR Fine Without Permit - 1390 California St.

⑆002581⑆ ⑈121000358⑈ 06489⑈05040⑈

---

**RECEIPT**

DATE 4-2-08     No. 115183

RECEIVED FROM Sign P     $ 8,000

1390 California     DOLLARS

FOR RENT Sign penalty — KHB 80, KHB 91
FOR
ACCOUNT NOV-933 B   ☐ CASH    FROM # 2581   TO
PAYMENT                ☒ CHECK
BAL. DUE               ☐ MONEY ORDER   BY TM

SAN FRANCISCO
PLANNING DEPARTMENT
1650 Mission St. Suite 400
San Francisco, CA 94103



December 17, 2007

Cable Car Cleaners
1398 California Street
San Francisco, CA 94109
Attn: Stefanie

Re:   San Francisco Planning Department Notice of Sign Violation

Dear Stefanie:

It has come to our attention that San Francisco Planning Department ("SFPD") representatives who have delivered notices of violations (the "Violation") directly to property owners who have leased space on their building or property to registered outdoor advertising companies have been urging property owners at the time of service of such notices to remove signs (the "Sign(s)") located on their property immediately.

In response to the Violations, Metro Fuel LLC has engaged and has been working with Quickdraw Permit Consulting to address all violations and seek their expeditious resolution. Metro Fuel LLC also wishes to assure you that, pursuant to our agreement with you, Metro Fuel LLC will indemnify and hold you harmless from any and all losses, claims, liabilities, fines, penalties or judgments, arising out of any claim or cause of action proximately caused by Metro Fuel LLC's posting of the Sign (except for any claims related to advertiser liabilities), including, without limitation, civil and criminal fines or impositions for violations of building codes and/or zoning regulations, including but not limited to the instant Violations, incurred with respect to the Sign.

Accordingly, we urge you to advise the SFPD representatives that the Sign(s) which are the subject of the Violations are on property leased to Metro Fuel LLC, and to refer all further inquiries, notices or directives directly to Metro Fuel LLC so that its legal counsel and permit consultants may take appropriate and responsive action.

Your relationship with us is important and we are confident that the Violations can and will be resolved in a manner that will continue to be beneficial to both of us going forward. Please do not hesitate to contact me to discuss the current status of our efforts to resolve these issues or any other matter.

Regards,

James Taggart
Vice President – Operations

**SAN FRANCISCO PLANNING DEPARTMENT**
1650 Mission St. Suite 400
San Francisco, CA 94103

**RECEIPT** No. 115185

DATE: 4-2-08
RECEIVED FROM: Sign P
1390 California
$8,000 DOLLARS
FOR RENT / FOR: Sign Penalty — KJB 90, KJB 91
NOV 9338
ACCOUNT / PAYMENT / BAL. DUE
CASH / CHECK / MONEY ORDER
FROM #2581 TO ____
BY: TM
1182



U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
7007 2560 0001 0618 5192
Postage $0.41
Certified Fee $2.65
Return Receipt Fee (Endorsement Required) $0.00
Restricted Delivery Fee (Endorsement Required) $0.00
Total Postage & Fees $3.06
Postmark: MILLBRAE, CA 94030-9998, APR 7 2008
Sent To: Fuel Outdoor Inc
Street: 149 Fifth Ave 11th Floor
City, State, ZIP+4: New York, NY 10010



U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
7007 2560 0001 0618 5208
Postage $0.41
Certified Fee $2.65
Return Receipt Fee (Endorsement Required) $0.00
Restricted Delivery Fee (Endorsement Required) $0.00
Total Postage & Fees $3.06
Postmark: LOS ANGELES, CA 90030-9998, APR 7 2008
Sent To: Fuel Outdoor Inc
Street: 8060 Melrose Ave 4th Floor
City, State, ZIP+4: Los Angeles, CA 90046

```
MILLBRAE POST OFFICE
MILLBRAE, California
940309998
056783016 -0095         (000)000-0000      10:17:12 AM
04/07/2008        Sales Receipt
Product                  Sale Unit    Final
Description              Qty  Price   Price
NEW YORK NY 10010
Zone-8 First-Class                    $0.41
Letter
0.70 oz.
Certified                             $2.65
Label #:
70072560000106185192                  $3.06
Issue PVI:
LOS ANGELES CA 90046
Zone-4 First-Class                    $0.41
Letter
0.70 oz.
Certified                             $2.65
Label #:
70072560000106185208                  $3.06
Issue PVI:
Forever                   1   $8.20   $8.20
Stamp
Booklet
2c Navajo                10   $0.02   $0.20
Jewelry PSA

Total:                                $14.52
Paid by:
Cash                                  $20.00
Change Due:                           -$5.48
```

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clickship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000503651035
Clerk: 09

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
**********************************************
HELP US SERVE YOU BETTER

# CONSUMER COMPLAINT
## SAN FRANCISCO DISTRICT ATTORNEY
732 Brannan Street, San Francisco, California 94103 (415) 551-9595

Date Received: _____    Assigned To: _____

(DO NOT WRITE IN ABOVE SPACE)

Your Name: Stephanie Fonseca    Complaint Against: Fuel Outdoor Inc
Address: 1300 Murchison Dr.    Address: 8060 Melrose 149 Fifth Ave
City/Zip: Millbrae CA 94030    City/Zip: 11th floor, New York, NY 10016
Home Phone: (650) 292-4649    Phone: (212) 967-7353 or 646-722-9421
Work: (__) _____ Cell: (650) 438-3523    Owner/Operator: James Taggart

Did you complain to Business: ☐ yes ☐ no    If yes, what date? _____

Name and Title of person you spoke to: Jamie Taggart and Liza

Date and Location of contract/transaction sale: _____

How much money did you pay? $ 8000    ☐ cash  ☒ Business/personal check  ☐ credit card

Name of Attorney / Other agencies you have contacted: _____

Have you filed in Small Claims Court: ☐ yes ☒ no    If yes, have parties been served? ☐ yes ☐ no    Court date? ___

Do you want a copy of this complaint to be sent to the Person or Company complained about? ☐ yes ☐ no

Please attach COPIES of cancelled checks/documents/contracts.

Describe the events in the order they happened. Include what you think would be satisfactory resolution of your complaint.

_____

NOTICE:
The information contained in this form is true, correct and complete to the best of my knowledge, information, and belief.

City / State executed in: San Francisco, CA
Date: 4/25/08    Signature: _____

April 25, 2008

To Whom It May Concern:

I, Stephanie Fonseca, own Cable Car Cleaners, a Dry Clean business at 1398 California Street. For approximately 4 years I have had a contract with a company by the name of Fuel Outdoor, an advertising company. The contract is allows Fuel Outdoor to place advertising signs on the exterior wall of the building at 1398 California Street for a monthly fee. In March, we began receiving fine notices from the City of San Francisco because Fuel Outdoor did not obtain proper permits for these advertising signs. We brought this to the attention of Fuel Outdoor and they repeatedly stated that they would "take care of it". The daily fines kept mounting and reached $200.00. We have since taken down the advertising signs and paid the fine of $8000.00 so that we (Cable Car Cleaners) would remain in good stead with the City of San Francisco and my landlord. Since then we have repeatedly tried to contact Fuel Outdoor to get them to reimburse us in the amount of $8000.00. They are now either not returning our calls, or they say that they will pay us when they settle a lawsuit with the City of SF. At this point, we highly doubt that they have any intentions to repay us.

I am also enclosing a letter from Fuel Outdoor, where they state that they take responsibility for paying this fine. A satisfactory resolution of this matter, from our perspective, would require Fuel Outdoor to repay us the $8000.00 in fines.

Thanks and Regards,

*[signature]*

Stephanie Fonseca

Cable Car Cleaners

1398 California Street, S. F. 94109

650-438-3523

April 7, 2008

Fuel Outdoor Inc.
149 Fifth Avenue
11th Floor
New York, New York, 10010

Fuel Outdoor Inc.
8060 Melrose Avenue
4th Floor
Los Angeles, Ca. 90046

Re: 1398 California Street, San Francisco CA

Dear Sir or Madame,

Over the last two weeks I have attempted, without success, to speak with someone at both of the above-mentioned offices regarding the reimbursement of an $8,000 penalty from The City of San Francisco. The purpose of my calls was to inform you that we received a fine in the amount of $8,000 from The City of San Francisco, and as per the enclosed letter, request reimbursement in the amount of $8000.

It now seems that your firm has purposefully ignored my calls. This leads me to believe that you have no intention of paying this penalty. As a result, we will be filing a complaint with both The San Francisco District Attorneys Office (who we believe are anxious to pursue this matter), as well as the Attorney General's Office of the State of California under the Interstate Commerce Act.

We are giving you ten days from the date of this letter to send us a check in the amount of $8,000, or we will continue to pursue the above-mentioned options. Please be clear that we believe the enclosed letter from your company is crystal clear that the fine MUST BE PAID BY YOUR COMPANY. Please let us know if you disagree. Please be aware that the property manager for our building spoke directly to Mr., James Taggert in your New York office, who told our property manager that your firm would be responsible for any penalties given by governmental agencies.

We await your check.

Sincerely,

Stephanie Fonseca
Cable Car Cleaners

02/28/2008  17:12    4154016676                FUEL OUTDOOR SF                            PAGE  01/05



# SAN FRANCISCO PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Sign

February 27, 2008
9524
1390 California St.
KAB115 (first floor wall sign)
POLK (Polk Street Neighborhood Commercial) District
0248/008

Contact: Jonas Ionin-Purvis – (415) 558-6354
jonas.purvis@sfgov.org

*Property Owner:*
Janice Pivnick Trust
101 Lombard St., Apt. 203E
San Francisco, CA 94111

*Sign Company:*
Unknown

1660 Mission
Suite 400
San Francisco,
CA 94103-24

Reception:
415.558.63

Fax:
415.558.64

Planning
Information:
415.558.6

---

The Planning Department has recently inspected the above-referenced property and has determined that an additional violation of the Planning Code exists on the site with respect to the general advertising sign referenced above. The exact nature of the violation is detailed below:

### DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising sign. This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit to install the signs or by applying for a building permit to remove the sign.

A prior Notice of Violation was issued on December 12, 2007 for two other signs (ID KAB90 and KAB91) on this site. Our records now show three unlawful general advertising signs exist on the site.

*Timeline to respond.*
Under Section 610 of the Planning Code, the responsible party has forty-five (45) days from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the sign or request reconsideration of this Notice of Violation before an Administrative Law Judge.

*Penalties*
Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the sign. For the subject sign, at 24 square feet each, the penalty is $100 per day. Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition

Notice of Violation

Case: 9330
1390 California Street

to continue. If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

*Building permit to remove or correct violation.*
have thirty (30) days from the filing of the building permit to either (1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI); or remove all copy from the signs until such approval from DBI is obtained. If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of $100 per day.

<u>To avoid penalties, we strongly suggest that you send a photo (preferably via email) to the staff person shown at the top of this notice to confirm when the violation has been abated.</u>

## REQUEST FOR RECONSIDERATION HEARING

*Written request for hearing and fees.*
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org. The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error. You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

*Other applications under Planning Department consideration.*
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications. Therefore any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

John Rahaim
Director of Planning

N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\NOVs Issued\9330_1390_California St_NOV2.doc



# SAN FRANCISCO
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Sign

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
415.558.6378

Fax:
415.558.6409

Planning
Information:
415.558.6377

Date:           December 12, 2007
Case No.:       9330
Site Address:   1390 California Street
Sign ID:        KAB90 (6x4 west-facing wall sign)
Sign ID:        KAB91 (6x4 west-facing wall sign)
Zoning:         POLK (Polk Street Neighborhood Commercial) District
Block/Lot:      0248/014

Staff Contact:  Jonathan Purvis – (415) 558-6354
                Jonathan.purvis@sfgov.org

Property Owner:                         Sign Company:
Janice Pivnick Trust                    Unknown
___ Lombard St., Apt. 203E
San Francisco, CA 94111

The Planning Department ___ inspected the above-referenced property and has determined that one or more violation___ exist on the site with respect to the general advertising signs referenced above. ___ violation is detailed bel___

## DESCRIPTION OF ___

There is no reco___ ___ issued for the ___ general advertising signs. This is a violat___ ___ 604. You must ___ ___ by providing evidence of an approved ___ ___ ___ plying for a ___ ___ to remove the signs.

Under Section 6___ ___ ___ responsible ___ ___ -five (45) days from the date post-___ on this ___ ___ to file an a___ ___ for a permit to remove the signs or ___ ___ this ___ ___ before ___ ___ trative Law Judge.

## Penalties

Failure to act on this Notice of Violation within __ days ___ to the City Attorney for further action, including penalti___ ___ a rate that is based ___ ___ $100 per day, ___ ___ ___ ___ be authorized ___ ___ not less than ___ for each ___ continue. If the above violation involves Section 604.1 of the ___ ___ ___ be im___ by the Planning Director.

12/14/2007  19:10    4154016676             FUEL OUTDOOR SF                     PAGE  02/03

'ice of Violation
..12/2007

Case ...
1390 California St...

**Building permit to remove or correct violation.**
You are required to file a building permit to remove the signs. You have thirty (30) days ...
of the building permit to either (1) obtain a Final Inspection Approval or Certificate of Completion ...
the Department of Building Inspection (DBI); or remove all copy from the signs until such approval from
DBI is obtained. If the required approvals have not been obtained within this time ...
accrue at the above referenced amount of $200 per day.

## REQUEST FOR RECONSIDERATION HEARING

**Written request for hearing and fees.**
If you seek reconsideration of this Notice of Violation, you must complete a ... Reconsideration
application, which is available online at www.sfplanning.org. The request ... evidence that
demonstrates why this Notice of Violation was issued in error or why the ... ative penalties
assessed were in error. You must enclose a check for $3,400 payable to the Pl... rtment for the
initial hearing fee.

**Other applications under Planning Department consideration.**
We want to assist you in ensuring the property is in full compliance with the Pl... and that no
violations are pending. The Planning Department requires that pending violation ... prior to
processing and approving of any new building permits or other applicat...
applications under consideration by the Planning Department for the subject site ...
until further notice.

Sincerely,

*Dean Macris*

Dean L. Macris
Director of Planning

I:\CODE ENFORCEMENT\CB GA SIGN PRO... 58014_1390_California St_NO...