PAUL E. FISHER, State Bar No. 125309
The Law Office of Paul E. Fisher
537 Newport Center Dr., #289
Newport Beach, CA 92660
Telephone: (949) 675-5619
Facsimile:  (949) 675-5641

ERIC HECKER (admitted *pro hac vice*)
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
Telephone: (212) 763-5000
Facsimile:  (212) 763-5001

ATTORNEYS FOR PLAINTIFF
METRO FUEL LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRO FUEL LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br>vs.<br><br>CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county,<br><br>    Defendants. | Case No. 3:07-CV-6067 (JSW)<br><br>The Hon. Jeffrey S. White<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

1  This matter coming before the Court upon Plaintiff's motion for a preliminary injunction, and for good cause shown, it is now hereby **ORDERED** as follows:

   1. Plaintiff's motion for preliminary injunction is GRANTED.

   2. Until further Order from this Court, Defendant City and County of San Francisco (the "City"), together with its officers, agents, servants, employees, and attorneys, and all those in active concert or participation with them, are hereby ENJOINED and RESTRAINED from enforcing any aspect of Article 6 of the San Francisco Planning Code against Plaintiff's general advertising panel signs, or from interfering in any way with the general advertising panel signs operated by Plaintiff within the City's jurisdiction.

   IT IS SO ORDERED.

DATED:_____   By:_____
                                   THE HONORABLE JEFFREY S. WHITE
                                   UNITED STATES DISTRICT JUDGE

Proposed Order Granting Plaintiff's
Motion for a Preliminary Injunction
USDC No. C07-6067 JSW