# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge: JEFFREY S. WHITE**

**Date**: July 11, 2008

**Case No:** C 07-06067 JSW

**Case Title**: METRO FUEL LLC v. CITY OF SAN FRANCISCO, et al.

**Appearances:**

    For Plaintiff(s): Eric Hecker, Paul Fisher

    For Defendant(s): Thomas Lakritz

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Connie Kuhl

## *PROCEEDINGS*

1. Further Case Management Conference - held

MOTION/MATTER: ( ) Granted
                ( ) Denied
                ( ) Granted in part/Denied in part
                ( ) Taken under submission
                ( ) Withdrawn/Off Calendar
                ( ) Continued to:

Order to be prepared by:     ( ) Plaintiff   ( ) Defendant   (X) Court

## *SUMMARY*

- The stay is vacated.
- The motion for leave to file motion for preliminary injunction is GRANTED. The motion shall be filed by 07/18/08.
- Discovery is opened as to the defendant.
- Parties shall file a joint letter brief re: right to discovery.
- Defendants' motion for judgment on the pleadings shall be filed by 08/01/08.