1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  KRISTEN A. JENSEN, State Bar #130196
   THOMAS S. LAKRITZ, State Bar #161234
3  VICTORIA WONG, State Bar #214289
   Deputy City Attorneys
4  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
5  San Francisco, California 94102
   Telephone:    (415) 554-6547
6  Facsimile:     (415) 554-4747
   E-Mail:        tom.lakritz@sfgov.org
7
   Attorneys for Defendant
8  CITY AND COUNTY OF SAN FRANCISCO

9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12

13  METRO FUEL LLC, a Delaware limited          Case No. C07-6067 JSW
    liability company,
14                                              **PROPOSED ORDER GRANTING
              Plaintiff,                        CITY'S ADMINISTRATIVE MOTION
15                                              TO CONTINUE MEET AND CONFER
          vs.                                   AND BRIEFING DATES; REQUEST
16                                              FOR CLARIFICATION REGARDING
    CITY OF SAN FRANCISCO, a municipal          PAGE LIMITS**
17  corporation, COUNTY OF SAN
    FRANCISCO, a subdivision of the State
18  of California, CITY AND COUNTY OF
    SAN FRANCISCO, a chartered California
19  city and county and DOE 1 through DOE
    10,
20
              Defendants.
21

22

23
          This matter coming before the Court upon Plaintiff's administrative motion to continue meet-

24  and-confer and briefing dates and requesting additional pages, it is now hereby ORDERED as

25  follows:

26          1.   The City's administrative motion to continue meet-and-confer and briefing dates and

27               requesting additional pages is GRANTED.

28
    PROPOSED ORDER                                    1              n:\land\li2008\080804\00498260.doc
    USDC No. C07-6067 JSW

1      2.  The Court grants a continuance to on or before Friday, August 8, for the parties to

2          meet and confer regarding the City's entitlement to discovery to defend against the

3          Plaintiff's motion for preliminary injunction, and to jointly report to the Court

4          regarding the results of that meet and confer effort.

5      3.  The Court further grants a continuance of the date by which the City must file its

6          motion for judgment on the pleadings to on or before Friday, August 15, 2008.

7      4.  The Court confirms that the City's brief in support of its motion for judgment on the

8          pleadings, and Plaintiff's brief in opposition thereto, shall not exceed 25 pages each.

9

10     IT IS SO ORDERED:

11

12   DATED:_____     By:_____

13                                          THE HONORABLE JEFFREY S. WHITE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28