PAUL E. FISHER, State Bar No. 125309
The Law Office of Paul E. Fisher
537 Newport Center Dr., #289
Newport Beach, CA 92660
Telephone: (949) 675-5619
Facsimile:  (949) 675-5641

ERIC HECKER (admitted *pro hac vice*)
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
Telephone: (212) 763-5000
Facsimile:  (212) 763-5001

ATTORNEYS FOR PLAINTIFF
METRO FUEL LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRO FUEL LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>vs.<br><br>CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county,<br><br>Defendants. | Case No. 3:07-CV-6067 (JSW)<br><br>The Hon. Jeffrey S. White<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART THE CITY'S ADMINISTRATIVE MOTION TO CONTINUE MEET AND CONFER AND BRIEFING DATES** |

This matter coming before the Court upon the City's administrative motion to continue meet and confer and briefing dates, it is now hereby **ORDERED** as follows:

1. The City's administrative motion to continue the meet and confer dates is DENIED. The parties are ordered to meet and confer and to submit a joint letter brief to the Court by July 25 as previously ordered.

2. The City's administrative motion to continue the judgment on the pleadings briefing dates is GRANTED. The City shall file its motion for judgment on the pleadings, including a memorandum of law in support thereof not to exceed 25 pages, on or before August 29, 2008. Plaintiff shall file its opposition, including a memorandum of law in support thereof not to exceed 25 pages, on or before September 12, 2008. The City shall file its reply papers, including a memorandum of law in support thereof not to exceed 15 pages, on or before September 19, 2008.

3. The parties shall appear for a hearing before the Court at _____ a.m./p.m. on _____, 2008.

IT IS SO ORDERED:

DATED:_____   By:_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Proposed Order
USDC No. C07-6067 JSW