1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | KRISTEN A. JENSEN, State Bar #130196
THOMAS S. LAKRITZ, State Bar #161234
3 | VICTORIA WONG, State Bar #214289
Deputy City Attorneys
4 | City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
5 | San Francisco, California 94102
Telephone:     (415) 554-6547
6 | Facsimile:     (415) 554-4747
E-Mail:         tom.lakritz@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRO FUEL LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county and DOE 1 through DOE 10,<br><br>Defendants. | Case No. C07-6067 JSW<br><br>~~PROPOSED~~ **ORDER GRANTING CITY'S ADMINISTRATIVE MOTION TO CONTINUE MEET AND CONFER AND BRIEFING DATES; REQUEST FOR CLARIFICATION REGARDING PAGE LIMITS** |

This matter coming before the Court upon Plaintiff's administrative motion to continue meet-and-confer and briefing dates and requesting additional pages, it is now hereby ORDERED as follows:

1. The City's administrative motion to continue meet-and-confer and briefing dates and requesting additional pages is GRANTED.

1  2. The Court grants a continuance to on or before Friday, August 8, for the parties to meet and confer regarding the City's entitlement to discovery to defend against the Plaintiff's motion for preliminary injunction, and to jointly report to the Court regarding the results of that meet and confer effort. There shall be no further continuance of this date.

3. The Court further grants a continuance of the date by which the City must file its motion for judgment on the pleadings to on or before Friday, August 15, 2008.

4. The Court confirms that the City's brief in support of its motion for judgment on the pleadings, and Plaintiff's brief in opposition thereto, shall not exceed 25 pages each.

IT IS SO ORDERED:

DATED: July 23, 2008              By: *Jeffrey S. White*
                                       THE HONORABLE JEFFREY S. WHITE