DENNIS J. HERRERA, State Bar #139669
City Attorney
KRISTEN A. JENSEN, State Bar #130196
THOMAS S. LAKRITZ, State Bar #161234
VICTORIA WONG, State Bar #214289
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102
Telephone:     (415) 554-6547
Facsimile:     (415) 554-4747
E-Mail:        tom.lakritz@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRO FUEL LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county and DOE 1 through DOE 10,<br><br>　　　　　Defendants. | Case No. C07-6067 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER** |

1  WHEREAS, the Plaintiff in this action filed a motion for a preliminary injunction on July 18, 2008; and

2  WHEREAS, Defendants have asserted that they need to take certain discovery before they can file their opposition to Plaintiff's motion for a preliminary injunction; and

3  WHEREAS, the Court directed the parties to meet and confer on or before August 8, 2008 and to advise the Court whether the parties were able to agree to a schedule for the briefing of Plaintiff's preliminary injunction motion; and

4  WHEREAS, the parties have met and conferred as directed and have agreed to enter into certain stipulations and have agreed on a briefing schedule for Plaintiff's preliminary injunction motion; and

5  WHEREAS, the parties have agreed to the terms of a Stipulated Protective Order, which is being filed simultaneously herewith for the Court's review and execution;

NOW, THEREFORE, it is hereby STIPULATED, AGREED, and ORDERED as follows:

1. Defendants shall file their opposition to Plaintiff's preliminary injunction motion on or before August 29, 2008;

2. Defendants also shall file their motion for judgment on the pleadings (which previously was due on August 15) on or before August 29, 2008;

3. Plaintiff shall file (a) its reply in further support of its motion for a preliminary injunction and (b) its opposition to Defendants' motion for judgment on the pleadings on or before September 12, 2008;

4. Defendants shall file their reply in further support of their motion for judgment on the pleadings on or before September 19, 2008; and

5. The parties shall appear before the Court for a hearing on these motions on Friday, November 15, 2008 at 9:00 a.m.
~~November 7, 2008 at 9:00 a.m.~~

Stipulation and Proposed Order
USDC No. C07-6067 JSW

1

1 | DATED: August 6, 2008 | DENNIS J. HERRERA
2 | | City Attorney
3 |
4 | | By: /s/
  | | THOMAS S. LAKRITZ
5 | | Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO
6 |
7 |
8 | DATED: August 6, 2008 | EMERY CELLI BRINCKERHOFF & ABADY LLP
9 |
10 | | By: /s/
   | | ERIC HECKER
11 | | Attorneys for Plaintiff METRO FUEL, LLC

IT IS SO ORDERED:
As stipulated with the exception that the hearing on the motions shall be set for November 15, 2008 at 9:00 a.m.

DATED: August 7, 2008    By: /s/ Jeffrey S. White
                              THE HONORABLE JEFFREY S. WHITE