# EXHIBIT G



# City and County of San Francisco
## Office of the Clerk of
## BOARD OF SUPERVISORS

City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4689

Your attention is hereby directed to the following:

I, Angela Calvillo, Clerk of the Board of the City and County of San Francisco, California do hereby certify that the annexed Legislative File 080658 is a full, true and correct copy of the original thereof on file in this office.

IN WITNESS, WHEREOF, I have hereunto set my hand and affixed the official seal of the City and County of San Francisco, California this 21st day of August, A.D., 2008.

Angela Calvillo
Clerk of the Board
City and County of San Francisco

By _Mary L. Red_



# City and County of San Francisco
## Master Report

City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4689

| | | | |
|---|---|---|---|
| **File Number:** 080658 | **File Type:** Ordinance | | **Status:** 30 Day Rule |
| **Enacted:** | | | **Effective:** |
| **Version:** 1 | **Reference:** | | **In Control:** City Operations and Neighborhood Servic |
| **File Name:** General Advertising on City Buildings and Street Furniture | | | **Introduced:** 5/13/2008 |
| **Requester:** | **Cost:** | | **Date Passed:** |
| **Comment** | | **Title:** Ordinance amending the San Francisco Administrative Code by adding Section 4.20-1 to make it City policy that there should not be any new general advertising signs on street furniture and to prohibit new general advertising signs visible to the public on the exterior of City-owned buildings. | |
| **Indexes:** | | | **Sponsors:** McGoldrick |

### History of Legislative File    080658

| Ver | Acting Body | Date | Action | Sent To | Due Date | Pass/Fail |
|---|---|---|---|---|---|---|
| 1 | President | 5/13/2008 | ASSIGNED UNDER 30 DAY RULE | City Operations and Neighborhood Services Committee | 6/12/2008 | |

FILE NO. 080658            ORDINANCE NO.

[General Advertising on City Buildings and Street Furniture.]

**Ordinance amending the San Francisco Administrative Code by adding Section 4.20-1 to make it City policy that there should not be any new general advertising signs on street furniture and to prohibit new general advertising signs visible to the public on the exterior of City-owned buildings.**

Note:   The Section is entirely new.

Be it ordained by the People of the City and County of San Francisco:

Section 1. Findings.

(a) In 2002 the voters approved Proposition G, which adds Section 611 to the Planning Code. Section 611 prohibits new general advertising signs at any location within the City as of March 5, 2002. By its terms, this prohibition on new general advertising included signs on City buildings, but expressly excluded signs on motor vehicles or in the public right-of-way if permitted by local law.

(b) In November 2007, the voters approved Proposition K. Proposition K sets forth a Declaration of Policy that the City should not allow any increase in the number of general advertising signs on street furniture over the number authorized as of July 1, 2007. As stated in the Ballot Simplification Committee's Digest for Proposition K, the ordinance adopted by the voters in 2002 already prohibited new general advertising signs on City buildings. This prohibition was reinforced by the voters in Proposition K, which states that the City should not allow an increase in the number of general advertising signs visible to the public on the exterior of City-owned buildings over the number in place as of December 1, 2007.

(c) This Section 4.20-1 codifies the voters' enactments with respect to general advertising signs on street furniture and on City-owned buildings.

Supervisor McGoldrick
**BOARD OF SUPERVISORS**

Page 1
5/1/2008
n:\landuse\jboyajia\bdsupes\propk.doc

1  Section 2. The San Francisco Administrative Code is hereby amended by adding
2  Section 420-1, to read as follows:

3  SEC. GENERAL ADVERTISING – PROHIBITION ON THE EXTERIOR OF CITY
4  BUILDINGS; DECLARATION OF POLICY REGARDING GENERAL ADVERTISING ON
5  STREET FURNITURE.

6  (a)  As provided by Section 611 of the San Francisco Planning Code, which was
7  adopted by the voters in November 2002, and by Proposition K, which was adopted by the
8  voters in November 2007, new general advertising signs that are visible to the public are
9  prohibited on the exterior of any City-owned building after March 5, 2002.

10  (b)  As set forth in Proposition K, it shall be City policy that there should be no
11  increase in the number of general advertising signs allowed on street furniture, including
12  transit shelters, kiosks, benches and newspaper racks, over the number authorized by City
13  law and through City contracts as of July 1, 2007.

14  (c)  The term "general advertising sign" shall have the meaning set forth in Section
15  602.7 of the Planning Code.

17  APPROVED AS TO FORM:
    DENNIS J. HERRERA, City Attorney
18
19  By: *[signature]*
        JUDITH A. BOYAJIAN
20      Deputy City Attorney

# INTRODUCTION FORM
### By a member of the Board of Supervisors or the Mayor



Time Stamp or Meeting Date

I hereby submit the following item for introduction:

X     1. For reference to Committee:
         An ordinance, resolution, motion, or charter amendment.
\_\_\_\_    2. Request for next printed agenda without reference to Committee

_____ 3. Request for Committee hearing on a subject matter.
_____ 4. Request for letter beginning "Supervisor \_\_\_\_\_ inquires…".
_____ 5. City Attorney request.
_____ 6. Call file from Committee.
_____ 7. Budget Analyst request (attach written motion).
_____ 8. Substitute Legislation   File Nos.

Please check the appropriate boxes.  The proposed legislation should be forwarded to the following:

☐ Small Business Commission      ☐ Youth Commission
☐ Ethics Commission      ☐ Planning Commission
☐ Building Inspection Commission

**Note: For the Imperative Agenda (a resolution not on the printed agenda), use a different form.]**
r

**Sponsor(s): Supervisor** Jake McGoldrick

**SUBJECT:** Ordinance amending the Administrative Code to make City policy reflect Prop K

The text is listed below or attached:

Signature of Sponsoring Supervisor: _/s/ Jake McGoldrick_

**For Clerk's Use Only:**