# EXHIBIT M

**San Francisco Arts Commission Civic Design Review Committee**
**Submission Guidelines**

The Arts Commission's responsibility for the approval of the design of structures on City property is identified in Charter Section 5.103. The Charter gives power to the Commission for the review and approval of "the design of all public structures, any private structure which extends over or upon any public property and any yards, courts, setbacks or usable open spaces which are an integral part of any such structures" (San Francisco Charter Section 5.103, 1996 revision).

The Charter thus mandates review by the Arts Commission of the architecture and design of structures as well as landscape design. This responsibility is assigned to the Civic Design Review Committee, composed of three architects, one landscape architect and one art historian.

A "structure" has been defined as any new or significantly remodeled building. This definition also incorporates street furnishings, including, but not limited to: streetlights, benches, bollards, railings, water features, newsracks, trash containers and way-finding systems.

The Civic Design Review Committee meets the third Monday of every month at 3:00 p.m. at 25 Van Ness Avenue, Suite 70. If the regularly scheduled meeting falls on a legal holiday, the meeting will be rescheduled to the immediately following Monday. Applicants are required to submit a letter requesting review, the Civic Design Review fee ($2500), an art enrichment report and an informational packet one week prior to the meeting at which they wish to have their project reviewed. Detailed information regarding these requirements is outlined in the Submission Requirements section for each review phase. **Applicants who fail to meet all of the submission requirements by the Monday prior to the Civic Design meeting will not be calendared.**

The Civic Design Review process consists of three phases. Each project must be approved at all three phases of review to complete the Civic Design Review requirement. The review phases align with the typical project delivery for architectural services:

Phase 1: Schematic Design
Phase 2: Design Development
Phase 3: Construction Documents

Detailed information regarding what the committee will be looking for at the various phases is outlined in the Submission Requirements for each phase, listed below. Although the Committee typically meets every month, applicants should plan their submission prudently in order to maximize the benefit of the review and to minimize the possibility of schedule delays.

At the hearing, the Civic Design Committee will either move to approve the project or take no action on the proposal based on information presented. If there is no action, the applicant will be required to resubmit and present their proposal again at the next regularly scheduled Civic Design meeting for the specified phase review. All submission requirements will be the same. Applicants should review and be prepared to address any comments made by the Committee. If the Committee recommends approval, then the motion will carry to the next regularly scheduled full Commission consent calendar. Applicants are not required to present at the full Commission meeting unless specifically requested by the Civic Design Committee.

Any contingencies associated with a project's approval must be met prior to moving on to the next phase review. Final Phase 3 approval will be withheld if there are outstanding contingencies on a particular phase approval. Any associated reviews (i.e., Environmental Impact Report, Negative

Declaration, Certificate of Appropriateness) must be certified or resolved before a final Phase 3 approval can be granted.

Additionally, any changes made to a previously approved design at any phase must be reported to the Arts Commission staff. Based on information submitted by the applicant, staff will determine if additional Commission review is required or if the matter can be administratively reviewed.

## PHASE 1: SCHEMATIC DESIGN

The Phase 1 presentation is critical in defining the conceptual and schematic form of the project. The introduction should establish the history of the structure, the project sponsor's goals, programming concerns, requirements, functions and services performed within the building. Architectural criteria such as building massing, specific design goals and concerns will be reviewed. The applicant should identify any master plan considerations, environmental reviews, or comments of other reviewing agencies (e.g., Landmarks Preservation Advisory Board, Planning Department etc.) that may affect the design. The Committee may request a separate informational presentation for major projects prior to reviewing Phase 1.

**Submission Requirements**
A **Letter Requesting Review, Art Enrichment Report and Civic Design Review fee, $2500,** must be submitted to the Civic Design Coordinator prior to being calendared for Phase 1. Earlier submittal will ensure placement on the agenda. In addition, Phase 1 applicants must submit six (6) copies of an **Informational Package** for distribution to the Committee. These packages must be submitted to the Civic Design Coordinator no later than **12:00 noon** on the **Monday** prior to the meeting. No packages will be accepted for the monthly meeting after this deadline.

The **Letter Requesting Review** must include:
- Name, title and affiliation of individual who will be presenting the project
- Site location and description
- Scope of work
- Description of general materials of construction

The **Informational Package** must include:
- Photographs of the actual building site and the immediate surrounding area
- Schematic design drawings (plans, sections, elevations, perspectives)
- Site plans should include schematic landscape strategy
- Evidence of community presentations: schedule of meetings, number of participants, etc.

*Six (6) black and white or color photocopies (8 1/2" x 11" minimum to 11"x17" maximum) of the complete Informational Package are required .*

**Presentation Requirements**
- Photographs of the actual building site and the immediate surrounding area
- Site plan identifying the exact location and surrounding vicinity of the project and its relationship to the surrounding community
- Schematic drawings including building elevations, sections and perspectives
- Three-dimensional study or presentation models are desirable when appropriate. *However, such models may be required at the discretion of the committee or the full Arts Commission.*
- While drawings are preferred with color applied to differentiate areas and materials, black-and-white drawings will be accepted.
- Presentation images should be mounted on a lightweight board not to exceed

30" x 40." (Exceptions to the maximum size may be made for projects in which the scope and scale may require larger drawings.)
• Sketches are desired but not required for landscape or playground projects.

*Note: The applicant will be responsible for transporting drawings, material samples, and other visual aids to and from all required meetings.*

## PHASE 2: DESIGN DEVELOPMENT

Phase 2 reviews the project in more detail prior to applicant's commencing with contract documents. This phase is intended to be a continuation of Phase 1 presenting the progress of the design. The presentation should summarize areas of concern discussed at Phase 1, and identify how the issues were addressed during design development.

### Submission Requirements
A **Letter Requesting Review** must be submitted to the Civic Design Coordinator prior to being calendared for Phase 2. Earlier submittal will ensure placement on the agenda. In addition, Phase 2 applicants must submit six (6) copies of an **Informational Package** for distribution to the Committee. These packages must be submitted to the Civic Design Coordinator no later than **12:00 noon** on the **Monday** prior to the meeting. No packages will be accepted for the monthly meeting after this deadline.

The **Letter Requesting Review** must include:
• Name, title and affiliation of individual who will be presenting the project
• Site location and description
• Scope of work, describing any changes since the previous review
• Description of general materials of construction

The **Informational Package** must include:
• Photographs of the actual building site and the immediate surrounding area
• Schematic design drawings
• Site plans, building elevations, sections and perspectives
• Detailed site development description including landscape plan with plant materials and size, species with common name
• Graphics and signage elements

*Six (6) black and white or color photocopies (8 1/2" x 11" minimum to 11"x17" maximum) are required.*

### Presentation Requirements
• All materials submitted in Phase 1 review with further design development
• Detailed site development including design development landscape plan with plant materials and size, species with common name.
• Plant elevations in color
• Examples of exterior graphics and signage
• Description, cut sheets of any site furnishings

## PHASE 3: CONTRACT DOCUMENTS

Phase 3 review ensures that the completed project conforms to the previously approved Phase 2 submittal. Should any design changes (such as value engineering) occur after Phase 3 review or as a

result of the bid process, it is the applicant's responsibility to inform the Arts Commission staff prior to commencement of construction. The applicant shall work with public art staff to finalize the art enrichment plan **prior to** Phase 3 review.

### Submission Requirements
A **Letter Requesting Review** must be submitted to the Civic Design Coordinator prior to being calendared for Phase 3. Earlier submittal will ensure placement on the agenda. In addition, if changes were made to the previously approved Phase 2 submittal, applicants must submit six (6) copies of an **Informational Package** for distribution to the Committee. These packages must be submitted to the Civic Design Coordinator no later than **12:00 noon** on the **Monday** prior to the meeting. No packages will be accepted for the monthly meeting after this deadline.

- **Letter requesting review** (see Phase 1 and Phase 2 descriptions)
- Confirmation of final construction costs
- Informational package if changes apply to the previously approved Phase 2 submittal.
- Construction cost estimate for 100% design completion. Revised tabulations and adjusted art enrichment report may be requested if there are significant changes to the Phase 1 cost estimate.

### Presentation Requirements
- One half-size set of bound substantially complete project working drawings (color coding of important drawings and details will speed review)
- Any remaining contingencies must be met

### Administrative Phase 3 Review
Requests for administrative final design approval will be considered, providing that there are no changes to the previously approved Phase 2 submittal. Project managers should submit a letter stating that there are no changes, or explaining any minor modifications. Final construction drawings must be submitted to Civic Design staff and will be made available to the Committee for review during the regular monthly meeting. Final letters stating the approval of the Phase 3 submittal will be issued after the Civic Design and subsequent full Commission meetings. The approval will appear on the consent calendar at the full Commission meeting following Committee approval. Note that the project team will not be required to attend either meeting.

### Individual Project Review
Special Civic Design review meetings may be calendared for large-scale projects that include complicated large-scale buildings on a campus and/or occupying a prominent public site. Projects eligible for special review include, but are not limited to, hospitals, airports and large corporate developments on City property. Civic Design staff, upon review of submittal materials, will determine eligibility for special review.

## CONSTRUCTION IMPLEMENTATION

**The Applicant must inform the Arts Commission of any changes which affect the design and/or materials as approved by the Arts Commission through the Civic Design Review process.**

**Further inquiries should be directed to:**

Nancy Gonchar, Deputy Director
San Francisco Arts Commission
25 Van Ness Ave., Suite 240
San Francisco, CA 94102
Phone: 415 252 2584
Fax: 415 252 2595
e-mail: Nancy.Gonchar@sfgov.org

Or

Vicky Knoop, Civic Design Coordinator
San Francisco Arts Commission
25 Van Ness Ave., Suite 240
San Francisco, CA 94102
Phone: 415 252 3214
Fax: 415 252 2595
e-mail: vicky.knoop@sfgov.org