# EXHIBIT N

## SAN FRANCISCO ARTS COMMISSION
## SPECIAL MEETING OF THE CIVIC DESIGN REVIEW COMMITTEE

Monday, September 17, 2007
3:00 p.m.
San Francisco Municipal Transportation Agency (SFMTA)
1 South Van Ness Avenue at Market St., 7th Floor
Union Square Conference Room, #7080

## Minutes

**Commissioners Present:** Andrea Cochran, Beverly Prior, Leonard Hunter, John Kriken, Jeannene Przyblyski

**Staff Present:** Nancy Gonchar, Catherine Direen, Vicky Knoop

**Call To Order:** 3:17 p.m.

1. **Clear Channel Bus Shelters and Kiosk Designs** - Informational Presentation

    Gail Stein, SFMTA Project Coordinator, introduced the project staff and gave an overview of the selection process for the bus shelter contract.

    Bill Hooper, President, Clear Channel Outdoor, and Martina Schmidt, President, Clear Channel Advertising, explained the selection process for the street furniture contract and design. Mr. Hooper introduced Olle Lundberg, Architect, Lundberg Design, to present the design.

    Mr. Lundberg gave a PowerPoint presentation for the new bus shelters and kiosks. He explained that the shelters are black with a red polycarbonate roof and are constructed with steel bolts. He continued that the Market Street shelters will have an amber polycarbonate roof and bronze bolts. Mr. Lundberg elaborated on the detail of the design and construction of the shelters. He stated that the new kiosk design had minor visibility impact on storefronts.

    Mr. Lundberg explained that stops without the kiosk or shelter would have a solar-powered LED-illuminated transit stop. He discussed other environmental considerations of the shelters, including using recycled steel, LED lighting, and photovoltaics to power the shelter lights, map panel and ad box.

    Mr. Lundberg then showed the design for utility box covers.

    Commissioner Cochran opened the floor for public comment.

    Robin Chiang of the San Francisco Beautiful Board and Livable City Board suggested

San Francisco Arts Commission	Page 2 of 5
Special Meeting of the Civic Design Review Committee
September 17, 2007

looking into the problem of bird perching. He also commented that he was concerned that the finish on the metal could come off. Mr. Chiang noted that the Muni maps were difficult to read because of the small size, and that better way-finding information could be provided in place of advertising space.

Marcie Keever of San Francisco Beautiful noted displeasure with the utility box cover. She commented that it would greatly increase advertising space. She suggested looking into other options such as putting the boxes underground.

Commissioner Cochran closed the floor to public comment.

Commissioner Przyblyski asked if the boxes were translucent.

Mr. Lundberg replied that they are not translucent. He also added that the utility box covers are four feet by four feet.

Mr. Hooper added that options for covering the boxes were asked for in the RFP, but were not a mandatory part of the proposal.

Commissioner Kriken commented that the kiosks seem to take up more room than the present round kiosks. He asked if these kiosks will only be on Market Street.

Mr. Hooper said that there would be 110 more kiosks than there are now. He added that the side facing Market Street is for art.

Mr. Lundberg explained that the shelters would remain the same size unless there has been a change to ridership or ADA requirements. He continued that the shelters provide the same protection as the current shelters and that the roof is slightly wider in the proposed shelters.

Commissioner Hunter asked if all 1,100 bus shelters would all be replaced.

Mr. Hooper replied that all would be replaced in phases over the next six years starting with the lines of highest ridership.

Commissioner Hunter remarked favorably on the steel detailing.

Commissioner Prior noted that the utility box cover would provide thousands of new advertising opportunities for Clear Channel.

Mr. Hooper said there was a maximum number of 150 kiosks and 1,500 advertising spaces.

Commissioner Przyblyski expressed concern over unchecked advertising. She also

San Francisco Arts Commission                                      Page 3 of 5
Special Meeting of the Civic Design Review Committee
September 17, 2007

    commented that the current utility boxes are ugly but overlooked, and that adding to the boxes calls attention to them.

    Commissioner Cochran agreed that the cover calls too much attention to the utility boxes. She commended the selection process.

2. **525 Golden Gate Ave. SFPUC New Administration Building - Phase 2**

    Tony Irons, SFPUC Deputy General Manager, reviewed the history of the project. He explained that the goal is to build the greenest building in the United States and to generate enough energy to power the building and put electricity back into the grid. He continued that they will use photovoltaic-embedded windows and 116 wind turbines, and will recycle black water on-site, among many other sustainable building practices. Mr. Irons then introduced David Hobstetter, KMD/Stevens, Principal; Ryan Stevens, KMD/Stevens, Design Director; and Michael Rossetto, KMD/Stevens, Project Manager.

    Mr. Hobstetter explained that the wind turbines will generate 20% of the building's energy and the photovoltaic windows could generate 100% of the building's energy.

    Mr. Stevens explained changes from Phase 1, including the benching of the roof, the glass color, and the straightening of an exterior curve.

    Mr. Hobstetter explained that the 2% arts allocation is going to work with artist, Ned Kahn, to showcase the environmental aspects of the building, including large dials to show energy generated and used throughout the day.

    Commissioner Kriken asked about the effect of the building on wind speed and strength down surrounding streets.

    Mr. Stevens replied that the wind turbines are designed to dampen wind.

    Commissioner Hunter asked about the noise levels of the turbines and if they have been used on other sites.

    Mr. Stevens said the turbines are quiet and won't harm birds. He said that the turbines have been thoroughly tested.

    Commissioner Prior asked about construction costs.

    Mr. Stevens said the budget is $190 million, or $500 a square foot.

    Commissioner Kriken expressed concern over the safety of the alley.

    Mr. Stevens explained that there were rounded corners and backlighting for safety.

San Francisco Arts Commission                                              Page 4 of 5
Special Meeting of the Civic Design Review Committee
September 17, 2007

**Motion to approve 525 Golden Gate Ave. - Phase 2: Przyblyski**
**Motion approved.**

Commissioner Cochran and Commissioner Przyblyski left the meeting at 5:16.

3. **Lake Merced Pump Station Essential Upgrade - Phase 1**
   Howard Fung, DPW BOA, gave a brief history of the project and introduced Edmund Shum, DPW BOA, Project Architect, and John Dennis, DPW BOA, landscape architect.

   Mr. Dennis explained that there will be exterior planters to filter roof runoff and said that they have explored a living roof option. He added that they will be replacing a fence with a black chainlink fence.

   Commissioner Kriken asked about maintenance of the plants.

   Mr. Dennis said the plant palette consists of low-maintenance plants that will do well in this environment.

   Commissioner Kriken asked what the upper material on the building will be.

   Mr. Shum explained that it will be glass block and that they will remove and replace the concrete.

   Commissioner Prior opened the floor to public comment.

   Commissioner Prior closed the floor to public comment.

   Commissioner Kriken asked if there was a public path around the site.

   Mr. Shum stated that the site is not easily accessible and is surrounded by steep terrain.

   **Motion to approve Lake Merced Pump Station Essential Upgrade - Phase 1: Hunter**
   **Motion approved.**

4. **Calaveras Dam - Replacement Electrical Control Buildings - Phase 1**

   Kent Ford, DPW BOA, Project Architect, explained that the project consists of two small prefabricated electrical buildings with metal siding in Sunol. He added that one of the buildings, located near the reservoir, would be blue and the other building, located in the forest, would be green.

   Commissioner Prior commented that the pitch of the roof did not match the pitch of the roof over the porch. She suggested making the two rooflines consistent.

Other Commissioners agreed.

**Motion to approve Calaveras Dam Replacement Electrical Control Buildings with the condition of creating consistent rooflines - Phase 1:** Hunter
**Motion approved.**

5. **New Business**
   No new business.

6. **Adjournment:** 6:15 p.m.

Revision date 10/18/07