# EXHIBIT Q

SAN FRANCISCO ARTS COMMISSION
CIVIC DESIGN REVIEW COMMITTEE
**Monday, June 16, 2008**
3:00 p.m.
25 Van Ness Avenue, Suite 70

---

## Minutes

**Commissioners Present:** Leonard Hunter, Topher Delaney, Rene Bihan

**Commissioners Absent:** John Kriken, Jeannene Przyblyski

**Staff Present:** Vicky Knoop

Call To Order: 3:12 p.m.

1.  **Sunnyside Conservatory Renovation - Phase 3**
    Commissioner Hunter commented that he had met with the project team to discuss
    options for the fence design earlier in the week. He had worked out a plan with Edward
    Chin, the project's Landscape Architect, for a fence that would improve security but not
    compromise the structural integrity or the quality of the design.

    Paulina Araica, Project Manager Department of Recreation and Parks, presented the
    revised fence design. She explained that because of budget constraints the fence design
    would be a bid alternate and not in the initial bid package. She added that the Department
    of Recreation and Parks did not anticipate much vandalism in the area.

    Commissioner Hunter opened the floor to public comment.

    Commissioner Hunter closed the floor to public comment.

    Commissioner Delaney commented that the City is in debt and budget constraints are a
    real issue. She asked Ms. Araica what her desires were for the project.

    Ms. Araica replied that she did not think that security was an issue. She said that there are
    six bid alternates and the fence design is not a high priority amongst them.

    Commissioner Bihan commented that he considered the revised fence detail a good
    direction for the design.

    **Motion to approve Phase 3 of the Sunnyside Conservatory:** Commissioner Delaney.
    **Vote:** Unanimously approved.

2. **Bay Division Pipelines Reliability Upgrade: Tunnel Shaft Housing - Phases 1 and 2**
Stanley So, DPW BOA, introduced the project team and gave a brief overview of the
history of the project. He reminded the Commissioners that the project had come before
the Committee before and they were requested to return with further visual enhancements
to the design. Mr. So recapped the project scope of the Bay Tunnel and explained that the
buildings are for ventilation and maintenance of the tunnel. He explained that they were
pretty far along in the design process and the changes to the design are mostly surface
treatments. Mr. So presented elevations of recently approved control buildings that are
nearby the tunnel shaft buildings. The building presented the use of some of the same
visual vocabulary as other structures in the area. He explained that the new buildings
have the same color for the louvers, doors and integral color concrete. Mr. So introduced
Bill Buckley, Landscape Architect, DPW BOA.

Mr. Buckley presented the landscape plan which is predominantly a hydroseed mix of
native California plants and perennials. He explained that because of Commissioner
Delaney's suggestion, the mix will be tailored to attract butterflies with milkweed and
other plants. The only other landscape detail is an eight-foot-high black vinyl-covered
chainlink fence.

Commissioner Hunter opened the floor to public comment.

Commissioner Hunter closed the floor to public comment.

Commissioner Delaney commented that in previous conversations she had encouraged
the architect to push the limits. She suggested that he should mirror the canted walls of
the control building design.

Mr. So explained that he is trying to strike a balance with the schedule and the design.

Commissioner Delaney commented that she is an advocate for a more sculptural
response.

Mr. So again reminded the Commissioners of the project timeline.

Commissioner Bihan commented that San Francisco has a history of celebrating
infrastructure with architectural expression.

Commissioner Hunter suggested the faux canting on the control building walls be picked
up in the design of these buildings.

Commissioner Hunter asked the design team to return with a design that is more
consistent with the control buildings that share the same site.

San Francisco Arts Commission                                    Page 3 of 4
Civic Design Review Committee
June 16, 2008

Commissioner Delaney offered to meet with the design team before the next Civic
Design meeting to review revised designs.

3. **Sunol Yard Prefabricated Structures - Phase 1**
   Kent Ford, Project Architect, DPW BOA, explained that the Sunol yard is near Hetch
   Hetchy aqueduct, Calaveras Road, and the Sunol Water Temple. Three buildings are
   being proposed for the PUC work yard. There is an existing building that was previously
   approved by the Civic Design Review Committee, and the new structures will pick up on
   the same aesthetic of the current structure. They will use the same visual vocabulary as
   one that is there. He explained that these are simple prefabricated buildings with canopies
   which will be 18,000 square feet.

   Commissioner Hunter opened the floor to public comment.

   Commissioner Hunter closed the floor to public comment.

   Commissioner Hunter suggested the use of permeable paving materials and skylights in
   the design.

   Mr. Ford responded that there will be translucent fiberglass in the roof to let in some
   natural light.

   Commissioner Bihan requested to see a developed site plan. He added that considering
   the nature of the department, the buildings should consider storm water treatment and
   suggested looking at the Merced Pump Station as an example.

   Commissioner Bihan asked if visitors to the Water Temple would be able to see the yard.

   Mr. Ford responded that visitors to the Sunol Water Temple would drive by the yard and
   see the buildings through a small row of trees.

   Commissioner Bihan said that in Phase 2 review, the project needs to address storm water
   treatment, views to and from the Sunol Water Temple, and look into sustainable design.

   Commissioner Hunter commented that the design is fine for Phase 1 approval, but Phase
   2 would need a site plan and suggested the PUC hire a landscape architect.

   **Motion to approve Phase 1 of the Sunol Yard with contingency of addressing storm
   water treatment, views from the road, sustainability, and development of a site plan:**
   Commissioner Bihan.
   **Vote: Unanimously approved.**

4. **SFMTA Transit Shelter and Kiosk Designs - Phase 3: Changes since previous
   approval**

San Francisco Arts Commission                                          Page 4 of 4
Civic Design Review Committee
June 16, 2008

Gail Stein, Project Manager, SFMTA gave an overview of the transit shelters project and explained that the previous Phase 3 approval was contingent on two points. First, that the Market Street structures be either made of bronze or bronze coated, and secondly that the roof be made of polycarbonate and maintain the shape as presented. She introduced Olle Lundberg, Lundberg Design, Ryan Hughes of Lundberg Design and Bill Hooper, ClearChannel.

Olle Lundberg explained that solid bronze was too expensive for the Market Street shelters and there was too high a potential for urban mining. He presented a mock up of a stainless steel version. Mr. Lundberg explained the stainless steel is easily touched up and not fragile. The bolts are plated in darkened bronze. Mr. Lundberg explained that they were able to find a manufacturer that can create a polycarbonate roof to the specifications they need and the solar film that will be 5/8 in thick. The old roof shape which had a straight panel was modified into a decreasing wave design. The reason for this change was both aesthetic and functional. The new design will reduce the risk of water pooling on the straight section of roof. He commented that the new design is stronger and more elegant. He also presented a revised seat design

Commissioner Hunter opened the floor to public comment.

Commissioner Hunter closed the floor to public comment.

Commissioner Hunter agreed that the bronze would be nice, but he also agreed that urban mining and maintenance are problems with the design.

Commissioner Delaney commented that stainless steel improved the design.

Commissioner Bihan said he liked the improved seat design. He asked if the shelters are going to be integrated into the Better Streets Plan and how the new shelters would be sited.

Ms. Stein replied that yes, they were working with the Better Streets Plan. Mr. Hooper commented that they will be replacing the existing shelters and only siting a few new locations with DPW.

Mr. Lundberg explained that one of the differences between this design and the old shelter is the open panel and asymmetrical ends which will make it less of an obstruction.

**Motion to approve changes to the previously approved Phase 3 design of the SFMTA Bus Shelters:** Commissioner Bihan
**Vote:** Unanimously approved.

5.  Adjourned: 4:12 p.m.