# EXHIBIT T-1



# SAN FRANCISCO
# PLANNING DEPARTMENT

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
415.558.6378

Fax:
415.558.6409

Planning
Information:
415.558.6377

## Notice of Violation
### General Advertising Sign

| | |
|---|---|
| *Date:* | October 1, 2007 |
| *Complaint ID:* | 7966 |
| *Site Address:* | 100 6th Street |
| *Zoning:* | RSD |
| *Block/Lot:* | 3726/ 001 |
| *Property Owner:* | Patel Manubhai T & Manjuben |
| | 948 Mission Street |
| | San Francisco, CA 94103 |
| *Sign Company:* | Unknown |
| *Staff Contact:* | Jonathan Purvis – (415) 558-6354 |
| | Jonathan.purvis@sfgov.org |

## DESCRIPTION OF VIOLATION

The Planning Department has recently inspected the above-referenced address and has determined that one or more violations of the Planning Code exist on the site with respect to general advertising signage. The exact nature of the violation(s) is detailed below:

- There are two back-to-back general advertising signs on the property (approximately 5 ft x 4 ft each) and there is no record of building permits being issued to install these signs. Therefore, these signs are in violation of Planning Code Section 604. You must address this notice by providing evidence of approved permits to install the signs or by applying for building permits to remove the signs.

## TIMELINE AND PENALTY ACCRUAL

### Timeline to respond.
Under Section 610 of the Planning Code, the responsible party has **forty-five (45) days** from the date post-marked on this notice or date of hand-delivery to (1) file an application for a permit to remove or modify the sign; or (2) request reconsideration of this Notice of Violation before an Administrative Law Judge.

### Penalties
Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the sign. **For the subject signs, with 20 square feet each, the penalty is $100 per day per sign.** Furthermore, Section 176(c)(1) of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to continue. If the above violation involves Section 604.1 (required posted information) of the Planning Code, an additional $1,000 a day per sign may be imposed by the Planning Director.

Notice of Violation
10/1/07

Case# 7966
100 6th Street

*Building permit to remove or correct violation.*
You are required to file a building permit to remove the signs and have thirty (30) days from the filing of the building permit to obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection. If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of $1,000 per day per sign.

## REQUEST FOR RECONSIDERATION HEARING

*Written request for hearing and fees.*
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is enclosed. The Request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error. You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

*Other applications under Planning Department consideration.*
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approval of any new building permits or other applications. Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

Dean L. Macris

Dean L. Macris
Director of Planning

N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\NOVs Issued\1084005_3535_Geary_NOV.doc



SAN FRANCISCO
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Sign

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
**415.558.6378**

Fax:
**415.558.6409**

Planning
Information:
**415.558.6377**

*Date:*        December 3, 2007
*Case No.:*    **9264**
*Site Address:*    **999 POLK STREET**
*Sign ID:*    KAB73 (6x4 northeast-facing wall sign)
*Sign ID:*    KAB74 (6x4 southeast-facing wall sign)
*Zoning:*    NC-3 (Neighborhood Commercial, Moderate-Density) District
*Block/Lot:*    0715/001

*Staff Contact:*    Jonathan Purvis – (415) 558-6354
        Jonathan.purvis@sfgov.org

*Property Owner:*        *Sign Company:*
John C. and Salina Q. Yuen    Unknown
2019 19th Avenue
San Francisco CA 94116

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising sign(s) referenced below. The exact nature of the violation(s) is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for either of the two above-referenced general advertising signs. This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit to install each of the two signs or by applying for a building permit to remove the signs.

### Timeline to respond.
Under Section 610 of the Planning Code, the responsible party has **forty-five (45) days** from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the signs or request reconsideration of this Notice of Violation before an Administrative Law Judge.

### Penalties
Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the sign. **For the subject signs, at 24 square feet each, the penalty is $100 per sign per day, or $200 per day.** Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to continue. If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

Notice of Violation
12/03/2007

Case: 9264
999 Polk Street

**Building permit to remove or correct violation.**
You are required to file a building permit to remove the sign. You have thirty (30) days from the filing of the building permit to either (1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection; or remove all copy from the sign until such approval from DBI is obtained. If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$200 per day.**

## REQUEST FOR RECONSIDERATION HEARING

**Written request for hearing and fees.**
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org. The Request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error. You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

**Other applications under Planning Department consideration.**
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications. Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

Dean L. Macris
Director of Planning

N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\NOVs Issued\0715001_999_PolkSt_NOV.doc



# SAN FRANCISCO
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Sign

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
415.558.6378

Fax:
415.558.6409

Planning
Information:
415.558.6377

*Date:*     December 5, 2007
*Case No.:*     **9139**
*Site Address:*     **3201 STEINER STREET**
*Sign ID:*     KAB93 (6x4 south-facing wall sign)
*Zoning:*     RH-2 (Residential, House) District
*Block/Lot:*     0511/005

*Staff Contact:*     Jonathan Purvis – (415) 558-6354
    Jonathan.purvis@sfgov.org

**Property Owner:**
Greenwich Inn LLC
3201 Steiner Street
San Francisco CA 94123

**Sign Company:**
Unknown

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising sign(s) referenced below. The exact nature of the violation(s) is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising sign. This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit to install the sign or by applying for a building permit to remove the sign.

### Timeline to respond.

Under Section 610 of the Planning Code, the responsible party has **forty-five (45) days** from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the sign or request reconsideration of this Notice of Violation before an Administrative Law Judge.

### Penalties

Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the sign. **For the subject sign, at 24 square feet, the penalty is $100 per day.** Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to continue. If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

Notice of Violation
12/05/2007

Case: 9139
3201 Steiner Street

*Building permit to remove or correct violation.*
You are required to file a building permit to remove the sign. You have thirty (30) days from the filing of the building permit to either (1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI); or remove all copy from the sign until such approval from DBI is obtained. If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$100** per day.

## REQUEST FOR RECONSIDERATION HEARING

*Written request for hearing and fees.*
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org. The Request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error. You must enclose a check for **$3,400** payable to the Planning Department for the initial hearing fee.

*Other applications under Planning Department consideration.*
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications. Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

Dean L. Macris
Director of Planning



SAN FRANCISCO
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Sign

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

| | |
|---|---|
| *Date:* | December 12, 2007 |
| *Case No.:* | 9330 |
| *Site Address:* | 1390 California Street |
| *Sign ID:* | KAB90 (6x4 west-facing wall sign) |
| *Sign ID:* | KAB91 (6x4 west-facing wall sign) |
| *Zoning:* | POLK (Polk Street Neighborhood Commercial) District |
| *Block/Lot:* | 0248/014 |

Reception:
**415.558.6378**

Fax:
**415.558.6409**

Planning
Information:
**415.558.6377**

*Staff Contact:*    Jonathan Purvis – (415) 558-6354
Jonathan.purvis@sfgov.org

*Property Owner:*
Janice Pivnick Trust
101 Lombard St., Apt. 203E
San Francisco, CA 94111

*Sign Company:*
*Unknown*

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising signs referenced above. The exact nature of the violation is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising signs. This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit to install the signs or by applying for a building permit to remove the signs.

### Timeline to respond.

Under Section 610 of the Planning Code, the responsible party has **forty-five (45)** days from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the signs or request reconsideration of this Notice of Violation before an Administrative Law Judge.

### Penalties

Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the signs. <u>For the subject signs, at 24 square feet each, the penalty is $100 per day, per sign, for a total of $200.00 per day.</u> Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to continue. If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

Notice of Violation
12/12/2007

Case: 9330
1390 California Street

### Building permit to remove or correct violation.

You are required to file a building permit to remove the signs. You have thirty (30) days from the filing of the building permit to either (1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI); or remove all copy from the signs until such approval from DBI is obtained. If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$200 per day**.

## REQUEST FOR RECONSIDERATION HEARING

### Written request for hearing and fees.

If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org. The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error. You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

### Other applications under Planning Department consideration.

We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications. Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

Dean L. Macris
Director of Planning

N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\NOVs Issued\0248014_1390_California St_NOV.doc

nt By: DEWOLF REALTY COMPANY          415 221 9578;          Mer-3-08 11:55;          Page 2/2

*To: Aaron Hollister*

*From: Stephanie*
*Cable Car Cleaners*

**FUEL**

*0248/014*

*JAN 0 ? REC'D*

*AAO*

December 17, 2007

Cable Car Cleaners
1398 California Street
San Francisco, CA 94109
Attn: Stefanie

Re:     San Francisco Planning Department Notice of Sign Violation

*646-722-5425*
*James Taggart*

Dear Stefanie:

It has come to our attention that San Francisco Planning Department ("SFPD") representatives who have delivered notices of violations (the "Violation") directly to property owners who have leased space on their building or property to registered outdoor advertising companies have been urging property owners at the time of service of such notices to remove signs (the "Sign(s)") located on their property immediately.

In response to the Violations, Metro Fuel LLC has engaged and has been working with Quickdraw Permit Consulting to address all violations and seek their expeditious resolution. Metro Fuel LLC also wishes to assure you that, pursuant to our agreement with you, Metro Fuel LLC will indemnify and hold you harmless from any and all losses, claims, liabilities, fines, penalties or judgments, arising out of any claim or cause of action proximately caused by Metro Fuel LLC's posting of the Sign (except for any claims related to advertiser liabilities), including, without limitation, civil and criminal fines or impositions for violations of building codes and/or zoning regulations, including but not limited to the instant Violations, incurred with respect to the Sign.

Accordingly, we urge you to advise the SFPD representatives that the Sign(s) which are the subject of the Violations are on property leased to Metro Fuel LLC, and to refer all further inquiries, notices or directives directly to Metro Fuel LLC so that its legal counsel and permit consultants may take appropriate and responsive action.

Your relationship with us is important and we are confident that the Violations can and will be resolved in a manner that will continue to be beneficial to both of us going forward. Please do not hesitate to contact me to discuss the current status of our efforts to resolve these issues or any other matter.

Regards,

*James Taggart*

James Taggart
Vice President – Operations



## SAN FRANCISCO
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Sign

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
**415.558.6378**

Fax:
**415.558.6409**

Planning
Information:
**415.558.6377**

*Date:*           January 23, 2008
*Case No.:*       9402
*Site Address:*   **251 CLEMENT STREET**
*Sign ID:*        KAB1 (4x6 west-facing wall sign)
                  KAB2 (4x6 west-facing wall sign)
*Zoning:*         NCD (Inner Clement Neighborhood District)
*Block/Lot:*      1435/037

*Staff Contact:*  Jonathan Purvis – (415) 558-6354
                  Jonathan.purvis@sfgov.org

*Property Owner:*                        *Sign Company:*
Lau/Chan Family Trust                    unknown
Raymond Lau & Mei Chan, TTE
32 Jacqueline Ct.
Daly City, CA 94014

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising signs referenced above. The exact nature of the violations is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising sign(s). This is a violation of Planning Code Section 604. Building Permit Application No. 2003.02.03.6543 was issued for two business signs, but the two signs are being used only for general advertising. You must address this notice by providing evidence of an approved permit to install general advertising signage or by applying for a building permit to remove the signs.

### Timeline to respond.

Under Section 610 of the Planning Code, the responsible party has **forty-five (45) days** from the date post-marked on this notice or date of hand-delivery to file an application for a permit to correct the violation or request reconsideration of this Notice of Violation before an Administrative Law Judge.

### Penalties

Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the sign. <u>For the subject signs, two signs at 24 square feet, the penalty is $100 per day per sign, $200 per day total.</u> Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a

violation is committed or allowed to continue.    If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

*Building permit to remove or correct violation.*

You have thirty (30) days from the filing of the building permit to either obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection or remove all copy from the sign until such approval from DBI is obtained.  If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$200 per day.**

## REQUEST FOR RECONSIDERATION HEARING

*Written request for hearing and fees.*

If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org.   The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error.  You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

*Other applications under Planning Department consideration.*

We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications.   Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

John Raharm
Director of Planning



## SAN FRANCISCO
# PLANNING DEPARTMENT

# Notice of Violation
## General Advertising Sign

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
**415.558.6378**

Fax:
**415.558.6409**

Planning
Information:
**415.558.6377**

| | |
|---|---|
| *Date:* | February 13, 2008 |
| *Case No.:* | 5925 |
| *Site Address:* | **701 10th AVENUE** |
| *Sign ID:* | ORIG1190 (6x4 north-facing wall sign) |
| | KAB6 (6x4 north-facing wall sign) |
| *Zoning:* | NC-1 (Neighborhood Commercial Cluster) |
| *Block/Lot:* | 1653/001 |

*Staff Contact:*    Jonathan Purvis – (415) 558-6354
Jonathan.purvis@sfgov.org

*Property Owner:*                               *Sign Company:*
Anton & Nimat Halteh Family Trust        Unknown
Halteh, Anton & Nimat
880 34th Avenue
San Francisco, CA 94121

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising signs referenced above. The exact nature of the violations is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising signs. This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit to install the signs or by applying for a building permit to remove the signs.

### Timeline to respond.
Under Section 610 of the Planning Code, the responsible party has **forty-five (45) days** from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the signs or request reconsideration of this Notice of Violation before an Administrative Law Judge.

### Penalties
Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the sign. For the subject signs, at 24 square feet, the penalty is $100 per day per sign, for a total of $200 per day. Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to continue. If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

www.sfplanning.org

Notice of Violation

Case: 5925
701 10th Avenue

**Building permit to remove or correct violation.**
You have thirty (30) days from the filing of the building permit to either (1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI); or remove all copy from the signs until such approval from DBI is obtained. If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$200 per day.**

<u>To avoid penalties, we strongly suggest that you send a photo (preferably via email) to the staff person shown at the top of this notice to confirm when the violation has been abated.</u>

## REQUEST FOR RECONSIDERATION HEARING

**Written request for hearing and fees.**
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org. The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error. You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

**Other applications under Planning Department consideration.**
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications. Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

John Rahaim
Director of Planning


N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\NOVs Issued\1653001_701_10thAve_NOV.doc



**SAN FRANCISCO**
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Signs

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
**415.558.6378**

Fax:
**415.558.6409**

Planning
Information:
**415.558.6377**

| | |
|---|---|
| *Date:* | February 27, 2008 |
| *Case No.:* | 9043 |
| *Site Address:* | **1900 Market Street** |
| *Sign ID:* | KAB48, 3' X4', west facing, wall sign |
| | KAB49, 3' X4', west facing, wall sign |
| | KAB50, 3' X4', north facing, wall sign |
| *Zoning:* | NC-3 |
| *Block/Lot:* | 0872 / 001 |
| *Staff Contact:* | Jonathan Purvis – (415) 558-6354 |
| | Jonathan.purvis@sfgov.org |

*Property Owner:*
Hermann Street LLC
2101 Market Street
San Francisco, CA 94114

*Sign Company:*
Unknown

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising signs referenced above. The exact nature of the violation(s) is detailed below:

### DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising signs. This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit to install the sign or by applying for a building permit to remove the sign.

*Timeline to respond.*
Under Section 610 of the Planning Code, the responsible party has **forty-five (45)** days from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the sign or request reconsideration of this Notice of Violation before an Administrative Law Judge.

*Penalties*
Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the sign. For the subject signs, at 12 square feet per sign, the penalty is $100 per day per sign, for a total of $300 per day. Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to continue. If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

www.sfplanning.org

Notice of Violation

Case: 9043
1900 Market Street

*Building permit to remove or correct violation.*
You have thirty (30) days from the filing of the building permit to either (1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI); or remove all copy from the sign until such approval from DBI is obtained.  If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$300 per day.**

<u>**To avoid penalties, we strongly suggest that you send a photo (preferably via email) to the staff person shown at the top of this notice to confirm when the violation has been abated.**</u>

## REQUEST FOR RECONSIDERATION HEARING

*Written request for hearing and fees.*
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at <u>www.sfplanning.org</u>.  The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error.  You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

*Other applications under Planning Department consideration.*
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications.  Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

John Rahaim
Director of Planning

N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\NOVs Issued\0872001_1900_Market_NOV.doc

# SAN FRANCISCO
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Sign

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
415.558.6378

Fax:
415.558.6409

Planning
Information:
415.558.6377

*Date:*      February 27, 2008
*Case No.:*      9349
*Site Address:*      **2850 Van Ness Avenue**
*Sign ID:*      **KAB94 (6x4 north-facing wall sign)**
*Sign ID:*      **KAB95 (6x4 west-facing wall sign)**
*Sign ID:*      **KAB96 (6x4 west-facing wall sign)**
*Zoning:*      RC-3 (Residential-Commercial Combined Districts, Medium Density)
*Block/Lot:*      0499/009

*Staff Contact:*      Jonathan Purvis – (415) 558-6354
               Jonathan.purvis@sfgov.org

*Property Owner:*               *Sign Company:*
Vijaykumar D Patel          Unknown
2 W Clay Street
San Francisco, CA 94121

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising signs referenced above. The exact nature of the violations is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising signs. This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit to install the signs or by applying for a building permit to remove the signs.

### Timeline to respond.

Under Section 610 of the Planning Code, the responsible party has **forty-five (45) days** from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the signs or request reconsideration of this Notice of Violation before an Administrative Law Judge.

### Penalties

Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the signs. **For the subject signs, at 24 square feet, the penalty is $100 per day, per sign, or $300 or day total.** Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to continue. If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

Notice of Violation

Case: 9349
2850 Van Ness Avenue

*Building permit to remove or correct violation.*
You are required to file a building permit to remove the signs. You have thirty (30) days from the filing of the building permit to either (1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI); or remove all copy from the signs until such approval from DBI is obtained. If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$300 per day.**

<u>**To avoid penalties, we strongly suggest that you send a photo (preferably via email) to the staff person shown at the top of this notice to confirm when the violation has been abated.**</u>

## REQUEST FOR RECONSIDERATION HEARING

*Written request for hearing and fees.*
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at <u>www.sfplanning.org</u>. The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error. You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

*Other applications under Planning Department consideration.*
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications. Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

John Rahaim
Director of Planning

N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\NOVs Issued\0499009_2850_VanNessAv_NOV.doc



# SAN FRANCISCO
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Sign

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

*Date:* February 27, 2008
*Case No.:* 9352
*Site Address:* **1700 Polk Street**
*Sign ID:* KAB84 (6x4 southwest-facing wall sign)
*Zoning:* Polk Street Neighborhood Commercial District
*Block/Lot:* 0620/015

Reception:
**415.558.6378**

Fax:
**415.558.6409**

Planning
Information:
**415.558.6377**

*Staff Contact:* Jonathan Purvis – (415) 558-6354
Jonathan.purvis@sfgov.org

*Property Owner:*
York Lon Tom Qtip Trust
611 Bay Street #3
San Francisco, CA 94133

*Sign Company:*
Unknown

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising sign referenced above. The exact nature of the violations is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising sign. This is a violation of Planning Code Section 604. Building Permit Application No. 2001.07.31.4945 was issued for a business sign, but the subject sign is used for general advertising. You must address this notice by providing evidence of an approved permit to install a general advertising sign at this site or by applying for a building permit to remove the sign.

### Timeline to respond.
Under Section 610 of the Planning Code, the responsible party has **forty-five (45) days** from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the sign or request reconsideration of this Notice of Violation before an Administrative Law Judge.

### Penalties
Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the signs. For the subject sign, at 24 square feet, the penalty is $100 per day. Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to continue. If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

www.sfplanning.org

Notice of Violation

Case: 9352<br>1700 Polk Street

***Building permit to remove or correct violation.***
You have thirty (30) days from the filing of the building permit to either (1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI); or remove all copy from the sign until such approval from DBI is obtained. If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$100 per day**.
\
<u>To avoid penalties, we strongly suggest that you send a photo (preferably via email) to the staff person shown at the top of this notice to confirm when the violation has been abated.</u>

## REQUEST FOR RECONSIDERATION HEARING

***Written request for hearing and fees.***
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org. The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error. You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

***Other applications under Planning Department consideration.***
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications. Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

John Rahaim
Director of Planning

N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\NOVs Issued\0620015_1700_PolkSt_NOV.doc



## SAN FRANCISCO
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Sign

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

| | |
|---|---|
| *Date:* | February 27, 2008 |
| *Case No.:* | 9354 |
| *Site Address:* | **790 Ellis Street** |
| *Sign ID:* | KAB66 (6x4 north-facing wall sign) |
| *Sign ID:* | KAB65 (6x4 north-facing wall sign) |
| *Sign ID:* | KAB67 (6x4 south-facing freestanding sign) |
| *Zoning:* | NC-3 (Moderate-Scale Neighborhood Commercial District) |
| *Block/Lot:* | 0717/018 |

Reception:
415.558.6378

Fax:
415.558.6409

Planning
Information:
415.558.6377

*Staff Contact:*    Jonathan Purvis – (415) 558-6354
Jonathan.purvis@sfgov.org

*Property Owner:*          *Sign Company:*
Vijay Investments LLC     Unknown
c/o Vijay Patel
2 West Clay Park
San Francisco, CA 94121

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising signs referenced above. The exact nature of the violations is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising signs. This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit to install the signs or by applying for a building permit to remove the signs.

### Timeline to respond.
Under Section 610 of the Planning Code, the responsible party has forty-five **(45)** days from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the signs or request reconsideration of this Notice of Violation before an Administrative Law Judge.

### Penalties
Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the signs. <u>For the subject signs, at 24 square feet, the penalty is $100 per day per sign, or $300 per day total.</u> Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to continue. If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

Notice of Violation

Case: 9354
790 Ellis Street

***Building permit to remove or correct violation.***
You are required to file a building permit to remove the signs. You have thirty (30) days from the filing of the building permit to either (1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI); or remove all copy from the signs until such approval from DBI is obtained. If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of $300 per day.

**To avoid penalties, we strongly suggest that you send a photo (preferably via email) to the staff person shown at the top of this notice to confirm when the violation has been abated.**

## REQUEST FOR RECONSIDERATION HEARING

***Written request for hearing and fees.***
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org. The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error. You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

***Other applications under Planning Department consideration.***
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications. Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

John Rahaim
Director of Planning

N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\NOVs Issued\0717018_790_EllisSt_NOV.doc