1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   KRISTEN A. JENSEN, State Bar #130196
    THOMAS S. LAKRITZ, State Bar #161234
3   VICTORIA WONG, State Bar #214289
    Deputy City Attorneys
4   City Hall, Room 234
    1 Dr. Carlton B. Goodlett Place
5   San Francisco, California 94102
    Telephone:    (415) 554-6547
6   Facsimile:    (415) 554-4747
    E-Mail:       tom.lakritz@sfgov.org
7
    Attorneys for Defendant
8   CITY AND COUNTY OF SAN FRANCISCO

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13   METRO FUEL LLC, a Delaware limited          Case No. C07-6067 JSW
     liability company,
14                                               **[PROPOSED] ORDER GRANTING
                                                 DEFENDANT CITY AND COUNTY OF
15              Plaintiff,                        SAN FRANCISCO'S MOTION FOR
                                                 JUDGMENT ON THE PLEADINGS
16        vs.                                    Fed. R. Civ. P. 12(c)**

17   CITY OF SAN FRANCISCO, a municipal
     corporation, COUNTY OF SAN
18   FRANCISCO, a subdivision of the State
     of California, CITY AND COUNTY OF
19   SAN FRANCISCO, a chartered California
     city and county and DOE 1 through DOE
20   10,

21              Defendants.

22

23

24        Defendant City and County of San Francisco's Motion for Judgment on Pleadings came on

25   regular hearing before the Court on November 14, 2008.  Paul Fisher and Eric Hecker appeared on

26   behalf of Plaintiff Metro Fuel LLC ("Metro Fuel").  Deputy City Attorney Thomas S. Lakritz

27   appeared on behalf of the City and County of San Francisco ("the City").

28

1

After considering the papers submitted by the parties and the arguments of counsel, the Court

2

grants the City's motion.

3

Metro Fuel's claim that San Francisco Planning Code, Article 6 violates the First Amendment

4

fails, because the City may ban commercial advertising when the ban is based on esthetics and safety.

5

*See Metromedia v. City of San Diego,* 453 U.S. 490 (1981).

6

7

8

Dated:_____

9

10

_____
HONORABLE JEFFREY S. WHITE
Judge of the U.S. District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFT'S MJP
USDC No. C07-6067 JSW

2

n:\land\li2008\080804\00505720.doc