# EXHIBIT A-1

## ARTICLE 6: SIGNS

Sec. 601.       Special Purposes.
Sec. 602.       Special Definitions.
Sec. 602.1.     Area (of a Sign).
Sec. 602.2.     Attached to a Building.
Sec. 602.3.     Business Sign.
Sec. 602.4.     Directly Illuminated Sign.
Sec. 602.5.     Freestanding.
Sec. 602.6.     Freeway.
Sec. 602.7.     General Advertising Sign.
Sec. 602.8.     Height (of a Sign).
Sec. 602.9.     Historic Signs and Historic Sign
                Districts.
Sec. 602.10.    Identifying Sign.
Sec. 602.11.    Indirectly Illuminated Sign.
Sec. 602.12.    Landscaped Freeway.
Sec. 602.13.    Name Plate.
Sec. 602.14.    Nonilluminated Sign.
Sec. 602.15.    Projection.
Sec. 602.16.    Roofline.
Sec. 602.17.    Roof Sign.
Sec. 602.18.    Sale or Lease Sign.
Sec. 602.19.    Sign.
Sec. 602.20.    Sign Tower.
Sec. 602.21.    Street Property Line.
Sec. 602.21A.   Video Sign.
Sec. 602.22.    Wall Sign.
Sec. 602.23.    Wind Sign.
Sec. 602.24.    Window Sign.
Sec. 603.       Exempted Signs.
Sec. 604.       Permits and Conformity
                Required.
Sec. 604.1.     Information Required on
                Advertising Signs.
Sec. 604.2.     General Advertising Sign
                Inventories.
Sec. 605.       Public Use Districts.
Sec. 606.       Residential Districts.
Sec. 607.       Commercial and Industrial
                Districts.

Sec. 607.1.     Neighborhood Commercial
                Districts.
Sec. 607.2.     Mixed Use Districts.
Sec. 607.3.     Van Ness Special Sign District.
Sec. 607.4.     North of Market Residential
                Special Use District.
Sec. 608.       Special Sign Districts.
Sec. 608.1.     Near R Districts.
Sec. 608.2.     Near Schools, Parks, and
                Recreation Facilities.
Sec. 608.3.     Within Civic Center Area.
Sec. 608.4.     Within Candlestick Park Area.
Sec. 608.4A.    Signs for Uses Within the
                Candlestick Point Special Use
                District.
Sec. 608.5.     Near Freeways.
Sec. 608.6.     Near Certain Scenic Streets.
Sec. 608.7.     Near Rapid Transit Routes.
Sec. 608.8.     On and Near Market Street
                from the Embarcadero to the
                Central Skyway Overpass.
Sec. 608.9.     In Jackson Square.
Sec. 608.10.    On and Near Market Street
                from the Central Skyway
                Overpass to Diamond Street.
Sec. 608.11.    Hospitals and Medical Centers
                in R Districts Adjacent to or
                Across the Street from NC, C or
                M Districts.
Sec. 608.12.    In Showplace Square.
Sec. 608.13.    Rincon Hill Area.
Sec. 608.14.    Historic Signs in Historic Sign
                Districts.
Sec. 609.       Amortization Periods.
Sec. 609.1.     General Advertising Signs
                Located in R Districts.
Sec. 609.2.     Within Candlestick Park Special
                Sign District.
Sec. 609.3.     Within Civic Center Special
                Sign Districts.

**San Francisco - Planning Code**    852

| Sec. 609.4. | Signs Near Nonlandscaped Freeways. |
| Sec. 609.5. | Signs Near Landscaped Freeways. |
| Sec. 609.6. | Signs Near Certain Scenic Streets. |
| Sec. 609.7. | Wind Signs. |
| Sec. 609.8. | Miscellaneous Service Station Signs in R Districts. |
| Sec. 609.9. | Signs Near Rapid Transit Routes. |
| Sec. 609.10. | On and Near Market Street from The Embarcadero to the Central Skyway Overpass. |
| Sec. 609.11. | In Jackson Square. |
| Sec. 609.12. | On and Near Market Street from the Central Skyway Overpass to Diamond Street. |
| Sec. 609.13. | Nonconforming Signs in Neighborhood Commercial Districts. |
| Sec. 610. | Violation of General Advertising Sign Requirements. |
| Sec. 611. | General Advertising Signs Prohibited. |

### SEC. 601. SPECIAL PURPOSES.

This Article 6 is adopted in recognition of the important function of signs and of the need for their regulation under the Comprehensive Zoning Ordinance of the City and County. In addition to those purposes of the City Planning Code stated in Section 101, it is the further purpose of this Article 6 to safeguard and enhance property values in residential, commercial and industrial areas; to protect public investment in and the character and dignity of public buildings, open spaces and thoroughfares; to protect the distinctive appearance of San Francisco which is produced by its unique geography, topography, street patterns, skyline and architectural features; to provide an environment which will promote the development of business in the City; to encourage sound practices and lessen the objectionable effects of competition in respect to size and placement of signs; to aid in the attraction of

tourists and other visitors who are so important to the economy of the City and County; to reduce hazards to motorists and pedestrians traveling on the public way; and thereby to promote the public health, safety and welfare. (Added by Ord. 263-65, App. 10/22/65)

### SEC. 602. SPECIAL DEFINITIONS.

The following definitions shall apply to this Article 6, in addition to such definitions elsewhere in this Code as may be appropriate. (Added by Ord. 263-65, App. 10/22/65)

### SEC. 602.1. AREA (OF A SIGN).

(a) **All Signs Except on Windows, Awnings and Marquees.** The entire area within a single continuous rectangular perimeter formed by extending lines around the extreme limits of writing, representation, emblem, or any figure of similar character, including any frame or other material or color forming an integral part of the display or used to differentiate such sign from the background against which it is placed; excluding the necessary supports or uprights on which such sign is placed but including any sign tower. Where a sign has two or more faces, the area of all faces shall be included in determining the area of the sign, except that where two such faces are placed back to back and are at no point more than two feet from one another, the area of the sign shall be taken as the area of one face if the two faces are of equal area, or as the area of the larger face if the two faces are of unequal area.

(b) **On Windows.** The area of any sign painted directly on a window shall be the area within a rectangular perimeter formed by extending lines around the extreme limits of writing, representation, or any figure of similar character depicted on the surface of the window. The area of any sign placed on or behind the window glass shall be as described above in Paragraph (a).

(c) **On Awnings or Marquees.** The area of any sign on an awning or marquee shall be the total of all signage on all faces of the structure. All sign copy on each face shall be computed within one rectangular perimeter formed by extending lines around the extreme limits of writ-

ing, representation, or any figure of similar character depicted on the surface of the face of the awning or marquee. (Added by Ord. 263-65, App. 1/22/65; amended by Ord. 69-87, App. 3/13/87)

### SEC. 602.2.   ATTACHED TO A BUILDING.

Supported, in whole or in part, by a building. (Added by Ord. 263-65, App. 10/22/65)

### SEC. 602.3.   BUSINESS SIGN.

A sign which directs attention to a business, commodity, service, industry or other activity which is sold, offered, or conducted, other than incidentally, on the premises upon which such sign is located, or to which it is affixed. Where a number of commodities with different brand names or symbols are sold on the premises, up to 1/3 of the area of a business sign, or 25 square feet of sign area, whichever is the lesser, may be devoted to the advertising of one or more of those commodities by brand name or symbol as an accessory function of the business sign, provided that such advertising is integrated with the remainder of the business sign, and provided also that any limits which may be imposed by this Code on the area of individual signs and the area of all signs on the property are not exceeded. (Added by Ord. 263-65, App. 10/22/65)

### SEC. 602.4.   DIRECTLY ILLUMINATED SIGN.

A sign designed to give forth artificial light directly (or through transparent or translucent material) from a source of light within such sign, including but not limited to neon and exposed lamp signs. (Added by Ord. 263-65, App. 10/22/65)

### SEC. 602.5.   FREESTANDING.

In no part supported by a building. (Added by Ord. 263-65, App. 10/22/65)

### SEC. 602.6.   FREEWAY.

A highway, in respect to which the owners of abutting lands have no right or easement of access to or from their abutting lands or in respect to which such owners have only limited or restricted right or easement of access, the precise route for which has been determined and designated as a freeway by an authorized agency of the State or a political subdivision thereof. The term shall include the main traveled portion of the trafficway and all ramps and appurtenant land and structures. Trans-Bay highway crossings shall be deemed to be freeways within the meaning of this definition for purposes of this Code. (Added by Ord. 263-65, App. 10/22/65)

### SEC. 602.7.   GENERAL ADVERTISING SIGN.

A sign, legally erected prior to the effective date of Section 611 of this Code, which directs attention to a business, commodity, industry or other activity which is sold, offered or conducted elsewhere than on the premises upon which sign is located, or to which it is affixed, and which is sold, offered or conducted on such premises only incidentally if at all. (Added by Ord. 263-65, App. 10/22/65; amended by Proposition G, 3/5/2002)

### SEC. 602.8.   HEIGHT (OF A SIGN).

The vertical distance from the uppermost point used in measuring the area of a sign, as defined in Section 602.1, to the ground immediately below such point or to the level of the upper surface of the nearest curb of a street, alley or highway (other than a structurally elevated roadway), whichever measurement permits the greater elevation of the sign. (Amended by Ord. 234-72, App. 8/18/72)

### SEC. 602.9.   HISTORIC SIGNS AND HISTORIC SIGN DISTRICTS.

An historic sign is a sign that depicts a land use, a business activity, a public activity, a social activity or historical figure or an activity or use that recalls the City's historic past, as further defined in Section 608.14 of this Code, and as permitted by Sections 303 and 608.14 of this Code.

An historic sign district is a specific geographic area depicted on the Zoning Map of the City and County of San Francisco, pursuant to Section 302 of this Code, within which historic signs may be permitted by conditional use authorization by the Planning Commission pursu-

ant to Sections 303 and 608.14 of this Code. (Added by Ord. 276-98, App. 8/28/98)

### SEC. 602.10.    IDENTIFYING SIGN.

A sign for a use listed in Article 2 of this Code as either a principal or a conditional use permitted in an R District, regardless of the district in which the use itself may be located, which sign serves to tell only the name, address and lawful use of the premises upon which the sign is located, or to which it is affixed. A bulletin board of a public, charitable or religious institution, used to display announcements relative to meetings to be held on the premises, shall be deemed an identifying sign. With respect to shopping malls containing five or more stores or establishments in NC Districts, and shopping centers containing five or more stores or establishments in NC-S Districts, identifying signs shall include signs which tell the name of and/or describe aspects of the operation of the mall or center. Shopping malls, as that term is used in this Section, are characterized by a common pedestrian passageway which provides access to the businesses located therein. (Added by Ord. 263-65, App. 10/22/65; amended by Ord. 69-87, App. 3/13/87; Ord. 276-98, App. 8/28/98)

### SEC. 602.11.    INDIRECTLY ILLUMINATED SIGN.

A sign illuminated with a light directed primarily toward such sign and so shielded that no direct rays from the light are visible elsewhere than on the lot where said illumination occurs. If not effectively so shielded, such sign shall be deemed to be a directly illuminated sign. (Added by Ord. 263-65, App. 10/22/65; amended by Ord. 276-98, App. 8/28/98)

### SEC. 602.12.    LANDSCAPED FREEWAY.

Any part of a freeway that is now or hereafter classified by the State or a political subdivision thereof as a landscaped freeway, as defined in the California Outdoor Advertising Act. Any part of a freeway that is not so designated shall be deemed a nonlandscaped freeway. (Added by Ord. 263-65, App. 10/22/65; amended by Ord. 276-98, App. 8/28/98)

### SEC. 602.13.    NAME PLATE.

A sign affixed flat against a wall of a building and serving to designate only the name or the name and professional occupation of a person or persons residing in or occupying space in such building. (Added by Ord. 263-65, App. 10/22/65; amended by Ord. 276-98, App. 8/28/98)

### SEC. 602.14.    NONILLUMINATED SIGN.

A sign which is not illuminated, either directly or indirectly. (Added by Ord. 263-65, App. 10/22/65; amended by Ord. 276-98, App. 8/28/98)

### SEC. 602.15.    PROJECTION.

The horizontal distance by which the furthermost point used in measuring the area of a sign, as defined in Section 602.1, extends beyond a street property line or a building setback line. A sign placed flat against a wall of a building parallel to a street or alley shall not be deemed to project for purposes of this definition. A sign on an awning, canopy or marquee shall be deemed to project to the extent that such sign extends beyond a street property line or a building setback line. (Added by Ord. 263-65, App. 10/22/65; amended by Ord. 276-98, App. 8/28/98)

### SEC. 602.16.    ROOFLINE.

The upper edge of any building wall or parapet, exclusive of any sign tower. (Added by Ord. 263-65, App. 10/22/65; amended by Ord. 276-98, App. 8/28/98)

### SEC. 602.17.    ROOF SIGN.

A sign or any portion thereof erected or painted on or over the roof covering any portion of a building, and either supported on the roof or on an independent structural frame or sign tower, or located on the side or roof of a penthouse, roof tank, roof shed, elevator housing or other roof structure. (Added by Ord. 263-65, App. 10/22/65; amended by Ord. 276-98, App. 8/28/98)

### SEC. 602.18.    SALE OR LEASE SIGN.

A sign which serves only to indicate with pertinent information the availability for sale,

lease or rental of the lot or building on which it is placed, or some part thereof. (Added by Ord. 263-65, App. 10/22/65; amended by Ord. 276-98, App. 8/28/98)

### SEC. 602.19.   SIGN.

Any structure, part thereof, or device or inscription which is located upon, attached to, or painted, projected or represented on any land or right-of-way, or on the outside of any building or structure including an awning, canopy, marquee or similar appendage, or affixed to the glass on the outside or inside of a window so as to be seen from the outside of the building, and which displays or includes any numeral, letter, word, model, banner, emblem, insignia, symbol, device, light, trademark, or other representation used as, or in the nature of, an announcement, advertisement, attention-arrester, direction, warning, or designation by or of any person, firm, group, organization, place, commodity, product, service, business, profession, enterprise or industry. A "sign" is composed of those elements included in the area of the sign as defined in Section 602.1 of this Code, and in addition the supports, uprights and framework of the display. Except in the case of general advertising signs, two or more faces shall be deemed to be a single sign if such faces are contiguous on the same plane, or are placed back to back to form a single structure and are at no point more than two feet from one another. Also, on awnings or marquees, two or more faces shall be deemed to be a single sign if such faces are on the same awning or marquee structure. (Amended by Ord. 125-70, App. 4/14/70; Ord. 69-87, App. 3/13/87; Ord. 276-98, App. 8/28/98)

### SEC. 602.20.   SIGN TOWER.

A tower, whether attached to a building, freestanding, or an integral part of a building, which is erected for the primary purpose of incorporating a sign, or having a sign attached thereto. (Added by Ord. 263-65, App. 10/22/65; amended by Ord. 276-98, App. 8/28/98)

### SEC. 602.21.   STREET PROPERTY LINE.

For purposes of this Article 6 only, "street property line" shall mean any line separating private property from either a street or an alley. (Added by Ord 263-65, App. 10/22/65; amended by Ord. 276-98, App. 8/28/98)

### SEC. 602.21A.   VIDEO SIGN.

A sign that displays, emits, or projects or is readily capable of displaying, emitting or projecting a visual representation or image; an animated video, visual representation, or image; or other video image of any kind onto a building, fabric, screen, sidewalk, wall, or other surface through a variety of means, including, but not limited to: camera; computer; digital cinema, imaging, or video; electronic display; fiber optics; film; internet; intranet; light emitting diode screen or video display; microprocessor or microcontolled based systems; picture frames; plasma display; projector; satellite; scrolling display; streaming video; telephony; television; VHS; wireless transmission; or other technology that can transmit animated or video images. (Added by Ord. 28-02, File No. 011962, App. 3/15/2002)

### SEC. 602.22.   WALL SIGN.

A sign painted directly on the wall or placed flat against a building wall with its copy parallel to the wall to which it is attached and not protruding more than the thickness of the sign cabinet. (Amended by Ord. 125-70, App. 4/14/70; Ord. 69-87, App. 3/13/87; Ord. 276-98, App. 8/28/98)

### SEC. 602.23.   WIND SIGN.

Any sign composed of two or more banners, flags, or other objects, mounted serially and fastened in such a manner as to move upon being subjected to pressure by wind or breeze. (Added by Ord. 69-87, App. 3/13/87; amended by Ord. 276-98, App. 8/28/98)

### SEC. 602.24.   WINDOW SIGN.

A sign painted directly on the surface of a window glass or placed in front of or behind the surface of a window glass. (Added by Ord. 69-87, App. 3/13/87; amended by Ord. 276-98, App. 8/28/98)

## SEC. 603.  EXEMPTED SIGNS.

Nothing in this Article 6 shall apply to any of the following signs:

(a)  Official public notices, and notices posted by public officers in performance of their duties;

(b)  Governmental signs for control of traffic and other regulatory purposes, street signs, danger signs, railroad crossing signs, and signs of public service companies indicating danger and aids to service or safety;

(c)  Temporary display posters, without independent structural support, in connection with political campaigns and with civic noncommercial health, safety and welfare campaigns, provided that in R districts such posters shall be removed within 60 days following the conclusion of the campaign;

(d)  Flags, emblems, insignia and posters of any nation or political subdivision, and temporary displays of a patriotic, religious, charitable or other civic character;

(e)  House numbers, whether illuminated or not, "no trespassing," "no parking," and other warning signs;

(f)  Commemorative plaques placed by recognized historical agencies;

(g)  Signs within a stadium, open-air theater or arena which are designed primarily to be viewed by patrons within such stadium, open-air theater or arena;

(h)  Religious symbols attached to buildings if not projecting beyond any street property line or building setback line;

(i)  Flags indicating weather conditions, and single flags which are emblems of business firms, enterprises and other organizations;

(j)  Two general advertising signs each not exceeding 24 square feet in area on either a transit shelter or associated advertising kiosk furnished by contract with the Municipal Transportation Agency or predecessor agency for the Municipal Railway in RM-2, RM-3, RM-4, RC, NC, C, M and South of Market Districts, and in those P Districts where such signs would not adversely affect the character, harmony or visual integrity of the district as determined by the City Planning Commission; eight general advertising signs each not exceeding 24 square feet in area on transit shelters located on publicly owned property on a high level Municipal Railway boarding platform in an RH-1D District adjacent to a C-2 District, provided that such advertising signs solely face the C-2 District; up to three double-sided general advertising signs each not exceeding 24 square feet in area on or adjacent to transit shelters on publicly owned high level Municipal Railway boarding platforms along The Embarcadero south of the Ferry Building, up to six double-sided panels at 2nd and King Streets, and up to four double-sided panels at 4th and King Streets; up to two double-sided panels not exceeding 24 square feet in area on each low-level boarding platform at the following E-Line stops: Folsom Street and The Embarcadero, Brannan Street and The Embarcadero, 2nd and King Streets, and 4th and King Streets; and a total of 71 double-sided general advertising signs each not exceeding 24 square feet in area on or adjacent to transit shelters on 28 publicly owned high level Municipal Railway boarding platforms serving the Third Street Light Rail Line. Each advertising sign on a low-level or high level boarding platform shall be designed and sited in such a manner as to minimize obstruction of public views from pedestrian walkways and/or public open space.

Notwithstanding the above, no sign shall be placed on any transit shelter or associated advertising kiosk located on any sidewalk which shares a common boundary with any property under the jurisdiction of the Recreation and Park Commission, with the exception of Justin Herman Plaza; on any sidewalk on Zoo Road; on Skyline Boulevard between Sloat Boulevard and John Muir Drive; on John Muir Drive between Skyline Boulevard and Lake Merced Boulevard; or on Lake Merced Boulevard on the side of Harding Park Municipal Golf Course, or on any sidewalk on Sunset Boulevard between Lincoln Way and Lake Merced Boulevard; on any sidewalk on Legion of Honor Drive; or in the Civic Center Special Sign Districts as established in Section 608.3 of this Code;

The provisions of this subsection shall be subject to the authority of the San Francisco Port Commission under Sections 4.114 and B3.581 of the City Charter and under State law.

(k)   Information plaques or signs which identify to the public open space resources, architectural features, creators of artwork, or otherwise provide information required by this Code or by other City agencies, or an identifying sign which directs the general public and/or patrons of a particular establishment to open space or parking resources, provided that such sign shall not project more than three inches from the wall and that its dimensions shall be no greater than one by two feet;

(l)   Nonilluminated art murals within the South of Market Base District, if they project no more than 18 inches from the pre-existing surface of a structure;

(m)   Two general advertising signs each not exceeding 52 square feet in area on a public service kiosk furnished by contract with the Department of Public Works which contract also provides for the installation and maintenance of automatic public toilets. Each such public service kiosk shall be divided into three sections, one of which shall provide a public service, such as a newsstand, newsrack, map, public telephone, vending machine, display of public service information, or interactive video terminal;

(n)   Advertising placed on fixed pedestal newsrack units in accordance with Section 184.12 of the Public Works Code. (Amended by Ord. 77-85, App. 2/19/85; Ord. 69-87, App. 3/13/87; Ord. 114-89, App. 4/14/89; Ord. 115-90, App. 4/6/90; Ord. 262-94, App. 7/15/94; Ord. 285-94, App. 8/2/94; Ord. 32-97, App. 2/7/97; Ord. 340-98, App. 11/13/98; Ord. 278-06, File No. 061210, App. 11/17/2006)

## SEC. 604.   PERMITS AND CONFORMITY REQUIRED.

(a)   An application for a permit for a sign that conforms to the provisions of this Code shall be approved by the Department of Planning without modification or disapproval by the Department of Planning or the Planning Commission, pursuant to the authority vested in them by Section 26, Part III, of the San Francisco Municipal Code or any other provision of said Municipal Code; provided, however, that applications pertaining to signs subject to the regulations set forth in Article 10 of the Planning Code, Preservation of Historical, Architectural and Aesthetic Landmarks, Article 11, Preservation of Buildings and Districts of Architectural, Historical and Aesthetic Importance in the C-3 Districts and Section 608.14 may be disapproved pursuant to the relevant provisions thereof. No sign, other than those signs exempted by Section 603 of this Code, shall be erected, placed, replaced, reconstructed or relocated on any property, intensified in illumination or other aspect, or expanded in area or in any dimension except in conformity with Article 6 of this Code. No such erection, placement, replacement, reconstruction, relocation, intensification, or expansion shall be undertaken without a permit having been duly issued therefor, except as specifically provided otherwise in this Section 604.

(b)   The provisions of this Section 604 shall apply to work of all the above types on all signs unless specifically exempted by this Code, whether or not a permit for such sign is required under the San Francisco Building Code. In cases in which permits are not required under the Building Code, applications for permits shall be filed with the Central Permit Bureau of the Department of Building Inspection on forms prescribed by the Department of Planning, together with a permit fee of $5 for each sign, and the permit number shall appear on the completed sign in the same manner as required by the Building Code.

(c)   No permit shall be required under this Code for a sign painted or repainted directly on a door or window in an NC, C or M District. Permits shall be required for all other painted signs in NC, C and M Districts, and for all painted signs in P and R Districts. Repainting of any painted sign shall be deemed to be a replacement of the sign, except as provided in Subsection (f) below.

(d)  Except as provided in Subsection (c) above, no permit shall be required under this Code for ordinary maintenance and minor repairs which do not involve replacement, alteration, reconstruction, relocation, intensification or expansion of the sign.

(e)  No permit shall be required under this Code for temporary sale or lease signs, temporary signs of persons and firms connected with work on buildings under actual construction or alteration, and temporary business signs, to the extent that such signs are permitted by this Code.

(f)  A mere change of copy on a sign the customary use of which involves frequent and periodic changes of copy shall not be subject to the provisions of this Section 604, except that a change from general advertising to nongeneral advertising sign copy or from nongeneral advertising to general advertising sign copy or an increase in area including, but not limited to, any extensions in the form of writing, representation, emblem or any figure of similar character shall in itself constitute a new sign subject to the provisions of this Section 604. In the case of signs the customary use of which does not involve frequent and periodic changes of copy, a change of copy shall in itself constitute a new sign subject to the provisions of this Section 604 if the new copy concerns a different person, firm, group, organization, place, commodity, product, service, business, profession, enterprise or industry.

(g)  Each application for a permit for a sign shall be accompanied by a scaled drawing of the sign, including the location of the sign on the building or other structure or on the lot, and including (except in the case of a sign the customary use of which involves frequent and periodic changes of copy) such designation of the copy as is needed to determine that the location, area and other provisions of this Code are met.

(h)  Unless otherwise provided in this Code or in other Codes or regulations, a lawfully existing sign which fails to conform to the provisions of this Article 6 may remain until the end of its normal life. Such sign may not, however, be replaced, altered, reconstructed, relocated, inten-

sified or expanded in area or in any dimension except in conformity with the provisions of this Code, including Subsection (i) below. Ordinary maintenance and minor repairs shall be permitted, but such maintenance and repairs shall not include replacement, alteration, reconstruction, relocation, intensification or expansion of the sign; provided, however, that alterations of a structural nature required to reinforce a part or parts of a lawfully existing sign to meet the standards of seismic loads and forces of the Building Code, to replace a damaged or weathered signboard, to ensure safe use and maintenance of that sign, to remediate hazardous materials, or any combination of the above alterations shall be considered ordinary maintenance and shall be allowed. A sign which is damaged or destroyed by fire or other calamity shall be governed by the provisions of Sections 181(d) and 188(b) of this Code.

A sign which is voluntarily destroyed or removed by its owner or which is required by law to be removed may be restored only in full conformity with the provisions of this Code, except as authorized in Subsection (i) below. A general advertising sign that has been removed shall not be reinstalled, replaced, or reconstructed at the same location, and the erection, construction, and/or installation of a general advertising sign at that location to replace the previously existing sign shall be deemed to be a new sign in violation of Section 611(a) of this Code; provided, however, that such reinstallation, replacement, or reconstruction pursuant to a permit duly issued prior to the effective date of this requirement shall not be deemed a violation of Section 611(a) and shall be considered a lawfully existing nonconforming general advertising sign; and further provided that this prohibition shall not prevent a general advertising sign from being relocated to that location pursuant to a Relocation Agreement and conditional use authorization under Sections 611 and 303(l) of this Code and Section 2.21 of the San Francisco Administrative Code.

(i)  A lawfully existing business that is relocating to a new location within 300 feet of its existing location within the North Beach Neighborhood Commercial District described in Sec-

tions 702.1 and 722.1 of this Code may move to
the new location within said North Beach Neigh-
borhood Commercial District one existing busi-
ness sign together with its associated sign struc-
ture, whether or not the sign is nonconforming in
its new location; provided, however, that the sign
is not intensified or expanded in area or in any
dimension except in conformity with the provi-
sions of this Code. With the approval of the
Zoning Administrator, however, the sign struc-

*[INTENTIONALLY LEFT BLANK]*

**Signs**

ture may be modified to the extent mandated by the Building Code. In no event may a painted sign or a sign with flashing, blinking, fluctuating or other animated light be relocated unless in conformity with current code requirements applicable to its new location. In addition, the provisions of Articles 10 and 11 of this Code shall apply to the relocation of any sign to a location regulated by the provisions of said Articles.

(j)   Nothing in this Article 6 shall be deemed to permit any use of property that is otherwise prohibited by this Code, or to permit any sign that is prohibited by the regulations of any special sign district or the standards or procedures of any Redevelopment Plan or any other Code or legal restriction. (Amended by Ord. 414-85, App. 9/17/85; Ord. 69-87, App. 3/13/87; Ord. 172-97, App. 5/9/97; Ord. 276-98, App. 8/28/98; Ord. 140-06, File 052921, App. 6/22/2006)

## SEC. 604.1. INFORMATION REQUIRED ON ADVERTISING SIGNS.

(a)   **Information Required on General Advertising Signs.** Each general advertising sign authorized by this Code shall bear the following information:

(1)   an imprint identifying the name of the sign company;

(2)   the permit number; and

(3)   the permitted sign dimensions.

This information shall be imprinted and maintained on the face or edge of the sign. Electric signs may have an approved metal tag attached to them instead of imprinted characters. See also requirements specified in Section 3102F.2 of the San Francisco Building Code.

The required text size shall be:

(i)   a minimum of 2 inches in height for general advertising signs of 100 square feet or less;

(ii)   a minimum of 4 inches in height for general advertising signs of 101 square feet to 500 square feet; and

(iii)   a minimum of 8 inches in height for general advertising signs of over 500 square feet.

(b)   **New Signs; When Required.** The information required by Subsection (a) shall be provided on each new general advertising sign or whenever a new permit is required, and must be kept accurate and maintained regardless of change of text or graphics.

(c)   **Existing Signs; When Required.** The information required by Subsection (a) shall be included on each existing general advertising sign within twelve months of the effective date of this legislation. If no permit can be located within the 12-month period, the Director of Planning shall grant one six-month extension to allow the owner of the sign to apply for and obtain the in-lieu identifying number referred to below in this Subsection (c).

Where no permit can be located for a general advertising sign but the Director of the Planning Department concludes, based on evidence submitted to or possessed by the Planning Department, that the sign likely was legally authorized at the time it was installed at its current location, the Department shall issue an identifying number in lieu of a permit number and the sign shall be considered a lawful nonconforming use under Section 604(h) of this Code. This identifying number shall be imprinted and maintained on the sign in lieu of the permit number required by Subsection 604.1(a) above. The Director's conclusion concerning the legality or illegality of the sign and the rationale supporting that conclusion shall be set forth in writing and mailed to the applicant.

(d)   **Violations; Additional Penalty.** Failure to comply with these requirements shall be deemed to be a violation of Article 6 and subject to the penalties for violation set forth in this Article 6 or elsewhere in this Code. If the Director of Planning determines that the information provided on the sign, as required by Subsection (a), is knowingly false, inaccurate or misleading, an additional penalty of $1,000 a day may be imposed by the Director on the sign company in addition to the other penalties set forth in this Article 6 or elsewhere in this Code. (Added by Ord. 73-01, File No. 002196, App. 5/18/2001; amended by Ord. 232-02, File No. 021727, App. 12/20/2002)

## SEC. 604.2.   GENERAL ADVERTISING SIGN INVENTORIES.

(a) **Submission of Initial Sign Inventory.** Within 60 days of the effective date of this Section, any general advertising sign company that owns a general advertising sign located in the City shall submit to the Department a current, accurate, and complete inventory of its general advertising signs together with the inventory processing fee required by subsection (f) below. Any general advertising company that commences ownership of one or more general advertising signs located in the City after the effective date of this Section shall submit an inventory together with the inventory processing fee within 60 days after its commences such ownership whether or not the signs on the inventory have previously been reviewed by the Department in its review of the inventory of a previous owner.

(b) **All Signs to be Included in the Inventory; Inclusion Not Evidence of Legality.** The inventory shall identify all general advertising signs located within the City that the general advertising company owns and/or operates under a lease, license or other agreement whether or not those signs can be proved to be lawfully existing. Inclusion of a sign on the inventory shall not be considered evidence that a sign is lawfully existing.

For purposes of this Section, a "general advertising sign company" shall mean an entity that owns a general advertising sign structure, as distinguished from the person or entity that owns the property on which the sign is located.

(c) The initial sign inventory required by subsection (a) above shall include a site map that shows the location of all signs identified in the inventory, and shall provide the following information for each sign:

(1) The location of the sign by street address, by block and lot, and by nearest intersection;

(2) A photograph of the sign in its existing location on the lot, specifically identifying the sign;

(3) The date of original erection or installation of the sign, if known;

(4) The permit number or in-lieu identifying number issued by the Department pursuant to Section 604.1(c) of this Code;

(5) The approved and existing area, dimensions, height, and any other special features of the sign such as illumination or movement;

(6) The type of sign, as defined in Section 602 of this Code;

(7) Evidence that the sign has not been removed and still exists at the authorized location, and that the sign company is the owner of the sign structure;

(8) Permit number and, in the case of subsequent modifications of the sign, including, but not limited to, illumination, permit application number or permit number;

(9) Evidence that the sign still is in use for general advertising; and

(10) Information, if known, whether the sign had a prior use as a non-general advertising sign, including, but not limited to, a business sign or exempt sign, and the duration of such prior use.

(d) **Affidavit.** The general advertising sign company shall submit with the inventory an affidavit signed under penalty of perjury by a duly authorized officer or owner of the sign company stating that:

(1) The sign inventory and site map are current, accurate, and complete to the best of his or her knowledge;

(2) The officer or owner believes, after the exercise of reasonable and prudent inquiry, that all signs on the inventory have been erected or installed with an appropriate City permit or have an in-lieu identifying number granted by the Director of Planning;

(3) The general advertising sign company is the owner of all sign structures listed on the inventory.

(e) **Inventory Update.** Any general advertising sign company that has submitted an initial sign inventory pursuant to subsection (a) above shall be responsible for keeping its inven-

tory updated by reporting in writing to the Department the sale or removal of any general advertising sign identified in the inventory, the purchase of a sign from another sign company or owner, or the relocation of a sign pursuant to a Relocation Agreement and conditional use authorization. Such reporting to the Department shall be made within 30 days of the actual sale, removal, purchase, or relocation of the sign. The fee charged to a sign company for an update to its initial sign inventory shall be the fee per sign structure set forth in Section 358 of this Code.

(f) **Inventory Processing Fee.** With the submission of the initial sign inventory required by subsection (a) above, the general advertising sign company shall pay the inventory processing fee set forth in Section 358 of this Code. After payment of this initial inventory processing fee, the general advertising sign company shall annually pay an inventory maintenance fee as set forth in Section 358. The Department shall use the inventory processing fee solely for the following purposes:

(1) To compensate the Department for its costs in verifying that the signs identified in the corresponding inventory are lawfully existing;

(2) To obtain removal, through abatement actions or other Code enforcement activities, of any signs included on the inventory that the Department determines to be existing illegally.

(g) **Departmental Notification of Failure to Submit Complete Inventories.** The Department shall notify in writing those sign companies that have not submitted or have submitted incomplete sign inventories, or have not timely submitted an inventory update.

(1) Within 30 days of the date of notification provided under subsection (g), the sign company shall submit a complete inventory with the inventory processing fee and a penalty of $580 per sign for those signs that were not identified or those improperly identified.

(2) If the sign company fails to submit the complete inventory with the processing fee and full penalty amount provided in subsection (g)(1), then, within 60 days of the date of notification provided under subsection (g), the penalty will

increase to $1,160 per sign for those signs that were not identified or those improperly identified.

(3) Any penalties assessed pursuant to subsections (g)(1) and (2) above, are appealable to the Board of Appeals.

(4) The Board of Appeals, in reviewing the appeal of the penalty assessed may reduce the amount of the penalty if the Board of Appeals finds that the sign owner: (i) was not properly notified or (ii) had previously submitted a sign inventory that included the signs for which the penalty was assessed. The Board of Appeals also may reduce the amount of the penalty if it finds that any action on the part of the Department resulted an improper assessment of the penalty charge.

(5) If the sign company fails to submit the full penalty amount assessed pursuant to subsections (g)(1) and (2) or as modified by the Board of Appeals pursuant to subsections (g)(3) and (4), the Planning Department shall request the City's Treasurer/Tax Collector to pursue the outstanding penalties after 90 days of the date of notification provided under subsection (g).

(6) All penalty revenues received shall be deposited in the Code Enforcement Fund.

(h) The Department shall submit to the Commission and the Board of Supervisors an annual report that includes: (i) annual revenues from the inventory processing fee, annual inventory maintenance fee, in-lieu application fee, and the relocation agreement application fee, (ii) annual expenditures for the sign inventory program, and (iii) a progress report on the number of general advertising signs verified in the sign inventory; in-lieu requests; and code enforcement actions for general advertising signs processing, backlog, and abatement actions. (Added by Ord. 140-06, File 052921, App. 6/22/2006; Ord. 200-06, File No. 060849, App. 7/21/2006)

## SEC. 605.  PUBLIC USE DISTRICTS.

All applications for permits to erect business signs in P Districts shall be submitted to the City Planning Commission for approval or disapproval. The Commission, in its review, shall take

into account the nature of the property and its use, the functional necessity for the sign, the proposed size, location, design and content of the sign, the degree of its harmony with the public purposes of the property and with the surrounding area, and the restrictions of this Code for signs in other districts. No general advertising sign, other than those signs exempted by Section 603 of this Code, shall be permitted. (Added by Ord. 263-65, App. 10/22/65; amended by Ord. 285-94, App. 8/2/94)

### SEC. 606.  RESIDENTIAL DISTRICTS.

Signs in R Districts, other than those signs exempted by Section 603 of this Code, shall conform to the following provisions:

(a)  **General Provisions for All Signs.**

(1)  No sign shall project beyond a street property line or legislated setback line, or into a required front setback area.

(2)  No sign shall have or consist of any moving, rotating or otherwise animated part, or (if permitted to be illuminated) any flashing, blinking, fluctuating or otherwise animated light.

(3)  No roof sign, wind sign, or general advertising sign shall be permitted.

(4)  No sign shall extend above the roofline of a building to which it is attached, or above a height of 12 feet.

(b)  **Signs for Uses Permitted in R Districts.** The following types of signs, subject to the limitations prescribed for them, shall be the only signs permitted for uses authorized as principal or conditional uses in R Districts, except that signs for any commercial establishments so authorized in RC Districts shall be subject to the limitations of Paragraph (c)(3) below.

(1)  One nonilluminated or indirectly illuminated nameplate for each street frontage of the lot, not exceeding a height of 12 feet, and having an area not exceeding one square foot in RH Districts or two square feet in RM or RED Districts.

(2)  One identifying sign for each street frontage of the lot, not exceeding a height of 12 feet, and meeting the following additional requirements:

(A)  In RH Districts: nonilluminated or indirectly illuminated only; maximum area 12 square feet;

(B)  In RM-1 or RED Districts: maximum area eight square feet if directly illuminated, and 20 square feet if nonilluminated or indirectly illuminated.

(3)  One temporary nonilluminated or indirectly illuminated sale or lease sign for each street frontage of the total parcel involved, not exceeding a height of 24 feet if freestanding and not above the roofline if attached to a building, and having an area not exceeding six square feet for each lot or for each 3,000 square feet in such total parcel, whichever ratio permits the larger area, provided that no such sign shall exceed 50 square feet in area and any such sign exceeding 18 square feet in area shall be set back at least 25 feet from all street property lines. Any sale or lease sign shall be removed within seven days following removal of the property from the market.

(4)  Temporary nonilluminated signs of persons and firms connected with work on buildings under actual construction or alteration, giving their names and information pertinent to the project, not exceeding a height of 12 feet, with the combined area of all such signs not to exceed 10 square feet for each street frontage of the project.

(c)  **Signs for Nonconforming Uses.** Signs for any use in an R District which is nonconforming under the provisions of Sections 180 through 187 of this Code, or which is given conditional use status under said sections, shall be subject to the provisions of this Subsection (c), except that any such use that would first be permitted as either a principal or a conditional use in some other R District under Article 2 of this Code, other than an RC District, shall be subject to the provisions of Subsection 606(b) above. Any illumination permitted for signs covered by this Subsection (c) shall be extinguished at all times when the nonconforming use is not open for business.

(1)  **Automobile Service Stations.** The following business signs are permitted for an automobile service station. Any such signs may be nonilluminated or indirectly or directly illuminated.

(A)  A maximum of two oil company signs, which shall not extend more than 10 feet above the roofline if attached to a building, or exceed a

height of 24 feet if freestanding. The area of any such sign shall not exceed 180 square feet, and along each street frontage all parts of such a sign or signs that are within 10 feet of the street property line shall not exceed 80 square feet in area. The areas of other permanent and temporary signs as covered in Subparagraph 606(c)(1)(B) below shall not be included in the calculation of the areas specified in this Subparagraph.

(B) **Other Permanent and Temporary Signs Customarily Incidental to the Service Station Business.** No such sign shall extend above the roofline if attached to a building, or exceed a height of 12 feet if freestanding. The area of such signs shall not exceed 20 square feet for each such sign or a total of 80 square feet for all such signs on the premises.

*[INTENTIONALLY LEFT BLANK]*

(2) **Open Land Uses.** If there is no building with more than 50 square feet of floor area involved in the use, one business sign is permitted for each street frontage occupied by such use, not exceeding a height of 12 feet and having an area not exceeding one square foot for each foot of such street frontage. The total area of all signs for such a use shall not exceed 50 square feet. Any such sign may be nonilluminated or indirectly illuminated.

(3) **Other Uses.** For a use not listed in Paragraph 606(c)(1) or 606(c)(2) above, one business sign is permitted for each street frontage occupied by the use, placed flat against the wall that faces such street and not located above the ground floor. Such sign shall not exceed an area of two square feet for each foot of street frontage occupied by the building or part thereof that is devoted to the nonconforming use. The total area of all signs for such a use shall not exceed 100 square feet. Any such sign may be nonilluminated or indirectly illuminated. In RM, RED and RC Districts, any such sign may be directly illuminated. (Amended by Ord. 443-78, App. 10/6/78; Ord. 69-87, App. 3/13/87; Ord. 115-90, App. 4/6/90)

## SEC. 607. COMMERCIAL AND INDUSTRIAL DISTRICTS.

Signs in C and M Districts, other than those signs exempted by Section 603 of this Code, shall conform to the following provisions:

(a) **General Advertising Signs.** No general advertising sign shall be permitted in any C-1 District or within 200 feet of the park known as Union Square and visible from said park, except that a replacement sign of the same size or smaller, of the same type as defined in this Code or as interpreted by the Zoning Administrator, and at the same approximate location as an existing sign would be allowed within 200 feet of said park provided that the sign is otherwise permitted by the Planning Code, would cast no additional shadow upon Union Square, has no intensification of lighting as determined by the Zoning Administrator, and is not internally lighted or backlighted. Use of neon is not precluded by this provision. Temporary general advertising

signs determined by the Zoning Administrator to be at pedestrian level and less than 50 square feet in size are not precluded by this provision.

(b) **Roof Signs.** Roof signs shall be permitted in all C and M Districts other than C-1 only if Subsections (1) through (3) below are satisfied; except that a roof sign that is designated historic pursuant to Sections 303 and 608.14 of this Code may be permitted without regard to Subsections (1) through (3) below:

(1) The sign does not extend more than 25 feet above the roofline of the building on or over which the sign is placed; and

(2) All parts of the sign are within 25 feet of, and the sign is mounted at not more than a 45-degree angle from, a wall of a building the roofline of which is at least as high as the top of the sign; and

(3) Such wall forms a complete backdrop for the sign, as the sign is viewed from all points from which the sign is legible from a public street or alley.

(c) **Wind Signs.** No wind sign shall be permitted in any C or M District.

(d) **Moving Parts.** No sign shall have or consist of any moving, rotating, or otherwise physically animated part (as distinguished from lights that give the appearance of animation by flashing, blinking or fluctuating), except as follows:

(1) Moving or rotating or otherwise physically animated parts may be used for the rotation of barber poles and the indication of time of day and temperature.

(2) In the case of a general advertising sign in C-2, C-3, C-M, M-1 and M-2 Districts, except for signs located within 200 feet of the park known as Union Square and visible from said park and signs located so as to be primarily viewed by persons traveling on any portion of a freeway, moving or otherwise physically animated parts may be used if such parts do not exceed a velocity of one complete cycle in a four-second period where such parts constitute less than 30 percent of the area of the sign or if, where such parts constitute a greater area of the sign, they do not exceed a velocity of one com-

Sec. 607.    **San Francisco - Planning Code**    862

plete cycle in a four-second period and are stationary at least half of each eight-second period; except that signs designated historic pursuant to Sections 303 and 608.14 of this Code may have such moving features otherwise prohibited for signs located so as to be primarily viewed by persons traveling on any portion of a freeway.

(3)   Notwithstanding the type of signs permissible under Subparagraph (d), a video sign is prohibited.

(4)   Notwithstanding the type of signs permissible under Subparagraph (d)(2), a sign that rotates is prohibited.

(e)   **Illumination.** Any sign may be nonilluminated or indirectly or directly illuminated. Signs in C-3, C-M, M-1 and M-2 Districts shall not be limited in any manner as to type of illumination, but no sign in a C-1 or C-2 District shall have or consist of any flashing, blinking, fluctuating or otherwise animated light except in each of the following special sign districts, all as specifically designated as "Special Districts for Sign Illumination" on Sectional Map SSD of the Zoning Map of the City and County of San Francisco, described in Section 608 of this Code:

(1)   In the C-2 area consisting of five blocks in the vicinity of Fisherman's Wharf;

(2)   In the C-2 area in the vicinity of Van Ness Avenue from Golden Gate Avenue and Eddy Street to Sacramento Street, and Polk Street from Eddy Street to Geary Street, also known as the Automotive Special Use District;

(3)   In the C-2 area in the vicinity of Stockton, Washington and Kearny Streets and Broadway, also known as Washington-Broadway Special Use District Number 1.

(4)   Notwithstanding the type of signs permissible under subparagraph (e), a video sign is prohibited in the districts described in subparagraphs (1)—(3).

(f)   **Projection.** No sign shall project more than 75 percent of the horizontal distance from the street property line to the curbline and in no case shall a sign project more than 10 feet beyond the street property line or building set-

back line in C-1 Districts, or 12 feet beyond the street property line or building setback line in any other C or M District.

(g)   **Height and Extension Above Roofline.**

(1)   **Signs Attached to Buildings.** Except as provided in Section 260 for historic signs in historic districts, no sign attached to a building shall extend or be located above the roofline of the building to which it is attached; except that up to ½ the area of a business sign attached to the street wall of a building may extend above the roofline, up to the maximum height permitted for freestanding signs in the same district or 10 feet above the roofline, whichever is the lesser. In addition, no sign attached to a building shall under any circumstances exceed the following maximum heights:

In C-1: 40 feet;

In C-3: 100 feet;

In all other C and M Districts: 60 feet.

The 100-foot height limitation stated herein shall not apply to the modification or replacement of any currently existing wall signs so long as such modified or replacement sign is generally in the same location and not larger in surface area and projection than existing signs being modified or replaced. Such signs may contain letters, numbers, a logo, service mark and/or trademark and may be nonilluminated or indirectly illuminated.

(2)   **Freestanding Signs.** The maximum height for freestanding signs shall be as follows:

In C-1: 24 feet;

In C-2: 36 feet;

In all other C and M Districts: 40 feet.

(h)   **Special Standards for Automobile Service Stations.** For automobile service stations, only the following signs are permitted, subject to the standards in this Subsection (h) and to all other standards in this Section 607.

(1)   A maximum of two oil company signs, which shall not extend more than 10 feet above the roofline if attached to a building, or exceed the maximum height permitted for freestanding signs in the same district if freestanding. The

area of any such sign shall not exceed 180 square feet, and along each street frontage all parts of such a sign or signs that are within 10 feet of the street property line shall not exceed 80 square feet in area. No such sign shall project more than five feet beyond any street property line or building setback line. The areas of other permanent and temporary signs as covered in Paragraph 607(h)(2) below shall not be included in the calculation of the areas specified in this paragraph.

(2)  Other permanent and temporary business signs, not to exceed 30 square feet in area for each such sign or a total of 180 square feet for all such signs on the premises. No such sign shall extend above the roofline if attached to a building, or in any case project beyond any street property line or building setback line.

(3)  General advertising signs meeting the provisions of this Section 607. (Amended by Ord. 64-77, App. 2/18/77; Ord. 69-87, App. 3/13/87; Ord. 537-88, App. 12/16/88; Ord. 219-94, App. 6/3/94; Ord. 134-97, App. 4/25/97; Ord. 276-98, App. 8/28/98; Ord. 28-02, File No. 011962, App. 3/15/2002)

*Editor's Note:*

*Section 607(d)(3), added by Ordinance 28-02, applies to determinations made on or after February 20, 2001, by the Planning Department or Planning Commission. See Ordinance 28-02, § 5.*

## SEC. 607.1.  NEIGHBORHOOD COMMERCIAL DISTRICTS.

Signs located in Neighborhood Commercial Districts shall be regulated as provided herein, except for those signs which are exempted by Section 603 of this Code. In the event of conflict between the provisions of Section 607.1 and other provisions of Article 6, the provisions of Section 607.1 shall prevail in Neighborhood Commercial Districts, provided that with respect to properties also located in the Upper Market Special Sign District, the provisions of Section 608.10 of this Code shall prevail.

(a)  **Purposes and Findings.** In addition to the purposes stated in Sections 101 and 601 of this Code, the following purposes apply to Neighborhood Commercial Districts. These purposes constitute findings that form a basis for regulations and provide guidance for their application.

(1)  As Neighborhood Commercial Districts change, they need to maintain their attractiveness to customers and potential new businesses alike. Physical amenities and a pleasant appearance will profit both existing and new enterprises.

(2)  The character of signs and other features projecting from buildings is an important part of the visual appeal of a street and the general quality and economic stability of the area. Opportunities exist to relate these signs and projections more effectively to street design and building design. These regulations establish a framework that will contribute toward a coherent appearance of Neighborhood Commercial Districts.

(3)  Neighborhood Commercial Districts are typically mixed use areas with commercial units on the ground or lower stories and residential uses on upper stories. Although signs and other advertising devices are essential to a vital commercial district, they should not be allowed to interfere with or diminish the livability of residential units within a Neighborhood Commercial District or in adjacent residential districts.

(4)  The scale of most Neighborhood Commercial Districts as characterized by building height, bulk, and appearance, and the width of streets and sidewalks differs from that of other commercial and industrial districts. Sign sizes should relate and be compatible with the surrounding district scale.

(b)  **Signs or Sign Features Not Permitted in NC Districts.** Roof signs as defined in Section 602.16 of this Code, wind signs as defined in Section 602.22 of this Code, and signs on canopies, as defined in Section 136.1(b) of this Code, are not permitted in NC Districts. No sign shall have or consist of any moving, rotating, or otherwise physically animated part, or lights that give the appearance of animation by flashing, blinking, or fluctuating, except as permitted by Section 607.1(i) of this Code. In addition, all

signs or sign features not otherwise specifically regulated in this Section 607.1 shall be prohibited.

(c)  **Identifying Signs.** Identifying signs, as defined in Section 602.10, shall be permitted in all Neighborhood Commercial Districts subject to the limits set forth below.

(1)  One sign per lot shall be permitted and such sign shall not exceed 20 square feet in area. The sign may be a freestanding sign, if the building is recessed from the street property line, or may be a wall sign or a projecting sign. The existence of a freestanding identifying sign shall preclude the erection of a freestanding business sign on the same lot. A wall or projecting sign shall be mounted on the first-story level; a freestanding sign shall not exceed 15 feet in height. Such sign may be nonilluminated, indirectly illuminated, or directly illuminated.

(2)  One sign identifying a shopping center or shopping mall shall be permitted subject to the conditions in Paragraph (1), but shall not exceed 30 square feet in area. Any sign identifying a permitted use listed in zoning categories .40 through .70 in Section 703.2(a) in an NC District shall be considered a business sign and subject to Section 607.1(f) of this Code. Such signs may be nonilluminated, indirectly illuminated, or directly illuminated during the hours of operation of the businesses in the shopping center or shopping mall.

(d)  **Nameplates.** One nameplate, as defined in Section 602.12 of this Code, not exceeding an area of two square feet, shall be permitted for each noncommercial use in NC Districts.

(e)  **General Advertising Signs.** General advertising signs, as defined in Section 602.7, shall be permitted in Neighborhood Commercial Districts, except in the Inner Sunset Neighborhood Commercial District where they are not permitted, as provided for below. In NC Districts where such signs are permitted, general advertising signs may be either a wall sign or freestanding, provided that the surface of any freestanding sign shall be parallel to and within three feet of an adjacent building wall. In either case, the building wall shall form a complete

backdrop for the sign, as the sign is viewed from all points from a street or alley from which it is legible. No general advertising sign shall be permitted to cover part or all of any windows. Any extension of the copy beyond the rectangular perimeter of the sign shall be included in the calculation of the sign, as defined in Section 602.1(a) of this Code.

(1)  **NC-2 and NC-S Districts.** No more than one general advertising sign shall be permitted per lot or in NC-S Districts, per district. Such sign shall not exceed 72 square feet in area nor exceed 12 feet in height. Such sign may be either nonilluminated or indirectly illuminated.

(2)  **NC-3 District and Broadway Districts.** No more than one general advertising sign not exceeding 300 square feet or two general advertising signs of 72 square feet each shall be permitted per lot. The height of any such sign shall not exceed 24 feet, or the height of the wall to which it is attached, or the height of the lowest of any residential windowsills on the wall to which it is attached, whichever is lower, if a wall sign, or the adjacent wall or the top of the adjacent wall if a freestanding sign, whichever is lower.

(A)  **NC-3 Districts.** Signs may be either nonilluminated or indirectly illuminated.

(f)  **Business Signs.** Business signs, as defined in Section 602.3 shall be permitted in all Neighborhood Commercial Districts subject to the limits set forth below.

(1)  **NC-1 Districts.**

(A)  **Window Signs.** The total area of all window signs, as defined in Section 602.1(b), shall not exceed 1/3 the area of the window on or in which the signs are located. Such signs may be nonilluminated, indirectly illuminated, or directly illuminated.

(B)  **Wall Signs.** The area of all wall signs shall not exceed one square foot per square foot of street frontage occupied by the business measured along the wall to which the signs are attached, or 50 square feet for each street frontage, whichever is less. The height of any wall sign shall not exceed 15 feet or the height of the wall to which it is attached. Such signs may be

**Signs**

nonilluminated or indirectly illuminated; or during business hours, may be directly illuminated.

(C) **Projecting Signs.** The number of projecting signs shall not exceed one per business. The area of such sign, as defined in Section 602.1(a), shall not exceed 24 square feet. The height of such sign shall not exceed 15 feet or the height of the wall to which it is attached. No part of the sign shall project more than 75 percent of the horizontal distance from the street property line to the curbline, or six feet six inches, whichever is less. The sign may be nonilluminated or indirectly illuminated, or during business hours, may be directly illuminated.

(D) **Signs on Awnings.** Sign copy may be located on permitted awnings in lieu of wall signs and projecting signs. The area of such sign copy as defined in Section 602.1(c) shall not exceed 20 square feet. Such sign copy may be nonilluminated or indirectly illuminated.

(2) **NC-2, NC-S, Broadway, Castro Street, Inner Clement Street, Outer Clement Street, Upper Fillmore Street, Inner Sunset, Haight Street, Hayes-Gough, Upper Market Street, North Beach, Polk Street, Sacramento Street, Union Street, Valencia Street, 24th Street-Mission, 24th Street—Noe Valley, and West Portal Avenue Neighborhood Commercial Districts.**

(A) **Window Signs.** The total area of all window signs, as defined in Section 602.1(b), shall not exceed ⅓ the area of the window on or in which the signs are located. Such signs may be nonilluminated, indirectly illuminated, or directly illuminated.

(B) **Wall Signs.** The area of all wall signs shall not exceed two square feet per foot of street frontage occupied by the use measured along the wall to which the signs are attached, or 100 square feet for each street frontage, whichever is less. The height of any wall sign shall not exceed 24 feet, or the height of the wall to which it is attached, or the height of the lowest of any residential windowsill on the wall to which the sign is attached, whichever is lower. Such signs may be nonilluminated, indirectly, or directly illuminated.

(C) **Projecting Signs.** The number of projecting signs shall not exceed one per business. The area of such sign, as defined in Section 602.1(a), shall not exceed 24 square feet. The height of such sign shall not exceed 24 feet, or the height of the wall to which it is attached, or the height of the lowest of any residential windowsill on the wall to which the sign is attached, whichever is lower. No part of the sign shall project more than 75 percent of the horizontal distance from the street property line to the curbline, or six feet six inches, whichever is less. Such signs may be nonilluminated or indirectly illuminated; or during business hours, may be directly illuminated.

(D) **Signs on Awnings and Marquees.** Sign copy may be located on permitted awnings or marquees in lieu of projecting signs. The area of such sign copy as defined in Section 602.1(c) shall not exceed 30 square feet. Such sign copy may be nonilluminated or indirectly illuminated; except that sign copy on marquees for movie theaters or places of entertainment may be directly illuminated during business hours.

(E) **Freestanding Signs and Sign Towers.** With the exception of automotive gas and service stations, which are regulated under Paragraph 607.1(f)(4), one freestanding sign or sign tower per lot shall be permitted in lieu of a projecting sign, if the building or buildings are recessed from the street property line. The existence of a freestanding business sign shall preclude the erection of a freestanding identifying sign on the same lot. The area of such freestanding sign or sign tower, as defined in Section 602.1(a), shall not exceed 20 square feet nor shall the height of the sign exceed 24 feet. No part of the sign shall project more than 75 percent of the horizontal distance from the street property line to the curbline, or six feet, whichever is less. Such signs may be nonilluminated or indirectly illuminated; or during business hours, may be directly illuminated.

(3) **NC-3 Neighborhood Commercial District.**

(A) **Window Signs.** The total area of all window signs, as defined in Section 602.1(b), shall not exceed ⅓ the area of the window on or

in which the signs are located. Such signs may be nonilluminated, indirectly illuminated, or directly illuminated.

(B) **Wall Signs.** The area of all wall signs shall not exceed three square feet per foot of street frontage occupied by the use measured along the wall to which the signs are attached, or 150 square feet for each street frontage, whichever is less. The height of any wall sign shall not exceed 24 feet, or the height of the wall to which it is attached, or the height of the lowest of any residential windowsill on the wall to which the sign is attached, whichever is lower. Such signs may be nonilluminated, indirectly, or directly illuminated.

(C) **Projecting Signs.** The number of projecting signs shall not exceed one per business. The area of such sign, as defined in Section 602.1(a), shall not exceed 32 square feet. The height of the sign shall not exceed 24 feet, or height of the wall to which it is attached, or the height of the lowest of any residential windowsill on the wall to which the sign is attached, whichever is lower. No part of the sign shall project more than 75 percent of the horizontal distance from the street property line to the curbline, or six feet six inches, whichever is less. Such signs may be nonilluminated, indirectly, or directly illuminated.

(D) **Sign Copy on Awnings and Marquees.** Sign copy may be located on permitted awnings or marquees in lieu of projecting signs. The area of such sign copy, as defined in Section 602.1(c), shall not exceed 40 square feet. Such sign copy may be nonilluminated or indirectly illuminated; except that sign copy on marquees for movie theaters or places of entertainment may be directly illuminated during business hours.

(E) **Freestanding Signs and Sign Towers.** With the exception of automotive gas and service stations, which are regulated under Paragraph 607.1(f)(4) of this Code, one freestanding sign or sign tower per lot shall be permitted in lieu of a projecting sign if the building or buildings are recessed from the street property line. The existence of a freestanding business sign shall preclude the erection of a freestanding

identifying sign on the same lot. The area of such freestanding sign or sign tower, as defined in Section 602.1(a), shall not exceed 30 square feet nor shall the height of the sign exceed 24 feet. No part of the sign shall project more than 75 percent of the horizontal distance from the street property line to the curbline, or six feet, whichever is less. Such signs may be nonilluminated or indirectly illuminated, or during business hours, may be directly illuminated.

(4) **Special Standards for Automotive Gas and Service Stations.** For automotive gas and service stations in Neighborhood Commercial Districts, only the following signs are permitted, subject to the standards in this Paragraph (f)(4) and to all other standards in this Section 607.1.

(A) A maximum of two oil company signs, which shall not extend more than 10 feet above the roofline if attached to a building, or exceed the maximum height permitted for freestanding signs in the same district if freestanding. The area of any such sign shall not exceed 180 square feet, and along each street frontage, all parts of such a sign or signs that are within 10 feet of the street property line shall not exceed 80 square feet in area. No such sign shall project more than five feet beyond any street property line. The areas of other permanent and temporary signs as covered in Subparagraph (B) below shall not be included in the calculation of the areas specified in this Subparagraph.

(B) Other permanent and temporary business signs, not to exceed 30 square feet in area for each such sign or a total of 180 square feet for all such signs on the premises. No such sign shall extend above the roofline if attached to a building, or in any case project beyond any street property line or building setback line.

(g) **Temporary Signs.** One temporary nonilluminated or indirectly illuminated sale or lease sign or nonilluminated sign of persons and firms connected with work on buildings under actual construction or alteration, giving their names and information pertinent to the project per lot, shall be permitted. Such sign shall not exceed 50 square feet and shall conform to all regulations

of Subsection 607.1(f) for business signs in the respective NC District in which the sign is to be located. All temporary signs shall be promptly removed upon completion of the activity to which they pertain.

(h)  **Special Sign Districts.** Additional controls apply to certain Neighborhood Commercial Districts that are designated as Special Sign Districts. Special Sign Districts are described within Sections 608.1 through 608.11 of this Code and with the exception of Sections 608.1, 608.2 and 608.11, their designations, locations and boundaries are provided on Sectional Map SSD of the Zoning Map of the City and County of San Francisco.

(i)  **Restrictions on Illumination.** Signs in Neighborhood Commercial Districts shall not have nor consist of any flashing, blinking, fluctuating or otherwise animated light except those moving or rotating or otherwise physically animated parts used for rotation of barber poles and the indication of time of day and temperature, and in the following special districts, all specifically designated as "Special Districts for Sign Illumination" on Sectional Map SSD of the Zoning Map of the City and County of San Francisco.

(1)  **Broadway Neighborhood Commercial District.** Along the main commercial frontage of Broadway between west of Columbus Avenue and Osgood Place.

(2)  **NC-3.** NC-3 District along Lombard Street from Van Ness Avenue to Broderick Street.

(3)  Notwithstanding the type of signs permissible under subparagraph (i), a video sign is prohibited in the districts described in subparagraphs (1) and (2).

(j)  **Other Sign Requirements.** Within Neighborhood Commercial Districts, the following additional requirements shall apply:

(1)  **Public Areas.** No sign shall be placed upon any public street, alley, sidewalk, public plaza or right-of-way, or in any portion of a transit system, except such projecting signs as are otherwise permitted by this Code and signs, structures, and features as are specifically approved by the appropriate public authorities

under applicable laws and regulations not inconsistent with this Code and under such conditions as may be imposed by such authorities.

(2)  **Maintenance.** Every sign pertaining to an active establishment shall be adequately maintained in its appearance. When the activity for which the business sign has been posted has ceased operation for more than 90 days within the Chinatown Mixed Use Districts, all signs pertaining to that business activity shall be removed after that time.

(3)  **Temporary Signs.** The provisions of Section 607.1(g) of this Code shall apply.

(4)  **Special Standards for Automotive Gas and Service Stations.** The provisions of Section 607.1(f)(4) of this Code shall apply. (Added by Ord. 69-87, App. 3/13/87; amended by Ord. 445-87, App. 11/12/87; Ord. 219-94, App. 6/3/94; Ord. 262-00, File No. 001426, App. 11/17/2000; Ord. 28-02, File No. 011962, App. 3/15/2002)

*Editor's Note:*

   *Section 607.1(i)(3), added by Ordinance 28-02, applies to determinations made on or after February 20, 2001, by the Planning Department or Planning Commission. See Ordinance 28-02, § 5.*

## SEC. 607.2.  MIXED USE DISTRICTS.

Signs located in Mixed Use Districts shall be regulated as provided herein, except for those signs which are exempted by Section 603. Signs not specifically regulated in this Section 607.2 shall be prohibited. In the event of conflict between the provisions of Section 607.2 and other provisions of Article 6, the provisions of Section 607.2 shall prevail in Mixed Use Districts.

(a)  **Purposes and Findings.** In addition to the purposes stated in Sections 101 and 601 of this Code, the following purposes apply to Mixed Use Districts. These purposes constitute findings that form a basis for regulations and provide guidance for their application.

(1)  As Mixed Use Districts change, they need to maintain their attractiveness to customers and potential new businesses alike. Physical amenities and a pleasant appearance will profit both existing and new enterprises.

(2)   The character of signs and other features projecting from buildings is an important part of the visual appeal of a street and the general quality and economic stability of the area. Opportunities exist to relate these signs and projections more effectively to street design and building design. These regulations establish a framework that will contribute toward a coherent appearance of Mixed Use Districts.

(3)   Mixed Use Districts are typically mixed use areas with commercial units on the ground or lower stories and residential uses on upper stories or have housing and commercial and industrial activities interspersed. Although signs and other advertising devices are essential to a vital commercial district, they should not be allowed to interfere with or diminish the livability of residential units within a Mixed Use District or in adjacent residential districts.

(4)   The scale of most Mixed Use Districts as characterized by building height, bulk, and appearance, and the width of streets and sidewalks differs from that of other commercial and industrial districts. Sign sizes should relate and be compatible with the surrounding district scale.

(b)   **Signs or Sign Features Not Permitted in Mixed Use Districts.** General advertising signs are not permitted in the South of Market districts, except in the South of Market General Advertising Special Sign District. Roof signs as defined in Section 602.16 of this Code, wind signs as defined in Section 602.21 of this Code, and signs on canopies, as defined in Section 136.1(b) of this Code, are not permitted in Mixed Use Districts. No sign shall consist of any moving, rotating, or otherwise physically animated part, or lights that give the appearance of animation by flashing, blinking, or fluctuating. In addition, all signs or sign features not otherwise specifically regulated in this Section 607.2 shall be prohibited.

(c)   **Identifying Signs.** Identifying signs, as defined in Section 602.10, shall be permitted in all Mixed Use Districts subject to the limits set forth below.

(1)   One sign per lot shall be permitted and such sign shall not exceed 20 square feet in area. The sign may be a freestanding sign, if the building is recessed from the street property line, or may be a wall sign or a projecting sign. The existence of a freestanding identifying sign shall preclude the erection of a freestanding business sign on the same lot. A wall or projecting sign shall be mounted on the first-story level; a freestanding sign shall not exceed 15 feet in height. Such sign may be nonilluminated, indirectly illuminated, or directly illuminated.

(2)   One sign identifying a shopping center or shopping mall shall be permitted subject to the conditions in Paragraph (1), but shall not exceed 30 square feet in area. Such signs may be nonilluminated, indirectly illuminated, or directly illuminated during the hours of operation of the businesses in the shopping center or shopping mall.

(d)   **Nameplate.** One nameplate, as defined in Section 602.12 of this Code, not exceeding an area of two square feet, shall be permitted for each noncommercial use in Mixed Use Districts.

(e)   **General Advertising Signs.** General advertising signs, as defined in Section 602.7, shall be permitted in Mixed Use Districts as provided for below. General advertising signs are not allowed in the South of Market Mixed Use Districts, except in the South of Market General Advertising Special Sign District or where a permit was approved by the City prior to January 1, 2001. In Mixed Use Districts where such signs are permitted, general advertising signs may be either a wall sign or freestanding, provided that the surface of any freestanding sign shall be parallel to and within three feet of an adjacent building wall. In either case, the building wall shall form a complete backdrop for the sign, as the sign is viewed from all points from a street or alley from which it is legible. No general advertising sign shall be permitted to cover part or all of any windows. Any extension of the copy beyond the rectangular perimeter of the sign shall be included in the calculation of the sign area, as defined in Section 602.1(a) of this Code.

(1)   **Chinatown Residential Neighborhood Commercial District.** No more than one general advertising sign shall be permitted per lot. Such sign shall not exceed 72 square feet in

area nor exceed 12 feet in height. Such sign may be either nonilluminated or indirectly illuminated.

(2) **Chinatown Visitor Retail and Chinatown Community Business Districts.** No more than one general advertising sign not exceeding 300 square feet in area or two general advertising signs of 72 square feet each shall be permitted per lot. The height of any such wall sign shall not exceed 24 feet, or the height of the wall to which it is attached, or the height of the lowest of any residential windowsills on the wall to which it is attached, whichever is lower. If the advertising sign is a freestanding sign, the height shall not exceed 24 feet or the height of the adjacent wall, whichever is lower.

(A) Signs may be either nonilluminated or indirectly or directly illuminated.

(3) **South of Market General Advertising Special Sign District.** Within the area designated as a South of Market General Advertising Special Sign District, as described in Section 821 of this Code and shown on Sectional Map SSD of the Zoning Map, the following provisions shall apply to general advertising signs: (1) No more than two general advertising signs not to exceed 300 square feet in area or one general advertising sign not to exceed 672 square feet in area shall be permitted per lot; (2) No more than one double-sided or multiple-sided sign shall be permitted per lot; and (3) Roof signs shall be permitted and shall not exceed the standards established by Section 607(b) of this Code for roof signs lying within M Districts.

(f) **Business Signs.** Business signs, as defined in Section 602.3 shall be permitted in all Mixed Use Districts subject to the limits set forth below.

(1) **Chinatown Residential Neighborhood Commercial District.**

(A) **Window Signs.** The total area of all window signs, as defined in Section 602.1(b), shall not exceed ⅓ the area of the window on or in which the signs are located. Such signs may be nonilluminated, indirectly illuminated, or directly illuminated.

(B) **Wall Signs.** The area of all wall signs shall not exceed one square foot per foot of street frontage occupied by the business measured along the wall to which the signs are attached, or 50 square feet for each street frontage, whichever is less; provided, however, that in no case shall the wall sign or combination of wall signs cover more than 75 percent of the surface of any wall, excluding openings. The height of any wall sign shall not exceed 15 feet or the height of the wall to which it is attached. Such signs may be nonilluminated or indirectly illuminated; or during business hours, may be directly illuminated.

(C) **Projecting Signs.** The number of projecting signs shall not exceed one per business. The area of such sign or signs combined when there are multiple signs, as defined in Section 602.1(a), shall not exceed 24 square feet. The height of such sign shall not exceed 15 feet or the height of the wall to which it is attached. No part of the sign shall project more than 75 percent of the horizontal distance from the street property line to the curbline, or six feet six inches, whichever is less. The sign may be nonilluminated or indirectly illuminated, or during business hours, may be directly illuminated.

(D) **Signs on Awnings.** Sign copy may be located on permitted awnings in lieu of wall signs and projecting signs. The area of such sign copy as defined in Section 602.1(c) shall not exceed 20 square feet. Such sign copy may be nonilluminated or indirectly illuminated.

(2) **Chinatown Visitor Retail District.**

(A) **Window Signs.** The total area of all window signs, as defined in Section 602.1(b), shall not exceed ⅓ the area of the window on or in which the signs are located. Such signs may be nonilluminated, indirectly illuminated, or directly illuminated.

(B) **Wall Signs.** The area of all wall signs shall not exceed two square feet per foot of street frontage occupied by the use measured along the wall to which the signs are attached, or 100 square feet for each street frontage, whichever is less. The height of any wall sign shall not exceed 24 feet, or the height of the wall to which it is attached, or the height of the lowest of any