# EXHIBIT F

**DEPARTMENT OF ELECTIONS**
City and County of San Francisco
www.sfgov.org/election

John Arntz
*Director*

CERTIFIED TO BE A TRUE COPY OF
ORIGINAL ON FILE IN MY OFFICE

December 7, 2007

AUG 2 1 2008

Honorable Board of Supervisors
City and County of San Francisco
1 Dr. Carlton B. Goodlett Place, Room 244
San Francisco, CA 94102

DEPARTMENT OF ELECTIONS
DEPUTY _____

## November 6, 2007 Municipal Election
## Certification of Election Results

I, John Arntz, Director of Elections of the City and County of San Francisco, certify that I have canvassed the votes cast at the Municipal Election held on Tuesday, November 6, 2007 within the City and County of San Francisco, in the manner required by Division 15 of the California Elections Code.

I certify that I began the canvass on Tuesday evening, November 6, 2007, and as a result of the tally of all votes recorded, present a complete record entitled "San Francisco Official Statement of Vote –Municipal Election – November 6, 2007." I also declare that the number of ballots in said election was 149,465.

On this day, December 7, 2007 at 2:00 p.m., I certify that the results of each of the races as shown in the following Final Summary Report of the Municipal Election of November 6, 2007, are true and correct.

### Ballot Measures

Following are the vote counts for each of the ballot measures for which the Board, as required in California Elections Code Section 15400, declares the results.

### Charter Amendments

I certify that **Proposition A**, Transit Reform, Parking Regulation and Emissions Reductions, **passed** with an affirmative vote of 55.66% (Yes: 80,786 and No: 64,346), more than the 50%+1 vote required.

I certify that **Proposition B**, Limiting Hold-Over Service on Charter-created Boards and Commissions, **passed** with an affirmative vote of 71.16% (Yes: 96,034 and No: 38,915), more than the 50%+1 vote required.

I certify that **Proposition C**, Requiring Public Hearings on Proposed Ordinances, **passed** with an affirmative vote of 68.20% (Yes: 94,939 and No: 44,258), more than the 50%+1 vote required.

I certify that **Proposition D**, Renewing Library Preservation Fund, **passed** with an affirmative vote of 74.47% (Yes: 105,328 and No: 36,102), more than the 50%+1 vote required.

I certify that **Proposition E**, Requiring Mayor to Appear Monthly at a Board of Supervisors Meeting, **failed** with an affirmative vote of only 48.59% (No: 74,253 and Yes: 70,166), less than the 50%+1 majority vote required.

I certify that **Proposition F**, Authorizing Board of Supervisors to Amend Contract Related to Retirement Benefits for Police Department Employees Who Were Airport Police Officers, **passed** with an affirmative vote of 51.60% (Yes: 69,637 and No: 65, 321), more than the 50%+1 majority vote required.


**Ordinances**

I certify that **Proposition G**, Establishing Golden Gate Park Stables Matching Fund, **passed** with an affirmative vote of 55.37% (Yes: 77,340 and No: 62,331), more than the 50%+1 majority vote required.

I certify that **Proposition H**, Regulating Parking Spaces, **failed** with an affirmative vote of only 33.09% (No: 94,277 and Yes: 46,632), less than the 50%+1 majority vote required.

I certify that **Proposition I**, Establishing Office of Small Business as City Department and Creating Small Business Assistance Center, **passed** with an affirmative vote of 59.15% (Yes: 80,865 and No: 55,855), more than the 50%+1 vote required.


**Declarations of Policy**

I certify that **Proposition J**, Adopting a Policy to Offer Free City-Wide High-Speed Internet Network, **passed** with an affirmative vote of 62.25% (Yes: 84,451 and No: 52,428), more than the 50%+1 vote required.

I certify that **Proposition K**, Adopting a Policy to Restrict Advertising on Street Furniture and City Buildings, **passed** with an affirmative vote of 61.85% (Yes: 86,250 and No: 53,195), more than the 50%+1 vote required.

## Elective Offices

Following are the vote counts for each of the contests.

I certify that in the contest for **Mayor**, the total number of first-choice votes cast for each candidate was:

| | | |
|---|---|---|
| GAVIN NEWSOM | 105,596 | 73.66 % |
| QUINTIN MECKE | 9,076 | 6.33 % |
| HAROLD M. HOOGASIAN | 8,400 | 5.86 % |
| WILMA PANG | 7,274 | 5.07 % |
| AHIMSA PORTER SUMCHAI | 3,398 | 2.37 % |
| JOHN RINALDI | 2,508 | 1.75 % |
| LONNIE S. HOLMES | 1,807 | 1.26 % |
| JOSH WOLF | 1,772 | 1.24 % |
| GRASSHOPPER ALEC KAPLAN | 1,423 | .99 % |
| H. BROWN | 915 | .64 % |
| GEORGE DAVIS | 644 | .45% |
| MICHAEL POWERS | 519 | .36% |
| WRITE-IN RODNEY HAUGE | 6 | |
| WRITE-IN KENNETH KAHN | 3 | |
| WRITE-IN ROBERT KULLY | 2 | |
| WRITE-IN ROBERT MCCULLOUGH | 1 | |
| WRITE-IN PATRICK MONETTE-SHAW | 6 | |
| WRITE-IN LEA SHERMAN | 9 | .1% |

I certify that in the contest for **District Attorney**, the total number of first-choice votes cast for each candidate was:

| | | |
|---|---|---|
| KAMALA HARRIS | 114,561 | 98.50% |
| WRITE-IN | 1,744 | 1.50% |

I certify that in the contest for **Sheriff**, the total number of first-choice votes cast for each candidate was:

| | | |
|---|---|---|
| MICHAEL HENNESSEY | 95,948 | 73.69% |
| DAVID WONG | 34,031 | 26.14% |
| WRITE-IN | 221 | .17% |

In witness whereof I hereby affix my hand and seal this 7th day of December 2007.

John Arntz, Director of Elections