# EXHIBIT J

# CITY AND COUNTY OF SAN FRANCISCO
# DEPARTMENT OF PUBLIC WORKS

### Order No. 163,369

**ESTABLISHING GUIDELINES FOR THE PLACEMENT OF PUBLIC TOILETS ON CITY STREETS AND PUBLIC PROPERTY.**

Pursuant to Public Works Code Article 8, the Director of Public Works hereby establishes the following guidelines for the placement of public toilets on City streets and public property.

These guidelines are in addition to all provisions of the Public Works Code and are enforceable as part of Article 8.

I. **APPLICATION AND APPROVAL:**

   A. The application process is summarized in the following chart:



   B. Application to install public toilets shall be submitted to the Department of Public Works. Applications shall consist of Location Drawings showing public toilet placements, together with an application fee of three hundred fifty dollars ($350.00). Location drawings shall include the following:

   1. A twenty feet (20') to one inch (1") scale (20:1 scale) representation of the proposed public toilet site covering the area from the property line to the street centerlines at the nearest intersection. Mid-block sites can be shown with broken line ties.

   2. All necessary street dimensions, such as sidewalk width and street width, the location of any curb, ramp and driveway and all surface structures, including hydrants, utility poles and catchbasins.

   3. Sewer connections, water service connections, electrical service connections and foundation details for public toilets

   4. Location of utilities under and in the vicinity of the proposed toilet site.

# CITY AND COUNTY OF SAN FRANCISCO
# DEPARTMENT OF PUBLIC WORKS

### Order No. 163,369

5. Sewer connections, water service connections, electrical service connections and foundation plans shall be stamped and signed by an engineer registered with the State of California.

C. Notification of application to install public toilets shall be sent to fronting businesses, property owners, San Francisco Municipal Railway and Department of City Planning. Notices shall be posted within one hundred feet (100') of proposed public toilet site a minimum of ten (10) days prior to the hearing date.

D. At the end of the ten days posting period, public hearing will be held by DPW for sites that received protest. The Director of Public Works or the Director's designee shall decide whether to issue permit after considering testimony received at the hearing.

E. Applicant may request an exception for those public toilet sites which do not meet the guidelines set forth in this Order. A request for an exception shall be considered at a public hearing conducted jointly by the Director's designee, a representative appointed by the Director of the Art Commission, and a representative appointed by the Director of City Planning. The hearing shall be a public hearing for which notice shall be given as described in paragraph (C) above. The three hearing officers may authorize public toilets which do not comply with the guidelines if facts presented show that measures will be taken to minimize the impact of the toilets or that the public toilet program benefits outweigh the anticipated impact. The Art Commission's designee may require the request for exception be referred to the Art Commission if the proposed site has a major urban design impact on the City.

F. For those public toilet sites that are denied, the applicant may appeal by writing within fifteen days of the denial to the Executive Director of the Board of Permit Appeals, City Hall, Room 154A, San Francisco, CA 94102 to request that the matter be considered by the Board of Permit Appeals.

## II. PLACEMENT GUIDELINES:

A. All public toilets must conform to applicable State, Federal and Local accessibility codes and regulations. A minimum of five feet (5') of pedestrian clearance (free of all obstacles for a clear path of travel) must be maintained on the sidewalk at all times. (Figure One)

B. Public toilets may not intrude on pedestrian "clear zones" at corners. Public Toilets shall be set back a minimum of five feet (5') from edge of crosswalk. (Figure Two).



FIGURE ONE: Sidewalk Zones



FIGURE TWO: Corner Clear Zone

# CITY AND COUNTY OF SAN FRANCISCO
## DEPARTMENT OF PUBLIC WORKS

### ORDER NO. 163,369

    C.    Public toilets shall be placed not less than:

        1.    Twenty four inches (24") from the outside edge of the curb. Overhangs of roof line are permitted on all sides. However, an overhang may not protrude to within eighteen inches (18") of the edge of the curb except where overhang is more than ten (10') above the surface of the sidewalk. At no time may overhangs proturde beyond the face of curb.

        2.    Eight feet (8') from any fire escape and/or fire exit.

        3.    Five feet (5') from any fire hydrant, driveway, wheelchair ramp, blue zone parking space, curb cut, crosswalk, pedestrian reservoir or corner.

        4.    Sixty feet (60') from any Muni. Transit Shelter and/or Kiosk.

        5.    Five feet (5') from any certified street artist's designated area.

        6.    Sixty feet (60') from any public work of art under the jurisdiction of the Art Commission, except for public art on public toilets.

        7.    Forty inches (40") from any other structure not otherwise specified herein, including but not limited to street light poles, parking meters, power poles and trees.

    D.    Public toilets shall not be placed on sidewalks which are less than fourteen feet (14') wide.

    E.    Public toilets shall not be placed over any storm drain or similar structure.

    F.    Public toilets shall not obstruct any traffic sign or traffic signal.

    G.    Public toilets shall not be placed on medians and traffic islands.

    H.    Public toilets shall not be installed where placement would significantly impede the flow of pedestrian traffic.

    I.    Public toilets shall not intrude, obstruct, diminish or reduce a significant view or become overwhelming objects of key views including planned and significant street elements.

III.    **CONSTRUCTION REQUIREMENTS**

    A.    The applicant shall obtain the required permits, if any, from regulating agencies of the State of California.

    B.    The applicant shall contact the Department of Parking and Traffic at 25 Van Ness Avenue, phone 554-2300 for traffic requirements prior to beginning construction.

## CITY AND COUNTY OF SAN FRANCISCO
### DEPARTMENT OF PUBLIC WORKS

### ORDER NO. 163,369

C. The applicant shall conduct his construction operations in accordance with the requirements of Article 11 of the Traffic Code and the applicable sections under Section 110, Traffic Routing Work, of the Standard Specifications.

D. The applicant shall call Underground Service Alert (U.S.A.) telephone number
1-800-642-2444, 48 hours prior to any excavation.

E. Applicant shall be solely responsible for any damage to existing facilities.

F. Construction must conform to all applicable City specifications and regulations.

John E. Cribbs
Director of Public Works

# CITY AND COUNTY OF SAN FRANCISCO
## DEPARTMENT OF PUBLIC WORKS

### ORDER NO. 163,369

RECOMMENDED:

*[signature]*

Denise M. Brady, Chief
Bureau of Street-Use and Mapping

APPROVED:

*[signature]*

Vitaly B. Troyan
Deputy Director, Public Services

Distribution

Outside B.S.M
Dept Files (2)          Central Permit Bureau
Street Repair           Traffic - H. Quan
SFPD - Traffic Survey   Attached List

Inside B.S.M
J. Rodriguez -450 McAllister
F. Casey - Inspector

JS/dl

APPROVED: SEPTEMBER 8, 1993          JOHN E. CRIBBS, DIRECTOR

JS163.369.doc Disk 7