EXHIBIT O

# SAN FRANCISCO ARTS COMMISSION
# CIVIC DESIGN REVIEW COMMITTEE

Monday, October 15, 2007
3:00 p.m.
25 Van Ness Avenue, Suite 70

## Minutes

**Commissioners Present:** Andrea Cochran, Beverly Prior, Leonard Hunter

**Commissioners Absent:** John Kriken, Jeannene Przyblyski

**Staff Present:** Nancy Gonchar, Catherine Direen, Vicky Knoop

**Call To Order:** 3:05 p.m.

1. **Bayview Opera House-Changes to Exterior Paint Color:** Motion to approve

   Judy Nemzoff, SFAC Community Arts and Education Program Director, introduced the historic paint job in the context of the restoration of the Bayview Opera House.

   Tom Petersen, DPW Cultural Centers Facilities Manager, showed the Commissioners the color samples of new paint choices and explained that the color consultant, Bob Buckter, provided his services pro bono. He also commented that the current side entrance will be turned into the grand entrance in the next phase of restoration.

   Ms. Nemzoff explained the painting is currently underway and is expected to be complete in three to four months.

   Commissioner Hunter asked if damaged wood would be replaced.

   Mr. Petersen said they are maintaining as much of the original material as possible, but some had to be replaced.

   Commissioner Hunter asked how the colors of the Opera House coordinate with the nearby gym.

   Ms. Nemzoff responded that the new mural and building colors of the Joe Lee Gym go well with the Opera House and both buildings were considered during the color selection process.

   **Motion to approve Bayview Opera House Changes to Exterior Paint Color:** Cochran
   **Vote:** Unanimously approved

San Francisco Arts Commission                                          Page 2 of 6
Civic Design Review Committee
October 15, 2007

2. **Bayview Opera House-SWA Group Temporary Landscape Project:** Informational Presentation

   Rene Bihan, Managing Principal, SWA Group, explained that SWA Group will create a temporary landscape garden at the Bayview Opera House on October 19, 2007. He then gave a PowerPoint presentation and a brief history of landscape architecture. He explained that, for the Opera House, the SWA Group is creating a place for the community to come together to learn about their own environment and landscape architecture. The installation includes seating, planting, signage and an information kiosk on sustainability and "living green." He continued that there is a living roof on the kiosk from which community members can take plants home. Mr. Bihan added that the trees would be donated to local groups after the event and that the donated benches are permanent. He commented that SWA Group plans to continue working with the community after the event.

   Ms. Nemzoff thanked Mr. Bihan and SWA Group for their generosity.

3. **Calaveras Dam Replacement Project-Sam Crest Electrical Building and Downstream Toe Electrical Building: Phase 2**

   Dan Wade, SFPUC-PMB, gave a background of the project and of the Calaveras Dam. He then introduced Kent Ford, Project Architect, DPW BOA.

   Mr. Ford showed color samples for the structures and the revised rooflines per Committee request in Phase 1. He said that the two electrical buildings would be unseen by the public and only occasionally staffed.

   Commissioner Prior asked if the buildings would be in prominent locations.

   Mr. Wade showed the locations of the buildings on a map. He also explained that these buildings will replace the current utilitarian concrete structures.

   Mr. Ford explained that the buildings are not visible from each other or from the nearest road. He also added that near the Toe building there is an underground vault with valves.

   Commissioner Prior commented that the buildings might be lower-profile if they were in the same color scheme.

   Commissioner Cochran opened the floor to public comment.

   Commissioner Cochran closed the floor to public comment.

   **Motion to approve Calaveras Dam Replacement Project-Dam Crest Electrical Building and Downstream Toe Electrical Building:** Cochran

**Vote:** Unanimously approved

4. **SFMTA Transit Shelter and Kiosk Designs: Phase 1**

   Gail Stein, Project Manager, SFMTA, introduced Bill Hooper President Clear Channel Outdoor Northern California and Olle Lundberg, CEO, Lundberg Designs.

   Mr. Hooper explained a change to the contract between SFMTA and Clear Channel in which the utility box covers would be included in the number of kiosks and the total number of covers and kiosks together is limited to 150.

   Mr. Lundberg demonstrated a lighted model of the proposed bus shelters. He said the utility box cover design had been changed since the informational presentation and that the design is now three-sided to reduce its visual impact. He addressed concerns raised in the previous meeting about bird perching and explained it would be controlled by a wire centered over a 2-inch tube. Mr. Lundberg then showed materials samples of the polycarbonate roof and a mockup of portions of the steel structure.

   He explained that the bus shelter bolts will be coated in bronze and not solid bronze as previously stated due to cost and concerns over theft. He stated that they may look for a possible replacement of the galvanizing due to concerns of warping during the process.

   Commissioner Hunter suggested galvanizing the pieces of the structure before construction to avoid warping.

   Commissioner Cochran commented favorably on the spray metal finish.

   Commissioner Hunter asked if the photovoltaics would still be laminated into the polycarbonate.

   Mr. Lundberg said the intent is to use this technology if it is available. He continued that it is currently being developed and may not be available for the first shelters, but it would be used as soon as it is available.

   Commissioner Cochran asked about replacement and maintenance of the polycarbonate roof.

   Mr. Lundberg explained that the polycarbonate is almost impossible to break, but will scratch. He said it is easily replaceable and held in place with several bolts. Mr. Lundberg explained that the bolts need a specialized tool to be disassembled.

   Commissioner Hunter commended the modular aspects and flexibility of the design.

San Francisco Arts Commission                                                    Page 4 of 6
Civic Design Review Committee
October 15, 2007

Commissioner Prior asked how larger utility boxes would be covered.

Mr. Lundberg explained that the size limit for utility box covers is one advertisement wide.

Commissioner Cochran opened the floor to public comment.

Marcie Keever of San Francisco Beautiful commented that she was still concerned about kiosks and signal box covers. She added that the signal box covers had no public purpose other than to act as a vehicle for advertising.

Commissioner Cochran closed the floor to public comment.

Commissioner Cochran asked if the contract had passed the Board of Supervisors.

Mr. Hooper replied that it had not.

Commissioner Hunter commented that this Committee should approve the design, but is not responsible for approving the placement of the utility box covers.

Commissioner Cochran agreed and commented that there are legal aspects that are separate from the design approval. She added that fewer structures on the street are better than more structures on the street. She concluded that it is not the decision of the Committee to review the economics of the contract, but the design of the shelters.

**Motion to approve SFMTA Transit Shelter and Kiosk Designs Phase 1 and recommend Phase 2 approval at the full Commission meeting on November 5:**
Cochran
**Vote:** Unanimously approved

5. **Sunnyside Conservatory Renovation:Phase 2**

    Paulina Araica, DPR Project Manager, introduced the project and gave a brief history of the site. She explained that the two-story octagon structure was originally constructed in 1906 and given landmark status in 1988. She stated that the project has been presented to the Landmarks Preservation Board and because over 25% of the exterior facing street will be replaced, it is considered a demolition. She explained that the project team does not consider this a demolition and will protect as much of the original material as possible to retain the historic character of the building. She added that the plans will keep the open frame structure of the building. Ms. Araica said that the grounds are a historic component of the park and one palm on the interior of the building will be relocated to the grounds under the supervision of a palm specialist. Once restoration is complete, the building will be used as a community meeting place.

San Francisco Arts Commission  Page 5 of 6
Civic Design Review Committee
October 15, 2007

Andrew Maloney, Architect, DPW-BOA, explained that there would be open stud framing. He presented a rendering of the conservatory with the selected color scheme and added that the recommendation of the Landmarks Board may change the proportion of colors to use more of the gold and olive accent than is presently expressed in the drawing.

Commissioner Hunter commented that the accent colors would be more apparent on the full-scale building and it wasn't necessary to use them more extensively.

Commissioner Cochran agreed and commented favorably on the color selection.

Commissioner Prior asked about security of the site.

Ms. Araica replied that there is a metal fence atop a concrete wall along the edge of the property.

Commissioner Hunter expressed concern that the concrete wall provided a shelf on which people could stand and jump over the 4-foot security fence. He suggested moving the pickets of the fence to the edge of the concrete wall to reduce this foothold.

Edward Chin, Landscape Architect DPW-BOA, introduced the renovations to the landscape. He explained that a new pathway will be constructed using integral color cement to delineate main entry points and complement the colors of the conservatory.

Mr. Chin explained the plant palette draws from Mediterranean succulents. He explained that this selection will have a minimal impact on the health of the palms and will complement their upward movement. He stated that the irrigation system is non-functioning and that the plants chosen will do well in the environment.

Commissioner Cochran complimented the plant selection and the design.

Commissioner Hunter said the scale of pavers in the pathway works well and he would prefer it to the concrete.

Mr. Chin said the initial plan to use pavers was changed due to budget restrictions.

**Motion to approve Sunnyside Conservatory Phase 2 with contingency to move the fence closer to the edge of the concrete wall:** Cochran
**Vote:** Unanimously approved

6. **Mount Davidson Pump Station Upgrades:** Phase 3 Administrative Review

Ms. Gonchar stated that the construction documents submitted for review had been

San Francisco Arts Commission                                    Page 6 of 6
Civic Design Review Committee
October 15, 2007

   reviewed by staff and reflected the design approved at Phase 2. Ms. Gonchar
   recommended that the Committee grant an Administrative Phase 3 approval.

   **Motion to approve the Mount Davidson Pump Station Upgrades:** Cochran
   **Vote:** Unanimously approved

7. **CDD Vehicle Service Shop Upgrade:** Phase 3 Administrative Review

   Ms. Gonchar stated that the construction documents submitted for review had been
   reviewed by staff and reflected the design approved at Phase 2. Ms. Gonchar
   recommended that the Committee grant an Administrative Phase 3 approval.

   **Motion to approve the CDD Vehicle Service Shop Upgradade**: Cochran
   **Vote:** Unanimously approved

8. **Potrero Branch Library:** Phase 3 Administrative Review

   Ms. Gonchar stated that the construction documents submitted for review had been
   reviewed by staff and reflected the design approved at Phase 2. Ms. Gonchar
   recommended that the Committee grant an Administrative Phase 3 approval.

   **Motion to approve the Potrero Branch Library:** Cochran
   **Vote:** Unanimously approved

9. **New Business**

   No new business.

10. **Adjournment:** 4:45 p.m.

Revision Date 5/19/08