# EXHIBIT R

## MEETING OF THE FULL ARTS COMMISSION
Monday, December 3, 2007
3:00 p.m.
City Hall Room 416

## Minutes

Vice President Draisin called the meeting to order at 3:06 p.m.

1. **Roll Call**
   **Commissioners Present**
   José Cuellar
   Maya Draisin
   Leonard Hunter
   John Kriken
   Alexander Lloyd
   Beverly Prior
   Jeannene Przyblyski
   Lawrence Rinder
   Dede Wilsey

   **Commissioners Absent**
   P.J. Johnston
   Sherene Melania
   Janice Mirikitani
   Sherri Young
   Pop Zhao
   Dwight Alexander

2. **Approval of Minutes**
   The following Resolution was moved, seconded, and unanimously adopted:

   **RESOLUTION NO. 1203-07-287: APPROVAL OF MINUTES ADOPTED**
   RESOLVED, that this Commission does hereby approve the Minutes of the Meeting of October 1, 2007.

   **NOTE: ALL ADOPTIONS ARE UNANIMOUS UNLESS OTHERWISE NOTED.**

3. **President's Report**
   In the absence of President Johnston, Vice President Maya Draisin gave a brief report. She began by saying that the Executive Committee has met diligently to interview candidates for the position of Director of Cultural Affairs, and has narrowed the field to a small number of candidates, whom the Mayor is reviewing.

   She reported that the opening event for the Louise Bourgeois sculpture, *Crouching*

*Spider*, installed on the Embarcadero, was a fantastic success. She thanked Commissioner Rinder for his comments on the background of the project, and thanked staff, particularly Public Art Program Director Jill Manton, for their work on this project.

Vice President Draisin reported that Bayview Opera House was the site of a wonderfully successful event over the course of two days. It featured over one hundred landscape architects, who donated materials and designs, and took place on the same weekend as the opening of the Joe Lee Gym. Noting that many of the features remained in place after the weekend, such as a kiosk and reading areas, she reported that there was a great turnout, with the Mayor and his Chief of Staff in attendance, among other officials. She said that the event signals to the community that more positive changes are coming, under the leadership of the Arts Commission.

Vice President Draisin reported that the memorial for Jack Davis was very moving, and well-attended. The Commission announced that the theater at SomArts will be named after Jack Davis to honor his memory.

4. **Interim Director's Report**
In the absence of Interim Director of Cultural Affairs Nancy Gonchar, Interim Deputy Director Catherine Direen introduced new Arts Commission staff, including Collections Department Senior Registrar Allison Cummings, who reports to Public Art Program Senior Project Manager Susan Pontious; and Civic Design Review Program Associate Vicky Knoop, who reports to the Deputy Director.

Ms. Direen asked WritersCorps Project Manager Janet Heller to introduce the WritersCorps teachers for the 2007-2008 school year, including both the new and returning teachers: Mahru Elahi, Alberto Palomar, Milta Ortiz, Carla Robinson, Dinnie Jay, Melissa Lusano, and Myron Michael Hardy. Ms. Heller also presented Program Associate Melissa Hung. Ms. Heller noted that this is the fourteenth year of the program, which serves 500 young people at nine sites, including two new sites at Bayview and Sanchez Elementary School. She reported that work has already begun on the celebration of the fifteenth anniversary next year, with two books planned for publication, and an exhibition in the gallery featuring installations recreating some of the places where young people write. Finally, Ms. Heller praised the teachers as fantastic artists who care deeply about their community, and as ambassadors for the Arts Commission. She invited Commissioners to visit them at the sites, and to come to WritersCorps events.

Ms. Direen reported on the 2008-2009 budget, explaining that the Mayor's Office had requested every department to cut 13%, including 5% in ongoing cuts, 3% in one-time savings, and an additional 5% contingency cut. The department's budget must be submitted to the Mayor's Office in February.

Finally, Ms. Direen directed the attention of Commissioners to the 2008 meeting schedule which had been distributed to them.

San Francisco Arts Commission											Page 3 of 11
Full Commission Meeting December 3, 2007

5. **Consent Calendar**
   The Consent Calendar was approved as follows.

   **RESOLUTION NO. 1203-07-288:**
   Approval: RESOLVED, that this Commission does hereby adopt the following items on the Consent Calendar and their related Resolutions:

   **Approval of Committee Minutes**
   1. **RESOLUTION NO. 1203-07-289:** Motion to approve the Civic Design Review Committee Meeting Minutes of September 17, 2007.

   2. **RESOLUTION NO. 1203-07-290:** Motion to approve the Community Arts, Education and Grants Committee Meeting Minutes of October 9, 2007.

   3. **RESOLUTION NO. 1203-07-291:** Motion to approve the Street Artists Committee Meeting Minutes of October 10, 2007.

   4. **RESOLUTION NO. 1203-07-292:** Motion to approve the Civic Design Review Committee Meeting Minutes of October 15, 2007.

   5. **RESOLUTION NO. 1203-07-293:** Motion to approve the Executive Committee Meeting Minutes of October 16, 2007.

   6. **RESOLUTION NO. 1203-07-294:** Motion to approve the Executive Committee Meeting Minutes of October 22, 2007.

   7. **RESOLUTION NO. 1203-07-295:** Motion to approve the Executive Committee Meeting Minutes of October 23, 2007.

   8. **RESOLUTION NO. 1203-07-296:** Motion to approve the Executive Committee Meeting Minutes of November 1, 2007.

   **Community Arts, Education and Grants Committee Recommendations (October 9, 2007)**
   9. **RESOLUTION NO. 1203-07-297:** Motion to approve recommendations to award three grants totaling $300,000 in the 2007-2008 cycle of Cultural Equity Initiatives—Level Two grants to the following organizations, and to authorize the Interim Director of Cultural Affairs to enter into grant agreements with each for the amounts listed:

      Aunt Lute Books, $100,000
      First Voice, $100,000
      Queer Cultural Center, $100,000

10. **RESOLUTION NO. 1203-07-298:** Motion to approve recommendations to award eight grants totaling $139,369 in the 2007-2008 cycle of Creative Space grants to the following organizations, and to authorize the Interim Director of Cultural Affairs to enter into grant agreements with each for the amounts listed:

    ArtHouse/California Lawyers for the Arts, $20,000
    EXIT Theatre, $20,000
    Kulintang Arts, Inc., $20,000
    New Langton Arts, $20,000
    Ruby's Clay Studio and Gallery, $16,025
    San Francisco Mime Troupe, $18,344
    San Francisco Performing Arts Library and Museum, $10,000
    SEW Productions Lorraine Hansberry Theatre, $15,000

11. **RESOLUTION NO. 1203-07-299:** Motion to approve the following individuals as grants application review panelists for Cultural Equity Grants:

    Jeff Chang—Writer, Journalist; author of *Can't Stop Won't Stop* and of *Total Chaos: The Art and Aesthetic of Hip-Hip*
    Dana Curran—Co-Founder and Executive Director, World Savvy
    Jakada Imani—Executive Director, Ella Baker Center for Human Rights; Campaign Director, Books Not Bars
    Sylvia Sherman—Development Director, La Peña Cultural Center
    Judith Smith—Artistic Director, AXIS Dance Company
    Maria Su—Deputy Director, Department of Children, Youth and Their Families; formerly Executive Director, Vietnamese Youth Development Center

12. **RESOLUTION NO. 1203-07-300:** Motion to increase the contract to The M-Line from $49,000 to $89,000 to expand marketing and public relations scope of work.

13. **RESOLUTION NO. 1203-07-301:** Motion to provide Bayview Opera House, Inc. with a 30-day extension to work with staff to reach benchmarks that would warrant funding through the remainder of the fiscal year.

**Street Artists Committee Recommendations (October 10, 2007)**

14. **RESOLUTION NO. 1203-07-302:** Motion to approve honorarium payment of $300 plus cost of paint to Mario Hernandez for assisting Program Director in painting permanent spaces and temporary winter holiday spaces in the Downtown area.

**Civic Design Review Committee Recommendations (October 15, 2007)**

15. **RESOLUTION NO. 1203-07-303:** Motion to approve Bayview Opera House changes to exterior paint color.

16. **RESOLUTION NO. 1203-07-304:** Motion to approve Calaveras Dam Replacement Project—Dam Crest Electrical Building and Downstream Toe Electrical Building, Phase 2.

17. **RESOLUTION NO. 1203-07-305:** Motion to approve SFMTA Transit Shelter and Kiosk Designs, Phase 1, and to recommend Phase 2 approval to the full Commission.

18. **RESOLUTION NO. 1203-07-306:** Motion to approve the Sunnyside Conservatory Renovation, Phase 2, with contingency of moving fence closer to edge of concrete wall.

19. **RESOLUTION NO. 1203-07-307:** Motion to approve the Mount Davidson Pump Station Upgrades, Administrative Phase 3.

20. **RESOLUTION NO. 1203-07-308:** Motion to approve the CDD Vehicle Service Shop Upgrade, Administrative Phase 3.

21. **RESOLUTION NO. 1203-07-309:** Motion to approve the Potrero Branch Library, Administrative Phase 3.

**Visual Arts Committee Recommendations (November 7, 2007)**

22. **RESOLUTION NO. 1203-07-310:** Motion to approve the design proposal for an integrated wind-activated artwork submitted by Ned Kahn for the north façade of the new Public Utilities Commission office building at 525 Golden Gate Avenue.

23. **RESOLUTION NO. 1203-07-311:** Motion to approve an honorarium payment in the amount of $2,500 to Isabelle Kirkland for the development of a proposal for a two-dimensional artwork to be placed in the lobby of the new Public Utilities Commission office building at 525 Golden Gate Avenue.

24. **RESOLUTION NO. 1203-07-312:** Motion to approve the extension of the completion date for the LED video artwork entitled *Missing* to mid-February 2009 to be unveiled on Earth Day, April 22, 2009.

25. **RESOLUTION NO. 1203-07-313:** Motion to accept the Randall Museum selection panel's recommendation to select the following four artists/artist teams as finalists for the Randall Museum project: Ene and Scott Constable (Wowhaus); Po Shu Wang and Louise Bertelsen; Charles Sowers and Walter Kitundu and to authorize the Interim Director of Cultural Affairs to pay each of the artists an honorarium of $750.00 for the development of site-specific proposals for the project.

26. **RESOLUTION NO. 1203-07-314:** Motion to approve Diana Pumpelly Bates' conceptual design for the Laguna Honda Hospital entry gates.

27. **RESOLUTION NO. 1203-07-315:** Motion to approve Takenobu Igarashi's prototype of the color terracotta reliefs for the Laguna Honda Hospital residence buildings.

28. **RESOLUTION NO. 1203-07-316:** Motion to approve the design for the steelworkers mosaic for the 'H' Wall of Laguna Honda Hospital.

29. **RESOLUTION NO. 1203-07-317:** Motion to approve Owen Smith's change of material from glass mosaic to ceramic mosaic for the 'H' wall mosaic at Laguna Honda.

30. **RESOLUTION NO. 1203-07-318:** Motion to approve the final deaccessioning of two textiles from the Civic Art Collection due to severe insect infestation resulting in irreparable damage to the artworks and the intentions of the artists.

31. **RESOLUTION NO. 1203-07-319:** Motion to amend Resolution No. 0711-05-157 to increase the total contract amount of $71,000 for artist Catherine Wagner for final design, fabrication, transportation and consultation during installation of an artwork for the Larsen Park Sava Pool facility to an amount not to exceed $80,000.

32. **RESOLUTION NO. 1203-07-320:** Motion to approve the location of Brian Goggin's *Guide Post* to be installed in the lawn area to the immediate north of Larsen Park Sava Pool.

**Community Arts, Education and Grants Committee Recommendations (November 13, 2007)**

33. **RESOLUTION NO. 1203-07-321:** Motion to approve recommendations to award thirty-one grants totaling $626,121 in the 2007-2008 cycle of Arts & Communities: Innovative Partnerships grants to the following organizations and individual artists, and to authorize the Interim Director of Cultural Affairs to enter into grant agreements with each for the amounts listed:

**Exploration Grants:**
3rd I South Asian Independent Film Festival, $10,000
Arab Cultural Center, $10,000
Asian Improv aRts, $10,000
Asian Women's Shelter, $10,000
Chinatown Community Development Center, $10,000
Croatian American Cultural Center, $10,000
Door Dog Music Productions, $10,000
Fernando Marti, $10,000

San Francisco Arts Commission  
Full Commission Meeting December 3, 2007                              Page 7 of 11

Flyaway Productions, $10,000  
Jacinta Vlach, $10,000  
Purple Moon Dance Project, $10,000  
Radar Productions, $10,000  
Rebecca Schultz, $10000  
Red Poppy Art House, $10,000  
San Francisco Print Collective (SFPC), $10,000  
StageWrite, $9,940  
ZACCHO Dance Theatre, $10,000

**Realization Grants:**  
Bindlestiff Studio, $31,500  
Brava Theater Center/Brava! For Women in the Arts, $35,000  
Cultural Odyssey/The Medea Project, $35,000  
Dance Brigade, $31,500  
Galeria de la Raza, $31,500  
Intersection for the Arts, $35,000  
Joan Osato, $31,500  
Kate Connell, $31,500  
La Raza Centro Legal, $32,681  
Poor Magazine, $31,500  
Queer Cultural Center—QCC, $31,500  
Queer Women of Color Media Arts Project, $35,000  
Theo Rigby, $31,500  
Wendy Testu, $31,500

34. **RESOLUTION NO. 1203-07-322:** Motion to approve the following individuals as application review panelists for the Cultural Equity Grants Program:

Kegan Marling, Dancers' Group, Program Director  
Gonzalina Morales, Senior Program Officer, SF Department of Children, Youth and Families  
Joan Osato, Managing Director, Youth Speaks, Independent Theater Director  
Karen Ransom, Assistant Director, Office of Undergraduate Admission, Stanford University  
Michael Santoro, Executive Director, Door Dog Music Productions  
Allison Sparks, MSW, Program Officer, United Way of the Bay Area, Health and Youth Worker  
Dianthe "Dee" Spenser, Jazz Musician and Professor at San Francisco State University  
Guillermo Galindo, Composer  
Mahea Uchiyama, Founder/Artistic Director, Center for International Dance  
Terri Winston, Executive Director, Women's Audio Mission, Audio Professor, City College of San Francisco  
Kristina Wong, Independent Theater Artist

San Francisco Arts Commission  
Full Commission Meeting December 3, 2007

Page 8 of 11

**Civic Design Review Committee Recommendations (November 19, 2007)**

35. **RESOLUTION NO. 1203-07-323:** Motion to approve Eureka Valley/Harvey Milk Memorial Branch Library, Phase 2, contingent upon addressing contemporary standards for water runoff.

36. **RESOLUTION NO. 1203-07-324:** Motion to approve Vista Francisco Pump Station Upgrade Project, Phase 2, contingent upon simplification of design of the steel doors.

6. **Committee Reports**
   1. **Executive Committee—P.J. Johnston, Chair**
      1. Vice President Draisin made no further report.

   2. **Civic Design Committee—Beverly Prior, Acting Chair**
      1. Commissioner Prior reported that the Committee had reviewed the Clear Channel bus shelter and kiosk design. While the Committee considered the presentation to be well-developed enough for Phase 2 approval, they could not approve Phase 2 since the Committee's agenda had only included Phase 1. The Committee thought that the full Commission would benefit from seeing the presentation of this design, which will become ubiquitous. The full Commission was asked to vote on Phase 2 approval following the presentation. Commissioner Prior explained that the Committee is working toward making small projects fit within a basic design whose elements can be repeated, reflecting good public architecture wherever located.

         Commissioner Prior reported that the Committee is excited about the new Public Utilities Commission ("PUC") administration building at 525 Golden Gate. She said that this is planned to be the "greenest" building in the United States. It is anticipated to generate not only enough electricity to meet its own needs, but enough to put power back into the grid. The building will incorporate photovoltaic glass and more than one hundred wind turbines; it will recycle blackwater onsite.

         Commissioner Prior reported that the Committee also reviewed the renovation of the historic Sunnydale Conservatory; they strongly believe that the design must be appropriate to this community landmark.

         Commissioner Prior introduced Gail Stein, San Francisco Municipal Transportation Authority ("SFMTA") Project Manager; Olle Lundberg, Lundberg Design Principal; and Michael Colbruno of Clear Channel. Ms. Stein explained that SFMTA would be replacing all existing bus shelters with the new design. Mr. Colbruno said that Clear Channel was excited to

San Francisco Arts Commission
Full Commission Meeting December 3, 2007

Page 9 of 11

have been chosen from among the many designs presented, and is looking forward to changing the landscape of San Francisco.

Mr. Lundberg explained that his firm has been working in San Francisco for twenty years. He agreed that this project will change the face of the city, in a small, intimate, pedestrian scale. His goal was that the design be so emblematic of San Francisco that it couldn't be anywhere else. He presented a model, explaining that the wave form in the design was inspired by seismic waves, ocean waves, ribbons fluttering in the wind, and the cable cars traveling over the hills of the city. He added that Muni is about motion and he wanted a shape that actually implied movement.

He said that the design concept was "green," including the use of steel with 80% to 100% recycled content; photovoltaic cells generating electricity to power high-efficiency LED displays—many of the shelters will produce more electricity than they use; and wind turbines on the Treasure Island shelters. He described the gradated pattern on the surface as an homage to the city's famous fog, and the design as a series of components that allow it to adjust to the city's various topographies, including some very steep hills. The Market Street shelters will be bronze, a foot taller, with an amber roof instead of the red one. The shelters include a great deal of signage (maps, next bus and other Muni information), which they tried hard to incorporate into the shelter's panels so that they don't appear to be afterthoughts. The shelters also incorporate a call system to let drivers know someone is waiting.

In response to a question from the Commission, Mr. Lundberg explained that there is a tradeoff between the scratch-resistance of glass and the break-resistance of polycarbonate. The shelters use a tempered glass, eight times stronger than regular glass, with a frit-patterned surface not prone to scratching. He said that polycarbonate, while harder to break, is much easier to scratch and requires more maintenance.

The Commissioners thanked Mr. Lundberg, Mr. Colbruno and Ms. Stein for their presentation. Commissioner Prior presented the following motion.

2. **RESOLUTION NO. 1203-07-325:** Motion to approve SFMTA Transit Shelter and Kiosk Design, Phase 2.

3. **Community Arts, Education and Grants Committee—José Cuellar, Chair**
   1. Commissioner Cuellar referred Commissioners to the Committee's minutes. He said that the Committee mostly discussed the Cultural Centers, particularly SomArts, Bayview Opera House and the Native American Cultural Center. They also discussed reporting, activities and budgets, considering how their accounting could be improved. The

Committee anticipates reports from Bayview Opera House and the Native American Cultural Center.

Commissioner Cuellar presented the following motions:

2. **RESOLUTION NO. 1203-07-326:** Motion to approve a Neighborhood Festival Grant to CounterPULSE for Marigold Project's Dia de los Muertos Festival of Altars in the amount of $2,500.

3. **RESOLUTION NO. 1203-07-327:** Motion to approve the following individual as a grants application review panelist for Cultural Equity Grants:

    Victoria Evans-Erville, Artistic Director, African American Shakespeare Company

4. **Street Artists Committee—Alexander Lloyd, Chair**
    1. Commissioner Lloyd reported that the Committee mostly discussed the 2008-2009 budget. He explained that the program is self-funded. It has had a surplus for the last few years, which has now been depleted. Many artists spoke in favor of keeping the licensing fee low. Street Artists Program Director Howard Lazar plans to submit to the Executive Committee a budget that is balanced and keeps the fee as low as possible.

        Commissioner Lloyd also reported that, in the past year, although they were reluctant to do so, the Committee suspended two people from the program, and both suspensions were overturned by the Board of Permit Appeals. He expressed the Committee's fervent hope that both individuals will be able to participate successfully in the program.

        Commissioner Lloyd presented the following motion.

    2. **RESOLUTION NO. 1203-07-328:** Motion to approve requests by former certificate-holders for priority issuance of certificate with waiver of re-screening of wares: Caroline Graber, Erin Cowan, Canute Davis, Tanya Key, Christopher Letsche, Pamela Quattrocci, Jozsef Orgovan, Carlos Kuncar, Jim Nishida-Adams, Setsuko Nishida-Adams, Barbara Ramos, Winston Jamison.

5. **Visual Arts Committee—Jeannene Przyblyski, Chair**
    1. Commissioner Przyblyski reported that all the items the Committee had discussed were in the current Consent Calendar. She said that the celebration of the installation of Louise Bourgeois's *Crouching Spider* was a marvelous event, and she thanked Commissioner Rinder for his eloquent remarks. She reported that it was great to watch people enjoying the sculpture, which has already appeared in several Flickr sites.

San Francisco Arts Commission
Full Commission Meeting December 3, 2007
Page 11 of 11

Commissioner Przyblyski said that the Committee has taken some beginning steps in pursuing Central Subway public art projects. She also wanted to recognize the success of the ongoing collaboration with the Public Utilities Commission, encompassing temporary and permanent artworks. She cited projects at Lake Merced, McLaren Park, the Randall Museum and Sunnyside Conservatory as examples. The Committee is looking at this relationship as a model for working with other departments.

Finally, Commissioner Przyblyski reminded everyone that the Committee's next meeting was scheduled for December 6, 2007, at 3:00 p.m.

7. **Public Comment**
    There was no further public comment.

8. **New Business**
    There was no further new business.

9. **Reports and Announcements**
    There were no other reports or announcements.

10. **Adjournment**
    There being no further business, the meeting was adjourned at 3:43 p.m.

12/21/07 spr