# EXHIBIT T-2



# SAN FRANCISCO
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Sign

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

| | |
|---|---|
| *Date:* | February 27, 2008 |
| *Case No.:* | 9390 |
| *Site Address:* | **1485 Bush Street** |
| *Sign ID:* | EKC54 (6x4 north-facing wall sign) |
| *Sign ID:* | EKC55 (6x4 north-facing wall sign) |
| *Zoning:* | RC-4 (Residential-Commercial Combined Districts, High Density) |
| *Block/Lot:* | 0670/017 |

Reception:
**415.558.6378**

Fax:
**415.558.6409**

Planning
Information:
**415.558.6377**

*Staff Contact:*    Jonathan Purvis – (415) 558-6354
Jonathan.purvis@sfgov.org

*Property Owner:*
VijayKumar D & Ramilabe Patel
2 W Clay Street
San Francisco, CA 94121

*Sign Company:*
Unknown

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising signs referenced above. The exact nature of the violation is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising signs. This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit to install the signs or by applying for a building permit to remove the signs.

*Timeline to respond.*
Under Section 610 of the Planning Code, the responsible party has **forty-five (45) days** from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the signs or request reconsideration of this Notice of Violation before an Administrative Law Judge.

*Penalties*
Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the sign. For the subject signs, at 24 square feet each, the penalty is $100 per day, per sign or $200 per day. Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to continue. If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

Notice of Violation

Case: **9390**
**1485 Bush Street**

*Building permit to remove or correct violation.*
You have thirty (30) days from the filing of the building permit to either (1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI); or remove all copy from the signs until such approval from DBI is obtained. If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$200 per day.**

<u>To avoid penalties, we strongly suggest that you send a photo (preferably via email) to the staff person shown at the top of this notice to confirm when the violation has been abated.</u>

## REQUEST FOR RECONSIDERATION HEARING

*Written request for hearing and fees.*
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at <u>www.sfplanning.org</u>.  The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error.  You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

*Other applications under Planning Department consideration.*
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications.  Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

John Rahaim
Director of Planning



SAN FRANCISCO
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Sign

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
415.558.6378

Fax:
415.558.6409

Planning
Information:
415.558.6377

Date:           February 27, 2008
Case No.:       9524
Site Address:   **1390 California Street**
Sign ID:        KAB115 (6x4 west-facing wall sign)
Zoning:         POLK (Polk Street Neighborhood Commercial) District
Block/Lot:      0248/014

Staff Contact:  Jonathan Purvis – (415) 558-6354
                Jonathan.purvis@sfgov.org

Property Owner:                     Sign Company:
Janice Pivnick Trust                *Unknown*
101 Lombard St., Apt. 203E
San Francisco, CA 94111

The Planning Department has recently inspected the above-referenced property and has determined that an additional violation of the Planning Code exists on the site with respect to the general advertising sign referenced above. The exact nature of the violation is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising sign. This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit to install the signs or by applying for a building permit to remove the sign.

A prior Notice of Violation was issued on December 12, 2007 for two other signs (ID KAB90 and KAB91) on this site. Our records now show three unlawful general advertising signs exist on the site.

### Timeline to respond.

Under Section 610 of the Planning Code, the responsible party has **forty-five (45)** days from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the sign or request reconsideration of this Notice of Violation before an Administrative Law Judge.

### Penalties

Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the sign. For the subject sign, at 24 square feet each, the penalty is **$100 per day.** Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed

Notice of Violation

Case: 9330
1390 California Street

to continue.   If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

*Building permit to remove or correct violation.*
have thirty (30) days from the filing of the building permit to either (1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI); or remove all copy from the signs until such approval from DBI is obtained.  If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$100 per day.**

**To avoid penalties, we strongly suggest that you send a photo (preferably via email) to the staff person shown at the top of this notice to confirm when the violation has been abated.**

## REQUEST FOR RECONSIDERATION HEARING

*Written request for hearing and fees.*
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org.   The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error.  You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

*Other applications under Planning Department consideration.*
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications.   Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

John Rahaim
Director of Planning

N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\NOVs Issued\0248014_1390_California St_NOV2.doc



# SAN FRANCISCO
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Sign

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
415.558.6378

Fax:
415.558.6409

Planning
Information:
415.558.6377

| | |
|---|---|
| *Date:* | February 27, 2008 |
| *Case No.:* | 9504 |
| *Site Address:* | **1201 HOWARD STREET** |
| *Sign ID:* | EKC59 (6x4 northeast-facing wall sign) |
| | EKC60 (6x4 northeast-facing wall sign) |
| *Zoning:* | SLR (Service, Light Industrial, Residential) District |
| *Block/Lot:* | 3729/001 |
| *Staff Contact:* | Jonathan Purvis – (415) 558-6354 |
| | Jonathan.purvis@sfgov.org |

*Property Owner:*
Skylane International USA
1201 Howard Street
San Francisco, CA 94103

*Sign Company:*
Unknown

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising signs referenced above. The exact nature of the violations is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising signs. This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit to install the signs or by applying for a building permit to remove the signs.

### *Timeline to respond.*
Under Section 610 of the Planning Code, the responsible party has **forty-five (45) days** from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the sign or request reconsideration of this Notice of Violation before an Administrative Law Judge.

### *Penalties*
Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the sign. <u>For the subject signs, at 24 square feet each, the penalty is $100 per day per sign, $200 per day total.</u> Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to continue. If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

Notice of Violation

**Case: 9504**
**1201 Howard Street**

***Building permit to remove or correct violation.***
You have thirty (30) days from the filing of the building permit to either: 1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI); or 2) remove all copy from the signs until such approval from DBI is obtained. If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$200 per day.**

## REQUEST FOR RECONSIDERATION HEARING

***Written request for hearing and fees.***
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org. The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error. You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

***Other applications under Planning Department consideration.***
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications. Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

John Rahaim
Director of Planning

N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\NOVs Issued\3729001_1201_HowardSt_NOV.doc




**SAN FRANCISCO**
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Sign

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
**415.558.6378**

Fax:
**415.558.6409**

Planning
Information:
**415.558.6377**

*Date:*            March 5, 2008
*Case No.:*        **9392**
*Site Address:*    **376 Castro Street**
*Sign ID:*         KAB45 (6x4 southwest-facing, freestanding sign)
*Sign ID:*         KAB46 (6x4 south-facing, freestanding sign)
*Sign ID:*         KAB47 (6x4 northeast-facing, freestanding sign)
*Zoning:*          Castro Street Neighborhood Commercial District
*Block/Lot:*       2623/006

*Staff Contact:*   Kimberly Durandet – (415) 575-6816
                   Kimberly.Durandet@sfgov.org

*Property Owner:*                      *Sign Company:*
NAZ Auto Services, Inc                 Unknown
471 Joost Avenue
San Francisco, CA 94127

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising signs referenced above. The exact nature of the violation is detailed below:

### DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising signs. This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit to install the signs or by applying for a building permit to remove the signs.

### Timeline to respond.

Under Section 610 of the Planning Code, the responsible party has forty-five (45) days from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the signs or request reconsideration of this Notice of Violation before an Administrative Law Judge.

### Penalties

Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the sign. For the subject signs, at 24 square feet each, the penalty is $100 per day, per sign or $300 per day. Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to continue. If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

Notice of Violation                                                    Case: 9392
March 5, 2008                                                    376 Castro Street

**Building permit to remove or correct violation.**
You are required to file a building permit to remove the signs. You have thirty (30) days from the filing of the building permit to either (1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI); or remove all copy from the signs until such approval from DBI is obtained. If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$300 per day.**

## REQUEST FOR RECONSIDERATION HEARING

**Written request for hearing and fees.**
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org. The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error. You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

**Other applications under Planning Department consideration.**
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications. Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

John Rahaim
Director of Planning

N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\NOVs Issued\2623006_376_CastroSt_NOV.doc

SAN FRANCISCO
**PLANNING DEPARTMENT**                                                          2



# SAN FRANCISCO
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Sign

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
415.558.6378

*Date:* April 9, 2008

*Case No.:* **9606**

*Site Address:* **3110 OCTAVIA STREET**

*Sign ID:* EKC81 (6x4 west-facing wall sign)

*Zoning:* NC-3 (Moderate-Scale Neighborhood Commercial) District

*Block/Lot:* 0496/013

Fax:
415.558.6409

Planning
Information:
415.558.6377

*Staff Contact:* Jonathan Purvis – (415) 558-6354
Jonathan.purvis@sfgov.org

*Property Owner:*
Marina Inn LLC
2 West Clay Park
San Francisco, CA 94103

*Sign Company:*
Unknown- No Inventory

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising sign referenced above. The exact nature of the violation is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising sign. This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit to install the sign or by applying for a building permit to remove the sign.

<u>If there is a sign company that shares responsibility for this violation, notify us in writing within ten days who the sign company is and we will forward this Notice of Violation to that company.</u>

### *Timeline to respond.*
Under Section 610 of the Planning Code, the responsible party has **forty-five (45)** days from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the sign or request reconsideration of this Notice of Violation before an Administrative Law Judge.

### *Penalties*
Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the sign. <u>For the subject sign, at 24 square feet, the penalty is $100 per day.</u> Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to



Notice of Violation

Case: 9606
3110 Octavia Street

continue.   If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

**_Building permit to remove or correct violation._**
You have thirty (30) days from the filing of the building permit to either: 1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI); or 2) remove all copy from the sign until such approval from DBI is obtained.  If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$100 per day**.

<u>To avoid penalties, we strongly suggest that you send a photo (preferably via email) to the staff person shown at the top of this notice to confirm when the violation has been abated.</u>

## REQUEST FOR RECONSIDERATION HEARING

**_Written request for hearing and fees._**
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at <u>www.sfplanning.org</u>.   The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error.  You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

**_Other applications under Planning Department consideration._**
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications.   Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

John Rahaim
Director of Planning

N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\NOVs\NOV Issued Word Files\0496013_3110_OctaviaSt_NOV.doc

# SAN FRANCISCO
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Sign

| | |
|---|---|
| Date: | April 16, 2008 |
| Case No.: | 9605 |
| Site Address: | **299 VALENCIA STREET** |
| Sign ID: | EKC77 (6x4 southwest-facing freestanding sign) |
| | EKC78 (6x4 southwest-facing freestanding sign) |
| | EKC79 (6x4 southwest-facing freestanding sign) |
| Zoning: | C-M (Heavy Commercial Industrial) District |
| Block/Lot: | 3532/014 |
| | |
| Staff Contact: | Jonathan Purvis – (415) 558-6354 |
| | Jonathan.purvis@sfgov.org |

| Property Owner: | Sign Company: |
|---|---|
| 299 Valencia Street LLC | Unknown- No Inventory |
| JPS Builders | |
| 1699 Valencia Street | |
| San Francisco, CA 94110 | |

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
415.558.6378

Fax:
415.558.6409

Planning
Information:
415.558.6377

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising signs referenced above. The exact nature of the violation is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising signs. This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit to install the signs or by applying for a building permit to remove the signs.

**If there is a sign company that shares responsibility for this violation, notify us in writing within ten days who the sign company is and we will forward this Notice of Violation to that company.**

### Timeline to respond.

Under Section 610 of the Planning Code, the responsible party has **forty-five (45) days** from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the signs or request reconsideration of this Notice of Violation before an Administrative Law Judge.

### Penalties

Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the sign. **For the subject signs, at 24 square feet each, the penalty is**

Notice of Violation

Case: 9605
299 Valencia Street

**$100 per day per sign, $300 per day total**. Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to continue.    If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

*Building permit to remove or correct violation.*

You have thirty (30) days from the filing of the building permit to either: 1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI); or 2) remove all copy from the signs until such approval from DBI is obtained.  If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$300 per day**.

To avoid penalties, we strongly suggest that you send a photo (preferably via email) to the staff person shown at the top of this notice to confirm when the violation has been abated.

## REQUEST FOR RECONSIDERATION HEARING

*Written request for hearing and fees.*

If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org.  The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error.  You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

*Other applications under Planning Department consideration.*

We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications.  Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

John Rahaim
Director of Planning

N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\NOVs\NOV Issued Word Files\3532014_299_ValenciaSt_NOV.doc





# SAN FRANCISCO
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Sign

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
**415.558.6378**

Fax:
**415.558.6409**

Planning
Information:
**415.558.6377**

| | |
|---|---|
| *Date:* | **April 16, 2008** |
| *Case No.:* | **7958** |
| *Site Address:* | **206 5th Street** |
| *Sign IDs:* | MDM27 (4' x 5', north facing, freestanding) |
| *Zoning:* | RSD |
| *Block/Lot:* | 3732 / 149 |

*Staff Contact:*    Jonathan Purvis – (415) 558-6354
                    Jonathan.purvis@sfgov.org

*Property Owner:*                          *Sign Company:*
Valalice LLC                               Unknown- No Inventory
% Valerie Atikian
156 Lombard St., #35
San Francisco, CA 94111

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising sign(s) referenced above. The exact nature of the violation(s) is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising sign(s). This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit to install the sign or by applying for a building permit to remove the sign.

<u>If there is a sign company that shares responsibility for this violation, notify us in writing within ten days who the sign company is and we will forward this Notice of Violation to that company.</u>

### Timeline to respond.
Under Section 610 of the Planning Code, the responsible party has **forty-five (45) days** from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the sign or request reconsideration of this Notice of Violation before an Administrative Law Judge.

### Penalties
Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the sign. <u>For the subject sign, at 20 square feet, the penalty is $100 per day.</u> Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to

Notice of Violation

Case: 7958
206 5th Street

continue.   If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

***Building permit to remove or correct violation.***
You have thirty (30) days from the filing of the building permit to either: (1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI); or (2) remove all copy from the sign until such approval from DBI is obtained.  If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$100 per day**.

To avoid penalties, it is strongly suggested that you send a photo (preferably via email) to the staff person shown at the top of this notice to confirm when the violation has been abated.

## REQUEST FOR RECONSIDERATION HEARING

***Written request for hearing and fees.***
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org.  The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error.  You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

***Other applications under Planning Department consideration.***
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications.  Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

John Rahaim
Director of Planning

N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\NOVs\NOV Issued Word Files\3732149_206_05th_Street_NOV.doc



**SAN FRANCISCO**
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Signs

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
**415.558.6378**

*Date:*           April 16, 2008
*Case No.:*       **8472**
*Site Address:*   **61 Gough Street**
*Sign IDs:*       MDM146 (4' x 5', east facing, wall structure)
                  MDM147 (4' x 5', east facing, wall structure)
*Zoning:*         NC-3
*Block/Lot:*      0853 / 002A

Fax:
**415.558.6409**

Planning
Information:
**415.558.6377**

*Staff Contact:*  Jonathan Purvis – (415) 558-6354
                  Jonathan.purvis@sfgov.org

*Property Owner:*                      *Sign Company:*
Ogara Edward Vincent Jr                Unknown
Gaetani Realty Inc
4444 Geary Blvd #105
San Francisco CA, 94118

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising sign(s) referenced above. The exact nature of the violation(s) is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising sign(s). This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit to install the signs or by applying for a building permit to remove the signs.

If there is a sign company that shares responsibility for this violation, notify us in writing within ten days who the sign company is and we will forward this Notice of Violation to that company.

*Timeline to respond.*
Under Section 610 of the Planning Code, the responsible party has **forty-five (45) days** from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the signs or request reconsideration of this Notice of Violation before an Administrative Law Judge.

*Penalties*
Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the signs. For the subject signs, at 40 square feet, the penalty is $100 per day per sign, or $200 per day total. Furthermore, Section 176(c)1 of the Planning Code provides for

Notice of Violation                                                    Case: 8472
                                                                       61 Gough Street

civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to continue. If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

**Building permit to remove or correct violation.**
You have thirty (30) days from the filing of the building permit to either obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI), or remove all copy from the signs until such approval from DBI is obtained. If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$100 per day per sign.**

**To avoid penalties, it is strongly suggested that you send a photo (preferably via email) to the staff person shown at the top of this notice to confirm when the violation has been abated.**

## REQUEST FOR RECONSIDERATION HEARING

**Written request for hearing and fees.**
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org. The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error. You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

**Other applications under Planning Department consideration.**
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications. Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

for
John Rahaim
Director of Planning

N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\NOVs\NOV Issued Word Files\0853002A_61_Gough_NOV.doc



## SAN FRANCISCO
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Signs

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
**415.558.6378**

Fax:
**415.558.6409**

Planning
Information:
**415.558.6377**

*Date:* April 16, 2008
*Case No.:* 9552
*Site Address:* 110 Franklin Street
*Sign IDs:* KAB77 (4' x 5', southwest facing, freestanding)
KAB78 (4' x 5', southwest facing, freestanding)

*Zoning:* C-3-G
*Block/Lot:* 0834 / 008

*Staff Contact:* Jonathan Purvis – (415) 558-6354
Jonathan.purvis@sfgov.org

*Property Owner:*
Exempt Trust The
Rosenberg Emily Jane Succ T
777 Fitch St C/O Rosenberg
Healdsburg, CA 95448

*Sign Company:*
Unknown

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising sign(s) referenced above. The exact nature of the violation(s) is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising sign(s). This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit to install the signs or by applying for a building permit to remove the signs.

If there is a sign company that shares responsibility for this violation, notify us in writing within ten days who the sign company is and we will forward this Notice of Violation to that company.

*Timeline to respond.*
Under Section 610 of the Planning Code, the responsible party has **forty-five (45)** days from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the signs or request reconsideration of this Notice of Violation before an Administrative Law Judge.

*Penalties*
Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the signs. For the subject signs, at 20 square feet per sign, the penalty is $100 per day per sign or $200 per day total. Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each

day a violation is committed or allowed to continue.  If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

*Building permit to remove or correct violation.*
You have thirty (30) days from the filing of the building permit to either obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI), or remove all copy from the signs until such approval from DBI is obtained.  If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$100 per day per sign.**

To avoid penalties, it is strongly suggested that you send a photo (preferably via email) to the staff person shown at the top of this notice to confirm when the violation has been abated.

## REQUEST FOR RECONSIDERATION HEARING

*Written request for hearing and fees.*
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org.  The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error.  You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

*Other applications under Planning Department consideration.*
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications.  Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

for

John Rahaim
Director of Planning

N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\NOVs\NOV Issued Word Files\0834008_110_Franklin_Street_NOV.doc



# SAN FRANCISCO
# PLANNING DEPARTMENT

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
415.558.6378

Fax:
415.558.6409

Planning
Information:
415.558.6377

April 21, 2008

Jeremy Paul
Quickdraw Permit Consulting
60 Otis Street
San Francisco, CA 94103

Re:    Notice of Violation
       110 Franklin Street
       San Francisco, CA

Dear Mr. Paul:

I have just been informed that Fuel Outdoor is responsible for the two signs referenced in the attached Notice of Violation. These signs are used for general advertising purposes. General advertising has not been permitted in the City since the passage of Prop G in 2002.

**Be aware that this letter does not change the 45-day deadline for acting on the Notice of Violation.**

If you have any questions or concerns about this letter or the Notice of Violation, please contact me at 415-558-6354 or via email at jonathan.purvis@sfgov.org.

Sincerely,

Jonathan Purvis,
Code Enforcement
General Advertising Signs

cc:    Sergio Fernández de Cordóva
       EVP-Real Estate
       Fuel Outdoor
       149 Fifth Avenue, 11ᵗʰ Floor
       New York, New York 10010

N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\NOVs\NOV Issued Word
Files\0834008_110_FranklinSt_letter.doc



## SAN FRANCISCO
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Signs

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
**415.558.6378**

Fax:
**415.558.6409**

Planning
Information:
**415.558.6377**

| | |
|---|---|
| *Date:* | April 16, 2008 |
| *Case No.:* | 9558 |
| *Site Address:* | **964 Howard Street** |
| *Sign IDs:* | KES15 (4' x 5', east facing, wall structure) |
| | KES16 (4' x 5', west facing, wall structure) |
| *Zoning:* | RSD |
| *Block/Lot:* | 3725 / 020 |
| *Staff Contact:* | Jonathan Purvis – (415) 558-6354 |
| | Jonathan.purvis@sfgov.org |

**Property Owner:**
Patel Anjana V & Vikram N
964 Howard 5t
San Francisco CA, 94103

**Sign Company:**
Unknown

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising sign(s) referenced above. The exact nature of the violation(s) is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising sign(s). This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit to install the signs or by applying for a building permit to remove the signs.

<u>If there is a sign company that shares responsibility for this violation, notify us in writing within ten days who the sign company is and we will forward this Notice of Violation to that company.</u>

### Timeline to respond.
Under Section 610 of the Planning Code, the responsible party has **forty-five (45)** days from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the signs or request reconsideration of this Notice of Violation before an Administrative Law Judge.

### Penalties
Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the signs. <u>For the subject signs, at 20 square feet per sign, the penalty is $100 per day per sign or $200 per day total.</u> Furthermore, Section 176(c)1 of the Planning Code

provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to continue. If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

*Building permit to remove or correct violation.*
You have thirty (30) days from the filing of the building permit to either: obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI); or remove all copy from the signs until such approval from DBI is obtained. If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$100 per day per sign.**

<u>To avoid penalties, it is strongly suggested that you send a photo (preferably via email) to the staff person shown at the top of this notice to confirm when the violation has been abated.</u>

## REQUEST FOR RECONSIDERATION HEARING

*Written request for hearing and fees.*
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at <u>www.sfplanning.org</u>. The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error. You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

*Other applications under Planning Department consideration.*
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications. Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

John Rahaim
Director of Planning

N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\NOVs\NOV Issued Word Files\3725020_964_Howard_Street_NOV.doc