# EXHIBIT T-3



SAN FRANCISCO
# PLANNING DEPARTMENT

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
415.558.6378

Fax:
415.558.6409

Planning
Information:
415.558.6377

October 18, 2007

PATEL ANJANA V & VIKRAM N
964 HOWARD ST
SAN FRANCISCO CA
  94103

Re:     General Advertising Sign(s)
        Assessor's Block 3725 Lot 020

On August 16, 2006, a letter was sent to all known owners/operators of general advertising signs within the City and County of San Francisco. This letter requested a complete inventory of all such signs within San Francisco, along with processing fees, be submitted to the Planning Department no later than October 23, 2006. This request was made pursuant to Ordinances 140-06 and 200-06.

<u>You are receiving this notice because you have been identified as the owner of the above-referenced property within the City & County of San Francisco which contains at least one general advertising sign, AND you and/or the owner/operator of the sign failed to provide inventory information about the sign(s).</u>

Ordinance 140-06 establishes Planning Code Section 604.2, General Advertising Sign Inventories. Per Section 604.2(a):

> *Within 60 days of the effective date of this Section, any general advertising sign company that owns a general advertising sign in the City shall submit to the Department a current, accurate, and complete inventory of its general advertising signs together with the inventory processing fee.*

Ordinance 200-06 establishes Planning Code Section 358, General Advertising Sign Fees. Per Section 358(b):

> *The fee for the initial inventory processing pursuant to Section 604.2 shall be $560 per sign . . .*

The inventory must be paid in full when submitted to the Planning Department. Please make all checks payable to the "San Francisco Planning Department."

Inventory Request
October 18, 2007

**You must respond to this notice no later than 5:00 p.m. on November 19, 2007.** If the Planning Department determines your inventory is incomplete or inaccurate, or if the inventory is submitted after the due date, you will be subject to penalties outlined in Planning Code Section 604.1(g). If you fail to respond, a Notice of Violation will be issued pursuant to Planning Code Section 610.

The inventory must include specific information about the characteristics and history of the sign(s), photographs, a map of all signs you own or operate in the City and an affidavit attesting to the validity of the submitted materials. To assist you in submitting a complete and accurate inventory, the Planning Department has developed a comprehensive spreadsheet to be used as the basis for all submittals. This spreadsheet, along with detailed instructions, an affidavit and the enacting legislation, can be found on our website (www.sfgov.org/planning). Please select "General Advertising Sign Inventory" under the "Publications & Reports" heading. The completed inventory, including spreadsheet, map and all relevant files, should be submitted to the Planning Department's Sign Inventory Program on a CD-ROM or DVD if possible.

Please submit all required materials and payment (by mail or by hand) to:

> **Sign Inventory Program**
> **Planning Department**
> **1650 Mission Street, Suite 400**
> **San Francisco, CA 94103**

If you have any questions regarding this notice, please contact me at (415) 558-6354, or via email at jonathan.purvis@sfgov.org.

Sincerely,

Jonathan Purvis
Coordinator,
General Advertising Sign Inventory Program

N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\Inventory\Letters\Inventory Request (10-18-07) Letter II.doc



## SAN FRANCISCO
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Signs

|  |  |
|---|---|
| *Date:* | April 16, 2008 |
| *Case No.:* | 9559 |
| *Site Address:* | 948 – 952 Mission Street |
| *Sign IDs:* | MDM4 (8' x 6', south facing, wall structure) |
|  | MDM5 (10' x 6', south facing, wall structure) |
|  | MDM6 (4' x 5', west facing, projecting structure) |
|  | MDM7 (4' x 5', east facing, projecting structure) |
| *Zoning:* | C-3-G |
| *Block/Lot:* | 3704 / 017 |
|  |  |
| *Staff Contact:* | Jonathan Purvis – (415) 558-6354 |
|  | Jonathan.purvis@sfgov.org |

*Property Owner:*
Patel Devendra
948 Mission St
San Francisco CA, 94103

*Sign Company:*
Unknown- No Inventory

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
415.558.6378

Fax:
415.558.6409

Planning
Information:
415.558.6377

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising sign(s) referenced above. The exact nature of the violation(s) is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising sign(s). This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit to install the signs or by applying for a building permit to remove the signs.

**If there is a sign company that shares responsibility for this violation, notify us in writing within ten days who the sign company is and we will forward this Notice of Violation to that company.**

### Timeline to respond.

Under Section 610 of the Planning Code, the responsible party has forty-five (45) days from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the signs or request reconsideration of this Notice of Violation before an Administrative Law Judge.

### Penalties

Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the signs. **For the subject signs, all less than 100 square feet, the penalty is $100 per day per sign, or $400 per day total.** Furthermore, Section 176(c)1 of the Planning

Notice of Violation                                                        **Case: 9559**
                                                                  948 – 952 Mission Street

Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to continue. If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

*Building permit to remove or correct violation.*
You have thirty (30) days from the filing of the building permit to either: (1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI); or (2) remove all copy from the signs until such approval from DBI is obtained. If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$100 per day per sign.**

<u>**To avoid penalties, it is strongly suggested that you send a photo (preferably via email) to** the staff person shown at the top of this notice to confirm when the violation has been abated.</u>

## REQUEST FOR RECONSIDERATION HEARING

*Written request for hearing and fees.*
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org. The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error. You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

*Other applications under Planning Department consideration.*
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications. Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

John Rahaim
Director of Planning

N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\NOVs\NOV Issued Word Files\3704017_948-952_Mission Street_NOV.doc



**SAN FRANCISCO**
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Sign

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
415.558.6378

| | |
|---|---|
| *Date:* | April 16, 2008 |
| *Case No.:* | 9560 |
| *Site Address:* | **103V Polk Street** |
| *Sign IDs:* | KAB68 (4' x 5', southeast, pole mounted structure) |
| *Zoning:* | C-3-G |
| *Block/Lot:* | 0811 / 003 |

Fax:
415.558.6409

Planning
Information:
415.558.6377

*Staff Contact:*   Jonathan Purvis – (415) 558-6354
Jonathan.purvis@sfgov.org

*Property Owner:*
Weingarten-Fromm 2005 Rev T
Weingarten Leonard H & From
101 Larkspur Landing Cir
Larkspur CA, 94939

*Sign Company:*
Unknown

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising sign(s) referenced above.  The exact nature of the violation(s) is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising sign(s). This is a violation of Planning Code Section 604.  You must address this notice by providing evidence of an approved permit to install the sign or by applying for a building permit to remove the sign.

<u>**If there is a sign company that shares responsibility for this violation, notify us in writing within ten days who the sign company is and we will forward this Notice of Violation to that company.**</u>

### Timeline to respond.

Under Section 610 of the Planning Code, the responsible party has **forty-five (45)** days from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the sign or request reconsideration of this Notice of Violation before an Administrative Law Judge.

### Penalties

Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the sign. <u>For the subject sign, at 20 square feet, the penalty is $100 per day.</u>  Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to

Notice of Violation

Case: 9560
103V Polk Street

continue.  If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

### *Building permit to remove or correct violation.*

You have thirty (30) days from the filing of the building permit to either (1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI); or remove all copy from the sign until such approval from DBI is obtained.  If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$100 per day.**

To avoid penalties, it is strongly suggested that you send a photo (preferably via email) to the staff person shown at the top of this notice to confirm when the violation has been abated.

## REQUEST FOR RECONSIDERATION HEARING

### *Written request for hearing and fees.*

If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org.  The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error.  You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

### *Other applications under Planning Department consideration.*

We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications.  Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

John Rahaim
Director of Planning

N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\NOVs\NOV Issued Word Files\081 I003_103V_Polk_Street_NOV.doc



## SAN FRANCISCO
# PLANNING DEPARTMENT

# Notice of Violation
### General Advertising Signs

| | |
|---|---|
| *Date:* | April 23, 2008 |
| *Case No.:* | 9561 |
| *Site Address:* | 327-331 Hayes Street |
| *Sign IDs:* | MDM143 (4' x 5', east facing, wall structure) |
| | MDM144 (4' x 5', east facing, wall structure) |
| | MDM145 (4' x 5', east facing, wall structure) |
| *Zoning:* | Hayes NCD |
| *Block/Lot:* | 0816 / 026 |

*Staff Contact:*     Jonathan Purvis – (415) 558-6354
Jonathan.purvis@sfgov.org

*Property Owner:*
Ansarina Hossen M & Esfahan
238 Monte Vista Ln
Daly City CA 94015

*Sign Company:*
Unknown

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
415.558.6378

Fax:
415.558.6409

Planning
Information:
415.558.6377

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising sign(s) referenced above. The exact nature of the violation(s) is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising sign(s). This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit to install the signs or by applying for a building permit to remove the signs.

If there is a sign company that shares responsibility for this violation, notify us in writing within ten days who the sign company is and we will forward this Notice of Violation to that company.

### Timeline to respond.
Under Section 610 of the Planning Code, the responsible party has forty-five (45) days from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the signs or request reconsideration of this Notice of Violation before an Administrative Law Judge.

### Penalties
Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at

Notice of Violation

**Case: 9561**
**327-331 Hayes Street**

a rate that is based on the size of the signs. <u>For the subject signs, at 60 square feet, the penalty is $100 per day per sign or $300 per day for the subject three signs.</u> Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to continue. If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

*Building permit to remove or correct violation.*
You have thirty (30) days from the filing of the building permit to either obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI), or remove all copy from the signs until such approval from DBI is obtained. If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of $300 per day.

<u>To avoid penalties, it is strongly suggested that you send a photo (preferably via email) to the staff person shown at the top of this notice to confirm when the violation has been abated.</u>

## REQUEST FOR RECONSIDERATION HEARING

*Written request for hearing and fees.*
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org. The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error. You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

<u>If the Notice of Violation is upheld or if the Request for Reconsideration is withdrawn, you will be subject to the fixed penalties described in Planning Code Section 610(b)(2)(B) unless the sign is free of all ad copy throughout the Reconsideration period.</u>

*Other applications under Planning Department consideration.*
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications. Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

John Rahaim
Director of Planning

N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\NOVs\NOV Issued Word Files\0816017_327-331_Hayes_NOV_2.doc



# SAN FRANCISCO
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Sign

| | | |
|---|---|---|
| *Date:* | April 23, 2008 | 1650 Mission St.<br>Suite 400<br>San Francisco,<br>CA 94103-2479 |
| *Case No.:* | **9653** | |
| *Site Address:* | **150 CALIFORNIA STREET** | Reception:<br>**415.558.6378** |
| *Sign ID:* | EKC84 (6x4 east-facing wall sign) | |
| *Zoning:* | C-3-O (Downtown Office, Commercial) District | Fax:<br>**415.558.6409** |
| *Block/Lot:* | 0236/019 | |
| | | Planning<br>Information:<br>**415.558.6377** |
| *Staff Contact:* | Jonathan Purvis – (415) 558-6354 | |
| | Jonathan.purvis@sfgov.org | |

*Property Owner:*
PPF OFF 150 California St L
Stephen Tang
555 California Street Suite 2200
San Francisco, CA 94104

*Sign Company:*
Unknown- no inventory

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising sign referenced above. The exact nature of the violations is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising sign. This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit to install the sign or by applying for a building permit to remove the sign. In addition, the sign was not submitted to the Planning Department in an inventory as required under Planning Code Section 604.2, so we have no record of a sign company.

**If there is a sign company that shares responsibility for this violation, notify us in writing within ten days who the sign company is and we will forward this Notice of Violation to that company.**

*Timeline to respond.*
Under Section 610 of the Planning Code, the responsible party has **forty-five (45)** days from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the sign or request reconsideration of this Notice of Violation before an Administrative Law Judge.

*Penalties*
Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the sign. For the subject sign, at 24 square feet, the penalty is $100 per day. Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those

Notice of Violation

authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to continue. If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

*Building permit to remove or correct violation.*
You have thirty (30) days from the filing of the building permit to either: 1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI); or 2) remove all copy from the sign until such approval from DBI is obtained. If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$100 per day**.

To avoid penalties, we strongly suggest that you send a photo (preferably via email) to the staff person shown at the top of this notice to confirm when the violation has been abated.

## REQUEST FOR RECONSIDERATION HEARING

*Written request for hearing and fees.*
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org. The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error. You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

*Other applications under Planning Department consideration.*
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications. Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

John Rahaim
Director of Planning

N:\CODE ENFORCEMENT\CE GA SIGN PROGRAM\NOVs\NOV Issued Word Files\0236019_150_CaliforniaSt_NOV.doc



# SAN FRANCISCO
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Sign

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
415.558.6378

Fax:
415.558.6409

Planning
Information:
415.558.6377

*Date:*            May 7, 2008
*Case No.:*        9385
*Site Address:*    4186 20th Street
*Sign ID:*         MDM135 (6x4 west-facing wall sign)
*Sign ID:*         MDM136 (6x4 south-facing wall sign)
*Zoning:*          RH-3 (Residential, House Districts, Three-Family) District
*Block/Lot:*       3602/060

*Staff Contact:*   Jonathan Purvis – (415) 558-6354
                   Jonathan.purvis@sfgov.org

*Property Owner:*                    *Sign Company:*
Sami F. Wahhab                       Unknown – no inventory
699 Castro Street
San Francisco, CA 94114

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising signs referenced above.  The exact nature of the violations is detailed below:

### DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising signs. This is a violation of Planning Code Section 604.  You must address this notice by providing evidence of an approved permit to install the sign or by applying for a building permit to remove the signs.

<u>If there is a sign company that shares responsibility for this violation, notify us in writing within ten days who the sign company is and we will forward this Notice of Violation to that company.</u>

### *Timeline to respond.*
Under Section 610 of the Planning Code, the responsible party has **forty-five (45)** days from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the signs or request reconsideration of this Notice of Violation before an Administrative Law Judge.

### *Penalties*
Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the signs.  <u>For the subject signs, at 24 square feet, the penalty is $100 per day per sign, $200 per day total.</u>  Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is

Notice of Violation

Case: 9385
4186 20ᵗʰ Street

committed or allowed to continue.  If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

### Building permit to remove or correct violation.

You are required to file a building permit to remove the signs.  You have thirty (30) days from the filing of the building permit to either (1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI); or remove all copy from the signs until such approval from DBI is obtained.  If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of $200 per day.

## REQUEST FOR RECONSIDERATION HEARING

### Written request for hearing and fees.

If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org.  The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error.  You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

**If the Notice of Violation is upheld or if the Request for Reconsideration is withdrawn, you will be subject to the fixed penalties described in Planning Code Section 610(b)(2)(B) unless the sign is free of all ad copy throughout the Reconsideration period.**

### Other applications under Planning Department consideration.

We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications.  Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

John Rahaim
Director of Planning



# SAN FRANCISCO
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Sign

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
415.558.6378

Fax:
415.558.6409

Planning
Information:
415.558.6377

*Date:*          May 14, 2008
*Case No.:*      9268
*Site Address:*  800 Hayes Street
*Sign ID:*       EKC27 (6x4 east-facing wall sign)
*Sign ID:*       KAB107 (6x4 east-facing wall sign)
*Zoning:*        RM-1 (Residential, Mixed Districts, Low Density)
*Block/Lot:*     0804/005

*Staff Contact:*  Jonathan Purvis – (415) 558-6354
                  Jonathan.purvis@sfgov.org

*Property Owner:*              *Sign Company:*
Golden H. Wong                 Unknown-- No Inventory
242 4th Avenue
San Francisco, CA 94118

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising signs referenced above. The exact nature of the violations is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for either of the two above-referenced general advertising signs. This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit(s) to install each of the two signs or by applying for a building permit to remove the signs. In addition, the sign was not submitted to the Planning Department in an inventory, in violation of Planning Code Section 604.2, so we have no record of a sign company.

<u>If there is a sign company that shares responsibility for this violation, notify us in writing within ten days who the sign company is and we will forward a copy of this Notice of Violation to that company.</u>

### Timeline to respond.
Under Section 610 of the Planning Code, the responsible party has **forty-five (45)** days from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the signs or request reconsideration of this Notice of Violation before an Administrative Law Judge.

### Penalties
Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the sign. <u>For the subject signs, at 24 square feet each, the penalty is $100 per day, per sign or $200 per day.</u> Furthermore, Section 176(c)1 of the Planning Code provides for

Notice of Violation

Case: 9268
800 Hayes Street

civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to continue.   If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

*Building permit to remove or correct violation.*
You have thirty (30) days from the filing of the building permit to either (1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection; or (2) remove all copy from the signs until such approval from DBI is obtained.  If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$200 per day**.

**To avoid penalties, it is strongly suggested that you send a photo (preferably via email) to the staff person shown at the top of this notice to confirm when the violation has been abated.**

## REQUEST FOR RECONSIDERATION HEARING

*Written request for hearing and fees.*
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org.   The Request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error.  You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

**If the Notice of Violation is upheld or if the Request for Reconsideration is withdrawn, you will be subject to the fixed penalties described in Planning Code Section 610(b)(2)(B) unless the sign is free of all ad copy throughout the Reconsideration period.**

*Other applications under Planning Department consideration.*
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications.  Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

John Rahaim
Director of Planning



# SAN FRANCISCO
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Sign

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
415.558.6378

Fax:
415.558.6409

Planning
Information:
415.558.6377

| | |
|---|---|
| *Date:* | May 14, 2008 |
| *Case No.:* | **9065** |
| *Site Address:* | **2363 Van Ness Avenue** |
| *Sign ID:* | KAB79 (6x4 north-facing wall sign) |
| | KAB80 (6x4 north-facing wall sign) |
| *Zoning:* | RC-3 (Medium Density Residential-Commercial Combined) District |
| *Block/Lot:* | 0551/001 |

*Staff Contact:*  Jonathan Purvis – (415) 558-6354
Jonathan.purvis@sfgov.org

*Property Owner:*
LSL Property Holdings V
Attn: Van Johnson
2101 Market Street
San Francisco, CA 94114

*Sign Company:*
Unknown-- No Inventory

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising signs referenced above. The exact nature of the violation is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of building permits being issued for the above-referenced general advertising signs This is a violation of Planning Code Section 604. In addition, general advertising signs are prohibited in all residential districts according to Planning Code Section 608.1. You must address this notice by applying for a building permit to remove the signs. In addition, the signs were not submitted to the Planning Department in an inventory, in violation of Planning Code Section 604.2, so we have no record of a sign company.

<u>If there is a sign company that shares responsibility for this violation, notify us in writing within ten days who the sign company is and we will forward a copy of this Notice of Violation to that company.</u>

*Timeline to respond.*
Under Section 610 of the Planning Code, the responsible party has forty-five **(45) days** from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the sign or request reconsideration of this Notice of Violation before an Administrative Law Judge.

*Penalties*
Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the sign. <u>For the subject signs, at 24 square feet each, the penalty is</u>

Notice of Violation

**Case: 9065**
2363 Van Ness Avenue

**$100 per day per sign, $200 per day total.** Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to continue.   If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

*Building permit to remove or correct violation.*
You have thirty (30) days from the filing of the building permit to either: 1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI); or 2) remove all copy from the signs until such approval from DBI is obtained.  If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$200 per day.**

To avoid penalties, we strongly suggest that you send a photo (preferably via email) to the staff person shown at the top of this notice to confirm when the violation has been abated.

## REQUEST FOR RECONSIDERATION HEARING

*Written request for hearing and fees.*
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org.   The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error.  You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

If the Notice of Violation is upheld or if the Request for Reconsideration is withdrawn, you will be subject to the fixed penalties described in Planning Code Section 610(b)(2)(B) unless the sign is free of all ad copy throughout the Reconsideration period.

*Other applications under Planning Department consideration.*
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications.  Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

John Rahaim
Director of Planning



## SAN FRANCISCO
# PLANNING DEPARTMENT

# Notice of Violation
### General Advertising Sign

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
415.558.6378

Fax:
415.558.6409

Planning
Information:
415.558.6377

*Date:*      May 14, 2008
*Case No.:*      9676
*Site Address:*      **1598 UNION STREET**
*Sign ID:*      KAB82 (6x4 west-facing wall sign)
*Zoning:*      Union Neighborhood Commercial District
*Block/Lot:*      0527/018

*Staff Contact:*      Jonathan Purvis – (415) 558-6354
         Jonathan.purvis@sfgov.org

*Property Owner:*
Jack & Lam Miu Heung Chan Liv
% Jack & Lam Miu Heung Chan
1596 Union Street
San Francisco, CA 94123

*Sign Company:*
Fuel Outdoor
Ricardo Marques
149 Fifth Avenue, 11th Floor
New York, NY 10010

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising sign referenced above. The exact nature of the violations is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising sign. This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit to install the sign or by applying for a building permit to remove the sign. Please note that this is in reference to the pedestrian level 6 ft x 4 ft metal framed sign on the west wall of the building at 1598 Union Street.

### Timeline to respond.

Under Section 610 of the Planning Code, the responsible party has **forty-five (45) days** from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the sign or request reconsideration of this Notice of Violation before an Administrative Law Judge.

### Penalties

Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the sign. <u>**For the subject sign, at 24 square feet each, the penalty is $100 per day.**</u> Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a violation is committed or allowed to continue. If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

Notice of Violation

Case: 9676
1598 Union Street

*Building permit to remove or correct violation.*

You have thirty (30) days from the filing of the building permit to either: 1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI); or 2) remove all copy from the signs until such approval from DBI is obtained.  If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$100 per day**.

To avoid penalties, we strongly suggest that you send a photo (preferably via email) to the staff person shown at the top of this notice to confirm when the violation has been abated.

## REQUEST FOR RECONSIDERATION HEARING

*Written request for hearing and fees.*

If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org.  The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error.  You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

If the Notice of Violation is upheld or if the Request for Reconsideration is withdrawn, you will be subject to the fixed penalties described in Planning Code Section 610(b)(2)(B) unless the sign is free of all ad copy throughout the Reconsideration period.

*Other applications under Planning Department consideration.*

We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications.  Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

John Rahaim
Director of Planning

SAN FRANCISCO
**PLANNING DEPARTMENT**

2



## SAN FRANCISCO
# PLANNING DEPARTMENT

## Notice of Violation
### General Advertising Sign

1650 Mission St.
Suite 400
San Francisco,
CA 94103-2479

Reception:
**415.558.6378**

Fax:
**415.558.6409**

Planning
Information:
**415.558.6377**

| | |
|---|---|
| *Date:* | May 21, 2008 |
| *Case No.:* | 9738 |
| *Site Address:* | **2701 TAYLOR STREET** |
| *Sign ID:* | EKC87 (6x4 south-facing wall sign) |
| | EKC88 (6x4 south-facing wall sign) |
| *Zoning:* | C-2 (Community Business Commercial) District |
| *Block/Lot:* | 0012/002 |
| | |
| *Staff Contact:* | Jonathan Purvis – (415) 558-6354 |
| | Jonathan.purvis@sfgov.org |

*Property Owner:*                           *Sign Company:*
Donald & Sara Sweet Revoc Trust            Unknown – no inventory
San Francisco Property Mgmt
155 Jefferson St #4
San Francisco, CA 94133

The Planning Department has recently inspected the above-referenced property and has determined that one or more violations of the Planning Code exist on the site with respect to the general advertising signs referenced above. The exact nature of the violations is detailed below:

## DESCRIPTION OF VIOLATION

There is no record of a building permit being issued for the above-referenced general advertising signs. This is a violation of Planning Code Section 604. You must address this notice by providing evidence of an approved permit to install the signs or by applying for a building permit to remove the signs.

If there is a sign company that shares responsibility for this violation, notify us in writing within ten days who the sign company is and we will forward a copy of this Notice of Violation to that company.

### Timeline to respond.
Under Section 610 of the Planning Code, the responsible party has forty-five (45) days from the date post-marked on this notice or date of hand-delivery to file an application for a permit to remove the sign or request reconsideration of this Notice of Violation before an Administrative Law Judge.

### Penalties
Failure to act on this Notice of Violation within 45 days from the date of this letter will result in a referral to the City Attorney for further action, including penalties, which will accrue beginning on the 46th day at a rate that is based on the size of the sign. <u>For the subject signs, at 24 square feet each, the penalty is $100 per day per sign, $200 per day total.</u> Furthermore, Section 176(c)1 of the Planning Code provides for civil penalties in addition to those authorized in Section 610, of not less than $200 for each day a

Notice of Violation                                                    **Case: 9738**
                                                                       **2701 Taylor Street**

violation is committed or allowed to continue.    If the above violation involves Section 604.1 of the Planning Code, an additional $1,000 a day may be imposed by the Planning Director.

*Building permit to remove or correct violation.*
You have thirty (30) days from the filing of the building permit to either: 1) obtain a Final Inspection Approval or Certificate of Completion from the Department of Building Inspection (DBI); or 2) remove all copy from the signs until such approval from DBI is obtained.  If the required approvals have not been obtained within this time period, penalties will accrue at the above referenced amount of **$200 per day**.

To avoid penalties, we strongly suggest that you send a photo (preferably via email) to the staff person shown at the top of this notice to confirm when the violation has been abated.

## REQUEST FOR RECONSIDERATION HEARING

*Written request for hearing and fees.*
If you seek reconsideration of this Notice of Violation, you must complete a Request for Reconsideration application, which is available online at www.sfplanning.org.   The request must include evidence that demonstrates why this Notice of Violation was issued in error or why the administrative penalties assessed were in error.  You must enclose a check for $3,400 payable to the Planning Department for the initial hearing fee.

If the Notice of Violation is upheld or if the Request for Reconsideration is withdrawn, you will be subject to the fixed penalties described in Planning Code Section 610(b)(2)(B) unless the sign is free of all ad copy throughout the Reconsideration period.

*Other applications under Planning Department consideration.*
We want to assist you in ensuring the property is in full compliance with the Planning Code and that no violations are pending. The Planning Department requires that pending violations be resolved prior to the processing and approving of any new building permits or other applications.   Therefore, any applications under consideration by the Planning Department for the subject site will be placed on hold until further notice.

Sincerely,

John Rahaim
Director of Planning