EXHIBIT U

# NOTICE OF VIOLATION
of the San Francisco Municipal Codes Regarding Unsafe,
Substandard or Noncomplying Structure or Land or Occupancy

**DEPARTMENT OF BUILDING INSPECTION**
City and County of San Francisco
1660 Mission St. • San Francisco, CA 94103 - 2414

☒ FIRST NOTICE
☐ SECOND NOTICE
☐ OTHER: _____

COMPLAINT NUMBER: 200702591

ADDRESS: 360 5th St
DATE: 5/3/07
OCCUPANCY / USE: B
BLOCK: 3753  LOT: 007
CONST. TYPE: 3
STORIES: 2  ☐ BASEMENT

☐ If checked, this information is based upon site observation only. Further research may indicate that legal use is different. If so, a revised Notice of Violation will be issued.

OWNER / AGENT _____  PHONE # _____
MAILING ADDRESS _____  CITY _____  ZIP _____
PERSON CONTACTED @ SITE _____  PHONE # _____

## VIOLATION DESCRIPTION:

☒ WORK WITHOUT PERMIT (SFBC 106.1.1);   ☐ ADDITIONAL WORK-PERMIT REQUIRED (SFBC 106.4.7);
☐ EXPIRED PERMIT (SFBC 106.4.4);   ☐ CANCELLED PERMIT (SFBC 106.3.7)   PA# _____
☐ UNSAFE BUILDING (SFBC 102);   ☐ SEE ATTACHMENTS

| Description | CODE / SECTION # |
|---|---|
| SIGN ERRECTED AT FRONT OF BUILDING AT 354. 360 5TH ST WITHOUT BUILDING PERMIT. SIGN IS DOUBLE FACED APPROX 6 FT TALL 4 FT WIDE | 106.1.1 |

BC - Building Code   HC - Housing Code   PC - Plumbing Code   EC - Electrical Code   MC - Mechanical Code

## CORRECTIVE ACTION:

☐ STOP ALL WORK  SFBC 104.2.4
☒ FILE BUILDING PERMIT APPLICATION WITHIN 30 DAYS (☒ WITH PLANS) A Copy of This Notice Must Accompany the Permit Application.
☒ OBTAIN PERMIT WITHIN 60 DAYS AND COMPLETE ALL WORK WITHIN 75 DAYS, INCLUDING FINAL INSPECTION AND SIGNOFF.
☐ CORRECT VIOLATIONS WITHIN ____ DAYS.   ☐ NO PERMIT REQUIRED.
☐ YOU FAILED TO COMPLY WITH THE NOTICE(S) DATED _____, THEREFORE THIS DEPT. HAS INITIATED ABATEMENT PROCEEDINGS.
☒ FAILURE TO COMPLY WITH THIS NOTICE WILL CAUSE ABATEMENT PROCEEDINGS TO BEGIN. SEE REVERSE SIDE FOR ADDITIONAL WARNINGS.

OBTAIN BUILDING PERMIT WITH PLANNING DEPARTMENT APPROVAL FOR SIGN INSTALLED WITHOUT PERMIT

INVESTIGATION FEE OR OTHER FEE WILL APPLY See reverse side for further explanation
☒ 9x Fee (Work w/o Permit after 9/1/60)   ☐ 2x Fee (Work Exceeding Scope of Permit)
☐ Other _____   ☐ Reinspection Fee $ ____   ☐ No penalty (Work w/o permit prior to 9/1/60)
APPROX. DATE OF WORK W/O PERMIT: APRIL 2007   VALUE OF WORK PERFORMED WITHOUT PERMITS: $2000

### BY ORDER OF THE DIRECTOR, DEPARTMENT OF BUILDING INSPECTION

CONTACT INSPECTOR: DUFFY (Inspector — Print Name)
OFFICE HOURS: 7:30 to 8:30 AM AND 3 TO 4 PM
PHONE #: 558-6120
By: (Inspector's Signature) Don Duffy   DISTRICT # ____
CC: ☐DCP ☐EID ☐PID ☐BID ☐HIS ☐CED ☐CPC ☐DAD ☐SFFD ☐DPH ☐RPC

☒ Building Inspection Division 3rd Floor, 1660 Mission St.  558-6096
☐ Housing Inspection Services 6th Floor, 1660 Mission St.  558-6220
☐ Electrical Inspection Division 3rd Floor, 1660 Mission St.  558-6030
☐ Plumbing Inspection Division 3rd Floor, 1660 Mission St.  558-6054
Code Enforcement Division



# NOTICE OF VIOLATION

of the San Francisco Municipal Code Regarding Unsafe,
Substandard or Noncomplying Structure or Land or Occupancy

**DEPARTMENT OF BUILDING INSPECTION**     NOTICE: 1         NUMBER: 200702591
City and County of San Francisco                            DATE: 03-MAY-07
1660 Mission St, San Francisco, CA 94103

ADDRESS: 360 5TH ST
OCCUPANCY/USE: B ((B-2)OFC,FOOD SVC,ET)         BLOCK: 3753    LOT: 007

☐ If checked, this information is based upon site-observation only. Further research may indicate that legal use is different. If so, a revised Notice of Violation will be issued.

OWNER/AGENT: FETTERMAN, CHARLES T & LESLEY         PHONE #: --
MAILING      FETTERMAN, CHARLES T & LESL
ADDRESS      325 COREY WY 107
             S SAN FRANCISCO CA
                              94080

PERSON CONTACTED @ SITE:                             PHONE #: --

## VIOLATION DESCRIPTION:                        CODE/SECTION#

☑ WORK WITHOUT PERMIT                                106.1.1
☐ ADDITIONAL WORK-PERMIT REQUIRED                    106.4.7
☐ EXPIRED OR ☐ CANCELLED PERMIT PA#:                 106.4.4
☐ UNSAFE BUILDING   ☐ SEE ATTACHMENTS                102.1

SIGN ERECTED AT FRONT OF BUILDING AT 354 5TH ST WITHOUT BUILDING PERMIT, SIGN IS DOUBLE FACED APPROX 6FT TALL 4FT WIDE.

## CORRECTIVE ACTION:

☐ STOP ALL WORK SFBC 104.2.4                         415-558-6120
☑ FILE BUILDING PERMIT WITHIN 30 DAYS    ☑ (WITH PLANS) A copy of This Notice Must Accompany the Permit Application
☑ OBTAIN PERMIT WITHIN 60 DAYS AND COMPLETE ALL WORK WITHIN 90 DAYS, INCLUDING FINAL INSPECTION AND SIGNOFF.
☐ CORRECT VIOLATIONS WITHIN ___ DAYS.    ☐ NO PERMIT REQUIRED
☐ YOU FAILED TO COMPLY WITH THE NOTICE(S) DATED ___, THEREFORE THIS DEPT. HAS INITIATED ABATEMENT PROCEEDINGS.

* FAILURE TO COMPLY WITH THIS NOTICE WILL CAUSE ABATEMENT PROCEEDINGS TO BEGIN.
  SEE ATTACHMENT FOR ADDITIONAL WARNINGS.

OBTAIN BUILDING PERMIT WITH PLANNING DEPARTMENT APPROVAL FOR SIGN INSTALLED WITHOUT PERMIT. INVESTIGATION FEE OR OTHER FEE WILL APPLY

☑ 9x FEE (WORK W/O PERMIT AFTER 9/1/60)   ☐ 2x FEE (WORK EXCEEDING SCOPE OF PERMIT)
☐ OTHER:                                  ☐ REINSPECTION FEE $          ☐ NO PENALTY
                                                                         (WORK W/O PERMIT PRIOR TO 9/1/60)
APPROX. DATE OF WORK W/O PERMIT           VALUE OF WORK PERFORMED W/O PERMITS $2000

**BY ORDER OF THE DIRECTOR, DEPARTMENT OF BUILDING INSPECTION**
CONTACT INSPECTOR: Donal J Duffy
PHONE # 415-558-6120        DIVISION: BID        DISTRICT:
By:(Inspector's Signature) _____



# NOTICE OF VIOLATION
of the San Francisco Municipal Codes Regarding Unsafe,
Substandard or Noncomplying Structure or Land or Occupancy

**DEPARTMENT OF BUILDING INSPECTION**  ☐ FIRST NOTICE   COMPLAINT NUMBER
City and County of San Francisco   ☒ SECOND NOTICE
1660 Mission St. • San Francisco, CA 94103 - 2414   ☐ OTHER: _____   **200702591**

ADDRESS: 360 5th ST    DATE: 6/18/07
OCCUPANCY / USE: B    BLOCK: 3753   LOT: 007
CONST. TYPE: 3    STORIES: 2   ☐ BASEMENT

☒ If checked, this information is based upon site-observation only. Further research may indicate that legal use is different. If so, a revised Notice of Violation will be issued.

OWNER / AGENT _____   PHONE # _____
MAILING ADDRESS _____   CITY _____   ZIP _____
PERSON CONTACTED @ SITE _____   PHONE # _____

## VIOLATION DESCRIPTION:

☒ WORK WITHOUT PERMIT (SFBC 106.1.1);  ☐ ADDITIONAL WORK-PERMIT REQUIRED (SFBC 106.4.7);
☐ EXPIRED PERMIT (SFBC 106.4.4);  ☐ CANCELLED PERMIT (SFBC 106.3.7)   PA# _____
☐ UNSAFE BUILDING (SFBC 102);   ☐ SEE ATTACHMENTS

YOU FAILED TO COMPLY WITH NOTICE OF VIOLATION DATED 5/3/07 THEREFORE THIS DEPARTMENT HAS INITIATED ABATEMENT PROCEEDINGS AGAINST THE PROPERTY

CODE / SECTION #: 106.1.1

BC - Building Code   HC - Housing Code   PC - Plumbing Code   EC - Electrical Code   MC - Mechanical Code

## CORRECTIVE ACTION:

☐ STOP ALL WORK SFBC 104.2.4
☐ FILE BUILDING PERMIT APPLICATION WITHIN ___ DAYS (☐ WITH PLANS) A Copy of This Notice Must Accompany the Permit Application.
☐ OBTAIN PERMIT WITHIN ___ DAYS AND COMPLETE ALL WORK WITHIN ___ DAYS, INCLUDING FINAL INSPECTION AND SIGNOFF.
☐ CORRECT VIOLATIONS WITHIN ___ DAYS.   ☐ NO PERMIT REQUIRED.
☒ YOU FAILED TO COMPLY WITH THE NOTICE(S) DATED 5/3/07, THEREFORE THIS DEPT. HAS INITIATED ABATEMENT PROCEEDINGS
☐ FAILURE TO COMPLY WITH THIS NOTICE WILL CAUSE ABATEMENT PROCEEDINGS TO BEGIN. SEE REVERSE SIDE FOR ADDITIONAL WARNINGS.

YOU WILL BE NOTIFIED OF TIME DATE & PLACE OF DIRECTORS HEARING BY CODE ENFORCEMENT DIVISION

INVESTIGATION FEE OR OTHER FEE WILL APPLY See reverse side for further explanation
△ 9x Fee (Work w/o Permit after 9/1/60)   △ 2x Fee (Work Exceeding Scope of Permit)
☐ Other _____   ☐ Reinspection Fee $ _____   ☐ No penalty (Work w/o permit prior to 9/1/60)
APPROX. DATE OF WORK W/O PERMIT: _____   VALUE OF WORK PERFORMED WITHOUT PERMITS _____

### BY ORDER OF THE DIRECTOR, DEPARTMENT OF BUILDING INSPECTION

CONTACT INSPECTOR: CED
(Inspector — Print Name)
OFFICE HOURS ___ TO ___ AM AND ___ TO ___ PM
PHONE # 558-6454
By: (Inspector's Signature) _____   DISTRICT # _____
CC: ☐ DCP  ☐ EID  ☐ PID  ☐ BID  ☐ HIS  ☐ CED  ☐ CPC  ☐ DAD  ☐ SFFD  ☐ DPH  ☐ RPC

☐ Building Inspection Division  3rd Floor, 1660 Mission St.  558-609
☐ Housing Inspection Services  6th Floor, 1660 Mission St.  558-622
☐ Electrical Inspection Division  3rd Floor, 1660 Mission St.  558-603
☐ Plumbing Inspection Division  3rd Floor, 1660 Mission St.  558-605



# NOTICE OF VIOLATION
of the San Francisco Municipal Codes Regarding Unsafe,
Substandard or Noncomplying Structure or Land or Occupancy

**DEPARTMENT OF BUILDING INSPECTION**    NOTICE: 2
City and County of San Francisco
1660 Mission St. San Francisco, CA 94103

NUMBER: 200702591
DATE: 18-JUN-07

ADDRESS: 360 05TH ST    BLOCK: 3753   LOT: 007
OCCUPANCY/USE: B ((B-2)OFC,FOOD SVC,ET)

[ ] If checked, this information is based upon site-observation only. Further research may indicate that legal use is different. If so, a revised Notice of Violation will be issued.

OWNER/AGENT: FETTERMAN, CHARLES T & LESLEY    PHONE #: --
MAILING    FETTERMAN, CHARLES T & LESL
ADDRESS    325 COREY WY 107
           S SAN FRANCISCO CA
                   94080

PERSON CONTACTED @ SITE: FETTERMAN, CHARLES T & LESLEY    PHONE #: --

## VIOLATION DESCRIPTION:

| | CODE/SECTION# |
|---|---|
| | 106.1.1 |
| [✓] WORK WITHOUT PERMIT | 106.4.7 |
| [ ] ADDITIONAL WORK-PERMIT REQUIRED | 106.4.4 |
| [ ] EXPIRED OR [ ] CANCELLED PERMIT PA#: | 102.1 |
| [ ] UNSAFE BUILDING   [ ] SEE ATTACHMENTS | |

YOU FAILED TO COMPLY WITH NOTICE OF VIOLATION DATED 5/3/07 THEREFORE THIS DEPARTMENT HAS INITIATED ABATEMENT PROCEEDINGS AGAINST THE PROPERTY.

## CORRECTIVE ACTION:

[ ] STOP ALL WORK SFBC 104.2.4    415-558-6120
[ ] FILE BUILDING PERMIT WITHIN  DAYS    [ ] (WITH PLANS) A copy of This Notice Must Accompany the Permit Application
[ ] OBTAIN PERMIT WITHIN  DAYS AND COMPLETE ALL WORK WITHIN  DAYS, INCLUDING FINAL INSPECTION AN
    SIGNOFF.    [ ] NO PERMIT REQUIRED
[ ] CORRECT VIOLATIONS WITHIN  DAYS.
[✓] YOU FAILED TO COMPLY WITH THE NOTICE(S) DATED 03-MAY-07, THEREFORE THIS DEPT. HAS INITIATED ABATEMENT PROCEEDING

- FAILURE TO COMPLY WITH THIS NOTICE WILL CAUSE ABATEMENT PROCEEDINGS TO BEGIN.
  SEE ATTACHMENT FOR ADDITIONAL WARNINGS.

YOU WILL BE NOTIFIED OF TIME, DATE AND PLACE OF DIRECTORS HEARING BY CODE ENFORCEMENT DIVISION.
INVESTIGATION FEE OR OTHER FEE WILL APPLY

[ ] 9x FEE (WORK W/O PERMIT AFTER 9/1/60)   [ ] 2x FEE (WORK EXCEEDING SCOPE OF PERMIT)   [ ] NO PENALTY
[ ] OTHER-                           [ ] REINSPECTION FEE $                    (WORK W/O PERMIT PRIOR TO 9/1/6
APPROX. DATE OF WORK W/O PERMIT          VALUE OF WORK PERFORMED W/O PERMITS $

BY ORDER OF THE DIRECTOR, DEPARTMENT OF BUILDING INSPECTION
CONTACT INSPECTOR: Donal J Duffy    DIVISION: BID    DISTRICT:
PHONE # 415-558-6120
By:(Inspector's Signature) _____



DEPARTMENT OF BUILDING INSPECTION

City & County of San Francisco
1660 Mission Street, San Francisco, California 94103-2414

Address: 360 5th ST.

# IMPORTANT NOTICE

The attached <u>Notice of Director's Hearing</u>, pertaining to the property noted above, requests the presence of the property owner, their representatives or interested parties at a hearing to determine why the violations cited against the property have not been corrected and to assess penalties for lack of compliance.

If the violations have been corrected, first contact the district building, electrical or plumbing inspector to verify that they agree that the violations have been corrected. Correction of the violations may involve sign-off of permits and additional inspections. If the inspectors agree that the violations have been corrected, request that they contact the Code Enforcement Division and advise us that the complaint has been abated. If the related permit has been given final sign-off please provide the Code Enforcement Division with a copy of the inspection Record/Job Card.

If the violations have not been corrected or will not be fully corrected prior to the hearing date, penalties will be assessed that include but are not limited to:

An ORDER OF ABATEMENT will be recorded as a lien against the deed of the property giving notice that the building is UNSAFE, and/or a PUBLIC NUISANCE and ordering that the violations be corrected within a definite time limit in order to avoid additional penalties.

The PROPERTY OWNER WILL BE BILLED for the entire cost incurred by the Department of Building Inspection for code enforcement process, from the posting of the first "WARNING of VIOLATION" until the conclusion of the abatement process.

A one time hearing continuance of thirty (30) days may be granted, for good cause only. If requested in writing prior to the hearing. Submit this request to the Code Enforcement Division on the 3rd floor at 1660 Mission St.

If you have further questions regarding the code enforcement process concerning this property, or if you wish to update the status of this complaint, contact:

Inspector: JOHN HINCHION                  Division: CED

Telephone #: 558-6012                     Date: 8/10/07



# DEPARTMENT OF BUILDING INSPECTION
## City & County of San Francisco
### 1660 Mission Street, San Francisco, CA 94103-2414

October 26, 2007

## ORDER OF ABATEMENT

Owner:
FETTERMAN, CHARLES T & LESL
325 COREY WY 107
S SAN FRANCISCO CA
94080

Property Address: 360 05TH ST,

Block: 3753   Lot: 007   Seq: 01
Tract:        Case: BWO
Complaint: 200702591

Inspector: Hinchion

ORDER OF ABATEMENT UNDER SAN FRANCISCO BUILDING CODE SECTION 102.5 & 102.6 ORDER NO. 102563-A

HEARING OF THE COMPLAINT OF THE DIRECTOR OF THE DEPARTMENT OF BUILDING INSPECTION AGAINST THE PROPERTY AT THE LOCATION SHOWN ABOVE WAS HELD ON October 4, 2007 IN ACCORDANCE WITH THE SAN FRANCISCO BUILDING CODE SECTION 102.4. THE HEARING WAS CONDUCTED BY A REPRESENTATIVE OF THE DIRECTOR. THE OWNER WAS REPRESENTED.

BASED UPON THE FACTS AS SUBMITTED AT THE HEARING, THE DIRECTOR FINDS AND DETERMINES AS FOLLOWS:
1. THAT NOTICE HAS BEEN DULY GIVEN AS REQUIRED BY LAW AND THE ORDER OF THE DIRECTOR, AND MORE THAN 10 DAYS PRIOR TO THE HEARING.
2. THAT THE CONDITIONS ARE AS STATED IN THE COMPLAINT OF THE DIRECTOR OF THE DEPARTMENT OF BUILDING INSPECTION.
3. THAT THE CONDITIONS OF SAID STRUCTURE CONSTITUTES A PUBLIC NUISANCE UNDER THE TERMS OF THE BUILDING CODE OF THE CITY AND COUNTY OF SAN FRANCISCO.

THE DIRECTOR HEREBY ORDERS THE OWNER OF SAID BUILDING TO COMPLY WITH THE FOLLOWING:

(1) 30 DAYS TO FILE PERMIT APPLICATION TO LEGALIZE OR REMOVE SIGN AT FRONT OF BUILDING (2) COMPLY WITH PLAN REVIEW COMMENTS AND TIME LIMITS (3) 10 DAYS TO PICK UP APPROVED PERMIT (4) 30 DAYS TO COMPLETE ALL WORK INCLUDING FINAL INSPECTION APPROVAL

THE TIME PERIOD SHALL COMMENCE FROM THE DATE OF THIS ORDER. THE DEPARTMENT OF BUILDING INSPECTION SHALL BE REIMBURSED BY THE OWNER OF SAID BUILDING FOR ABATEMENT COSTS PURSUANT TO THE ATTACHED AND FUTURE NOTICES.

APPEAL: PURSUANT TO SECTION 105.3 OF THE SAN FRANCISCO BUILDING CODE, ORDERS PERTAINING TO DISABLED ACCESS MAY BE APPEALED TO THE ACCESS APPEALS COMMISSION. PURSUANT TO SECTION 105.2 OF THE SAN FRANCISCO BUILDING CODE, ORDERS PERTAINING TO WORK WITHOUT PERMIT MAY BE APPEALED TO THE ABATEMENT APPEALS BOARD. APPEALS MUST BE IN WRITING ON FORMS OBTAINED FROM THE APPROPRIATE APPEALS BODY AT 1660 MISSION ST., SAN FRANCISCO, CA 94103, Tel: (558-6454), AND MUST BE FILED WITH THE SECRETARY OF THE APPEALS BODY WITHIN TEN (10) DAYS OF THE POSTING AND SERVICE OF THIS ORDER.

RECOMMENDED BY:

Neil Friedman
Acting Chief of Building
Inspection

Phone No. (415) 558-6096

APPROVED BY:

Isam Hasehin, P.E., C.B.O.
Director / Department of Building
Inspection
Fax No. (415) 558-6474



## DEPARTMENT OF BUILDING INSPECTION
City & County of San Francisco
1660 Mission Street, San Francisco, California 94103-2414

October 26, 2007

FETTERMAN, CHARLES T & LESL
325 COREY WY 107
S SAN FRANCISCO, CA 94080

Property Address: 360 5TH Street

Block: 3753   Lot: 007   Seq: 01

Complaint No.: 200702591

Director's Order No.: 102563-A

INITIAL BILL- Assessment of Costs
Code Enforcement Section

Dear Property Owner(s):

Our records show that all required work was not completed PRIOR TO THE DIRECTOR'S HEARING AND RECORDATION OF THE ORDER OF ABATEMENT ON THE TITLE OF THIS PROPERTY. THIS RESULTED IN THE ACCRUAL OF AASSESSMENT OF COSTS@ pursuant to Sections 102.2 & 102.16 of the San Francisco Building Code. These code sections require that this Department's a cost of preparation for and appearance at the hearing, and all prior and subsequent attendant costs shall be assessed upon the property owner..."

The Assessment of Cost AMOUNT accrued to date NOW DUE AND PAYABLE is: $437.80

Payment must be by Cashier's Check or money order & must be accompanied by this original letter.

    Make all checks payable to The Department of Building Inspection.
    Mailed payments can be sent to:

        Assessment of Costs Payment
        Department of Building Inspection
        Code Enforcement Section
        1650 Mission Street, Room 312C
        San Francisco, CA 94103

TO AVOID HAVING A LIEN RECORDED UPON YOUR PROPERTY AND LEVIED ON YOUR NEXT PROPERTY TAX BILL, it is necessary for you to render payment immediately.

Note: The Order of Abatement cannot be removed from the title nor can the complaint against this property be abated, until appropriate permits are issued, inspections are performed to verify correction of violations, final inspection approvals are granted and further accrued Assessments of Costs are paid.

All violations must be abated AS SOON AS POSSIBLE TO AVOID OR MINIMIZE ADDITIONAL COSTS & PENALTIES. All additional time accrued from this billing to the final abatement of your case will be sent to you in a separate and final assessment of costs bill.

Contact the Code Enforcement Division at (415) 558-6454 should you have any questions concerning this matter.

Your prompt cooperation on this matter is appreciated.

                                                  Very truly yours,

                                                  Neil Friedman
                                                  Acting Chief Building Inspector
                                                  Code Enforcement Section

NF/gjh