# EXHIBIT V

## DIVISION 62
## SIGNS

(Division Amended by Ord. No. 171,175, Eff. 7/25/96.)

Section

91.6201    Scope and Purpose.

91.6202    Enforcement.

91.6203    Definitions.

91.6204    Modifications.

91.6205    General Requirements.

91.6206    Existing Signs.

91.6207    Information Signs.

91.6208    Monument Signs.

91.6209    Projecting Signs.

91.6210    Wall Signs.

91.6211    Illuminated Architectural Canopy Signs.

91.6212    Pole Signs.

91.6213    Roof Signs.

91.6214    Window Signs.

91.6215    Marquee Signs.

91.6216    Temporary Signs.

91.6217    Mural Signs.

91.6218    Off-site Signs.

91.6219    Awning Signs.

SEC. 91.6201. SCOPE AND PURPOSE.

(Amended by Ord. No. 171,175, Eff. 7/25/96.)

**91.6201.1. Scope.** All exterior signs and sign support structures shall conform to the requirements of this division and all other applicable provisions of this Code, except that the provisions of Sections 91.6205.1, 91.6205.5, 91.6205.6, 91.6205.13, 91.6205.15, 91.6205.16, 91.6206, 91.6212 and 91.6218 shall not apply to the relocation of signs or sign support structures existing on January 17, 1993 that are erected or maintained by the Los Angeles Memorial Coliseum Commission on property owned or controlled, in whole or in part by said Commission.

**91.6201.2. Purpose.** The purpose of this division is to promote public safety and welfare by regulating signs in keeping with the following objectives:

   1.   That the design, construction, installation, repair and maintenance of signs will not interfere with traffic safety or otherwise endanger public safety;

   2.   That the regulations will provide reasonable protection to the visual environment while providing adequate conditions for meeting sign users needs;

   3.   That incompatibility between signs and their surroundings will be reduced;

   4.   That both the public and sign users will benefit from signs having improved legibility, readability and visibility;

   5.   That consideration will be given to equalizing the opportunity for messages to be displayed;

   6.   That adequacy of message opportunity will be available to sign users without dominating the visual appearance of the area.

**91.6201.3. Application.** On-site signs shall comply with the applicable provisions of Sections 91.6201 through 91.6215. Off-site signs shall comply with the applicable provisions of Sections 91.6201 through 91.6205 and 91.6218. Temporary on-site and off-site signs shall comply with the applicable provisions of Sections 91.6201 through 91.6205 and 91.6216. Mural signs shall comply with the applicable provisions of Sections 91.6201 through 91.6205 and 91.6217.

**91.6201.4. Ideological and Political Signs.** No provision of this division shall prohibit an ideological, political or other noncommercial message on a sign otherwise permitted by this division.

**SEC. 91.6202. ENFORCEMENT.**

   **(Amended by Ord. No. 171,175, Eff. 7/25/96.)**

**91.6202.1. Violations.** It shall be unlawful for any person to erect, construct, install, enlarge, alter, repair, move, remove, convert, demolish, use or maintain any sign or sign support structure or cause or permit the same to be done, in violation of any of the provisions of this division.

   Any person who violates or causes or permits another person to violate any of the provisions of this division is guilty of a misdemeanor.

**91.6202.2. Penalties.** Any person convicted of a misdemeanor under the provisions of this division shall be punishable by a fine of not more than $1,000.00 or by imprisonment in the county jail for a period of not more than six months, or by both such fine and imprisonment. Each violation of the provisions of this division and each day during which such violation is committed or continues is a

separate offense.

Any person convicted of violating any provision of this division may be required to pay restitution to the City of Los Angeles for all costs expended to investigate and/or enforce the provisions of this division.

**91.6202.3. Usage.** If the Department determines that an off-site sign was not lawfully erected, then the off-site sign shall have its sign face removed and replaced with blank panels. The term "lawfully erected" means an off-site sign that was erected in compliance with the provisions of this Code in effect at the time of its erection or which was subsequently brought into full compliance with the provisions of this Code, except that the term does not apply to any off-site sign whose use was modified after erection in a manner which caused it to become illegal. **(Added by Ord. 174,442, Eff. 4/1/02.)**

**SEC. 91.6203. DEFINITIONS.**

**(Amended by Ord. No. 171,175, Eff. 7/25/96.)**

The following terms whenever used in this division are defined below. To the extent that other terms used in this division are defined in Section 12.03 and Division 2 of Article 1 of Chapter IX of this Code, those definitions shall apply.

**BISECTING LINE** is a line that equally divides the angle created by the projection of intersecting lot lines of a lot adjoining the street of a corner lot as illustrated in Diagram No. 62-D. **(Added by Ord. No. 174,888, Eff. 12/1/02.)**

**BUILDING FRONTAGE.** The projection of the building walls upon the street used for street frontage.

**FACE OF BUILDING.** The general outer surface, not including cornices, bay windows or architectural projections, of any exterior wall of a building.

**FREEWAY.** A highway in respect to which the owners or those in possession of abutting lands have no right or easement of access to or from their abutting lands or in respect to which such owners have only limited or restricted right or easement of access, and which is declared to be such, in compliance with the Streets and Highways Code of the State of California.

**IDENTIFICATION SIGN.** A wall sign which is limited to a company logo, generic type of business or the name of a business or building.

**ILLUMINATED ARCHITECTURAL CANOPY SIGN.** An enclosed illuminated structure that is attached to the wall of a building with the face of the sign approximately parallel to the wall and with the message integrated into its surface.

**INFLATABLE DEVICE.** A sign that is a cold air inflated object, which may be of various shapes, made of flexible fabric, resting on the ground or structure and equipped with a portable blower motor that provides a constant flow of air into the device. Inflatable devices are restrained, attached, or held in place by a cord, rope, cable or similar method. The term inflatable devices shall not include any object that contains helium, hot air or a lighter-than-air substance. **(Added by Ord. No. 174,989, Eff. 1/6/03.)**

**INFORMATION SIGN.** A sign which is limited to a message giving directions, instructions,

menus, selections or address numerals.

**MAIN TRAVELED ROADWAY OF A FREEWAY.** That portion of a freeway, including interchange roadways connecting one freeway with another, which is designed for the movement of large volumes of vehicular traffic, efficiently and safely at high speed, but not including service roadways, landscape areas, or ingress or egress ramps connecting the freeway with other streets.

**MONUMENT SIGN.** A sign that is erected directly upon the existing or artificially created grade, or that is raised no more than 12 inches from the existing or artificially created grade to the bottom of the sign, and which has a horizontal dimension equal to or greater than its vertical dimension. **(Amended by Ord. No. 172,121, Eff. 8/30/98.)**

**MURAL SIGN.** A sign which is applied to and made integral with a wall, the written message of which does not exceed three percent of the total area of the sign, and which has been approved pursuant to Section 91.6217 of this Code.

**OFF-SITE SIGN.** A sign which displays any message directing attention to a business, product, service, profession, commodity, activity, event, person, institution or any other commercial message, which is generally conducted, sold, manufactured, produced, offered or occurs elsewhere than on the premises where the sign is located. **(Amended by Ord. No. 175,151, Eff. 5/12/03.)**

**OFF-SITE SIGN STRUCTURE.** A structure of any kind or character, erected, used or maintained for an off-site sign or signs, upon which any poster, bill, printing, painting, projected image or other advertisement may be placed. **(Added by Ord. No. 174,736, Eff. 9/13/02.)**

**ON-SITE SIGN.** A sign that is other than an off-site sign.

**PERPENDICULAR LINE** is a straight line between the point on a sign face that is closest to the street and the point where the line intersects the street lot line at a 90 degree angle, as illustrated in Diagram No. 62-D. **(Added by Ord. No. 174,888, Eff. 12/1/02.)**

**POLE SIGN. (Amended by Ord. No. 172,121, Eff. 8/30/98.)** A freestanding sign that is erected or affixed to one or more poles or posts and which exceeds a height of 12 inches as measured from the existing or artificially created grade to the bottom of the sign.

**PROJECTING SIGN.** A sign, other than a wall sign, that is attached to a building and projects outward therefrom with one or more sign faces approximately perpendicular to the face of the building.

**PROJECTION.** The distance by which a sign extends beyond the building line.

**ROOF SIGN.** A sign erected upon a roof of a building.

**SIGN.** Any display board, wall, screen, object or part thereof, used to announce, declare, demonstrate, display or otherwise present a message and attract the attention of the public.

**SIGN AREA.** An area circumscribed by the smallest geometric shape created with a maximum of eight straight lines which will enclose all words, letters, figures, symbols, designs and pictures, together with all framing, background material, colored or illuminated areas and attention-attracting devices forming an integral part of an individual message except that:

1.    Wall signs having no discernible boundary shall have the areas between letters, words intended to be read together and any device intended to draw attention to the sign message included in any computation of surface area.

2.    For spherical, cylindrical or other three-dimensional signs the area of the sign shall be computed from the smallest two-dimensional geometrical shape or shapes which will best approximate the greatest actual surface area visible from any one direction.

3.    Sign support structures are excluded if neutral in color.

4.    "**Time and Temperature**" sign copy is excluded from computation of sign area if such copy is less than 56 square feet in area.

**SIGN FACE.** The surface upon which the sign message is placed.

**STREET FRONTAGE.** The length of a line separating lot from one street.

**SUPERGRAPHIC SIGN. (Added by Ord. No. 174,517, Eff. 5/24/02.)** A sign, consisting of an image projected onto a wall or printed on vinyl, mesh or other material with or without written text, supported and attached to a wall by an adhesive and/or by using stranded cable and eye-bolts and/or other materials or methods, and which does not comply with the provisions in the Los Angeles Municipal Code Section 91.6201 *et seq.*, relating to Wall Signs, Mural Signs, Off-Site Signs and/or Temporary Signs.

**TEMPORARY SIGN.** Any sign that is to be maintained for a limited duration, not to exceed 60 days, including paper signs and other signs that are not permanently affixed to the ground or building.

**WALL SIGN.** Any sign attached to, painted on or erected against the wall of a building or structure, with the exposed face of the sign in a plane approximately parallel to the plane of the wall.

**SEC. 91.6204. MODIFICATIONS.**

**(Amended by Ord. No. 171,175, Eff. 7/25/96.)**

**91.6204.1. Authority.** In addition to its authority to grant slight modifications pursuant to Section 98.0403.1 of the Los Angeles Municipal Code, the Board shall have the authority to grant significant modifications from these sign regulations.

**91.6204.2. Basis.** Before granting a significant modification, the Board must find (1) that a special, individual reason makes the strict letter of the ordinance impractical and (2) that the requested modification is in conformity with the spirit and purposes of each of the objectives set forth in Section 91.6201.2.

**91.6204.3. Procedure.**

**91.6204.3.1.** Requests for modifications in individual cases shall be made in accordance with the procedure established in Section 98.0403.1 of the Los Angeles Municipal Code.

**91.6204.3.2.** The Department shall determine whether an application is for a slight modification or a significant modification. The Department's determination that a proposed modification is significant

shall be final and may not be appealed to the Board.

**91.6204.3.3.** An application for a request for significant modification shall be made to the Board. The applicant, in his or her request, shall state the special, individual reason which makes compliance with the strict letter of the provisions in question impractical and shall show that the modification requested is in conformity with the spirit and purpose of this division.

On the date of receipt of filing of the application, the file of the Department shall be forwarded to the Board. Upon receipt of the application, the Board shall set the matter for hearing and give notice by mail not less than 10 days before the hearing of the time, place and purpose thereof to the applicant, to the owners of the property involved, and to the owners of all property within or outside of the city that is within a 300–foot radius of the property on which the sign is to be placed as shown on the records of the city clerk, or in the case of property outside the city, the records of the county assessor.

**91.6204.4. Board Referral.** The Board may refer a request for a significant modification to the Sign Advisory Committee (Section 91.105.4) for evaluation and recommendation before it renders a decision.

**91.6204.5. Fees.** Processing fees for significant modifications are the same as those as set forth for appeals to the Board in Section 98.0403.1 of the Los Angeles Municipal Code. Significant modifications may also be subject to the fees set forth in Section 91.105.4 and Section 19.05 of the Los Angeles Municipal Code.

### SEC. 91.6205. GENERAL REQUIREMENTS.

(Amended by Ord. No. 171,175, Eff. 7/25/96.)

**91.6205.1. Permit Required.** (Amended by Ord. No. 172,703, Eff. 8/16/99.) A building permit shall be obtained from the Department in accordance with the provisions of Section 91.106 for any sign and/or sign alteration, other than changes or replacement of copy, that are regulated by this division, except those signs specified in Items 18 and 19 of Section 91.101.5 of this Code and temporary signs containing political, ideological or other noncommercial messages. Where signs are illuminated by electric lighting, an electrical permit shall also be obtained as required by Article 3 of Chapter IX of the Los Angeles Municipal Code.

The Department may revoke any sign permit as provided in Section 98.0602 of the Los Angeles Municipal Code.

**91.6205.2. Plans.** Plans and specifications shall be submitted with the application for permit for each sign. The Department may require data to be submitted to show that the supporting surface and other members of an existing building to which a sign is to be attached are in good condition, and are adequate to support the load.

Plans shall show complete details, method of attachment or support, location and materials to be used. Plans for signs and sign support structures shall be accompanied by structural plans and computations.

**EXCEPTION:** Structural plans and computations will not be required for wall signs painted on the wall, for wall signs less than 100 square feet in area, or for projecting signs less than 20 square feet in area.

**91.6205.3. Design and Construction. (Amended by Ord. No. 172,592, Eff. 6/28/99, Oper. 7/1/99.)** Sign frames and sign support structures shall be designed and constructed in conformity with other applicable provisions of this Code, and in addition, shall comply with the following:

1. Each sign and sign support structure shall be designed to resist the wind pressure as required by C.B.C. Section 1615.

2. Structural steel members shall be not less than 1/4-inch thick if ungalvanized, and 3/16-inch thick if such members, including connecting bolts and fastenings, are galvanized or otherwise treated with approved weatherproofing. Bolts used to support signs equal to or greater than 100 square feet in area shall not be less than 1/2-inch in diameter. Bolts supporting signs less than 100 square feet in area shall not be less than 3/8 inch in diameter.

Signs erected on buildings or structures shall be securely attached by means of adequate metal brackets, expansion bolts, through bolts, or lag screws. No materials, fabrication, or equipment shall be used which may become dangerous because of vibration, corrosion, disintegration, or any other reason. Wire, other than stranded cable, shall not be used.

If supports of an existing structure are found to be inadequate, they shall be adequately strengthened before the sign is erected.

**91.6205.4. Materials.** Signs and sign support structures may be constructed of any material allowed in this division for the classification of the sign to be installed. Any materials used shall be of the same quality and grade as those specified in this Code for use in buildings. In addition, any glass material used in signs shall comply with the limits set forth in Table No. 62-A.

**91.6205.5. Hazard to Traffic.**

**91.6205.5.1. Prohibition.** No sign or sign support structure shall be erected, constructed, painted or maintained, and no permit shall be issued, if such sign or sign support structure, because of its location, size, nature or type, constitutes a hazard to the safe and efficient operation of vehicles upon a street or a freeway, or which creates a condition which endangers the safety of persons or property thereon.

**91.6205.5.2. Hazard Referral.** The Department of Building and Safety shall refer the following to the Department of Transportation for hazard evaluation and determination prior to the issuance of a building permit:

1. All permit applications for signs that will be visible from and are located within 500 feet of the main traveled roadway of a freeway;

2. All other permit applications and any signs that are determined by the Department of Building and Safety to have a potential for hazard.

**91.6205.5.3. Hazard Determination.** The Department of Transportation shall return to the Department of Building and Safety each application so referred to it together with a statement of its determination. If the Department of Transportation determines that the sign or sign support structure will constitute a hazard, the Department of Building and Safety shall deny the application for permit.

**91.6205.6. Freeway Exposure.**

**91.6205.6.1. New Signs.** No person shall erect, construct, install, paint, maintain, and no building or electrical permit shall be issued for any sign or sign support structure within 2,000 feet of a freeway unless the Department of Building and Safety shall have first determined that the sign will not be viewed primarily from a main traveled roadway of a freeway or an on-ramp/off-ramp. However, at the termination of an off-ramp, any wall sign located along the front line may be viewed primarily from the off-ramp.

The phrase "**viewed primarily from**" shall mean that the message may be seen with reasonable clarity for a greater distance by a person traveling on the main traveled roadway of a freeway or on-ramp/off-ramp than by a person traveling on the street adjacent to the sign.

**91.6205.6.2. Exemption.** The wall signs specified in Items 1 and 2 below are exempt from the limitation of Subsection 91.6205.6.1. Such signs shall not have moving parts or any arrangement of lights that create the illusion of movement.

1.    Identification signs identifying the building whereon such sign is located, providing the area of the sign is not more than 50 square feet or is not larger than five percent of the area of the side of the building which faces primarily to the freeway, whichever is greater;

2.    Wall signs on which the advertising thereon is limited to the name of any person, firm or corporation occupying the building, or the type of business, services rendered, or the name of any product manufactured or sold on the premises. The total area of all wall signs on a building permitted in this paragraph shall not exceed 100 square feet. Any one sign shall not exceed 50 square feet in area.

**91.6205.6.3. Existing Signs.** Within three years of the opening of a freeway to public travel, all signs which existed prior to opening of the freeway and which are in conflict with the provision of Section 91.6205.5 and/or 91.6205.6 shall be removed, or shall be rearranged or relocated so as to eliminate any conflict with these subsections. The Department of Building and Safety and the Department of Transportation shall determine whether or not the sign or sign support structure is in conflict with the provisions of Section 91.6205.5 and/or 91.6205.6. If it is determined that any such sign or sign support structure is in conflict with any of the provisions of Section 91.6205.5 and/or 91.6205.6, the permittee and/or other responsible person shall be advised and shall remove, rearrange or relocate such sign or sign support structure within such three-year period.

**91.6205.7. Street Address Numbers.** No sign shall be maintained on any property unless the street address of the property is maintained in accordance with the provisions of Section 63.113 of the Los Angeles Municipal Code.

**91.6205.8. Identification.** Every sign, with the exception of temporary signs, shall have a permanent label or labels containing the information specified in this subsection. The label or labels shall be attached to the exterior surface of the sign body in a location and size so that the information will be readable from ground level after sign installation, unless otherwise approved by the Department of Building and Safety.

1.    The label shall include the weight of the sign, building permit number, approved fabricator number, sign installer's name and contractor's state license number.

2.    For signs which contain electric wiring or equipment, the label shall include the information required by Article 600 of the National Electrical Code.

**91.6205.9. Maintenance.**

**91.6205.9.1. Structural.** Signs and sign support structures shall be maintained at all times in a state of good repair, with all braces, bolts, clips, supporting frames and fastenings free from deterioration, termite infestation, rot, rust or loosening. They shall be able to safely withstand at all times the wind pressure for which they were originally designed, and in no case less than 15 pounds per square foot.

**91.6205.9.2. Appearance.** Every sign shall be maintained in a clean, safe and good working condition, including the replacement of defective parts, defaced or broken faces, lighting and other acts required for the maintenance of said sign. The display surfaces shall be kept neatly painted or posted at all times.

**91.6205.9.3. Debris Removal.** The base of any sign erected on the ground shall be kept clear of weeds, rubbish or other combustible material at all times.

**91.6205.9.4. Abandoned Signage.** Ninety days after the cessation of a business activity, service or product, the related signs shall be removed, or the face of said signs shall be removed and replaced with blank panels or shall be painted out.

**91.6205.10. Prohibited Locations.**

1.   No sign or sign support structure shall project into any public alley, except that a sign or sign support structure above a height of 14 feet may project no more than six inches into a public alley.

2.   No sign or sign support structure shall be erected in such a manner that any portion of its surface or support structure will interfere in any way with the free use of any fire escape, exit or standpipe, or obstruct any required ventilator, door or stairway. No sign or sign support structure shall obstruct any window to such an extent that any light or ventilation is reduced to a point below that required by law.

3.   No sign or sign support structure shall be located less than six feet horizontally or 12 feet vertically from overhead electrical conductors which are energized in excess of 750 volts. The term "overhead electrical conductors" as used herein shall mean any electrical conductor, either bare or insulated, installed above ground, except such conductors as are enclosed in iron pipe or other material covering of equal strength. Arcs of six foot radius may be used to define corners of prohibition area.

4.   No sign or sign support structure shall be erected in a visibility triangle as defined by Sections 12.21-C 7 and 62.200 of the Los Angeles Municipal Code.

5.   No sign or sign support structure shall be located within two feet of the curb or edge of any roadway.

**91.6205.11. Prohibited Signs.** Signs are prohibited if they:

1.   Contain obscene matters, as defined in Section 311 of the Penal Code of the State of California.

2.   Contain or consist of posters, pennants, banners, ribbons, streamers or spinners, except as permitted in Section 91.6216 of this Code.

3.   Contain flashing, mechanical and strobe lights in conflict with the provisions of Sections 80.08.4 and 93.0107 of the Los Angeles Municipal Code. **(Amended by Ord. No. 174,829, Eff.**

10/27/02, Oper. 11/1/02.)

    4.   Are revolving and where all or any portion rotate at greater than six revolutions per minute.

    5.   Are tacked, pasted or otherwise temporarily affixed on the walls of buildings, barns, sheds, trees, poles, posts or fences, except as permitted in Section 91.6216 of this Code.

    6.   Are affixed to any vehicle or trailer on private property if the vehicle or trailer is not intended to be otherwise used in the business and the sole purpose of attaching the sign to the vehicle or trailer is to attract people to a place of business.

    7.   Emit audible sounds, odor or visible matter.

    8.   Use human beings, live animals, animated figures, motion pictures or slide projectors in connection with any sign.

    9.   Are supergraphic signs, except when supergraphic signs are specifically permitted pursuant to a legally adopted specific plan, supplemental use district or an approved development agreement. **(Added by Ord. No. 174,517, Eff. 5/24/02.)**

    10.   Are mural signs, except when mural signs are specifically permitted pursuant to a legally adopted specific plan, supplemental use district or an approved development agreement. **(Added by Ord. No. 174,517, Eff. 5/24/02.)**

    11.   Are off-site signs, except when off-site signs are specifically permitted pursuant to a variance, legally adopted specific plan, supplemental use district or an approved development agreement. This shall also apply to alterations or enlargements of legally existing off-site signs. **(Added by Ord. No. 174,547, Eff. 6/10/02.)**

    12.   Are inflatable devices, except when inflatable devices are specifically permitted pursuant to a legally adopted specific plan, supplemental use district or an approved development agreement. **(Added by Ord. No. 174,989, Eff. 1/6/03.)**

**91.6205.12. Prohibited Devices.** Pennants, banners, ribbons, streamers, spinners or other similar devices, except as permitted in Section 91.6216 of this Code, are prohibited.

**91.6205.13. Sign Illumination Limitations.** No sign shall be arranged and illuminated in such a manner as to produce a light intensity of greater than three footcandles above ambient lighting, as measured at the property line of the nearest residentially zoned property.

**91.6205.14. Combination Signs.** A sign which is subject to more than one classification shall meet the requirements for the classification to which each portion is subject.

**91.6205.15. Flag Lots.** For purposes of this division, flag lots containing less than 50 feet of street frontage shall be allotted 50 feet of street frontage for the purpose of determining the type of sign permitted and for the allowable sign area.

**91.6205.16 Sign Permit Priority Status.**

    1.   To maintain location, area, frontage, or spacing status, signs must be installed within six months

of issuance of a building permit or prior to expiration of any permit extension granted by the Department.

2.    Where more than one permit has been issued and the effect of those permits when considered together results in a violation of this division, all permits except the permit with the earlier date and time of issuance shall be invalid.

**91.6205.17. Notification to Sign Purchasers. (Added by Ord. No. 172,703, Eff. 8/16/99.)** Any person who sells an identification sign, monument sign, pole sign, projecting sign or wall sign, as those terms are defined in Section 91.6203 of this Code, for installation in the City of Los Angeles, shall provide written notice of the provisions of this division to the purchaser. The Superintendent shall promulgate regulations setting forth the content for this notification.

**91.6205.18. Off-Site Sign Periodic Inspection Program. (Added by Ord. No. 174,442, Eff. 4/1/02.)**

**91.6205.18.1. General.** All off-site signs subject to the provisions of Section 91.6218 *et seq.* of this Code will be subject to regular inspection by the Superintendent or an authorized representative. Inspections may also be complaint-based.

**91.6205.18.2. Fees for Inspection.** This fee shall be known as the "**Off-Site Sign Periodic Inspection Fee.**" The person in control of an off-site sign subject to inspection shall pay a regulatory fee on or before October 1, 2002. Thereafter, the fee shall be due on October 1 of each and every year. The fee for the 2002-2003 fiscal year is $314.00 per off-site sign structure.

If the fees are not paid on or before the last day of the month in which they are due, a monthly penalty equal to five percent (5%) of any outstanding fees, but not less than $10.00, shall be added to said fees. Any fees remaining unpaid after the last day of the month shall continue to accrue an additional monthly penalty of five percent (5%) of the outstanding principal fees on the last day of each month until paid in full. Should the owner fail to pay the required fee, the City of Los Angeles will recover it, plus accrued penalties, utilizing any remedies provided by law.

The Department shall cause all money collected pursuant to this section to be deposited into the Off-Site Sign Periodic Inspection Fee Trust Fund described in Section 5.111.17 of the Los Angeles Administrative Code for purposes of disbursement as that section permits. Any unspent fees collected under the provisions of this section shall be credited and considered for purposes of determining the amount of the fee for the next fiscal year. The Department of Building and Safety shall report to the City Council, no later than June 30 of each year, on the actual costs of the regulatory program and shall recommend the amount of the fee for the next fiscal year.

The regulatory fee shall be used to finance the costs of administering the inspection program, including but not limited to investigation, inspection, issuance of inspection certificates, maintenance of the off-site sign database and the cost of civil enforcement. Payment of the fee shall not create a presumption that the sign is lawfully erected, as that term is defined in Section 91.6202.3 of this Code. (Amended by Ord No. 174,736, Eff. 9/13/02.)

**91.6205.18.3. Inspection Certificate.** The Department or its designee shall upon payment of proper fees, and furnishing of the building permit number, or a copy of the building permit, or a statement signed under penalty of perjury setting forth the circumstances by which the sign was acquired and/or installed and/or the date of issuance of the building permit, issue a certificate affirming that the "Off-Site Sign Periodic Inspection Fee" was paid. Thereafter, the Department or its designee shall issue a renewal

certificate upon payment of proper fees and the furnishing of a statement affirming that there are no changes to the information provided for the original inspection certificate, or a statement signed under penalty of perjury setting forth any updated information. The certificate or renewal certificate shall be attached to the exterior surface of the sign body in a location that will be readable from ground level.

**91.6205.18.4. Frequency of Inspection.** Each off-site sign shall be inspected annually after the initial inspection.

**91.6205.18.5. Off-Site Sign Inventory.** The Department shall maintain a database containing the following information on all signs subject to inspection pursuant to Section 91.6205.18 *et seq.* of this Code. The database shall contain: building permit number, size of sign as shown on the building permit, date installed, any subsequent building permits issued for that sign, and any information required pursuant to this Chapter or obtained pursuant to inspection.

**91.6205.18.6. Orders.** If, upon inspection, the Superintendent or an authorized representative discovers one or more violations of this Code, the Superintendent shall cause to be issued an Order To Comply.

**91.6205.18.7. Reinspection.** The Superintendent or an authorized representative shall reinspect the off-site sign after the time specified in the order has passed to determine whether the violation has been corrected. If it has not been corrected, then the Superintendent may take any enforcement action the Superintendent deems appropriate.

**91.6205.18.8. Violations.** If the person in control of an off-site sign fails to pay the fees required in this section and the Department determines that the off-site sign was not lawfully erected, the off-site sign shall be subject to the provisions of Section 91.6202.3 of this Code.

**SEC. 91.6206. EXISTING SIGNS.**

(Amended by Ord. No. 171,175, Eff. 7/25/96.)

**91.6206.1. Existing Sign Rights.** Every existing sign and/or sign support structure constructed under a valid permit and used in conformance with the code regulations and Department approvals in effect at the time of construction shall be allowed to continue to exist under those regulations and approvals even though subsequent adopted regulations and approvals have changed the requirements.

**91.6206.2. Maintenance of Existing Signs.** (Every sign and/or sign support structure shall be maintained in conformity with Section 91.6205.9.

**91.6206.3. Illegal Signs, Construction and Use.** Every existing sign and/or sign support structure, or portion thereof, constructed without a valid building permit shall be made to conform to the current provisions of this Code or shall be demolished and removed. Any use of an existing sign constructed without a valid building permit shall be discontinued.

**91.6206.4. Alterations, Repairs or Rehabilitation.**

**91.6206.4.1.** Alterations, repairs or rehabilitation of any existing sign and/or support structure may be of the same type of construction as the existing sign or sign support structure provided:

    1.   The aggregate value of such work in any one year does not exceed 10 percent of the replacement

cost of both the sign and sign support structure; and

    2.    That there is no increase in sign area or height and no change in the location or orientation of such sign.

**91.6206.4.2.**  Alterations, repairs or rehabilitation of existing sign and/or sign support structures in excess of 10 percent of the replacement cost of both the sign and sign support structure may be made provided:

    1.    That the cost of such work does not exceed 50 percent of the replacement cost of both the sign and sign support structure; and

    2.    That there is no increase in the sign area or height and no change in the location or orientation of such sign; and

    3.    All new construction shall be as required for a new sign of the same type.

**91.6206.4.3.**  Alterations, repairs or rehabilitation of existing sign and/or sign support structures that exceed 50 percent of the replacement cost of both the sign and sign support structure shall comply with all the requirements of the current Code.

**91.6206.5.  Additions.**  Existing signs and/or sign support structures with additions or alterations that increase the sign area or height or which change the location or orientation of the sign shall comply with all of the requirements of the current Code.

**SEC. 91.6207.  INFORMATION SIGNS.**

    **(Amended by Ord. No. 171,175, Eff. 7/25/96.)**

**91.6207.1.  Area.**  Information signs shall not exceed 25 square feet in area.

**91.6207.2.  Height.**  Information signs shall be limited to a maximum overall height of six feet six inches above the sidewalk grade or edge of roadway grade nearest the sign.

**91.6207.3.  Construction.**  Information signs and sign support structures shall be constructed of noncombustible materials or approved plastics.

**SEC. 91.6208.  MONUMENT SIGNS.**

    **(Amended by Ord. No. 171,175, Eff. 7/25/96.)**

**91.6208.1.  Area.**

    1.    The sign area of monument signs shall not exceed 1.5 square feet per foot of street frontage nor a maximum of 75 square feet for the sign face visible to the same direction of traffic.

    2.    The combined sign area of monument signs, projecting signs, wall signs, illuminated architectural canopy signs, pole signs, roof signs and window signs shall not exceed four square feet for each foot of street frontage.

**91.6208.2. Location.**

1.    Monument signs shall be located at least 7.5 feet from interior lot lines and at least 15 feet from any other monument sign, projecting sign or pole sign.

2.    The location of monument signs shall not interfere or present a hazard to pedestrian or vehicular traffic.

**91.6208.3. Height.** The height to the top of the sign shall be limited to a maximum of eight feet above sidewalk grade or edge of roadway grade nearest the sign.

**91.6208.4. Shape.** Monument signs shall have a horizontal dimension equal to or greater than their vertical dimension.

**91.6208.5. Projection.** Monument signs shall not project over the roof of a building or over the building line.

**91.6208.6. Construction.** A monument sign and sign support structure shall be constructed of noncombustible materials or approved plastics.

**SEC. 91.6209. PROJECTING SIGNS.**

**(Amended by Ord. No. 171,175, Eff. 7/25/96.)**

**91.6209.1. Permitted.** Projecting signs shall not be permitted on that portion of a lot having less than 50 feet of street frontage. Lots having a street frontage of at least 50 feet may have a projecting sign for each 200 feet or fraction thereof of street frontage, if such frontage does not contain an existing projecting sign or a pole sign.

**91.6209.2. Area.**

1.    The sign area of projecting signs visible to the same direction of traffic shall not exceed 25 square feet plus 1.5 square feet for each foot of street frontage up to a maximum sign area of 300 square feet. Any projecting sign located at the street corner of a corner lot may use the greater street frontage in computing area limitations.

2.    The combined sign area of projecting signs, wall signs, monument signs, illuminated architectural canopy signs, pole signs, roof signs and window signs shall not exceed four square feet for each foot of street frontage.

**91.6209.3. Location.**

1.    A projecting sign shall be located at least 7.5 feet from any interior lot line.

2.    A projecting sign shall be located at least 15 feet from any other projecting sign, monument sign or pole sign.

3.    The plane of the sign face of a projecting sign shall be within 15 degrees of being perpendicular to the face of the building, except at the corner of the building.

**91.6209.4. Height.** A projecting sign shall not be located lower than eight feet above sidewalk grade or edge of roadway grade nearest the sign and shall not extend above the top of the wall.

**91.6209.5. Projections.** A projecting sign may project over the building line, but shall not extend beyond the limits shown in Diagram 62–B of this Code. Sign projections shall fall within an area that is perpendicular to the building line and has a width of three feet as measured parallel with the building line. In no event may a projecting sign project more than eight feet from the face of a building.

    **EXCEPTION:** For projecting signs located above a 16–foot height and on a lot having a street frontage greater than 50 feet, projections over the building line may vary linearly from five feet at 50 feet to eight feet at 100 feet of street frontage.

**91.6209.6. Construction.** A projecting sign and sign support structure shall be constructed of noncombustible material or approved plastic.

**SEC. 91.6210. WALL SIGNS.**

    **(Amended by Ord. No. 171,175, Eff. 7/25/96.)**

**91.6210.1. Area.**

    1.    The total sign area of wall signs facing a street shall not exceed two square feet for each foot of street frontage, plus one square foot for each foot of building frontage for a single-story building.

    2.    For buildings more than one story in height, the combined wall sign area shall not exceed that permitted for a single story by more than 10 percent for each additional story. In no event shall the combined wall sign area exceed by 50 percent that area permitted for a single-story building.

    3.    For wall signs that are made up of individual letters that use the wall of the building as background, the allowable sign area may be increased by 20 percent, provided there is no change in color between the background and the surrounding wall area.

    4.    The combined sign area of illuminated architectural canopy signs, roof signs and wall signs facing the same direction shall not exceed two square feet for each foot of street frontage, plus one square foot for each foot of building frontage.

    5.    The combined sign area of wall signs, projecting signs, monument signs, illuminated architectural canopy signs, pole signs, roof signs and window signs shall not exceed four square feet for each foot of street frontage.

**91.6210.2. Height.** A wall sign shall not extend above the top of the wall of the building.

    **EXCEPTION:** Where there is less than three feet between the top of the wall and the top of a window, the wall sign may extend above the top of the wall by a maximum of three feet.

**91.6210.3. Location.**

    1.    No wall sign shall be located on a wall that faces and is within five feet of an interior lot line.

    2.    Wall signs installed on a wall that faces the rear lot line and that is located within 30 feet of

property that is zoned R-3 or more restrictive shall not be illuminated.

**91.6210.4.  Projection.**

   1.   No wall sign shall have a projection over any public street, other public property or building line greater than that permitted in Diagram 62-B of this Code.

   2.   No wall sign shall project more than 24 inches from the face of the building.  If any message is placed on the edge of a wall sign, that portion of the wall sign shall be regulated as a projecting sign.

**91.6210.5.  High Rise Signs.**  Any wall signs located over 100 feet above grade shall be used as identification signs only.  Such identification signs shall comprise no more than 80 percent of the width of that portion of the building where such signs are attached.  Notwithstanding the provisions of Section 91.6210.1, the area of such signs may constitute up to five percent of the area of the wall where such signs are attached and may be in addition to the area permitted in Section 91.6210.1.

**91.6210.6.  Construction.**  Wall signs shall be constructed of noncombustible materials or approved plastics.

**91.6210.7.  Parking Lots.**  Where a parking lot exists between a wall sign and the street, and there is a wall between the parking lot and the street, a portion of the total sign area permitted by this section may be used on the wall located between the parking lot and the street so long as the sign does not project beyond the lot line.  In such case, the sign shall be restricted to that portion of the wall between two feet six inches and three feet six inches in height above the finished grade at the base of the wall generally facing the street.

**SEC. 91.6211.  ILLUMINATED ARCHITECTURAL CANOPY SIGNS.**

   **(Amended by Ord. No. 171,175, Eff. 7/25/96.)**

**91.6211.1.  Area.**

   1.   The area of illuminated architectural canopy signs shall not exceed two square feet for each foot of street frontage, plus one square foot for each foot of building frontage.

   2.   In applying sign area limits, only the area occupied by the message of the illuminated architectural canopy signs will be used.

   3.   The combined sign area of illuminated architectural canopy signs, roof signs and wall signs facing the same direction shall not exceed two square feet for each foot of street frontage, plus one square foot for each foot of building frontage.

   4.   The combined sign area of illuminated architectural canopy signs, projecting signs, monument signs, wall signs, pole signs, roof signs and window signs shall not exceed four square feet for each foot of street frontage.

**91.6211.2.  Projections.**  Illuminated architectural canopy signs may project over a building line.  However, in no event may an illuminated architectural canopy sign project more than three feet from the face of the building.

**91.6211.3. Construction.** The supporting frame of an illuminated architectural canopy sign shall be constructed of noncombustible materials. The canopy surface, including the enclosing soffit, shall be of an approved light-transmitting material. The fabric shall be tested and classified as nonflammable under the provisions of Los Angeles Fire Department Standard No. 43 as referenced in Section 57.07.01 of the Los Angeles Municipal Code.

**91.6211.4. Clearance.** Illuminated architectural canopy signs shall have a minimum clearance of eight feet above the sidewalk grade or edge of roadway grade nearest the sign and shall not be located closer than two feet from the curb of any roadway.

**91.6211.5. Emergency Personnel Access.** Illuminated architectural canopy signs shall not occupy a four-foot distance along the exterior wall at one corner of the building's street frontage and an additional four-foot distance along every 50 feet of such frontage.

**91.6211.6. Illumination.** The sign shall be internally illuminated so as to illuminate the canopy and the exterior wall below. The illuminated architectural canopy sign shall bear the electric sign label of an approved testing agency with a reinspection service.

**91.6211.7. Height.** An illuminated architectural canopy sign shall not extend above the top of the wall of a building.

**91.6211.8. Parking Lots.** Where a parking lot exists between an illuminated architectural canopy sign and the street, and there is a wall between the parking lot and the street, a portion of the total sign area permitted by this section may be used on the wall located between the parking lot and the street so long as the sign does not project beyond the lot line. In such case, the sign shall be restricted to that portion of the wall between two feet six inches and three feet six inches in height above the finished grade at the base of the wall generally facing the street.

**SEC. 91.6212. POLE SIGNS.**

**(Amended by Ord. No. 171,175, Eff. 7/25/96.)**

**91.6212.1. Permitted.** Pole signs shall not be permitted on that portion of a lot having less than 50 feet of street frontage. Lots having a street frontage of at least 50 feet may have a pole sign for each 200 feet or fraction thereof of street frontage, if such frontage does not contain an existing pole sign or projecting sign.

**91.6212.2. Area.**

1.   Sign area visible to the same direction of traffic shall not exceed two square feet for each foot of street frontage, plus one square foot for each foot of building frontage.

2.   The maximum area of any one pole sign shall not exceed 400 square feet.

3.   Any pole sign that is located at the street corner of a corner lot may use the greater street frontage for area limitations.

4.   The combined sign area of pole signs, projecting signs, monument signs, illuminated architectural canopy signs, wall signs, roof signs and window signs shall not exceed four square feet for each foot of street frontage.

**91.6212.3 Location.**

1.   Pole signs shall be located at least 10 feet from interior lot lines; however, on corner lots and flag lots pole signs may be located five feet from interior lot lines.

2.   A pole sign shall be located at least 15 feet from any other pole sign, projecting sign or monument sign.

3.   Pole signs shall be located so as not to interfere or present a hazard to pedestrian or vehicular traffic.

4.   Where the lower part of a pole sign is less than eight feet above sidewalk grade or the edge of roadway grade nearest the sign, the sign shall extend to grade or shall be installed in a planter that extends beyond the edges of the sign and sign support structure and that is a minimum of 18 inches in height.

**91.6212.4. Height.** Height shall be measured from the nearest sidewalk or edge of roadway grade to the top of the sign. The overall height limitation shall be determined by street frontage as follows:

1.   25 feet for lots having 50 feet of street frontage;

2.   35 feet for lots having more than 50 feet and less than 100 feet of street frontage; and

3.   42 feet for lots having at least 100 feet of street frontage.

Any pole sign that is located at the street corner of a corner lot may use the greater street frontage for determining height limitations.

In no event shall a sign exceed the height specified for the height district in which the sign is located.

**91.6212.5. Projections.** A pole sign may project over a building line, but shall not extend beyond the limits shown in Diagram 62–B of this Code. Sign projections shall fall within an area that is perpendicular to the building line and has a width of three feet as measured parallel to the building line.

**91.6212.6. Construction.** Pole signs and sign support structures shall be constructed of noncombustible materials or approved plastics. A maximum of two poles shall be permitted for any pole sign. The maximum cross-sectional dimension of a pole shall not exceed 10 percent of the overall height of the sign.

**SEC. 91.6213. ROOF SIGNS.**

**(Amended by Ord. No. 171,175, Eff. 7/25/96.)**

**91.6213.1. Permitted.** Roof signs shall be permitted only when placed directly upon a roof that slopes downward toward and extends to or over the top of an exterior wall.

**91.6213.2. Area.**

1.   Sign area shall not exceed two square feet for each foot of street frontage, plus one square foot for each foot of building frontage.

2.    The maximum area of any one roof sign shall not exceed 300 square feet.

3.    The combined area of roof signs, illuminated architectural canopy signs and wall signs facing the same direction shall not exceed two square feet for each foot of street frontage, plus one square foot for each foot of building frontage.

4.    The combined sign area of wall signs, projecting signs, monument signs, illuminated architectural canopy signs, pole signs, roof signs and window signs shall not exceed four square feet for each foot of street frontage.

**91.6213.3. Location.**

1.    Roof signs shall be located at least 10 feet from interior lot lines.

2.    Roof signs shall be located at least two feet from the edge of the roof.

3.    The plane of the sign face of a roof sign shall be approximately parallel to the face of the building.

**91.6213.4. Height.**  The top of the roof sign shall be located at least two feet below the ridge of the roof.

**91.6213.5. Construction.**  A roof sign and sign support structure shall be constructed of noncombustible materials or approved plastics.

**SEC. 91.6214.  WINDOW SIGNS.**

(Amended by Ord. No. 171,175, Eff. 7/25/96.)

**91.6214.1. Area.**  The total area of all window signs shall not exceed 10 percent of the area of the window.

**91.6214.2. Combined Area.**  The combined sign area of wall signs, projecting signs, monument signs, illuminated architectural canopy signs, pole signs, roof signs and window signs shall not exceed four square feet for each foot of street frontage.

**SEC. 91.6215.  MARQUEE SIGNS.**

(Amended by Ord. No. 171,175, Eff. 7/25/96.)

**91.6215.1. Approval.**  Sign approval shall be obtained from the Cultural Affairs Commission.

**91.6215.2. General Requirements.**  Marquee signs shall comply with the requirements set forth in Sections 91.3205 and 91.6201 through 91.6205 of this Code.

**91.6215.3. Construction.**  Signs shall be constructed of noncombustible materials or approved plastics.

**91.6215.4. Signs.** (Added by Ord. No. 172,592, Eff. 6/28/99, Oper. 7/1/99.)  Signs shall not be attached to any portion of the marquee except the periphery. Cloth or banner signs or drop-roll curtains may be suspended below the exterior periphery and extend within 7 feet of the grade.

SEC. 91.6216.  TEMPORARY SIGNS.

(Amended by Ord. No. 171,175, Eff. 7/25/96.)

**91.6216.1.  Permit Required.  (Amended by Ord. No. 172,703, Eff. 8/16/99.)**  Notwithstanding any other provision of this Code, a building permit shall be required for a temporary sign, pennant, banner, ribbon, streamer or spinner, other than one which contains a political, ideological or other noncommercial message.  The permit application shall specify the dates being requested for authorized installation and the proposed location.

**91.6216.2.  Time Limit.  (Amended by Ord. No. 172,703, Eff. 8/16/99.)**

1.   Temporary signs that require a permit shall be removed within 30 days of installation and shall not be reinstalled for a period of 30 days of the date of removal of the previous sign.  The installation of temporary signs shall not exceed a total of 90 days in any calendar year.

2.   Temporary signs that do not require a permit shall be removed within 30 days of the date of installation of the sign.

**91.6216.3.  Area.**

1.   The combined sign area of temporary signs shall not exceed two square feet for each foot of street frontage.

2.   The combined sign area of temporary signs, when placed upon a window, and any other window signs shall not exceed a maximum of ten percent of the window area.  **(Amended by Ord. No. 172,703, Eff. 8/16/99.)**

**91.6216.4.  Type/Construction.**  Temporary signs may contain or consist of posters, pennants and banners.  Temporary signs may be made of paper or any other material.  If the temporary sign is made of cloth, it shall be flameproofed when the aggregate area exceeds 100 square feet.  Every temporary cloth sign shall be supported and attached with stranded cable of 1/16-inch-minimum diameter or by other methods as approved by the Department.

**91.6216.5.  Location.**  Temporary signs, including those that do not require a permit, may be tacked, pasted or otherwise temporarily affixed to windows and/or on the walls of buildings, barns, sheds or fences.

SEC. 91.6217.  MURAL SIGNS.

(Amended by Ord. No. 171,175, Eff. 7/25/96.)

**91.6217.1.  Approval.**  Approval for mural signs shall be obtained from the Cultural Affairs Commission.  The placement, height, and overall area of a mural sign shall be as approved by the Cultural Affairs Commission.  In making its determination the Cultural Affairs Commission shall find that the proposed sign does not conflict with the purposes and objectives set forth in Section 91.6201.2.

**91.6217.2.  General Requirements.**  In addition to the requirements of this section, mural signs must comply with Sections 91.6201 through 91.6205.  Mural signs shall not be required to comply with the provisions of Sections 91.6210 and 91.6218.

**SEC. 91.6218. OFF-SITE SIGNS.**

**(Amended by Ord. No. 171,175, Eff. 7/25/96.)**

**91.6218.1. General.** Off-site signs shall comply with the requirements of this section and any applicable provisions of Sections 91.6201 through 91.6205.

**91.6218.2. Location.**

1.   No portion of an off-site sign with a sign area greater than 80 square feet shall be placed within 200 feet of a residentially zoned lot which is located on the same side of the same street as the lot on which the sign is placed. However, where a lot has two or more street frontages, an off-site sign may be located on that street frontage which is not on the same street as the residentially zoned lot; provided the off-site sign and sign support structure are placed in that half of the lot that is the farthest from the street frontage on which the residentially zoned lot is located.

2.   No portion of an off-street sign or sign support structure shall be located in that half of a lot located farthest from the street frontage when residentially zoned property is located to the rear of that street frontage.

3.   Off-site signs are not permitted along that portion of lots having a street frontage of less than 50 feet.

4.   No more than four off-site signs shall be located at the intersection of two or more streets when such signs are located within 150 feet of the intersection of two street frontages.

5.   An off-site sign face shall not be located within one foot of an interior lot line.

**91.6218.2.1. Frontage Determination on Lots with Lot Lines Adjoining More Than One Street. (Added by Ord. No. 174,888, Eff. 12/1/02.)**

1.   A sign shall be considered to be on a single street for purposes of Sections 91.6218.2 and 91.6218.4 if:

(a)   the sign and its support structure are located entirely on the side of the bisecting line closest to that street, and

(b)   the sign face is placed at the same angle as the perpendicular line or at an angle not to exceed 20 degrees from either side of the perpendicular line as shown on Diagram No. 62-D.

2.   A sign located on a through lot shall be located on a single street if the sign and its support structure are located entirely on that half of the lot closest to the lot line adjoining that street.

Any sign not in conformance with either Subsection 1 or 2, above, shall be considered located on more than one street frontage.

**91.6218.3. Double-faced Signs.**

1.   Off-site signs may be either single or double-faced.

2.   For double-faced signs whose faces are parallel, the distance between sign faces shall not exceed six feet.

3.   For double-faced signs whose faces are not parallel, the distance between sign faces at their widest point shall not exceed 35 feet. The separation of sign faces at their closest point shall not exceed six feet. In no event shall the angle between sign faces exceed 37 degrees.

### 91.6218.4. Spacing.

1.   A sign which is either single faced or parallel double faced shall be spaced as specified in Table No. 62-C of this Code from any other existing or previously permitted off-site sign which is single faced or parallel double faced.

2.   For any double-faced sign, the spacing requirements shall be based on the area of the largest sign face.

3.   For double-faced signs whose faces are not parallel, the spacing between any proposed, permitted or existing sign shall be determined by the following formula:

$$\boxed{\times}$$

WHERE:

D   =   required spacing between signs, in feet.

S   =   sign spacing determined from Table No. 62-C, in feet.

B   =   widest edge separation of sign faces in feet.

4.   Spacing shall be measured between signs that are located on the same side of the same street. Such spacing shall be measured from a line that is perpendicular to the building line and that passes through a point on the building line that is closest to the nearest sign face edge. Spacing shall be measured along the center line of the street.

### 91.6218.5. Area.  The sign area of a single face shall not exceed 800 square feet.

### 91.6218.6. Height.

1.   The height to the top of the sign shall be limited to a maximum of 42 feet above the sidewalk grade or edge of roadway grade nearest the sign, except that a sign that is more than 80 percent above a roof of a building may extend to the top of the sign a maximum of 30 feet above the surface of the roof under the sign.

2.   In no event shall the height to the top of the sign exceed a height greater than that height specified for the height district in which the sign is located, or a height of 60 feet above the sidewalk grade or edge of roadway grade nearest the sign, whichever is more restrictive.

3.    The bottom of the sign shall be at least eight feet above the sidewalk grade or edge of roadway grade nearest the sign.

**91.6218.7. Projection.** Off-site signs shall not project beyond the building line.

**91.6218.8. Covering.** The backs of off-site signs exposed to public view shall be covered with a finished surface or material and shall be properly maintained.

**91.6218.9. Construction.**

1.    A sign and sign support structure shall be constructed of noncombustible materials or approved plastics.

**EXCEPTION:** The sign facing may be mounted on wood-frame panels with the panels connected to wood runners that are bolted to a noncombustible frame.

2.    A maximum of two poles shall be permitted for any sign. The maximum cross-sectional dimension of a pole shall not exceed 10 percent of the overall height of the sign.

3.    Off-site sign supports shall be structurally independent of a building.

4.    Sign support structures must be located directly under the sign face as viewed from the front of the sign. The maximum horizontal distance between the center of the sign support structure and the sign face shall not exceed 10 feet.

**TABLE NO. 62-A**

**SIZE, THICKNESS AND TYPE OF GLASS PANELS IN SIGNS**

**(Amended by Ord. No. 171,175, Eff. 7/25/96.)**

| MAXIMUM SIZE OF EXPOSED GLASS PANEL | | MINIMUM THICKNESS OF GLASS IN INCHES | TYPE OF GLASS |
|---|---|---|---|
| **ANY DIMENSION IN INCHES** | **AREA IN SQUARE INCHES** | | |
| 30 | 500 | 1/8 | Plain, Plate or Wired |
| 45 | 700 | 3/16 | Plain, Plate or Wired |
| 144 | 3600 | 1/4 | Plain, Plate or Wired |
| Over 144 | Over 3600 | 1/4 | Wired Glass |

**DIAGRAM 62-B**



**TABLE NO. 62-C**

**SPACING REQUIREMENTS BETWEEN OFF-SITE SIGNS**

**(Amended by Ord. No. 171,175, Eff. 7/25/96.)**

| | | PROPOSED SIGN | | |
|---|---|---|---|---|
| | Sign Area | Less Than 80 sq. ft. | 80 sq. ft. to 330 sq. ft. | Greater than 300 sq. ft. |
| **Existing or Permitted Sign** | Less than 80 sq. ft. | 100 ft. | 100 ft. | 200 ft. |
| | 80 sq. ft. to 300 sq. ft. | 100 ft. | 300 ft. | 300 ft. |
| | Greater than 300 sq. ft. | 200 ft. | 300 ft. | 600 ft. |

**DIAGRAM 62-D**

**(Added by Ord. No. 174,888, Eff. 12/1/02.)**