# EXHIBIT W-2

such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

c)   An awning sign, limited to the skirt or bottom edge of the awning; letters, emblems, logos or symbols not to exceed 6 inches in height.

d)   A hanging (as in under an awning or similar) sign not to exceed 3 square feet in area. Window signs, painted or attached, shall not exceed twenty (20) percent of the glassed area of the window in which placed. Number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

Projecting signs (other than under awning signs) shall be limited to one (1) sign structure with no more than two (2) sign surfaces, neither of which shall exceed forty (40) square feet in sign area; however, that such permissible sign area may be increased to eighty (80) square feet where maximum projection from the face of the building is two (2) feet or less, sixty (60) square feet where projection is more than two (2) and less than three (3) feet, and forty (40) square feet where projection is at least three (3), but not more than four (4) feet the aggregate area of such signs shall be included as part of aggregate wall sign area, as limited above.

Ground/freestanding signs. Ground or freestanding signs, to the extent allowed subject to the limitations and restrictions set forth in Sections 10.4.5 and 10.8, shall be limited to one (1) sign structure with no more than two (2) sign surfaces, neither of which shall exceed forty (40) square feet in sign area, for each establishment or for each one hundred (100) feet of street frontage. Permitted sign area may be cumulative, but no sign surface shall exceed one hundred (100) square feet. Maximum height limitation shall be twenty (20) feet including embellishments, measured from the crown of the nearest adjacent local or arterial street, not including limited access highways or expressways, provided, however, that the planning and zoning director may, pursuant to a Class II Special Permit, increase the measurement of the crown by up to five (5) feet to accommodate unusual or undulating site conditions.

Directional signs, number and area. Directional signs, which may be combined with address signs but shall bear no advertising matter, may be erected to guide to entrances, exits, or parking areas. Not more than one (1) such sign, not exceeding five (5) square feet in area, shall be erected per entrance, exit, or parking area.

For Outdoor advertising business signs as accessory uses to principal commercial uses only, a Class II Special Permit shall be required, and such signs shall further be limited as follows:

a)   Signs shall be wall mounted only on side walls of the existing principal commercial structure and shall not be freestanding;

b)   Signs shall be limited to one sign per structure only;

c)   Sign area shall be limited to no greater than thirty-two (32) square feet;

d)   Permissible sign area may only be utilized on a commercial structure which has the allowable thirty-two (32) square feet of sign area unused from the total permissible wall sign area for the structure in question. (not counting the twenty (20) sq. ft. of wall signs allowable per establishment); and

e)   Such signs may either be painted or mounted onto the subject wall.

3.   Notwithstanding the provisions set forth herein, where there are commercial, service or retail uses in a structure which may not be seen directly from the public right-of-way, but have direct access from a courtyard or open space which abuts a primary pedestrian pathway, a free-standing directional sign containing the names of all the establishments concealed from direct view may be erected which may be combined with a location map of the complex. Not more than one (1) such sign, not exceeding twenty (20) square feet in area, shall be erected per entrance, exit, or parking area.

4.   Community or neighborhood bulletin boards or kiosks: Shall be permissible only by Class I Special Permit, as provided at section 10.3.1.6. In the case of flat bulletin boards, the area of such boards shall not exceed 25 square feet; and, in the case of kiosks, such

structures shall not exceed a plan section area of 10 square feet and an overall height (including architectural embellishments) of 10 feet.

*10.5.4.4. C-2 Liberal Commercial.*

*Temporary Signs:*

1.  Temporary signs, which include political election signs and real estate signs, shall be allowed subject to the exceptions, limitations and responsibilities of subsection 10.3.2. Real Estate signs shall be limited to one (1) sign per each street frontage.

2.  In connection with holidays: Decorative flags, bunting, and other decorations on special occasions. No sign permit shall be required for display of decorative flags, bunting, and other decorations related to holidays.

3.  Construction: Not to exceed one (1) construction sign, or thirty (30) square feet in area for each lot line adjacent to a street. Development signs shall not be permitted except in conjunction with such construction signs or by Class I Special Permit.

*Permanent signs:*  Except as otherwise provided, such signs may be illuminated but shall not be animated or flashing.

1.  For a single establishment within a building:

Wall signs, limited to two and one-half (2 1/2) square feet of sign area for each lineal foot of wall fronting on a street if any portion of such sign is below fifteen (15) feet above grade. For each foot that the lowest portion of such sign exceeds twenty-five (25) feet, permitted sign area shall be increased one (1) percent up to a maximum height of fifty (50) feet above grade. Not to exceed three (3) such signs shall be permitted for each frontage on which area calculations are based, but one (1) of these may be mounted on a side wall.

Window signs, painted or attached, shall not exceed twenty (20) percent of the glassed area of the window in which placed. Number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

Projecting signs (other than under awning signs) shall be limited to one (1) sign structure with no more than two (2) sign surfaces, neither of which shall exceed forty (40) square feet in sign area; however, that such permissible sign area may be increased to eighty (80) square feet where maximum projection from the face of the building is two (2) feet or less, sixty (60) square feet where projection is more than two (2) and less than three (3) feet, and forty (40) square feet where projection is at least three (3), but not more than four (4) feet the aggregate area of such signs shall be included as part of aggregate wall sign area, as limited above.

Ground/freestanding signs. Ground or freestanding signs, to the extent allowed subject to the limitations and restrictions set forth in Sections 10.4.5 and 10.8, shall be limited to one (1) sign and forty (40) square feet of sign area (for each face) for each business, or for each one hundred fifty (150) feet of street frontage. Permitted sign area may be used in less than the maximum permitted number of such signs, but no sign shall exceed two hundred (200) square feet in area for each face. Maximum height limitation shall be twenty (20) feet including embellishments, measured from the crown of the nearest adjacent local or arterial street, not including limited access highways or expressways, provided, however, that the planning and zoning director, through a Class II Special Permit, may increase the measurement of the crown by up to five (5) feet to accommodate unusual or undulating site conditions.

Directional signs, number and area. Directional signs, which may be combined with address signs but shall bear no advertising matter, may be erected to guide to entrances, exits, or parking areas. Not more than one (1) such sign, not exceeding ten (10) square feet in area, shall be erected per entrance, exit, or parking area.

For Outdoor advertising business signs as accessory uses to principal commercial uses only, a Class II Special Permit shall be required, and such signs shall further be limited as follows:

document1

a)  Signs shall be wall mounted only on side walls of the existing principal commercial structure and shall not be freestanding;
b)  Signs shall be limited to one (1) sign per structure only;
c)  Sign area shall be limited to no greater than thirty-two (32) square feet;
d)  Permissible sign area may only be utilized on a commercial structure which has the allowable thirty-two (32) square feet of sign area unused from the total permissible wall sign area for the structure in question. (not counting the twenty (20) sq. ft. of wall signs allowable per establishment) and
e)  Such signs may either be painted or mounted onto the subject wall.
2.  For a single building with more than one (1) establishment opening up to the outdoors:
Wall signs: The building in which the establishments are located shall be allowed one (1) wall sign, limited to a building identification sign, not exceeding fifty (50) square feet in area, for each face of the building oriented toward the street; and in addition, each individual establishment within a building, that has a separate entrance to the outdoors (available to the general public, whether on the ground floor or on an upper level), and a minimum frontage of twenty (20) linear feet to the outdoors, shall be allowed the following signs:
a)  A wall sign not to exceed twenty (20) square feet in area;
b)  Window signs not to exceed twenty (20) percent of the glass area of the window or glass door in which placed; such window signs may be painted or attached, the number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.
c)  An awning sign, limited to the skirt or bottom edge of the awning; letters, emblems, logos or symbols not to exceed six (6) inches in height.
d)  A hanging (as in under an awning or similar) sign not to exceed three (3) square feet in area.
Window signs, painted or attached, shall not exceed twenty (20) percent of the glassed area of the window in which placed. Number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.
Projecting signs (other than under awning signs) shall be limited to one (1) sign structure with no more than two (2) sign surfaces, neither of which shall exceed forty (40) square feet in sign area; however, that such permissible sign area may be increased to eighty (80) square feet where maximum projection from the face of the building is two (2) feet or less, sixty (60) square feet where projection is more than two (2) and less than three (3) feet, and forty (40) square feet where projection is at least three (3), but not more than four (4) feet the aggregate area of such signs shall be included as part of aggregate wall sign area, as limited above.
Ground/freestanding signs. Ground or freestanding signs, to the extent allowed subject to the limitations and restrictions set forth in Sections 10.4.5 and 10.8, shall be limited to one (1) sign and forty (40) square feet of sign area (for each face) for each business, or for each one hundred fifty (150) feet of street frontage. Permitted sign area may be used in less than the maximum permitted number of such signs, but no sign shall exceed two hundred (200) square feet in area for each face. Maximum height limitation shall be twenty (20) feet including embellishments, measured from the crown of the nearest adjacent local or arterial street, not including limited access highways or expressways, provided, however, that the planning and zoning director, through a Class II Special Permit, may increase the measurement of the crown by up to five (5) feet to accommodate unusual or undulating site conditions.
Directional signs, number and area. Directional signs, which may be combined with address signs but shall bear no advertising matter, may be erected to guide to entrances, exits, or parking areas. Not more than one (1) such sign, not exceeding ten (10) square feet in area, shall be erected per entrance, exit, or parking area.

For Outdoor advertising business signs as accessory uses to principal commercial uses only, a Class II Special Permit shall be required, and such signs shall further be limited as follows:

a)   Signs shall be wall mounted only on side walls of the existing principal commercial structure and shall not be freestanding;

b)   Signs shall be limited to one sign per structure only;

c)   Sign area shall be limited to no greater than thirty-two (32) square feet;

d)   Permissible sign area may only be utilized on a commercial structure which has the allowable thirty-two (32) square feet of sign area unused from the total permissible wall sign area for the structure in question. (not counting the twenty (20) sq. ft. of wall signs allowable per establishment); and

e)   Such signs may either be painted or mounted onto the subject wall.

3.   Notwithstanding the provisions set forth herein, where there are commercial, service or retail uses in a structure which may not be seen directly from the public right-of-way, but have direct access from a courtyard or open space which abuts a primary pedestrian pathway, a free-standing directional sign containing the names of all the establishments concealed from direct view which may be erected which may be combined with a location map of the complex. Not more than one (1) such sign, not exceeding twenty (20) square feet in area, shall be erected per entrance, exit, or parking area.

4.   Community or neighborhood bulletin boards or kiosks: Shall be permissible only by Class I Special Permit, as provided at section 10.3.1.6. In the case of flat bulletin boards, the area of such boards shall not exceed twenty-five (25) square feet; and, in the case of kiosks, such structures shall not exceed a plan section area of ten (10) square feet and an overall height (including architectural embellishments) of ten (10) feet.

In addition, freestanding outdoor advertising business signs shall be permissible subject to the limitations and restrictions set forth in Sections 10.4.5 and 10.8 of this zoning ordinance.

*10.5.4.5. CBD Central Business District Commercial.*
*Sign Regulations:*
*Temporary Signs:*

1.   Temporary signs, including political election signs and real estate signs, shall be allowed subject to the exceptions, limitations and responsibilities of subsection 10.3.2. Real Estate signs shall be limited to one sign per each street frontage.

2.   In connection with holidays: Decorative flags, bunting, and other decorations on special occasions. No sign permit shall be required for display of decorative flags, bunting, and other decorations related to holidays.

3.   Construction: Not to exceed one (1) construction sign, or thirty (30) square feet in area for each lot line adjacent to a street. Development signs shall not be permitted except in conjunction with such construction signs or by Class I Special Permit.

*Permanent signs:*

1.   For a single establishment within a building:

Wall signs for a single establishment within a building: When a single establishment takes up an entire building, wall signs shall be limited to one and one half (1 1/2) square feet of sign area for each lineal foot of wall fronting on a street; there shall be no more than one (1) wall sign for each one hundred fifty (150) linear feet along a street front, with no more than three (3) total on any wall. Walls that do not have street frontage may contain no more than one (1) wall sign each, not to exceed fifty (50) square feet in area, but aggregate area shall be included as part of aggregate wall sign area as limited herein. Window signs, painted or attached, shall not exceed twenty (20) percent of the glassed area of the window in which placed. Number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

Projecting signs (other than hanging, as in under awning or canopy, signs) shall be limited to one (1) sign structure with no more than two (2) sign surfaces, neither of which shall exceed twenty-five (25) square feet in sign area.

Ground/freestanding signs. Ground or freestanding signs, to the extent allowed subject to the limitations and restrictions set forth in Sections 10.4.5 and 10.8, shall be limited to one (1) sign structure with no more than two (2) sign surfaces per parallel street frontage, neither of which shall exceed forty (40) square feet in sign area, for each establishment or for each fifty (50) feet of street frontage. Permitted sign area shall be cumulative, but no sign surface shall exceed eighty (80) square feet. Maximum height limitation shall be twenty (20) feet including embellishments, measured from the crown of the nearest adjacent local or arterial street not including limited access highways or expressways, provided, however, that the planning and zoning director, through a Class II Special Permit, may increase the measurement of the crown by up to five (5) feet to accommodate unusual or undulating site conditions.

Directional signs, number and area. Directional signs, which may be combined with address signs but shall bear no advertising matter, may be erected to guide to entrances, exits, or parking areas. Not more than one (1) such sign, not exceeding five (5) square feet in area, shall be erected per entrance, exit, or parking area.

For Outdoor advertising business signs as accessory uses to principal commercial uses only, a Class II Special Permit shall be required, and such signs shall further be limited as follows:

a) Signs shall be wall mounted only on side walls of the existing principal commercial structure and shall not be freestanding;

b) Signs shall be limited to one (1) sign per structure only;

c) Sign area shall be limited to no greater than thirty-two (32) square feet;

d) Permissible sign area may only be utilized on a commercial structure which has the allowable thirty-two (32) square feet of sign area unused from the total permissible wall sign area for the structure in question. (not counting the twenty (20) sq. ft. of wall signs allowable per establishment) and

e) Such signs may either be painted or mounted onto the subject wall.

2.   For a single building with more than one (1) establishment opening up to the outdoors:

Wall signs: The building in which the establishments are located shall be allowed one (1) wall sign, limited to a building identification sign, not exceeding fifty (50) square feet in area, for each face of the building oriented toward the street; and in addition, each individual establishment within a building, that has a separate entrance to the outdoors (available to the general public, whether on the ground floor or on an upper level), and a minimum frontage of twenty (20) linear feet to the outdoors, shall be allowed the following signs:

a)   A wall sign not to exceed twenty (20) square feet in area;

b)   Window signs not to exceed twenty (20) percent of the glass area of the window or glass door in which placed; such window signs may be painted or attached, the number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

c)   An awning sign, limited to the skirt or bottom edge of the awning; letters, emblems, logos or symbols not to exceed six (6) inches in height.

d)   A hanging (as in under an awning or similar) sign not to exceed three (3) square feet in area.

Window signs, painted or attached, shall not exceed twenty (20) percent of the glassed area of the window in which placed. Number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

Projecting signs (other than hanging, as in under awning or canopy, signs) shall be limited to one (1) sign structure with no more than two (2) sign surfaces, neither of which shall exceed twenty-five (25) square feet in sign area.

Ground/freestanding signs. Ground or freestanding signs, to the extent allowed subject to the limitations and restrictions set forth in Sections 10.4.5 and 10.8, shall be limited to one (1) sign structure with no more than two (2) sign surfaces per parallel street frontage, neither of which shall exceed forty (40) square feet in sign area, for each establishment or for each fifty (50) feet of street frontage. Permitted sign area shall be cumulative, but no sign surface shall exceed eighty (80) square feet. Maximum height limitation shall be twenty (20) feet including embellishments, measured from the crown of the nearest adjacent local or arterial street, not including limited access highways or expressways, provided, however, that the planning and zoning director, through a Class II Special Permit, may increase the measurement of the crown by up to five (5) feet to accommodate unusual or undulating site conditions.

Directional signs, number and area. Directional signs, which may be combined with address signs but shall bear no advertising matter, may be erected to guide to entrances, exits, or parking areas. Not more than one (1) such sign, not exceeding five (5) square feet in area, shall be erected per entrance, exit, or parking area.

For Outdoor advertising business signs as accessory uses to principal commercial uses only, a Class II Special Permit shall be required, and such signs shall further be limited as follows:

a)  Signs shall be wall mounted only on side walls of the existing principal commercial structure and shall not be freestanding;

b)  Signs shall be limited to one (1) sign per structure only;

c)  Sign area shall be limited to no greater than thirty-two (32) square feet;

d)  Permissible sign area may only be utilized on a commercial structure which has the allowable thirty-two (32) square feet of sign area unused from the total permissible wall sign area for the structure in question. (not counting the twenty (20) sq. ft. of wall signs allowable per establishment); and

e)  Such signs may either be painted or mounted onto the subject wall.

3.  Notwithstanding the provisions set forth herein, where there are commercial, service or retail uses in a structure which may not be seen directly from the public right-of-way, but have direct access from a courtyard or open space which abuts a primary pedestrian pathway, a free-standing directional sign containing the names of all the establishments concealed from direct view may be erected which may be combined with a location map of the complex. Not more than one (1) such sign, not exceeding twenty (20) square feet in area, shall be erected per entrance, exit, or parking area.

4.  Community or neighborhood bulletin boards or kiosks: Shall be permissible only by Class I Special Permit, as provided at section 10.3.1.6. In the case of flat bulletin boards, the area of such boards shall not exceed twenty-five (25) square feet; and, in the case of kiosks, such structures shall not exceed a plan section area of ten (10) square feet and an overall height (including architectural embellishments) of ten (10) feet.

*10.5.4.6. I Industrial.*

*Sign Regulations:*

*Temporary Signs:*

1.  Temporary signs, including political election signs and real estate signs, shall be allowed subject to the exceptions, limitations and responsibilities of subsection 10.3.2. Real Estate signs shall be limited to one (1) sign per each street frontage.

2.  In connection with holidays: Decorative flags, bunting, and other decorations on special occasions. No sign permit shall be required for display of decorative flags, bunting, and other decorations related to holidays.

3.  Construction: Not to exceed one (1) construction sign, or thirty (30) square feet in area for each lot line adjacent to a street. Development signs shall not be permitted except in conjunction with such construction signs or by Class I Special Permit.

*Permanent signs:* Except as otherwise provided, such signs may be illuminated but shall not be animated or flashing.

1. For a single establishment within a building:

Wall signs, limited to two and one-half (2 1/2) square feet of sign area for each lineal foot of wall fronting on a street if any portion of such sign is below fifteen (15) feet above grade. For each foot that the lowest portion of such sign exceeds twenty-five (25) feet, permitted sign area shall be increased one (1) percent up to a maximum height of fifty (50) feet above grade. Not to exceed three (3) such signs shall be permitted for each frontage on which area calculations are based, but one (1) of these may be mounted on a side wall.

Window signs, painted or attached, shall not exceed twenty (20) percent of the glassed area of the window in which placed. Number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

Projecting signs (other than under awning signs) shall be limited to one (1) sign structure with no more than two (2) sign surfaces, neither of which shall exceed forty (40) square feet in sign area; however, that such permissible sign area may be increased to eighty (80) square feet where maximum projection from the face of the building is two (2) feet or less, sixty (60) square feet where projection is more than two (2) and less than three (3) feet, and forty (40) square feet where projection is at least three (3), but not more than four (4) feet the aggregate area of such signs shall be included as part of aggregate wall sign area, as limited above.

Ground/freestanding signs. Ground or freestanding signs, to the extent allowed subject to the limitations and restrictions set forth in Sections 10.4.5 and 10.8, shall be limited to one (1) sign and forty (40) square feet of sign area (for each face) for each business, or for each one hundred fifty (150) feet of street frontage. Permitted sign area may be used in less than the maximum permitted number of such signs, but no sign shall exceed two hundred (200) square feet in area for each face. Maximum height limitation shall be twenty (20) feet including embellishments, measured from the crown of the nearest adjacent local or arterial street, not including limited access highways or expressways, provided, however, that the planning and zoning director, through a Class II Special Permit, may increase the measurement of the crown by up to five (5) feet to accommodate unusual or undulating site conditions.

Directional signs, number and area. Directional signs, which may be combined with address signs but shall bear no advertising matter, may be erected to guide to entrances, exits, or parking areas. Not more than one (1) such sign, not exceeding ten (10) square feet in area, shall be erected per entrance, exit, or parking area.

For Outdoor advertising business signs as accessory uses to principal commercial uses only, a Class II Special Permit shall be required, and such signs shall further be limited as follows:

a) Signs shall be wall mounted only on side walls of the existing principal commercial structure and shall not be freestanding;

b) Signs shall be limited to (1) one sign per structure only;

c) Sign area shall be limited to no greater than thirty-two (32) square feet;

d) Permissible sign area may only be utilized on a commercial structure which has the allowable thirty-two (32) square feet of sign area unused from the total permissible wall sign area for the structure in question. (not counting the twenty (20) sq. ft. of wall signs allowable per establishment); and

e) Such signs may either be painted or mounted onto the subject wall.

2. For a single building with more than one (1) establishment opening up to the outdoors:

Wall signs: The building in which the establishments are located shall be allowed one (1) wall sign, limited to a building identification sign, not exceeding fifty (50) square feet in area, for each face of the building oriented toward the street; and in addition, each

individual establishment within a building, that has a separate entrance to the outdoors (available to the general public, whether on the ground floor or on an upper level), and a minimum frontage of twenty (20) linear feet to the outdoors, shall be allowed the following signs:

a)   A wall sign not to exceed twenty (20) square feet in area;

b)   Window signs not to exceed twenty (20) percent of the glass area of the window or glass door in which placed; such window signs may be painted or attached, the number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

c)   An awning sign, limited to the skirt or bottom edge of the awning; letters, emblems, logos or symbols not to exceed six (6) inches in height.

d)   A hanging (as in under an awning or similar) sign not to exceed three (3) square feet in area.

Window signs, painted or attached, shall not exceed twenty (20) percent of the glassed area of the window in which placed. Number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

Projecting signs (other than under awning signs) shall be limited to one (1) sign structure with no more than two (2) sign surfaces, neither of which shall exceed forty (40) square feet in sign area; however, that such permissible sign area may be increased to eighty (80) square feet where maximum projection from the face of the building is two (2) feet or less, sixty (60) square feet where projection is more than two (2) and less than three (3) feet, and forty (40) square feet where projection is at least three (3), but not more than four (4) feet the aggregate area of such signs shall be included as part of aggregate wall sign area, as limited above.

Ground/freestanding signs. Ground or freestanding signs, to the extent allowed subject to the limitations and restrictions set forth in Sections 10.4.5 and 10.8, shall be limited to one (1) sign and forty (40) square feet of sign area (for each face) for each business, or for each one hundred fifty (150) feet of street frontage. Permitted sign area may be used in less than the maximum permitted number of such signs, but no sign shall exceed two hundred (200) square feet in area for each face. Maximum height limitation shall be twenty (20) feet including embellishments, measured from the crown of the nearest adjacent local or arterial street, not including limited access highways or expressways, provided, however, that the planning and zoning director, through a Class II Special Permit, may increase the measurement of the crown by up to five (5) feet to accommodate unusual or undulating site conditions.

Directional signs, number and area. Directional signs, which may be combined with address signs but shall bear no advertising matter, may be erected to guide to entrances, exits, or parking areas. Not more than one (1) such sign, not exceeding ten (10) square feet in area, shall be erected per entrance, exit, or parking area.

For Outdoor advertising business signs as accessory uses to principal commercial uses only, a Class II Special Permit shall be required, and such signs shall further be limited as follows:

a)   Signs shall be wall mounted only on side walls of the existing principal commercial structure and shall not be freestanding;

b)   Signs shall be limited to one (1) sign per structure only;

c)   Sign area shall be limited to no greater than thirty-two (32) square feet;

d)   Permissible sign area may only be utilized on a commercial structure which has the allowable thirty-two (32) square feet of sign area unused from the total permissible wall sign area for the structure in question. (not counting the twenty (20) sq. ft. of wall signs allowable per establishment); and

e)   Such signs may either be painted or mounted onto the subject wall.

3.   Notwithstanding the provisions set forth herein, where there are commercial, service or retail uses in a structure which may not be seen directly from the public right-of-way,

but have direct access from a courtyard or open space which abuts a primary pedestrian pathway, a free-standing directional sign containing the names of all the establishments concealed from direct view may be erected which may be combined with a location map of the complex. Not more than one (1) such sign, not exceeding twenty (20) square feet in area, shall be erected per entrance, exit, or parking area.

4.   Community or neighborhood bulletin boards or kiosks: Shall be permissible only by Class I Special Permit, as provided at section 10.3.1.6. In the case of flat bulletin boards, the area of such boards shall not exceed twenty-five (25) square feet; and, in the case of kiosks, such structures shall not exceed a plan section area of ten (10) square feet and an overall height (including architectural embellishments) of ten (10) feet.

In addition, freestanding outdoor advertising business signs shall be permissible subject to the limitations and restrictions set forth in Section 10.4.5 and 10.8 of this zoning ordinance.

(Ord. No. 12213, § 1, 4-11-02; Ord. No. 12953, § 2, 10-25-07)

Sec. 10.6.  Special Districts.
*10.6.1. Class II required.*  A Class II Special Permit shall be required for all signs (except for those exempt pursuant to Section 10.3.) located within the following Special Districts:

SD-1 Martin Luther King Boulevard Commercial District
SD-2 Coconut Grove Central Commercial District
SD-3 Coconut Grove Major Streets Overlay District
SD-4 Waterfront Industrial District
SD-5 Brickell Avenue Area Residential-Office District
SD-6, 6.1 Central Commercial-Residential Districts
SD-7 Central Brickell Rapid Transit Commercial-Residential Districts
SD-8 Design Plaza Commercial-Residential District
SD-9 Biscayne Boulevard North Overlay District
SD-11 Coconut Grove Rapid Transit District
SD-13 S.W. 27th Avenue Gateway District
SD-14, 14.1, 14.2 Latin Quarter Commercial-Residential, and Residential Districts
SD-15 River Quadrant Mixed-Use District
SD-16, 16.1, 16.2 Southeast Overtown-Park West Commercial-Residential Districts
SD-17 South Bay Shore Drive Overlay District
SD-20 Edgewater Overlay District
SD-22 Florida Avenue Special District
SD-23 Coral Way Special Overlay District
SD-25 SW 8th  Street Special Overlay District
SD-27.2 Buena Vista Yard West Special District

If a Class II Special Permit approving a Master sign package has been approved for any of the Special Districts referenced above, or for large projects within a Special District, all such signs that conform to the specifications within the package shall not require individual Class II Special Permits. Signs that do not conform to the specifications shall require their own individual Class II Permit.

*10.6.2. Certificate of compliance in lieu of Class II allowed.*  Wherever a Class II Special Permit is required for signs within the special zoning districts listed in Section 10.6.1., a certificate of compliance in lieu of a Class II Special Permit may be allowed if the proposed signage complies with established and adopted guides and standards for the special district in which such signs will be located.

*10.6.3. Schedule of special district sign regulations.*  For all Special *Overlay* Districts not specifically indicated herein, sign regulations shall be as for the underlying district. Unless otherwise indicated for a specific special district, signs may be illuminated, but shall not be animated or flashing.

*10.6.3.1. SD-1 Martin Luther King Boulevard Commercial District.* This district is of special and substantial public interest because of the need to develop and redevelop in a manner improving amenity, efficiency and security. These regulations are intended to encourage concentrations of commercial and service facilities at intersections of arterial streets, encourage residential development above such facilities and in areas away from such intersections and to provide the development and design opportunities inherent in larger site areas.

*Sign Regulations:*

*Temporary Signs:*

1.   Temporary signs, including political election signs and real estate signs, shall be allowed subject to the exceptions, limitations and responsibilities of subsection 10.3.2. Real Estate signs shall be limited to one (1) sign per each street frontage.

2.   In connection with holidays: Decorative flags, bunting, and other decorations on special occasions. No sign permit shall be required for display of decorative flags, bunting, and other decorations related to holidays.

3.   Construction: Not to exceed one (1) construction sign, or thirty (30) square feet in area for each lot line adjacent to a street. Development signs shall not be permitted except in conjunction with such construction signs or by Class I Special Permit.

*Permanent signs:*

1.   For a single establishment within a building:

Wall signs for a single establishment within a building: When a single establishment takes up an entire building, wall signs shall be limited to one and one half (1 1/2) square feet of sign area for each lineal foot of wall fronting on a street; there shall be no more than one wall sign for each one hundred fifty (150) linear feet along a street front, with no more than three (3) total on any wall. Walls that do not have street frontage may contain no more than one (1) wall sign each, not to exceed fifty (50) square feet in area, but aggregate area shall be included as part of aggregate wall sign area as limited herein Window signs, painted or attached, shall not exceed twenty (20) percent of the glassed area of the window in which placed. Number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

Projecting signs (other than hanging signs) shall be limited to one (1) sign structure with no more than two (2) sign surfaces, neither of which shall exceed forty (40) square feet in sign area; however, that such permissible sign area may be increased to eighty (80) square feet where maximum projection from the face of the building is two (2) feet or less, sixty (60) square feet where projection is more than two (2) and less than three (3) feet, and forty (40) square feet where projection is at least three (3), but not more than four (4) feet the aggregate area of such signs shall be included as part of aggregate wall sign area, as limited above.

Ground/freestanding signs. Ground or freestanding signs, to the extent allowed subject to the limitations and restrictions set forth in Sections 10.4.5 and 10.8, shall be limited to one (1) sign structure with no more than two (2) sign surfaces, neither of which shall exceed forty (40) square feet in sign area, for each establishment or for each one hundred (100) feet of street frontage. Permitted sign area may be cumulative, but no sign surface shall exceed one hundred (100) square feet. Maximum height limitation shall be twenty (20) feet including embellishments, measured from the crown of the nearest adjacent local or arterial street, not including limited access highways or expressways, provided, however, that the planning and zoning director may, pursuant to a Class II Special Permit, increase the measurement of the crown by up to five (5) feet to accommodate unusual or undulating site conditions.

Directional signs, number and area. Directional signs, which may be combined with address signs but shall bear no advertising matter, may be erected to guide to entrances, exits, or parking areas. Not more than one (1) such sign, not exceeding five (5) square feet in area, shall be erected per entrance, exit, or parking area.

For Outdoor advertising business signs as accessory uses to principal commercial uses only, a Class II Special Permit shall be required, and such signs shall further be limited as follows:

a)  Signs shall be wall mounted only on side walls of the existing principal commercial structure and shall not be freestanding;

b)  Signs shall be limited to one (1) sign per structure only;

c)  Sign area shall be limited to no greater than thirty-two (32) square feet;

d)  Permissible sign area may only be utilized on a commercial structure which has the allowable thirty-two (32) square feet of sign area unused from the total permissible wall sign area for the structure in question. (not counting the twenty (20) sq. ft. of wall signs allowable per establishment); and

e)  Such signs may either be painted or mounted onto the subject wall.

2.  For a single building with more than one (1) establishment opening up to the outdoors:

Wall signs: The building in which the establishments are located shall be allowed one (1) wall sign, limited to a building identification sign, not exceeding fifty (50) square feet in area, for each face of the building oriented toward the street; and in addition, each individual establishment within a building, that has a separate entrance to the outdoors (available to the general public, whether on the ground floor or on an upper level), and a minimum frontage of twenty (20) linear feet to the outdoors, shall be allowed the following signs:

a)  A wall sign not to exceed twenty (20) square feet in area;

b)  Window signs not to exceed twenty (20) percent of the glass area of the window or glass door in which placed; such window signs may be painted or attached, the number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

c)  An awning sign, limited to the skirt or bottom edge of the awning; letters, emblems, logos or symbols not to exceed six (6) inches in height.

d)  A hanging (as in under an awning or similar) sign not to exceed three (3) square feet in area.

Window signs, painted or attached, shall not exceed twenty (20) percent of the glassed area of the window in which placed. Number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

Projecting signs (other than hanging signs) shall be limited to one (1) sign structure with no more than two (2) sign surfaces, neither of which shall exceed forty (40) square feet in sign area; however, that such permissible sign area may be increased to eighty (80) square feet where maximum projection from the face of the building is two (2) feet or less, sixty (60) square feet where projection is more than two (2) and less than three (3) feet, and forty (40) square feet where projection is at least three (3), but not more than four (4) feet the aggregate area of such signs shall be included as part of aggregate wall sign area, as limited above.

Ground/freestanding signs. Ground or freestanding signs, to the extent allowed subject to the limitations and restrictions set forth in Sections 10.4.5 and 10.8, shall be limited to one (1) sign structure with no more than two (2) sign surfaces, neither of which shall exceed forty (40) square feet in sign area, for each establishment or for each one hundred (100) feet of street frontage. Permitted sign area may be cumulative, but no sign surface shall exceed one hundred (100) square feet. Maximum height limitation shall be twenty (20) feet including embellishments, measured from the crown of the nearest adjacent local or arterial street, not including limited access highways or expressways, provided, however, that the planning and zoning director may, pursuant to a Class II Special Permit, increase the measurement of the crown by up to five (5) feet to accommodate unusual or undulating site conditions.

Directional signs, number and area.

Directional signs, which may be combined with address signs but shall bear no advertising matter, may be erected to guide to entrances, exits, or parking areas. Not more than one (1) such sign, not exceeding five (5) square feet in area, shall be erected per entrance, exit, or parking area.

For Outdoor advertising business signs as accessory uses to principal commercial uses only, a Class II Special Permit shall be required, and such signs shall further be limited as follows:

a)   Signs shall be wall mounted only on side walls of the existing principal commercial structure and shall not be freestanding;

b)   Signs shall be limited to one (1) sign per structure only;

c)   Sign area shall be limited to no greater than thirty-two (32) square feet;

d)   Permissible sign area may only be utilized on a commercial structure which has the allowable thirty-two (32) square feet of sign area unused from the total permissible wall sign area for the structure in question. (not counting the twenty (20) sq. ft. of wall signs allowable per establishment); and

e)   Such signs may either be painted or mounted onto the subject wall.

3.   Notwithstanding the provisions set forth herein, where there are commercial, service or retail uses in a structure which may not be seen directly from the public right-of-way, but have direct access from a courtyard or open space which abuts a primary pedestrian pathway, a free-standing directional sign containing the names of all the establishments concealed from direct view may be erected which may be combined with a location map of the complex. Not more than one (1) such sign, not exceeding twenty (20) square feet in area, shall be erected per entrance, exit, or parking area.

4.   Community or neighborhood bulletin boards or kiosks: Shall be permissible only by Class I Special Permit, as provided at section 10.3.1.6. In the case of flat bulletin boards, the area of such boards shall not exceed twenty-five (25) square feet; and, in the case of kiosks, such structures shall not exceed a plan section area of ten (10) square feet and an overall height (including architectural embellishments) of ten (10) feet.

In addition, freestanding outdoor advertising business signs shall be permissible subject to the limitations and restrictions set forth in Sections 10.4.5 and 10.8 of this zoning ordinance.

*10.6.3.2. SD-2 Coconut Grove Central Commercial District.*  Within the commercial center of Coconut Grove, it is of special and substantial public interest to strengthen unique historic and cultural character by regulations encouraging retail and service development with strong pedestrian orientation. It is further intended to encourage innovative site planning and architectural design, and to create opportunities for combining residential and nonresidential uses in a pattern minimizing potential adverse effects of such combinations.

*Sign regulations:*

*Temporary Signs:*

1.   Temporary signs, including political election signs and real estate signs, shall be allowed subject to the exceptions, limitations and responsibilities of subsection 10.3.2. Real Estate signs shall be limited to one (1) sign per each street frontage.

2.   In connection with holidays: Decorative flags, bunting, and other decorations on special occasions. No sign permit shall be required for display of decorative flags, bunting, and other decorations related to holidays.

3.   Construction or development signs, individually or in combination, shall be limited to one (1) per street frontage, not exceeding ten (10) square feet in area, and erected with the highest portion fifteen (15) feet or less above grade.

*Permanent signs:*

1.   For a single establishment within a building:

Wall signs for a single establishment within a building: When a single establishment takes up an entire building, only one (1) wall sign, not exceeding fifty (50) square feet in

area, for every one hundred fifty (150) feet of length of building wall shall be permitted for each face of the building oriented toward the street.

Window signs, painted or attached, shall not exceed ten (10) percent of the glassed area of the window in which placed. Number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

Ground signs: Ground signs, where permissible, shall be limited to monument signs only; no pole signs shall be allowed. One (1) ground sign, limited to ten (10) square feet in area, may be erected for buildings on lots where the street yard exceeds twenty (20) feet in depth.

Not more than one (1) projecting sign, other than a hanging (under awning) sign, shall be erected, with no more than two (2) sign surfaces, neither of which shall exceed ten (10) square feet in area. No such sign structure shall extend more than three (3) feet from the wall of the building.

Directional signs, number and area. Directional signs, which may be combined with address signs but shall bear no advertising matter, may be erected to guide to entrances, exits, or parking areas. Not more than one (1) such sign, not exceeding five (5) square feet in area, shall be erected per entrance, exit, or parking area.

2.   For a single building with more than one (1) establishment opening up to the outdoors:

The building in which the establishments are located shall be allowed one (1) wall sign, limited to a building identification sign, not exceeding fifty (50) square feet in area, for each face of the building oriented toward the street; and in addition, each individual establishment within a building, that has a separate entrance to the outdoors (available to the general public, whether on the ground floor or on an upper level), and a minimum frontage of twenty (20) linear feet to the outdoors, shall be allowed the following signs:

a)   A wall sign not to exceed twenty (20) square feet in area;

b)   Window signs not to exceed ten (10) percent of the glass area of the window or glass door in which placed; such window signs may be painted or attached, the number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

c)   An awning sign, limited to the skirt or bottom edge of the awning; letters, emblems, logos or symbols not to exceed six (6) inches in height.

d)   A hanging (as in under an awning or similar) sign not to exceed three (3) square feet in area.

Ground signs: Ground signs, where permissible, shall be limited to monument signs only; no pole signs shall be allowed. One (1) ground sign, limited to ten (10) square feet in area, may be erected for buildings on lots where the street yard exceeds twenty (20) feet in depth.

Not more than one (1) projecting sign, other than a hanging (under awning) sign, shall be erected, with no more than two (2) sign surfaces, neither of which shall exceed ten (10) square feet in area. No such sign structure shall extend more than three (3) feet from the wall of the building.

Directional signs, number and area. Directional signs, which may be combined with address signs but shall bear no advertising matter, may be erected to guide to entrances, exits, or parking areas. Not more than one (1) such sign, not exceeding five (5) square feet in area, shall be erected per entrance, exit, or parking area.

3.   Notwithstanding the provisions set forth herein, where there are commercial, service or retail uses in a structure which may not be seen directly from the public right-of-way, but have direct access from a courtyard or open space which abuts a primary pedestrian pathway, a free-standing directional sign containing the names of all the establishments concealed from direct view may be erected which may be combined with a location map of the complex. Not more than one (1) such sign, not exceeding twenty (20) square feet in area, shall be erected per entrance, exit, or parking area.

4.  Community or neighborhood bulletin boards or kiosks: Shall be permissible only by Class I Special Permit, as provided at section 10.3.1.6. In the case of flat bulletin boards, the area of such boards shall not exceed twenty-five (25) square feet; and, in the case of kiosks, such structures shall not exceed a plan section area of ten (10) square feet and an overall height (including architectural embellishments) of ten (10) feet.

*10.6.3.3. Reserved.*

*10.6.3.4. SD-4 Waterfront Industrial District.*  This district designation is intended for application in areas appropriately located for marine activities, including industrial operations and major movements of passengers and commodities. In view of the importance of such activities to local economy and the limited area suitable and available for such activities, it is intended to limit principal and accessory uses to those reasonably requiring location within such districts, and not to permit residential, general commercial, service, office or manufacturing uses not primarily related to waterfront activities except for office uses in existing office structures. For the purposes of section 3(mm) of the City of Miami Charter, this district shall be construed as an industrial district.

*Sign Regulations:*

*Temporary Signs:*

1.  Temporary signs, including political election signs and real estate signs, shall be allowed subject to the exceptions, limitations and responsibilities of subsection 10.3.2. Real Estate signs shall be limited to one (1) sign per each street frontage.

2.  In connection with holidays: Decorative flags, bunting, and other decorations on special occasions. No sign permit shall be required for display of decorative flags, bunting, and other decorations related to holidays.

3.  Construction: Not to exceed one (1) construction sign, or thirty (30) square feet in area for each lot line adjacent to a street. Development signs shall not be permitted except in conjunction with such construction signs or by Class I Special Permit.

*Permanent signs:*

1.  For a single establishment within a building:

Wall signs for a single establishment within a building: When a single establishment takes up an entire building, wall signs shall be limited to one and one half (1 1/2) square feet of sign area for each lineal foot of wall fronting on a street; there shall be no more than one (1) wall sign for each one hundred fifty (150) linear feet along a street front, with no more than three (3) total on any wall. Walls that do not have street frontage may contain no more than one wall sign each, not to exceed fifty (50) square feet in area, but aggregate area shall be included as part of aggregate wall sign area as limited herein. Window signs, painted or attached, shall not exceed twenty (20) percent of the glassed area of the window in which placed. Number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

Projecting signs (other than hanging signs) shall be limited to one (1) sign structure with no more than two (2) sign surfaces, neither of which shall exceed forty (40) square feet in sign area; however, that such permissible sign area may be increased to eighty (80) square feet where maximum projection from the face of the building is two (2) feet or less, sixty (60) square feet where projection is more than two (2) and less than three (3) feet, and forty (40) square feet where projection is at least three (3), but not more than four (4) feet the aggregate area of such signs shall be included as part of aggregate wall sign area, as limited above.

Ground/freestanding signs. Ground or freestanding signs, to the extent allowed subject to the limitations and restrictions set forth in Section 10.4.5 and 10.8, shall be limited to one (1) sign structure with no more than two (2) sign surfaces, neither of which shall exceed forty (40) square feet in sign area, for each establishment or for each one hundred (100) feet of street frontage. Permitted sign area may be cumulative, but no sign surface shall exceed one hundred (100) square feet. Maximum height limitation shall be twenty (20) feet including embellishments, measured from the crown of the nearest adjacent local or

arterial street, not including limited access highways or expressways, provided, however, that the planning and zoning director may, pursuant to a Class II Special Permit, increase the measurement of the crown by up to five (5) feet to accommodate unusual or undulating site conditions.

Directional signs, number and area. Directional signs, which may be combined with address signs but shall bear no advertising matter, may be erected to guide to entrances, exits, or parking areas. Not more than one (1) such sign, not exceeding five (5) square feet in area, shall be erected per entrance, exit, or parking area.

2.   For a single building with more than one establishment opening up to the outdoors: Wall signs: The building in which the establishments are located shall be allowed one (1) wall sign, limited to a building identification sign, not exceeding fifty (50) square feet in area, for each face of the building oriented toward the street; and in addition, each individual establishment within a building, that has a separate entrance to the outdoors (available to the general public, whether on the ground floor or on an upper level), and a minimum frontage of twenty (20) linear feet to the outdoors, shall be allowed the following signs:

a)   A wall sign not to exceed twenty (20) square feet in area;

b)   Window signs not to exceed twenty (20) percent of the glass area of the window or glass door in which placed; such window signs may be painted or attached, the number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

c)   An awning sign, limited to the skirt or bottom edge of the awning; letters, emblems, logos or symbols not to exceed six (6 inches in height.

d)   A hanging (as in under an awning or similar) sign not to exceed three (3) square feet in area.

Window signs, painted or attached, shall not exceed twenty (20) percent of the glassed area of the window in which placed. Number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

Projecting signs (other than hanging signs) shall be limited to one (1) sign structure with no more than two (2) sign surfaces, neither of which shall exceed forty (40) square feet in sign area; however, that such permissible sign area may be increased to eighty (80) square feet where maximum projection from the face of the building is two (2) feet or less, sixty (60) square feet where projection is more than two (2) and less than three (3) feet, and forty (40) square feet where projection is at least three (3), but not more than four (4) feet the aggregate area of such signs shall be included as part of aggregate wall sign area, as limited above.

Ground/freestanding signs. Ground or freestanding signs, to the extent allowed subject to the limitations and restrictions set forth in Sections 10.4.5 and 10.8, shall be limited to one (1) sign structure with no more than two (2) sign surfaces, neither of which shall exceed forty (40) square feet in sign area, for each establishment or for each one hundred (100) feet of street frontage. Permitted sign area may be cumulative, but no sign surface shall exceed one hundred (100) square feet. Maximum height limitation shall be twenty (20) feet including embellishments, measured from the crown of the nearest adjacent local or arterial street, not including limited access highways or expressways, provided, however, that the planning and zoning director may, pursuant to a Class II Special Permit, increase the measurement of the crown by up to five (5) feet to accommodate unusual or undulating site conditions.

Directional signs, number and area. Directional signs, which may be combined with address signs but shall bear no advertising matter, may be erected to guide to entrances, exits, or parking areas. Not more than one (1) such sign, not exceeding five (5) square feet in area, shall be erected per entrance, exit, or parking area.

3.   Notwithstanding the provisions set forth herein, where there are commercial, service or retail uses in a structure which may not be seen directly from the public right-of-way,

but have direct access from a courtyard or open space which abuts a primary pedestrian pathway, a free-standing directional sign containing the names of all the establishments concealed from direct view may be erected which may be combined with a location map of the complex. Not more than one (1) such sign, not exceeding twenty (20) square feet in area, shall be erected per entrance, exit, or parking area.

4.    Community or neighborhood bulletin boards or kiosks: Shall be permissible only by Class I Special Permit, as provided at section 10.3.1.6. In the case of flat bulletin boards, the area of such boards shall not exceed twenty-five (25) square feet; and, in the case of kiosks, such structures shall not exceed a plan section area of ten (10) square feet and an overall height (including architectural embellishments) of ten (10) feet.

*10.6.3.5. SD-5 Brickell Avenue Area Residential-Office District.*

This district is of special and substantial public interest because of its prime location on Brickell Avenue along the Bayfront and the Miami River, close to and visible from the CBD and Biscayne Bay, and its importance to the economic well-being of the city as a prestigious highrise office district housing banking, finance, international trade, and other professional office uses.

In the interest of maintenance of principal views from within the district and adjoining areas, and preservation and enhancement of existing desirable features of design, landscaping and appearance, it is intended that development, at appropriately high intensity, shall be so designed as to assure open character, attractive and secure open space available to the general public at ground level, and appropriately located recreation space serving residential uses.

Uses and design should recognize the proximity to the areas of great natural beauty which are historically significant to the City. High density, so long as it provides public and scenic access to these natural and historic areas, is permitted. Water views, easy access to contiguous waterwalks, and several key water vistas should be made available to the public.

The district, because of a high concentration of residences both within the district and in neighboring areas and because of a large daytime population of workers, should facilitate the urban walking experience.

The district, especially along Brickell Avenue, should maintain large urban pedestrian walkways which include overhead shade, sitting areas and public art and fountains. Landscape and street frontage open space are consistent with the financial and service entities which operate in the district.

Consumer and service retail which are located at street level and which are visible to the pedestrian are permitted to enhance the pedestrian experience and to provide a twenty-four-hour district.

*Sign Regulations:*
*Temporary Signs:*

1.    Temporary signs, including political election signs and real estate signs, shall be allowed subject to the exceptions, limitations and responsibilities of subsection 10.3.2. Real Estate signs shall be limited to one sign per each street frontage.

2.    In connection with holidays: Decorative flags, bunting, and other decorations on special occasions. No sign permit shall be required for display of decorative flags, bunting, and other decorations related to holidays.

3.    Construction: Not to exceed one (1) construction sign, or thirty (30) square feet in area for each lot line adjacent to a street. Development signs shall not be permitted except in conjunction with such construction signs or by Class I Special Permit.

*Permanent signs:*

1.    For a single establishment within a building:

Wall signs for a single establishment within a building: When a single establishment takes up an entire building, only one (1) wall sign, not exceeding fifty (50) square feet in area, for every one hundred fifty (150) feet of length of building wall shall be permitted for each face of the building oriented toward the street.

Window signs, painted or attached, shall not exceed twenty (20) percent of the glassed area of the window in which placed. Number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

Ground signs: Ground signs, where permissible, shall be limited to monument signs only; no pole signs shall be allowed. One (1) ground sign, limited to ten (10) square feet in area, may be erected for buildings on lots where the street yard exceeds twenty (20) feet in depth.

Not more than one (1) projecting sign, other than a hanging sign, shall be erected, with no more than two (2) sign surfaces, neither of which shall exceed ten (10) square feet in area. No such sign structure shall extend more than three (3) feet from the wall of the building.

Directional signs, number and area. Directional signs, which may be combined with address signs but shall bear no advertising matter, may be erected to guide to entrances, exits, or parking areas. Not more than one (1) such sign, not exceeding five (5) square feet in area, shall be erected per entrance, exit, or parking area.

2.  For a single building with more than one establishment opening up to the outdoors: The building in which the establishments are located shall be allowed one (1) wall sign, limited to a building identification sign, not exceeding fifty (50) square feet in area, for each face of the building oriented toward the street; and in addition, each individual establishment within a building, that has a separate entrance to the outdoors (available to the general public, whether on the ground floor or on an upper level), and a minimum frontage of 20 linear feet to the outdoors, shall be allowed the following signs:

a) A wall sign not to exceed 20 square feet in area;

b) Window signs not to exceed twenty (20) percent of the glass area of the window or glass door in which placed; such window signs may be painted or attached, the number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

c) An awning sign, limited to the skirt or bottom edge of the awning; letters, emblems, logos or symbols not to exceed 6 inches in height.

d) A hanging (as in under an awning or similar) sign not to exceed 3 square feet in area.

Ground signs: Ground signs, where permissible, shall be limited to monument signs only; no pole signs shall be allowed. One (1) ground sign, limited to ten (10) square feet in area, may be erected for buildings on lots where the street yard exceeds twenty (20) feet in depth.

Not more than one (1) projecting sign, other than a hanging sign, shall be erected, with no more than two (2) sign surfaces, neither of which shall exceed ten (10) square feet in area. No such sign structure shall extend more than three (3) feet from the wall of the building.

Directional signs, number and area. Directional signs, which may be combined with address signs but shall bear no advertising matter, may be erected to guide to entrances, exits, or parking areas. Not more than one (1) such sign, not exceeding five (5) square feet in area, shall be erected per entrance, exit, or parking area.

3.  Notwithstanding the provisions set forth herein, where there are commercial, service or retail uses in a structure which may not be seen directly from the public right-of-way, but have direct access from a courtyard or open space which abuts a primary pedestrian pathway, a free-standing directional sign containing the names of all the establishments concealed from direct view may be erected which may be combined with a location map of the complex. Not more than one (1) such sign, not exceeding twenty (20) square feet in area, shall be erected per entrance, exit, or parking area.

4.  Community or neighborhood bulletin boards or kiosks: Shall be permissible only by Class l Special Permit, as provided at section 10.3.1.6. In the case of flat bulletin boards, the area of such boards shall not exceed 25 square feet; and, in the case of kiosks, such

structures shall not exceed a plan section area of 10 square feet and an overall height (including architectural embellishments) of 10 feet.

*10.6.3.6. SD-6, 6.1 Central Commercial-Residential Districts.*

These districts are of special and substantial interest because of their proximity to the Central Business District and the need to provide supporting and complementary high-density residential and office development with major retail shopping and entertainment activities.

It is intended to increase desirable pedestrian activity by mandating ground level retail and service uses with strong pedestrian orientation on frontages along major public walkways. By encouraging uses, activities, arrangements, and amenities that generate pedestrian street life, the pedestrian walking experience will be diversified, stimulated, and enhanced.

Due to the increased traffic burden on public roads and sidewalks that will be caused by the substantial increase of permitted development intensity in these districts, it is intended that public walkway systems be increased commensurately by the creation of plazas and promenades within the districts' yard and setback requirements, and by through block connections. The scale and utility of these widened walkways will complement and interconnect the high-intensity development fostered by these districts. To promote pedestrian comfort and convenience, it is intended to locate vehicular entrances to properties in such a manner as not to disrupt pedestrian flow on major pedestrian walkways.

As a significant view corridor of special character and a major link to the Central Business District, it is intended to protect and enhance the unique aesthetic and functional qualities of Biscayne Boulevard by requiring additional open space, yard, and setbacks for building frontage on the boulevard.

To relieve the dense spatial quality of these districts, and to provide a transparent link between interior and exterior pedestrian environments, a percentage of lot area is mandated as a well landscaped plaza activity area that will border on the adjacent street. It is intended that these plazas form strong active pedestrian areas linking adjacent streetscapes to building interiors.

It is intended that large scale, yet diverse architectural designs are to be encouraged as statements of regional significance and the inherent social and economic complexity of these districts. However, to ensure ground level compatibility of projects, it is intended that the landscaping, paving materials, and street furniture complement these districts as a whole, and provide a uniform, yet diverse environment for the users.

Consistent with the complex dense urban character of the center city, it is intended that emphasis be given to graphics, signs and lighting as a means of projecting color, vitality, excitement and blend of activity.

Special intent concerning SD-6.1. In addition to the general intent in section 606.1., the special intent for SD-6.1 is to promote development of a mixed-use complex, including a public performing arts center. To this end, incentives are provided through increased floor area ratio for dedication of land and/or construction of performing arts theaters and an additional Metromover station to serve the theaters. Additionally, floor area ratio incentives are provided to encourage the private sector to provide onsite housing, to assist with the construction of affordable housing within the SD-6 and SD6.1 districts, and to provide amenities and services such as child care centers and ground floor retail, restaurant, and service uses.

*Sign Regulations:*

*Temporary Signs:*

1.  Temporary signs, including political election signs and real estate signs, shall be allowed subject to the exceptions, limitations and responsibilities of subsection 10.3.2. Real Estate signs shall be limited to one (1) sign per each street frontage.

2. In connection with holidays: Decorative flags, bunting, and other decorations on special occasions. No sign permit shall be required for display of decorative flags, bunting, and other decorations related to holidays.

3. Construction: Not to exceed one (1) construction sign, or thirty (30) square feet in area for each lot line adjacent to a street. Development signs shall not be permitted except in conjunction with such construction signs or by Class I Special Permit.

*Permanent signs:*

1. For a single establishment within a building:

Wall signs for a single establishment within a building: When a single establishment takes up an entire building, wall signs shall be limited to one and one half (1 1/2) square feet of sign area for each lineal foot of wall fronting on a street; there shall be no more than one wall sign for each one hundred fifty (150) linear feet along a street front, with no more than three (3) total on any wall. Walls that do not have street frontage may contain no more than one (1) wall sign each, not to exceed fifty (50) square feet in area, but aggregate area shall be included as part of aggregate wall sign area as limited herein. Window signs, painted or attached, shall not exceed twenty (20) percent of the glassed area of the window in which placed. Number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

Projecting signs (other than hanging, as in under awning or canopy, signs) shall be limited to one (1) sign structure with no more than two (2) sign surfaces, neither of which shall exceed twenty-five (25) square feet in sign area.

Ground/freestanding signs. Ground or freestanding signs, to the extent allowed subject to the limitations and restrictions set forth in Sections 10.4.5. and 10.8, shall be limited to one (1) sign structure with no more than two (2) sign surfaces per parallel street frontage, neither of which shall exceed forty (40) square feet in sign area, for each establishment or for each fifty (50) feet of street frontage. Permitted sign area shall be cumulative, but no sign surface shall exceed eighty (80) square feet. Maximum height limitation shall be twenty (20) feet including embellishments, measured from the crown of the nearest adjacent local or arterial street, not including limited access highways or expressways, provided, however, that the planning and zoning director, through a Class II Special Permit, may increase the measurement of the crown by up to five (5) feet to accommodate unusual or undulating site conditions.

Directional signs, number and area. Directional signs, which may be combined with address signs but shall bear no advertising matter, may be erected to guide to entrances, exits, or parking areas. Not more than one (1) such sign, not exceeding five (5) square feet in area, shall be erected per entrance, exit, or parking area.

2. For a single building with more than one (1) establishment opening up to the outdoors:

Wall signs: The building in which the establishments are located shall be allowed one (1) wall sign, limited to a building identification sign, not exceeding fifty (50) square feet in area, for each face of the building oriented toward the street; and in addition, each individual establishment within a building, that has a separate entrance to the outdoors (available to the general public, whether on the ground floor or on an upper level), and a minimum frontage of twenty (20) linear feet to the outdoors, shall be allowed the following signs:

a) A wall sign not to exceed twenty (20) square feet in area;

b) Window signs not to exceed twenty (20) percent of the glass area of the window or glass door in which placed; such window signs may be painted or attached, the number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

c) An awning sign, limited to the skirt or bottom edge of the awning; letters, emblems, logos or symbols not to exceed six (6) inches in height.

d) A hanging (as in under an awning or similar) sign not to exceed three (3) square feet in area.

Window signs, painted or attached, shall not exceed twenty (20) percent of the glassed area of the window in which placed. Number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

Projecting signs (other than hanging, as in under awning or canopy, signs) shall be limited to one (1) sign structure with no more than two (2) sign surfaces, neither of which shall exceed twenty-five (25) square feet in sign area.

Ground/freestanding signs. Ground or freestanding signs, to the extent allowed subject to the limitations and restrictions set forth in Sections 10.4.5. and 10.8, shall be limited to one (1) sign structure with no more than two (2) sign surfaces per parallel street frontage, neither of which shall exceed forty (40) square feet in sign area, for each establishment or for each fifty (50) feet of street frontage. Permitted or for each shall be cumulative, but no sign surface shall exceed eighty (80) square feet. Maximum height limitation shall be twenty (20) feet including embellishments, measured from the crown of the nearest adjacent local or arterial street, not including limited access highways or expressways, provided, however, that the planning and zoning director, through a Class II Special Permit, may increase the measurement of the crown by up to five (5) feet to accommodate unusual or undulating site conditions.

Directional signs, number and area. Directional signs, which may be combined with address signs but shall bear no advertising matter, may be erected to guide to entrances, exits, or parking areas. Not more than one (1) such sign, not exceeding five (5) square feet in area, shall be erected per entrance, exit, or parking area.

3.  Notwithstanding the provisions set forth herein, where there are commercial, service or retail uses in a structure which may not be seen directly from the public right-of-way, but have direct access from a courtyard or open space which abuts a primary pedestrian pathway, a free-standing directional sign containing the names of all the establishments concealed from direct view may be erected which may be combined with a location map of the complex. Not more than one (1) such sign, not exceeding twenty (20) square feet in area, shall be erected per entrance, exit, or parking area.

4.  Community or neighborhood bulletin boards or kiosks: Shall be permissible only by Class I Special Permit, as provided at section 10.3.1.6. In the case of flat bulletin boards, the area of such boards shall not exceed twenty-five (25) square feet; and, in the case of kiosks, such structures shall not exceed a plan section area of ten (10) square feet and an overall height (including architectural embellishments) of ten (10) feet.

*10.6.3.7. SD-7 Central Brickell Rapid Transit Commercial-Residential Districts.*

This district is of special and substantial public interest because of its close proximity to the central business district, the Miami River, and the Metrorail and Metromover transit stations serving the Brickell area and because of its history as a predominantly residential neighborhood.

In the interests of reduction of traffic within the city generally and in this district in particular, of conservation of energy, and of the creation of an intensive urban environment with a 24-hour activity pattern, it is intended that high-intensity mixed-use development of residential, office, and retail and service uses be encouraged that will provide innovative design of residential spaces, including the concept of residential uses on upper levels over ground floor retail and service uses; retail, service, cultural and entertainment uses at ground level oriented towards intensive pedestrian usage; a modified downtown environment with minimal yards, a high percentage of lot coverage, highly usable pedestrian open spaces at ground level, and maximum interrelationship of ground floor uses and exterior public open space.

Concerning uses, it is intended that multifamily residential occupancy and ground level retail, service, cultural and entertainment uses be encouraged individually or as a part of a mixed-use residential and office development through a floor area incentive system. It is

further intended to create a central focus of neighborhood activity along Brickell Promenade and adjoining frontages along Miami Avenue by requiring retail, service, cultural and entertainment uses at ground level along street frontages within the district, especially along Miami Avenue and SE 10th Street (the Brickell Promenade).

Although it is intended that the character of development be intensive, it is also intended that buildings be designed to provide pedestrians with lively, interesting, well landscaped spaces at ground level. To this end, yard areas adjacent to all streets are required to be developed as an integral part of the neighborhood pedestrian walkway system; and maximum setbacks are established for the ground floor of buildings, in order to form a continuous, uniform edge of building facades along the sidewalk edge. Certain streets which form linkages to transit stations and other activity centers can be expected to carry major volumes of pedestrian traffic; thus it is intended that development adjacent to such primary pedestrian pathways should be designed to accommodate ground floor retail shops and other uses that promote an active pedestrian sidewalk environment.

*Sign regulations:*

*Temporary Signs:*

1.  Temporary signs, including political election signs and real estate signs, shall be allowed subject to the exceptions, limitations and responsibilities of subsection 10.3.2. Real Estate signs shall be limited to one (1) sign per each street frontage.

2.  In connection with holidays: Decorative flags, bunting, and other decorations on special occasions. No sign permit shall be required for display of decorative flags, bunting, and other decorations related to holidays.

3.  Construction: Not to exceed one (1) construction sign, or thirty (30) square feet in area for each lot line adjacent to a street. Development signs shall not be permitted except in conjunction with such construction signs or by Class I Special Permit.

*Permanent signs:*

1.  For a single establishment within a building:

Wall signs for a single establishment within a building: When a single establishment takes up an entire building, only one (1) wall sign, not exceeding fifty (50) square feet in area, for every one hundred fifty (150) feet of length of building wall shall be permitted for each face of the building oriented toward the street.

Window signs, painted or attached, shall not exceed twenty (20) percent of the glassed area of the window in which placed. Number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

Ground signs: Ground signs, where permissible, shall be limited to monument signs only; no pole signs shall be allowed. One (1) ground sign, limited to ten (10) square feet in area, may be erected for buildings on lots where the street yard exceeds twenty (20) feet in depth.

Not more than one (1) projecting sign, other than a hanging sign, shall be erected, with no more than two (2) sign surfaces, neither of which shall exceed ten (10) square feet in area. No such sign structure shall extend more than three (3) feet from the wall of the building.

Directional signs, number and area. Directional signs, which may be combined with address signs but shall bear no advertising matter, may be erected to guide to entrances, exits, or parking areas. Not more than one (1) such sign, not exceeding five (5) square feet in area, shall be erected per entrance, exit, or parking area.

2.  For a single building with more than one (1) establishment opening up to the outdoors:

The building in which the establishments are located shall be allowed one (1) wall sign, limited to a building identification sign, not exceeding fifty (50) square feet in area, for each face of the building oriented toward the street; and in addition, each individual establishment within a building, that has a separate entrance to the outdoors (available to

the general public, whether on the ground floor or on an upper level), and a minimum frontage of twenty (20) linear feet to the outdoors, shall be allowed the following signs:
a) A wall sign not to exceed twenty (20) square feet in area;
b) Window signs not to exceed twenty (20) percent of the glass area of the window or glass door in which placed; such window signs may be painted or attached, the number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.
c) An awning sign, limited to the skirt or bottom edge of the awning; letters, emblems, logos or symbols not to exceed six (6) inches in height.
d) A hanging (as in under an awning or similar) sign not to exceed three (3) square feet in area.
Ground signs: Ground signs, where permissible, shall be limited to monument signs only; no pole signs shall be allowed. One (1) ground sign, limited to ten (10) square feet in area, may be erected for buildings on lots where the street yard exceeds twenty (20) feet in depth.
Not more than one (1) projecting sign, other than a hanging sign, shall be erected, with no more than two (2) sign surfaces, neither of which shall exceed ten (10) square feet in area. No such sign structure shall extend more than three (3) feet from the wall of the building.
Directional signs, number and area. Directional signs, which may be combined with address signs but shall bear no advertising matter, may be erected to guide to entrances, exits, or parking areas. Not more than one (1) such sign, not exceeding five (5) square feet in area, shall be erected per entrance, exit, or parking area.
3. Notwithstanding the provisions set forth herein, where there are commercial, service or retail uses in a structure which may not be seen directly from the public right-of-way, but have direct access from a courtyard or open space which abuts a primary pedestrian pathway, a free-standing directional sign containing the names of all the establishments concealed from direct view may be erected which may be combined with a location map of the complex. Not more than one (1) such sign, not exceeding twenty (20) square feet in area, shall be erected per entrance, exit, or parking area.
4. Community or neighborhood bulletin boards or kiosks: Shall be permissible only by Class I Special Permit, as provided at section 10.3.1.6. In the case of flat bulletin boards, the area of such boards shall not exceed twenty-five (25) square feet; and, in the case of kiosks, such structures shall not exceed a plan section area of ten (10) square feet and an overall height (including architectural embellishments) of ten (10) feet.
*10.6.3.8. SD-8 Design Plaza Commercial-Residential District.* This district is of special and substantial public interest because of its unique qualities as a resource and service area for the design industry. It is intended to strengthen and encourage the expansion of design service activities in this area by allowing greater intensities for appropriate design-oriented service uses coupled with meaningful ground level pedestrian open spaces. It is further intended to recognize the predominantly built-up character of this area and the need for customer and employee parking by allowing offsite parking.
*Sign Regulations:*
*Temporary Signs:*
1. Temporary signs, including political election signs and real estate signs, shall be allowed subject to the exceptions, limitations and responsibilities of subsection 10.3.2. Real Estate signs shall be limited to one (1) sign per each street frontage.
2. In connection with holidays: Decorative flags, bunting, and other decorations on special occasions. No sign permit shall be required for display of decorative flags, bunting, and other decorations related to holidays.
3. Construction: Not to exceed one (1) construction sign, or thirty (30) square feet in area for each lot line adjacent to a street. Development signs shall not be permitted except in conjunction with such construction signs or by Class I Special Permit.
*Permanent signs:*

1.  For a single establishment within a building:

Wall signs for a single establishment within a building: When a single establishment takes up an entire building, wall signs shall be limited to one and one half (1 1/2) square feet of sign area for each lineal foot of wall fronting on a street; there shall be no more than one wall sign for each one hundred fifty (150) linear feet along a street front, with no more than three (3) total on any wall. Walls that do not have street frontage may contain no more than one (1) wall sign each, not to exceed fifty (50) square feet in area, but aggregate area shall be included as part of aggregate wall sign area as limited herein. Window signs, painted or attached, shall not exceed twenty (20) percent of the glassed area of the window in which placed. Number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

Projecting signs (other than hanging signs) shall be limited to one (1) sign structure with no more than two (2) sign surfaces, neither of which shall exceed forty (40) square feet in sign area; however, that such permissible sign area may be increased to eighty (80) square feet where maximum projection from the face of the building is two (2) feet or less, sixty (60) square feet where projection is more than two (2) and less than three (3) feet, and forty (40) square feet where projection is at least three (3), but not more than four (4) feet the aggregate area of such signs shall be included as part of aggregate wall sign area, as limited above.

Ground/freestanding signs. Ground or freestanding signs, to the extent allowed subject to the limitations and restrictions set forth in Sections 10.4.5 and 10.8, shall be limited to one (1) sign structure with no more than two (2) sign surfaces, neither of which shall exceed forty (40) square feet in sign area, for each establishment or for each one hundred (100) feet of street frontage. Permitted sign area may be cumulative, but no sign surface shall exceed one hundred (100) square feet. Maximum height limitation shall be twenty (20) feet including embellishments, measured from the crown of the nearest adjacent local or arterial street, not including limited access highways or expressways, provided, however, that the planning and zoning director may, pursuant to a Class II Special Permit, increase the measurement of the crown by up to five (5) feet to accommodate unusual or undulating site conditions.

Directional signs, number and area. Directional signs, which may be combined with address signs but shall bear no advertising matter, may be erected to guide to entrances, exits, or parking areas. Not more than one (1) such sign, not exceeding five (5) square feet in area, shall be erected per entrance, exit, or parking area.

2.  For a single building with more than one (1) establishment opening up to the outdoors:

Wall signs: The building in which the establishments are located shall be allowed one (1) wall sign, limited to a building identification sign, not exceeding fifty (50) square feet in area, for each face of the building oriented toward the street; and in addition, each individual establishment within a building, that has a separate entrance to the outdoors (available to the general public, whether on the ground floor or on an upper level), and a minimum frontage of twenty (20) linear feet to the outdoors, shall be allowed the following signs:

a)  A wall sign not to exceed twenty (20) square feet in area;

b)  Window signs not to exceed twenty (20) percent of the glass area of the window or glass door in which placed; such window signs may be painted or attached, the number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

c)  An awning sign, limited to the skirt or bottom edge of the awning; letters, emblems, logos or symbols not to exceed six (6) inches in height.

d)  A hanging (as in under an awning or similar) sign not to exceed three (3) square feet in area.

Window signs, painted or attached, shall not exceed twenty (20) percent of the glassed area of the window in which placed. Number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

Projecting signs (other than hanging signs) shall be limited to one (1) sign structure with no more than two (2) sign surfaces, neither of which shall exceed forty (40) square feet in sign area; however, that such permissible sign area may be increased to eighty (80) square feet where maximum projection from the face of the building is two (2) feet or less, sixty (60) square feet where projection is more than two (2) and less than three (3) feet, and forty (40) square feet where projection is at least three (3), but not more than four (4) feet the aggregate area of such signs shall be included as part of aggregate wall sign area, as limited above.

Ground/freestanding signs. Ground or freestanding signs, to the extent allowed subject to the limitations and restrictions set forth in Sections 10.4.5 and 10.8, shall be limited to one (1) sign structure with no more than two (2) sign surfaces, neither of which shall exceed forty (40) square feet in sign area, for each establishment or for each one hundred (100) feet of street frontage. Permitted sign area may be cumulative, but no sign surface shall exceed one hundred (100) square feet. Maximum height limitation shall be twenty (20) feet including embellishments, measured from the crown of the nearest adjacent local or arterial street, not including limited access highways or expressways, provided, however, that the planning and zoning director may, pursuant to a Class II Special Permit, increase the measurement of the crown by up to five (5) feet to accommodate unusual or undulating site conditions.

Directional signs, number and area. Directional signs, which may be combined with address signs but shall bear no advertising matter, may be erected to guide to entrances, exits, or parking areas. Not more than one (1) such sign, not exceeding five (5) square feet in area, shall be erected per entrance, exit, or parking area.

3.   Notwithstanding the provisions set forth herein, where there are commercial, service or retail uses in a structure which may not be seen directly from the public right-of-way, but have direct access from a courtyard or open space which abuts a primary pedestrian pathway, a free-standing directional sign containing the names of all the establishments concealed from direct view may be erected which may be combined with a location map of the complex. Not more than one (1) such sign, not exceeding twenty (20) square feet in area, shall be erected per entrance, exit, or parking area.

4.   Community or neighborhood bulletin boards or kiosks: Shall be permissible only by Class I Special Permit, as provided at section 10.3.1.6. In the case of flat bulletin boards, the area of such boards shall not exceed twenty-five (25) square feet; and, in the case of kiosks, such structures shall not exceed a plan section area of ten (10) square feet and an overall height (including architectural embellishments) of ten (10) feet.

*10.6.3.9. SD-9 Biscayne Boulevard North Overlay District.*

Biscayne Boulevard North is one of the major gateways to the City of Miami. This overlay district is of special and substantial public interest because of the need to upgrade the amenities and visual qualities of the boulevard. It is intended that future public and private development shall respect and enhance this gateway role by providing well landscaped development along the boulevard; to encourage appropriate development and to assure appropriate uses along the boulevard by modifying the use regulations of underlying districts.

Sign Regulations: Sign limitations shall be as for the underlying district, except for properties which have direct frontage along Biscayne Boulevard or which have frontage within one hundred (100) feet of Biscayne Boulevard, in which case sign limitations shall be as provided below:

1.   General limitations.

a)   Signs more than fifteen (15) feet above grade, but less than fifty (50) feet above grade. Signs erected with their lowest portions more than fifteen (15) feet above grade

shall be limited to those identifying the building and the nature of the establishments it contains. Except as provided below, only one (1) such sign, not exceeding fifty (50) square feet in area for every one hundred fifty (150) feet of length of building wall oriented toward the street, shall be permitted. In addition to the Class II Special Permit required for such signs, referral to the urban development review board shall be mandatory for signs fifteen (15) feet above grade that exceed the allowable fifty (50) square feet of sign area. Area of such signs shall in no case exceed one and one-half (1.5) square feet for each lineal foot of building wall frontage on a street.

b)  Signs fifteen (15) feet or less above grade; limitations on number and area. Wall signs (not including signs in glassed areas of windows or doors) and projecting signs erected with their highest portion fifteen (15) feet or less above grade shall be limited in total area to twenty (20) square feet, except as otherwise specifically provided herein (see section 3 below). Signs in glassed areas of windows and doors shall not exceed ten (10) percent of the glassed area of the window or door involved.

2.  Detailed limitations, wall signs, projecting signs, window signs.

a)  Within twenty (20) square feet maximum allowable, at or below fifteen (15) feet above grade, the following limitations shall apply to number and area of signs. Not more than one (1) wall sign may be erected per establishment unless the establishment has frontage along two (2) streets, in which case two (2) wall signs shall be permitted, one (1) on each wall fronting a street, and the maximum area of any such sign shall be twenty (20) square feet. Not more than one (1) projecting sign, other than a marquee sign, shall be erected, with no more than two (2) surfaces, neither of which shall exceed twenty-five (25) square feet in area. No such sign structure shall extend more than three (3) feet from the wall of the building. Marquee signs shall be limited to one (1) per establishment and three (3) square feet in sign area.

3.  Directional signs, number and area. Directional signs, which may be combined with address signs, but shall bear no advertising matter, may be erected to guide entrances, exits or parking areas. Not more than one (1) such sign, not exceeding five (5) square feet in area, shall be erected per entrance, exit or parking area.

4.  Community or neighborhood bulletin boards or kiosks. Community or neighborhood bulletin boards or kiosks shall be permissible only by Class I Special Permit, as provided at section 10.3.1.6. In the case of flat bulletin boards, the area of such boards shall not exceed twenty-five (25) square feet; and, in the case of kiosks, such structures shall not exceed a plan section area of ten (10) square feet and an overall height (including architectural embellishments) of ten (10) feet.

5.  Prohibited signs. Balloon signs and ground or freestanding signs, except for temporary signs.

Notwithstanding the above, when a single building consists of multiple establishments opening up to the outdoors, the following shall apply:

Wall signs: The building in which the establishments are located shall be allowed one (1) wall sign, limited to a building identification sign, not exceeding fifty (50) square feet in area, for each face of the building oriented toward the street; and in addition, each individual establishment within a building, that has a separate entrance to the outdoors (available to the general public, whether on the ground floor or on an upper level), and a minimum frontage of twenty (20) linear feet to the outdoors, shall be allowed the following signs:

a)  A wall sign not to exceed twenty (20) square feet in area;

b)  Window signs not to exceed twenty (20) percent of the glass area of the window or glass door in which placed; such window signs may be painted or attached, the number of such signs is not limited by these regulations, but aggregate area shall be included as part of aggregate wall sign area, as limited above.

c)  An awning sign, limited to the skirt or bottom edge of the awning; letters, emblems, logos or symbols not to exceed six (6) inches in height.