# EXHIBIT B

1823

**FILED**
San Francisco County Superior Court

JAN 2 7 2006

GORDON PARK-LI, Clerk
BY: _____
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

IMAGED

JAN 2 7 2005

| | |
|---|---|
| MICHAEL NADELMAN and AMINTA NADELMAN,<br><br>  Plaintiffs,<br><br>  v.<br><br>HI TECH DESIGNS, INC., a corporation; QUICKDRAW PERMIT CONSULTING, a business entity of unknown form; LEONARD B. PAUL, individually and doing business as HI TECH DESIGNS, a sole proprietorship; DAVID FRANCIS SCHMIDT and JACK MILFORD KOCH, individually and doing business as THE INSTALLATION DEPARTMENT, a partnership; JEREMY PAUL, individually and doing business as QUICKDRAW CONSULTING; MONTE STOTT, P.E.; INDEMNITY COMPANY OF CALIFORNIA; AMERICAN CONTRACTORS INDEMNITY COMPANY;<br><br>  Defendants. | Court No. 402263<br><br>JUDGMENT AFTER COURT TRIAL |

JUDGMENT AFTER COURT TRIAL        - 1 -

The above-entitled cause came on regularly for court trial on August 30, 2004, in Department 611 of the above-entitled court, the Honorable Diane Elan Wick, Judge presiding, a trial by jury having been waived by the parties. Michael Brooks Carroll, Esq., appeared as counsel for plaintiffs Michael Nadelman and Aminta Nadelman; James B. Kraus, Esq., and Andrew M. Zacks, Esq., appeared as counsel for defendant Jeremy Paul, individually and doing business as Quickdraw Permit Consulting.

Upon consideration of the evidence presented at trial, the written submissions by the parties, good cause appearing, and in accordance with its statement of decision, the court hereby renders judgment as follows:

IT IS ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of plaintiff MICHAEL NADELMAN and plaintiff AMINTA NADELMAN, and against defendant JEREMY PAUL, individually and doing business as Quickdraw Permit Consulting, for actual damages in the amount of $100,000.00.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of plaintiff MICHAEL NADELMAN and plaintiff AMINTA NADELMAN, and against defendant JEREMY PAUL, individually and doing business as Quickdraw Permit Consulting, for restitution in the amount of $1,226.50.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of plaintiff MICHAEL NADELMAN and plaintiff AMINTA NADELMAN and against defendant JEREMY PAUL, individually and

1825

1  doing business as Quickdraw Permit Consulting, for punitive damages in the
2  amount of $109,049.00.
3       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that
4  plaintiff MICHAEL NADELMAN and plaintiff AMINTA NADELMAN as the
5  prevailing parties in this action recover from defendant JEREMY PAUL,
6  individually and doing business as Quickdraw Permit Consulting, costs and
7  disbursements taxed in the amount of $ 447,932.40 , including
8  attorneys fees, if any, awarded plaintiffs pursuant to noticed motion.

10  Dated: January 27, 2006

            _____
            Diane Elan Wick
            Judge of the Superior Court

---

JUDGMENT AFTER COURT TRIAL

- 3 -

1826

## Superior Court of California
County of San Francisco

| | |
|---|---|
| MICHAEL NADELMAN, et al. | Case Number: CGC-01-402263 |
| Plaintiff(s) | |
| vs. | **CERTIFICATE OF MAILING** (CCP 1013a (4)) |
| HI TECH DESIGNS, INC., et al. | |
| Defendant(s) | |

I, Karissa Shaw, a Deputy Clerk of the Superior Court of the County of San Francisco, certify that I am not a party to the within action.

On January 27, 2006, I served the attached; (1) STATEMENT OF DECISION, (2) JUDGMENT AFTER COURT TRIAL & (3) NOTICE OF ENTRY OF JUDGMENT by placing copies thereof in sealed envelopes, addressed as follows:

**GREG J. GLASER, ESQ.**
LAW OFFICE OF MICHAEL B. CARROLL
300 Montgomery Street, Suite 415
San Francisco, CA 94104

**JAMES B. KRAUS, ESQ.**
ZACK UTRECHT & LEADBETTER, P.C.
235 Montgomery Street, Suite 1130
San Francisco, CA 94104

I then placed the sealed envelopes in the outgoing mail at 400 McAllister Street, San Francisco, CA. 94102 on the date indicated above for collection, attachment of required prepaid postage, and mailing on that date following standard court practices.

Dated: January 27, 2006

GORDON PARK-LI, Clerk

By: _Karissa Shaw_
Karissa Shaw, Deputy Clerk