# EXHIBIT D-5

The closest Bus Shelter Sign to the Outdoor Media Sign shown in <u>Photo 7a</u> is shown in <u>Photo 6b</u>.



Photo 1a

EXHIBIT "D"

Brill Declaration EXHIBIT E
-84-



EXHIBIT "E"



Case 3:07-cv-06067-JSW  Document 69-9  Filed 08/29/2008  Page 7 of 18





# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

I am employed in the County of Orange, State of California, and I am over the age of eighteen, and not a party to the within entitled action. My business address is Fisher & Associates, P.C., 537 Newport Center Dr., #289, Newport Beach, California 92660. On August 26, 2005, served the following documents **DECLARATION OF WILLIAM KUNZMAN SUBMITTED IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**, on the parties in this action as follows:

| | |
|---|---|
| Rockard J. Delgadillo<br>Jeri L. Burge, Sr.<br>Kenneth T. Fong<br>200 N. Main St.<br>1800 City Hall East<br>Los Angeles CA 90012-4130<br>Office: 213/978-8239<br>Fax:    213/485-978-8090 | ATTORNEYS FOR DEFENDANT<br>CITY OF LOS ANGELES |

[ ]  (BY MAIL) I caused each such envelope, with postage fully pre-paid, to be placed in the United States mail at Newport Beach, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service on the same day as it is placed for collection.

[ ]  (BY FACSIMILE) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as completed and without error. Pursuant to C.R.C. §2009(i), I either caused, or had someone cause, the transmission of the attached document(s) to the facsimile number shown on the service list.

[XX]  (BE PERSONAL SERVICE) I caused such document(s) to be delivered by courier to the addressee(s) on the same date as herein stated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. I further declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 26, 2005, at Newport Beach, California.

_____
TERRYL PULLIAM BURD

# Exhibit 15

Brill Declaration Ex. B
-90-



# Exhibit 16



# Exhibit 17



# Exhibit 18



**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276.

On August 12, 2008, I served two copies of the document described as **MOTION OF AMICUS CURIAE CBS-DECAUX, L.L.C, FOR LEAVE TO FILE SUPPLEMENTAL BRIEF TO REMEDY MISLEADING STATEMENTS BY METRO LIGHTS** on each interested party, as follows:

| Attorneys for Plaintiff-Appellee | Attorneys for Defendant-Appellant |
|---|---|
| Two copies as follows: | Two copies as follows: |
| One copy to | Rockard J. Delgadillo |
|  | Claudia McGee Henry |
| Paul E. Fisher, Esq. | Jeri L. Burge |
| The Law Offices of Paul E. Fisher | Kenneth T. Fong |
| 537 Newport Center Drive, Suite 289 | Office of the City Attorney of Los Angeles |
| Newport Beach, California 92660 | 700 City Hall East, 200 North Main Street |
|  | Los Angeles, California 90012 |
| One copy to |  |
| Laurence H. Tribe, Esq. |  |
| Hauser Hall 420 |  |
| 1575 Massachusetts Avenue |  |
| Cambridge, MA 02138 |  |

[X]  (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party, as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Irell & Manella LLP, Los Angeles, California. I am readily familiar with Irell & Manella LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

Executed on August 12, 2008, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____        _____
Patricia Zavad
(Type or print name)                                       (Signature)

1914400