# EXHIBIT A-3

B.  At the discretion of CONTRACTOR, the Automatic Public
Toilets may be coin-operated or operated by
magnetically-coded debit cards (similar to that
currently used on the BART system). In addition, the
Automatic Toilets may be operated by another revenue
collection system approved by the Director, which
approval shall not be unreasonably withheld. If
CONTRACTOR adopts a magnetic card system or other
system, the program for distribution of such cards
shall be subject to the reasonable approval of the
Director.

C.  CONTRACTOR shall provide to the CITY a minimum of
ten-thousand (10,000) tokens or cards which can be
used to operate the Automatic Public Toilets.
CONTRACTOR will distribute these tokens or cards
through non-profit agencies to the homeless. As
these tokens or cards are collected by the
CONTRACTOR, they will be re-used for the purposes
described in this Paragraph. From time to time,
CONTRACTOR will provide additional tokens or cards,
as necessary in CONTRACTOR's reasonable judgment, to
replace lost tokens so that the estimated total in
circulation remains approximately ten thousand
(10,000) tokens.

5.09.  Parking and Traffic Restrictions.  CONTRACTOR shall
install all Automatic Public Toilets and Public Service
Kiosks whenever possible at hours of minimum pedestrian
activity or at such hours as are approved by CITY. The
Director will assist CONTRACTOR in obtaining from the
Department of Parking and Traffic clearance to park
CONTRACTOR's vehicles without penalty while CONTRACTOR is
conducting installation and maintenance of the Automatic
Public Toilets and Public Service Kiosks.

5.10.  Public Service Use of Public Service Kiosks.  One side of
each of the Public Service Kiosks licensed pursuant to
this Agreement shall not be used to display commercial
advertising, but shall be used for public services as
provided in this Section. CONTRACTOR shall determine
which of the three sides of each Public Service Kiosk is
devoted to public service.

A.  Newsstand Kiosks.  Approximately sixty-five (65) of
the Public Service Kiosks in the Initial Phase may be
used as newsstands ("Newsstand Kiosks") and may
replace existing newsstands operated by the San
Francisco Newspaper Agency (the "Agency") or others.

CONTRACTOR shall use its best efforts to obtain the permission of the Agency to replace its existing newsstands with a Public Service Kiosk which the Agency would continue to operate as a newsstand. CONTRACTOR intends to engage the Agency, which performs distribution functions for The San Francisco Chronicle, The San Francisco Examiner, and The San Francisco Sunday Examiner and Chronicle, to sell newspapers from the Newsstand Kiosks, subject to the requirements of this Agreement. CONTRACTOR shall use best efforts to cause the Agency, either itself or through a vendor's union or association, to carry and offer for sale in the Newsstand Kiosks various newspapers, based on a constitutional, non-content based allocation scheme such as frequency of circulation, with particular emphasis on satisfying customer interest and demand and maximizing income to the Agency or other vendor. The parties acknowledge and agree that the Agency or other vendor cannot carry and offer for sale all newspapers due to space limitations.

B. **Interactive Media Kiosks.** Up to twenty-five (25) of the Public Service Kiosks in the Initial Phase may, at the option of CITY, be designated to accommodate an interactive media terminal which would provide information and could also process transactions, such as payment of parking fines, renewing municipal licenses, or purchasing tickets to cultural or sport events ("Interactive Media Kiosks"). Such interactive media terminals shall be designed to fit at a reasonable cost within the shell of CONTRACTOR'S standard Public Service Kiosk. At CITY's sole option, CITY may provide the interactive media terminals itself or through a separate contract with an interactive media provider. CITY's option to require CONTRACTOR to provide Interactive Media Kiosks shall be exercised, if at all, prior to the Start Date or such later date as may be agreed upon jointly by CONTRACTOR and the Director. If CITY elects to require Interactive Media Kiosks, and if for any reason interactive media terminals are not provided, or the contract with the interactive media provider is terminated, CONTRACTOR's sole obligation shall be to replace the Interactive Media Kiosks, at no cost to the CITY, with Information Kiosks.

C. **Information Kiosks.** A Public Service Kiosk may be an Information Kiosk. The public service panel of the Information Kiosks may display public information,

maps, or cultural or public service announcements as
determined by CITY, which displays shall in all
events be of a non-commercial nature, except that
identification of any commercial sponsorship may be
up to ten percent (10%) of the display, contained in
a band along the bottom of the display poster.
Advertisements or announcements of or for nonprofit
cultural events or institutions shall be considered
to be of a non-commercial nature, so long as they
contain no identification of any commercial
sponsorship.  CITY shall have sole responsibility for
the selection, scheduling and coordination of all
materials to be displayed on the public service
panels of the Information Kiosks, and CITY is
expected at all times to use good judgment in
accepting any materials for such display.  CITY will
be responsible for the delivery to CONTRACTOR of the
information to be displayed, printed in the size
specified by CONTRACTOR and ready for installation,
and for the provision of any specific instructions
regarding the display locations for particular
posters; provided, however, that CONTRACTOR shall
provide maps pursuant to Section 2.08 of this
Agreement.  CONTRACTOR will be responsible for the
installation of such materials in designated
locations; provided, however, that CONTRACTOR may
only be required to install such materials on the
same day as it is otherwise installing new
advertising posters in such Information Kiosks, which
installation shall be performed at least monthly and
on a schedule which CONTRACTOR shall provide in
advance to CITY.

D.    **Public Art Kiosks; Contribution.**

(1)    **Public Art Kiosks.**  A Public Service Kiosk may
be a Public Art Kiosk.  The public service panel
of a Public Art Kiosk may be used solely for the
display of art, designs, photos and graphics
("Public Art") furnished by the Art Commission.
All Public Art display panels shall be back-lit
at all times that CONTRACTOR'S advertising
panels on such kiosk are back-lit.  All public
agencies or non-profit arts groups wishing to
display public art on the Public Art Kiosk
display panels shall contact the Art Commission
which will have sole responsibility for the
selection, scheduling and coordination of all
materials to be displayed on the Public Art
panels, except that the Port Director shall also

review and approve all Public Art displayed on kiosks on Port Property. The Art Commission will be responsible for the delivery to CONTRACTOR of the Public Art displays, printed in the size specified by CONTRACTOR and ready for installation, and for the provision of any specific instructions regarding the display locations for particular posters. CITY is expected at all times to use good judgment in accepting any Public Art for display on the Public Art Kiosks. Such displays shall in all events be of a non-commercial nature, except that identification of any commercial sponsorship may be up to ten percent (10%) of the display, contained in a band along the bottom of the Public Art display. CONTRACTOR will be responsible for the installation of the Public Art in designated locations; provided, however, that CONTRACTOR may only be required to install or remove such Public Art materials on the same day as it is otherwise installing new advertising posters in such Public Art Kiosk, which installation shall be performed no more than monthly and on a schedule which CONTRACTOR shall provide in advance to the Art Commission. CONTRACTOR shall use good faith efforts to carefully remove Public Art from the Public Art Kiosks and shall return any undamaged Public Art to the Art Commission; provided, however, that CONTRACTOR shall in no event be liable for damage to Public Art.

(2)  Contribution. CONTRACTOR agrees to pay the Art Commission the sum of Three Thousand Dollars ($3,000), as a Contribution toward the cost of reproduction or extended print runs of such public art materials. CONTRACTOR shall pay the first such Contribution without adjustment on the Start Date. In each succeeding year during the term of the Agreement, CONTRACTOR shall pay the Art Commission the Contribution, adjusted on January 1 each year based on the percentage change in the most recently published Consumer Price Index ("CPI") (Urban Wage Earners and Clerical Workers in San Francisco-Oakland Standard Metropolitan Statistical Area (1982-1984 = 100)) on or after the anniversary date of the Start Date of this Agreement.

E.  <u>Other Public Services</u>.  From time to time during the term of this Agreement, CONTRACTOR may develop and make available additional public services which can be incorporated into the Public Service Kiosks.  If such additional public services, including newspaper vending machines, and the terms and conditions upon which such services will be provided are agreed upon by the Director and CONTRACTOR, such new or additional public services may be a permitted use of the Public Service Kiosks hereunder.

F.  <u>Additional Public Service Kiosks</u>.  If CITY, in accordance with Section 2.04, <u>Automatic Public Toilets Required To Be Installed</u>, Paragraph C, <u>Maximum Requirement</u>, requires additional Automatic Public Toilets in excess of those in the Initial Phase, CITY, by notice to the CONTRACTOR, may designate the public service use of the associated additional Public Service Kiosks as Newsstand Kiosks, Information Kiosks, Public Art Kiosks or any combination thereof; provided, however that a maximum of one-half (1/2) of such additional Public Service Kiosks may be Newsstand Kiosks, and provided further that any increase in the number of Newsstand Kiosks above that in the Initial Phase shall be subject to the approval of the Agency or other vendor operating the Newsstand Kiosks.  If new or additional public services are agreed upon pursuant to Paragraph E of this Section 5.10, such public services may be provided in additional Public Service Kiosks in accordance with the terms and conditions agreed upon by the Director and CONTRACTOR.

5.11.  <u>Relocation Costs</u>.  CONTRACTOR's obligation to relocate or remove Automatic Public Toilets and Public Service Kiosks pursuant to Sections 2.06, <u>Relocation of Automatic Public Toilets</u>, and 3.06, <u>Relocation of Public Service Kiosks</u>, shall be subject to the provisions of this Section 5.11.  In any twelve-month period, CONTRACTOR shall be obligated to remove, at the CITY's direction, but at CONTRACTOR's cost and expense, <u>either</u> (i) one (1) Automatic Public Toilet, <u>or</u> (ii) up to three (3) Public Service Kiosks.  In the event that the Director orders the removal or relocation of any Automatic Public Toilet or Public Service Kiosk which would exceed the limits of CONTRACTOR's obligation for such twelve-month period, and if CITY nonetheless instructs the CONTRACTOR to remove or relocate such Automatic Public Toilet or Public Service Kiosk after CONTRACTOR notifies CITY that such limit will be exceeded, then CITY shall reimburse CONTRACTOR for the

costs incurred by CONTRACTOR in excess of such limit within one-hundred-twenty (120) days after submission of an invoice therefore by CONTRACTOR, accompanied by such supporting documentation as CITY may reasonably require. CONTRACTOR shall not be obligated to remove or relocate any such Automatic Public Toilet or Public Service Kiosk in excess of the limits provided in this Paragraph unless CITY provides a certification from its Controller that funds have been certified as available in the budget or by supplemental appropriation for such purpose. Even if CITY has the right to order the relocation of any Automatic Public Toilet or Public Service Kiosk at the cost of CONTRACTOR, CITY may nonetheless, subject to the foregoing provisions regarding reimbursement of CONTRACTOR, designate a particular relocation order to be at the cost of CITY or of a third party; provided that if the order is designated to be at the cost of a third party, assurances of payment, reasonably satisfactory to CONTRACTOR, shall be provided prior to such relocation.

Part 6.  **Accessibility Requirements.**

6.01.  **Accessibility.**  All Automatic Public Toilets and Public Service Kiosks shall be universally accessible.

6.02.  **Accessible Design.**  Design of Automatic Public Toilets shall comply with all applicable federal, state and local law and regulation for barrier-free design, including but not limited to the applicable provisions of the Uniform Fair Accessibility Standards (UFAS); the Americans with Disabilities Act, (ADA) (42 U.S.C. section 12101 et seq.); the Americans with Disabilities Act Accessibility Guidelines (See 28 CFR, Part 36); Title 24 of the California Code of Regulations, Part 2; the California State Accessibility Standards Interpretive Manuals; and all other applicable federal, state and local regulations. In the event of conflict between applicable laws and regulations, the more restrictive shall apply.

6.03.  **Path of Travel.**  Location of Automatic Public Toilets and Public Service Kiosks shall not obstruct the path of travel for persons with disabilities.  See DPW Orders 163,368 and 163,369 for the specific clearance requirements with which CONTRACTOR shall comply.

6.04.  **Approved Cleaning Products.**  CONTRACTOR shall only use cleaning products that meet all applicable laws and regulations pertaining to accommodation of chemical sensitivities.

6175\7.0
6/21/96

50.

6.05.    **Automatic Public Toilet Review Committee.**  There shall be
established an Automatic Public Toilet Review Committee
comprised of the following:  the Director, or another
employee of the Department of Public Works designated by
the Director; the Department of Public Works Disability
Coordinator; the Port Director, or another employee of the
PORT designated by the Port Director; up to three (3)
representatives of CONTRACTOR; and the following four
members who shall be appointed by the Mayor: one (1)
private citizen active in issues of importance to the
disabled community; one (1) representative from the
tourism industry; one (1) representative from the business
community; and one (1) representative knowledgeable in
issues affecting the homeless.  Meetings of the Committee
shall be scheduled by the Director or his designee as
necessary during the term of the Agreement to evaluate the
Automatic Public Toilet system and make recommendations to
CITY and CONTRACTOR with respect thereto.  If pursuant to
Section 5.07, **Vandalism of Automatic Public Toilets**,
CONTRACTOR gives notice to the CITY of a request to
negotiate possible modifications of the Agreement because
of excess costs of vandalism, the Committee shall meet and
make recommendations regarding possible modifications or
other means to reduce vandalism or misuse of the Automatic
Public Toilets.

6.06.    **Disabled Access Advisory Committee.**  CONTRACTOR shall
establish a Disabled Access Advisory Committee to meet
regularly to ensure that the Automatic Public Toilet
program fully serves the needs of the entire community.


Part 7.  **Miscellaneous Contract Provisions.**

7.01.    **San Francisco Office.**  CONTRACTOR shall maintain a fully
staffed business office within the CITY and County of San
Francisco in order to facilitate coordination between CITY
and CONTRACTOR.  This office shall serve as CONTRACTOR's
western United States headquarters and training center.
All training conducted by CONTRACTOR on and for the
western United States shall take place at this center.

7.02.    **Conflict of Interest.**  CONTRACTOR states that it is
familiar with provisions of Section 8.105 of the Charter
of CITY, and Section 87100 _et seq_. of the Government Code
of the State of California, and certifies that it does not
know of any facts which constitute a violation of said
provisions.

7.03. <u>Other Agreements between CITY and CONTRACTOR</u>. CONTRACTOR agrees that to the best of its knowledge and belief neither it nor any of CONTRACTOR's employees has any interest, however remote, in any other agreement with CITY, whether or not such agreement is with CONTRACTOR's firm, affiliate firms, or through separate employment. Failure to disclose such information may result in termination of this Agreement pursuant to Section 1.19, <u>Event of Default; Remedies</u>, herein.

7.04. <u>Assignment</u>. This Agreement and the rights granted therein may not be assigned by CONTRACTOR without the prior written consent of CITY, except as otherwise herein provided. The CITY's consent to any such assignment may be conditioned upon an increase in payments to be made by CONTRACTOR to CITY under this Agreement. If CONTRACTOR is a corporation, any dissolution, merger, consolidation, or other reorganization of CONTRACTOR's assets or operations, or the sale or other transfer of a controlling percentage of CONTRACTOR's capital stock, except by reason of death or mental incapacity, or the sale of fifty-one percent (51%) of the value of CONTRACTOR's assets, shall be deemed an involuntary assignment not requiring the CITY's approval or consent. The phrase "controlling percentage" shall mean the ownership of and the right to vote upon, stock possessing at least fifty-one percent (51%) of the total combined voting power of all classes of CONTRACTOR's capital stock issued, outstanding and entitled to vote for the election of directors.

7.05. <u>Binding Effect of Agreement</u>. This Agreement shall bind and inure to the benefit of the all successors or assigns of the parties hereto.

7.06. <u>Taxes</u>. CONTRACTOR shall pay all lawful taxes and assessments levied or assessed in connection with its operation under this Agreement.

7.07. <u>No Other Fees</u>. Except as expressly provided in this Agreement, and except for taxes, fees and charges duly imposed and of general applicability, no other tax, fee or charge imposed by the CITY shall be due to CITY from CONTRACTOR on account of the Automatic Public Toilets and Public Service Kiosks authorized hereunder, including, but not limited to, the installation, location or use thereof for advertising. In the event that such a tax, fee or charge is imposed, CITY agrees to reimburse CONTRACTOR for the amount of any such tax, fee or charge.

6175\7.0
4/21/94

52.

7.08. <u>Legal Relationship</u>. The parties hereby declare that it is not their intention by this Agreement or any of the terms thereof to create a partnership, joint venture or agency relationship between them.

7.09. <u>Independent Contractor</u>.

A.  CONTRACTOR shall be deemed at all times to be an independent contractor and shall be wholly responsible for the manner in which CONTRACTOR performs the service required of CONTRACTOR by the terms of this Agreement. CONTRACTOR shall be liable for the acts and omissions of it, its employees and its agents. Nothing contained herein shall be construed as creating an employment or agency relationship between CITY and CONTRACTOR. Terms in this Agreement referring to direction from CITY shall be construed as providing for direction as to policy and the result of CONTRACTOR's work only and not as to the means by which such a result is obtained.

B.  Should the CITY, in its discretion, or a relevant taxing authority such as the Internal Revenue Service or the State Employment Development Division, or both, determine that CONTRACTOR is an employee for purposes of collection of any employment taxes, the amounts payable under this Agreement shall be reduced by amounts equal to both the employee and employer portions of the tax due (and offsetting any credits for amounts already paid by CONTRACTOR which can be applied against this liability). The CITY shall then forward those amounts to the relevant taxing authority.

C.  A determination of employment status pursuant to the preceding paragraph shall be solely for the purposes of the particular tax in question, and for all other purposes of this Agreement, CONTRACTOR shall not be considered an employee of the CITY. Notwithstanding the foregoing, should any court, arbitrator, or administrative authority determine that CONTRACTOR is an employee for any other purpose, then CONTRACTOR agrees to a reduction in the CITY's liability resulting from this Agreement pursuant to principles similar to those stated in the foregoing paragraphs so that the total expenses of the CITY under this Agreement shall not be greater than they would have been had the court, arbitrator, or administrative authority determined that CONTRACTOR was not an employee.

6175\7.0
6/21/96

53.

7.10.   **Qualified Personnel.**  Work under this Agreement shall be performed only by competent personnel under the supervision of and in the employment of CONTRACTOR. CONTRACTOR will conform with CITY's reasonable requests regarding assignment of personnel, but all personnel, including those assigned at CITY's request, shall be supervised by CONTRACTOR.

7.11.   **Equal Employment Opportunity and Business Practices; Liquidated Damages.**

A.   CONTRACTOR agrees to comply fully with the provisions of Section 12B.2 of the San Francisco Administrative Code, effective as of the date hereof.  Said provisions are incorporated herein by reference and made a part of this Agreement as though fully set forth.

B.   CONTRACTOR shall make good faith efforts to use the services of Minority Business Enterprises and Women Business Enterprises in the service agencies, suppliers, contractors and subcontractors utilized in the performance of this Agreement.  The terms "good faith efforts", "Minority Business Enterprise", and "Women Business Enterprise" shall have the meanings set forth in Section 12D.5 of the San Francisco Administrative Code as of the date hereof, the provisions of which are incorporated herein by reference and made a part of this Agreement as though fully set forth.

C.   CONTRACTOR shall demonstrate hiring practices to include minorities, people with disabilities, and homeless.  Except as expressly set forth above, it is agreed that this Agreement is not subject to the provisions of San Francisco Administrative Code Sections 12B and 12D.

D.   CONTRACTOR agrees to prepare and submit to CITY within twelve (12) months after the Start Date of this Agreement a written report of efforts undertaken by CONTRACTOR to obtain and use the services of Minority Business Enterprises and Women Business Enterprises in the service agencies, suppliers, contractors and subcontractors utilized in the performance of this Agreement. Thereafter, CONTRACTOR shall submit such reports to CITY upon request.

7.12.   **MacBride Principles--Northern Ireland.**  The CITY urges companies doing business in Northern Ireland to move

6175\7.0
4/21/94

54.

towards resolving employment inequities, and encourages such companies to abide by the MacBride Principles. The CITY urges San Francisco companies to do business with corporations that abide by the MacBride Principles.

7.13.   <u>Tropical Hardwood Ban</u>. The CITY urges contractors not to import, purchase, obtain, or use for any purpose, any tropical hardwood or tropical hardwood product.

7.14.   <u>Resource Conservation</u>. Reports required to be submitted under this Agreement shall be on recycled paper and printed on double-sided pages to the maximum extent possible.

7.15.   <u>Non-Waiver of Rights</u>. The omission by either party at any time to enforce any default or right reserved to it, or to require performance of any of the terms, covenants, or provisions hereof by the other party at the time designated, shall not be a waiver of any such default or right to which the party is entitled, nor shall it in any way affect the right of the party to enforce such provisions thereafter.

7.16.   <u>Modification And Amendment of Agreement</u>. This Agreement may be modified or amended only by a written instrument signed by both CITY and CONTRACTOR, nor may compliance with any of its terms waived, except by written instrument executed and approved in the same manner as this Agreement.

7.17.   <u>Section Headings</u>. The section headings contained herein are for convenience in reference and are not intended to define or limit the scope of any provision hereof.

7.18.   <u>Agreement Made in California; Venue</u>. The formation, interpretation and performance of this Agreement shall be governed by the laws of the State of California, excluding its conflict of laws rules. Venue for all litigation relative to the formation, interpretation and performance of this Agreement shall be in San Francisco.

7.19.   <u>Construction</u>. All paragraph captions are for reference only and shall not be considered in construing this Agreement.

7.20.   <u>Entire Agreement</u>. This Agreement, including all Appendices hereto, sets forth the entire Agreement between the parties, and supersedes all other oral or written provisions. This Agreement may be modified only as provided in Section 7.16, <u>Modification and Amendment of Agreement</u>.

IN WITNESS WHEREOF, the parties hereto have caused this agreement to be executed, in quintuplicate, by their duly authorized officers, on the day and year first herein above written.

CITY

CITY AND COUNTY OF SAN FRANCISCO, a California municipal corporation

Recommended by:

Vitaly B. Aroyan
Deputy Director,
Public Services

Approved as to Form:

LOUISE H. RENNE, City Attorney

By
Deputy City Attorney

Approved:

Dennis P. Bouey
Director,
Port of San Francisco

Approved:

John E. Cribbs
Director of Public Works

Approved:

Rudolf Nothenberg
Chief Administrative Officer

Approved:

Honorable Frank Jordan, Mayor

CONTRACTOR

JCDecaux United Street Furniture, Inc., a California corporation

249 Front Street
Address

San Francisco, CA          94111
City          State          Zip

I have read and understood Section 7.12, the City's statement urging companies doing business in Northern Ireland to move towards resolving employment inequities, encourage compliance with the MacBride Principles, and urging San Francisco companies to do business with corporations that abide by the MacBride Principles.

By
Signature

Jean-Francois Decaux
Name

Chief Executive Officer
Title

(415)          834-0128
Area Code   Phone Number

133673557
Federal Employer Number

**APPENDIX A**

**LOCATIONS OF GANNETT MARKET STREET KIOSKS**

**City and County of San Francisco**

**Department of Public Works**
Bureau of Street-Use and Mapping



## GANNETT'S MARKET STREET MUNI. KIOSK LOCATIONS

| | Location | Corner |
|---|---|---|
| 1. | Steuart/Market (2 Kiosks) | S.E. |
| 2. | Market/Steuart | S.W. |
| 3. | Market/Drumm | N.E. |
| 4. | Market/Front | N.E. |
| 5. | Market/Sansome | N.W. |
| 6. | Market/Beale | S.E. |
| 7. | Market/Montgomery | N.W. |
| 8. | Market/Grant | N.W. |
| 9. | Market/Grant | S.E. |
| 10. | Market/Powell | N.E. |
| 11. | Market/Powell | S.E. |
| 12. | Market/Mason | N.W. |
| 13. | Market/Mason | S.E. |
| 14. | Market/Third St. | S.E. |
| 15. | Market ( S/S ) Midblock 1st-2nd Sts. | |
| 16. | Market ( S/S ) Midblock 6th-7th Sts | |
| 17. | Market ( S/S ) Midblock 7th-8th Sts. | |
| 18. | Market ( S/S ) Midblock 8th-9th Sts. | |
| 19. | Market/7th St. | N.E. |
| 20. | Market/Hyde | N.E. |
| 21. | Market/Larkin | N.W. |
| 22. | Market/Polk | N.W. |
| 23. | Market/Van Ness | N.W. |
| 24. | Market/11th St. | S.W. |
| 25. | Market/10th St. | S.E. |

**APPENDIX B**

**PRELIMINARY LOCATIONS OF INITIAL PHASE
AUTOMATIC PUBLIC TOILETS**

City and County of San Francisco



Department of Public Works
Bureau of Street-Use and Mapping

## Proposed Locations for Pay Public Toilets
### (All Locations subject to Public Hearing)

1. St. Mary's Square
2. Mission and Geneva
3. 6th and Mission
4. Mission and Army
5. Mission and 24th
6. Twin Peaks Overlook
7. Judah and 9th
8. Haight and Masonic
9. Mission and 16th
10. 6th and Clement
11. Civic Center Plaza
12. Market and 7th
13. MaCauley Park (Larkin and O'Farrell)
14. Boedecker Park (Jones and Eddy)
15. Market and Powell
16. Geary and Powell
17. California and Van Ness
18. Grant and Columbus
19. Market and California
20. Pedestrian Promenade, South of the Agriculture Building
21. Justin Herman Plaza
22. Fisherman's Wharf (Near Pier 41)
23. Bay and Taylor
24. Jefferson and Taylor
25. Fisherman's Wharf (Near Hyde Street Pier)
26. Marginal Wharf at Pier 7
27. Beach and Hyde

**APPENDIX C**

**AUTOMATIC PUBLIC TOILET PLANS AND SPECIFICATIONS**

JCDecaux Automatic Self-Cleaning Public Toilet

# TABLE OF CONTENTS

GENERAL INFORMATION ................................................................................ 2

A. SPECIFICATIONS FOR EXTERIOR ........................................................ 2
  1. DIMENSIONS ........................................................................................ 2
  2. INFORMATION PANELS ...................................................................... 2
  3. COINER PANEL ..................................................................................... 3

B. SPECIFICATIONS FOR PUBLIC AREA .................................................. 3
  1. DIMENSIONS ........................................................................................ 4
  2. ACCESS ................................................................................................. 4
  3. PUBLIC DOOR ...................................................................................... 4
  4. PUBLIC AREA FLOOR .......................................................................... 4
  5. WALLS AND CEILING ........................................................................... 5
  6. TOILET BOWL ....................................................................................... 6
  7. BACKREST ............................................................................................ 6
  8. SINK ...................................................................................................... 6
  9. FEATURES ............................................................................................ 7
  10. LIGHTING ............................................................................................ 7
  11. VENTILATION ..................................................................................... 8
  12. HEATING .............................................................................................. 8

C. SPECIFICATIONS FOR THE TECHNICAL AREA .................................. 8
  1. ACCESS ................................................................................................. 9
  2. COIN BOX UNIT .................................................................................... 9
  3. MAIN COMPONENTS OF THE TECHNICAL AREA ........................... 9
  4. ROOF ..................................................................................................... 9
  5. SEWAGE .............................................................................................. 10
  6. RAINWATER ........................................................................................ 11
  7. DISINFECTION .................................................................................... 11
  8. EQUIPMENT PROTECTION ............................................................... 11

D. SPECIFICATIONS FOR INSTALLATION OF THE UNIT ...................... 11
  1. FOUNDATION ..................................................................................... 12
  2. SEWAGE .............................................................................................. 12
  3. WATER SUPPLY .................................................................................. 12
  4. TELEPHONE ........................................................................................ 12
  5. ELECTRICITY ...................................................................................... 12

E. DRAWINGS ............................................................................................ 13

## GENERAL INFORMATION

The JCDecaux automatic public toilet is a self-cleaning oval-shaped self-contained structure with three main components:

A) Exterior
B) Interior Public Area
C) Technical Area

## A. SPECIFICATIONS FOR EXTERIOR

The unit is constructed of a concrete shell with decorative exterior panels of painted textured aluminum, an aluminum door, cast iron base and coiner panel, glass-covered information panels, and a fiberglass roof.

From the exterior, the public area is accessed by a coin-operated automatic door and the technical area is accessed by a door operated by an infrared device. The location of each unit will be selected to provide easy access for the public and the maintenance crew.  A minimum clearance of 3.5' is necessary to open the two doors of the glass information panels and the technical door.

### 1. DIMENSIONS

The overall exterior dimensions of the unit are approximately:

Height:  9'10"

Width:  Base:  7'1"
         Body:  6'10"

Length:  12'5"

Footprint Area:  77.5 square feet

Weight:  22,000 pounds

JCDecaux Automatic Self-Cleaning Public Toilet

## 2. INFORMATION PANELS

The two long sides of the unit each carry a 5.7' x 4' back-lit framed glass panel to display city information posters. The two panels are equipped with 4 fluorescent tubes diffused by translucent plastic. The posters are hung from the top and protected by the locked glass panels. The panels are hinged at the top and open at the bottom for mounting the posters.

## 3. COINER PANEL

The coiner panel is constructed of painted cast iron. It includes a coin slot and coin return, back-lit instructions in different languages (including Braille), the word *"TOILET"* in raised letters, an LED display indicating " *Vacant,*" "*In Use,*" "*Cleaning,*" "*Closed/Open From X:00 To X:00,*" "*Out Of Order,*" as well as additional information on how to use the public toilet.

## B. SPECIFICATIONS FOR PUBLIC AREA

### 1. DIMENSIONS

The public area has approximately 42 square feet of space.

### 2. ACCESS

Access to the public area is gained by a door that travels a quarter-circle sector, and is suspended from the ceiling and guided at the bottom. To gain access to the public area, the user inserts 25 cents or a special token into the coin slot, which activates the release of the door. This can occur only when the cleaning cycle is complete and the indicator panel shows "*Vacant.*"

### 3. PUBLIC DOOR

The public access door is a metal sandwich panel filled inside with rockwool. The exterior panel is made of painted textured aluminum and the interior of stainless steel. The door has a translucent window.

The door is electrically-powered, but it can be opened manually from inside in the event of an electric power failure or at any other time.

In case of emergency, a special key mechanism allows the public door to be opened from the exterior by authorized personnel (JCDecaux technicians, police, fire, or other security personnel).

The public door is approximately 7.3' high, 2.8' wide, and 2" deep.

To enter the unit: The door can be closed manually by the user, either by operating the interior door handle or by pushing a button. The door will not close, however, if the weight detection system in the unit has not registered a weight that is at least equivalent to the approximate weight of 55 lbs. If the user enters the unit but does not activate the door, it will close automatically after 10 seconds. The door will also close automatically after 60 seconds if a user has activated it from the exterior but has not yet entered the unit.

To exit the unit:. The public area door can be opened from the interior by two methods:

- By operating the interior handle which releases the opening catch, even in case of power failure.
- By operating either of two interior push plates on the wall adjacent to the door which releases the opening catch.   One is located at footrest level for wheelchair users or for an ill or injured user lying on the floor, the other at a height of 36".

The door contains a special sensitive feature that enables it to re-open automatically if pressure is applied to the edge.  The door will try to close again and will slow its movement at the precise location where it had made contact.

The door opens automatically after 20 minutes and stays open until the user leaves, as determined by the detection system.  If the user has not exited after five minutes more, an alarm rings in the unit, and the JCDecaux office is alerted that the door has remained open for too long.

After the user has exited – as determined by the unit's detection systems – the door will automatically close/lock for the unit's cleaning cycle prior to the next use.


## 4. PUBLIC AREA FLOOR

The public area floor is made of painted grooved aluminum.

The floor is fitted with an electronic weight detection system to detect the presence of a user in the public area.

The floor has a self-cleaning system which operates after each cycle, and is slightly inclined towards the bowl (at a maximum of 1/4 of an inch per foot) to facilitate drainage of the water during washing.  There is a gap of 3 inches between the floor and part of the wall under the sink and toilet bowl to allow water and dirt to be deposited in a specially-designed basin inside the technical area.

The floor can be removed for maintenance by means of a mechanism in the technical area.

JCDecaux Automatic Self-Cleaning Public Toilet

### 5. WALLS AND CEILING

The walls and ceiling are made of polished concrete protected by an anti-graffiti, anti-adhesive paint. The ceiling is fitted with the following features:

- Central light fixture.
- Ventilation exhaust.
- Red light that flashes when a user has been in the unit for 18 minutes, to warn him or her that the door will open in two minutes.

### 6. TOILET BOWL

The toilet bowl is made of enameled porcelain. The seat contains an antifreeze system to ensure that a comfortable temperature is maintained.

The toilet bowl and seat are automatically washed, disinfected and air-dried after each use. The bowl and seat retract into the wall, where sewage is released into a trap that is directly below the bowl when it is in this upright position. The seat and bowl are washed with high-pressurized water and a cleaning agent. After air drying, the mechanisms pivot back into the public area, and the bowl is refilled with clean water.

The cleaning cycle consumes approximately 1.3 gallons of water, and an additional .4 gallons of water are used to refill the bowl

The bowl is fitted with a weight sensitive device so that it will not retract (or will stop the retracting or cleaning cycle) if more than 6 pounds is detected on the front edge of the bowl.

The bowl retraction movement is inhibited if the bowl has not tilted after 12 seconds.

### 7. BACKREST

The painted aluminum backrest tilts back into the wall for cleaning, disinfecting, and air drying after each use. This is accomplished during the automatic self-cleaning cycle of the toilet bowl and seat.

## 8. SINK

The recessed sink contains an infrared sensor that detects the user's hands and triggers the automatic washing cycle — providing soapy water for washing, clear water for rinsing, and warm air for drying.

The water and dryer automatically shut off and cannot be activated after the 20 minute time limit for each user.

## 9. FEATURES

- Two coathooks mounted at two convenient heights.
- "Accordion feed" toilet paper dispenser stocking over 700 feet of paper.
- Built-in trash bin, capacity 4 gallons.
- Full-length oval mirror, dimensions 63" x 16".
- Audio instructions activated by a push button.
- Written instructions in Braille and multiple languages.
- Five grab bars, three of which exceed accessibility requirements.
- Door handle.
- One "Open/Close" push plate at 36".
- One "Open" push plate at floor level.
- Two 911 push buttons to connect a sick or injured user directly to 911 personnel. The buttons must be activated twice to connect to 911 — after the first activation an audio message asks the user to confirm that there is an emergency by pushing the button again.  One button is located above the large horizontal grab bar on the wall adjacent to the toilet, the other near the floor.  The speaker and microphone are built into the unit itself so that the user can communicate hands-free.  Instructions on and around the buttons describe how to use them.
- Audio message and warning light that are triggered when a user has remained in the unit for 18 minutes, signaling that the door will open in 2 minutes.

## 10. LIGHTING

### 10.1. Natural Lighting

Natural lighting is provided through two translucent windows -- one located in the public door and the other in the wall.

### 10.2. Artificial Lighting

Electric lights are mounted in the center of the ceiling.

## 11. VENTILATION

There are two types of ventilation:

### 11.1. Mechanical Ventilation

Air is exhausted from the public area through an opening located on the ceiling near the ceiling light. Fresh air is supplied to the public area via the ventilation panel which is located under the sink.

### 11.2. Natural Ventilation

Natural ventilation is available via an opening at the top of skydome and through free space under the door.

## 12. HEATING

The heating system is located in the technical area, and is thermostatically controlled. Heat is pumped into the public area through the ventilation panel located under the sink.

The heating system provides a minimum temperature of approximately 45°F when the public area is vacant and a temperature between approximately 55°F and 65°F when the public area is occupied.

## C. SPECIFICATIONS FOR THE TECHNICAL AREA

### 1. ACCESS

An aluminum door on the exterior of the unit gives access to the technical area, including the bowl and cleaning mechanism, the water tank/pump, space heater, programmable controller, electrical cabinet, water filter, and cleaning supplies.

The door is opened by means of an infrared key system used only by authorized personnel.

An aluminum panel surrounding the toilet bowl and backrest can be unlocked from the technical area to gain access to the mechanical cleaning and bowl retraction components from the public area.

### 2. COIN BOX UNIT

The cast aluminum coin box, meter, and cover are located behind the coiner panel next to the public access door.

They are mechanically locked and unlocked by JCDecaux technicians by means of an infrared system.

### 3. MAIN COMPONENTS OF THE TECHNICAL AREA

The technical area includes several subassemblies:

**3.1.** A mechanical assembly performing the following functions:

- Retraction of the toilet bowl and backrest
- Washing
- Drying

**3.2.** A cabinet housing the electronic components and the computer that monitors the unit's performance. Information about the unit's systems are transmitted to the computer via built-in sensors and devices that monitor all functions of the unit -- such as the drying duct that dries the toilet seat and backrest, the level of water in the trap and the water supply system, and the functioning and timing of all mechanical movements. In the event of the detection of any faults, the cleaning cycle is inhibited, the unit goes "Out Of Order", and the JCDecaux office is alerted for technical assistance.

Each main piece of electrical equipment – pumps, heater, motors – has its own fuse for security, while some smaller electrical components which don't run together are connected on the same fuse.

### 3.3. A water system including:

- 3 gallon tank.
- Centrifugal pump supplying the toilet bowl and floor washing system. This pump provides a constant supply of pressure to the washing mechanics.
- Back flow preventer.
- Internal circuit stopcocks, gatevalves and solenoid valves.

### 3.4. A ventilation system providing the following functions:

- Ventilation for the unit.
- Heating for the unit.
- Hand dryer system.

## 4. ROOF

The roof is constructed of molded fiberglass polyester.

The roof tilts upward to allow access to:

- Door mechanism.
- Water tank for the floor cleaning system.
- Electrical components for the lighting system of the information panels.
- Light fixture for the interior of the unit – if necessay, this can be removed for access through the ceiling to the public area.
- Emergency access to open the public door.

A small gap all along the roof and the two holes holding the decorative balls on the roof provide ventilation of the roof area.

## 5. SEWAGE

The trap is located just underneath the toilet bowl when it is in a vertical position. A 5" diameter U-bend connects directly to the sewer. The trap is fitted with a sensor that monitors the water level, in case of a U-bend clog. Just beyond the U-bend there is an air vent that connects to the roof.

## 6. RAINWATER

The unit is covered by an overhanging waterproof roof. A gutter located above the door and corner drains rainwater from the roof via a 2" pipe which discharges into the trap.

## 7. DISINFECTION

The disinfection system includes a dosage pump which mixes a premeasured amount of a cleaning agent with water to wash the toilet bowl, seat, backrest, and hand basin.

## 8. EQUIPMENT PROTECTION

- **Steel:** SA3 shot blasting and 80 micron metal plating, with a polyester powder paint.
- **Stainless Steel:** no protection necessary.
- **Aluminum:** degreased, cleaned and coated with a polyester powder paint, oven-blasted at 356°F, thickness 100 microns.
- **Concrete:** Interior walls are polished concrete, protected by anti-graffiti and anti-adhesive paint.

JCDecaux Automatic Self-Cleaning Public Toilet

## D. SPECIFICATIONS FOR INSTALLATION OF THE UNIT

### 1. FOUNDATION

The foundation consists of a reinforced concrete slab block which allows space for the connections to water, electricity, telephone and sewer systems. Each location must be selected to facilitate these connections.

The unit is bolted to the slab.

Total depth of excavation: approximately 3 feet.

The foundation is designed to be installed on stable ground, with a resistance of 1 bar. Soil resistance analysis may be required.

Concrete slab: 350 kg (771.75 pounds) cement per each meter$^3$ (1.093 yard$^3$) of concrete.

Total weight of the structure: approximately 22,000 lbs.

### 2. SEWAGE

A 5-inch pipe connects the unit to the sewer.

### 3. WATER SUPPLY

The minimum internal diameter of the water supply pipe is 1 inch.

### 4. TELEPHONE

The unit must be connected to local telephone lines for 911 calls and for the transmittal of information from the computer checking the operations of the unit to JCDecaux's local office.

## 5. ELECTRICITY

Electric power required is:

.  7 KVA  three phases 120/208V.  60HZ  (3 phases, 4 wires multiwire branch circuit with neutral grounded)
or:
.  7 KVA single phase  120V/ . 60HZ  (1 phase, 2 wires multiwire branch circuit with neutral grounded)
or:
.  7 KVA single phase  120V/240V . 60HZ  (1 phase, 3 wires multiwire branch circuit with neutral grounded)

There is a separate cabinet, accessible from the exterior, that contains the electric meter and a general fuse disconnect switch.

A ground mat will be placed below the foundation.

The user is never in contact with the electrical circuit inside the unit.  The push buttons requiring power are on low voltage 24V.