# EXHIBIT A-4



**JCDecaux United Street Furniture**
Copyright 1994



JCDecaux United Street Furniture
Copyright 1994



LONGITUDINAL VIEW

JCDecaux United Street Furniture
Copyright 1994



LONGITUDINAL VIEW

JCDecaux United Street Furniture
Copyright 1994



**JCDecaux United Street Furniture**
*Copyright 1994*

# FRONT VIEW



**JCDecaux United Street Furniture**
Copyright 1994



**FLOOR VIEW**

CLEAR FLOOR SPACE 30" X 48"

CLEAR FLOOR SPACE DIA 60"

JCDecaux United Street Furniture
Copyright 1994



TOP VIEW

JCDecaux United Street Furniture
Copyright 1994

APPENDIX D

PUBLIC SERVICE KIOSKS PLANS AND SPECIFICATIONS

**APPENDIX D-1**

**"PILLAR" STYLE NEWSTAND KIOSKS**

JCDecaux Public Service Kiosk incorporating a newsstand, *"Pillar"* Style

# TABLE OF CONTENTS

1. GENERAL INFORMATION ........................................................................... 2

2. TECHNICAL DESCRIPTION ........................................................................ 2
2.1. FOUNDATION ............................................................................................. 2
2.2. BASE ............................................................................................................ 2
2.3. NEWSSTAND FEATURES ......................................................................... 3
2.4. BODY OF KIOSK ......................................................................................... 3
2.5. ROOF ........................................................................................................... 3
2.6. ELECTRICITY ............................................................................................. 4
2.7. COLORS ...................................................................................................... 4
2.8. PROTECTION OF MATERIALS ................................................................. 5
2.9. DIMENSIONS ..............................................................................................

3. DRAWINGS

## 1. GENERAL INFORMATION

The *"Pillar"* style Public Service Kiosk incorporating a newsstand is an internally-lit columnar structure with two faces for commercial advertising, and a third face giving access to a newsstand operated by a vendor.

## 2. TECHNICAL DESCRIPTION

### 2.1. FOUNDATION

The foundation is a concrete anchor block with electric duct, J-bolts, and earth rod.
On a temporary basis the kiosk may be bolted to a steel base place on the surface of the sidewalk.

### 2.2. BASE

The cast iron base is protected by a coat of paint.

### 2.3. NEWSSTAND FEATURES

The face of the kiosk that incorporates the newsstand has two fiberglass polyester door panels that are hinged at the sides to open out from the center. These doors are fitted on the inside with newspaper display racks.

The newsstand is designed so that it is fully accessible to disabled vendors and patrons, with a clear floor space area of 48" x 30".

A 33" high, 20" deep counter forms the frontage of the newsstand. This counter is divided into two sections and pivots open from the middle to allow the vendor to enter and exit the newsstand.

For extra storage, the front of the counter has four tilting display racks. Additional display racks line the interior walls of the unit. There are two drawers under the counter for the vendor's use.

The ceiling is composed of colored fiberglass. Internal lighting is available at the discretion of the vendor, and there is extra interior electrical outlet.

Some newsstands can be equipped with a rolling door located in the ceiling instead of two swinging doors. In this configuration the doors and the counter do not protrude on the exterior.

## 2.4. BODY OF KIOSK

The body of the kiosk consists of:

- An interior steel frame structure composed of three main posts supporting the 4.7' diameter shaft, the roof, two exterior door panels, and the door frame of the newsstand.

- Each door panel is composed of two translucent thermal-formed panels that are positioned one above the other – they support the posters and diffuse the light.

- The door panel frames are made of decorative aluminum and of a Plexiglas cover that protects each of the two panels. The door panels are hinged at the top to open out from the bottom.

The panels are back-lit.

## 2.5. ROOF

The cylindrical roof of the kiosk is composed of molded fiberglass polyester. The roof is slightly rounded and is topped by a spire and ball.

There is also a special awning above the doors of the newsstand designed to protect the vendor and goods from rain. This is constructed of cast aluminum bars supporting reinforced glass.

JCDecaux Public Service Kiosk incorporating a newsstand, *"Pillar"* Style

### 2.6. ELECTRICITY

- Lighting: fluorescent tubes of 90 watts for posters, and additional lighting for the interior of the newsstand.
- Electrical box with circuit-breaking switch and power points. The meter box must be located outside the kiosk, or the consumption can be calculated on a lump sum basis.

### 2.7. COLORS

The kiosk is green, with a grey base. The spire and ball on top of the roof and the trim are gilded.

### 2.8. PROTECTION OF MATERIALS

- Steel: SA3 shot blasting, 80-micron metal plating.
- Aluminum: degreased, cleaned and coated with a polyester powder paint, oven-blasted at 356°F, thickness 100 microns.



**NEWSSTAND  KIOSK**
**Front view**
**Closed doors**

JCDecaux United Street Furniture
Copyright 1994



# NEWSSTAND KIOSK
## Closed doors

**JCDecaux United Street Furniture**
*Copyright 1994*



**NEWSSTAND KIOSK**

**JCDecaux United Street Furniture**
Copyright 1994



# NEWSSTAND KIOSK

**JCDecaux United Street Furniture**
Copyright 1994



**NEWSSTAND KIOSK**
**Section side view**
**Open doors**

**JCDecaux United Street Furniture**
Copyright 1994