# EXHIBIT A-5

**APPENDIX D-2**

**"HERITAGE" STYLE NEWSSTAND KIOSKS**

JCDecaux Public Service Kiosk incorporating a newsstand, *"Heritage"* Style

# TABLE OF CONTENTS

1. GENERAL INFORMATION ................................................................ 1

2. TECHNICAL DESCRIPTION.............................................................. 2

2.1. FOUNDATION................................................................................... 2
2.2. BASE................................................................................................ 2
2.3. NEWSSTAND FEATURES.............................................................. 2
2.4. BODY OF KIOSK ............................................................................ 3
2.5. ROOF............................................................................................... 3
2.6. ELECTRICITY ................................................................................. 4
2.7. COLORS .......................................................................................... 4
2.8. PROTECTION OF MATERIALS ..................................................... 5
2.9. DIMENSIONS................................................................................... 5

3. DRAWINGS

JCDecaux Public Service Kiosk incorporating a newsstand, *"Heritage"* Style

## 1. GENERAL INFORMATION

The *"Heritage"* style Public Service Kiosk incorporating a newsstand is an internally-lit columnar structure with two faces for commercial advertising, and a third face giving access to a newsstand operated by a vendor.

## 2. TECHNICAL DESCRIPTION

### 2.1. FOUNDATION

The foundation is a concrete anchor block with electric duct, J-bolts, and earth rod.
On a temporary basis the kiosk may be bolted to a steel base place on the sidewalk.

### 2.2. BASE

The decorated cast iron base is protected by a coat of paint.

### 2.3. NEWSSTAND FEATURES

The face of the kiosk that incorporates the newsstand has two fiberglass polyester door panels that are hinged at the sides to open out from the center. These doors are fitted on the inside with newspaper display racks.

The newsstand is designed so that it is fully accessible to disabled vendors and patrons, with a clear floor space area of 48" x 30".

A 33"high, 20"deep counter forms the frontage of the newsstand. This counter is divided into two sections and pivots open from the middle to allow the vendor to enter and exit the newsstand.

For extra storage, the front of the counter has four tilting display racks. Additional display racks line the interior walls of the unit. There are two drawers under the counter for the vendor's use.

**JCDecaux Public Service Kiosk incorporating a newsstand, "Heritage" Style**

The ceiling is composed of colored fiberglass. Internal lighting is available at the discretion of the vendor, and there is extra interior electrical outlet.

Some newsstands can also be equipped with a rolling door located in the roof instead of the two swinging doors. In this configuration the doors and counter do not protrude on the exterior.

## 2.4. BODY OF KIOSK

The body of the kiosk consists of:

- An interior steel frame structure composed of three main posts supporting the 4.7" diameter shaft, the roof, two exterior door panels, and the door frame of the newsstand.

- Each door panel is composed of two translucent thermal-formed panels that are positioned one above the other – they support the posters and diffuse the light.

- The door panel frames are made of decorative aluminum and of a Plexiglas cover that protects each of the two panels. The door panels are hinged at the top to open out from the bottom.

The panels are back-lit.

## 2.5. ROOF

The roof of the kiosk is composed of molded fiberglass polyester, and consists of three sections:

- Band divided into three faces, each carrying the name and seal of the city in gold color
- Crown-shaped dome
- Spire

There is also a special awning above the doors of the newsstand designed to protect the vendor and goods from rain. This is constructed of aluminum bars supporting reinforced glass.

### 2.6. ELECTRICITY

- **Lighting:** fluorescent tubes of 90 watts for posters, and additional lighting for the interior of the newsstand
- **Electrical box** with circuit-breaking switch and power points. The meter box must be located outside the kiosk, or the consumption can be calculated on a lump sum basis.

### 2.7. COLORS

The kiosk is green, with gold detailing.

### 2.8. PROTECTION OF MATERIALS

- **Steel:** SA3 shot blasting, 80-micron metal plating.
- **Aluminum:** degreased, cleaned and coated with a polyester powder paint, oven-blasted at 356°F, thickness 100 microns.

# DOOR OPENING
## NEWSSTAND KIOSK



FOOTPRINT : 23.5 sq.ft



ROOF                    BASE

**JCDecaux United Street Furniture**
Copyright 1994

JCDecaux Public Service Kiosk incorporating a newsstand, *"Pillar"* Style

## 2.9. DIMENSIONS

All dimensions are approximate:

Height to roof, not including spire: 14.4'

Height to awning: 8.7'

Diameter of body: 4.75'

Diameter of base: 5.5'

Diameter of roof: 6.6'

Width of open doors: 6.3'

Width of awning: 10'

Poster dimension: Height: 11.5'
                  Width: 4.4'

Visible viewing area of poster: Height: 11.3'
                                Width: 4.3'

Footprint: approximately 25 square feet

Weight: 3300 pounds

JCDecaux Public Service Kiosk incorporating a newsstand, *"Heritage"* Style

## 2.9. DIMENSIONS

All dimensions are approximate:

Height to roof:  17.6'

Height to band below roof:  12.8'

Height to awning:  8.7'

Diameter of body:  4.7'

Diameter of base:  5.5'

Diameter of roof:  6.6'

Width of open doors:  6.3'

Width of awning:  10'

Poster dimension:  Height:  11.5'
Width:  4.4'

Visible viewing area of poster:  Height:  11.3'
Width:  4.3'

Footprint:  approximately 25 square feet

Weight:  3300 pounds

# DOOR OPENING
# NEWSSTAND KIOSK



**JCDecaux United Street Furniture**
*Copyright 1994*



**NEWSSTAND KIOSK**
**Front view**
**Closed doors**

JCDecaux United Street Furniture
Copyright 1994



**NEWSSTAND KIOSK**
**Closed doors**

**JCDecaux United Street Furniture**
Copyright 1994



# NEWSSTAND KIOSK

**JCDecaux United Street Furniture**
Copyright 1994



# NEWSSTAND KIOSK

**JCDecaux United Street Furniture**
Copyright 1994



**NEWSSTAND KIOSK**
**Section side view**
**Open doors**

**JCDecaux United Street Furniture**
Copyright 1994

**APPENDIX D-3**

**"PILLAR" STYLE PUBLIC SERVICE KIOSKS**

# TABLE OF CONTENTS

1. GENERAL INFORMATION ........................................................................................................ 2

2. TECHNICAL DESCRIPTION ................................................................................................... 2
2.1. FOUNDATION ....................................................................................................................... 2
2.2. BASE ....................................................................................................................................... 2
2.3. BODY OF KIOSK ................................................................................................................... 2
2.4. ROOF ...................................................................................................................................... 3
2.5. ELECTRICITY ........................................................................................................................ 3
2.6. COLORS .................................................................................................................................. 3
2.7. PROTECTION OF MATERIALS .......................................................................................... 3
2.8. DIMENSIONS ......................................................................................................................... 4

3. Drawings

## 1. GENERAL INFORMATION

The 'Pillar' style Public Service Kiosk is an internally-lit columnar structure with three faces — two for commercial advertising and a third for a public service poster.

## 2. TECHNICAL DESCRIPTION

### 2.1. FOUNDATION

The foundation is a concrete anchor block with electric duct, J-bolts, and earth rod.
On a temporary basis the kiosk may be bolted to a steel base place on the surface of the sidewalk.

### 2.2. BASE

The cast iron base is protected by a coat of paint.  The base is bolted to the ground by a ring with ball bearings, which allows the column to rotate for the hanging of the posters.

### 2.3. BODY OF KIOSK

The body of the kiosk consists of:

- An interior steel frame structure composed of three main posts supporting the 4.7' diameter shaft, the roof, and three exterior door panels.

- Each door panel is composed of two translucent thermal-formed panels that are positioned one above the other — they support the posters and diffuse the light.

- The door panel frames are made of decorative aluminum and of a Plexiglas cover that protects each of the three panels.  The door panels are hinged at the top to open out from the bottom.

The panels are back-lit.

JCDecaux Public Service Kiosk, "Pillar" Style

The interior is equipped with electrical components for lighting.

As an option the kiosk -- body and roof -- can rotate. A small engine inside the kiosk develops the rotating movement. Any weight or force exceeding 10 DdaN applied on the kiosk will automatically stop the movement.

## 2.4. ROOF

The cylindrical roof of the kiosk is composed of molded fiberglass polyester. The roof is slightly rounded and is topped by a spire and ball.

## 2.5. ELECTRICITY

- Power supply: Single phase, 120V, 60 HZ
- Lighting: fluorescent tubes of 90 watts.
- Electrical panel consisting of a general fuse disconnecting switch, 2 circuit breakers with fuses, and ballasts for the fluorescent tubes.

## 2.6. COLORS

The kiosk is green, with a grey base. The spire and ball on top of the roof and the trim are gilded.

## 2.7. PROTECTION OF MATERIALS

- Steel: SA3 shot blasting, 80-micron metal plating.
- Aluminum: degreased, cleaned and coated with a polyester powder paint, oven-blasted at 356°F, thickness 100 microns.

## 2.8. DIMENSIONS

All dimensions are approximate:

Height to roof, not including spire:  14.4'

Diameter of column:  4.7'

Diameter of base:  5.5'

Diameter of roof:  6.6'

Poster dimensions:  Height:  11.5'
                     Width:  4.4'

Visible viewing area of poster:  Height:  11.3'
                                    Width:  4.3'

Footprint:  23.5 square feet

Weight:  2,600 pounds

## PILLAR KIOSK



FOOTPRINT : 23.5 sq.ft

Ø4'9"
1436

Ø5' 5" 3/4
1670

**JCDecaux United Street Furniture**
Copyright 1994

# DOOR OPENING
# PILLAR KIOSK



**JCDecaux United Street Furniture**
Copyright 1994

## PILLAR KIOSK



FOOTPRINT : 23.5 sq.ft

Ø4'9"
1438

14' 4"
4377

Ø5' 5" 3/4
1670

**JCDecaux United Street Furniture**
Copyright 1994

# PILLAR KIOSK

## TOP VIEW



Ø6' 7"
2000

**JCDecaux United Street Furniture**
*Copyright 1994*