# EXHIBIT A-6

APPENDIX D-4

"HERITAGE" STYLE PUBLIC SERVICE KIOSKS

# TABLE OF CONTENTS

1. GENERAL INFORMATION ................................................................ 2

2. TECHNICAL DESCRIPTION ............................................................ 2

2.1. FOUNDATION.............................................................................. 2
2.2. BASE........................................................................................... 2
2.3. BODY OF KIOSK .......................................................................... 2
2.4. ROOF ........................................................................................... 3
2.5. ELECTRICITY ............................................................................. 3
2.6. COLORS ...................................................................................... 3
2.7. PROTECTION OF MATERIALS .................................................. 3
2.8. DIMENSIONS............................................................................... 4

3. DRAWINGS

# 1. GENERAL INFORMATION

The *"Heritage"* style Public Service Kiosk is an internally-lit columnar structure with three faces -- two for commercial advertising and a third for a public service poster.

# 2. TECHNICAL DESCRIPTION

## 2.1. FOUNDATION

The foundation is a concrete anchor block with electric duct, J-bolts, and earth rod.
On a temporary basis the kiosk may be bolted to a steel base place on the surface of the sidewalk.

## 2.2. BASE

The decorated cast iron base is protected by a coat of paint. The base is bolted to the ground by a ring with ball bearings, which allows the column to rotate for the hanging of the posters.

## 2.3. BODY OF KIOSK

The body of the kiosk consists of:

- An interior steel frame structure composed of three main posts supporting the 4.7' diameter shaft, the roof, and three exterior door panels.

- Each door panel is composed of two translucent thermal-formed panels that are positioned one above the other -- they support the posters and diffuse the light.

- The door panel frames are made of decorative aluminum and of a Plexiglas cover that protects each of the three panels. The door panels are hinged at the top to open out from the bottom.

The panels are back-lit.

The interior is equipped with electrical components for lighting.

As an option the kiosk — body and roof — can rotate. A small engine inside the kiosk develops the rotating movement. Any weight or force above 10 DdaN applied on the kiosk will automatically stop the rotating movement.

## 2.4. ROOF

The roof is composed of molded fiberglass polyester, and consists of three sections:

- Band divided into three faces, each carrying the name and seal of the city in gold color
- Crown-shaped dome
- Spire

## 2.5. ELECTRICITY

- Power supply: Single phase, 120 V, 60 HZ
- Lighting: fluorescent tubes of 90 watt
- Electrical panel consisting of a general fuse disconnecting switch, 2 circuit breakers with fuses, and ballasts for the fluorescent tubes.

## 2.6. COLORS

The kiosk is green, with gold detailing.

## 2.7. PROTECTION OF MATERIALS

- Steel: SA3 shot blasting, 80-micron metal plating.
- Aluminum: degreased, cleaned and coated with a polyester powder paint, oven-blasted at 356°F, thickness 100 microns.

JCDecaux Public Service Kiosk, *"Heritage"* Style

## 2.8. *DIMENSIONS*

All dimensions are approximate:

Height to roof, not including spire:  17.6'

Height to band below roof:  12.8'

Diameter of column:  4.7'

Diameter of base:  5.5'

Diameter of roof:  6.6'

Poster dimension:  Height:  11.5'
Width:  4.4'

Visible viewing area of poster:  Height:  11.3'
Width:  4.3'

Footprint:  23.5 square feet

Weight:  2,600 pounds

# HERITAGE KIOSK



FOOTPRINT : 23.5 sq.ft

JCDecaux United Street Furniture
Copyright 1994

# DOOR OPENING
# HERITAGE KIOSK



FOOTPRINT : 23.5 sq.ft.

17'7" 5354

2'9"1/2 855

3'6" 1075

Ø65"3/4 Ø1670

5'1/2" 1538



ROOF

BASE

14'6" 4420

4'4"1/2 1335

3'5" 752

# HERITAGE KIOSK



FOOTPRINT : 23.5 sq.ft

**JCDecaux United Street Furniture**
Copyright 1994

# HERITAGE KIOSK

## TOP VIEW



Ø6' 7"
2000

**JCDecaux United Street Furniture**
*Copyright 1994*

APPENDIX E
FORM OF GUARANTY

GUARANTY

1.  For good and valuable consideration, the receipt of which is
    hereby acknowledged, the undersigned, JCDecaux USA, a
    Delaware corporation ("Guarantor") hereby guarantees,
    subject to the provisions of this Guaranty, the prompt and
    complete performance by JCDecaux United Street Furniture,
    Inc., a California corporation ("Contractor") of the
    Guaranteed Obligations (as defined in paragraph 2 below)
    contained in that certain agreement (the "Agreement") dated
    as of _____ between Contractor and the City and County of
    San Francisco ("City"), a copy of which is annexed hereto as
    Exhibit A.  This Guaranty includes the payment of all
    damages, costs and expenses which are recoverable by City
    from Contractor under the Agreement as a result of a breach
    of such Guaranteed Obligations.

2.  This Guaranty applies solely to the obligations of
    Contractor with respect to the initial installation of the
    Automatic Public Toilets (the "Guaranteed Obligations").  At
    such time as Contractor has completed the initial
    installation of each Automatic Public Toilet pursuant to the
    Agreement, or at such time as Contractor's obligation to
    install the Automatic Public Toilet has terminated for any
    reason, then Guarantor shall have no obligation under this
    Guaranty as to such Automatic Public Toilet, and this
    Guaranty shall automatically terminate.  For this purpose,
    Contractor shall be deemed to have completed the initial
    installation at such time as such Automatic Public Toilet is
    first available for use by the public.  Without limitation
    on the generality of the foregoing, in no event shall
    Guarantor be responsible or liable for any obligation of
    Contractor pursuant to Section 1.15 of the Agreement to
    indemnify or defend City for any damage, liability, cost or
    expense arising out of the negligence of Contractor or
    defective products.

3.  City shall take no action to enforce the provisions of this
    Guaranty unless and until an event of default has occurred
    under the Agreement with respect to the Guaranteed
    Obligations, the City has given written notice of such
    default as required under Section 1.19 of the Agreement and
    Contractor has failed to cure such default within the
    applicable cure period.  No right or action shall accrue on
    this Guaranty to any person or entity other than City.

4.  In the event legal action is brought by one party against the other arising out of or in connection with this Guaranty, the prevailing party shall be entitled to recover from the losing party its reasonable attorneys' fees and costs of suit.

5.  This Guaranty shall be governed by and construed in accordance with the laws of the State of California.

6.  Capitalized terms used herein, but not specifically defined herein, shall have the meaning set forth in the Agreement.


IN WITNESS WHEREOF the undersigned has executed this Guaranty this _____ day of _____, 1994.


                                    JCDECAUX USA, a Delaware
                                    corporation


                                    By:_____


                                    Its:_____

**APPENDIX F**

**MAP OF THE SAN FRANCISCO WATERFRONT**

MAP OF THE
WATERFRONT OF SAN FRANCISCO

# CITY AND COUNTY OF SAN FRANCISCO
## DEPARTMENT OF PUBLIC WORKS

### ORDER NO. 163,368

ESTABLISHING GUIDELINES FOR THE PLACEMENT OF PUBLIC SERVICE KIOSKS ON CITY STREETS AND PUBLIC PROPERTY.

Pursuant to Public Works Code Article 8, the Director of Public Works hereby establishes the following guidelines for the placement of public service kiosks on City streets and public property.

"Public Service Kiosk" means a free standing circular kiosk, the exterior of which is divided into three sections, two of which display advertising panels of approximately fifty (50) square feet each, and one of which provides access to a public service, such as public art, a newsstand, newsrack, display of map or local information, telephone booth, recycling bin, vending machine, interactive video information system, or other public service.

These guidelines are in addition to all provisions of the Public Works Code and are enforceable as part of Article 8.

I.   **APPLICATION AND APPROVAL:**

    A.   The application process is summarized in the following chart:



    B.   Application to install public service kiosks shall be submitted to the Department of Public Works. Applications shall consist of Location Drawings showing public service kiosk placement, together with an application fee of three hundred fifty dollars ($350.00). Location drawings shall include the following:

        1.   A twenty feet (20') to one inch (1") scale (20:1 scale) representation of the proposed public service kiosk site covering the area from the property line to the street centerlines at the nearest intersection. Mid-block sites can be shown with broken line ties.

        2.   All necessary street dimensions, such as sidewalk width, the location of any curb ramp and driveway and street width, and all surface structures, including hydrants, utility poles and catchbasins.

# CITY AND COUNTY OF SAN FRANCISCO
## DEPARTMENT OF PUBLIC WORKS

### ORDER NO.  163,368

3.      Electrical service connections and foundation details for public service kiosk.

4.      Location of utilities under and in the vicinity of the proposed kiosk site.

5.      Electrical and foundation plans shall be stamped and signed by an engineer registered with the State of California.

C.      Notification of application to install public service kiosks shall be sent to fronting businesses, property owners, San Francisco Municipal Railway and Department of City Planning.  Notices shall be posted within one hundred feet (100') of proposed public service kiosk site a minimum of ten (10) days prior to the hearing date.

D.      At the end of the ten days posting period, public hearing will be held by DPW for sites that received protest. The Director of Public Works or the Director's designee shall decide whether to issue permit after considering testimony received at the hearing.

E.      Applicant may request an exception for those public service kiosk sites which do not meet the guidelines set forth in this Order.  A request for an exception shall be considered at a public hearing conducted jointly by the Director's designee, a representative appointed by the Director of the Art Commission, and a representative appointed by the Director of City Planning.  The hearing shall be a public hearing for which notice shall be given as described in paragraph (C) above. The three hearing officers may authorize public service kiosks which do not comply with the guidelines if facts presented show that measures will be taken to minimize the impact of the kiosks or that the public toilet program benefits outweigh the anticipated impact.  The Art Commission's designee may require the request for exception be referred to the Art Commission if the proposed site has a major urban design impact on the City.

F.      For those public service kiosk sites that are denied , the applicant may appeal by writing within fifteen days of the denial to the Executive Director of the Board of Permit Appeals, City Hall, Room 154A, San Francisco, CA  94102 to request that the matter be considered by the Board of Permit Appeals.

II.      <u>PLACEMENT GUIDELINES</u>:

A.      All public service kiosks must conform to all applicable State, Federal and Local accessibility codes and regulations.  A minimum of four feet (4') of pedestrian clearance (free of all obstacles for a clear path of travel) must be maintained on the sidewalk at all times.  (Figure One) A minimum of six feet should be provided where sidewalk widths allow.

# CITY AND COUNTY OF SAN FRANCISCO
## DEPARTMENT OF PUBLIC WORKS

### ORDER NO. 163,368

B.   Public service kiosks may not intrude on pedestrian "clear zones" at corners.
Kiosks shall be set back a minimum of five feet (5') from edge of crosswalk.
(Figure Two)



FIGURE ONE:  Sidewalk Zones.     FIGURE TWO:  Corner Clear Zone

C.   Public service kiosks shall be placed not less than:

   1.   Eighteen (18") from the outside edge of the curb.  Overhangs of roof line
are permitted on all sides.  However, an overhang may not protrude to
within eighteen inches (18") of the edge of the curb except where overhang
is more than ten feet (10') above the surface of the sidewalk.  At no time
may overhangs protrude beyond face of curb.

   2.   Eight feet (8') from any fire escape and/or fire exit.

   3.   Five feet (5') from any fire hydrant, driveway, wheelchair ramp, blue zone
parking space, curb cut, crosswalk, pedestrian reservoir or corner.

   4.   Sixty feet (60') from any Muni transit shelter and/or Kiosk.

   5.   Five feet (5') from any certified street artist's designated area.

   6.   Sixty feet (60') from any public art work under the jurisdiction of the Art
Commission, except for public art on kiosks.

   7.   Forty inches (40") from any other structure not otherwise specified herein,
including but not limited to street light poles, parking meters, trees, etc.

D.   Public service kiosks shall not be placed on sidewalks which are less than twelve
feet (12') wide.

E.   Public service kiosks shall not be placed over any storm drain or similar structure.

F.   Public service kiosks shall not obstruct any traffic sign or traffic signal.

**CITY AND COUNTY OF SAN FRANCISCO**
**DEPARTMENT OF PUBLIC WORKS**

**ORDER NO.  163,368**

G.    Public service kiosks shall not be placed on medians or traffic islands.

H.    Three (3) public service kiosks may be placed at intersections on Market Street only if they replace existing newsstands.  Otherwise, no more than two (2) kiosks shall be placed at any Market Street intersection.

I.    Public service kiosks shall be placed not less than one hundred fifty feet (150') apart on any block face on Market Street.  Kiosks shall be placed at random, rather than in a fixed, predictable pattern.

J.    Public service kiosks shall not be installed where placement would significantly impede the flow of pedestrian traffic.  Kiosks which replace existing newsstands shall not worsen pedestrian congestion.  New kiosks shall not be placed where their placement would reduce the pedestrian level of service below Level D.

K.    Public service kiosks shall not intrude, obstruct, diminish or reduce a significant view or become overwhelming objects of key views including planned and significant street elements.

III.    **CONSTRUCTION REQUIREMENTS**

A.    The applicant shall obtain the required permits, if any, from regulating agencies of the State of California.

B.    The applicant shall contact the Department of Parking and Traffic at 25 Van Ness Avenue, phone 554-2300 for traffic requirements prior to beginning construction.

C.    The applicant shall conduct his construction operations in accordance with the requirements of Article 11 of the Traffic Code and the applicable sections under Section 110, Traffic Routing Work, of the Standard Specifications.

D.    The applicant shall call Underground Service Alert (U.S.A.) telephone number 1-800-642-2444, 48 hours prior to any excavation.

E.    Applicant shall be solely responsible for any damage to existing facilities.

F.    Construction must conform to all applicable City specifications and regulations.

John  E.  Cribbs
Director of Public Works

# CITY AND COUNTY OF SAN FRANCISCO
## DEPARTMENT OF PUBLIC WORKS

### ORDER NO.  163,368

RECOMMENDED:                                        APPROVED:

*[signature]*                                       *[signature]*

Denise M. Brady, Chief                              Vitaly B. Troyan
Bureau of Street-Use and Mapping                    Deputy Director, Public Services

Distribution

Outside B.S.M                                       Inside B.S.M
Dept Files (2)              Central Permit Bureau    J. Rodriguez -450 McAllister
Street Repair              Traffic - H. Quan         F. Casey - Inspector
SFPD - Traffic Survey      Attached List

JS/dl

APPROVED:  SEPTEMBER 8, 1993                        JOHN E. CRIBBS, DIRECTOR

JS163,368 DOC-A DISK