# EXHIBIT B

**City and County of San Francisco**



Gavin Newsom, Mayor
Edwin M. Lee, Director

Phone: (415) 554-6920
Fax: (415) 554-6944
TDD: (415) 554-6900
http://www.sfdpw.com

Department of Public Works
Office of the Director
City Hall, Room 348
1 Dr. Carlton B. Goodlett Place
San Francisco, CA  94102-4645

## PUBLIC SERVICE KIOSK PERMIT

### Permit Number 05PSK-001

Pursuant of Article 8 of the Public Works Code, permission revocable at the will of the Director of Public Works is hereby granted to: **JCDecaux San Francisco, Inc.** Attention: **Adam Solorzano, 1000 Quesada Avenue, San Francisco, CA 94124** to install Public Service Kiosks at the following location(s):

| Intersection | Corner |
|---|---|
| Castro/18th St., 12' north of 18th St. | NW |
| Market/Church St. 30' west of Church St. | NW |

**THE PERMITTEE HEREBY AGREES TO COMPLY WITH ALL REQUIREMENTS NOTED AS FOLLOW**

- The permittee shall submit to Bureau of Street-Use and Mapping a non refundable fees of $350.00 per structure for its processing and engineering services, and shall arrange for inspection at least two (2) business days in advance, with the Bureau of Street Use Mapping, telephone 554-5520, between the hours of 8:00 a.m. to 5:00 p.m.

- The permittee shall place Public Service Kiosks only at the exact locations and of the type shown on the plans of the general locations listed, to be submitted to and approved by DPW prior to installation.

- The permittee shall verify the locations of any City and public service utility company facilities that may be affected by the work authorized by this permit and shall assume all responsibility for any damage to such facilities due to the work. Permittee shall make satisfactory arrangements and payments for any necessary temporary relocation of City and public utility company facilities. Permittee shall comply with state law regarding one-call.

- All work shall be done by a licensed contractor and in accordance with the requirements of the Standard Specifications of the Bureau of Engineering, Department of Public Works, July 1986 Edition, including sidewalk and pavement cutting and removal, excavation, backfill, sidewalk and pavement restoration, and electric service.

- The permittee shall comply with all applicable Federal, State and local laws and codes such as, but not limited to disability access laws and codes.

- The permittee shall place public service kiosk in accordance with guidelines established by DPW Order No. 163,368.

- The permittee, by acceptance of this permit, agrees to comply with all contract provisions as evidence by Amended and Expanded Automatic Public Toilet and Public Service Kiosk Agreement approved by Board of Supervisors of San Francisco on December 8, 1998.

Distribution:
Outside of BSM

DCP – Steve Shotland
PUC – Marla Jurosek

APPROVED

Edwin M. Lee
Director of Public Works

By Robert Beck

Date 12/1/05