# EXHIBIT C-3

APPENDIX A







## TYPICAL POWER SERVICE FOR NEWSTAND

**NOTE:**
CONNECTION TO LIGHTING CIRCUIT THROUGH 5A. FUSE INSIDE DPW LIGHTING STANDARD HAND HOLE.



**PARSONS BRINCKERHOFF**

303 SECOND ST. SUITE 700N, SAN FRANCISCO, CA

| SCALE | DATE | SHEET |
|---|---|---|
| NONE | 03DEC98 | SKE-001 |



## TYPICAL POWER SERVICE FOR NEWSTAND
(UTILITY ONLY)

### NOTES:

1. REQUIREMENTS FOR MEETING SHALL BE COORDINATED WITH UTILITY.

2. SERVICE CONDUIT LOCATION AND SUB-OUT TO BE COORDINATED WITH UTILITY.



**PARSONS BRINCKERHOFF**

303 SECOND ST. SUITE 700N, SAN FRANCISCO, CA

| SCALE | DATE | SHEET |
|---|---|---|
| NONE | 03DEC98 | SKE-002 |

8. For single-family residences, the electric meter should normally be located in the same general area as the gas meter. Refer to Section 2, Figure 10, for required clearances.

9. All meter installations require prior PG&E review and approval. When meter(s) is (are) installed in a confined or enclosed area, a means (e.g., window, opening, etc.) to read the meter(s) from an external location should be provided.

## 4. Single Meter Sockets and Mounting - Single Residence, Underground

A. Single Metered Residence, 0 to 200 Amperes, 1Ø.

For a single underground residential service to be metered by a self-contained meter, the customer shall furnish, install, and maintain a 4-terminal socket similar to that shown in Figure 1 for 120V/240 V service (5-terminal for 120V/208 V service). PG&E's service conductors will be connected to termination lugs in the underground service termination section.



PG&E REQUIREMENTS →

Figure 1
Typical UG Service Termination Enclosure
Combination Meter Socket Panel (Residential 0-225 Amp)

| Socket Rating Amps | X Min. Dim. | Y Min. Dim. |
|---|---|---|
| Up to 125 | 8" | 4" |
| 200 | 11" | 5-1/2" |

Notes:

1. The socket and enclosure shall be specifically designed to receive service conductors from an underground supply system. Enclosures designed for either overhead or underground service entry are acceptable provided they meet all requirements for both types.

Electric                               Section 7
Metering Residential                   1995

## SINGLE METER SOCKETS



All sockets are rated 600V ac max. and either 100 or 200 amps continuous. All have a short circuit rating of 10,000 rms symmetrical amperes (watt-hour meter is not included in rating).

All single meter sockets are UL labeled and are supplied in surface mounted outdoor enclosures. Confirm local utility acceptance prior to order entry.




URS1018CH   URS212ACH

### SINGLE METER SOCKETS

| Continuous Duty Amp | Volts Ac | Carton Dimensions Inches | | | Weight (Lbs.) | Dimensions and Knockout Figure No. | Line and Load Wire Range Cu/Al | Hub or Hub Provision | Catalog Number | List Price | NAED Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | D | | | | | | | |
| **Ringless Type No By-Pass 1ø, 3W** | | | | | | | | | | | |
| 100 | 600 | 12-1/4 | 8-1/2 | 4-1/4 | 7 | A | #8 - 2/0 | Prov. only | URS101ACH | $72. | 00398 |
| 200 | | 19-1/2 | 11-1/2 | 5 | 13 | D | #6 - 250 MCM | None | URS211ACH | 125. | 00399 |
| 200 | | 15-1/2 | 11-1/2 | 5 | 13 | B | #6 - 250 MCM | None | URS212ACH | 125. | 00400 |
| 200 | | 15-1/2 | 8-1/2 | 5 | 11 | E | #6 - 250 MCM | 2 in. Hub | URS207HCH | 115. | 00401 |
| 200 | | 15-1/2 | 8-1/2 | 5 | 11 | E | #6 - 250 MCM | Prov. only | URS207BCH | 116. | 00402 |
| **Ringless Type with Main By-Pass 1ø, 3W** | | | | | | | | | | | |
| 200 | 600 | 15-1/2 | 8-1/2 | 5 | 11 | E | #6 - 250 MCM | Prov. only | URRS207BCH | 115. | 00403 |
| 200 | | 15-1/2 | 8-1/2 | 5 | 13 | B | #6 - 250 MCM | None | URRS212ACH | 138. | 00404 |
| **Ring Type No By-Pass 1ø, 3W (Supplied with stainless steel, snap type sealing ring)** | | | | | | | | | | | |
| 100 | 600 | 12-1/4 | 8-1/2 | 4-1/4 | 7 | A | #8 - 2/0 | 1-1/4 in. Hub | URRS101CCH | 74. | 00405 |
| 200 | | 18-1/2 | 11-1/2 | 5 | 14 | C | 1/0 - 350 MCM | Closure Plate | URRS213CCH | 132. | 00406 |

## ACCESSORIES FOR SINGLE METER SOCKETS




ARP0003CHJ   ARP0006CH2

## DIMENSIONS AND KNOCKOUT ILLUSTRATIONS



| Catalog Number | Description | List Price | NAED Number |
|---|---|---|---|
| | Hub Closure Plate | $8.40 | 00407 |
| | 1 in. Hub | 17.90 | 00408 |
| | 1-1/4 in. Hub | 17.90 | 00409 |
| | 1-1/2 in. Hub | 17.90 | 00410 |
| | 2 in. Hub | 29.00 | 00411 |
| | 2-1/2 in. Hub | 51.00 | 00412 |
| ARP0003CHJ | 5th Jaw Kit | 14.20 | 00413 |

❶ Bottom service cable entry only.
❷ Top service cable entry only.
❸ Suitable for either top or bottom service cable entry.
❹ 5th jaw can be installed in either the 3 or the 9 o'clock position.
❺ Carton quantity, 1.

NOTE: Dimensions shown are approximate. They represent inside dimensions of enclosure and do not include mounting bosses or cover extrusions.

DISCOUNT STYLE/SL 22-C0

E:T·N
BB-1

July 1995

# CUTLER-HAMMER SAFETY SWITCHES
## General Duty

**DP, DG**

### WHEN ORDERING SPECIFY
- Catalog Number

- UL listed, File E5239.
- Meets UL 98 for enclosed switches and NEMA Std. KS-1.
- Suitable as service entrance equipment, when applied with neutral or ground Lug Kit.

Type DP with Plug Fuse Provision

Type DG 60 Amperes, Rainproof

**FUSIBLE** — Higher Hp ratings apply when time delay fuses are used.

| System | Amperes | Type of Fuse Provision | Indoor Type 1 Enclosure | | Rainproof Type 3R Enclosure | | Maximum Horsepower | | | | Pack Quantity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Catalog Number | List Price | Catalog Number | List Price | Single Phase | | 3 Phase | dc | |
| | | | | | | | 120V | 240V | 240V | 250V | |
| **2 WIRE S/N (1 BLADE, 1 FUSE) 120 VOLTS AC** | | | | | | | | | | | |
| | 30 | Plug | DP111NGB | $ 41. | DP111NRB | $ 65. | 1/2 | ... | ... | ... | |
| **3 WIRE S/N (2 BLADES, 2 FUSES) 120/240 VOLTS AC (PLUG & CART.) 240 VOLTS AC (CARTRIDGE)** | | | | | | | | | | | |
| | 30 | Plug | DP221NGB | $ 46.30 | DP221NRB | 99. | 1/2 | 1-1/2 | ... | 2 | 6 |
| | 30 | Class H | DG221NGB | $ 63. | DG221NRB | 67. | 2 | 1-1/2 — 3 | 3 — 7-1/2 O | ... | 6 |
| | 60 | Class H | DG222NGB | 107. | DG222NRB | 170. | 1-1/2 — 3 | 3 — 10 | 3 — 7-1/2 O | ... | 6 |
| | 100 | Class H | DG223NGB | 222. | DG223NRB | 250. | ... | 7-1/2 — 15 | 7-1/2 — 15 | ... | 6 |
| | 200 | Class H | DG224NGK | 459. | DG224NRK | ... | ... | 15 | 15 — 30 O | ... | |
| | 400 | Class H | DG225NGK O | 1292. | DG225NRK O | 1740. | ... | ... | 25 — 50 O | ... | |
| | 600 | Class H | DG226NGK O | 2119. | DG226NRK O | 3383. | ... | ... | 50 — 125 O | 50 | |
| | | | | | | | | | 75 — 200 O | | |
| **3 POLE, 240 VOLTS AC** | | | | | | | | | | | |
| | 30-200 | Class H | | ... | | ... | ... | ... | ... | ... | |
| | 400 | Class H | DG325FGK O | 1367. | DG325FRK O | 1781. | ... | ... | 50 — 125 | 50 | |
| | 600 | Class H | DG326FGK O | 2305. | DG326FRK O | 4014. | ... | ... | 75 — 200 | ... | |
| **4 WIRE S/N (3 BLADES, 3 FUSES) 240 VOLTS AC** | | | | | | | | | | | |
| | 30 | Class H | DG321NGB | 99. | DG321NRB | 150. | ... | 1-1/2 — 3 | 3 — 7-1/2 | ... | |
| | 30 | Class R | DG321NGKR | 125. | DG321NRKR | 181. | ... | 1-1/2 — 3 | 3 — 7-1/2 | ... | |
| | 60 | Class H | DG322NGB | 170. | DG322NRB | 228. | 1-1/2 — 3 | 3 — 10 | 7-1/2 — 15 | ... | |
| | 60 | Class R | DG322NGKR | 228. | DG322NRKR | 258. | 1-1/2 — 3 | 3 — 10 | 7-1/2 — 15 | ... | |
| | 100 | Class H | DG323NGB | 251. | DG323NRB | 418. | ... | 7-1/2 — 15 | 15 — 30 | ... | |
| | 200 | Class H | DG324NGK | 621. | DG324NRK | 758. | ... | 15 | 25 — 60 | ... | |
| | 400 | Class H | DG325NGK O | 1582. | DG325NRK O | 1938. | ... | ... | 50 — 125 | 50 | |
| | 600 | Class H | DG326NGK O | 2179. | DG326NRK O | 4159. | ... | ... | 75 — 200 | ... | |

**NON-FUSIBLE**

| System | Amperes | Indoor Type 1 | | Rainproof Type 3R | | Maximum Horsepower | | | Pack Quantity |
|---|---|---|---|---|---|---|---|---|---|
| | | Catalog Number | List Price | Catalog Number | List Price | 1ø ac | 3ø ac | 250V dc | |
| **2 POLE, 240 VOLTS AC** | | | | | | | | | |
| | 30 | DG221UGB O | $ 74. | DG221URB O | $ 117. | 3 | ... | ... | 6 |
| | 60 | | ... | DG222URB O | 203. | 10 | ... | ... | |
| **3 POLE, 240 VOLTS AC** | | | | | | | | | |
| | 30 | DG321UGB O | 61. | DG321URB O | 150. | 3 | 7-1/2 | ... | 6 |
| | 60 | DG322UGB O | 106. | DG322URB O | 228. | 10 | 15 | ... | |
| | 100 | DG323UGB O | 230. | DG323URB O | 418. | 15 | 30 | ... | |
| | 200 | DG324UGK | 441. | DG324URK | 744. | 15 | 60 | ... | |
| | 400 | DG325UGK O | 1077. | DG325URK O | 1789. | ... | 125 | 50 | |
| | 600 | DG326UGK O | 2126. | DG326URK O | 3322. | ... | 200 | ... | |

O Grounded ø Phase Ratings, UL listed.
● Use 4-wire, Solid Neutral Switch.

● Not suitable as service entrance equipment.
O Switches of 400-600A rated 240V ac, 250V dc.

E:T·N

DD-4

DISCOUNT SYMBOL CPD-1

July 1995

## APPENDIX B

### Form of Faithful Performance Supply & Installation Bond

_____(Surety)

KNOW ALL MEN BY THESE PRESENTS:

That we __[Name of Contractor]__ as Principal, and __[Surety Company]__, a _____, as Surety, are held and firmly bound into the City and County of San Francisco, as Obligee, in the sum of _____ ($_____) lawful money of the United States of America, to be paid to the City and County of San Francisco for which payment, well and truly to be made, we bind ourselves, our heirs, executors and successors jointly and severally, firmly by these presents.

THE CONDITION OF THE FOREGOING OBLIGATION is such that

WHEREAS, the Principal has entered into an Agreement, effective _____, 20__, with the City and County of San Francisco, for the installation of pedestal mounted newsracks on public property and is required to give this bond in connection with the installation of the pedestal mounted newsracks.

NOW, THEREFORE, the condition of this obligation is such that if the Principal shall faithfully supply and install all of the Fixed Pedestal Units required under the Agreement consistent with all of the covenants, terms and conditions of said Agreement (which by reference is made a part hereof), then this obligation shall be null and void, otherwise to remain in full force and effect; and shall be effective _____, 20__; provided that the Surety hereby agrees to give at least thirty (30) days written notice by certified mail to the City at the following address prior to the expiration or any termination of this bond for any reason: Director of the Department of Public Works for the City and County of San Francisco, c/o San Francisco Department of Public Works, City Hall, Room 348, 1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102, and the Controller, City and County of San Francisco, Office of the Controller, City Hall, Room 316, 1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102.

Surety, for value received, hereby stipulates and agrees that no change, extension of time, alteration or addition to the terms of the contract or to the work to be performed thereunder or to the specifications accompanying the same shall in any wise affect its obligations on this Bond, and it does hereby waive notice of any such change, extension of time, alteration or addition to the terms of the contract or the work or the specifications.

Signed, sealed and dated this _____ day of _____, 20___.

Principal:

_____

Surety:

_____