...

# EXHIBIT D

**City and County of San Francisco** 
(415) 554-5810
FAX (415) 554-6161
http://www.sfdpw.org





Gavin Newsom, Mayor
Edwin M. Lee, Director

**Department of Public Works**
**Bureau of Street-Use and Mapping**
875 Stevenson Street, Room 460
San Francisco, CA 94103-0942

Barbara L. Moy, Bureau Manager

## TRANSIT SHELTER PERMIT Phase 61

Pursuant of Article 2.4 of the Public Works Code, permission revocable at the will of the Director of Public Works is hereby granted to: **CBS OUTDOOR** Attention: **Alexander Mamak 2409 17th St. San Francisco, CA 94107** to install two transit shelters at:

|  | **Intersection** | **Corner** |
|---|---|---|
| T1567 | Sunnydale/Tomaso | SE |

**THE PERMITTEE HEREBY AGREES TO COMPLY WITH ALL REQUIREMENTS NOTED AS FOLLOW**

1. The permittee shall submit to Bureau of Street Use and Mapping non refundable fees of $350.00 per structure for its processing and engineering services, and shall arrange for inspection at least two (2) business days in advance, with the Bureau of Street Use Mapping, telephone 554-5807, between the hours of 8:00 a.m. to 5:00 p.m.

2. The permittee shall place transit shelters only at the exact locations and of the type shown on the plans of the general locations listed, to be submitted to and approved by DPW prior to installation.

3. The permittee shall verify the locations of any City and public service utility company facilities that may be affected by the work authorized by this permit and shall assume all responsibility for any damage to such facilities due to the work. Permittee shall make satisfactory arrangements and payments for any necessary temporary relocation of City and public utility company facilities. Permittee shall comply with state law regarding one-call.

4. All work shall be done by a licensed contractor and in accordance with the requirements of the Standard Specifications of the Bureau of Engineering, Department of Public Works, July 1986 Edition, including sidewalk and pavement cutting and removal, excavation, backfill, sidewalk and pavement restoration, and electric service.

5. The permittee, by acceptance of this permit, agrees to indemnify, hold harmless, and assume the defense of the City and County of San Francisco its employees, officers, and agents from and against any and all claims, demands, and actions for damages resulting from operations under this permit, regardless of negligence of the City and County of San Francisco.

6. The permittee, by acceptance of this permit, agrees to compensate the City and County of San Francisco in full for all damage to property of the City and County of San Francisco or to public property under its jurisdiction resulting from operations under this permit, regardless of negligence of the City and County of San Francisco.

7. The permittee or subsequent owner or owners shall be solely liable for any damage or injury resulting from operations under this permit, regardless of negligence of the City and County of San Francisco

Distribution:
Outside of BSM

APPROVED

Fred V. Abadi, Ph.D
Director of Public Works

DPT – H.Quan
Muni-Jim Lowe

By: _____

Date: 01/04/22007

*"IMPROVING THE QUALITY OF LIFE IN SAN FRANCISCO"* We are dedicated individuals committed to teamwork, customer service and continuous improvement in partnership with the community.
*Customer Service*   *Teamwork*   *Continuous Improvement*

City and County of San Francisco



Gavin Newsom, Mayor
Fred V. Abadi, Ph.D., Director

Phone: (415) 554-6920
FAX (415) 554-6944
http://www.sfdpw.org
http://www.sfdpw.org
Department of Public Works
Bureau of Street-Use and Mapping
875 Stevenson Street, Room 460
San Francisco, CA 94103-0942
Office of the Director
City Hall, Room 348
Barbara␣␣␣␣, Bureau Manager
San Francisco, CA 94102-4645

# TRANSIT SHELTER PERMIT Phase 61

Pursuant of Article 2.4 of the Public Works Code, permission revocable at the will of the Director of Public Works is hereby granted to: **Viacom Outdoor** Attention: **Mario Partida, 2409 17th Street, San Francisco, CA 94110** to install one transit shelters at:

|  | Intersection | Corner |
|---|---|---|
| T1568 | 42nd &43rd/Clement | Midblock |

**THE PERMITTEE HEREBY AGREES TO COMPLY WITH ALL REQUIREMENTS NOTED AS FOLLOW**

1. The permittee shall submit to Bureau of Street Use and Mapping non refundable fees of $350.00 per structure for its processing and engineering services, and shall arrange for inspection at least two (2) business days in advance, with the Bureau of Street Use Mapping, telephone 554-5807, between the hours of 8:00 a.m. to 5:00 p.m.

2. The permittee shall place transit shelters only at the exact locations and of the type shown on the plans of the general locations listed, to be submitted to and approved by DPW prior to installation.

3. The permittee shall verify the locations of any City and public service utility company facilities that may be affected by the work authorized by this permit and shall assume all responsibility for any damage to such facilities due to the work. Permittee shall make satisfactory arrangements and payments for any necessary temporary relocation of City and public utility company facilities. Permittee shall comply with state law regarding one-call.

4. All work shall be done by a licensed contractor and in accordance with the requirements of the Standard Specifications of the Bureau of Engineering, Department of Public Works, July 1986 Edition, including sidewalk and pavement cutting and removal, excavation, backfill, sidewalk and pavement restoration, and electric service.

5. The permittee, by acceptance of this permit, agrees to indemnify, hold harmless, and assume the defense of the City and County of San Francisco its employees, officers, and agents from and against any and all claims, demands, and actions for damages resulting from operations under this permit, regardless of negligence of the City and County of San Francisco.

6. The permittee, by acceptance of this permit, agrees to compensate the City and County of San Francisco in full for all damage to property of the City and County of San Francisco or to public property under its jurisdiction resulting from operations under this permit, regardless of negligence of the City and County of San Francisco.

7. The permittee or subsequent owner or owners shall be solely liable for any damage or injury resulting from operations under this permit, regardless of negligence of the City and County of San Francisco

Distribution:
Outside of BSM

DPT - H. Quan
MTA:   Muni-Jim Lowe

APPROVED

Fred V. Abadi, Ph.D
Director of Public Works

By:
Date: 03/29/007

**City and County of San Francisco**



Gavin Newsom, Mayor
Fred V. Abadi, Ph.D., Director

Phone: (415) 554-6920
FAX (415) 554-6943
http://www.sfdpw.org
**Department of Public Works**
**Bureau of Street-Use** and **Mapping**
875 Stevenson Street, Room 460
San Francisco, CA 94103-0942
City Hall, Room 348
Barbara LaMoy, Bureau Manager
San Francisco, CA 94102-4645

## TRANSIT SHELTER PERMIT Phase 61

Pursuant of Article 2.4 of the Public Works Code, permission revocable at the will of the Director of Public Works is hereby granted to: **Viacom Outdoor** Attention: **Mario Partida, 2409 17th Street, San Francisco, CA 94110** to install one transit shelters at:

| | **Intersection** | **Corner** |
|---|---|---|
| T1569 | **Bartlett & Mission /Cesar Chavez** | **Midblock** |

**THE PERMITTEE HEREBY AGREES TO COMPLY WITH ALL REQUIREMENTS NOTED AS FOLLOW**

1. The permittee shall submit to Bureau of Street Use and Mapping non refundable fees of $350.00 per structure for its processing and engineering services, and shall arrange for inspection at least two (2) business days in advance, with the Bureau of Street Use Mapping, telephone 554-5807, between the hours of 8:00 a.m. to 5:00 p.m.

2. The permittee shall place transit shelters only at the exact locations and of the type shown on the plans of the general locations listed, to be submitted to and approved by DPW prior to installation.

3. The permittee shall verify the locations of any City and public service utility company facilities that may be affected by the work authorized by this permit and shall assume all responsibility for any damage to such facilities due to the work. Permittee shall make satisfactory arrangements and payments for any necessary temporary relocation of City and public utility company facilities. Permittee shall comply with state law regarding one-call.

4. All work shall be done by a licensed contractor and in accordance with the requirements of the Standard Specifications of the Bureau of Engineering, Department of Public Works, July 1986 Edition, including sidewalk and pavement cutting and removal, excavation, backfill, sidewalk and pavement restoration, and electric service.

5. The permittee, by acceptance of this permit, agrees to indemnify, hold harmless, and assume the defense of the City and County of San Francisco its employees, officers, and agents from and against any and all claims, demands, and actions for damages resulting from operations under this permit, regardless of negligence of the City and County of San Francisco.

6. The permittee, by acceptance of this permit, agrees to compensate the City and County of San Francisco in full for all damage to property of the City and County of San Francisco or to public property under its jurisdiction resulting from operations under this permit, regardless of negligence of the City and County of San Francisco.

7. The permittee or subsequent owner or owners shall be solely liable for any damage or injury resulting from operations under this permit, regardless of negligence of the City and County of San Francisco

Distribution:
Outside of BSM


DPT - H. Quan
MTA:  Muni-Jim Lowe

APPROVED

Fred V. Abadi, Ph.D
Director of Public Works

By: [signature]

Date: 04/05/2007

*"IMPROVING THE QUALITY OF LIFE IN SAN FRANCISCO" We are dedicated individuals committed to teamwork, customer service and continuous improvement in partnership with the community.*

*Customer Service          Teamwork          Continuous Improvement*

**City and County of San Francisco**

Gavin Newsom, Mayor
Fred V. Abadi, Ph.D., Director

Phone: (415) 554-6920
FAX (415) 554-6944
http://www.sfdpw.org
http://www.sfdpw.org
Department of Public Works
Bureau of Street-Use and Mapping
875 Stevenson Street, Room 460
San Francisco, CA 94103-0462
City Hall, Room 348
Barbara LaMor, Bureau Manager
San Francisco, CA 94102-4645

# TRANSIT SHELTER PERMIT Phase 61

Pursuant of Article 2.4 of the Public Works Code, permission revocable at the will of the Director of Public Works is hereby granted to: **Viacom Outdoor** Attention: **Mario Partida, 2409 17th Street, San Francisco, CA 94110** to install one transit shelters at:

| | Intersection | Corner |
|---|---|---|
| T1570 | 19th Avenue & Lawton Street | Southwest |

**THE PERMITTEE HEREBY AGREES TO COMPLY WITH ALL REQUIREMENTS NOTED AS FOLLOW**

1. The permittee shall submit to Bureau of Street Use and Mapping non refundable fees of $350.00 per structure for its processing and engineering services, and shall arrange for inspection at least two (2) business days in advance, with the Bureau of Street Use Mapping, telephone 554-5807, between the hours of 8:00 a.m. to 5:00 p.m.

2. The permittee shall place transit shelters only at the exact locations and of the type shown on the plans of the general locations listed, to be submitted to and approved by DPW prior to installation.

3. The permittee shall verify the locations of any City and public service utility company facilities that may be affected by the work authorized by this permit and shall assume all responsibility for any damage to such facilities due to the work. Permittee shall make satisfactory arrangements and payments for any necessary temporary relocation of City and public utility company facilities. Permittee shall comply with state law regarding one-call.

4. All work shall be done by a licensed contractor and in accordance with the requirements of the Standard Specifications of the Bureau of Engineering, Department of Public Works, July 1986 Edition, including sidewalk and pavement cutting and removal, excavation, backfill, sidewalk and pavement restoration, and electric service.

5. The permittee, by acceptance of this permit, agrees to indemnify, hold harmless, and assume the defense of the City and County of San Francisco its employees, officers, and agents from and against any and all claims, demands, and actions for damages resulting from operations under this permit, regardless of negligence of the City and County of San Francisco.

6. The permittee, by acceptance of this permit, agrees to compensate the City and County of San Francisco in full for all damage to property of the City and County of San Francisco or to public property under its jurisdiction resulting from operations under this permit, regardless of negligence of the City and County of San Francisco.

7. The permittee or subsequent owner or owners shall be solely liable for any damage or injury resulting from operations under this permit, regardless of negligence of the City and County of San Francisco

Distribution:
Outside of BSM

DPT - H. Quan
MTA: Muni-Jim Lowe

APPROVED

Fred V. Abadi, Ph.D
Director of Public Works

By: [signature]
Date: 05/16/2007

*"IMPROVING THE QUALITY OF LIFE IN SAN FRANCISCO" We are dedicated individuals committed to teamwork, customer service and continuous improvement in partnership with the community.*

*Customer Service        Teamwork        Continuous Improvement*