DENNIS J. HERRERA, State Bar #139669
City Attorney
KRISTEN A. JENSEN, State Bar #130196
THOMAS S. LAKRITZ, State Bar #161234
VICTORIA WONG, State Bar #214289
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102
Telephone:     (415) 554-6547
Facsimile:     (415) 554-4747
E-Mail:        tom.lakritz@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRO FUEL LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county and DOE 1 through DOE 10,<br><br>          Defendants. | Case No. C07-6067 JSW<br><br>**DECLARATION OF KERSTIN F. MAGARY IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Hearing Date:   November 14, 2008<br>Time:           9:00 a.m.<br>Place:          Courtroom 2, 17th Floor<br><br>Trial Date:     October 26, 2009 |

I, KERSTIN MAGARY, declare:

1.  I have personal knowledge of the matters stated herein, except for those matters set forth on information and belief, which I believe to be true, and if called to testify, I can and will testify competently as to all matters set forth herein.

2.  I am a Senior Manager for the Finance and Information Technology Division – Real Estate Section for the San Francisco Municipal Transportation Agency ("SFMTA"). I manage seven people who work on all of SFMTA's real estate (leases, MOU, licenses, tenant improvements, joint and transit oriented development), the Transit Shelter Advertising Agreement with Clear Channel Outdoor, the Transit Advertising Contract with CBS Outdoor, Requests for Proposals and other opportunities to find new sources of revenue for SFMTA. I have held this position since 2007. Prior to my current position, I was Senior Project Manager for SFMTA for 9 years, July 28, 1998 – 2007. Prior to that I worked in the private sector in real estate and transportation project management and management for two decades. As a Senior Project Manager, I managed teams of people and the Electric Trolley Bus Procurement and Warranty Project, seven Historic Streetcar Projects, and SFMTA's Real Estate. From approximately 2000 on, I also managed the City's Transit Advertising Contract with CBS Outdoor, which expires on June 30, 2009, and the Advertising Transit Shelter Agreement, which expired December 9, 2007.

3.  **Advertising Transit Shelter Agreement with CBS Outdoor.** On June 10, 1987, the City and County of San Francisco ("the City") entered into an "Advertising Transit Shelter Agreement" with Gannett Outdoor Company for the placement of commercial and noncommercial transit shelters throughout San Francisco. On January 5, 1990, the City approved the First Amendment to the "Advertising Transit Shelter Agreement." On March 12, 1991, the City approved an assignment of the "Advertising Transit Shelter Agreement" from Gannett Outdoor Company to Combined Communications Corporation. On November 18, 1994, the City approved the Second Amendment to the "Advertising Transit Shelter Agreement," to maintain the high-level boarding platform on 19th Avenue at Stonestown in exchange for advertising on the platform, and allowing advertising kiosks on Upper Market Street in conjunction with shelters on median boarding islands.

1  On March 2, 1998, the City approved the Third Amendment to the "Advertising Transit Shelter Agreement," to provide, among other things, for advertising on median boarding islands and high-level boarding platforms along The Embarcadero, and an increase in the minimum and maximum number of transit shelters allowed in San Francisco.  A true and correct copy of a compilation of the First through Third Amendments to the "Advertising Transit Shelter Agreement" is attached as Exhibit A.

4.  On December 4, 2006, the SFMTA notified CBS Outdoor that the City approved the Fourth Amendment to "Advertising Transit Shelter Agreement" containing agreements regarding the rights and responsibilities of CBS Outdoor regarding certain transit shelters.  A true and correct copy of a compilation of the Fourth Amendments to the "Advertising Transit Shelter Agreement" is attached as Exhibit B.

5.  **Number of Transit Shelters.**  Under the Advertising Transit Shelter Agreement, CBS Outdoor was required to construct a minimum of 1,100 transit shelters and was allowed to construct a maximum of 1,250 transit shelters.

6.  At the end of the Advertising Transit Shelter Agreement with CBS Outdoor, there were 1063 transit shelters.  Of those 1063 transit shelters, advertising was allowed on up to 697 transit shelters ("Commercial Shelters") and not allowed on 366 shelters ("Noncommercial Shelters").  There were also 8 historic transit shelters that were Noncommercial Shelters.  In addition, there were 34 kiosks.

7.  According to the SFMTA's Service Planning staff, hundreds of other proposed locations were requested during the term of the Advertising Transit Shelter Agreement with CBS Outdoor.  But the San Francisco Department of Public Works denied CBS Outdoor's permit applications for these locations due to objections and protests from adjoining property owners and/or neighbors.

8.  **Limits on Advertising in Transit Shelters.** The Advertising Transit Shelter Agreement limited the number of structures on which CBS Outdoor could have placed advertising.  Under Section I.D.2, "[t]he commercial and non-commercial shelters [were to] be constructed at a ratio of two (2) commercial shelters to one (1) noncommercial shelter."

9. The Advertising Transit Shelter Agreement also limited where the advertising could be placed on a transit shelter. Under Section I.D.4.a, CBS Outdoor was only authorized "to use the 'downstream' side wall (furthest from approaching transit vehicles), the back panel, or outside panel of the downstream side wall of any advertising transit shelter. In addition, excepted in limited locations, CBS Outdoor was prohibited from placing advertisements on more than one wall of any transit shelter. Finally, any advertisements were not to exceed twenty-four square feet.

10. Under the Advertising Transit Shelter Agreement, the City also retained the right to place transit information on every transit shelter and kiosk. Under Section IV.A, the City "reserve[d] the right to place on all transit shelters its informative material," including maps, schedules, and service bulletins."

11. **Location of Transit Shelters.** Under the Advertising Transit Shelter Agreement the City retained the right to designate the locations of all transit shelters and kiosks. Under Section I.D.3, the City had "the right to designate all shelter locations, including specification of which sites [were] available for commercial advertising."

12. **Maintenance and Repair of Transit Shelters.** Under Section V.B. of the Advertising Transit Shelter Agreement, CBS Outdoor was required to inspect most transit shelters and kiosks a minimum of twice per week. In the course of each inspection of a Shelter or Kiosk, CBS Outdoor was required to "remove all Graffiti, stickers, posters, litter, dust, dirt, and weeds from each shelter, and from a five-foot radius surrounding the shelter."

13. Under Section V.B.4 of the Advertising Transit Shelter Agreement, CBS Outdoor was required to repair any damage within 48 hours. In addition, "[i]f the shelter or kiosk was destroyed, [CBS Outdoor] [was required to] remove the shelter or kiosk remains within twenty-four 24 hours" and "replace the shelter or kiosk within thirty 30 days."

14. **Design of Transit Shelters and Kiosks.** Prior to the City's entering into the Advertising Transit Shelter Agreement, the San Francisco Arts Commission approved designs for the transit shelters CBS Outdoor was required to install and maintain. Under Section VIII.C.4, CBS Outdoor was only allowed to construct shelters based upon the designs approved by the San Francisco Arts Commission.

15. In order to create safe transit shelters for MUNI riders, passing vehicle operators and the public, the Advertising Transit Shelter Agreement imposed minimum design and placement specifications for new transit shelters and kiosks. Under Section VIII.C.4.b, CBS Outdoor was required to design and construct transit shelters and kiosk to meet certain minimum design requirements.

16. For example, under Section VIII.C.4.b(9) each transit shelter and kiosk was to be designed and constructed to ensure compliance with the Americans with Disabilities Act.

17. As another example, under Section VIII.C.4.b(11), each transit shelter "must not be so illuminated as to be hazardous to passing vehicle operators."

18. **Payments Under the Advertising Transit Shelter Agreement.** Under Section 8A.109 of the San Francisco Charter the SFMTA is required to diligently seek to develop new sources of funding for the Agency's operations. CBS Outdoor's payments went into MUNI's Operating Budget and supported, among other things, low transit fares for MUNI riders. MUNI's transit fares are significantly lower compared to other agencies locally and nationally.

19. CBS Outdoor also made annual payments for administrative and marketing fees, and for the Arts Commission.

//
//
//
//
//
//
//
//
//
//
//
//

1  20.  **Cost of Maintaining and Repairing Transit Shelters.**  In 2007, the SFMTA did a Prop J analysis for the Controller's Office.  The SFMTA estimated that the staff salary costs for building, maintaining and repairing shelters would run from $3.9 million to $4.7 million (not including fringe benefits).  The Controller's Office estimated the total net benefit to contracting the advertising and maintenance services for the SFMTA transit shelters at $8.4 million to $13.7 million for fiscal year 2007-2008.  A true and correct copy of the SFMTA's analysis, including the analysis from the Controller's Office, is attached as Exhibit C.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.  Executed on August 26, 2008, in San Francisco, California.

By: _____/s/_____.
     KERSTIN F. MAGARY

**SIGNATURE ATTESTATION**

(U.S.D.C. N.D. Cal. General Order 45, Section X.B.)

I obtained the concurrence in the filing of this document from the signatory of this declaration, in compliance with U.S.D.C. N.D. General Order 45, Section X.B.

Dated: August 29, 2008

DENNIS J. HERRERA
City Attorney
KRISTEN A. JENSEN
THOMAS S. LAKRITZ
VICTORIA WONG
Deputy City Attorneys

By: _____/S/_____.
THOMAS S. LAKRITZ

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO