# EXHIBIT A - 2

## ADVERTISING SHELTER PROGRAM

### EXISTING SHELTERS:
### BOLD FACED TYPE INDICATES REFURBISH AND KEEP

COMMERCIAL

3rd St./Evans
4th St/Folsom
9th Ave./Judah (2)
9th Ave./Lincoln
Bayshore/Cortland
Bryant/16th St.
Bryant/24th St.
Cortland/Mission
Geary/Masonic (2)
Geary/St. Joseph
Geary/Van Ness
Geneva/Mission (2)
Sacramento/Fillmore
Sacramento/Grant
Silver/San Bruno
Sutter/Divisadero
Sutter/Van Ness
Union/Van Ness
Third/Arleta

NON-COMMERCIAL

19th Ave./Holloway (2)
19th Ave./Winston
J-Line/20th St. & Church (Not Used-Eliminate)
23rd St./Utah
25th St./Connecticut
48th Ave./Geary
California/Presidio (2)
Church/18th St.
Fulton/8th Ave.
Fulton/37th Ave.
Geary/Baker
Jackson/Fillmore
J-Line/21st St. & Cumberland
Judah/La Playa
Junipero Serra/Ocean (2)
Laguna Honda/Forest Hill Station
Lincoln/9th Ave.
Noe/Duboce
Point Lobos/Cliff Hse parking
Potrero/23rd St.
Sloat/West Portal
San Bruno/Wilde
Santos/Sunnydale
Stanyan/Waller
Sunset/Taraval
Woodside/Hernandez
Woodside/Portola

0749R

EXHIBIT A

NEW SHELTERS

COMMERCIAL

| Intersection | Corner | DPW Rating |
|---|---|---|
| **1st Priority - Downtown** | | |
| 1st St./Market | SW | A |
| 3rd St./Market | Mid | A |
| 3rd St./Folsom | SE | C |
| 3rd St./Howard | NE | A |
| 4th St./Howard | SW | A |
| 4th St./Market | SW | A |
| 4th St./Townsend | SE (2) | A |
| 5th St./Folsom | NE | A |
| 5th St./Folsom | NW | A |
| 5th St./Market-Mission | Mid | A |
| 8th St./Market | SW | A |
| 9th St./Mission | NE | C |
| Battery/Greenwich | SE | A |
| Battery/Washington | SW | A |
| Battery/Sacramento | NW | A |
| Bay/Powell | NE | A |
| Bay/Powell | SE | A |
| Bay/Taylor | NW | B |
| Bay/Taylor | SE | B |
| Beach/Grant | SW | A |
| California/Grant | NE | B |
| California/Grant | SW | B |
| Clay/Polk | SE | B |
| Eddy/Hyde | SE | A |
| Eddy/Polk | NE | A |
| Eddy/Polk | SE | A |
| Eddy/Jones | SE | A |
| Fremont/Mission | SE | A |
| Geary/Larkin | NW | B |
| Geary/Leavenworth | NE | A |
| Geary/Kearny | NW | B |
| Geary/Powell | NW | A |
| Geary/Stockton | NE | Constr. |
| Hyde/Pine | NW | A |
| Kearny/Geary | NE | A |
| Kearny/California | NE | A |
| Kearny/Sutter | SE | A |
| Larkin/Golden Gate | NE | A |
| Larkin/Market | NE | A |
| Main/Mission | NE | A |
| Mission/1st St. | NE | A |
| Mission/2nd St. | NW | A |
| Mission/3rd St. | NW | A |
| Mission/4th St. | NW | A |
| Mission/4th St. | SE | A |
| Mission/5th St. | SW | A |

COMMERCIAL

| Intersection | Corner | DPW Rating |
|---|---|---|

1st Priority - Downtown

| Intersection | Corner | DPW Rating |
|---|---|---|
| Mission/7th St. | NW | A |
| Mission/7th St. | SE | C |
| Mission/9th St. | NW | A |
| Mission/9th St. | SE | A |
| Mission/11th St. | NW | A |
| Mission/Beale | NW | C |
| Mission/Main | NW | A |
| Mission/So. Van Ness | SE | A |
| Mission/So. Van Ness | NW | A |
| Montgomery/California | SW | B |
| Montgomery/Commercial | NW | A |
| O'Farrell/Hyde | SE | A |
| O'Farrell/Jones | SE | A |
| O'Farrell/Polk | SE | A |
| O'Farrell/Van Ness | SW | A |
| Post/Polk | SE | B |
| Post/Van Ness | SE | A |
| Powell/Bay | SW | A |
| Powell/California | NW | B |
| Powell/California | NE | A |
| Powell/Geary | SE | A |
| Powell/Sutter | SE | A |
| Sacramento/Davis | NW | A |
| Sacramento/Drumm | NW | A |
| Sacramento/Front | NW | A |
| Sacramento/Montgomery | NE | C |
| Sacramento/Kearny | NE | A |
| Sacramento/Polk | NW | A |
| Sacramento/Stockton | NE | B |
| Sansome/Sacramento | NE | A |
| Sansome/Greenwich | SE | A |
| Stockton/Broadway | Mid-westside | A |
| Stockton/Broadway | Mid-eastside | C |
| Stockton/Clay | Mid | A |
| Stockton/Clay | Mid | A |
| Stockton/Sutter | NW | B |
| Stockton/Washington | Mid | A |
| Stockton/Washington | Mid | A |
| Sutter/Kearny | NE | A |
| Sutter/Powell | NW | A |
| Sutter/Sansome | NW | A |
| Sutter/Stockton | NW | B |
| Townsend/4th St. | SE | A |
| Transbay Terminal | Platforms (2) | A |
| Turk/Jones | NW | A |
| Van Ness/Chestnut | NE | A |
| Van Ness/Chestnut | SW | A |

COMMERCIAL

| Intersection | Corner | DPW Rating |
|---|---|---|
| **1st Priority - Downtown** | | |
| Van Ness/Clay | NE | A |
| Van Ness/Clay | NW | A |
| Van Ness/Eddy | NE | A |
| Van Ness/Eddy | NW | A |
| Van Ness/O'Farrell | SW | C |
| Van Ness/O'Farrell | NE | A |
| Van Ness/Post | Mid | A |
| Van Ness/Post | SW | A |
| Van Ness/Sutter | NE | A |
| Van Ness/Sutter | SW | A |
| Van Ness/Sacramento | NE | B |
| Van Ness/Sacramento | NW | B |
| Van Ness/Turk | SW | A |
| Van Ness/Turk | SE | A |
| Van Ness/Union | NW | B |

COMMERCIAL

| Intersection | Corner | DPW Rating |
|---|---|---|
| **1st Priority - Non-Downtown** | | |
| 3rd St./22nd St. | SW | B |
| 3rd St./22nd St. | NE | B |
| 3rd St./Evans | SW | A |
| 3rd St./Gilman | NE | C |
| 3rd St./Palou | NE | A |
| 3rd St./Palou | SW | A |
| 3rd St./Van Dyke | SW | B |
| 3rd St./Van Dyke | SE | B |
| 6th Ave./Geary | SW | A |
| 8th St./Division | NW | Constr. |
| 9th Ave./Lincoln | SW | A |
| 9th Ave./Irving | SE | A |
| 16th St./Bryant | NE | A |
| 16th St./Mission | NE | A |
| 16th St./Mission | SW | A |
| 19th Ave./Taraval | NW | B |
| 19th Ave./Lincoln | SE | C |
| 19th Ave./Lincoln | SW | A |
| 24th St./Mission | NE | A |
| 24th St./Mission | SW | A |
| 32nd Ave./Clement | NE | A |
| 46th Ave./Taraval | SE | A |
| Arleta/Bayshore | SW | A |
| Bayshore/Arleta | SW | A |
| Bayshore/Blanken | NE | B |
| Bosworth/Diamond | NE | A |
| Cabrillo/LaPlaya | SE | A |
| California/Divisadero | SE | B |
| California/Maple | NW | A |
| California/Cherry | SW | A |
| Carl/Cole | SW | A |
| Castro/17th St. | SW | A |
| Castro/17th St. | SE | A |
| Castro/18th St. | SW | A |
| Castro/18th St. | SE | A |
| Chestnut/Fillmore | SW | A |
| Church/24th St. | SE | B |
| Church/Duboce | SE | A |
| Church/Market | NW | A |
| Clement/6th Ave. | SE | A |
| Clement 6th Ave. | NW | A |
| Cortland/Mission | NE | A |
| Divisadero/Geary | NE | A |
| Divisadero/Geary | SW | A |
| Divisadero/Hayes | NE | B |
| Divisadero/Hayes | SW | B |
| Divisadero/Haight | NE | B |
| Divisadero/Haight | SW | A |

COMMERCIAL

| Intersection | Corner | DPW Rating |
|---|---|---|

**1st Priority - Non-Downtown**

| Intersection | Corner | DPW Rating |
|---|---|---|
| Divisadero/McAllister | SW | B |
| Divisadero/McAllister | NE | A |
| Divisadero/Sutter | SW | A |
| Division/Henry Adams | Northside | Constr. |
| Duboce/Church | NW (sidewalk) | B |
| Evans/Keith | In front of P.O. | Constr. |
| Fillmore/Geary | Mid | A |
| Fillmore/Geary | Mid | A |
| Fillmore/Haight | SE | A |
| Fillmore/McAllister | SE | B |
| Fillmore/McAllister | SW | A |
| Fillmore/Sacramento | SE | A |
| Fillmore/Sacramento | SW | A |
| Fillmore/Sutter | SW | A |
| Fulton/Masonic | SW | C |
| Fulton/Masonic | NE | A |
| Geary/6th Ave. | SW | A |
| Geary/6th Ave. | NE | A |
| Geary/20th Ave. | NE | A |
| Geary/20th Ave. | SW | A |
| Geary/25th Ave. | SW | A |
| Geary/33rd Ave. | SW | B |
| Geary/Arguello | NE | A |
| Geary/Arguello | SW | A |
| Geary/Divisadero | SW | B |
| Geary/Divisadero | NE | A |
| Geary/Fillmore | NW | B |
| Geary/Fillmore | SW | A |
| Geary/Laguna | NE | A |
| Geary/Laguna | SW | A |
| Geary/Presidio | SW | A |
| Geary/Spruce | NE | A |
| Geary/Spruce | SW | A |
| Haight/Divisadero | NW | A |
| Haight/Divisadero | SE | A |
| Haight/Fillmore | NW | A |
| Haight/Fillmore | SE | A |
| Hayes/Divisadero | SE | A |
| Hayes/Shrader | NW | A |
| Hayes/Shrader | SW | A |
| Judah/46th Ave. | SW | A |
| McAllister/Divisadero | SW | A |
| McAllister/Divisadero | NE | A |
| McAllister/Fillmore | NW | B |
| McAllister/Fillmore | SE | B |
| McAllister/Jones | SW | A |
| Mission/16th St. | NE | A |
| Mission/16th St. | SW | A |

COMMERCIAL

| Intersection | Corner | DPW Rating |
|---|---|---|
| **1st Priority-Non-Downtown** | | |
| Mission/18th St. | NE | B |
| Mission/18th St. | SW | A |
| Mission/20th St. | NE | B |
| Mission/20th St. | SW | A |
| Mission/22nd St. | NE | B |
| Mission/22nd St. | NW | B |
| Mission/24th St. | NE | A |
| Mission/24th St. | SW | A |
| Mission/Army | SE | B |
| Mission/Cortland | NE | A |
| Mission Cortland | NW | A |
| Mission/Duboce | NE | C |
| Mission/Geneva | NE | A |
| Mission/Geneva | SW | A |
| Mission/Persia | NE | A |
| Mission/Persia | SW | A |
| Mission/Silver | SW | A |
| Noriega/25th Ave. | SW | A |
| Noriega/26th Ave. | NE | A |
| Noriega/46th Ave. | SW | B |
| Ocean/Harold | SW | A |
| Otis/Duboce | NW | C |
| Persia/Mission | SE | A |
| Potrero/24th St. | NE | B |
| Potrero/24th St. | SW | A |
| Presidio/Geary | NE | C |
| San Bruno/Bacon | NE | B |
| San Bruno/Bacon | SW | B |
| San Bruno/Silver | SW | A |
| Silver/Mission | NE | A |
| Sutter/Divisadero | NE | A |
| Sutter/Divisadero | SE | A |
| Sutter/Fillmore | SE | A |
| Sutter/Fillmore | NW | A |
| Sutter/Laguna | NW | A |
| Sutter/Laguna | SW | A |
| Taraval/19th Ave. | SW | C |
| Ulloa/West Portal | SW | B |
| Union/Fillmore | NW | B |
| Union/Fillmore | SE | B |
| Union/Van Ness | NW | A |
| Valencia/14th St. | NE | A |
| Valencia/14th St. | SW | A |
| Valencia/Army | NE | A |
| Wawona/46th Ave. | L-terminal | A |
| Winston/20th Ave. | Mid | A |
| Winston/20th Ave. | Mid | A |
| Woodside/Portola | NW | A |

COMMERCIAL

| Intersection | Corner | DPW Rating |
|---|---|---|
| **2nd Priority** | | |
| 2nd St./Howard | Mid | A |
| 3rd St./18th St. | SW | A |
| 3rd St./18th St. | SE | A |
| 3rd St./20th St. | NE | A |
| 3rd St./20th St. | Mid | A |
| 3rd St./25th St. | NE | A |
| 3rd St./Army | NE | A |
| 3rd St./Army | NW | A |
| 3rd St./Brannan | SE | A |
| 3rd St./La Salle | NW | B |
| 3rd St./La Salle | SE | A |
| 3rd St./Perry-Harrison | Mid | A |
| 3rd St./Revere | SE | A |
| 3rd St./Townsend | NE | A |
| 5th St./Harrison | NE | A |
| 5th St./Howard | SE | A |
| 5th St./Howard | SW | A |
| 6th Ave./Clement | NW | A |
| 8th Ave./Fulton | NW | A |
| 8th Ave./Fulton | NE | A |
| 14th St./Church | NW | A |
| 16th St./Potrero | NW | A |
| 16th St./Potrero | SW | A |
| 16th St./Valencia | NE | A |
| 16th St./Valencia | SE | A |
| 18th St./Castro | NW | A |
| 18th St./Castro | SE | A |
| 18th St./Connecticut | NE | B |
| 19th Ave./Junipero Serra | NE | A |
| 19th Ave./Junipero Serra | NW | A |
| 19th Ave./Noriega | SE | B |
| 19th Ave./Noriega | SW | B |
| 20th St./Tennessee | 22-terminal | A |
| 23rd Ave./Irving | SW | A |
| 23rd Ave/Noriega | NW | A |
| 24th St./Bryant | NW | B |
| 24th St./Bryant | SE | B |
| 24th St./Folsom | NW | B |
| 24th St./Folsom | SE | C |
| 24th St./Castro | SE | A |
| 24th St./Castro | NW | A |
| 24th St./Church | NE | A |
| 24th St./Church | SW | B |
| 24th St./Potrero | NW | C |
| 25th Ave./Geary | NW | A |
| 25th Ave./Geary | SE | A |
| 30th St./Mission | NW | B |
| Alemany/Arch | SW | A |

COMMERCIAL

| Intersection | Corner | DPW Rating |
|---|---|---|
| **2nd Priority** | | |
| Bacon/San Bruno | NW | A |
| Balboa/6th Ave. | NW | A |
| Balboa/6th Ave. | SW | A |
| Bryant/6th St. | SE | B |
| Bush/Leavenworth | SE | B |
| Bush/Montgomery | SE | A |
| California/6th Ave. | NW | A |
| California/6th Ave. | SW | C |
| California/Arguello | SE | B |
| California/Battery-Sansome | NE | A |
| California/Divisadero | NW | B |
| California/Laurel | SW | B |
| California/Montgomery | NE | B |
| California/Spruce | SW | A |
| California/Van Ness | SE | A |
| Castro/24th St. | SW | A |
| Castro/24th St. | SE | A |
| Church/27th St. | SE | A |
| Clay/Stockton | NW | B |
| Clay/Van Ness | SW | A |
| Clement 8th Ave. | SE | A |
| Clement 8th Ave. | NW | A |
| Clement/22nd Ave. | SW | A |
| Clement/25th Ave. | SE | A |
| Davis/California-Pine | Mid (3) | A |
| Divisadero/California | SW | A |
| Divisadero/Pine | SW | A |
| Eddy/Laguna | NE | A |
| Eddy/Laguna | SE | A |
| Eddy/Larkin | SE | A |
| Eddy/Leavenworth | SE | A |
| Eddy/Pierce | SW | A |
| Eddy/Van Ness | NE | A |
| Eddy/Van Ness | SE | A |
| Ellis/Leavenworth | NE | B |
| Ellis/Taylor | NW | B |
| Evans/3rd St. | SE | A |
| Evans/3rd St. | NW | A |
| Evans/Newhall | NE | Constr |
| Excelsior/Mission | SE | A |
| Fitzgerald/Keith | SE | A |
| Fillmore/Chestnut | NW | B |
| Fillmore/Eddy | SE | A |
| Fillmore/Eddy | NW | A |
| Fillmore/Lombard | SW | A |
| Fillmore/Pine | SW | A |
| Geary/12th Ave. | SW | A |

COMMERCIAL

| Intersection | Corner | DPW Rating |
|---|---|---|

2nd Priority

| Intersection | Corner | DPW Rating |
|---|---|---|
| Geary/17th Ave. | NE | A |
| Geary/17th Ave. | SW | A |
| Geary/Gough | NW | A |
| Geary/Gough | SE | A |
| Geary/Hyde | NE | A |
| Geary/Mason | NW | A |
| Geary/Taylor | NW | A |
| Geary/Webster | NE | A |
| Hyde/Golden Gate | NW | C |
| Harrison/5th St. | NW | B |
| Harrison/7th St. | NE | B |
| Innes/Hunter's Pt. Blvd. | NW | B |
| Irving/7th Ave. | SW | B |
| Irving/9th Ave. | NE | A |
| Jones/Geary | NW | A |
| Laguna/Hayes | NE | A |
| Larkin/Eddy | SE | C |
| Leavenworth/O'Farrell | SE | A |
| Lombard/Fillmore | NE | A |
| Marina/Laguna | Mid | A |
| Market/Church | NW | A |
| Market/Church | SW | A |
| Market/Guerrero | SW | A |
| Market/Laguna | NW | B |
| Market/Gough | NW | A |
| McAllister/Laguna | NE | B |
| McAllister/Laguna | SW | A |
| Mission/6th St. | NW | A |
| Mission/6th St. | SE | A |
| Mission/11th St. | SE | A |
| Mission/14th St. | NE | B |
| Mission/30th St. | NE | A |
| Mission/30th St. | SW | A |
| Mission/Acton | NE | B |
| Mission/Brazil | SE | A |
| Mission/Brazil-Norton | SW | A |
| Mission/Excelsior | NE | A |
| Mission/Lowell | NE | A |
| Mission/Onondaga | NE | B |
| Mission/Onondaga-Russia | SE | A |
| Mission/Richland-Crescent | NW | A |
| Mission/Richland | SE | A |
| Mission/Trumbull | NE | B |
| Noriega/23rd Ave. | SW | A |
| Noriega/31st Ave. | SW | A |
| Noriega/33rd Ave. | SW | A |
| Northpoint/Mason | 15-terminal | A |
| Northpoint/Polk | NW | A |

COMMERCIAL

| Intersection | Corner | DPW Rating |
|---|---|---|

2nd Priority

| | | |
|---|---|---|
| O'Farrell/Leavenworth | SE | A |
| O'Farrell/Stockton | Mid | A |
| Palou/3rd St. | NE | A |
| Palou/3rd St. | SE | A |
| Phelps/Williams | SE | A |
| Pine/Front | NE | A |
| Polk/California | NW | A |
| Polk/California | NE | A |
| Polk/Clay | Mid | C |
| Polk/Clay | NE | B |
| Polk/Post | SE | B |
| Polk/Sutter | NE | B |
| Polk/Sutter | NW | B |
| Portola/O'Shaughnessy | NW | A |
| Post/Hyde | SE | B |
| Post/Larkin | SE | A |
| Potrero/16th St. | NW | A |
| Powell/O'Farrell | SE | B |
| Powell/Washington | SE | C |
| Sacramento/Battery | NW | A |
| Sacramento/Fillmore | NW | A |
| Sacramento/Van Ness | NE | A |
| San Bruno/Silliman | SW | A |
| Santos/Geneva | NW | A |
| Scott/Chestnut | 43-terminal | A |
| So. Van Ness/Mission | NE | A |
| Stockton/Ellis | Mid | A |
| Stockton/Green | SW | A |
| Stockton/Green | SE | A |
| Sutter/Buchanan | NE | B |
| Sutter/Buchanan | SE | B |
| Sutter/Mason | NW | B |
| Sutter/Octavia | NW | A |
| Sutter/Polk | NW | A |
| Sutter/Taylor | NW | A |
| Taraval/19th Ave. | NE | B |
| Taraval/24th Ave. | SW | B |
| Taraval/30th Ave. | SW | C |
| Thomas Mellon Drive | 56-terminal | A |
| Turk/Larkin | NE | A |
| Turk/Leavenworth | NW | A |
| Valencia/16th St. | NE | A |
| Valencia/16th St. | SW | B |

COMMERCIAL

| Intersection | Corner | DPW Rating |
|---|---|---|
| **3rd Priority** | | |
| 3rd St./Hudson | SE | A |
| 9th St./Folsom | NE | A |
| 11th St./Folsom | NE | B |
| 11th St./Folsom | SW | A |
| 15th Ave./Taraval | SE | A |
| 15th Ave./Taraval | SW | B |
| 25th Ave./California | NW | A |
| 25th Ave./California | SE | B |
| 25th Ave./Geary | SE | A |
| Alemany/Arch | SW | A |
| Balboa/37th Ave. | SW | B |
| Bayshore/Leland | SW | B |
| Bayshore/Visitacion | NE | A |
| Chestnut/Fillmore | NW | A |
| Chestnut/Scott | SW | B |
| Cole/Carl | NE | A |
| Cole/Carl | SW | A |
| Collingwood/19th St. | 8-terminal | A |
| Connecticut/18th St. | 53-terminal | A |
| Connecticut/Army | NE | A |
| Cortland/Andover | NE | A |
| Cortland/Andover | SW | B |
| Cortland/Folsom | NW | A |
| Divisadero/Eddy | SE | A |
| Divisadero/Eddy | SW | A |
| Divisadero/Sutter | NE | A |
| Fillmore/Sutter | SE | B |
| Fillmore/Turk | NW | A |
| Forrester/Monterey | SE | A |
| Geary/25th Ave. | NE | B |
| Geary/33rd Ave. | NW | A |
| Geneva/Naples | SW | B |
| Geneva/Naples | NW | B |
| Geneva/Santos | Mid | A |
| Haight/Gough | NW | A |
| Hayes/Divisadero | NW | A |
| Hayes/Franklin | NW | B |
| Hyde/Pacific | SW | B |
| Kearny/Bush | NE | A |
| Leavenworth/Geary | SE | A |
| Lincoln/9th Ave. | SE | A |
| Lincoln/19th Ave. | SE | A |
| Masonic/Fulton | SE | A |
| McAllister/Leavenworth | NW | A |
| McAllister/Octavia | SE | B |
| Mission/Spear | NW | B |
| Missouri/20th St. | NW | A |
| Monterey/Forester | NW | B |
| Monterey/Forester | SE | A |

COMMERCIAL

| Intersection | Corner | DPW Rating |
|---|---|---|

3rd Priority

| Intersection | Corner | DPW Rating |
|---|---|---|
| Monterey/Genessee | SW | A |
| Monterey/Genessee | NW | A |
| Ocean/Jules | NE (sidewalk) | B |
| Pacific/Grant | NE | C |
| Pacific/Polk | SE | B |
| Pacific/Stockton | NE | A |
| Plymouth/Ocean | SW | B |
| Plymouth/Ocean | SE | A |
| Polk/Broadway | NE | B |
| Polk/Broadway | SW | B |
| Polk/Union | NE | C |
| Polk/Union | NW | A |
| Post/Leavenworth | SE | A |
| Presidio/California | NE | A |
| Sutter/Leavenworth | NW | A |
| Union/Hyde | SW | B |
| Union/Hyde | NE | B |
| Union/Polk | SE | B |
| Valencia/18th St. | SW | A |
| Valencia/18th St. | NE | A |
| Valencia/24th St. | NE | A |
| Valencia/24th St. | SW | A |
| Van Ness/Jackson | NE | A |
| Van Ness/Jackson | SW | A |
| Van Ness/Union | SE | B |

NEW SHELTERS

NON-COMMERCIAL

| Intersection | Corner | DPW Rating |
|---|---|---|
| **1st Priority** | | |
| 5th St./Mission | NW* | A |
| 19th Ave./Holloway | NE (sidewalk) | A |
| 19th Ave./Holloway | NW (sidewalk) | A |
| 19th Ave./Judah | SW | B |
| 19th Ave./Judah | SE | B |
| 19th Ave./Quintara | SW | A |
| 19th Ave./Quintara | SE | A |
| 19th Ave./Winston | NE | B |
| 19th Ave./Winston | NW | A |
| 30th St./Church | Southside | A |
| 30th St./Church | NE | B |
| Academy of Sciences | In front | A |
| Arballo/Pinto | Westside | B |
| Balboa/25th Ave. | SE | A |
| Balboa/32nd Ave. | SW | A |
| Bay/Kearny | NW* | A |
| Bay/Kearny | SW* | A |
| Beach/Hyde | NW* | A |
| Beach/Polk | Senior Center* | B |
| Bosworth/Diamond | SE* | A |
| California/Laurel | NE | B |
| Castro/Duboce | SE | B |
| Castro/Duboce | NW | B |
| Clipper/Diamond Hghts. | Northside | A |
| Clipper/Portola | SW | A |
| De Young Museum | In front | A |
| Diamond/Bosworth | SE* | A |
| Diamond Hghts./Duncan | SE | A |
| Diamond Hghts./Goldmine | NW | B |
| Diamond Hghts./Goldmine | NE | B |
| Duncan/Diamond Hghts. | SW | A |
| Fillmore/Hayes | SW | A |
| Fillmore/Hayes | NE | C |
| Fort Mason | 28-terminal* | A |
| Forest Hill Station | In front* | A |
| Fulton/Parker | SE | C |
| Fulton/Parker | NW | C |
| Geary/32nd Ave. | SE | A |
| Geary/42nd Ave. | SE | A |
| Geary/Masonic | NE* | B |
| Geary/Park Presidio | SW | A |
| Geneva/San Jose | BART Station* | A |
| Geneva/San Jose | BART Station* | A |
| Haight/Laguna | NW | A |

* P-zoned, consider advertising

NON-COMMERCIAL

| Intersection | Corner | DPW Rating |
|---|---|---|
| **1st Priority** | | |
| Hayes/Fillmore | SE | A |
| Hayes/Fillmore | NW | C |
| Hayes/Larkin | NW | A |
| Hayes/Masonic | SE | A |
| Hayes/Steiner | SE | A |
| Hayes/Van Ness | NW | A |
| Hyde/Jefferson | Mid | A |
| Irving/Arguello | SW | A |
| Irving/2nd Ave. | NE | B |
| Jefferson/Powell | Northside | A |
| J Serra/Ocean | NE | C |
| Judah/19th Ave. | SW | C |
| Judah/19th Ave. | NE | A |
| Laguna/Haight | NE | A |
| Laguna Honda Hospital | 89-terminal | B |
| La Playa/Cabrillo | SW | A |
| Larkin/McAllister | SE | A |
| Letterman Hospital | 29-terminal | A |
| Letterman Hospital | 45-line inbound | A |
| Market/Castro | NW | B |
| Masonic/Hayes | NE | A |
| Masonic/Hayes | NW | C |
| McAllister/Van Ness | SE | A |
| McAllister/Van Ness | NW | A |
| McAllister/Polk | NW | A |
| McAllister/Hyde | NW | A |
| McAllister/Hyde | Mid | A |
| Mission/5th St. | NW* | A |
| Mission/Silver | SE | A |
| Myra Way/Dalewood | 34-Terminal | A |
| Northpoint/Polk | SW* | A |
| Ocean/Lee | Northside* | A |
| Ocean/Lee | Phelan Loop* | A |
| Phelan/CCSF Science Bldg. | Mid | B |
| Phelan/CCSF Science Bldg. | Mid | B |
| Phelan/CCSF Bookstore | In front | A |
| Phelan/CCSF Bookstore | Across street | A |
| Polk/Northpoint | SW | A |
| Portola/Clipper | Across from Texaco | A |
| Potrero/22nd St. | SE | B |
| Presidio/California | NW | A |
| Presidio/Geary | NW* | A |
| San Jose/Geneva | NW* | A |
| San Jose/Geneva | SW* | A |
| Recreation Center for Handicapped | Zoo Road (on lawn) | A |
| Sacramento/Webster | NE | A |
| Sacramento/Webster | SW | A |

NON-COMMERCIAL

| Intersection | Corner | DPW Rating |
|---|---|---|

1st Priority

| Intersection | Corner | DPW Rating |
|---|---|---|
| San Bruno/Arleta | Eastside | A |
| SF Zoo/Sloat Blvd. | Zoo entrance* | A |
| Silver/Mission | SE | A |
| Sloat/Junipero Serra | SW | A |
| Sutter/Presidio | SE | A |
| Turk/Chabot Terrace | SE | C |
| Turk/Chabot Terrace | NW | A |
| Valencia/Army | SW | A |
| Van Ness/Grove | NE | A |
| Van Ness/Grove | SW | A |
| Van Ness/Hayes | NE | A |
| Van Ness/Hayes | SW | A |
| Van Ness/Market | SE | A |
| Van Ness/Market | SW | A |
| Van Ness/Market | NE | A |
| Van Ness/McAllister | SE | A |
| Van Ness/McAllister | SW | A |
| Van Ness/Northpoint | Westside* | A |
| Veterans Hospital | 38-terminal | A |
| Washington/Mason | SW | A |
| W. Portal/St. Francis Circle | NE (island) | C |
| W. Portal/St. Francis Circle | NW (island) | B |

NON-COMMERCIAL

| Intersection | Corner | DPW Rating |
|---|---|---|

2nd Priority

| Intersection | Corner | DPW Rating |
|---|---|---|
| Market/Van Ness | NW | B |
| Market/11th Street | SW | A |
| Market/Fell | NW | A |
| Market/10th St. | SE | A |
| Market/Hayes | NW | A |
| Market/8th-9th St. | Mid | A |
| Market/Grove | NW | A |
| Market/7th-8th St. | Mid | A |
| Market/6th-7th Sts. | Mid | A |
| Market/Golden Gate | NW | A |
| Market/Turk | NE | A |
| Market/Mason-Turk | SE | A |
| Market/Powell | NE | A |
| Market/Powell | SE | A |
| Market/O' Farrell | NW | A |
| Market/Grant | SE | A |
| Market/3rd St. | SE | A |
| Market/Post | NW | A |
| Market/2nd St. | SE | A |
| Market/Sutter | NW | A |
| Market/Sansome-1st St. | Mid | A |
| Market/Front | NE | Constr. |
| Market/Drumm | NE | A |
| | | |
| 5th St. North/Market | NW | A |
| 5th St. North/Market | NE | A |
| 5th St./Bryant | NE* | A |
| 16th St./Bryant | SE* | A |
| 16th St./Church | SE | A |
| 19th Ave./Crespi | SW | A |
| 19th Ave./Sloat | NW | B |
| 19th Ave./Sloat | NE | B |
| 19th Ave./Vicente | SW | A |
| 19th Ave./Vicente | SE | A |
| 23rd St./Utah | SE | B |
| 24th St./Dolores | NW | A |
| 24th St./Dolores | SW | A |
| 24th St./Guerrero | SW | A |
| ✓ 25th Ave./Judah | SW | A |
| 30th St./Dolores | NE | A |
| 30th St./Dolores | SW | A |
| 32nd Ave./Anza | 2-terminal | A |
| ✓ 43rd Ave./Judah | SW | A |
| Alemany/Crystal | SE | A |
| Balboa/30th Ave. | NW | A |
| California/10th Ave. | SW | A |
| California/Park Presidio | SW | A |
| Castro/22nd St. | SE | A |

NON-COMMERCIAL

| Intersection | Corner | DPW Rating |
|---|---|---|

2nd Priority

| Intersection | Corner | DPW Rating |
|---|---|---|
| Chestnut/Laguna | NE | A |
| Church/22nd St. | SE | A |
| Clayton/Corbett | SW | A |
| Ellsworth Blvd./Alemany | Housing Projects | A |
| Fillmore/Jackson | SW | B |
| Fillmore/Jackson | NE | B |
| Fulton/6th Ave. | SE | A |
| Fulton/Bth Ave. | NW | A |
| Fulton/22nd Ave. | SE | A |
| Fulton/25th Ave. | SE | A |
| Fulton/Park Presidio | SW | A |
| Geary/30th Ave. | SW | A |
| Hayes/Baker | NW | A |
| Hayes/Baker | SW | A |
| Hayes/Buchanan | SE | A |
| Hudson/Bertha | NW | A |
| John Muir Drive at 555 | Westside | C |
| Judah/Sunset | SW | A |
| Judson/Phelan-Genessee | Mid | A |
| Kiska/Reardon | Northside | B |
| Laguna/Chestnut | NW | B |
| Lake Merced Blvd/L. Merced Hill | NE | A |
| La Playa/Fulton | NW | A |
| Lincoln/5th Ave. | SE | A |
| Masonic/Turk | NW | A |
| Mansell/University | NW | A |
| Monterey/Ridgewood | NE | A |
| Monterey/Ridgewood | SE | A |
| Naples/Seville | NE | A |
| Newhall/Newcomb | SW | A |
| Noriega/41st Ave. | SE | A |
| Noriega/43rd Ave. | SW | C |
| Northpoint/Hyde | NE | B |
| Northpoint/Hyde | SW | C |
| Ocean/Geneva | K-line island | A |
| Ocean/Geneva | K-line island | A |
| Ocean/San Jose | SE | A |
| Palou/Newhall | NE | C |
| Park Presidio/Balboa | SW | A |
| Park Presidio/Balboa | NE | A |
| Park Presidio/California | NE | A |
| Park Presidio/California | SW | A |
| Park Presidio/Fulton | NW | A |
| Park Presidio/Fulton | NE | A |
| Park Presidio/Geary | SW | A |
| Park Presidio/Geary | NE | A |

NON-COMMERCIAL

| Intersection | Corner | DPW Rating |
|---|---|---|
| **2nd Priority** | | |
| Parnassus/Cole | NW | A |
| Parnassus/Cole | SW | A |
| Polk/Bay | SW | A |
| Potrero/22nd St. | SW | B |
| Quintara/19th Ave. | SW | B |
| Sacramento/Buchanan | NE | A |
| Silver/Cambridge | SE | A |
| Silver/Cambridge | NE | A |
| Sunset/Judah | NW | A |
| Sunset/Judah | SE | A |
| Sunset/Noriega | NW | A |
| Sunset/Noriega | SE | A |
| Sunset/Ocean | SE | A |
| Sunset/Quintara | NW | A |
| Sunset/Quintara | NE | A |
| Sunset/Sloat | NE | A |
| Sunset/Sloat | SW | A |
| Sunset/Taraval | SE | A |
| Sunset/Taraval | SE | A |
| Sunset/Vicente | SE | A |
| Taraval/24th Ave. | NE | B |
| Taraval/Sunset | SW | A |
| Teresita/Reposa | NE | B |
| Ulloa/Lenox | NW* | A |
| Visitacion/Schwerin | NE | A |
| Visitacion/Schwerin | SW | B |
| Whitney Young Circle | Rec Center (On Lawn) | A |

NON-COMMERCIAL

| Intersection | Corner | DPW Rating |
|---|---|---|

3rd Priority

| Intersection | Corner | DPW Rating |
|---|---|---|
| 14th Ave./Santiago | SE | A |
| 18th St./Church | SE | A |
| 20th St./Arkansas | NE | B |
| 22nd Ave./Judah | SE | A |
| 25th Ave./Fulton | SE | B |
| 25th Ave./Fulton | NW | B |
| Army/Folsom | SW | A |
| Avalon/La Grande | SW | A |
| Broad/Plymouth | NE | A |
| Carl/Stanyan | SW | A |
| Chenery/30th St. | SW | A |
| Crescent/College | SE | B |
| De Haro/18th St. | SE | A |
| De Haro/19th St. | SE | A |
| Embarcadero/Ferry Bldg. | Eastside | A |
| Embarcadero/Ferry Bldg. | Westside | C |
| Felton/Oxford | NE | B |
| Felton/Oxford | SW | B |
| Folsom/Precita | SE | A |
| Font Blvd./Gonzales | SW | A |
| Geary/Scott | SE | A |
| Geneva/Cayuga | SW | B |
| Geneva/Cayuga | NE | B |
| Judah/22nd Ave. | SW | A |
| Lincoln/19th Ave. | NW | C |
| Mansell/Sommerset | SW | B |
| Mansell/Sommerset | NW | A |
| Newcomb/LaSalle | NW | B |
| Noriega/Sunset | SW | A |
| Ocean/Howith | SE | A |
| Persia/Prague | NE | B |
| Persia/Prague | SW | B |
| Polk/Chestnut | NW | A |
| Powell/Lombard | SW | A |
| Presidio/Sutter | NE | A |
| Presidio/Sutter | SW | A |
| Sacramento/Octavia | NW | A |
| Sacramento/Octavia | SE | A |
| San Bruno/Mansell | SE | B |
| San Bruno/Mansell | NW | B |
| San Jose/Broad | SE | B |
| Silver/Ledyard | Southside | C |
| Silver/Thomas | NE | C |
| Trumbull/Congdon | NW | B |
| Visitacion/Rutland | NE | A |
| Visitacion/Rutland | SW | B |
| Winston/Buckingham | SE | A |
| Winston/Lake Merced | NE | A |