# EXHIBIT A - 3

[TRANSIT SHELTER DESIGNS]

SAN FRANCISCO ADMINISTRATIVE CODE

# CHAPTER 12B

## Nondiscrimination in Contracts

Sec. 12B.1  All Contracts to Include Nondiscrimination Provisions. Definitions.
Sec. 12B.2  Nondiscrimination Provisions of Contract.
Sec. 12B.3  Human Rights Commission Empowered.
Sec. 12B.4  Affirmative Action Guidelines.
Sec. 12B.5  Chapter Applies Only to Discriminatory Employment Practices.
Sec. 12B.6  Severability.

SEC. 12B.1  ALL CONTRACTS TO INCLUDE NONDISCRIMINATION PROVISIONS; DEFINITIONS. All contracting agencies of the City and County of San Francisco, or any department thereof, acting for or on behalf of the City and County, shall include in all contracts, franchises, leases, concessions or other agreements involving real or personal property, hereafter negotiated, let, awarded, granted, renegotiated, extended or renewed, in any manner or as to any portion thereof, a provision obligating the contractor, franchisee, lessee, concessionaire, or other party of said agreement not to discriminate on the ground or because of race, color, creed, national origin, ancestry, age, sex, sexual orientation or disability, against any employee of or applicant for employment with, such contractor, franchisee, lessee, or concessionaire, and shall require such contractor, franchisee, lessee or concessionaire to include a similar provision in all subcontracts, subleases or other subordinate agreements let, awarded, negotiated or entered into thereunder.

(a) Definitions. As used in this chapter the term:

"Age" refers to and shall include any employee or applicant for employment who has attained the age of 40 years and has not attained the age of 65 years. For the purposes of this section, discrimination because of age shall mean dismissal from employment, or refusal to employ or rehire any person because of his or her age, if such person has attained the age of 40 years and has not attained the age of 65 years, if the person is physically able and mentally competent to perform the services required. Age limitations of apprenticeship programs in which the State or its political subdivisions participate shall not be considered discriminatory within the meaning of this section.

"Contract" shall mean and include an agreement to provide labor, materials, supplies or services in the performance of a contract, franchise, concession or lease granted, let or awarded for and on behalf of the City and County of San Francisco.

"Contractor" means any person or persons, firm, partnership, corporation, or combination thereof, who submits a bid and/or enters into a contract with department heads and officers empowered by law to enter into contracts on the part of the City and County for public works or improvements to be performed, or for a franchise, concession or lease of property, or for goods, services or supplies to be purchased, at the expense of the City and County or to be paid out of moneys deposited in the treasury or out of trust moneys under the control or collected by the City and County.

"Subcontractor" means any person or persons, firm, partnership, corporation or any combination thereof, who enters into a contract or agreement with the contractor to perform a substantial specified portion of the contract for public works, improvements, supplies, goods or services, or for a lease, franchise or concession, let, granted or awarded for or on behalf of the City and County in accordance with the plans and specifications of such contract. Such term shall include any contractor who enters into a contract with any subcontractor for the performance of 10 per cent or more of the subcontract.

"Subcontract" shall mean and include an agreement or contract under or subordinate to a prime contract, franchise, lease or concession granted, let or awarded for or on behalf of the City and County of San Francisco.

"Concession" includes a grant of land or other property by or on behalf of the City and County of San Francisco to a person for the purpose or use specified in said grant.

"Concessionaire" shall mean and include a person who is the grantee or beneficiary of a concession as herein defined.

"Franchise" shall mean and include a right or privilege conferred by grant from the City and County of San Francisco, or any contracting agency thereof, and vested in and authorizing a person to conduct such business or engage in such activity as is specified in said grant.

"Franchisee" shall mean and include a person who is the grantee or beneficiary of a franchise as herein defined.

"Lease" shall mean and include a contract by which the City and County of San Francisco, or any contracting agency thereof, grants to a person the temporary possession and use of property, for reward, and the latter agrees to return the same to the former at a future time.

"Lessee" shall mean and include a person or tenant taking possession of property under a lease as herein provided, and further includes a lessee under a business agreement providing a rental for personal property.

"Sublease" shall mean and include a lease by which a lessee or tenant grants or lets to another person part or all of the leased property for a shorter term and under which said lessee or tenant retains some right or interest under the original lease.

"Sex" shall mean the character of being male or female.

"Sexual orientation" shall mean the choice of human adult sexual partner according to gender.

"Disability" is a physical or mental impairment which does not make the person incapable of adequately performing his or her duties with a reasonable accommodation to his or her disability, and does not make the person incapable of performing such duties in a manner which would not endanger the health and safety or the health and safety of others.

"Supplier" means any person or persons, firm, partnership, corporation, or any combination thereof, who submits a bid or enters into a contract with the awarding agency of the City and County, or who submits a bid or enters into a contract with any contractor, subcontractor, lessee, sublessee, franchisee or concessionaire engaged in the performance of a contract, let, awarded or granted by or on behalf of the City and County, for the supplying of goods, materials, services, equipment or furnishings.

[Amended Ord. 18-77, App. 1/21/77]

SEC. 12B.2  NONDISCRIMINATION PROVISIONS OF CONTRACT. Every contract or subcontract for or on behalf of the City and County of San Francisco as provided in Section 12B.1 hereof, shall contain the provisions following, which shall be known as the nondiscrimination provisions of such contract.

In the performance of this contract, the contractor, subcontractor or supplier agrees as follows:

1st Wherever the work is performed or supplies are manufactured in the United States, the contractor, subcontractor or supplier will not discriminate against any employee or applicant for employment because of race, color, religion, ancestry, national origin, age, sex, sexual orientation or disability. The contractor, subcontractor or supplier will take affirmative action to ensure that applicants are employed, and that employees are treated equally during employment, without regard to their race, color, religion, ancestry, national origin, age, sex, sexual orientation or disability. Such action shall include, but not be limited to, the following: employment, upgrading, demotion or transfer, recruitment or recruitment advertising, layoff or termination, rates of pay or other forms of compensation and selection for training, including apprenticeship. Nothing in this ordinance shall require or prohibit the establishment of new classifications of employees in any given craft. The provisions of this section with respect to age shall not apply to

(1) termination of employment because of the terms or conditions of any bona fide retirement or pension plan;

(2) operation of the terms or conditions of any bona fide retirement or pension plan which has the effect of a minimum service requirement; and

(3) operation of the terms or conditions of any bona fide group or insurance plan.

The contractor, subcontractor or supplier agrees to post in conspicuous places, available to employees and applicants or employees and applicants for employment, notices in such form and content as shall be furnished or approved by the awarding authority setting forth the provisions of this section.

(b) Except as in this section provided or in cases where the law compels or provides for such action, any provisions in any contract, agreement or understanding entered into on or after the effective date of this chapter which prevent or tend to prevent the employment of any person solely by reason of his or her age, who has attained the age of 40 years and has not attained the age of 65 years shall be null and void.

(c) The contractor, subcontractor or supplier will in all solicitations or advertisements for employees placed by or on his or her behalf, state that qualified applicants will receive consideration for employment without regard to race, creed, color, ancestry, national origin, age, sex, sexual orientation or disability. Any solicitations or advertisements that satisfy similar requirements under Federal law, subject to the approval of the awarding authority, will also satisfy this requirement.

(d) The contractor, subcontractor or supplier will send to each labor union or representative of workers with which he or she has a collective bargaining agreement or other contract or understanding, a notice, in such form and content as shall be furnished or approved by the awarding authority, advising the said labor union or workers' representative of the contractor's, subcontractor's or supplier's commitments under this section, and shall post copies of the notice in conspicuous places available to employees and applicants for employment.

(e) The contractor, subcontractor or supplier will permit access to his or her records of employment, employment advertisements, application forms and other pertinent data and records by the awarding authority, the Fair Employment Practices Commission, or the San Francisco Human Rights Commission for the purposes of investigation to ascertain compliance with the nondiscrimination provisions of this contract, and on request provide evidence that he or she has or will comply with the nondiscrimination provisions of this contract.

(f) That contractor, subcontractor or supplier shall be deemed to have breached the nondiscrimination provisions of this contract upon:

(1) A finding by the Director of the San Francisco Human Rights Commission, or such other official who may be designated by the Human Rights Commission, that contractor, subcontractor, or supplier has willfully violated such nondiscrimination provisions; or

(2) A finding by the Fair Employment Practices Commission of the State of California that contractor, subcontractor or supplier has violated any provision of the Fair Employment Practices Act of California or the nondiscrimination provisions of this contract, provided that the Fair Employment Practices Commission has issued a final order pursuant to Section 1426 of the Labor Code, or has obtained a final injunction pursuant to Section 1429 of the Labor Code; provided further, that for the purposes of this provision, an order or injunction shall not be considered final during the period within which (a) appeal may be taken, or (b) if the same has been stayed by order of court, or (c) further proceedings for vacation, reversal or modification are in progress before a competent administrative or judicial tribunal.

(3) Upon such finding by the Director of the Human Rights Commission, or other official designated by the Human Rights Commission, or the Fair Employment Practices Commission, the awarding authority shall notify contractor, subcontractor or supplier that unless he or she demonstrates to the satisfaction of the Director of the San Francisco Human Rights Commission, or other official designated by the Human Rights Commission, within such reasonable period as the Human Rights Commission shall determine, that the violation has been corrected, action will be taken as set forth in Subparagraphs (g) and (h) hereof.

(4) The Human Rights Commission shall, within 10 days of the date of issuance of any finding by the Director of the Human Rights Commission, or other official designated by the Commission in the enforcement of this chapter, mail to any person or persons affected by said finding, a copy of said finding, together with a written notice of his or her right to appeal. Notice of appeal must be filed in writing within the time of the Commission within 20 days of the date of mailing said copy and notice.

(5) For purposes of appeal proceedings under this section, a quorum shall consist of eight members of the Commission. The vote of six members of the full Commission shall be necessary to affirm, reverse or modify such finding, order or other action rendered hereunder. Should a member of the Human Rights Commission be designated under Section 12B.2(h)(1) of this contract, that commissioner may not participate in an appeal under this section except as a witness.

EXHIBIT C

(6) The presiding officer of the Commission shall have the power to administer oaths to witnesses in appeals before the Commission under this section. In the event that any person shall fail or refuse to appear as a witness in any such proceeding after being requested to do so, and if it shall appear to the Commission that his or her testimony, or books, records, documents or other things under his or her control are material and relevant as evidence in the matter under consideration by the Commission in the proceeding, the presiding officer of the Commission may subpoena such person, requiring his or her presence at the proceeding, and requiring him or her to bring such books, records, documents or other things under his or her control.

(7) All appeals to the Human Rights Commission shall be open to the public. Records and minutes shall be kept of such proceedings and shall be open to public inspection. Upon reaching a decision in any appeal, the Commission shall give written notice thereof to the Director of the Human Rights Commission, or other official designated by the Human Rights Commission, and the appellant or appellants. The decision of the Commission shall be final unless within 10 days of the filing and service of written notice thereof appropriate legal proceedings are filed in a court of competent jurisdiction by any party to this contract.

(8) If any contractor, subcontractor or supplier under contract to the City and County of San Francisco shall fail to appear at an appeal proceeding of the Commission after having been given written notice to appear, such failure to appear shall be grounds for cancellation of the contract or subcontract and such contractor, subcontractor or supplier shall be deemed to have forfeited all rights, benefits and privileges thereunder.

(9) The Human Rights Commission of the City and County of San Francisco shall promulgate rules and regulations for the implementation of the nondiscrimination provisions of this contract, and such rules and regulations shall, so far as practicable, be similar to those adopted in applicable federal executive orders.

(g) There may be deducted from the amount payable to the contractor, subcontractor or supplier by the City and County of San Francisco under this contract a penalty of $50 for each person for each calendar day during which such person was discriminated against in violation of the provisions of this contract. In addition to any other penalties herein provided for the violation of the nondiscrimination provisions of this contract or for the failure of any contractor, subcontractor or supplier to abide by the rules and regulations herein contained, this contract may be forthwith cancelled, terminated or suspended, in whole or in part, by the contracting agency upon the basis of a finding as set forth in Section 12B.2(f) that the contractor, subcontractor or supplier has discriminated contrary to the provisions of this contract, and all moneys due or to become due hereunder may be forfeited to, and retained by, the City and County of San Francisco.

(h) A breach of the nondiscrimination provisions in the performance of this contract shall be deemed by the City and County of San Francisco to be a material breach of contract and basis for determination by the officer, board or awarding authority responsible for the awarding or letting of such contract that the contractor, subcontractor or supplier is an irresponsible bidder as to all future contracts for which such contractor, subcontractor or supplier may submit bids. Such person, firm or establish and carry out a program in conformity with the nondiscrimination provisions of this contract, be allowed to act as a contractor, subcontractor or supplier under any contract for public works, goods or services for or on behalf of the City and County of San Francisco.

(i) Nothing contained in this contract shall be construed in any manner so as to prevent the City and County of San Francisco from pursuing any other remedies that may be available at law.

(j) Nothing contained in this contract shall be construed in any manner so as to require or permit the hiring of aliens on public works as prohibited by law.

(k) The contractor, subcontractor or supplier shall meet the following standards of affirmative compliance:

(1) If the contractor, subcontractor or supplier has been held to be an irresponsible bidder under Section 12B.2(h) hereof, he or she shall furnish evidence that he or she has established and is carrying out a program in conformity with the nondiscrimination provisions of this contract.

(2) The contractor, subcontractor or supplier may be required to file with the Human Rights Commission a basic compliance report, which may be a copy of the federal E.E.O.1., or a more detailed report as determined by the Commission. Willful false statements made in such reports shall be punishable as provided by law. No contractor, subcontractor or supplier shall be held in nonconformance for not filing such a report with the Human Rights Commission unless he or she has been specifically required to do so in writing by the Human Rights Commission.

(3) Personally, or through his or her representatives, the contractor, subcontractor or supplier shall, through negotiations with the unions with whom he or she has collective bargaining or other agreements requiring him or her to obtain or clear his or her employees through the union, or when he or she otherwise uses a union as an employment resource, attempt to develop an agreement which will:

(A) Define and outline responsibilities for nondiscrimination in hiring, referral, upgrading and training.

(B) Otherwise implement an affirmative antidiscrimination program in terms of the unions' specific areas of skill and geography, such as an apprenticeship program, to the end that minority workers will be available and given an equal opportunity for employment.

(4) The contractor, subcontractor, supplier or trade association shall notify the contracting agency of opposition to the nondiscrimination provisions of this contract by individuals, firms or organizations during the term of this contract. [Amended Ord. ..., App. ...]

**12B.3. HUMAN RIGHTS COMMISSION EMPOWERED.** The San Francisco Human Rights Commission, its presiding officer and its director are hereby granted the power to do all acts and exercise all powers referred to in Section 12B.2 hereof. [Amended Ord. 261-66, App. 10/21/66]

**SEC. 12B.4. AFFIRMATIVE ACTION GUIDELINES.** The following affirmative action guidelines shall apply to all contracts for or on behalf of the City and County of San Francisco, as provided in Section 12B.1 hereof.

In order to be eligible to bid or to have a bid considered by the awarding agency the contractor in all contracts shall submit an affirmative action program which shall meet the requirements of the Human Rights Commission.

The Human Rights Commission may also require contractors, subcontractors and suppliers to take part in a pre-bid or pre-award conference in order to develop, improve or implement a qualifying affirmative action program.

(a) Affirmative action nondiscrimination programs developed pursuant to this section shall be effective for a period of 12 months next succeeding the date of approval by the Human Rights Commission. Contractors, subcontractors and suppliers who are members in good standing of a trade association which has negotiated an affirmative action nondiscrimination program with the Human Rights Commission may make this association program their commitment for the specific contract upon approval of the Human Rights Commission without the process of a separate pre-bid or pre-award conference. Such an association agreement shall be effective for a period of 12 months next succeeding the date of approval by the Human Rights Commission. Trade associations shall provide the Human Rights Commission with a list of members in good standing in such association. The Human Rights Commission shall annually supply contracting agencies of the City and County with a list of contractors, subcontractors and suppliers who have developed approved affirmative action nondiscrimination programs.

(b) The awarding agency shall be responsible for notifying all prospective bidders of the requirements of this section and also a form required by Human Rights Commission, for notifying the Human Rights Commission of each contract which is being proposed to be put to public bid.

(c) The proposed affirmative action program required to be submitted under Section 12B.1 hereof and the pre-bid or pre-award conference which may be required by Human Rights Commission, shall, without limitation as to the subject or nature of employment activity, be concerned with such matters as to the subject or nature of:

(1) apprenticeship where approved programs are functioning, and other on-the-job training for non-apprenticeable occupations;

(2) classroom preparation for the job when not apprenticeable;

(3) preapprenticeship education and preparation;

(4) upgrading training and opportunities;

(5) encouraging the use of contractors, subcontractors and suppliers of all ethnic groups, provided, however, that any contract subject to this ordinance shall require the contractor, subcontractor or supplier to provide not less than the prevailing wage, working conditions, and practices generally observed in private industries in the City and County of San Francisco for such work; and

(6) the entry of qualified minority journeymen into the industry.

(d) Affirmative action nondiscrimination agreements resulting from the proposed affirmative action programs or the pre-bid or pre-award conferences shall not be confidential and may be publicized by the Human Rights Commission at its discretion. In addition, the Human Rights Commission may report to the Board of Supervisors, either on request of the Board or on its own initiative, on the progress of the problems which attend the implementation of these agreements or any other aspect of enforcement of this ordinance.

(e) Any job training or education program using the funds, facilities, or staff of the City and County of San Francisco or the Human Rights Commission, in the judgment of the Board of Supervisors or the Human Rights Commission, can make a contribution to the implementation of this ordinance shall submit reports to the Human Rights Commission as requested and shall be required to cooperate with the contractors, subcontractors, suppliers and unions and with the Human Rights Commission for the effectuation of the affirmative action nondiscrimination programs developed under this ordinance. [Amended Ord. 188-75, App. 115/75]

**SEC. 12B.5. CHAPTER APPLIES ONLY TO DISCRIMINATORY EMPLOYMENT PRACTICES.** This chapter shall not confer upon the City and County of San Francisco or any agency, board or commission thereof any power not otherwise provided by law, to determine the legality of any existing collective bargaining agreement and shall have application only to discriminatory employment practices by contractors, subcontractors or suppliers engaged in the performance of City and County contracts.

(a) The Board of Supervisors shall appropriate such funds from the General Fund of the City and County of San Francisco, subject to budgetary and fiscal provisions of the Charter, as it may deem necessary for the enforcement of this ordinance. [Amended Ord. 310-66, App. 12/16/66]

**SEC. 12B.6. SEVERABILITY.** If any clause, sentence, paragraph or part of this title or the application thereof to any person or circumstances, shall, for any reason, be adjudged by a court of competent jurisdiction to be invalid, such judgment shall not affect, impair or invalidate the remainder of this title. [Amended Ord. 261-66, App. 10/21/66]

Final Passage—October 17, 1966. Approved by Mayor—October, 1966.
Amendments:

December, 1968,
February, 1974,
December, 1975,
January, 1976,
January, 1977.

February, 1979.

PUBLIC UTILITIES COMMISSION

CITY AND COUNTY OF SAN FRANCISCO

RESOLUTION No. 78-0022

RESOLVED, That the following minimum guidelines on affirmative action be required of all professional services firms (i.e., architects, engineers, management, etc.) doing business with the San Francisco Public Utilities Commission:

1.  The firm will file reports on the ethnic and sex identification of its work force with the Employment Contracts Compliance Officer on forms to be supplied by said officer and at times designated by him/her.

2.  The firm will submit a written affirmative action program for approval by the Human Rights Commission and the Public Utilities Commission's Employment Contracts Compliance Officer (or their respective designee), or participate in the Engineering Societies Manpower Training Programs (on the job training, employee upgrading and professional training and scholarships).

3.  The firm will first notify ethnic and female professional organizations of professional job openings.

4.  The firm will insure that a significant portion of the dollar value of the proposed subcontract work would include minority firm participation if subcontractors are used.  If this requirement cannot be met, an agreeable program will be developed by the firm and the Employment Contracts Compliance Officer of the Public Utilities Commission, to be approved by the Commission prior to awarding the contract.

I certify that the foregoing resolution was adopted by the Public Utilities Commission

ring of _____ JAN 10 1978 _____

_____
Secretary and Assistant General Manager

EXHIBIT  D

LOWER MARKET STREET TRANSIT SHELTER DESIGNS

EXHIBIT "E"



# MARKET STREET SHELTER

**MARKET STREET DESIGN** (Market Street Blue): design harmonized with the CONTEMPORARY AND TRADITIONAL models including all features, but with specified front/rear openings, large capacity and Art Display Kiosk

The MARKET STREET DESIGN shelter takes its lines directly from both the CONTEMPORARY and the TRADITIONAL shelter designs. The unit is a combination of the CONTEMPORARY design's steel structure and vaulted roof. The vault bulkheads are enhanced by an abstraction of the TRADITIONAL design's circular cameo theme. The burnished-rose softness of the CONTEMPORARY shelter has been hardened with the substitution of the bold dark blue color featured on Market Street lightpoles. The Use of Market Street blue will help further harmonize the current Market Street steel furniture and present an immediate impression of extensive street furniture upgrade. The size and capacity of the MARKET STREET shelter is intended to scale the design to existing street furniture and to handle the larger patron capacity require-ments of the street. The Market Street Art Panel Kiosk and optional accessories are color coordinated to com-plement and com-plete the MARKET STREET Shelter Design Group.

SIX FOOT WIDTH BY EIGHTEEN FOOT LENGTH



STREET ELEVATION: KIOSK & TRANSIT SHELTER

ELEVATION

PLAN: KIOSK

TRANSIT SHELTER

SECTION

T R A N S I T   S H E L T E R   A N D   K I O S K



# MARKET STREET SHELTERS



Final dimensions must specify total size or live area.

Back-lit?

Are we tied to the 47" measurement?   It could be made more
    square, and the MUNI INFO could go at the top.

Do we want to leave a blank space of any size to accommodate
    slip-in messages?

@ 4/20

EXHIBIT F

CONTRACTOR'S MAINTENANCE AND REPAIR DUTIES

STONESTOWN STATION

CONTRACTOR's duties shall include maintenance, and if necessary, repair or replacement of damaged or destroyed shelter or platform components, as described as follows:

1.  General cleaning of ramp and entire platform;

2.  Cleaning and graffiti removal, as needed, of tile on walls underneath platform;

3.  Graffiti removal and repainting, as needed, of railings on ramp and at north end of platform;

4.  Graffiti removal from ticket vending machines;

5.  Graffiti removal and repainting, as needed, of portion of dual purpose street lighting poles beneath platform canopy;

6.  Graffiti removal and repainting, as needed, of the top, underside and structural elements of platform canopy;

7.  Graffiti removal, steam cleaning and repainting, as needed, of walking surfaces located on the ramp and platform;

8.  Graffiti removal from platform signage;

9.  Repair, replacement, graffiti removal and repainting, as needed, of platform and shelter lighting fixtures;

10.  Repair, replacement, graffiti removal and repainting, as needed, of shelter and platform seating;

11.  Repair, replacement, graffiti removal and repainting, as needed, of shelter leaning rails;

12.  Repair, replacement, graffiti removal and repainting, as needed, of shelter windscreens and glass/Lexan panels;

- #1 -                              4583P

13. Repair, replacement, maintenance, graffiti and trash removal, as needed, from platform waste receptacles;

14. Repair, replacement, graffiti removal and repainting, as needed, of all display cases;

15. Graffiti removal, as needed, from any platform video monitor, display or public address system;

16. Minor repairs, graffiti removal and repainting, as needed, of miscellaneous artwork on platform or passenger shelter.

17. Clean-up of broken glass immediately upon notification; cordoning off of any hazardous area or condition.

18. **Graffiti removal and repainting, as needed, of platform marquee.**

19. **Repair, replacement, graffiti removal of canopy glass panels.**

"Concept Drawing"



Typical Boarding Island
showing potential shelter placement



CLEAR GLASS
ROOF ANGLE
ROOF TRIM

3'-0"
O/A WIDTH

STUB SHAFT

END VIEW

OPAQUE
6mm LEXAN THERMOCLEAR
ROOF ANGLE
ROOF TRIM

4"x3" STEEL POST
WELDED TO 4"x3"
ROOF BEAM

14'-2"
O/A ROOF

4'-3 1/2"

4'-4"

2" FLAT BAR

4'-3 1/2"

4'-3 1/2"

FRONT ELEVATION

7'-9 9/16"
O/A HEIGHT

6'-6"
CLEARANCE

1'-1 9/16"

OPTIONAL
(3)48"x79"x3/8"
TEMPERED GLASS
(SHOWN ON ONE
VIEW ONLY)

14'-2"
O/A ROOF

48"
GLASS

48"
GLASS

48"
GLASS

OUTLINE OF ROOF

PLAN BELOW ROOF

3'-0"
O/A WIDTH

Daytech

19 Palmer Pl.
Lancaster, N.Y.
14086
(716) 684-7714

Daytech Mfg. Inc.

OUTDOOR - SAN FRANCISCO - SANTA MONICA

Sketch No.
3350-1

Title SS314 SHELTER

Drawn C.C.

Date 93\05\10

Scale 1/2"=1'-0"

# MUNI MMX Shelter
# Conceptual Design

## for
## South Embarcadero
## and King Street



**Location Map**

**Sheet Index**

FOLSOM STREET PLATFORM

BRANNAN STREET PLATFORM

MIDBLOCK CROSSING

BRANNAN STREET



SECOND STREET PLATFORM

FOURTH STREET PLATFORM

SECOND STREET

FOURTH STREET



SIXTH STREET PLATFORM (FUTURE)

## EXHIBIT I

## CONTRACTOR'S MAINTENANCE AND REPAIR DUTIES

## F-LINE PLATFORMS

CONTRACTOR's duties shall include maintenance, and if necessary, repair or replacement of damaged or destroyed shelter or platform components, as described as follows:

1. General cleaning of ramp and entire platform.

2. Graffiti removal and repainting, as needed, of all railings on ramp and on platform.

3. Graffiti removal from any ticket vending machines.

4. Graffiti removal, as needed, from bottom ten feet (10') of any utility pole mounted on or immediately adjacent to platform.

5. Graffiti removal and repainting, as needed, of the structural and other painted elements of shelter canopy.

6. Graffiti removal, steam cleaning and repainting, as needed, of walking surfaces on the ramp and platform.

7. Replacement of damaged components and graffiti removal from platform identification signs.

8. Repair, replacement, graffiti removal and repainting, as needed, of shelter lighting fixtures.

9. Repair, replacement, graffiti removal and repainting, as needed, of seating.

10. Repair, replacement, graffiti removal and repainting, as needed, of shelter windscreens and glass panels.

11. Repair, replacement, maintenance and graffiti removal from all waste receptacles, and waste removal daily if needed.

12. Repair, replacement, graffiti removal and repainting, as needed, of all display cases.

13. Graffiti removal, as needed from any video monitor, display or public address system.

H:\TRANSPOR\RREITZF\SHELTERS\AMEND3A.DOC 03-MAR-97

14. Minor repairs, graffiti removal and repainting, as
    needed, of miscellaneous artwork on platform or
    passenger shelter.

15. Cleanup of broken glass immediately upon notification;
    cordoning off of any hazardous area or condition.

16. Replacement and repair of components damaged as a
    result of vandalism or malicious intent within 14 days
    unless delayed by concurrence with the Director of
    Public Transportation or his/her representative.

N:\TRANSPOR\RREITZES\SHELTERS\AMEND3A.DOC 03-MAY-97



Location Map
Stations along the F-Line