# EXHIBIT B - 1

# SAN FRANCISCO
# MUNICIPAL TRANSPORTATION AGENCY

# FOURTH AMENDMENT TO
# ADVERTISING TRANSIT
# SHELTER AGREEMENT

9/25/06

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter
agreement amendment 4\advertising transit shelter agreement
amendment 4 final to port.060908.doc

## FOURTH AMENDMENT TO ADVERTISING TRANSIT SHELTER AGREEMENT

THIS FOURTH AMENDMENT TO AGREEMENT is made and entered into this _____ day of _____, 2006, by and between the CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation ("CITY"), acting by and through its Municipal Transportation Agency ("Agency"), the San Francisco Port Commission ("Port"), an agency of CITY, and CBS OUTDOOR, a Delaware Corporation, successor to Viacom Outdoor and Outdoor Systems, Inc. (cumulatively, "CONTRACTOR").

### RECITALS

**A.**     On June 10, 1987, CITY entered into an "Advertising Transit Shelter Agreement" with Gannett Outdoor Company, Inc. of Northern California for the placement of commercial and noncommercial transit shelters throughout San Francisco ("Agreement").

**B.**     On January 5, 1990, CITY approved the First Amendment to Agreement.

**C.**     On March 12, 1991, CITY approved an assignment of Agreement to Combined Communications Corporation ("CCC").

**D.**     On November 18, 1994, CITY approved the Second Amendment to Agreement, requiring CONTRACTOR to maintain the high-level boarding platform on 19th Avenue at Stonestown in exchange for advertising on the platform, and allowing advertising kiosks on Upper Market Street in conjunction with shelters on median boarding islands.

**E.**     On January 3, 1997, CITY approved an assignment of Agreement from CCC to Outdoor Systems, Inc.

**F.**     On March 2, 1998, CITY and CONTRACTOR entered into a Third Amendment to Agreement, to provide, among other things, for advertising on median boarding islands and high-level boarding platforms along The Embarcadero, an increase in the minimum and maximum number of transit shelters in the City.

**G.**     The Third Amendment to Agreement also contains a provision requiring CONTRACTOR to negotiate with CITY as to participation by CONTRACTOR in the construction, maintenance and repair of shelters for the Third Street Light Rail Line in exchange for advertising rights on those shelters.

**H.**     The parties have negotiated this Fourth Amendment to Agreement, which contains the agreements of the parties with respect to the rights and obligations of CONTRACTOR regarding shelters on 28 high level platforms serving the Third Street Light Rail Line and eight low level boarding islands on The Embarcadero serving the E-Line.

NOW, THEREFORE, the parties hereby amend Agreement as follows:

**I.**     Section I.D.2. of Agreement (Number of Commercial and Noncommercial Shelters) is amended to read as follows:

**2.     Number of Commercial and Noncommercial Shelters**

The minimum number of shelters to be provided under this Agreement is one thousand one hundred (1,100) and the maximum number of shelters to be constructed is one thousand two hundred fifty (1,250) shelters without further amendment to this Agreement; provided, however, that CITY-constructed shelters are in addition to the maximum number of shelters specified in this section and

1

are not included in the count. Subject to having received required permits from all permitting authorities, CONTRACTOR shall have installed a minimum of one thousand, one hundred fifty (1,150) shelters within one (1) year from the date of this Fourth Amendment. The commercial and non-commercial shelters will be constructed at a ratio of two (2) commercial shelters to one (1) non-commercial shelter. For purposes of this section, a shelter associated with a kiosk shall be considered a commercial shelter. CONTRACTOR shall erect no more than one hundred fifty (150) kiosks, inclusive of those kiosks erected prior to this Fourth Amendment, without further amendment to this Agreement.

II.    Section I.D.3 of Agreement (Locations) is amended to read as follows:

3.    **Locations**

CITY shall retain the right to designate all shelter locations, including specification of which sites are available for commercial advertising. The Port Commission shall have sole discretion to approve locations for shelters on property under its jurisdiction; provided, however, Port Commission shall not approve any shelter locations on Port property which have not been identified by MUNI as providing the greatest convenience for transit patrons. As part of the City's Waterfront Design process, the Port Commission has approved the location of advertising shelters for the high-level boarding platforms on the South Embarcadero ("MUNI Metro Extension" or "MMX" platforms) (see Exhibit H hereto). As part of the same process, the Port Commission has approved locations for the shelters on median boarding islands for the F-Line on the North Embarcadero (see Exhibit J hereto) and for the E-Line on the South Embarcadero (see Exhibit L hereto); provided, however, that the Port Commission shall have sole discretion over which sites shall be available for commercial advertising at F-Line boarding islands on the North Embarcadero and E-Line boarding islands on the South Embarcadero, maintaining the two (2) to one (1) ratio specified in Section I.D.2. The Port has also designated which non-commercial shelters on F-Line and E-Line boarding islands shall display public service announcements, including, but not limited to, displays promoting the Port, its tenants and Port special events. As of the date of this Amendment, the list of current shelter and kiosk locations and platform advertising panel locations is attached as Exhibit A-1 (List of Shelters and Kiosks by Number) and A-2 (List of Shelters and Kiosks by Locations)

It shall be CONTRACTOR's responsibility to determine the siting of shelters at bus stops and to present site plans to DPW or the Port for approval as specified in Section VIII.C. CITY shall cooperate with CONTRACTOR in determining shelter siting. If a site is found by CONTRACTOR to be unsuitable or economically infeasible for construction of a shelter, CONTRACTOR may appeal to the Executive Director/CEO or to the Port Executive Director with regard to sites within Port jurisdiction for site abandonment and site substitution.

CITY shall have the right to require CONTRACTOR, at CONTRACTOR's sole cost, to remove or relocate shelters for the convenience of pedestrians and bus patrons or because of a change in a bus stop location as set forth in Section VIII.D. In addition, CITY or Port may, without limiting any other remedies hereunder, require or permit a CONTRACTOR-owned shelter to be removed or relocated if the maintenance and repair record of CONTRACTOR indicates that the shelter cannot be maintained properly due to excess vandalism. CONTRACTOR may not relocate or remove a bus shelter without prior written permission of the Executive Director/CEO, or the Port's Executive Director, as applicable, or their respective

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter
agreement amendment 4\advertising transit shelter agreement
amendment 4 final to port.060908.doc

designees. CONTRACTOR shall remove or relocate an associated kiosk concurrently with the removal or relocation of any shelter hereunder.

**III.** Section 1.D.4.a of Agreement (Conventional Advertising Shelters) is amended to read as follows:

> **a. Conventional Advertising Shelters (including F-Line and E-Line Shelters).** CITY authorizes CONTRACTOR to use the "downstream" side wall (furthest from approaching transit vehicles), the back panel, or outside of the downstream side wall of any advertising transit shelter for a two-sided or flared and secured panel to display advertising material. Unless authorized in advance by the Executive Director/CEO or the Port Executive Director in the case of any shelter on Port property, in no case will advertising be displayed on the "upstream" end wall closest to the approaching transit vehicle. Any advertising or other material contained in a panel shall be back-lit. No advertising or other poster shall exceed twenty-four (24) square feet in area, or be greater than six (6) feet in height and four (4) feet in width.

**IV.** Section 1.D.4 of Agreement (Displays) is amended to add a new subsection e. to read as follows:

> **e. Third Street Platforms.** On each of the Third Street platforms constructed by MUNI, CONTRACTOR may display advertising on both sides of each double-sided display case located on each high-level platform. The number and location of display cases on each of the Third Street platforms shall be as shown on Exhibit K attached. The design of each display case shall be consistent with final design as approved by applicable City agencies. No advertising or other poster shall exceed twenty-four (24) square feet in area, or be greater than six (6) feet in height and four (4) feet in width.

**V.** Section V.A.1 of Agreement (High-Level Boarding Platforms) is amended to read as follows:

**1.** **High-Level Boarding Platforms**

> **a. Stonestown.** The CITY shall install, or cause to be installed, the ramp, platform, and shelter structure and amenities at the Stonestown Station, including installation of electrical service and provision of electricity to the station.

> **b. MMX.** The CITY shall also supply, construct and install structural shelter components on any high-level boarding platforms constructed for the MMX and Mission Bay projects. CONTRACTOR shall reimburse CITY for the initial purchase and installation of shelter amenities for high-level boarding platforms that are part of the MMX and Mission Bay projects. CONTRACTOR's obligation to pay for shelter amenities shall not exceed an average of forty-five thousand dollars ($45,000) per MMX platform. Said payment shall be due upon the effective date of this Third Amendment or upon installation of the shelters, whichever occurs later. "Shelter amenities" include, but are not limited to, seating, trash receptacles, advertising display panels, and MUNI map and information display panels/kiosks that are part of the approved final design for the projects. CITY shall have sole responsibility and discretion to select the type and design of all shelter amenities to be installed. Except as provided under Section V.B.4 governing CONTRACTOR's repair and replacement responsibilities, CONTRACTOR shall not have any role or responsibility in selecting or installing shelter amenities.

3

c. **Third Street**. CITY shall install, or cause to be installed, structural shelter components and amenities on the 28 high-level boarding platforms constructed for the Third Street Light Rail Line. MUNI shall have sole responsibility and discretion to select the type and design of all shelter amenities to be installed. Except as provided under Section V.B.4 governing CONTRACTOR's repair and replacement responsibilities, CONTRACTOR, shall not have any role or responsibility in selecting or installing shelter amenities.

d. **Electrical Service**. CONTRACTOR shall be responsible for the ongoing costs of all electrical service to each platform, except on the Third Street platforms, where CITY shall be responsible for providing electrical service.

e. **Ownership of Shelters**. All shelters, amenities and equipment installed on high-level boarding platforms shall be owned by the CITY upon completion and shall not be subject to the termination provisions of Section IX.A of this Agreement. CONTRACTOR agrees to provide a bill of sale or other documentation required to effect an unencumbered transfer to CITY of any amenities or equipment installed by CONTRACTOR on the high-level platforms.

**VI.    Section V.A.2 of Agreement (F-Line North Embarcadero Shelters) is deleted and replaced by a new Section V.A.2 to read as follows:**

2.    **Low-Level Boarding Islands**

a. **F-Line North Embarcadero Shelters.** The CITY shall install or cause to be installed all shelters on F-Line median boarding islands on the North Embarcadero, including installation of electrical service and provision of electricity to the islands. CONTRACTOR shall contribute a maximum of fourteen thousand dollars ($14,000) towards the costs of design and construction of each F-Line shelter. Said contribution shall be due upon award by CITY of a contract for construction of the F-Line shelters. CITY shall own such shelters upon completion and they shall not be subject to the termination provisions of Section IX.A of this Agreement.

Notwithstanding the above, at CITY's sole election, CONTRACTOR, at its sole expense, shall install its own shelters on the F-Line boarding islands. In that event, said shelters would be owned by CONTRACTOR and be subject to all design and permit approvals applicable to other CONTRACTOR-owned shelters under this Agreement.

b. **E-Line Shelters.** CITY has constructed eight (8) E-Line low-level boarding islands on The Embarcadero and King Street. The location of such boarding islands is shown on Exhibit L, attached to and made a part of this Agreement. CONTRACTOR, at its sole expense, shall install its own shelters on the E-Line boarding islands. Said shelters shall be subject to all design and permit approvals applicable to other CONTRACTOR-owned shelters under this Agreement. CITY shall be responsible for running electrical service to the E-Line boarding islands.

c. **Shelters on Other Boarding Islands.** Shelters on other low-level boarding islands shall be governed by Section V.A above.

4

**VII.    Subsections 2 (Maintenance Schedule), 3 (Inspection and Clean-up) and 4 (Repairs and Replacement) of Section V.B of Agreement (Maintenance) are amended in their entirety to read as follows:**

### 2.    Maintenance Schedule

CONTRACTOR shall conform with the maintenance standards set forth in the Agreement and be responsible for maintaining shelters in "like new" condition throughout the term of the contract, including refurbishing, reconditioning, and, if necessary, replacing CONTRACTOR-provided worn shelters. CONTRACTOR shall use the Cleaning and Maintenance Reporting Forms (attached as Exhibit M) to report all inspections, cleaning, and maintenance on the shelters, and forward a copy of the reports to the MTA Real Estate Division on a weekly basis, or as required by the Executive Director/CEO, or his designee, If CONTRACTOR does not maintain its schedule or remedy outstanding deficiencies within forty-eight (48) hours of notification, CITY, including Port, shall be entitled to correct the deficiencies and bill CONTRACTOR for the work performed. In addition, CONTRACTOR shall furnish to the Executive Director/CEO a monthly narrative summary of its maintenance operations, noting problem areas and corrective actions taken.

### 3. Inspection and Clean-up

CONTRACTOR shall routinely inspect each shelter and kiosk at least twice per week. CONTRACTOR shall make more inspections if conditions warrant. CONTRACTOR shall make daily visits to the Stonestown Station, Third Street, and all other high-level boarding platforms, the F-Line median boarding islands, and the E-Line boarding islands for trash pick-up. At each inspection, if needed, CONTRACTOR shall clean and wash each shelter. Additionally, CONTRACTOR shall inspect the lighting fixtures and replace defective lights. CONTRACTOR also shall remove all graffiti, stickers, posters, litter, dust, dirt, and weeds from each shelter, and from a five-foot (5') radius surrounding the shelter, exclusive of private property and rail right-of-way. CONTRACTOR's maintenance duties with respect to all high-level boarding platforms and low-level boarding islands are set forth in Exhibit F hereto.

CITY shall be responsible for arranging the relocation of street furniture so as not to impede maintenance of the shelter or block the transit operator's view of the shelter.

### 4.    Repair and Replacement.

CONTRACTOR shall repair within forty-eight (48) hours of notification by CITY, or with respect to shelters on Port property, by Port Director, or designee, any damage from vandalism or graffiti found on or around the shelter or kiosk, exclusive of other street furniture and private property. If the shelter or kiosk damage, vandalism, or graffiti is of a hazardous nature, or if light sources need replacing, CONTRACTOR shall repair, replace or remove the same within twenty-four (24) hours of notification or as needed. If the shelter or kiosk is destroyed, CONTRACTOR shall remove the shelter or kiosk remains within twenty-four (24) hours of notification and replace the shelter within thirty (30) days. In conjunction with such removal, CONTRACTOR shall, at its own expense, restore the affected

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter
agreement amendment 4\advertising transit shelter agreement
amendment 4 final to port.060908.doc

sidewalk, median boarding island or curb area to a safe, finished condition, in accordance with applicable law.

CONTRACTOR's repair duties with respect to all high-level boarding platforms and low-level boarding islands are set forth in Exhibit F hereto. CONTRACTOR's repair and replacement obligations regarding the Stonestown Station, the other high-level boarding platforms, and the E-Line and F-Line island shelters (if constructed and owned by CITY) shall be limited to repairs and/or replacements necessitated by vandalism or intentional damage or destruction; unless CONTRACTOR owns the shelters, CONTRACTOR shall have no obligation to repair or replace platform or shelter components on such shelters solely as a result of construction defects, normal wear and tear, accidents or acts of God. CONTRACTOR shall report such conditions to the Municipal Railway Maintenance Division on MUNI-owned shelters.

CONTRACTOR shall install decals with its telephone number and e-mail address in each shelter, at a location to be determined by MUNI, so that the public may report any conditions at the shelter that require immediate attention from CONTRACTOR.

**VIII.**   Section V.C. (Talking Signs) is deleted and replaced with a new Section V. C (Additional Accessibility Features) to read as follows:

C.      Additional Accessibility Features

CONTRACTOR shall provide the CITY with Twenty-Five Thousand Dollars ($25,000) to be used on in-shelter accessibility features (such as, but not limited to, PUSH-TO-TALK text to speech output devices for NextBus LED displays, or Braille identification signage), to be selected by CITY.  In addition, CONTRACTOR or CITY's contractor will install and/or maintain, such accessibility features, as appropriate as determined by CITY. CONTRACTOR shall pay for all electricity costs for such features.

**IX.**   Subsection A (General) of Section VI. of Agreement (Approval of Advertising Material) is amended in its entirety to read as follows:

A.      **General**

The MTA Board of Directors has adopted an Advertising Policy that prohibits certain types of advertisements.  MTA's Advertising Policy is attached as Exhibit M to this Agreement.  CONTRACTOR agrees to comply with the advertising standards set forth in this policy.  Subject to the provisions of Subsection C. below, CONTRACTOR agrees to display only those advertisements that are in compliance with MTA's policy.  Upon written demand by the Executive Director/CEO or the Executive Director of the Port (for advertising under Port jurisdiction), CONTRACTOR agrees to remove promptly any advertisements that are in violation of MTA's policy, in conformity with state and federal law.

CONTRACTOR agrees to provide install decals on the advertising panels that read: "The views expressed in any advertisement do not necessarily reflect the views of the Municipal Transportation Agency."  MUNI will determine the locations on the panels where the decals shall be placed.  With regard to advertising panels located on property under Port jurisdiction, CONTRACTOR agrees to provide and install decals on the advertising panels that read:  "The views expressed in any advertisement do not necessarily reflect the views of the Municipal Transportation Agency or the Port of San Francisco."

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter
agreement amendment 4\advertising transit shelter agreement
amendment 4 final to port.060908.doc

**X.**    Subsection C (Alcohol Advertising) of Section VI. of Agreement (Approval of Advertising Material) is amended in its entirety to read as follows:

**C.    Alcohol Advertising**

CONTRACTOR agrees to limit advertising of alcoholic beverages (including beer, wine and spirits) on The Embarcadero to a maximum of ten percent (10%) of available advertising faces on the Embarcadero MMX platforms and F-Line boarding islands. CONTRACTOR agrees to limit advertising of alcoholic beverages (including beer, wine and spirits) in the South Bayshore Area to a maximum of ten percent (10%) of available advertising faces in the Area. The South Bayshore Area encompasses the neighborhoods and industrial lands in the area generally bounded by Cesar Chavez, Highway 101, the San Francisco Bay, and the county line. CONTRACTOR also agrees to prohibit advertising of alcoholic beverages within a 500-foot radius of any school.

**XI.**    Section VIII.C.4.b is amended by deleting paragraph (19) of that section.

**XII.**    The first paragraph of Subsection A (Term and Extension of Term) of Section IX (Term and Termination). of Agreement is amended to read as follows:

**A.    Term and Extension of Term**

This Agreement shall commence on June 10, 1987. This Agreement shall terminate on December 9, 2007, unless sooner terminated as provided herein.

**XIII.**    Subsection 3 (Notice) of Section X.E of Agreement (Insurance) is amended in its entirety to read as follows:

**3.    Notice**

All policies shall be endorsed to provide that there will be thirty (30) days advance written notice to CITY of cancellation, non-renewal or reduction in coverage for any reason, which notice shall be mailed to the following address:

Executive Director/CEO
Municipal Transportation Agency
One South Van Ness Ave. 7th Floor
San Francisco, CA 94103

With copies to:

Kerstin Magary
Senior Project Manager
San Francisco Municipal Railway
One South Van Ness Ave. 3rd floor
San Francisco, CA 94103

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter
agreement amendment 4\advertising transit shelter agreement
amendment 4 final to port.060908.doc

**XIV.**  **Section X.P of Agreement (Conflict of Interest) is replaced in its entirety with the following:**

    **P.**  **Conflict of Interest**

        Through its execution of this Agreement, CONTRACTOR acknowledges that it is familiar with the provision of Section 15.103 of CITY's Charter, Article III, Chapter 2 of the City's Campaign and Governmental Conduct Code, and Section 87100 et seq. and Section 1090 et seq. of the Government Code of the State of California, and certifies that it does not know of any facts which constitutes a violation of said provisions and agrees that it will immediately notify CITY if it becomes aware of any such fact during the term of this Agreement.

**XV.**  **Section X.Z (Burma (Myanmar) Business Prohibition) is deleted.**

**XVI.**  **Section X.DD is added to the Agreement, to read as follows:**

    **DD.**  **Limitations on Contributions**

        Through execution of this Agreement, CONTRACTOR acknowledges that it is familiar with section 1.126 of the City's Campaign and Governmental Conduct Code, which prohibits any person who contracts with the City for the rendition of personal services or for the furnishing of any material, supplies or equipment to the City, whenever such transaction would require approval by a City elective officer or the board on which that City elective officer serves, from making any campaign contribution to the officer at any time from the commencement of negotiations of the contract until the later of either (1) the termination of negotiations for such contract or (2) three months after the date the contract is approved by the City elective officer or the board on which that City elective officer serves.

**XVII.**  **Section X.EE is added to the Agreement, to read as follows:**

    **EE.**  **Prohibition on Political Activity with City Funds**

        In accordance with San Francisco Administrative Code Chapter 12.G, CONTRACTOR may not participate in, support, or attempt to influence any political campaign for a candidate or for a ballot measure (collectively, "Political Activity") in the performance of the services provided under this Agreement. CONTRACTOR agrees to comply with San Francisco Administrative Code Chapter 12.G and any implementing rules and regulations promulgated by the City's Controller. The terms and provisions of Chapter 12.G are incorporated herein by this reference. In the event CONTRACTOR violates the provisions of this section, the City may, in addition to any other rights or remedies available hereunder, (i) terminate this Agreement, and (ii) prohibit CONTRACTOR from bidding on or receiving any new City contract for a period of two (2) years. The Controller will not consider CONTRACTOR's use of profit as a violation of this section.

**XVIII.** **Section X.FF is added to the Agreement to read as follows:**

    **FF.**  **Nondisclosure of Private Information.**

        As of March 5, 2005, CONTRACTOR agrees to comply fully with and be bound by all of the provisions of Chapter 12M of the San Francisco Administrative Code (the "Nondisclosure of Private Information Ordinance"), including the remedies provided.

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter
agreement amendment 4\advertising transit shelter agreement
amendment 4 final to port.060908.doc

The provisions of the Nondisclosure of Private Information Ordinance are incorporated herein by reference and made a part of this Agreement as though fully set forth. Capitalized terms used in this section and not defined in this Agreement shall have the meanings assigned to such terms in the Nondisclosure of Private Information Ordinance. Consistent with the requirements of the Nondisclosure of Private Information Ordinance, CONTRACTOR agrees to all of the following:

(a) Neither CONTRACTOR nor any of its Subcontractors shall disclose Private Information obtained from the City in the performance of this Agreement to any other Subcontractor, person, or other entity, unless one of the following is true:

(i) The disclosure is authorized by this Agreement;

(ii) The CONTRACTOR received advance written approval from the Contracting Department to disclose the information; or

(iii) The disclosure is required by law or judicial order.

(b) Any disclosure or use of Private Information authorized by this Agreement shall be in accordance with any conditions or restrictions stated in this Agreement. Any disclosure or use of Private Information authorized by a Contracting Department shall be in accordance with any conditions or restrictions stated in the approval.

(c) Private Information shall mean any information that: (1) could be used to identify an individual, including without limitation, name, address, social security number, medical information, financial information, date and location of birth, and names of relatives; or (2) the law forbids any person from disclosing.

(d) Any failure of CONTRACTOR to comply with the Nondisclosure of Private Information Ordinance shall be a material breach of this Agreement. In such an event, in addition to any other remedies available to it under equity or law, the City may terminate this Agreement, debar CONTRACTOR, or bring a false claim action against CONTRACTOR.

**XIX. Section XV (GPS Demonstration Project) is deleted and replaced by a new Section XV (Bus Arrival Prediction Display Signs For NextBus Project) to read as follows:**

XV.    BUS ARRIVAL PREDICTION DISPLAY SIGNS FOR NEXTBUS PROJECT

The City has a contract with NextBus of Emeryville, California, to provide real-time transit information to MUNI patrons waiting at transit stops with shelters. NextBus will furnish and install 400-500 new bus arrival prediction display signs at existing transit shelters and boarding platforms throughout the City, as determined by MUNI (see list of proposed sites, attached as Exhibit O). The dimensions of the display signs are as follows:

24 inches (L) x 8.4 inches (H) x 7.72 inches (D)
Electrical power consumption: 45 Watts (> 0.48 Amp) at 110V AC (electric power to be provided 24 hours a day and 7 days a week.

CONTRACTOR agrees to participate in such a project by permitting its powered transit shelters to be outfitted with such display signs. CONTRACTOR will have no responsibility to

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter
agreement amendment 4\advertising transit shelter agreement
amendment 4 final to port.060908.doc

purchase, install, operate, repair or replace any display signs or associated equipment. CONTRACTOR agrees to provide cleaning, graffiti-removal and other basic maintenance of the display signs consistent with its routine maintenance of the shelters. CONTRACTOR also agrees to absorb the electrical power consumption costs of the display signs on the transit shelter's lighting circuits. In the event CONTRACTOR wishes to remove or relocate a transit shelter equipped with such a display sign, CONTRACTOR shall properly notify the City in accordance with Sections I.D.3 and VIII.D.

**XX.    Exhibits**

    **A.**    Exhibit A is deleted and replaced in its entirety by the attached Exhibits A-1 (List of Shelters and Kiosks by Number) and A-2 (List of Shelters and Kiosks by Location)

    **B.**    Exhibit F is deleted and replaced in its entirety by the attached Exhibit F (Contractor's Maintenance and Repair Duties:  MMX, F-Line, E-Line, Third Street, and all High-Level Muni Platforms).

    **C.**    Exhibit I is deleted.

    **D.**    A new Exhibit K (Third Street Stations and Platforms) is attached and incorporated into the Agreement.

    **E.**    A new Exhibit L (E-Line Low-Level Platforms) is attached and incorporated into the Agreement.

    **F.**    A new Exhibit M (MTA Advertising Policy) is attached and incorporated into the Agreement.

    **G.**    A new Exhibit N (Shelter Cleaning and Maintenance Report Forms) is attached and incorporated into the Agreement.

**XXI.    Effective Date.**  The modifications set forth above shall be effective on and after the date of the Notice to Proceed with this Amendment.  City may elect to issue separate Notices to Proceed covering different provisions of this Amendment.

**XXII.  Legal Effect.**  Except as expressly modified by this Amendment, all of the terms and conditions of the Agreement shall remain unchanged and in full force and effect.

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter agreement amendment 4\advertising transit shelter agreement amendment 4 final to port.060908.doc

IN WITNESS WHEREOF, the parties hereto have caused this Fourth Amendment to Advertising Transit Shelter Agreement to be executed, in quintuplicate, by their duly authorized officers, on the day and year first hereinabove written.

### CITY AND COUNTY OF SAN FRANCISCO

Municipal Transportation Agency
Board of Directors
Resolution No. 06-094
Dated: August 1, 2006

Nathaniel P. Ford, Sr.
Executive Director/CEO

ATTEST:

Secretary, MTAB

PORT
City and County of San Francisco, by and through the San Francisco Port Commission

Executive Director

Port Commission Resolution No. 06-065

Board of Supervisors
Ordinance No. 278-06
Dated: November 17, 2006

Attest:

Clerk of the Board

APPROVED AS TO FORM:

Dennis J. Herrera
City Attorney

By

Deputy City Attorney

Board of Supervisors
Ordinance No. 282-06; 288-06
Dated: November 20, 2006

Attest:

Clerk of the Board

### CONTRACTOR

CBS OUTDOOR, INC.

By

11

h:\kmagara\onpc\Smta\ad contracts\advertising transit shelter agreement amendment 4\advertising transit shelter agreement amendment 4 final to port.060908.doc

## EXHIBIT A-1

## LIST OF SHELTERS AND KIOSKS BY NUMBER

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 1 | Van Ness Ave. & McAllister St. | CPS |
| 2 | Van Ness Ave. & Union St. | C - 12' |
| 3 | Townsend St. & mid 03rd & 04th St.- | C - 12' |
| 4 | Sutter St. & Stockton St. | C - 12' |
| 5 | Stockton St. mid Jackson & Washington (w/s) | C - 12' |
| 6 | Stockton St. mid Broadway & Pacific Sts (w/s) | C - 12' |
| 8 | Sacramento St. & Polk St. | C - 12' |
| 9 | Powell St. & California St. | C - 12' |
| 12 | Mission St. & Beale St. | C - 12' |
| 13 | Mission St. & 05th St. | C - 8' |
| 14 | Main St. & Mission St. | C - 12' |
| 16 | Kearny St. & California St. | C - 12' |
| 17 | Geary Blvd. & Leavenworth St. | C - 12' |
| 21 | 04th St. & Folsom St. | C - 12' |
| 22 | Bayshore Blvd. & Cortland Ave. | C - 12' |
| 23 | Geary Blvd. & Masonic St. | C - 12' |
| 24 | Geary Blvd. & Van Ness Ave. | C - 12' |
| 25 | Masonic Ave. & Geary Blvd. | C - 12' |
| 26 | Sacramento St. & Fillmore St. | C - 12' |
| 27 | Silver Ave. & San Bruno Ave. | C - 12' |
| 29 | Sutter St. & Van Ness Ave. | C - 12' |
| 30 | Union St. & Van Ness Ave. | C - 12' |
| 31 | Geary Blvd. & Powell St. | C - 12' |
| 32 | Montgomery St. & California St. (GGT ONLY) | C - 12' |
| 33 | 03rd St. mid Jessie & Stevenson Sts. e/s | C - 16' |
| 34 | Van Ness Ave. & Chestnut St. | C - 12' |
| 36 | Sacramento St. & Davis St. | C - 12' |
| 42 | Townsend St. & 04th St. | C - 12' |
| 45 | Golden Gate Park (Acad. of Science) - Temp Down | NC - 12' |
| 46 | Golden Gate Park (DeYoung Museum) (TempDown) | NC - 12' |
| 49 | Laguna Honda Hospital | NC 8' |
| 50 | Cabrillo St. & La Playa St. | C - 12' |
| 52 | Clay St. & Polk St. | C - 12' |
| 53 | 06th Ave. & Geary Blvd. | C - 12' |
| 54 | Turk St. & Jones St. | C - 12' |
| 56 | Eddy St. & Polk St. | C - 12' |
| 58 | Mission St. & So. Van Ness St. | C - 12' |
| 59 | O'Farrell St. & Jones St.  (bulb) | C - 12' |
| 60 | 25th Ave. & Geary Blvd. | C - 12' |

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter
agreement amendment 4\advertising transit shelter agreement
amendment 4 final to port.060908.doc

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 61 | Divisadero St. & Geary Blvd. | C - 12' |
| 63 | Ocean Ave. & Harold St./PHELAN | C - 16' |
| 64 | Castro St. & Market St. | C - 12' |
| 65 | Larkin St. & McAllister St. | C - 12' |
| 66 | Silver Ave. & Mission St. | NC - 8 |
| 67 | Fulton St. & 08th Ave. | NC - 12' |
| 68 | Fulton St. & 37th Ave. | NC - 12' |
| 69 | Sacramento St. & Webster St. | NC - 8' |
| 71 | Recreation Center for the Handicapped | NC - 8' |
| 72 | Van Ness Ave. & Clay St. | C - 12' |
| 73 | Van Ness Ave. & Eddy St. | C - 12' |
| 74 | Van Ness Ave. & Eddy St. | C - 12' |
| 75 | Van Ness Ave. & O'Farrell St. | C - 12' |
| 76 | Van Ness Ave. & O'Farrell St. | C - 12' |
| 77 | Van Ness Ave. & Sutter St. | C - 12' |
| 78 | Van Ness Ave. & Sutter St. | C - 12' |
| 79 | Van Ness Ave. & Sacramento St. | C - 12' |
| 82 | 16th St. & Mission St. TD | C - 12' |
| 83 | 09th Ave. & Irving St. | C - 12' |
| 84 | Fulton St. & Masonic ST. | C - 12' |
| 85 | Clement St. & 06th Ave. | C - 12' |
| 86 | Ulloa St. & West Portal | C - 12' |
| 87 | Junipero Serra Blvd. & Ocean Ave. | NC - 12' |
| 88 | Hayes St. & Fillmore St. | NC - 8' |
| 89 | Van Ness Ave. & McAllister St. | CPS |
| 90 | Hayes St. & Van Ness Ave. | NC - 8 |
| 91 | McAllister St. & Polk St. | CPS |
| 92 | 19th Ave. & Judah St. | C - 12' |
| 93 | Geary Blvd. & 25th Ave. | C - 12' |
| 94 | 16th St. & Bryant St. | C - 12' |
| 95 | Church St. & Duboce St. | C - 12' |
| 96 | Valencia St. & 14th St. | C - 12' |
| 97 | Geary Blvd. & 06th Ave. | C - 12' |
| 98 | 19th Ave. & Lincoln Way | C - 8' |
| 99 | 19th Ave. & Taraval St. | C - 12' |
| 100 | 03rd St. & Evans Ave. | C - 12' |
| 101 | Portola St. & Woodside St. | C - 12' |
| 105 | 19th Ave. & Junipero Serra Blvd. | C - 12' |
| 108 | Castro St. & 18th St. | C - 12' |
| 111 | 03rd St. & Hudson Ave. | C - 12' |
| 112 | Presidio Ave. & California St. | C - 12' |
| 113 | Geary Blvd. & Park Presidio | NC - 12' |
| 115 | California St. & Commonwealth St. | C - 12' |
| 117 | 04th St. & Townsend St. | C - 12' |
| 118 | 04th St. & King St. | C - 12' |
| 119 | Mission St. & 30th St. | C - 12' |
| 120 | Mission St. & Naglee St. | C - 12' |
| 121 | South Van Ness St. & Mission St. | C - 12' |

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 123 | Balboa St. & 32nd Ave. | NC  - 8' |
| 125 | Geary Blvd. & Arguello Ave. | C - 12' |
| 126 | Geary Blvd. & Arguello Ave. | C - 12' |
| 127 | Mission St. & Geneva Ave. | C - 12' |
| 128 | Mission St. & Geneva Ave. | C - 12' |
| 132 | Bayshore Blvd. & Arleta Ave.        (Canopy) | C - 12' |
| 133 | Cortland St. & Mission St. | NC - 12' |
| 135 | Forest Hill Station | NC - 12' |
| 136 | Fulton St. & Parker St. | NC - 8' |
| 137 | Masonic Ave. & Hayes St. | C - 12' |
| 138 | Valencia St. & Cesar Chavez St. | C - 12' |
| 139 | San Bruno Ave. & Bacon St. | C - 12' |
| 140 | Irving St. & 07th Ave. | C - 12' |
| 141 | Irving St. & 09th Ave. | C - 8' |
| 142 | Marina St. & Laguna St. | C - 12' |
| 144 | Mission St. & 16th St. | C - 12' |
| 145 | Mission St. & 16th St | C - 12' |
| 146 | 09th Ave. & Lincoln Way | C - 12' |
| 147 | 09th Ave. & Lincoln Way | C - 12' |
| 148 | Sutter St. & Laguna St. | C - 12' |
| 149 | Sutter St. & Laguna St. | C - 12' |
| 150 | Valencia St. & Cesar Chavez St. | NC - 8' |
| 152 | Van Ness Ave. & North Point | C - 12' |
| 154 | Irving St. & 02nd Ave. | NC - 8' |
| 155 | O'Farrell St. mid Stockton & Grant Sts. | C - 12' |
| 157 | Balboa St. & 25th Ave. | NC - 8' |
| 160 | Church St. & 20th St.     (Muni Row) | NC - 8' |
| 162 | Geary Blvd. & Stockton St. | C - 12' |
| 163 | Kearny St. & Geary Blvd.  (TD) | C - 16' |
| 164 | Kearny St. & Sutter St. | C - 12' |
| 165 | Larkin St. & Golden Gate | C -12' |
| 166 | Mission St. & 01st St. | C -16' |
| 167 | Mission St. & 03rd St. | C -12' |
| 168 | Noriega St. & Sunset | NC - 8' |
| 170 | Polk St. & California St. | C - 12' |
| 171 | Post St. & Van Ness Ave. | C - 12' |
| 173 | Sacramento St. & Van Ness Ave. | C -12' |
| 174 | Sunset Blvd. & Noriega St. | NC - 8' |
| 177 | 05th St. & Folsom St. | C - 12' |
| 178 | 05th St. & Folsom St. | C -12' |
| 179 | 23rd St. & Utah St. | NC - 12' |
| 182 | Balboa St. & 06th Ave. | C - 12' |
| 184 | Duncan St. & Diamond Heights | NC - 8' |
| 185 | Geary Blvd. & Divisadero St. | C - 12' |
| 186 | Geary Blvd. & Divisadero St. | C - 12' |
| 187 | Geary Blvd. & Laguna St. | C - 12' |
| 188 | Masonic Ave. & Turk St. | C - 12' |
| 189 | Mission St. & 02nd St. | C - 12' |
| 190 | Mission St. & 07th St. | C - 12' |

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter
agreement amendment 4\advertising transit shelter agreement
amendment 4 final to port.060908.doc

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 191 | Myra St. & Dalewood St. (Term.) | NC - 8' |
| 192 | O'Farrell St. & Van Ness St. | C - 12' |
| 193 | Sacramento St. & Kearny St. | C - 12' |
| 194 | Sutter St. & Fillmore St. | C - 12' |
| 195 | Sutter St. & Fillmore St. | C - 12' |
| 196 | Washington St. & Mason St. | NC - 8' |
| 197 | 03rd St. & Folsom St. | C - 12' |
| 198 | 18th St. & Valencia St. | C - 12' |
| 200 | California St. & Divisadero St. | C - 12' |
| 201 | California St. & Grant St. | C - 8' |
| 202 | California St. & Van Ness St. | C - 12' |
| 203 | Ellis St. & Mason St. | C - 12' |
| 204 | Geary Blvd. & Laguna St. | C - 12' |
| 206 | Geary Blvd. (n/s) mid Presidio & Masonic Sts. | C - 12' |
| 208 | Mission St. & 04th St. | C - 12' |
| 209 | Ocean Ave. & San Jose Ave. | C - 12' |
| 210 | Post St. & Leavenworth St. | C - 12' |
| 211 | Potrero Ave. & 18th St. | C - 12' |
| 212 | Presidio Ave. & Geary Blvd. | C - 12' |
| 213 | Skyline Blvd. & Zoo Road | NC - 8' |
| 214 | Sloat Blvd. & 45th Ave. | NC - 12' |
| 216 | Van Ness Ave. & Market St. | C - 12' |
| 217 | 24th St. & Dolores St. | NC - 8' |
| 218 | 25th Ave. & Balboa St. | NC - 8' |
| 219 | California St. mid 6th & 7th Ave. s/s | C - 12' |
| 220 | California St. & Park Presidio | NC - 8' |
| 221 | Clay St. & Van Ness Ave. | C - 12' |
| 222 | Cole St. & Carl St. | C - 12' |
| 223 | Fillmore St. & Chestnut St. | C - 12' |
| 224 | Fulton St. & 08th Ave. | C - 8' |
| 225 | Judah St. & Sunset | NC - 8' |
| 226 | Masonic Ave. & Fulton St. | C - 12' |
| 227 | Mission St. & 24th St. | C - 12' |
| 228 | Mission St. & 24th St. | C - 12' |
| 229 | Park Presidio & Fulton St. | NC - 12' |
| 230 | Park Presidio & Geary Blvd. | NC -12' |
| 231 | Polk St. & Broadway St. | C - 12' |
| 232 | Polk St. & Sutter St. | C - 12' |
| 233 | Polk St. & Union St. | C - 12' |
| 234 | Stockton St. & Green St. | C - 12' |
| 236 | Van Ness Ave. & Geary Blvd. | C - 12' |
| 237 | Fillmore St. & Hayes St. | NC -8' |
| 238 | Fillmore St. & Hayes St. | NC -8' |
| 239 | Haight St. & Divisadero St. | C - 12' |
| 240 | Haight St. & Divisadero St. | C - 12' |
| 241 | Mission St. & 20th St. | C - 12' |
| 242 | Mission St. & 20th St. | C - 12' |
| 243 | Hayes St. & Shrader St. | C - 12' |

Exhibits-4

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 244 | Hayes St. & Shrader St. | C - 12' |
| 246 | 04th St. & Howard St. | C - 12' |
| 247 | 22nd Ave. & Irving St. | C - 12' |
| 249 | Fulton St. & Arguello Ave. | NC- 12' |
| 250 | Silver Ave. & Cambridge St. | NC - 8' |
| 251 | Silver Ave. & Cambride St. | NC - 8' |
| 252 | Sunset Blvd. & Judah St. | NC - 8' |
| 253 | Sunset Blvd.& Judah St. | NC - 8' |
| 254 | Sunset Blvd. & Taraval St. | NC - 8 |
| 255 | Sunset Blvd. & Taraval St. | NC - 8' |
| 257 | Masonic Ave. & Haight St. | C - 8' |
| 258 | Masonic Ave. & Haight St. | C - 12' |
| 259 | Mission St. & 09th St. | C - 12' |
| 261 | Sacramento St. & Grant St. | C - 8' |
| 262 | Leavenworth St. & Geary Blvd. | C - 12' |
| 263 | Sunset Blvd. & Quintara St. | NC - 8' |
| 264 | Sunset Blvd. & Quintara St. | NC - 8' |
| 266 | 05th St. & Harrison St. | C - 12' |
| 267 | Bush St. & Leavenworth St. | C - 12' |
| 268 | California St. & Divisadero St. | C - 8' |
| 270 | Fillmore St. & Lombard St. | C - 12' |
| 271 | Fillmore St. & Sutter St. | C - 12' |
| 272 | Geary Blvd. & Fillmore St. | C - 12' |
| 274 | Geary Blvd. & Spruce St. | C - 12' |
| 275 | Geary Blvd. & Taylor St.    (REVERS CANOPY) | C - 12' |
| 276 | North Point St. & Mason St. | C - 12' |
| 277 | Polk St. & California St. | C - 12' |
| 280 | Stockton St. & Sutter St. | C - 12' |
| 281 | Sunset Blvd. & Noriega St. | NC - 8' |
| 282 | Sunset Blvd. & Ocean Ave. | NC - 8' |
| 283 | Sunset Blvd. & Vicente St. | NC - 8' |
| 284 | Sunset Blvd. & Yorba St. | NC - 8' |
| 285 | Sunset Blvd. & Yorba St. | NC - 8' |
| 286 | Sutter St. & Divisadero St. | C - 12' |
| 287 | Sutter St. & Polk St. | C - 12' |
| 290 | 15th Ave. & Taraval St. | C - 12' |
| 291 | 15th Ave. & Taraval St. | C - 12' |
| 292 | 16th St. & Bryant St. | C - 16' |
| 293 | 18th St. & Connecticut St. | C - 12' |
| 294 | 19th Ave. & Taraval St. | C - 12' |
| 295 | 25th Ave. & California St. | NC - 12' |
| 296 | 25th Ave. & Geary Blvd. | C - 12' |
| 298 | Clement St. & 08th Ave. | C - 8' |
| 299 | Clement St.& 25th Ave. | C - 12' |
| 300 | Geary Blvd. & 20th Ave. | C - 12' |
| 301 | Geary Blvd. & 33rd Ave. | C - 12' |
| 302 | Mission St. & 18th St. | C - 12' |
| 303 | Mission St. & Brazil St. | C - 12' |

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter agreement amendment 4\advertising transit shelter agreement amendment 4 final to port.060908.doc

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 304 | Mission St. & Persia St. | C - 12' |
| 305 | Mission St. & Russia St. | C - 12' |
| 306 | Mission St. & Richland St. | C - 12' |
| 307 | Mission St. & Richland St. | C - 12' |
| 308 | Mission St. & Silver Ave. | C - 12' |
| 309 | Park Presidio & Balboa St. | NC - 8' |
| 310 | Park Presidio & California St. | NC - 8 |
| 311 | Park Presidio & California St. | NC - 12' |
| 312 | Park Presidio & Geary Blvd. | NC -8' |
| 313 | Silver Ave. & Mission St. | C - 12' |
| 314 | Sloat Blvd. & West Portal (n/s) | C - 12' |
| 315 | 03rd St. & Cesar Chavez St. | C - 12' |
| 316 | 03rd St. & Cesar Chavez St. | C - 12' |
| 318 | 03rd St. & Williams Ave. | C - 8' |
| 319 | Bayshore Blvd. & Visitacion St. | C - 12' |
| 320 | Castro St. & Duboce St. | NC - 12' |
| 321 | Castro St. & Duboce St. | NC - 8' |
| 322 | Chestnut St. & Laguna St. | NC - 8' |
| 323 | Connecticut St. & 18th St. | C - 12' |
| 324 | Fillmore St. & Jackson St. | C - 8' |
| 325 | Judah St. & 46th Ave. | C - 8' |
| 327 | Mission St. & Acton St. | C - 12' |
| 328 | Monterey Blvd. & Foerster St. | C - 12' |
| 329 | Monterey Blvd. & Foerster St. | C - 12' |
| 333 | Plymouth St. & Ocean Ave. | C - 12' |
| 334 | Plymouth St. & Ocean Ave. | C - 12' |
| 336 | Sacramento St. & Fillmore St. | C - 12' |
| 337 | San Bruno Ave. & Silver Ave. (TEMP. DOWN) | NC - 8' |
| 339 | Visitacion Ave. & Bayshore Blvd. | C -12' |
| 340 | 05th St. & Bryant St. (Temp Down) | C - 12' |
| 341 | 05th St. & Mission St. | C -16' |
| 342 | 06th Ave. & Clement St. | C -12' |
| 343 | 16th St. & Mission St. | C -16' |
| 344 | 24th St. & Mission St. | C - 12' |
| 345 | 24th St. & Mission St. | C - 12' |
| 346 | Carl St. & Cole St. | C - 12' |
| 347 | Castro St. & 17th St. | C - 12' |
| 348 | Castro St. & 18th St. | C - 12' |
| 350 | Divisadero St. & Geary Blvd. | C - 12' |
| 352 | Eddy St. & Pierce St. | C - 12' |
| 353 | Haight St. & Laguna St. | NC - 8' |
| 354 | Hayes St. & Fillmore St. | NC - 8' |
| 355 | Hayes St. & Larkin St. (CANOPY/ 1 FACE) | C - 12' |
| 357 | Mission St. & 05th St. | C - 12' |
| 359 | Mission St. & 18th St. | C - 12' |
| 360 | Mission St. & 22nd St. | C - 12' |
| 363 | Sacramento St. & Stockton St. (Revers | C - 12' |

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter agreement amendment 4\advertising transit shelter agreement amendment 4 final to port.060908.doc

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| | Canopy) | |
| 364 | Turk St. & Larkin St. | C - 12' |
| 365 | 24th St. & Guerrero St. | NC - 8' |
| 366 | 46th Ave. & Taraval St. | NC - 8' |
| 367 | California St. & 06th Ave. | C - 12' |
| 368 | California St. & Laurel St. | NC - 8' |
| 369 | California St. & Laurel St. | C - 12' |
| 370 | California St. & Spruce St. | C - 12' |
| 371 | Castro St. & 22nd St. | NC - 8' |
| 372 | Clipper St. (n/s) & Diamond Heights Blvd. | NC - 8' |
| 373 | Eddy St. & Polk St. | C - 8' |
| 374 | Eddy St. & Van Ness Ave. | C - 12' |
| 376 | Fulton St. & 06th Ave. | NC - 8' |
| 377 | Fulton St. & Parker Ave. | NC - 8' |
| 378 | Geary Blvd. & 42nd Ave. | NC - 8' |
| 380 | La Playa & Cabrillo St. | NC - 16' |
| 382 | Market St. & Gough St. | C - Kiosk |
| 383 | McAllister St. & Hyde St. | CPS |
| 384 | McAllister St. & Van Ness Ave. | NC -12' |
| 386 | Sacramento St. & Buchanan St. | NC |
| 387 | Sloat Blvd. & 19th Ave. | C - 12' |
| 388 | Van Ness Ave. & Grove St. | CPS |
| 391 | Leavenworth St. & Bush St. | C - 12' |
| 392 | 05th St. & Howard St. | C - 12' |
| 393 | 05th St. & Howard St. | C - 12' |
| 394 | 09th Ave. & Judah St. | C - 12' |
| 395 | 09th Ave. & Judah St. | C - 12' |
| 396 | 16th St. & Dolores St. | NC - 8' |
| 397 | 24th St. & Church St. | C - 12' |
| 398 | 24th St. & Church St. | C - 12' |
| 400 | California St. & Sansome St. | C - 12' |
| 402 | Fulton St. & Park Presidio | NC - 12' |
| 403 | Geary Blvd. & Scott St. | NC - 8' |
| 404 | Jackson St. & Fillmore St. | C - 12' |
| 405 | Leavenworth St. & O'Farrell St. | C - 12' |
| 406 | Mission St. & 08th St. | C - 16' |
| 408 | O'Farrell St. & Leavenworth St. | C - 12' |
| 416 | 24th St. & Folsom St. | C - 12' |
| 421 | Judah St. & 25th Ave. | NC - 8 |
| 422 | Laguna St. & Chestnut St. | NC - 8' |
| 423 | Lincoln Way & 19th Ave. | NC - 8' |
| 424 | Mission St. & Silver Ave. | C - 12' |
| 425 | Monterey Blvd. & Ridgewood Ave. | C - 12' |
| 426 | Noriega St. & 46th Ave. | NC - 8' |
| 427 | North Point St. & Hyde St. | C - 8' |
| 428 | North Point St. & Hyde St. | C - 8' |
| 429 | O'Farrell St. & Hyde St. | C - 12' |
| 430 | Park Presidio & Balboa St. | NC - 8' |
| 431 | Park Presidio & Fulton St. | NC -12' |

Exhibits-7

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 432 | Phelps St.& Williams Ave. | C - 12' |
| 433 | Polk St. & North Point St. | NC - 8' |
| 435 | Powell St. & Lombard St. | NC - 8' |
| 436 | Sutter St. & Baker St. | C - 12' |
| 437 | Geneva Ave. & Mission St. | C - 16' |
| 438 | Sutter St. & Buchanan St. | C - 12' |
| 439 | Sutter St. & Octavia St. | C - 8' |
| 440 | Taraval St.& Sunset Blvd. | NC - 8' |
| 441 | Van Ness Ave. & Jackson St. | C - 12' |
| 443 | Diamond Heights Blvd. & Duncan St. | NC - 8' |
| 444 | Divisadero St. & Pine St. | C - 12' |
| 445 | Eddy St. & Laguna St. | C - 12' |
| 446 | Eddy St. & Laguna St. | C - 12' |
| 447 | Eddy St. & Larkin St. | C - 8' |
| 448 | Eddy St. & Pierce St. | C - 12' |
| 450 | Geary Blvd. & Gough St. | C - 12' |
| 451 | Geary Blvd. & Webster St. | C - 12' |
| 452 | Hayes St. & Baker St. | NC - 8' |
| 453 | Hayes St. & Baker St. | NC - 8' |
| 456 | Lyon St. & Greenwich St. | NC - 8' |
| 458 | McAllister St. & Divisadero St. | C - 12' |
| 459 | McAllister St. & Divisadero St. | C - 12' |
| 460 | McAllister St. & Fillmore St. | C - 12' |
| 461 | McAllister St. & Fillmore St. | C - 12' |
| 462 | Polk St. mid Clay & Sacramento Sts. (w/s) | C - 12' |
| 463 | Polk St. & Sutter St. | C - 12' |
| 466 | Sutter St. & Taylor St. | C - 12' |
| 467 | 02nd St. & Howard St. | C - 12' |
| 469 | 24th St. & Castro St. | C - 12' |
| 470 | 24th St. & Diamond St. | C - 12' |
| 473 | Clayton St. & Corbett Ave. | NC - 8' |
| 474 | Divisadero St. & Eddy St. | C - 12' |
| 475 | Hayes St. & Buchanan St. | NC - 8' |
| 476 | Hayes St. & Steiner St. | NC - 8' |
| 478 | 03rd St. & 22nd St. | NC -8' |
| 479 | Lincoln Way & 05th Ave. | NC - 8' |
| 484 | Noriega St. & 41st Ave. | NC - 8' |
| 485 | North Point St. & Polk St. | C - 12' |
| 486 | Pacific Ave. & Polk St. | C - 12' |
| 488 | Quintara St. & 19th Ave. | NC - 8' |
| 489 | Starr King Way & Gough St. | C - 12' |
| 490 | Union St. & Polk St. | C - 12' |
| 491 | Van Ness Ave & Jackson St. | C - 12' |
| 492 | 03rd St. & 22nd St. | C - 12' |
| 493 | 03rd St. mid Stillman & Perry Sts. e/s (TempDown) | CC -12 |
| 494 | 30th St. & Mission St. | C - 12' |
| 495 | Eddy St. & Leavenworth St. | C - 12' |
| 496 | Eddy St. & Van Ness Ave. | C - 12' |

Exhibits-8