# EXHIBIT B - 3

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 416 | 24th St. & Folsom St. | C - 12' |
| 1453 | 24th St. & Folsom St. | C - 12' |
| 365 | 24th St. & Guerrero St. | NC - 8' |
| 345 | 24th St. & Mission St. | C - 12' |
| 344 | 24th St. & Mission St. | C - 12' |
| 778 | 24th St. & Valencia St. | C - 12' |
| 218 | 25th Ave. & Balboa St. | NC - 8' |
| 295 | 25th Ave. & California St. | NC - 12' |
| 745 | 25th Ave. & Clement St. | C - 8' |
| 627 | 25th Ave. & Fulton St. | NC - 8' |
| 60 | 25th Ave. & Geary Blvd. | C - 12' |
| 296 | 25th Ave. & Geary Blvd. | C - 12' |
| 1123 | 25th St. & Hampshire St. | NC - 8' |
| 1275 | 26th St. & Noe St. | NC - 8' |
| 1276 | 26th St. & Noe St. | NC - 8' |
| 494 | 30th St. & Mission St. | C - 12' |
| 918 | 30th St. & Mission St. | C - 12' |
| 519 | 32nd Ave. & Clement St. | C - 12' |
| 546 | 32nd Ave. north of Balboa St. e/s | NC - 8' |
| 1308 | 33rd Ave. & Anza St. | NC - 8' |
| 1226 | 33rd Ave. & Clement St. | C - 12' |
| 948 | 33rd Ave. & Geary Blvd. | C - 12' |
| 1332 | 33rd Ave. & Geary Blvd. | C - 8' |
| 947 | 33rd Ave. & Geary Blvd. | C - 12' |
| 1277 | 36th Ave. & Lincoln Way | NC - 8' |
| 1387 | 39th Ave. & Rivera St. | NC - 8' |
| 1333 | 45th Ave. & Balboa St. | NC - 8' |
| 1204 | 46th Ave. & Irving St. | NC - 8' |
| 780 | 46th Ave. & Judah St. | C - 12' |
| 781 | 46th Ave. & Judah St. | C - 12' |
| 1205 | 46th Ave. & Lincoln Way | NC - 8' |
| 782 | 46th Ave. & Noriega St. | C - 12' |
| 887 | 46th Ave. & Noriega St. | NC - 8' |
| 1206 | 46th Ave. & Santiago St. | NC - 8' |
| 366 | 46th Ave. & Taraval St. | NC - 8' |
| 1346 | 46th Ave. & Taraval St. | NC - 8' |
| 625 | 48th Ave. & Geary Blvd. | NC - 8' |
| 598 | Alemany Blvd. & Worcester Ave. | C - 12' |
| 746 | Arballo Dr. & Acevedo Ave. | NC -12' |
| 577 | Arguello Blvd. & Geary Blvd. | C - 12' |
| 1536 | Arguello Blvd. & Geary Blvd. | C - 8' |
| 845 | Ashbury St. & Frederick St. | C - 12' |
| 578 | Avalon Ave. & La Grande Ave. | NC - 8' |
| 1207 | Bacon St. & Goettingen St.  (Temp Down) | NC - 8' |
| 810 | Bacon St. & San Bruno Ave. | C - 12' |
| 982 | Balboa St. & 04th Ave. | C - 12' |
| 182 | Balboa St. & 06th Ave. | C - 12' |
| 1454 | Balboa St. & 06th Ave. | C - 8' |
| 1054 | Balboa St. & 10th Ave. | NC - 8' |

b:\kmagaraonpc\$mta\ad contracts\advertising transit shelter
agreement amendment 4\advertising transit shelter agreement
amendment 4 final to port.060908.doc

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 847 | Balboa St. & 17th Ave. | C - 12' |
| 1022 | Balboa St. & 19th Ave. | C - 12' |
| 1023 | Balboa St. & 19th Ave. | C - 12' |
| 1055 | Balboa St. & 21st Ave. | NC - 8' |
| 1368 | Balboa St. & 21st Ave. | C - 8' |
| 1227 | Balboa St. & 23rd Ave. | NC - 8' |
| 157 | Balboa St. & 25th Ave. | NC - 8' |
| 1309 | Balboa St. & 25th Ave. | NC - 8' |
| 1280 | Balboa St. & 28th Ave. | C - 12' |
| 548 | Balboa St. & 30th Ave. | NC - 8' |
| 1228 | Balboa St. & 30th Ave. | NC - 8' |
| 123 | Balboa St. & 32nd Ave. | NC - 8' |
| 1056 | Balboa St. & 40th Ave. | NC - 8' |
| 983 | Balboa St. & Arguello Blvd. | C - 12' |
| 747 | Balboa St. & Park Presidio | NC - 8' |
| 748 | Balboa St. & Park Presidio | NC - 8' |
| 1090 | Battery St. & Broadway St. | C - 8' |
| 1091 | Battery St. & Jackson St. | C -12' |
| 811 | Battery St. & Sacramento St. (GGT ONLY) | C - 12' |
| 132 | Bayshore Blvd. & Arleta Ave.    (Canopy) | C - 12' |
| 603 | Bayshore Blvd. & Blanken Ave. | C - 12' |
| 1133 | Bayshore Blvd. & Boutwell St | C - 12' |
| 22 | Bayshore Blvd. & Cortland Ave. | C - 12' |
| 749 | Bayshore Blvd. & Cortland Ave. | C - 12' |
| 1092 | Bayshore Blvd. & Marengo St. | C - 12' |
| 1508 | Bayshore Blvd. & Oakdale St. | C - 12' |
| 890 | Bayshore Blvd. & Quint St. | C - 12' |
| 1024 | Bayshore Blvd. & Silver Ave. | C - 12' |
| 319 | Bayshore Blvd. & Visitacion St. | C - 12' |
| 750 | Beach St. & Mason St. (SB: F Line Shelters) | C-F Line |
| 751 | Beach St. & Stockton St. (SB:F Line Shelters) | C-F Line |
| 1347 | Beach St. mid Polk St. & Larkin St. | C - 12' |
| 715 | Beale St. mid Market St. & Mission w/s | C - 12' |
| 738 | Bosworth St. & Diamond St. | C - 12' |
| 1348 | Bosworth St. & Elk St. | NC - 8' |
| 1093 | Brazil St. & Naples St. | NC - 8' |
| 520-A | Broad St. & Plymouth Ave. | NC - 8' |
| 520 | Broad St. & Plymouth Ave. | NC -8' |
| 802 | Broadway St. & Montgomery St. | C - 12' |
| 783 | Bryant St. & 16th St. | C - 12' |
| 1455 | Bryant St. & 17th St. | C - 12' |
| 1456 | Bryant St. & 17th. St. | C - 12' |
| 1509 | Bryant St. & 18th St. | C - 8' |
| 1510 | Bryant St. & 18th St. | C - 12' |
| 1511 | Bryant St. & 19th St. | C - 12' |
| 813 | Bryant St. & 22nd St. | C - 12' |

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter agreement amendment 4\advertising transit shelter agreement amendment 4 final to port.060908.doc

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 687 | Bryant St. & 24th St. | C - 12' |
| 1457 | Bryant St. & Alameda St. | C - 12' |
| 1421 | Bush St. & Hyde St. | C - 8' |
| 267 | Bush St. & Leavenworth St. | C - 12' |
| 50 | Cabrillo St. & La Playa St. | C - 12' |
| 920 | California St. & 04th Ave. | C - 12' |
| 367 | California St. & 06th Ave. | C - 12' |
| 1369 | California St. & 12th Ave. | C - 12' |
| 922 | California St. & 19th Ave. | C - 12' |
| 1282 | California St. & 19th Ave. | C - 12' |
| 924 | California St. & 25th Ave. | C - 12' |
| 949 | California St. & 28th Ave. | NC - 8' |
| 1284 | California St. & 30th Ave. | NC - 8' |
| 115 | California St. & Commonwealth St. | C - 12' |
| 200 | California St. & Divisadero St. | C - 12' |
| 268 | California St. & Divisadero St. | C - 8' |
| 201 | California St. & Grant St. | C - 8' |
| 849 | California St. & Hyde St. | C - 12' |
| 804 | California St. & Kearny St. | C - 12' |
| 368 | California St. & Laurel St. | NC - 8' |
| 369 | California St. & Laurel St. | C - 12' |
| 925 | California St. & Maple St. | C - 12' |
| 814 | California St. & Montgomery St. | C - 8' |
| 220 | California St. & Park Presidio | NC - 8' |
| 926 | California St. & Park Presidio | NC - 8' |
| 805 | California St. & Powell St. | C - 12' |
| 950 | California St. & Presidio St. | C - 16' |
| 752 | California St. & Presidio St. | C -16' |
| 400 | California St. & Sansome St. | C - 12' |
| 370 | California St. & Spruce St. | C - 12' |
| 927 | California St. & Spruce St. | C - 12' |
| 1286 | California St. & Taylor St. | NC - 8' |
| 202 | California St. & Van Ness St. | C - 12' |
| 219 | California St. mid 6th & 7th Ave. s/s | C - 12' |
| 819 | Cambon Dr. & Castelo Ave. | NC - 8' |
| 346 | Carl St. & Cole St. | C - 12' |
| 1162 | Carmel St. & Twin Peaks Blvd. | NC - 8' |
| 928 | Castro St. & 14th St. | C - 12' |
| 929 | Castro St. & 15th St. | NC - 8' |
| 347 | Castro St. & 17th St. | C - 12' |
| 108 | Castro St. & 18th St. | C - 12' |
| 348 | Castro St. & 18th St. | C - 12' |
| 371 | Castro St. & 22nd St. | NC - 8' |
| 891 | Castro St. & 25th St. | C - 12' |
| 930 | Castro St. & 25th St. | NC - 8' |
| 320 | Castro St. & Duboce St. | NC - 12' |
| 321 | Castro St. & Duboce St. | NC - 8' |
| 64 | Castro St. & Market St. | C - 12' |
| 1232 | Central Ave. & McAllister St. | NC - 12' |

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter agreement amendment 4\advertising transit shelter agreement amendment 4 final to port.060908.doc

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 1126 | Cesar Chavez St. & Alabama St.    (Reverse Canopy) | C - 12' |
| 1127 | Cesar Chavez St. & Bryant St. | C - 12' |
| 1128 | Cesar Chavez St. & Florida St. | C - 12' |
| 547 | Cesar Chavez St. & Folsom St. | C - 12' |
| 1129 | Cesar Chavez St. & Harrison St. | C - 12' |
| 1130 | Cesar Chavez St. & Harrison St. | C - 12' |
| 521 | Chestnut St. & Fillmore St. | C - 12' |
| 1476 | Chestnut St. & Franklin St. | NC-8' |
| 322 | Chestnut St. & Laguna St. | NC - 8' |
| 1028 | Chestnut St. & Octavia St. | C - 12' |
| 1135 | Chestnut St. & Pierce St. | C - 12' |
| 1370 | Chestnut St. & Pierce St. | C - 8' |
| 522 | Chestnut St. & Scott St. | C - 12' |
| 1512 | Chestnut St. & Scott St. | C - 8' |
| 1478 | Chestnut St. & Van Ness Ave. | C - 12' |
| 892 | Church St. & 14th St. | C - 12' |
| 892-A | Church St. & 14th St. | NC-13' |
| 1388 | Church St. & 16th St. | NC - 13' |
| 1433 | Church St. & 18th St. | NC - 8' |
| 160 | Church St. & 20th St.    (Muni Row) | NC - 8' |
| 1524 | Church St. & 24th St. | NC - 13' |
| 523 | Church St. & 27th St. | C - 8' |
| 1525 | Church St. & 29th St. | NC - 13' |
| 1526 | Church St. & Day St. | NC - 13' |
| 95 | Church St. & Duboce St. | C - 12' |
| 1389 | Church St. & Market St. | NC - 13' |
| 1137 | Circular Ave. & Monterey Blvd. | C - 12' |
| 931 | Clay St. & Franklin St. | C - 12' |
| 1209 | Clay St. & Montgomery St. | C - 8' |
| 52 | Clay St. & Polk St. | C - 12' |
| 1479 | Clay St. & Powell St. | C - 12' |
| 221 | Clay St. & Van Ness Ave. | C - 12' |
| 473 | Clayton St. & Corbett Ave. | NC - 8' |
| 1029 | Clement St. & 02nd Ave. | C - 8' |
| 85 | Clement St. & 06th Ave. | C - 12' |
| 298 | Clement St. & 08th Ave. | C - 8' |
| 984 | Clement St. & 10th Ave. | C - 12' |
| 1095 | Clement St. & 10th Ave. | C - 12' |
| 985 | Clement St. & 12th Ave. | C - 12' |
| 1058 | Clement St. & 14th Ave. | NC - 8' |
| 1537 | Clement St. & 16th Ave. | NC - 8' |
| 1310 | Clement St. & 20th Ave. | C - 8' |
| 579 | Clement St. & 22nd Ave. | C - 12' |
| 1459 | Clement St. & 22nd Ave. | C - 12' |
| 986 | Clement St. & 29th Ave. | C - 12' |
| 987 | Clement St. & 29th Ave. | NC - 8' |
| 988 | Clement St. & 31st Ave. | NC - 8' |
| 951 | Clement St. & 32nd Ave. | C - 8' |

Exhibits-32

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 299 | Clement St.& 25th Ave. | C - 12' |
| 700 | Clipper St. & Portola Dr. | NC - 8 |
| 372 | Clipper St. (n/s) & Diamond Heights Blvd. | NC - 8' |
| 222 | Cole St. & Carl St. | C - 12' |
| 626 | Cole St. & Carl St. | C - 12' |
| 753 | Columbus Ave (w/s) mid North Point & Bay Sts. | C - 12' |
| 1371 | Columbus Ave. & Francisco St. | C - 8' |
| 1096 | Columbus Ave. & Mason St. | C - 12' |
| 1373 | Columbus Ave. mid Union & Powell Sts. | C - 12' |
| 1460 | Connecticut St. & 17th St. | C - 12' |
| 323 | Connecticut St. & 18th St. | C - 12' |
| 737 | Corbett Ave. (e/s) @ #925 | NC - 8' |
| 893 | Cordova St. & Prague St. | NC - 8' |
| 524 | Cortland Ave. & Andover St. (Temp. Down) | 8' |
| 937 | Cortland Ave. & Bayshore Blvd. | C - 12' |
| 938 | Cortland Ave. & Folsom St. | C - 12' |
| 133 | Cortland St. & Mission St. | NC - 12' |
| 1335 | Crescent Ave. & Andover St. | NC - 8' |
| 1538 | Crescent Ave. & Mission St. | NC - 8' |
| 1349 | Davis St. & California St. | C - 12' |
| 1097 | De Haro St. & Southern Heights Ave. | NC - 8' |
| 1311 | Del Vale Ave. & O'Shaughnessy Blvd. | NC - 8' |
| 1564 | Diamond Heights Blvd. & Addison St | NC - 8' |
| 443 | Diamond Heights Blvd. & Duncan St. | NC - 8' |
| 688 | Diamond Heights Blvd. & Gold Mine Dr. | C - 12' |
| 740 | Diamond Heights Blvd. & Gold Mine Dr. | NC - 8' |
| 605 | Diamond Heights Blvd.(w/s) & Diamond St. | NC - 8' |
| 739 | Diamond St. & Bosworth St. | C - 12' |
| 1337 | Diamond St. & Surrey St. | NC - 8' |
| 754 | Divisadero St. & Chestnut St. | C - 12' |
| 474 | Divisadero St. & Eddy St. | C - 12' |
| 1312 | Divisadero St. & Ellis St. | C - 12' |
| 61 | Divisadero St. & Geary Blvd. | C - 12' |
| 350 | Divisadero St. & Geary Blvd. | C - 12' |
| 551 | Divisadero St. & Haight St. | C - 12' |
| 444 | Divisadero St. & Pine St. | C - 12' |
| 719 | Division St. & 08th St. | C - 12' |
| 1098 | Division St. & Rhode Island St. | C -- 8' |
| 816 | Douglas St. & 24th St. | NC - 8' |
| AIRP | Drumm St. & California St. | C X 2 |
| 184 | Duncan St. & Diamond Heights | NC - 8' |
| 787 | Eddy St. & Divisidero St. | NC - 8' |
| 1374 | Eddy St. & Fillmore St. | C - 12' |
| 989 | Eddy St. & Gough St. | C - 12' |
| 990 | Eddy St. & Gough St. | C - 12' |
| 445 | Eddy St. & Laguna St. | C - 12' |

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter agreement amendment 4\advertising transit shelter agreement amendment 4 final to port.060908.doc

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 446 | Eddy St. & Laguna St. | C - 12' |
| 447 | Eddy St. & Larkin St. | C - 8' |
| 495 | Eddy St. & Leavenworth St. | C - 12' |
| 352 | Eddy St. & Pierce St. | C - 12' |
| 448 | Eddy St. & Pierce St. | C - 12' |
| 56 | Eddy St. & Polk St. | C - 12' |
| 373 | Eddy St. & Polk St. | C - 8' |
| 374 | Eddy St. & Van Ness Ave. | C - 12' |
| 496 | Eddy St. & Van Ness Ave. | C - 12' |
| 203 | Ellis St. & Mason St. | C - 12' |
| 1567 | Embarcadero & Bay St. (IB) (F Line Shelters) | C - F Line |
| 1568 | Embarcadero & Bay St. (OB) (F Line Shelters) | C -F Line |
| 1575 | Embarcadero & Broadway (F Line Shelters) | C -F Line |
| 1576 | Embarcadero & Broadway (F Line Shelters) | C -F Line |
| 1570 | Embarcadero & Chestnut (IB) (F Line Shelters) | C -F Line |
| 1569 | Embarcadero & Chestnut (OB) (F Line Shelters) | C -F Line |
| 1573 | Embarcadero & Green (F Line Shelters) | C -F Line |
| 1574 | Embarcadero & Green (F Line Shelters) | C -F Line |
| 1571 | Embarcadero & Greenwich (F Line Shelters) | C -F Line |
| 1572 | Embarcadero & Greenwich (F Line Shelters) | C -F Line |
| 1577 | Embarcadero & Washington (F Line Shelters) | C -F Line |
| 1578 | Embarcadero & Washington (F Line Shelters) | C -F Line |
| 580 | Evans Ave. & 03rd St. | NC - 8' |
| 581 | Evans Ave. & Newhall St. | NC - 8' |
| 711 | Evans Ave. (n/s) & Keith St. (front of P.O.) | C - 12' |
| 223 | Fillmore St. & Chestnut St. | C - 12' |
| 1513 | Fillmore St. & Chestnut. | C - 12' |
| 1351 | Fillmore St. & Golden Gate Ave. | C - 12' |
| 584 | Fillmore St. & Haight St. | C - 12' |
| 755 | Fillmore St. & Haight St. | C - 12' |
| 237 | Fillmore St. & Hayes St. | NC -8' |
| 238 | Fillmore St. & Hayes St. | NC -8' |
| 324 | Fillmore St. & Jackson St. | C - 8' |
| 1542 | Fillmore St. & Jackson St. | C - 8' |
| 270 | Fillmore St. & Lombard St. | C - 12' |
| 527 | Fillmore St. & McAllister St. | C - 12' |
| 528 | Fillmore St. & McAllister St. | C - 12' |
| 991 | Fillmore St. & Oak St. | C - 12' |
| 992 | Fillmore St. & Oak St. | C - 12' |
| 1436 | Fillmore St. & O'Farrell St. | C - 8' |

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter agreement amendment 4\advertising transit shelter agreement amendment 4 final to port.060908.doc

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 954 | Fillmore St. & Pine St. | C - 12' |
| 552 | Fillmore St. & Sacramento St. | C - 12' |
| 271 | Fillmore St. & Sutter St. | C - 12' |
| 497 | Fillmore St. & Sutter St. | C - 12' |
| 607 | Fillmore St. & Turk St. | C - 12' |
| 993 | Fillmore St. & Union St. | C - 12' |
| 585 | Fitzgerald Ave. & Keith St. (29 Term.) | NC - 8' |
| 570 | Foerster St. & Monterey Blvd. | C - 12' |
| 1437 | Folsom St. & 05th St. | C - 12' |
| 1514 | Folsom St. & 06th St. | C - 12' |
| 1438 | Folsom St. & 07th St. | C - 12' |
| 1461 | Folsom St. & 16th St. | C - 12' |
| 1210 | Folsom St. & 16th. St. | C - 12' |
| 1314 | Folsom St. & 18th St. | NC - 8' |
| 1315 | Folsom St. & 18th St. | NC - 8' |
| 818 | Folsom St. & 24th St. | C - 12' |
| 529 | Folsom St. & Precita Ave. | NC - 8' |
| 135 | Forest Hill Station | NC - 12' |
| 1168 | Fowler Ave. & Portola Dr. | NC - 8' |
| 894 | Frederick St. & Ashbury St. | C - 12' |
| 1392 | Frederick St. & Willard St. | NC - 8' |
| 1480 | Fremont St. & Market St. | NC - 13' |
| 1424 | Fremont St. & Mission St. TD | C - 16' |
| 1291 | Fulton St. & 04th Ave. | NC - 8' |
| 376 | Fulton St. & 06th Ave. | NC - 8' |
| 1543 | Fulton St. & 06th. Ave. | NC - 8' |
| 67 | Fulton St. & 08th Ave. | NC - 12' |
| 224 | Fulton St. & 08th Ave. | C - 8' |
| 1032 | Fulton St. & 10th Ave. | NC - 12' |
| 1059 | Fulton St. & 12th Ave. | NC - 12' |
| 1099 | Fulton St. & 16th Ave. | NC - 12' |
| 1292 | Fulton St. & 16th Ave. | C - 12' |
| 1100 | Fulton St. & 18th Ave. | NC - 8' |
| 1034 | Fulton St. & 20th Ave. | NC - 8' |
| 498 | Fulton St. & 22nd Ave. | NC - 8' |
| 1294 | Fulton St. & 22nd Ave. | C - 12' |
| 690 | Fulton St. & 25th Ave. | NC - 12' |
| 1035 | Fulton St. & 25th Ave. | C - 12' |
| 1036 | Fulton St. & 28th Ave. | NC - 8' |
| 630 | Fulton St. & 30th Ave. | NC - 8' |
| 1236 | Fulton St. & 36th Ave. | NC - 8' |
| 68 | Fulton St. & 37th Ave. | NC - 12' |
| 1318 | Fulton St. & 38th Ave. | NC - 8' |
| 757 | Fulton St. & 40th Ave. | NC - 12' |
| 756 | Fulton St. & 43rd Ave. | NC - 12' |
| 1237 | Fulton St. & 46th Ave. | NC - 8' |
| 249 | Fulton St. & Arguello Ave. | NC- 12' |
| 1338 | Fulton St. & Arguello Blvd. | NC - 8' |

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter agreement amendment 4\advertising transit shelter agreement amendment 4 final to port.060908.doc

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 1037 | Fulton St. & La Playa | NC - 12' |
| 84 | Fulton St. & Masonic ST. | C - 12' |
| 402 | Fulton St. & Park Presidio | NC - 12' |
| 758 | Fulton St. & Park Presidio | NC - 12' |
| 377 | Fulton St. & Parker Ave. | NC - 8' |
| 136 | Fulton St. & Parker St. | NC - 8' |
| 568 | Geary Blvd. & 03rd Ave. | C - 12' |
| 1038 | Geary Blvd. & 03rd Ave. | C - 8' |
| 97 | Geary Blvd. & 06th Ave. | C - 12' |
| 994 | Geary Blvd. & 09th Ave. | C - 12' |
| 1039 | Geary Blvd. & 09th Ave. | C - 8' |
| 530 | Geary Blvd. & 12th Ave. | C - 12' |
| 1481 | Geary Blvd. & 12th Ave. | C - 8' |
| 532 | Geary Blvd. & 17th Ave. | C - 12' |
| 1544 | Geary Blvd. & 17th. Ave. | NC - 8' |
| 300 | Geary Blvd. & 20th Ave. | C - 12' |
| 533 | Geary Blvd. & 20th Ave. | C - 12' |
| 1483 | Geary Blvd. & 23rd Ave. | C - 12' |
| 93 | Geary Blvd. & 25th Ave. | C - 12' |
| 631 | Geary Blvd. & 25th Ave. | C - 12' |
| 759 | Geary Blvd. & 28th Ave. | C - 12' |
| 1296 | Geary Blvd. & 28th Ave. | C - 12' |
| 554 | Geary Blvd. & 30th Ave. | NC - 8' |
| 1101 | Geary Blvd. & 30th Ave. | C - 12' |
| 555 | Geary Blvd. & 32nd Ave. | NC - 8' |
| 301 | Geary Blvd. & 33rd Ave. | C - 12' |
| 1462 | Geary Blvd. & 33rd Ave. | C - 12' |
| 995 | Geary Blvd. & 36th Ave. | C - 12' |
| 1545 | Geary Blvd. & 36th. Ave. | C - 12' |
| 996 | Geary Blvd. & 39th Ave. | C - 12' |
| 1546 | Geary Blvd. & 39th Ave. | C - 16' |
| 378 | Geary Blvd. & 42nd Ave. | NC - 8' |
| 125 | Geary Blvd. & Arguello Ave. | C - 12' |
| 126 | Geary Blvd. & Arguello Ave. | C - 12' |
| 608 | Geary Blvd. & Baker St. | C - 12' |
| 1041 | Geary Blvd. & Collins St. | C - 12' |
| 1297 | Geary Blvd. & Collins St. | C - 12' |
| 185 | Geary Blvd. & Divisadero St. | C - 12' |
| 186 | Geary Blvd. & Divisadero St. | C - 12' |
| 272 | Geary Blvd. & Fillmore St. | C - 12' |
| 1547 | Geary Blvd. & Fillmore St. | C - 16' |
| 1060 | Geary Blvd. & Franklin St. | C - 12' |
| 450 | Geary Blvd. & Gough St. | C - 12' |
| 187 | Geary Blvd. & Laguna St. | C - 12' |
| 204 | Geary Blvd. & Laguna St. | C - 12' |
| 17 | Geary Blvd. & Leavenworth St. | C - 12' |
| 23 | Geary Blvd. & Masonic St. | C - 12' |
| 113 | Geary Blvd. & Park Presidio | NC - 12' |
| 1042 | Geary Blvd. & Park Presidio | NC - 12' |

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter agreement amendment 4\advertising transit shelter agreement amendment 4 final to port.060908.doc

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 31 | Geary Blvd. & Powell St. | C - 12' |
| 760 | Geary Blvd. & Presidio St. | C - 12' |
| 403 | Geary Blvd. & Scott St. | NC - 8' |
| 1516 | Geary Blvd. & Scott St. | C - 12' |
| 274 | Geary Blvd. & Spruce St. | C - 12' |
| 1548 | Geary Blvd. & Spruce St. | C - 12' |
| 609 | Geary Blvd. & St. Josephs Ave. | C - 12' |
| 1043 | Geary Blvd. & Stanyan St. | C - 8' |
| 162 | Geary Blvd. & Stockton St. | C - 12' |
| 275 | Geary Blvd. & Taylor St.   (REVERSE CANOPY) | C - 12' |
| 24 | Geary Blvd. & Van Ness Ave. | C - 12' |
| 451 | Geary Blvd. & Webster St. | C - 12' |
| 1138 | Geary Blvd. & Webster St. | C - 12' |
| 206 | Geary Blvd. (n/s) mid Presidio & Masonic Sts. | C - 12' |
| 610 | Geneva Ave. & Cayuga Ave. | NC - 8' |
| 611 | Geneva Ave. & Cayuga Ave. | NC - 8' |
| 437 | Geneva Ave. & Mission St. | C - 16' |
| 691 | Geneva Ave. & Mission St. | C - 12' |
| 851 | Geneva Ave. & Munich St. | C - 16' |
| 499 | Geneva Ave. & Naples St. | C - 12' |
| 1102 | Geneva Ave. & Paris St. | NC - 8' |
| 761 | Geneva Ave. & San Jose Ave. | NC - 12' |
| 762 | Geneva Ave. (n/s) & San Jose Ave. (Bart) | C - 12' |
| 763 | Geneva Ave. (s/s) & San Jose Ave. (Bart) | C - 16' |
| 45 | Golden Gate Park (Acad. of Science) - Temp Down | NC - 12' |
| 46 | Golden Gate Park (DeYoung Museum) | NC - 12' |
| 820 | Gonzalez Dr. & Font Blvd. | NC - 8' |
| 896 | Gough St. & Sacramento St. | C - 12' |
| 1170 | Grafton Ave. & Plymouth Ave. | NC - 8' |
| 1319 | Grove St. & Gough St. | C - 12' |
| 1320 | Grove St. & Laguna St. | NC - 8' |
| 1634 | Hahn & Sunnydale | NC - 12' |
| 1635 | Hahn & Sunnydale | C - 12' |
| 1298 | Haight St. & Baker St. | C - 12' |
| 998 | Haight St. & Buchanan St. | C - 12' |
| 999 | Haight St. & Buena Vista Ave. East | NC - 8' |
| 1000 | Haight St. & Buena Vista Ave. West | NC - 12' |
| 239 | Haight St. & Divisadero St. | C - 12' |
| 240 | Haight St. & Divisadero St. | C - 12' |
| 569 | Haight St. & Fillmore St. | C - 12' |
| 634 | Haight St. & Fillmore St. | C - 12' |
| 353 | Haight St. & Laguna St. | NC - 8' |
| 1550 | Haight St. & Pierce St. | C - 12' |
| 1212 | Haight St. & Stanyan St. | C - 8' |
| 1551 | Haight St. & Stanyan St. | C - 12' |
| 1378 | Harrison St. & 04th St. | C - 8' |

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter agreement amendment 4\advertising transit shelter agreement amendment 4 final to port.060908.doc

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 1104 | Harrison St. & 06th St. | C.C. 12' |
| 764 | Hayes St. & Ashbury St. | C - 12' |
| 955 | Hayes St. & Ashbury St. | NC - 8' |
| 452 | Hayes St. & Baker St. | NC - 8' |
| 453 | Hayes St. & Baker St. | NC - 8' |
| 956 | Hayes St. & Broderick St. | C - 12' |
| 1003 | Hayes St. & Broderick St. | C - 12' |
| 475 | Hayes St. & Buchanan St. | NC - 8' |
| 957 | Hayes St. & Buchanan St. | NC - 8' |
| 958 | Hayes St. & Central Ave. | C - 12' |
| 1376 | Hayes St. & Cole St. | NC - 8' |
| 1377 | Hayes St. & Cole St. | C - 12' |
| 501 | Hayes St. & Divisadero St. | C - 12' |
| 502 | Hayes St. & Divisadero St. | C - 12' |
| 88 | Hayes St. & Fillmore St. | NC - 8' |
| 354 | Hayes St. & Fillmore St. | NC - 8' |
| 504 | Hayes St. & Franklin St. | C - 12' |
| 355 | Hayes St. & Larkin St.  (CANOPY/ 1 FACE) | C - 12' |
| 1213 | Hayes St. & Lyon St. | C - 12' |
| 659 | Hayes St. & Masonic St. | C - 12' |
| 963 | Hayes St. & Pierce St. | NC - 8' |
| 1005 | Hayes St. & Pierce St. | NC - 8' |
| 789 | Hayes St. & Scott St. | C - 12' |
| 964 | Hayes St. & Scott St. | C - 8' |
| 243 | Hayes St. & Shrader St. | C - 12' |
| 244 | Hayes St. & Shrader St. | C - 12' |
| 1006 | Hayes St. & Stanyan St. | NC - 8' |
| 476 | Hayes St. & Steiner St. | NC - 8' |
| 966 | Hayes St. & Steiner St. | NC - 8' |
| 90 | Hayes St. & Van Ness Ave. | NC - 8 |
| 1352 | Hermann St. & Fillmore St. | NC - 8 |
| 1063 | Howard St. & 04th St. (SMT ONLY) | C - 12' |
| 1517 | Howard St. & Main St. | C - 12' |
| 660 | Hudson Ave. & Bertha Lane | NC - 8' |
| 806 | Hyde St. & Clay St. | C - 12' |
| 1552 | Hyde St. & McAllister St. TD | C - 12' |
| 853 | Hyde St. & Pacific Ave. | NC - 8' |
| 1553 | Hyde St. & Turk St. | NC - 8' |
| 821 | Hyde St. & Union St. | C - 8' |
| 1171 | Hyde St. mid Fulton & Grove Sts. | NC - 8' |
| 940 | Industrial St. (s/s) mid Bayshore & Boutwell | C - 12' |
| 154 | Irving St. & 02nd Ave. | NC - 8' |
| 140 | Irving St. & 07th Ave. | C - 12' |
| 141 | Irving St. & 09th Ave. | C - 8' |
| 1484 | Irving St. & Arguello | C - 16' |
| 404 | Jackson St. & Fillmore St. | C - 12' |

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter agreement amendment 4\advertising transit shelter agreement amendment 4 final to port.060908.doc

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 721 | Jackson St. & Van Ness Ave. | C - 12' |
| 1140 | Jackson St. & Van Ness Ave. | NC - 8' |
| 1007 | Jackson St. & Webster St. | NC - 8' |
| 1554 | Jessie St. & 05th. St. | NC -12' |
| 1565 | Jones St. & Beach St. (F Line ) Next to Ramp | C -F Line |
| 1566 | Jones St. & Beach St. (F Line Shelters) | C - F Line |
| 722 | Jones St. & Post St. | C - 12' |
| 723 | Jones St. & Sutter St. | C - 12' |
| 899 | Judah St. & 06th Ave. | C - 12' |
| 857 | Judah St. & 07th Ave. | C - 12' |
| 858 | Judah St. & 07th Ave. | C - 12' |
| 1527 | Judah St. & 09th /10th Ave. | NC - 13' |
| 1528 | Judah St. & 19th Ave. | NC - 13' |
| 421 | Judah St. & 25th Ave. | NC - 8 |
| 1529 | Judah St. & 37th Ave.& Sunset | NC - 13' |
| 612 | Judah St. & 40th Ave. | NC - 8' |
| 503 | Judah St. & 43rd Ave. | C - 8' |
| 325 | Judah St. & 46th Ave. | C - 8' |
| 225 | Judah St. & Sunset | NC - 8' |
| 823 | Junipero Serra Blvd. & Font Blvd. | NC - 8' |
| 87 | Junipero Serra Blvd. & Ocean Ave. | NC - 12' |
| 1626 | Junipero Serra Blvd. & Ocean Ave.   (Muni Row) | NC - 12' |
| 1627 | Junipero Serra Blvd. & Ocean Ave.   (Muni Row) | NC - 12' |
| 1652 | Junipero Serra Blvd. & Palmetto | C - 12' |
| 635 | Junipero Serra Blvd. & Sloat Blvd. | NC - 8' |
| 824 | Kansas St. & 23rd St. | C - 12' |
| 16 | Kearny St. & California St. | C - 12' |
| 724 | Kearny St. & Clay St. | C - 12' |
| 163 | Kearny St. & Geary Blvd.  (TD) | C - 16' |
| 968 | Kearny St. & Jackson St. | C - 12' |
| 675 | Kearny St. & North Point St. | CC - 12' |
| 164 | Kearny St. & Sutter St. | C -12' |
| 380 | La Playa & Cabrillo St. | NC - 16' |
| 506 | La Playa & Cabrillo St. (Muni Term.) | NC - 12 |
| 49 | Laguna Honda Hospital | NC 8' |
| 422 | Laguna St. & Chestnut St. | NC - 8' |
| 588 | Laguna St. & Hayes St. | C - 12' |
| 165 | Larkin St. & Golden Gate | C -12' |
| 1425 | Larkin St. & Grove St. | NC - 12' |
| 65 | Larkin St. & McAllister St. | C - 12' |
| 825 | Larkin St. & O'Farrell St. | C - 12' |
| 1044 | Lawton St. & 07th Ave. | NC - 8' |
| 391 | Leavenworth St. & Bush St. | C - 12' |
| 726 | Leavenworth St. & California St. | C - 12' |
| 727 | Leavenworth St. & Clay St. | C - 12' |
| 262 | Leavenworth St. & Geary Blvd. | C - 12' |

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter agreement amendment 4\advertising transit shelter agreement amendment 4 final to port.060908.doc

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 405 | Leavenworth St. & O'Farrell St. | C - 12' |
| 728 | Leavenworth St. & Post St. | C - 12' |
| 729 | Leavenworth St. & Sacramento St. | C - 8' |
| 730 | Leavenworth St. & Sutter St. | C - 12' |
| 1398 | Lee Ave. & Ocean Ave. (Turnaround)- | NC - 12' |
| 790 | Legion of Honor Dr./Palace of Legion of Honor | NC -12' |
| 479 | Lincoln Way & 05th Ave. | NC - 8' |
| 1394 | Lincoln Way & 05th Ave. | NC - 8' |
| 693 | Lincoln Way & 09th Ave. | NC - 8' |
| 694 | Lincoln Way & 09th Ave. | C - 12' |
| 1175 | Lincoln Way & 15th Ave. | C - 12' |
| 1176 | Lincoln Way & 17th Ave. | C - 12' |
| 423 | Lincoln Way & 19th Ave. | NC - 8' |
| 695 | Lincoln Way & 19th Ave. | C - 12' |
| 1177 | Lincoln Way & 21st Ave. | C - 12' |
| 1238 | Lincoln Way & 23rd Ave. | C - 12' |
| 1301 | Lincoln Way & 25th Ave. | C - 12' |
| 1172 | Lincoln Way & Funston Ave. | C - 12' |
| 1045 | Lincoln Way & La Playa | C - 12' |
| 859 | Lombard St. & Divisadero St. | C - 12' |
| 860 | Lombard St. & Lyon St. | NC - 8' |
| 900 | Lombard St. & Pierce St.  (Temp. Down) | C - 12' |
| 456 | Lyon St. & Greenwich St. | NC - 8' |
| 1440 | Main St. & Folsom St.  (GGT ONLY) | C - 12' |
| 14 | Main St. & Mission St. | C - 12' |
| 826 | Mansell St. & San Bruno Ave. | NC - 8' |
| 661 | Mansell St. & Somerset St. | NC - 8' |
| 142 | Marina St. & Laguna St. | C - 12' |
| 1411 | Market & Castro (Kiosk;Shelter 17th & Castro) | C - Kiosk |
| 1262A | Market St. &  09th St. | C - Kiosk |
| 1485 | Market St. & 01st St. | NC - 13' |
| 1268 | Market St. & 03rd St. | C - Kiosk |
| 1486 | Market St. & 03rd St. | NC - 13' |
| 1464 | Market St. & 05th St. | NC - 13' |
| 1487 | Market St. & 05th St. | NC - 13' |
| 1488 | Market St. & 06th St. | NC - 13' |
| 1488 | Market St. & 06th St. | NC - 13' |
| 1255 | Market St. & 07th St. | C - Kiosk |
| 1489 | Market St. & 07th St. | NC - 13' |
| 1490 | Market St. & 07th St. | NC - 13' |
| 1261 | Market St. & 10th St. | C - Kiosk |
| 1270 | Market St. & Beale St. | C - Kiosk |
| 800 | Market St. & Castro St. | C - 12' |
| 1414 | Market St. & Church St. | C - Kiosk |
| 1427 | Market St. & Church St. | C - 12' |
| 1415 | Market St. & Dolores St. | C - Kiosk |

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter agreement amendment 4\advertising transit shelter agreement amendment 4 final to port.060908.doc

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 1248 | Market St. & Drumm St. | C - Kiosk |
| 1249 | Market St. & Front St. | C - Kiosk |
| 382 | Market St. & Gough St. | C - Kiosk |
| 1267 | Market St. & Grant mid 03rd - 04th Sts. | C - Kiosk |
| 1252 | Market St. & Grant St. | C - Kiosk |
| 1143 | Market St. & Guerrero St. | C - Kiosk |
| 1256 | Market St. & Hyde St. | C - Kiosk |
| 1491 | Market St. & Hyde St. | NC - 13' |
| 1466 | Market St. & Kearny St. | NC - 13' |
| 1428 | Market St. & Laguna St. | NC - 13' |
| 1257 | Market St. & Larkin St. | C - Kiosk |
| 1257A | Market St. & Larkin St. | NC - 13' |
| 1492 | Market St. & Main St. | NC - 13' |
| 1265 | Market St. & Mason mid 05th - 06th Sts. | C - Kiosk |
| 1254 | Market St. & Mason St. | C - Kiosk |
| 1251 | Market St. & Montgomery St. | C - Kiosk |
| 1493 | Market St. & New Montgomery St. | NC - 13' |
| 1341 | Market St. & Noe St. | C - 12' |
| 1416 | Market St. & Noe St. | C - Kiosk |
| 1258 | Market St. & Polk St. | C - Kiosk |
| 1266 | Market St. & Powell mid 04th - 05th Sts. | C - Kiosk |
| 1253 | Market St. & Powell St. | C - Kiosk |
| 1259A | Market St. & S. Van Ness Ave. | NC - 13' |
| 1073 | Market St. & Sanchez St. | C - 12' |
| 1412 | Market St. & Sanchez St. | C - Kiosk |
| 1413 | Market St. & Sanchez St. | C - Kiosk |
| 1250 | Market St. & Sansome St. | C - Kiosk |
| 1271 | Market St. & Steuart St. | C - Kiosk |
| 1467 | Market St. & Stockton St. | NC - 13' |
| 1468 | Market St. & Taylor St. | NC - 13' |
| 1259 | Market St. & Van Ness Ave. | C - Kiosk |
| 1260-A | Market St. & Van Ness Ave. | C - 13' |
| 1269 | Market St. mid 01st & 02nd Sts. (s/s) | C - Kiosk |
| 1264 | Market St. mid 06th & 07th Sts. (s/s) | C - Kiosk |
| 1263 | Market St. mid 07th & 08th Sts. (s/s) | C - Kiosk |
| 1262 | Market St. mid 08th & 09th Sts. (s/s) | C - Kiosk |
| 1260 | Market St.& 11th St. | C - Kiosk |
| 1465 | Market St.& Battery St. | NC - 13' |
| 861 | Mason St. & Broadway | NC - 8' |
| 863 | Mason St. & Green St. | NC - 8' |
| 864 | Mason St. & Greenwich St. | C - 12' |
| 866 | Mason St. & Vallejo St. | NC - 8' |
| 226 | Masonic Ave. & Fulton St. | C - 12' |
| 25 | Masonic Ave. & Geary Blvd. | C - 12' |
| 867 | Masonic Ave. & Geary Blvd. | C - 12' |
| 1239 | Masonic Ave. & Golden Gate Ave. | C - 12' |
| 257 | Masonic Ave. & Haight St. | C  - 8' |
| 258 | Masonic Ave. & Haight St. | C - 12' |
| 137 | Masonic Ave. & Hayes St. | C - 12' |

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter
agreement amendment 4\advertising transit shelter agreement
amendment 4 final to port.060908.doc

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 870 | Masonic Ave. & Oak St. | C - 12' |
| 188 | Masonic Ave. & Turk St. | C - 12' |
| 871 | Masonic Ave. & Turk St. | C - 12' |
| 766 | McAllister St. & Baker St. | C - 12' |
| 941 | McAllister St. & Baker St. | C - 12' |
| 827 | McAllister St. & Central Ave. | NC - 12' |
| 458 | McAllister St. & Divisadero St. | C - 12' |
| 459 | McAllister St. & Divisadero St. | C - 12' |
| 460 | McAllister St. & Fillmore St. | C - 12' |
| 461 | McAllister St. & Fillmore St. | C - 12' |
| 1395 | McAllister St. & Gough St. | NC -12' |
| 383 | McAllister St. & Hyde St. | CPS |
| 535 | McAllister St. & Laguna St. | C - 12' |
| 536 | McAllister St. & Laguna St. | C - 12' |
| 791 | McAllister St. & Larkin St. | C - 12' |
| 901 | McAllister St. & Pierce St. | C - 12' |
| 970 | McAllister St. & Pierce St. | NC - 8' |
| 91 | McAllister St. & Polk St. | CPS |
| 384 | McAllister St. & Van Ness Ave. | NC -12' |
| 697 | McAllister St. & Van Ness Ave. | NC -12' |
| 1009 | McAllister St. & Webster St. | C - 12' |
| 1215 | McAllister St. & Webster St. | C - 12' |
| 1357 | McCoppin St. & Gough St. | C - 12' |
| 1636 | Middlepoint & Hare/Innes | NC - 12' |
| 1635 | Middlepoint & Innes | NC - 12' |
| 1637 | Middlepoint & South of Evans/Westpoint | NC - 12' |
| 1633 | Middlepoint & West Point | NC - 12' |
| 1634 | Middlepoint & West Point | NC -12' |
| DC001 | Mission Front of 6237 (Daly City/14 Terminal) | C - 12' |
| DC002 | Mission Front of 6253 (Daly City/14 Terminal) | NC - 12' |
| 166 | Mission St. & 01st St. | C -16' |
| 189 | Mission St. & 02nd St. | C - 12' |
| 167 | Mission St. & 03rd St. | C - 12' |
| 208 | Mission St. & 04th St. | C - 12' |
| 1355 | Mission St. & 04th St. | C - 12' |
| 13 | Mission St. & 05th St. | C - 8' |
| 357 | Mission St. & 05th St. | C - 12' |
| 190 | Mission St. & 07th St. | C - 12' |
| 406 | Mission St. & 08th St. | C - 16' |
| 769 | Mission St. & 08th St. | C - 12' |
| 259 | Mission St. & 09th St. | C - 12' |
| 1469 | Mission St. & 09th St. | C - 12' |
| 731 | Mission St. & 11th St. | C - 12' |
| 1356 | Mission St. & 14th St. | C - 12' |
| 1494 | Mission St. & 15th St. | C - 12' |
| 145 | Mission St. & 16th St | C - 12' |
| 144 | Mission St. & 16th St. | C - 12' |

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter agreement amendment 4\advertising transit shelter agreement amendment 4 final to port.060908.doc

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 302 | Mission St. & 18th St. | C - 12' |
| 359 | Mission St. & 18th St. | C - 12' |
| 241 | Mission St. & 20th St. | C - 12' |
| 242 | Mission St. & 20th St. | C - 12' |
| 360 | Mission St. & 22nd St. | C - 12' |
| 227 | Mission St. & 24th St. | C - 12' |
| 228 | Mission St. & 24th St. | C - 12' |
| 119 | Mission St. & 30th St. | C - 12' |
| 327 | Mission St. & Acton St. | C - 12' |
| 12 | Mission St. & Beale St. | C - 12' |
| 303 | Mission St. & Brazil St. | C - 12' |
| 770 | Mission St. & Duboce St. | C - 12' |
| 127 | Mission St. & Geneva Ave. | C - 12' |
| 128 | Mission St. & Geneva Ave. | C - 12' |
| 792 | Mission St. & Murray St. | C - 12' |
| 120 | Mission St. & Naglee St. | C - 12' |
| 558 | Mission St. & Norton St. | C - 12' |
| 636 | Mission St. & Onondaga Ave. | C - 8' |
| 304 | Mission St. & Persia St. | C - 12' |
| 306 | Mission St. & Richland St. | C - 12' |
| 307 | Mission St. & Richland St. | C - 12' |
| 305 | Mission St. & Russia St. | C - 12' |
| 308 | Mission St. & Silver Ave. | C - 12' |
| 424 | Mission St. & Silver Ave. | C - 12' |
| 58 | Mission St. & So. Van Ness St. | C - 12' |
| 637 | Mission St. & Spear St. | C - 8' |
| 1046 | Mission St. & Trumbull St. | C - 12' |
| 1518 | Mission St. & Trumbull St. | C - 12' |
| 1216 | Mission St. & Whittier St. | C - 12' |
| 771 | Mission St. mid France & Italy Sts. (w/s) | C - 12' |
| 1397 | Missouri St.& 20th St. | NC - 8' |
| 1240 | Monterey Blvd. & Baden St. | NC - 8' |
| 902 | Monterey Blvd. & Detroit St. | NC - 8' |
| 1342 | Monterey Blvd. & Edna St. | C - 12' |
| 328 | Monterey Blvd. & Foerster St. | C - 12' |
| 329 | Monterey Blvd. & Foerster St. | C - 12' |
| 425 | Monterey Blvd. & Ridgewood Ave. | C - 12' |
| 32 | Montgomery St. & California St. (GGT ONLY) | C - 12' |
| 191 | Myra St. & Dalewood St. (Term.) | NC - 8' |
| 903 | Naples St. & Athens St. | NC - 8' |
| 904 | Naples St. & Rolph St. | NC - 8' |
| 1010 | Noe St. & 29th St. | NC - 8' |
| 943 | Noe St. & 30th St. | NC - 8' |
| 1180 | Noriega St. & 28th Ave. | C - 12' |
| 484 | Noriega St. & 41st Ave. | NC - 8' |
| 426 | Noriega St. & 46th Ave. | NC - 8' |
| 168 | Noriega St. & Sunset | NC - 8' |
| 732 | North Point St. & Embarcadero | NC - 8' |

Exhibits-43

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 427 | North Point St. & Hyde St. | C - 8' |
| 428 | North Point St. & Hyde St. | C - 8' |
| 1074 | North Point St. & Jones St. | C - 8' |
| 676 | North Point St. & Kearny St. | C - 8' |
| 276 | North Point St. & Mason St. | C - 12' |
| 1110 | North Point St. & Mason St. | C - 12' |
| 485 | North Point St. & Polk St. | C - 12' |
| 1111 | North Point St. & Stockton St. | C - 12' |
| 1218 | North Point St. & Stockton St. | C - 8' |
| 1560 | North Point St. & Van Ness Ave. | C - 12' |
| 1470 | Ocean Ave. & Dorado Terrace | NC - 13' |
| 63 | Ocean Ave. & Harold St./PHELAN | C - 16' |
| 507 | Ocean Ave. & Howth St. | NC - 8' |
| 1530 | Ocean Ave. & Jules St. | NC - 13' |
| 1628 | Ocean Ave. & Lee Ave. | NC - 13' |
| 508 | Ocean Ave. & Lee Ave.( ISLAND & KIOSK) | C - Kiosk |
| 209 | Ocean Ave. & San Jose Ave. | C - 12' |
| 1630 | Ocean Ave. & Victoria | 13' - NC |
| 1631 | Ocean Ave. & Victoria | 13' - NC |
| 666 | Ocean Ave. (n/s) & Geneva Ave. (K-Line Isle) | C - 8' |
| 1382 | Ocean Ave. (n/s) & Geneva Ave. (K-Line Isle) | C - 8' |
| 667 | Ocean Ave. (s/s) & Geneva Ave. (K-Line Isle) | C - 8' |
| 1381 | Ocean Ave. (s/s) & Geneva Ave. (K-Line Isle) | C - 8' |
| 429 | O'Farrell St. & Hyde St. | C - 12' |
| 59 | O'Farrell St. & Jones St. (bulb) | C - 12' |
| 408 | O'Farrell St. & Leavenworth St. | C - 12' |
| 192 | O'Farrell St. & Van Ness St. | C - 12' |
| 155 | O'Farrell St. mid Stockton & Grant Sts. | C - 12' |
| 1496 | O'Shaughnessy Blvd. & Portola Dr. | C - 12' |
| 1497 | O'Shaughnessy Blvd. & Portola Dr. | C - 12' |
| 793 | Otis St. (w/s) mid McCoppin & Duboce Sts. | C - 12' |
| 1144 | Pacific Ave. & Hyde St. | C - 12' |
| 486 | Pacific Ave. & Polk St. | C - 12' |
| 831 | Pacific Ave. & Polk St. | C - 12' |
| 1146 | Pacific Ave. & Taylor St. | C - 12' |
| 1383 | Pacific Ave. & Van Ness Ave. | C - 12' |
| 1243 | Page St. & Gough St. | C - 12' |
| 760 | Palace of the Legion of Honor | NC - 12' |
| 591 | Palou Ave. & 03rd. St. | NC -12' |
| 309 | Park Presidio & Balboa St. | NC - 8' |
| 430 | Park Presidio & Balboa St. | NC - 8' |
| 310 | Park Presidio & California St. | NC - 8 |
| 311 | Park Presidio & California St. | NC - 12' |

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter agreement amendment 4\advertising transit shelter agreement amendment 4 final to port.060908.doc

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 229 | Park Presidio & Fulton St. | NC - 12' |
| 431 | Park Presidio & Fulton St. | NC -12' |
| 230 | Park Presidio & Geary Blvd. | NC -12' |
| 312 | Park Presidio & Geary Blvd. | NC -8' |
| 1112 | Park Ridge Dr. (w/s) & Burnett Ave. | NC - 8' |
| 873 | Parnassus Ave. & 04th Ave. | C - 12' |
| 907 | Parnassus Ave. & Shrader St. | NC - 8' |
| 908 | Parnassus Ave. & Stanyan St. | C - 12' |
| 944 | Parnassus Ave. & Willard St. | C - 12' |
| 613 | Persia Ave. & Prague St. | NC - 8' |
| 511 | Phelan St. (e/s) Science Bldg. (CCSF) | NC - 8' |
| 512 | Phelan St. (n/s) opp. Science Bldg. (CCSF) | NC - 12' |
| 509 | Phelan St. (w/s) Bookstore (CCSF) | C - 8' |
| 510 | Phelan St. opposite Bookstore (CCSF) | C - 12' |
| 432 | Phelps St.& Williams Ave. | C - 12' |
| 333 | Plymouth St. & Ocean Ave. | C - 12' |
| 334 | Plymouth St. & Ocean Ave. | C - 12' |
| 1011 | Point Lobos Ave. & 48th Ave. | NC - 8' |
| 1187 | Point Lobos Ave. & El Camino del Mar | C - 12' |
| 1521 | Point Lobos Ave. @ Louis Restaurant | C - 12' |
| 638 | Point Lobos Ave.(s/s) & Cliff House Parking | NC -12' |
| 231 | Polk St. & Broadway St. | C - 12' |
| 1325 | Polk St. & Broadway St. | C - 8' |
| 170 | Polk St. & California St. | C -12' |
| 277 | Polk St. & California St. | C - 12' |
| 433 | Polk St. & North Point St. | NC - 8' |
| 833 | Polk St. & Pacific Ave. | C - 12' |
| 834 | Polk St. & Pine St. | C - 12' |
| 232 | Polk St. & Sutter St. | C - 12' |
| 463 | Polk St. & Sutter St. | C - 12' |
| 233 | Polk St. & Union St. | C - 12' |
| 462 | Polk St. mid Clay & Sacramento Sts. (w/s) | C - 12' |
| 1638 | Portola Dr. & O'Shaughnessy Blvd. | NC - 8' |
| 699 | Portola Dr. (s/s) East of Clipper St. | NC - 8' |
| 101 | Portola St. & Woodside St. | C - 12' |
| 1113 | Post St. & Gough St. | C - 12' |
| 1244 | Post St. & Laguna St. | C - 8' |
| 210 | Post St. & Leavenworth St. | C - 12' |
| 673 | Post St. & Octavia St. | NC - 8' |
| 171 | Post St. & Van Ness Ave. | C -12' |
| 211 | Potrero Ave. & 18th St. | C - 12' |
| 1441 | Potrero Ave. & 16th St. | C - 12' |
| 835 | Potrero Ave. & 16th St. (REVERSE CANOPY) | C - 12' |
| 1471 | Potrero Ave. & 22nd St. | NC - 12' |
| 1522 | Potrero Ave. & 24th St. | C - 12' |
| 1561 | Potrero Ave. & 24th St. | NC - 12' |
| 9 | Powell St. & California St. | C - 12' |

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter agreement amendment 4\advertising transit shelter agreement amendment 4 final to port.060908.doc

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 1114 | Powell St. & Francisco St. | NC - 8' |
| 1358 | Powell St. & Francisco St. | C - 8' |
| 435 | Powell St. & Lombard St. | NC - 8' |
| 1344 | Powell St. & North Point St. | C - 8' |
| 112 | Presidio Ave. & California St. | C - 12' |
| 212 | Presidio Ave. & Geary Blvd. | C - 12' |
| 1359 | Presidio Ave. & Jackson St. | NC - 8' |
| 615 | Presidio Ave. & Sutter St. | C - 12' |
| 488 | Quintara St. & 19th Ave. | NC - 8' |
| 1115 | Quintara St. & 22nd Ave. | NC - 8' |
| 1076 | Quintara St. & 27th Ave. | NC - 8' |
| 836 | Randolph St. & Arch St. | NC - 12' |
| 71 | Recreation Center for the Handicapped | NC - 8' |
| 1117 | Rhode Island St. & 15th St. | NC - 8' |
| 1245 | Rhode Island St. & 23rd St. | NC - 8' |
| 1147 | Richardson Ave. & Francisco St. | C - 12' |
| 1360 | Richardson Ave. & Francisco St. | C - 12' |
| 1119 | Rivera St. & 46th Ave. | NC - 8' |
| 1080 | Rivera St.& 48th Ave. | NC - 8' |
| 386 | Sacramento St. & Buchanan St. | NC |
| 945 | Sacramento St. & Buchanan St. | NC - 8' |
| 1384 | Sacramento St. & Cherry St. (mid block) | C - 12' |
| 36 | Sacramento St. & Davis St. | C - 12' |
| 26 | Sacramento St. & Fillmore St. | C - 12' |
| 336 | Sacramento St. & Fillmore St. | C - 12' |
| 837 | Sacramento St. & Gough St. | NC - 8' |
| 261 | Sacramento St. & Grant St. | C - 8' |
| 193 | Sacramento St. & Kearny St. | C - 12' |
| 616 | Sacramento St. & Octavia St. | NC - 8 |
| 8 | Sacramento St. & Polk St. | C - 12' |
| 363 | Sacramento St. & Stockton St.  (Reverse Canopy) | C - 12' |
| 173 | Sacramento St. & Van Ness Ave. | C -12' |
| 69 | Sacramento St. & Webster St. | NC - 8' |
| 139 | San Bruno Ave. & Bacon St. | C - 12' |
| 537 | San Bruno Ave. & Mansell St. | NC - 8' |
| 539 | San Bruno Ave. & Mansell St. | NC - 8' |
| 1472 | San Bruno Ave. & Silver Ave. | NC - 8' |
| 337 | San Bruno Ave. & Silver Ave.  (TEMP. DOWN) | NC - 8' |
| 703 | San Bruno Ave. & Wilde Ave. | NC - 8 |
| 617 | San Bruno Ave. (e/s) north of Bayshore Blvd. | NC - 8 |
| 514 | San Jose Ave. & Geneva Ave. | C - 12' |
| 1582 | San Jose Ave. & Glen Park  J - LINE (MUNI ROW) | NC - 12' |
| 1583 | San Jose Ave. & Glen Park  J - LINE (MUNI ROW) | NC - 12' |
| 838 | San Jose Ave. & Ocean Ave. | NC - 12' |

h:\kanagaraonpc\Smta\ad contracts\advertising transit shelter agreement amendment 4\advertising transit shelter agreement amendment 4 final to port.060908.doc

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 1190 | San Jose Ave. & San Juan Ave. | NC - 12' |
| 1442 | Sansome St. & California St. | C - 12' |
| 1081 | Sansome St. & Lombard St. | C - 12' |
| 808 | Sansome St. & Washington St. | C - 12' |
| 251 | Silver Ave. & Cambride St. | NC - 8' |
| 250 | Silver Ave. & Cambride St. | NC - 8' |
| 66 | Silver Ave. & Mission St. | NC - 8 |
| 313 | Silver Ave. & Mission St. | C - 12' |
| 27 | Silver Ave. & San Bruno Ave. | C - 12' |
| 213 | Skyline Blvd. & Zoo Road | NC - 8' |
| 387 | Sloat Blvd. & 19th Ave. | C - 12' |
| 972 | Sloat Blvd. & 36th Ave. | NC - 8 |
| 214 | Sloat Blvd. & 45th Ave. | NC - 12' |
| 973 | Sloat Blvd. & 45th Ave. | C - 12' |
| 1220 | Sloat Blvd. & Clearfield Dr. | C - 12' |
| 1399 | Sloat Blvd. & Everglade Dr. | C - 12' |
| 772 | Sloat Blvd. & Junipero Serra Blvd. | NC - 12' |
| 314 | Sloat Blvd. & West Portal (n/s) | C - 12' |
| 121 | South Van Ness St. & Mission St. | C - 12' |
| 1149 | Southern Heights Ave. & De Haro St. | NC - 8' |
| 875 | Stanyan St. & Oak St. | C - 12' |
| 489 | Starr King Way & Gough St. | C - 12' |
| 794 | Steiner St. & Union St. | NC - 12' |
| 1579 | Steuart St. & Embarcadero (F Line Shelters) | C -F Line |
| 1580 | Steuart St. & Embarcadero (F Line Shelters) | C -F Line |
| 1272 | Steuart St. & Market St. | C - Kiosk |
| 1273 | Steuart St. & Market St. (45' north) | C - Kiosk |
| 1498 | Steuart St. & Mission St. | C - 8' |
| 1562 | Stockton St. & Beach St. | C - 8' |
| 704 | Stockton St. & Columbus Ave. | C - 12' |
| 234 | Stockton St. & Green St. | C - 12' |
| 280 | Stockton St. & Sutter St. | C - 12' |
| 6 | Stockton St. mid Broadway & Pacific Sts (w/s) | C - 12' |
| 1401 | Stockton St. mid Clay & Sacramento Sts. (w/s) | C - 12' |
| 5 | Stockton St. mid Jackson & Washington (w/s) | C - 12' |
| 1402 | Stockton St. mid Sacramento & Clay E/S | C - 8' |
| 1636 | Sunnydale Ave. & Santos St. | NC - 8' |
| 252 | Sunset Blvd. & Judah St. | NC - 8' |
| 174 | Sunset Blvd. & Noriega St. | NC - 8' |
| 281 | Sunset Blvd. & Noriega St. | NC - 8' |
| 282 | Sunset Blvd. & Ocean Ave. | NC - 8' |
| 263 | Sunset Blvd. & Quintara St. | NC - 8' |
| 264 | Sunset Blvd. & Quintara St. | NC - 8' |
| 254 | Sunset Blvd. & Taraval St. | NC - 8 |

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter agreement amendment 4\advertising transit shelter agreement amendment 4 final to port.060908.doc

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 255 | Sunset Blvd. & Taraval St. | NC - 8' |
| 283 | Sunset Blvd. & Vicente St. | NC - 8' |
| 284 | Sunset Blvd. & Yorba St. | NC - 8' |
| 285 | Sunset Blvd. & Yorba St. | NC - 8' |
| 253 | Sunset Blvd.& Judah St. | NC - 8' |
| 436 | Sutter St. & Baker St. | C - 12' |
| 1305 | Sutter St. & Baker St. | NC - 8' |
| 438 | Sutter St. & Buchanan St. | C - 12' |
| 286 | Sutter St. & Divisadero St. | C - 12' |
| 1473 | Sutter St. & Divisadero St. | C - 12' |
| 194 | Sutter St. & Fillmore St. | C - 12' |
| 195 | Sutter St. & Fillmore St. | C - 12' |
| 1083 | Sutter St. & Gough St. | C - 12' |
| 148 | Sutter St. & Laguna St. | C - 12' |
| 149 | Sutter St. & Laguna St. | C - 12' |
| 515 | Sutter St. & Leavenworth St. | C - 12' |
| 439 | Sutter St. & Octavia St. | C - 8' |
| 287 | Sutter St. & Polk St. | C - 12' |
| 564 | Sutter St. & Presidio Ave. | C - 12' |
| 974 | Sutter St. & Scott St. | C - 12' |
| 975 | Sutter St. & Scott St. | C - 12' |
| 976 | Sutter St. & Steiner St. | C - 12' |
| 977 | Sutter St. & Steiner St. | C - 12' |
| 4 | Sutter St. & Stockton St. | C - 12' |
| 466 | Sutter St. & Taylor St. | C - 12' |
| 29 | Sutter St. & Van Ness Ave. | C - 12' |
| 1531 | Taraval St. & 22nd. Ave. | NC - 13' |
| 440 | Taravel St.& Sunset Blvd. | NC - 8' |
| 1532 | Taravel St. & 23rd. Ave. | NC - 13' |
| 1533 | Taravel St. & 37th. Ave.& Sunset Blvd. | NC - 13' |
| 1640 | Taylor St. & Bay St. | C - Market |
| 1641 | Taylor St. & Bay St. | C - Market |
| 1361 | Tennessee St. & 18th St. | NC - 8' |
| 1151 | Toland St. & Jerrold Ave. | C - 12' |
| 1499 | Townsend St. & 03rd St. | C - 8' |
| 42 | Townsend St. & 04th St. | C - 12' |
| 3 | Townsend St. & mid 03rd & 04th St.- | C - 12' |
| 594 | Trumbull St. & Congdon St. | NC - 8' |
| 1013 | Turk St. & Arguello Blvd. | C - 12' |
| 640 | Turk St. & Chabot Terrace | NC - 8' |
| 1523 | Turk St. & Hyde St. | C - 12' |
| 54 | Turk St. & Jones St. | C - 12' |
| 364 | Turk St. & Larkin St. | C - 12' |
| 774 | Turk St. & Masonic St. | C - 12' |
| 1014 | Turk St. & Parker Ave. | NC - 8' |
| 1247 | Turk St. & Parker Ave. | C - 12' |
| 1050 | Turk St. & Roselyn Terrace | NC - 8' |
| 1563 | Turk St. & Stanyan St. | NC - 8' |
| 620 | Ulloa St. & Lenox Way | NC - 8' |

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter
agreement amendment 4\advertising transit shelter agreement
amendment 4 final to port.060908.doc