# EXHIBIT B - 4

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 86 | Ulloa St. & West Portal | C - 12' |
| 841 | Union St. & Columbus Ave. | C - 12' |
| 735 | Union St. & Gough St. | C - 12' |
| 1120 | Union St. & Pierce St. | NC - 8' |
| 490 | Union St. & Polk St. | C - 12' |
| 30 | Union St. & Van Ness Ave. | C - 12' |
| 96 | Valencia St. & 14th St. | C - 12' |
| 1363 | Valencia St. & 23rd St. | NC - 8' |
| 642 | Valencia St. & 24th St. (REVERSE CANOPY) | C - 12' |
| 138 | Valencia St. & Cesar Chavez St. | C - 12' |
| 150 | Valencia St. & Cesar Chavez St. | NC - 8' |
| 1501 | Valencia St. & Duncan St. | C - 8' |
| 491 | Van Ness Ave & Jackson St. | C - 12' |
| 978 | Van Ness Ave. & Broadway | C - 12' |
| 979 | Van Ness Ave. & California St. | C - 12' |
| 34 | Van Ness Ave. & Chestnut St. | C - 12' |
| 708 | Van Ness Ave. & Chestnut St. | C - 12' |
| 72 | Van Ness Ave. & Clay St. | C - 12' |
| 73 | Van Ness Ave. & Eddy St. | C - 12' |
| 74 | Van Ness Ave. & Eddy St. | C - 12' |
| 236 | Van Ness Ave. & Geary Blvd. | C - 12' |
| 980 | Van Ness Ave. & Greenwich St. TD | C - 12' |
| 388 | Van Ness Ave. & Grove St. | CPS |
| 441 | Van Ness Ave. & Jackson St. | C - 12' |
| 216 | Van Ness Ave. & Market St. | C - 12' |
| 1 | Van Ness Ave. & McAllister St. | CPS |
| 89 | Van Ness Ave. & McAllister St. | CPS |
| 152 | Van Ness Ave. & North Point | C - 12' |
| 75 | Van Ness Ave. & O'Farrell St. | C - 12' |
| 76 | Van Ness Ave. & O'Farrell St. | C - 12' |
| 981 | Van Ness Ave. & Pacific Ave. | C - 12' |
| 911 | Van Ness Ave. & Pine St. | C - 12' |
| 79 | Van Ness Ave. & Sacramento St. | C - 12' |
| 77 | Van Ness Ave. & Sutter St. | C - 12' |
| 78 | Van Ness Ave. & Sutter St. | C - 12' |
| 2 | Van Ness Ave. & Union St. | C - 12' |
| 736 | Van Ness Ave. & Vallejo St. | C - 12' |
| 1503 | Van Ness Ave. mid North Point & Bay Sts. | C - 12' |
| 799 | Vicente St. & 30th Ave. (66 Term.) | NC - 12' |
| 1581 | Visitacion Ave.      (Back Campus Parking Lot)) | NC -12' |
| 339 | Visitacion Ave. & Bayshore Blvd. | C -12' |
| 541 | Visitacion Ave. & Rutland St. | NC - 8' |
| 567 | Visitacion Ave. & Rutland St. | NC - 8' |
| 595 | Visitacion Ave. & Schwerin St. | NC - 8' |
| 1154 | Washington St. & Gough St. | NC - 8' |
| 1152 | Washington St. & Buchanan St. | NC - 8' |

Exhibits-49

| Shelter Number | Location | Commercial/Non-Commercial - Size (in feet) |
|---|---|---|
| 1153 | Washington St. & Franklin St. | NC - 8' |
| 1155 | Washington St. & Laguna St. | NC - 8' |
| 946 | Washington St. & Larkin St. | NC - 8' |
| 196 | Washington St. & Mason St. | NC - 8' |
| 1156 | Washington St. & Webster St. | NC - 8' |
| 669 | Wawona St. & 46th Ave. | C - 16' |
| 643 | West Portal & St. Francisco Circle (Isle.) | NC - 8' |
| 670 | West Portal & St. Francisco Circle (Isle.) | NC - 13' |
| ST001 | Winston Dr. & 20th Ave. | C - 12' |
| ST006 | Winston Dr. & 20th Ave. | C - Market |
| ST005 | Winston Dr. & Buckingham Way | NC -12' |
| 645 | Winston Dr. & Lake Merced Blvd. | NC - 8' |
| 709 | Woodside Ave. & Hernandez Ave. | NC - 8' |
| 672 | Woodside Ave. & Portola Dr. | NC - 8' |
| | | |

Exhibits-50

# EXHIBIT F

## CONTRACTOR'S MAINTENANCE AND REPAIR DUTIES

### MMX, F-Line, E-Line, Third Street, and All High-Level Muni Platforms

CONTRACTOR's duties for MUNI's F-Line, E-Line, MMX Line, Third Street and all high-level Muni platforms shall include maintenance, and if necessary, repair or replacement of damaged or destroyed shelter or platform components, as described as follows:

1. General cleaning of ramp and entire platform.

2. Graffiti removal and repainting using custom colors, as needed, of all railings on ramp, stairs, and on platform.

3. Graffiti removal and repainting using custom colors, as needed, from any ticket vending machines.

4. Graffiti removal and repainting using custom colors, as needed, from bottom ten feet (10') of any utility pole mounted on or immediately adjacent to platform.

5. Graffiti removal and repainting using custom colors, as needed, of the structural and other platform canopy, and canopy truss cantilever. Steam cleaning of glass canopy roof, and the associated shadow casters for the Third Street platforms, at each platform once a year during the months of June, July or August.

6. Graffiti removal, steam cleaning, as needed, of walking surfaces on the ramps, platforms, stairs, and paving inlays. CONTRACTOR shall contact MUNI prior to cleaning platform which contain art elements to discuss cleaning materials and methods for the art elements.

7. Replacement of damaged components and graffiti removal and repainting using custom colors, as needed, from all platform signs and decals and signage connections, if any (Muni will provide decals), including but not limited to train directional, talking, station identification, street direction.

8. Repair, replacement, graffiti removal and repainting using custom colors, as needed, of platform lighting fixtures. Replacement of bulbs, as needed, for all platform lights.

9. Repair, replacement, graffiti removal and repainting using custom colors, as needed, of seating.

10. Repair, replacement, graffiti removal and repainting using custom colors, as needed, of platform windscreens, anti-graffiti shields, and glass panels. Note: MUNI has a limited inventory of spares.

11. Repair, replacement, maintenance and graffiti removal from all waste receptacles, and waste removal daily if needed. NOTE: MUNI has waste receptacles for all Third Street platforms but may not be able to install them because of security concerns.

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter
agreement amendment 4\advertising transit shelter agreement
amendment 4 final to port.060908.doc

12. Repair, replacement, graffiti removal and repainting using custom colors, as needed, of all display cases, including but not limited to advertising, art, MUNI information and other graffiti removal and repainting using custom colors, as needed, from any video monitor and cameras, display, or phones and/or other communications system.

13. Graffiti removal and repainting using custom colors, as needed, of Third Street canopy "marquee" pole, as well as bulb replacement of "marquee pole" beacon light, and lights.

14. Minor repairs, graffiti removal and repainting, as needed, of any portions of platform or passenger shelter not mentioned above. Cleanup of broken glass immediately upon notification; cordoning off of any hazardous area or condition.

15. Prior to cleaning any art elements that have been vandalized (e.g., with graffiti), CONTRACTOR will to call MUNI for instructions as to cleaning methods and repainting. MUNI will consult with the Arts Commission prior to giving any instructions to CONTRACTOR. Where fiberglass art panels are contained in display cases, CONTRACTOR will clean the outside of the display cases. The maintenance and repair of the pole-mounted sculpture on the Third Street platforms is specifically excluded from the Contractor's maintenance and repair duties.

16. CONTRACTOR is not responsible for the replacement and/or repair of the "Art Enrichment" components installed on the Platforms (see below); however, if provided with replacement "Art Enrichment" components, CONTRACTOR will install them under the supervision of the Arts Commission and MUNI.

17. Replacement and repair of damaged components of F-Line and E-Line shelters within 14 days unless an extension is approved by the Executive Director/CEO or his/her representative.

18. Replacement and repair of components of Third Street platform not mentioned above damaged as a result of vandalism or malicious intent within 14 days unless an extension is approved by the Executive Director/CEO or his/her representative. MUNI will provide a limited inventory of additional spares and color specifications.

19 CONTRACTOR will not be responsible to repair or replace any telephones, CCTV, NextBus, and Talking Sign equipment. CONTRACTOR will clean these items as required.

20. Contractor will notify MUNI and get prior written approval for access to MUNI tracks and other secured areas.

h:\kmagara\onpc\$mta\ad contracts\advertising transit shelter agreement amendment 4\advertising transit shelter agreement amendment 4 final to port.060908.doc

## Third Street Light Rail Art Enrichment Program

## Platform Art Elements

| Platform | Pole-mounted sculpture All stainless steel, except for Oakdale/Palou | Metal Canopy Shadowcaster Panels Stainless steel | Paving insets Various materials |
|---|---|---|---|
| 4th and King | Blue ball with horizontal spokes | Train tracks | Metal arc Stainless steel |
| Mission Rock IB & OB | Standard | None | Metal letters (SS) |
| South St. IB & OB | Helix, blue rotating cups | Helix | Metal letters (SS) |
| Mariposa IB & OB | Standard | None | Metal letters (SS) |
| 20th St. IB & OB | Flight-blue ball with metal rings | Birds | Metal (SS) birds in concrete circles |
| Kirkwood/La Salle | Flat stainless steel rectangles | Tools | Granite ship and sandblasted painted elements |
| Oakdale/Palou | Bronze double rectangles | Kente cloth | Granite circle and sandblasted and painted elements |
| Revere/Shafter | Flat stainless steel circle | Birds | Mosaic birds in concrete squares |
| Arleta | Standard | Leaves | Bronze trees in concrete circles |
| Sunnydale | Torchiere-stainless steel mesh, LED lights | Asian-inspired abstract | Granite circles-phases of the moon |

h:\kmagaraonpc\$mta\ad contracts\advertising transit shelter agreement amendment 4\advertising transit shelter agreement amendment 4 final to port.060908.doc

# EXHIBIT K

## THIRD STREET STATIONS AND PLATFORMS

1.  Platforms Segment J Key Plan and General Information
2.  Key Map: King Street to 20th Street
3.  Key Map: 23rd Street to Hudson/Innes Avenue
4.  Key Map: Kirkwood Avenue to Carroll Avenue
5.  Key Map: Gilman Avenue to Sunnydale Avenue
6.  Platform Type 1: 4th and King St. (Caltrain) Floor Plan and Elevation
7.  Platform Type 2: Floor Plans and Elevation
8.  Platform Type 3: Plan and Elevation (Typical)
9.  Platform Type 4: Plan and Elevation (Typical)
10. Platform Type 4A: Plan and Elevation (Typical)
11. Platform Type 5: Hudson/Innes Plan and Elevation
12. Platforms Type 6 and Type 7: Kirkwood/LaSalle, Oakdale/Palou Floor Plans
13. Platform Type 8: Revere/Shafter Floor Plan and Elevation (Partial)
14. Platform Type 9: Le Conte Floor Plan and Elevation
15. Platform Type 10: Arleta Floor Plan and Elevation
16. Platform Type 11: Sunnydale Floor Plan and Elevation
17. Typical Display Case Elevation & Sections



















