**EXHIBIT B - 5**













## EXHIBIT L

## E-LINE LOW LEVEL ISLANDS

1. Embarcadero at Folsom Street: 2 E-Line Low Level Islands with Shelters (Drawing MC-2, Option B-2). Note: Ad panels will be placed on the side of the shelters away from on-coming trains.

2. Embarcadero at Brannan: 2 E-Line Low Level Islands with Shelters (Drawing MC-3, Option B-2). Note: Ad panels will be placed on the side of the shelters away from on-coming trains.

3. Second and King Streets: 2 E-Line Low Level Islands with Shelters (Drawing MC-4, Option A). Note: Ad panels will be placed on the side of the shelters away from on-coming trains.

4. Fourth and King Streets: 2 E-Line Low Level Narrow Island Shelters (Drawing MC-5, Option A) without advertising panels.





BRANNAN STATION
SCALE: 3/32"=1'-0"





# EXHIBIT M

# MUNICIPAL TRANSPORTATION AGENCY

# POLICY GOVERNING ADVERTISING ON MTA PROPERTY

No advertisement posted on Municipal Transportation Agency ("MTA") property shall:
- be false, misleading or deceptive;
- concern a declared political candidate or ballot measure scheduled for consideration by the voters in an upcoming election, or an initiative petition submitted to the Department of Elections;
- appear to promote the use of firearms;
- be clearly defamatory;
- be obscene or pornographic;
- advocate imminent lawlessness or violent action;
- promote alcoholic beverages or tobacco products;
- infringe on any copyright, trade or service mark, title or slogan.

In addition, decals shall be posted in all revenue vehicles and in all transit bus shelters that state the following: "The views expressed in advertisements posted on Municipal Transportation Agency ("MTA") property do not necessarily reflect the views of the San Francisco MTA."

This policy shall be effective upon adoption but shall not be enforced to impair the obligations of any contract in effect at the time of its approval. It shall be incorporated into any new contract for advertising on San Francisco Municipal Railway revenue vehicles and Platform Display Sign Systems on or after July 1, 2004, and shall be incorporated into any new contract for advertising on Bus Transit Shelters on or after July 1, 2007.

The San Francisco Municipal Transportation Agency Board of Directors reserves the right to unilaterally amend this policy at any time upon providing written notice to any affected advertising contractor.

## EXHIBIT N

## SHELTER CLEANING AND MAINTENANCE REPORT FORMS

1. MTA Transit Shelter Cleaning Report
2. MTA High-Level Platform Repair/Maintenance Report
3. MTA Transit Shelter Repair Report
4. MTA High-Level Platform Cleaning Report

| Date | GC | PW | Other Cleaning (specify) | Work Performed: See Definitions & Notes ||||||
|---|---|---|---|---|---|---|---|---|---|
| | | | | BG | VAN | GRAF | LF | DMG | Other Specify |
| | | | | Bus Route No | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Definitions & Notes:

GC = General Cleaning: Contractor remove all graffiti: stickers, posters, litter, dust, dirt and weeds from each shelter and from a 5' radius surrounding shelter, exclusive of private property and rail ROW. Replace defective lights.
PW = Power Wash: Wash w/ extra strength hose and water, above & beyond GC.
BG = Broken Glass: 24 Hours to repair, remove or replace.
VAN = Vandalism: 24 Hours to repair, remove or replace; other work 48 hours
LF = Light Fixtures: 24 Hours to repair, remove or replace
DMG = Damage: Hazardous Nature: 24 Hours to repair, remove or replace

MTA High-Level Platform Repair/Maintenance Report

Platform Address:  
Month:  
Contractor's Name:  
Report Contact Person Phone Number:

| Platform Repair Requested By City or Public Name & Phone No (if available) | Date Reported | Damage Discovered By Contractor (Date) | Date Completed | Glass Replaced | MTA Map | Replace Damaged Poster | Install Film Glass | Replace Wind-Screen | Railing | Ticket Machine | Utility Pole | Platform Canopy | Signage | Seating | Waste Receptacles |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Painting | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

## MTA Transit Shelter Repair Report

Shelter ID No.
Shelter Address

Month:

Contractor's Name:
Contractor's Contact Phone Number:

| Shelter Repair Requested By City or Public Name & Phone No (if available) | Date Reported | Damage Discovered By Contractor (Date) | Date Completed | Broken Glass | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Defective Light | Shelter Destroyed | Other Vandalism Hazardous Condition (Specify) | Glass Replace | Replace Ad Can Door | Replace MTA Map | Replace Pedestal | Replace Damaged Poster | Install Film Glass | Replace Broken Screw | Other Damage Specify |
| | | | | Hazardous Conditions (24-hour repair) | | | | Required Repairs Within 48 Hours | | | | | | |