# EXHIBIT A - 5

Municipal Transportation Agency







| | Zone 1 | Zone 2 | Zone n | Total |
|---|---|---|---|---|
| =8' | 0 | 1 | 0 | 1 |
| =C-8' | 33 | 38 | 0 | 71 |
| =C-12' | 205 | 373 | 0 | 578 |
| =C-13' | 1 | 0 | 0 | 1 |
| =C-16' | 9 | 10 | 0 | 19 |
| =C-Kiosk | 33 | 1 | 0 | 34 |
| =C-Market | 2 | 0 | 0 | 2 |
| =C-F Line | 18 | 0 | 0 | 18 |
| =CC-12' | 2 | 1 | 0 | 3 |
| =CPS | 5 | 0 | 0 | 5 |
| =NC | 0 | 0 | 1 | 1 |
| =NC-8' | 1 | 1 | 255 | 257 |
| =NC-12' | 0 | 3 | 67 | 70 |
| =NC-13' | 2 | 1 | 33 | 36 |
| =NC-16' | 0 | 0 | 1 | 1 |
| | 311 | 429 | 357 | 1,097 |





**EXHIBIT B-2**

**LIST OF SHELTERS AND KIOSKS BY ALPHABETICAL**

| Shelter Number | Location | Commercial Non-Commercial Shelter Size (in feet) | Zone |
|---|---|---|---|
| 1434 | 02nd St. & Folsom St. | C - 8' | 1 |
| 467 | 02nd St. & Howard St. | C - 12' | 1 |
| 492 | 03rd St. & 22nd St. | C - 12' | 2 |
| 197 | 03rd St. & Folsom St. | C - 12' | 1 |
| 111 | 03rd St. & Hudson Ave. | C - 12' | 2 |
| 1445 | 03rd St. & Innes Ave. | C - 12' | 2 |
| 650 | 03rd St. & Palou Ave. | C - 12' | 2 |
| 33 | 03rd St. mid Jessie & Stevenson Sts. e/s | C - 16' | 1 |
| 493 | 03rd St. mid Stillman & Perry Sts. e/s (TempDown) | CC - 12' | 1 |
| 21 | 04th St. & Folsom St. | C - 12' | 1 |
| 246 | 04th St. & Howard St. | C - 12' | 1 |
| 118 | 04th St. & King St. | C - 12' | 1 |
| 1418 | 04th St. & Mission St. | C - 12' | 1 |
| 1447 | 04th St. & Townsend St. | C - 12' | 1 |
| 340 | 05th St. & Bryant St. (Temp Down) | C - 12' | 1 |
| 177 | 05th St. & Folsom St. | C - 12' | 1 |
| 178 | 05th St. & Folsom St. | C - 12' | 1 |
| 266 | 05th St. & Harrison St. | C - 12' | 1 |
| 392 | 05th St. & Howard St. | C - 12' | 1 |
| 393 | 05th St. & Howard St. | C - 12' | 1 |
| 341 | 05th St. & Mission St. | C - 16' | 1 |
| 713 | 05th St. north of Market St. | C - 12' | 1 |
| 714 | 05th St. north of Market St. | C - 12' | 1 |
| 712 | 05th St./ Eddy St. | C - 16' | 1 |
| 744 | 06th Ave. & Balboa St. | C - 12' | 2 |
| 342 | 06th Ave. & Clement St. | C - 12' | 2 |
| 1017 | 06th Ave. & Clement St. | C - 12' | 2 |
| 1330 | 06th Ave. & Cornwall St. | C - 12' | 2 |
| 53 | 06th Ave. & Geary Blvd. | C - 12' | 2 |

Municipal Transportation Agency




| | | | |
|---|---|---|---|
| 1018 | 06th Ave. & Geary Blvd. | C - 12' | 2 |
| 571 | 08th Ave. & Fulton St. | C - 12' | 2 |
| 572 | 08th Ave. & Fulton St. | C - 12' | 2 |
| 1196 | 08th St. & Market St. | C - 12' | 1 |
| 1197 | 08th St. & Mission St. | C - 12' | 2 |
| 83 | 09th Ave. & Irving St. | C - 12' | 2 |
| 1366 | 09th Ave. & Irving St. | C - 12' | 2 |
| 394 | 09th Ave. & Judah St. | C - 12' | 2 |
| 395 | 09th Ave. & Judah St. | C - 12' | 2 |
| 1019 | 09th Ave. & Kirkham St. | C - 12' | 2 |
| 1020 | 09th Ave. & Kirkham St. | C - 12' | 2 |
| 1052 | 09th Ave. & Lawton St. | NC - 8' | n |
| 146 | 09th Ave. & Lincoln Way | C - 12' | 2 |
| 147 | 09th Ave. & Lincoln Way | C - 12' | 2 |
| 1158 | 09th Ave. & Moraga Ave. | C - 12' | 2 |
| 573 | 11th St. & Folsom St. (Reverse Canopy) | C - 12' | 2 |
| 574 | 11th St. & Folsom St. (Reverse Canopy) | C - 12' | 2 |
| 1223 | 11th St. & Harrison St. | C - 12' | 2 |
| 1159 | 11th St. & Howard St. | C - 12' | 2 |
| 1505 | 11th St. & Howard St. | C - 12' | 2 |
| 1448 | 11th St. & Minna St. | C - 12' | 2 |
| 775 | 11th.St. & Harrison St. | NC - 12' | n |
| 678 | 14th Ave. & Santiago St. | NC - 8' | n |
| 1534 | 14th St. & Church St. | C - 12' | 2 |
| 290 | 15th Ave. & Taraval St. | C - 12' | 2 |
| 291 | 15th Ave. & Taraval St. | C - 12' | 2 |
| 94 | 16th St. & Bryant St. | C - 12' | 2 |
| 292 | 16th St. & Bryant St. | C - 16' | 2 |
| 396 | 16th St. & Dolores St. | NC - 8' | n |
| 877 | 16th St. & Dolores St. | NC - 8' | n |
| 878 | 16th St. & Harrison St. | C - 12' | 2 |
| 343 | 16th St. & Mission St. | C - 16' | 2 |
| 82 | 16th St. & Mission St. | C - 12' | 2 |
| 575 | 16th St. & Potrero St. | C - 12' | 2 |
| 596 | 16th St. & Potrero St. | C - 8' | 2 |
| 1449 | 16th St. & Shotwell St. | C - 12' | 2 |








| | | | |
|---|---|---|---|
| 544 | 16th St. & Valencia St. | C - 12' | 2 |
| 1198 | 16th St. & Valencia St. | C - 12' | 2 |
| 1087 | 17th Ave. & Rivera St. | NC - 8' | n |
| 1199 | 17th Ave. & Rivera St. | NC - 8' | n |
| 1450 | 17th St. & De Haro St. | C - 12' | 2 |
| 1419 | 17th St. & Market St. ( Assoc. w/1411) | NC - 12' | n |
| 517 | 18th St. & Castro St. | C - 12' | 1 |
| 518 | 18th St. & Castro St. | C - 12' | 1 |
| 545 | 18th St. & Church St. | NC - 8' | n |
| 1200 | 18th St. & Church St. | NC - 8' | n |
| 293 | 18th St. & Connecticut St. | C - 12' | 2 |
| 1367 | 18th St. & Diamond St. | C - 12' | 2 |
| 880 | 18th St. & Dolores St. | C - 12' | 2 |
| 881 | 18th St. & Guerrero St. | C - 12' | 2 |
| 882 | 18th St. & Guerrero St. | C - 12' | 2 |
| 917 | 18th St. & Market St. | NC - 8' | n |
| 1506 | 18th St. & Pennsylvania Ave. | C - 12' | 2 |
| 1507 | 18th St. & Texas St. | C - 8' | 2 |
| 198 | 18th St. & Valencia St. | C - 12' | 2 |
| 829 | 18th St. & Valencia St. | C - 12' | 2 |
| 199 | 19th Ave. & Crespi Dr. | NC - 12' | 2 |
| 679 | 19th Ave. & Holloway Ave. | C - 12' | 2 |
| 1088 | 19th Ave. & Irving St. | C - 12' | 2 |
| 1160 | 19th Ave. & Irving St. | C - 12' | 2 |
| 92 | 19th Ave. & Judah St. | C - 12' | 2 |
| 105 | 19th Ave. & Junipero Serra Blvd. | C - 12' | 2 |
| 1658 | 19th Ave. & Lawton | NC - 12' | 2 |
| 98 | 19th Ave. & Lincoln Way | C - 8' | 2 |
| 621 | 19th Ave. & Quintara St. | C - 8' | 2 |
| 622 | 19th Ave. & Quintara St. | C - 8' | 2 |
| 99 | 19th Ave. & Taraval St. | C - 12' | 2 |
| 294 | 19th Ave. & Taraval St. | C - 12' | 2 |
| 623 | 19th Ave. & Vicente St. | C - 8' | 2 |
| 652 | 19th Ave. & Vicente St. | C - 8' | 2 |
| 653 | 19th Ave. & Winston Dr. | C - 12' | 2 |
| 681 | 19th Ave. & Winston Dr. | C - 12' | 2 |

Municipal Transportation Agency






| | | | |
|---|---|---|---|
| 1202 | 20th St. & Missouri St. | NC - 8' | n |
| 576 | 20th St. & Tennessee St. | NC - 8' | n |
| 247 | 22nd Ave. & Irving St. | C - 12' | 2 |
| 597 | 22nd Ave. & Judah St. | NC - 8' | n |
| 624 | 23rd Ave. & Irving St. | C - 12' | 2 |
| 1203 | 23rd Ave. & Moraga Ave. | NC - 8' | n |
| 179 | 23rd St. & Utah St. | NC - 12' | n |
| 682 | 23rd St. & Utah St. | NC - 12' | n |
| 683 | 23rd St. & Vermont St. | NC - 8' | n |
| 1161 | 23rd St. & Vermont St. | C - 12' | 2 |
| 684 | 24th St. & Bryant St. | C - 12' | 2 |
| 685 | 24th St. & Bryant St. | C - 12' | 2 |
| 469 | 24th St. & Castro St. | C - 12' | 2 |
| 397 | 24th St. & Church St. | C - 12' | 2 |
| 398 | 24th St. & Church St. | C - 12' | 2 |
| 470 | 24th St. & Diamond St. | C - 12' | 2 |
| 217 | 24th St. & Dolores St. | NC - 8' | n |
| 416 | 24th St. & Folsom St. | C - 12' | 2 |
| 1453 | 24th St. & Folsom St. | C - 12' | 2 |
| 365 | 24th St. & Guerrero St. | NC - 8' | n |
| 345 | 24th St. & Mission St. | C - 12' | 2 |
| 344 | 24th St. & Mission St. | C - 12' | 2 |
| 778 | 24th St. & Valencia St. | C - 12' | 2 |
| 218 | 25th Ave. & Balboa St. | NC - 8' | n |
| 295 | 25th Ave. & California St. | NC - 12' | n |
| 745 | 25th Ave. & Clement St. | C - 8' | 2 |
| 627 | 25th Ave. & Fulton St. | NC - 8' | n |
| 60 | 25th Ave. & Geary Blvd. | C - 12' | 2 |
| 296 | 25th Ave. & Geary Blvd. | C - 12' | 2 |
| 1123 | 25th St. & Hampshire St. | NC - 8' | n |
| 1275 | 26th St. & Noe St. | NC - 8' | n |
| 1276 | 26th St. & Noe St. | NC - 8' | n |
| 494 | 30th St. & Mission St. | C - 12' | 2 |
| 918 | 30th St. & Mission St. | C - 12' | 2 |
| 519 | 32nd Ave. & Clement St. | C - 12' | 2 |
| 546 | 32nd Ave. north of Balboa St. e/s | NC - 8' | n |
| 1308 | 33rd Ave. & Anza St. | NC - 8' | n |





| | | | |
|---|---|---|---|
| 1226 | 33rd Ave. & Clement St. | C - 12' | 2 |
| 948 | 33rd Ave. & Geary Blvd. | C - 12' | 2 |
| 1332 | 33rd Ave. & Geary Blvd. | C - 8' | 2 |
| 947 | 33rd Ave. & Geary Blvd. | C - 12' | 2 |
| 1277 | 36th Ave. & Lincoln Way | NC - 8' | n |
| 1387 | 39th Ave. & Rivera St. | NC - 8' | n |
| 317 | 3rd St. & Gilman | NC - 12' | 2 |
| 1333 | 45th Ave. & Balboa St. | NC - 8' | n |
| 1204 | 46th Ave. & Irving St. | NC - 8' | n |
| 780 | 46th Ave. & Judah St. | C - 12' | 2 |
| 781 | 46th Ave. & Judah St. | C - 12' | 2 |
| 1205 | 46th Ave. & Lincoln Way | NC - 8' | n |
| 782 | 46th Ave. & Noriega St. | C - 12' | 2 |
| 887 | 46th Ave. & Noriega St. | NC - 8' | n |
| 1206 | 46th Ave. & Santiago St. | NC - 8' | n |
| 366 | 46th Ave. & Taraval St. | NC - 8' | n |
| 1346 | 46th Ave. & Taraval St. | NC - 8' | n |
| 625 | 48th Ave. & Geary Blvd. | NC - 8' | n |
| 598 | Alemany Blvd. & Worcester Ave. | C - 12' | 2 |
| 746 | Arballo Dr. & Acevedo Ave. | NC - 12' | n |
| 577 | Arguello Blvd. & Geary Blvd. | C - 12' | 2 |
| 1536 | Arguello Blvd. & Geary Blvd. | C - 8' | 2 |
| 845 | Ashbury St. & Frederick St. | C - 12' | 2 |
| 578 | Avalon Ave. & La Grande Ave. | NC - 8' | n |
| 1207 | Bacon St. & Goettingen St. (Temp Down) | NC - 8' | n |
| 810 | Bacon St. & San Bruno Ave. | C - 12' | 2 |
| 982 | Balboa St. & 04th Ave. | C - 12' | 2 |
| 182 | Balboa St. & 06th Ave. | C - 12' | 2 |
| 1454 | Balboa St. & 06th Ave. | C - 8' | 2 |
| 1054 | Balboa St. & 10th Ave. | NC - 8' | n |
| 847 | Balboa St. & 17th Ave. | C - 12' | 2 |
| 1022 | Balboa St. & 19th Ave. | C - 12' | 2 |
| 1023 | Balboa St. & 19th Ave. | C - 12' | 2 |
| 1055 | Balboa St. & 21st Ave. | NC - 8' | n |
| 1368 | Balboa St. & 21st Ave. | C - 8' | 2 |
| 1227 | Balboa St. & 23rd Ave. | NC - 8' | n |

Municipal Transportation Agency





| | | | |
|---|---|---|---|
| 157 | Balboa St. & 25th Ave. | NC - 8' | n |
| 1309 | Balboa St. & 25th Ave. | NC - 8' | n |
| 1280 | Balboa St. & 28th Ave. | C - 12' | 2 |
| 548 | Balboa St. & 30th Ave. | NC - 8' | n |
| 1228 | Balboa St. & 30th Ave. | NC - 8' | n |
| 123 | Balboa St. & 32nd Ave. | NC - 8' | n |
| 1056 | Balboa St. & 40th Ave. | NC - 8' | n |
| 983 | Balboa St. & Arguello Blvd. | C - 12' | 2 |
| 747 | Balboa St. & Park Presidio | NC - 8' | n |
| 748 | Balboa St. & Park Presidio | NC - 8' | n |
| 1090 | Battery St. & Broadway St. | C - 8' | 1 |
| 1091 | Battery St. & Jackson St. | C - 12' | 1 |
| 132 | Bayshore Blvd. & Arleta Ave. (Canopy) | C - 12' | 2 |
| 603 | Bayshore Blvd. & Blanken Ave. | C - 12' | 2 |
| 1133 | Bayshore Blvd. & Boutwell St | C - 12' | 2 |
| 22 | Bayshore Blvd. & Cortland Ave. | C - 12' | 2 |
| 749 | Bayshore Blvd. & Cortland Ave. | C - 12' | 2 |
| 1092 | Bayshore Blvd. & Marengo St. | C - 12' | 2 |
| 1508 | Bayshore Blvd. & Oakdale St. | C - 12' | 2 |
| 890 | Bayshore Blvd. & Quint St. | C - 12' | 2 |
| 1024 | Bayshore Blvd. & Silver Ave. | C - 12' | 2 |
| 319 | Bayshore Blvd. & Visitacion St. | C - 12' | 2 |
| 750 | Beach St. & Mason St. (SB: F Line Shelters) | C -F Line | 1 |
| 751 | Beach St. & Stockton St. (SB:F Line Shelters) | C -F Line | 1 |
| 1347 | Beach St. mid Polk St. & Larkin St. | C - 12' | 1 |
| 715 | Beale St. mid Market St. & Mission St. w/s | C - 12' | 1 |
| 738 | Bosworth St. & Diamond St. | C - 12' | 2 |
| 1348 | Bosworth St. & Elk St. | NC - 8' | n |
| 1093 | Brazil St. & Naples St. | NC - 8' | n |
| 520 | Broad St. & Plymouth Ave. | NC - 8' | n |
| 520-A | Broad St. & Plymouth Ave. | NC - 8' | 2 |
| 802 | Broadway St. & Montgomery St. | C - 12' | 1 |
| 783 | Bryant St. & 16th St. | C - 12' | 2 |
| 1455 | Bryant St. & 17th St. | C - 12' | 2 |

Municipal Transportation Agency




| | | | |
|---|---|---|---|
| 1456 | Bryant St. & 17th. St. | C - 12' | 2 |
| 1509 | Bryant St. & 18th St. | C - 8' | 2 |
| 1510 | Bryant St. & 18th St. | C - 12' | 2 |
| 1511 | Bryant St. & 19th St. | C - 12' | 2 |
| 813 | Bryant St. & 22nd St. | C - 12' | 2 |
| 687 | Bryant St. & 24th St. | C - 12' | 2 |
| 1457 | Bryant St. & Alameda St. | C - 12' | 2 |
| 1421 | Bush St. & Hyde St. | C - 8' | 1 |
| 267 | Bush St. & Leavenworth St. | C - 12' | 1 |
| 50 | Cabrillo St. & La Playa St. | C - 12' | 2 |
| 920 | California St. & 04th Ave. | C - 12' | 2 |
| 367 | California St. & 06th Ave. | C - 12' | 2 |
| 1369 | California St. & 12th Ave. | C - 12' | 2 |
| 922 | California St. & 19th Ave. | C - 12' | 2 |
| 1282 | California St. & 19th Ave. | C - 12' | 2 |
| 924 | California St. & 25th Ave. | C - 12' | 2 |
| 949 | California St. & 28th Ave. | NC - 8' | n |
| 1284 | California St. & 30th Ave. | NC - 8' | n |
| 115 | California St. & Commonwealth St. | C - 12' | 2 |
| 200 | California St. & Divisadero St. | C - 12' | 1 |
| 268 | California St. & Divisadero St. | C - 8' | 1 |
| 201 | California St. & Grant St. | C - 8' | 1 |
| 849 | California St. & Hyde St. | C - 12' | 1 |
| 804 | California St. & Kearny St. | C - 12' | 1 |
| 368 | California St. & Laurel St. | NC - 8' | 1 |
| 369 | California St. & Laurel St. | C - 12' | 1 |
| 925 | California St. & Maple St. | C - 12' | 1 |
| 814 | California St. & Montgomery St. | C - 8' | 1 |
| 220 | California St. & Park Presidio | NC - 8' | n |
| 926 | California St. & Park Presidio | NC - 8' | n |
| 805 | California St. & Powell St. | C - 12' | 1 |
| 950 | California St. & Presidio St. | C - 16' | 1 |
| 752 | California St. & Presidio St. | C - 16' | 1 |
| 400 | California St. & Sansome St. | C - 12' | 1 |
| 370 | California St. & Spruce St. | C - 12' | 1 |
| 927 | California St. & Spruce St. | C - 12' | 1 |
| 1286 | California St. & Taylor St. | NC - 8' | n |





| | | | |
|---|---|---|---|
| 202 | California St. & Van Ness St. | C - 12' | 1 |
| 219 | California St. mid 6th & 7th Ave. s/s | C - 12' | 2 |
| 819 | Cambon Dr. & Castelo Ave. | NC - 8' | n |
| 346 | Carl St. & Cole St. | C - 12' | 2 |
| 1162 | Carmel St. & Twin Peaks Blvd. | NC - 8' | n |
| 928 | Castro St. & 14th St. | C - 12' | 2 |
| 929 | Castro St. & 15th St. | NC - 8' | n |
| 347 | Castro St. & 17th St. | C - 12' | 1 |
| 108 | Castro St. & 18th St. | C - 12' | 2 |
| 348 | Castro St. & 18th St. | C - 12' | 1 |
| 371 | Castro St. & 22nd St. | NC - 8' | n |
| 891 | Castro St. & 25th St. | C - 12' | 2 |
| 930 | Castro St. & 25th St. | NC - 8' | n |
| 320 | Castro St. & Duboce St. | NC - 12' | n |
| 321 | Castro St. & Duboce St. | NC - 8' | n |
| 64 | Castro St. & Market St. | C - 12' | 1 |
| 1232 | Central Ave. & McAllister St. | NC - 12' | n |
| 1657 | Cesar Chavez & Bartlett St. | C - 12' | 2 |
| 1126 | Cesar Chavez St. & Alabama St. (revers Canopy) | C - 12' | 2 |
| 1127 | Cesar Chavez St. & Bryant St. | C - 12' | 2 |
| 1128 | Cesar Chavez St. & Florida St. | C - 12' | 2 |
| 547 | Cesar Chavez St. & Folsom St. | C - 12' | 2 |
| 1129 | Cesar Chavez St. & Harrison St. | C - 12' | 2 |
| 1130 | Cesar Chavez St. & Harrison St. | C - 12' | 2 |
| 521 | Chestnut St. & Fillmore St. | C - 12' | 1 |
| 1476 | Chestnut St. & Franklin St. | NC - 8' | n |
| 322 | Chestnut St. & Laguna St. | NC - 8' | n |
| 1028 | Chestnut St. & Octavia St. | C - 12' | 1 |
| 1135 | Chestnut St. & Pierce St. | C - 12' | 1 |
| 1370 | Chestnut St. & Pierce St. | C - 8' | 1 |
| 522 | Chestnut St. & Scott St. | C - 12' | 1 |
| 1512 | Chestnut St. & Scott St. | C - 8' | 1 |
| 1478 | Chestnut St. & Van Ness Ave. | C - 12' | 1 |
| 892 | Church St. & 14th St. | C - 12' | 2 |
| 892-A | Church St. & 14th St. | NC - 13' | 2 |
| 1388 | Church St. & 16th St. | NC - 13' | n |





| | | | |
|---|---|---|---|
| 1433 | Church St. & 18th St. | NC - 8' | n |
| 160 | Church St. & 20th St. (Muni Row) | NC - 8' | n |
| 1524 | Church St. & 24th St. | NC - 13' | n |
| 523 | Church St. & 27th St. | C - 8' | 2 |
| 1525 | Church St. & 29th St. | NC - 13' | n |
| 1526 | Church St. & Day St. | NC - 13' | n |
| 95 | Church St. & Duboce St. | C - 12' | 2 |
| 1389 | Church St. & Market St. | NC - 13' | n |
| 1137 | Circular Ave. & Monterey Blvd. | C - 12' | 2 |
| 931 | Clay St. & Franklin St. | C - 12' | 1 |
| 1209 | Clay St. & Montgomery St. | C - 8' | 1 |
| 52 | Clay St. & Polk St. | C - 12' | 1 |
| 1479 | Clay St. & Powell St. | C - 12' | 1 |
| 221 | Clay St. & Van Ness Ave. | C - 12' | 1 |
| 473 | Clayton St. & Corbett Ave. | NC - 8' | n |
| 85 | Clement St. & 06th Ave. | C - 12' | 2 |
| 298 | Clement St. & 08th Ave. | C - 8' | 2 |
| 984 | Clement St. & 10th Ave. | C - 12' | 2 |
| 1095 | Clement St. & 10th Ave. | C - 12' | 2 |
| 985 | Clement St. & 12th Ave. | C - 12' | 2 |
| 1058 | Clement St. & 14th Ave. | NC - 8' | n |
| 1537 | Clement St. & 16th Ave. | NC - 8' | n |
| 1310 | Clement St. & 20th Ave. | C - 8' | 2 |
| 579 | Clement St. & 22nd Ave. | C - 12' | 2 |
| 1459 | Clement St. & 22nd Ave. | C - 12' | 2 |
| 986 | Clement St. & 29th Ave. | C - 12' | 2 |
| 987 | Clement St. & 29th Ave. | NC - 8' | n |
| 988 | Clement St. & 31st Ave. | NC - 8' | n |
| 951 | Clement St. & 32nd Ave. | C - 8' | 2 |
| 1654 | Clement St. mid-42nd &43rd Ave. | NC - 12' | n |
| 299 | Clement St.& 25th Ave. | C - 12' | 2 |
| 700 | Clipper St. & Portola Dr. | NC - 8' | n |
| 372 | Clipper St. (n/s) & Diamond Heights Blvd. | NC - 8' | n |
| 222 | Cole St. & Carl St. | C - 12' | 2 |
| 626 | Cole St. & Carl St. | C - 12' | 2 |

Municipal Transportation Agency





| | | | |
|---|---|---|---|
| 753 | Columbus Ave (w/s) mid North Point & Bay Sts. | C - 12' | 1 |
| 1371 | Columbus Ave. & Francisco St. | C - 8' | 1 |
| 1096 | Columbus Ave. & Mason St. | C - 12' | 1 |
| 1373 | Columbus Ave. mid Union & Powell Sts. | C - 12' | 1 |
| 1460 | Connecticut St. & 17th St. | C - 12' | 2 |
| 323 | Connecticut St. & 18th St. | C - 12' | 2 |
| 737 | Corbett Ave. (e/s) @ #925 | NC - 8' | n |
| 893 | Cordova St. & Prague St. | NC - 8' | n |
| 524 | Cortland Ave. & Andover St. (Temp. Down) | 8' | 2 |
| 937 | Cortland Ave. & Bayshore Blvd. | C - 12' | 2 |
| 938 | Cortland Ave. & Folsom St. | C - 12' | 2 |
| 133 | Cortland St. & Mission St. | NC - 12' | n |
| 1335 | Crescent Ave. & Andover St. | NC - 8' | n |
| 1538 | Crescent Ave. & Mission St. | NC - 8' | n |
| 1349 | Davis St. & California St. | C - 12' | 1 |
| 1097 | De Haro St. & Southern Heights Ave. | NC - 8' | n |
| 1311 | Del Vale Ave. & O'Shaughnessy Blvd. | NC - 8' | n |
| 1564 | Diamond Heights Blvd. & Addison St | NC - 8' | n |
| 443 | Diamond Heights Blvd. & Duncan St. | NC - 8' | n |
| 688 | Diamond Heights Blvd. & Gold Mine Dr. | C - 12' | 2 |
| 740 | Diamond Heights Blvd. & Gold Mine Dr. | NC - 8' | n |
| 605 | Diamond Heights Blvd.(w/s) & Diamond St. | NC - 8' | n |
| 739 | Diamond St. & Bosworth St. | C - 12' | 2 |
| 1337 | Diamond St. & Surrey St. | NC - 8' | n |
| 754 | Divisadero St. & Chestnut St. | C - 12' | 1 |
| 474 | Divisadero St. & Eddy St. | C - 12' | 2 |
| 1312 | Divisadero St. & Ellis St. | C - 12' | 2 |
| 61 | Divisadero St. & Geary Blvd. | C - 12' | 2 |
| 350 | Divisadero St. & Geary Blvd. | C - 12' | 2 |
| 551 | Divisadero St. & Haight St. | C - 12' | 2 |






| | | | |
|---|---|---|---|
| 444 | Divisadero St. & Pine St. | C - 12' | 2 |
| 719 | Division St. & 08th St. | C - 12' | 2 |
| 1098 | Division St. & Rhode Island St. | C - 8' | 2 |
| 816 | Douglas St. & 24th St. | NC - 8' | n |
| 184 | Duncan St. & Diamond Heights | NC - 8' | n |
| 787 | Eddy St. & Divisidero St. | NC - 8' | n |
| 1374 | Eddy St. & Fillmore St. | C - 12' | 2 |
| 989 | Eddy St. & Gough St. | C - 12' | 1 |
| 990 | Eddy St. & Gough St. | C - 12' | 1 |
| 445 | Eddy St. & Laguna St. | C - 12' | 2 |
| 446 | Eddy St. & Laguna St. | C - 12' | 2 |
| 447 | Eddy St. & Larkin St. | C - 8' | 1 |
| 495 | Eddy St. & Leavenworth St. | C - 12' | 1 |
| 352 | Eddy St. & Pierce St. | C - 12' | 2 |
| 448 | Eddy St. & Pierce St. | C - 12' | 2 |
| 56 | Eddy St. & Polk St. | C - 12' | 1 |
| 373 | Eddy St. & Polk St. | C - 8' | 1 |
| 374 | Eddy St. & Van Ness Ave. | C - 12' | 1 |
| 496 | Eddy St. & Van Ness Ave. | C - 12' | 1 |
| 203 | Ellis St. & Mason St. | C - 12' | 1 |
| 1567 | Embarcadero & Bay St. (IB) (F Line Shelters) | C -F Line | 1 |
| 1568 | Embarcadero & Bay St. (OB) (F Line Shelters) | C -F Line | 1 |
| 1575 | Embarcadero & Broadway (F Line Shelters) | C -F Line | 1 |
| 1576 | Embarcadero & Broadway (F Line Shelters) | C -F Line | 1 |
| 1570 | Embarcadero & Chestnut (IB) (F Line Shelters) | C -F Line | 1 |
| 1569 | Embarcadero & Chestnut (OB) (F Line Shelters) | C -F Line | 1 |
| 1573 | Embarcadero & Green (F Line Shelters) | C -F Line | 1 |
| 1574 | Embarcadero & Green (F Line Shelters) | C -F Line | 1 |
| 1571 | Embarcadero & Greenwich (F Line Shelters) | C -F Line | 1 |
| 1572 | Embarcadero & Greenwich (F Line Shelters) | C -F Line | 1 |

Municipal Transportation Agency





| | | | |
|---|---|---|---|
| 1577 | Embarcadero & Washington (F Line Shelters) | C -F Line | 1 |
| 1578 | Embarcadero & Washington (F Line Shelters) | C -F Line | 1 |
| 580 | Evans Ave. & 03rd St. | NC - 8' | n |
| 581 | Evans Ave. & Newhall St. | NC - 8' | n |
| 711 | Evans Ave. (n/s) & Keith St. (front of P.O.) | C - 12' | 2 |
| 223 | Fillmore St. & Chestnut St. | C - 12' | 1 |
| 1513 | Fillmore St. & Chestnut St. | C - 12' | 1 |
| 1351 | Fillmore St. & Golden Gate Ave. | C - 12' | 2 |
| 584 | Fillmore St. & Haight St. | C - 12' | 2 |
| 755 | Fillmore St. & Haight St. | C - 12' | 2 |
| 237 | Fillmore St. & Hayes St. | NC - 8' | n |
| 238 | Fillmore St. & Hayes St. | NC - 8' | n |
| 324 | Fillmore St. & Jackson St. | C - 8' | 1 |
| 1542 | Fillmore St. & Jackson St. | C - 8' | 1 |
| 270 | Fillmore St. & Lombard St. | C - 12' | 1 |
| 527 | Fillmore St. & McAllister St. | C - 12' | 2 |
| 528 | Fillmore St. & McAllister St. | C - 12' | 2 |
| 991 | Fillmore St. & Oak St. | C - 12' | 2 |
| 992 | Fillmore St. & Oak St. | C - 12' | 2 |
| 1436 | Fillmore St. & O'Farrell St. | C - 8' | 2 |
| 954 | Fillmore St. & Pine St. | C - 12' | 1 |
| 552 | Fillmore St. & Sacramento St. | C - 12' | 1 |
| 271 | Fillmore St. & Sutter St. | C - 12' | 1 |
| 497 | Fillmore St. & Sutter St. | C - 12' | 1 |
| 607 | Fillmore St. & Turk St. | C - 12' | 2 |
| 993 | Fillmore St. & Union St. | C - 12' | 1 |
| 585 | Fitzgerald Ave. & Keith St.(29 Term.) | NC - 8' | n |
| 570 | Foerster St. & Monterey Blvd. | C - 12' | 2 |
| 1437 | Folsom St. & 05th St. | C - 12' | 1 |
| 1514 | Folsom St. & 06th St. | C - 12' | 2 |
| 1438 | Folsom St. & 07th St. | C - 12' | 2 |
| 1461 | Folsom St. & 16th St. | C - 12' | 2 |
| 1210 | Folsom St. & 16th. St. | C - 12' | 2 |
| 1314 | Folsom St. & 18th St. | NC - 8' | n |





| | | | |
|---|---|---|---|
| 1315 | Folsom St. & 18th St. | NC - 8' | n |
| 818 | Folsom St. & 24th St. | C - 12' | 2 |
| 529 | Folsom St. & Precita Ave. | NC - 8' | n |
| 135 | Forest Hill Station | NC - 12' | n |
| 1168 | Fowler Ave. & Portola Dr. | NC - 8' | n |
| 894 | Frederick St. & Ashbury St. | C - 12' | 2 |
| 1392 | Frederick St. & Willard St. | NC - 8' | n |
| 1480 | Fremont St. & Market St. | NC - 13' | n |
| 1424 | Fremont St. & Mission St. TD | C - 16' | 1 |
| 1291 | Fulton St. & 04th Ave. | NC - 8' | n |
| 376 | Fulton St. & 06th Ave. | NC - 8' | n |
| 1543 | Fulton St. & 06th. Ave. | NC - 8' | n |
| 67 | Fulton St. & 08th Ave. | NC - 12' | n |
| 224 | Fulton St. & 08th Ave. | C - 8' | 2 |
| 1032 | Fulton St. & 10th Ave. | NC - 12' | n |
| 1059 | Fulton St. & 12th Ave. | NC - 12' | n |
| 1099 | Fulton St. & 16th Ave. | NC - 12' | n |
| 1292 | Fulton St. & 16th Ave. | C - 12' | 2 |
| 1100 | Fulton St. & 18th Ave. | NC - 8' | n |
| 1034 | Fulton St. & 20th Ave. | NC - 8' | n |
| 498 | Fulton St. & 22nd Ave. | NC - 8' | n |
| 1294 | Fulton St. & 22nd Ave. | C - 12' | 2 |
| 690 | Fulton St. & 25th Ave. | NC - 12' | n |
| 1035 | Fulton St. & 25th Ave. | C - 12' | 2 |
| 1036 | Fulton St. & 28th Ave. | NC - 8' | n |
| 630 | Fulton St. & 30th Ave. | NC - 8' | n |
| 1236 | Fulton St. & 36th Ave. | NC - 8' | n |
| 68 | Fulton St. & 37th Ave. | NC - 12' | n |
| 1318 | Fulton St. & 38th Ave. | NC - 8' | n |
| 757 | Fulton St. & 40th Ave. | NC - 12' | n |
| 756 | Fulton St. & 43rd Ave. | NC - 12' | n |
| 1237 | Fulton St. & 46th Ave. | NC - 8' | n |
| 249 | Fulton St. & Arguello Ave. | NC - 12' | n |
| 1338 | Fulton St. & Arguello Blvd. | NC - 8' | n |
| 1037 | Fulton St. & La Playa | NC - 12' | n |
| 84 | Fulton St. & Masonic ST. | C - 12' | 2 |

Municipal Transportation Agency




| | | | |
|---|---|---|---|
| 402 | Fulton St. & Park Presidio | NC - 12' | n |
| 758 | Fulton St. & Park Presidio | NC - 12' | n |
| 377 | Fulton St. & Parker Ave. | NC - 8' | n |
| 136 | Fulton St. & Parker St. | NC - 8' | n |
| 568 | Geary Blvd. & 03rd Ave. | C - 12' | 2 |
| 1038 | Geary Blvd. & 03rd Ave. | C - 8' | 2 |
| 97 | Geary Blvd. & 06th Ave. | C - 12' | 2 |
| 994 | Geary Blvd. & 09th Ave. | C - 12' | 2 |
| 1039 | Geary Blvd. & 09th Ave. | C - 8' | 2 |
| 530 | Geary Blvd. & 12th Ave. | C - 12' | 2 |
| 1481 | Geary Blvd. & 12th Ave. | C - 8' | 2 |
| 532 | Geary Blvd. & 17th Ave. | C - 12' | 2 |
| 1544 | Geary Blvd. & 17th. Ave. | NC - 8' | n |
| 300 | Geary Blvd. & 20th Ave. | C - 12' | 2 |
| 533 | Geary Blvd. & 20th Ave. | C - 12' | 2 |
| 1483 | Geary Blvd. & 23rd Ave. | C - 12' | 2 |
| 93 | Geary Blvd. & 25th Ave. | C - 12' | 2 |
| 631 | Geary Blvd. & 25th Ave. | C - 12' | 2 |
| 759 | Geary Blvd. & 28th Ave. | C - 12' | 2 |
| 1296 | Geary Blvd. & 28th Ave. | C - 12' | 2 |
| 554 | Geary Blvd. & 30th Ave. | NC - 8' | n |
| 1101 | Geary Blvd. & 30th Ave. | C - 12' | 2 |
| 555 | Geary Blvd. & 32nd Ave. | NC - 8' | n |
| 301 | Geary Blvd. & 33rd Ave. | C - 12' | 2 |
| 1462 | Geary Blvd. & 33rd Ave. | C - 12' | 2 |
| 995 | Geary Blvd. & 36th Ave. | C - 12' | 2 |
| 1545 | Geary Blvd. & 36th. Ave. | C - 12' | 2 |
| 996 | Geary Blvd. & 39th Ave. | C - 12' | 2 |
| 1546 | Geary Blvd. & 39th Ave. | C - 16' | 2 |
| 378 | Geary Blvd. & 42nd Ave. | NC - 8' | n |
| 125 | Geary Blvd. & Arguello Ave. | C - 12' | 2 |
| 126 | Geary Blvd. & Arguello Ave. | C - 12' | 2 |
| 608 | Geary Blvd. & Baker St. | C - 12' | 2 |
| 1041 | Geary Blvd. & Collins St. | C - 12' | 2 |
| 1297 | Geary Blvd. & Collins St. | C - 12' | 2 |
| 185 | Geary Blvd. & Divisadero St. | C - 12' | 2 |
| 186 | Geary Blvd. & Divisadero St. | C - 12' | 2 |





| | | | |
|---|---|---|---|
| 272 | Geary Blvd. & Fillmore St. | C - 12' | 1 |
| 1547 | Geary Blvd. & Fillmore St. | C - 16' | 1 |
| 1060 | Geary Blvd. & Franklin St. | C - 12' | 1 |
| 450 | Geary Blvd. & Gough St. | C - 12' | 1 |
| 187 | Geary Blvd. & Laguna St. | C - 12' | 1 |
| 204 | Geary Blvd. & Laguna St. | C - 12' | 1 |
| 17 | Geary Blvd. & Leavenworth St. | C - 12' | 1 |
| 23 | Geary Blvd. & Masonic St. | C - 12' | 2 |
| 113 | Geary Blvd. & Park Presidio | NC - 12' | n |
| 1042 | Geary Blvd. & Park Presidio | NC - 12' | n |
| 31 | Geary Blvd. & Powell St. | C - 12' | 1 |
| 760 | Geary Blvd. & Presidio St. | C - 12' | 2 |
| 403 | Geary Blvd. & Scott St. | NC - 8' | n |
| 1516 | Geary Blvd. & Scott St. | C - 12' | 2 |
| 274 | Geary Blvd. & Spruce St. | C - 12' | 2 |
| 1548 | Geary Blvd. & Spruce St. | C - 12' | 2 |
| 609 | Geary Blvd. & St. Josephs Ave. | C - 12' | 2 |
| 1043 | Geary Blvd. & Stanyan St. | C - 8' | 2 |
| 162 | Geary Blvd. & Stockton St. | C - 12' | 1 |
| 275 | Geary Blvd. & Taylor St. (REVERS CANOPY) | C - 12' | 1 |
| 24 | Geary Blvd. & Van Ness Ave. | C - 12' | 1 |
| 451 | Geary Blvd. & Webster St. | C - 12' | 1 |
| 1138 | Geary Blvd. & Webster St. | C - 12' | 1 |
| 206 | Geary Blvd. (n/s) mid Presidio & Masonic Sts. | C - 12' | 2 |
| 610 | Geneva Ave. & Cayuga Ave. | NC - 8' | n |
| 611 | Geneva Ave. & Cayuga Ave. | NC - 8' | n |
| 437 | Geneva Ave. & Mission St. | C - 16' | 2 |
| 691 | Geneva Ave. & Mission St. | C - 12' | 2 |
| 851 | Geneva Ave. & Munich St. | C - 16' | 2 |
| 499 | Geneva Ave. & Naples St. | C - 12' | 2 |
| 1102 | Geneva Ave. & Paris St. | NC - 8' | n |
| 761 | Geneva Ave. & San Jose Ave. | NC - 12' | n |
| 762 | Geneva Ave. (n/s) & San Jose Ave. (Bart) | C - 12' | 2 |
| 763 | Geneva Ave. (s/s) & San Jose Ave. (Bart) | C - 16' | 2 |

Municipal Transportation Agency




| | | | |
|---|---|---|---|
| 45 | Golden Gate Park (Acad. of Science) - Temp Down | NC - 12' | n |
| 46 | Golden Gate Park (DeYoung Museum) | NC - 12' | n |
| 820 | Gonzalez Dr. & Font Blvd. | NC - 8' | n |
| 896 | Gough St. & Sacramento St. | C - 12' | 1 |
| 1170 | Grafton Ave. & Plymouth Ave. | NC - 8' | n |
| 1319 | Grove St. & Gough St. | C - 12' | 2 |
| 1320 | Grove St. & Laguna St. | NC - 8' | n |
| 1634 | Hahn & Sunnydale | NC - 12' | n |
| 1635 | Hahn & Sunnydale | C - 12' | 2 |
| 1298 | Haight St. & Baker St. | C - 12' | 2 |
| 998 | Haight St. & Buchanan St. | C - 12' | 2 |
| 999 | Haight St. & Buena Vista Ave. East | NC - 8' | n |
| 1000 | Haight St. & Buena Vista Ave. West | NC - 12' | n |
| 239 | Haight St. & Divisadero St. | C - 12' | 2 |
| 240 | Haight St. & Divisadero St. | C - 12' | 2 |
| 569 | Haight St. & Fillmore St. | C - 12' | 2 |
| 634 | Haight St. & Fillmore St. | C - 12' | 2 |
| 353 | Haight St. & Laguna St. | NC - 8' | n |
| 1550 | Haight St. & Pierce St. | C - 12' | 2 |
| 1212 | Haight St. & Stanyan St. | C - 8' | 2 |
| 1551 | Haight St. & Stanyan St. | C - 12' | 2 |
| 1378 | Harrison St. & 04th St. | C - 8' | 1 |
| 1104 | Harrison St. & 06th St. | CC - 12' | 2 |
| 764 | Hayes St. & Ashbury St. | C - 12' | 2 |
| 955 | Hayes St. & Ashbury St. | NC - 8' | n |
| 452 | Hayes St. & Baker St. | NC - 8' | n |
| 453 | Hayes St. & Baker St. | NC - 8' | n |
| 956 | Hayes St. & Broderick St. | C - 12' | 2 |
| 1003 | Hayes St. & Broderick St. | C - 12' | 2 |
| 475 | Hayes St. & Buchanan St. | NC - 8' | n |
| 957 | Hayes St. & Buchanan St. | NC - 8' | n |
| 958 | Hayes St. & Central Ave. | C - 12' | 2 |
| 1376 | Hayes St. & Cole St. | NC - 8' | n |
| 1377 | Hayes St. & Cole St. | C - 12' | 2 |
| 501 | Hayes St. & Divisadero St. | C - 12' | 2 |
| 502 | Hayes St. & Divisadero St. | C - 12' | 2 |








| | | | |
|---|---|---|---|
| 88 | Hayes St. & Fillmore St. | NC - 8' | n |
| 354 | Hayes St. & Fillmore St. | NC - 8' | n |
| 504 | Hayes St. & Franklin St. | C - 12' | 1 |
| 355 | Hayes St. & Larkin St. (CANOPY/ 1 FACE) | C - 12' | 1 |
| 1213 | Hayes St. & Lyon St. | C - 12' | 2 |
| 659 | Hayes St. & Masonic St. | C - 12' | 2 |
| 963 | Hayes St. & Pierce St. | NC - 8' | n |
| 1005 | Hayes St. & Pierce St. | NC - 8' | n |
| 789 | Hayes St. & Scott St. | C - 12' | 2 |
| 964 | Hayes St. & Scott St. | C - 8' | 2 |
| 243 | Hayes St. & Shrader St. | C - 12' | 2 |
| 244 | Hayes St. & Shrader St. | C - 12' | 2 |
| 1006 | Hayes St. & Stanyan St. | NC - 8' | n |
| 476 | Hayes St. & Steiner St. | NC - 8' | n |
| 966 | Hayes St. & Steiner St. | NC - 8' | n |
| 90 | Hayes St. & Van Ness Ave. | NC - 8' | n |
| 1352 | Hermann St. & Fillmore St. | NC - 8' | n |
| 1517 | Howard St. & Main St. | C - 12' | 1 |
| 660 | Hudson Ave. & Bertha Lane | NC - 8' | n |
| 806 | Hyde St. & Clay St. | C - 12' | 1 |
| 1552 | Hyde St. & McAllister St. | C - 12' | 1 |
| 853 | Hyde St. & Pacific Ave. | NC - 8' | n |
| 821 | Hyde St. & Union St. | C - 8' | 1 |
| 1171 | Hyde St. mid Fulton & Grove Sts. | NC - 8' | n |
| 940 | Industrial St. (s/s) mid Bayshore & Boutwell | C - 12' | 2 |
| 1659 | Ingerson & Griffith | NC - 12' | n |
| 154 | Irving St. & 02nd Ave. | NC - 8' | n |
| 140 | Irving St. & 07th Ave. | C - 12' | 2 |
| 141 | Irving St. & 09th Ave. | C - 8' | 2 |
| 1484 | Irving St. & Arguello | C - 16' | 2 |
| 404 | Jackson St. & Fillmore St. | C - 12' | 1 |
| 721 | Jackson St. & Van Ness Ave. | C - 12' | 1 |
| 1140 | Jackson St. & Van Ness Ave. | NC - 8' | n |
| 1007 | Jackson St. & Webster St. | NC - 8' | n |
| 1554 | Jessie St. & 05th. St. | NC - 12' | n |
| 1565 | Jones St. & Beach St. (F Line ) Next | C -F Line | 1 |








| | to Ramp | | |
|---|---|---|---|
| 1566 | Jones St. & Beach St. (F Line Shelters) | C -F Line | 1 |
| 722 | Jones St. & Post St. | C - 12' | 1 |
| 723 | Jones St. & Sutter St. | C - 12' | 1 |
| 899 | Judah St. & 06th Ave. | C - 12' | 2 |
| 857 | Judah St. & 07th Ave. | C - 12' | 2 |
| 858 | Judah St. & 07th Ave. | C - 12' | 2 |
| 1527 | Judah St. & 09th /10th Ave. | NC - 13' | n |
| 1528 | Judah St. & 19th Ave. | NC - 13' | n |
| 421 | Judah St. & 25th Ave. | NC - 8' | n |
| 1529 | Judah St. & 37th Ave.& Sunset | NC - 13' | n |
| 612 | Judah St. & 40th Ave. | NC - 8' | n |
| 503 | Judah St. & 43rd Ave. | C - 8' | 2 |
| 325 | Judah St. & 46th Ave. | C - 8' | 2 |
| 225 | Judah St. & Sunset | NC - 8' | n |
| 823 | Junipero Serra Blvd. & Font Blvd. | NC - 8' | n |
| 87 | Junipero Serra Blvd. & Ocean Ave. | NC - 12' | n |
| 1626 | Junipero Serra Blvd. & Ocean Ave. (Muni Row) | NC - 12' | n |
| 1627 | Junipero Serra Blvd. & Ocean Ave. (Muni Row) | NC - 12' | n |
| 1652 | Junipero Serra Blvd. & Palmetto | C - 12' | 2 |
| 635 | Junipero Serra Blvd. & Sloat Blvd. | NC - 8' | n |
| 824 | Kansas St. & 23rd St. | C - 12' | 2 |
| 16 | Kearny St. & California St. | C - 12' | 1 |
| 724 | Kearny St. & Clay St. | C - 12' | 1 |
| 163 | Kearny St. & Geary Blvd. (TD) | C - 16' | 1 |
| 968 | Kearny St. & Jackson St. | C - 12' | 1 |
| 675 | Kearny St. & North Point St. | CC - 12' | 1 |
| 164 | Kearny St. & Sutter St. | C - 12' | 1 |
| 380 | La Playa & Cabrillo St. | NC - 16' | n |
| 506 | La Playa & Cabrillo St. (Muni Term.) | NC - 12' | n |
| 49 | Laguna Honda Hospital | NC - 8' | n |
| 422 | Laguna St. & Chestnut St. | NC - 8' | n |
| 588 | Laguna St. & Hayes St. | C - 12' | 2 |
| 165 | Larkin St. & Golden Gate | C - 12' | 1 |

Municipal Transportation Agency




| | | | |
|---|---|---|---|
| 1425 | Larkin St. & Grove St. | NC - 12' | n |
| 65 | Larkin St. & McAllister St. | C - 12' | 1 |
| 825 | Larkin St. & O'Farrell St. | C - 12' | 1 |
| 1044 | Lawton St. & 07th Ave. | NC - 8' | n |
| 391 | Leavenworth St. & Bush St. | C - 12' | 1 |
| 726 | Leavenworth St. & California St. | C - 12' | 1 |
| 727 | Leavenworth St. & Clay St. | C - 12' | 1 |
| 262 | Leavenworth St. & Geary Blvd. | C - 12' | 1 |
| 405 | Leavenworth St. & O'Farrell St. | C - 12' | 1 |
| 728 | Leavenworth St. & Post St. | C - 12' | 1 |
| 729 | Leavenworth St. & Sacramento St. | C - 8' | 1 |
| 730 | Leavenworth St. & Sutter St. | C - 12' | 1 |
| 1398 | Lee Ave. & Ocean Ave. (Turnaround)- | NC - 12' | n |
| 790 | Legion of Honor Dr./Palace of Legion of Honor | NC - 12' | n |
| 479 | Lincoln Way & 05th Ave. | NC - 8' | n |
| 1394 | Lincoln Way & 05th Ave. | NC - 8' | n |
| 693 | Lincoln Way & 09th Ave. | NC - 8' | n |
| 694 | Lincoln Way & 09th Ave. | C - 12' | 2 |
| 1175 | Lincoln Way & 15th Ave. | C - 12' | 2 |
| 1176 | Lincoln Way & 17th Ave. | C - 12' | 2 |
| 423 | Lincoln Way & 19th Ave. | NC - 8' | n |
| 695 | Lincoln Way & 19th Ave. | C - 12' | 2 |
| 1177 | Lincoln Way & 21st Ave. | C - 12' | 2 |
| 1238 | Lincoln Way & 23rd Ave. | C - 12' | 2 |
| 1301 | Lincoln Way & 25th Ave. | C - 12' | 2 |
| 1172 | Lincoln Way & Funston Ave. | C - 12' | 2 |
| 1045 | Lincoln Way & La Playa | C - 12' | 2 |
| 859 | Lombard St. & Divisadero St. | C - 12' | 1 |
| 860 | Lombard St. & Lyon St. | NC - 8' | n |
| 900 | Lombard St. & Pierce St. | C - 12' | 1 |
| 456 | Lyon St. & Greenwich St. | NC - 8' | n |
| 14 | Main St. & Mission St. | C - 12' | 1 |
| 826 | Mansell St. & San Bruno Ave. | NC - 8' | n |
| 661 | Mansell St. & Somerset St. | NC - 8' | n |
| 142 | Marina St. & Laguna St. | C - 12' | 1 |
| 1411 | Market & Castro (Kiosk;Shelter 17th | C - Kiosk | 1 |

Municipal Transportation Agency





| | | | |
|---|---|---|---|
| | & Castro) | | |
| 1262A | Market St. & 09th St. | C - Kiosk | 1 |
| 1485 | Market St. & 01st St. | NC - 13' | n |
| 1268 | Market St. & 03rd St. | C - Kiosk | 1 |
| 1486 | Market St. & 03rd St. | NC - 13' | n |
| 1464 | Market St. & 05th St. | NC - 13' | n |
| 1487 | Market St. & 05th St. | NC - 13' | n |
| 1488 | Market St. & 06th St. | NC - 13' | n |
| 1255 | Market St. & 07th St. | C - Kiosk | 1 |
| 1489 | Market St. & 07th St. | NC - 13' | n |
| 1490 | Market St. & 07th St. | NC - 13' | n |
| 1261 | Market St. & 10th St. | C - Kiosk | 1 |
| 1270 | Market St. & Beale St. | C - Kiosk | 1 |
| 800 | Market St. & Castro St. | C - 12' | 1 |
| 1414 | Market St. & Church St. | C - Kiosk | 1 |
| 1427 | Market St. & Church St. | C - 12' | 1 |
| 1415 | Market St. & Dolores St. | C - Kiosk | 1 |
| 1248 | Market St. & Drumm St. | C - Kiosk | 1 |
| 1249 | Market St. & Front St. | C - Kiosk | 1 |
| 382 | Market St. & Gough St. | C - Kiosk | 1 |
| 1267 | Market St. & Grant mid 03rd - 04th Sts. | C - Kiosk | 1 |
| 1252 | Market St. & Grant St. | C - Kiosk | 1 |
| 1143 | Market St. & Guerrero St. | C - Kiosk | 1 |
| 1256 | Market St. & Hyde St. | C - Kiosk | 1 |
| 1491 | Market St. & Hyde St. | NC - 13' | n |
| 1466 | Market St. & Kearny St. | NC - 13' | n |
| 1428 | Market St. & Laguna St. | NC - 13' | n |
| 1257 | Market St. & Larkin St. | C - Kiosk | 1 |
| 1257A | Market St. & Larkin St. | NC - 13' | 1 |
| 1492 | Market St. & Main St. | NC - 13' | n |
| 1265 | Market St. & Mason mid 05th - 06th Sts. | C - Kiosk | 1 |
| 1254 | Market St. & Mason St. | C - Kiosk | 1 |
| 1251 | Market St. & Montgomery St. | C - Kiosk | 1 |
| 1493 | Market St. & New Montgomery St. | NC - 13' | n |
| 1341 | Market St. & Noe St. | C - 12' | 1 |
| 1416 | Market St. & Noe St. | C - Kiosk | 1 |





| | | | |
|---|---|---|---|
| 1266 | Market St. & Powell mid 04th - 05th Sts. | C - Kiosk | 1 |
| 1253 | Market St. & Powell St. | C - Kiosk | 1 |
| 1259A | Market St. & S. Van Ness Ave. | NC - 13' | 1 |
| 1073 | Market St. & Sanchez St. | C - 12' | 1 |
| 1412 | Market St. & Sanchez St. | C - Kiosk | 1 |
| 1413 | Market St. & Sanchez St. | C - Kiosk | 1 |
| 1250 | Market St. & Sansome St. | C - Kiosk | 1 |
| 1271 | Market St. & Steuart St. | C - Kiosk | 1 |
| 1467 | Market St. & Stockton St. | NC - 13' | n |
| 1468 | Market St. & Taylor St. | NC - 13' | n |
| 1259 | Market St. & Van Ness Ave. | C - Kiosk | 1 |
| 1260-A | Market St. & Van Ness Ave. | C - 13' | 1 |
| 1269 | Market St. mid 01st & 02nd Sts. (s/s) | C - Kiosk | 1 |
| 1264 | Market St. mid 06th & 07th Sts. (s/s) | C - Kiosk | 1 |
| 1263 | Market St. mid 07th & 08th Sts. (s/s) | C - Kiosk | 1 |
| 1262 | Market St. mid 08th & 09th Sts. (s/s) | C - Kiosk | 1 |
| 1465 | Market St.& Battery St. | NC - 13' | n |
| 861 | Mason St. & Broadway | NC - 8' | n |
| 863 | Mason St. & Green St. | NC - 8' | n |
| 864 | Mason St. & Greenwich St. | C - 12' | 1 |
| 866 | Mason St. & Vallejo St. | NC - 8' | n |
| 226 | Masonic Ave. & Fulton St. | C - 12' | 2 |
| 25 | Masonic Ave. & Geary Blvd. | C - 12' | 2 |
| 867 | Masonic Ave. & Geary Blvd. | C - 12' | 1 |
| 1239 | Masonic Ave. & Golden Gate Ave. | C - 12' | 2 |
| 257 | Masonic Ave. & Haight St. | C - 8' | 2 |
| 258 | Masonic Ave. & Haight St. | C - 12' | 2 |
| 137 | Masonic Ave. & Hayes St. | C - 12' | 2 |
| 870 | Masonic Ave. & Oak St. | C - 12' | 2 |
| 188 | Masonic Ave. & Turk St. | C - 12' | 2 |
| 871 | Masonic Ave. & Turk St. | C - 12' | 2 |
| 766 | McAllister St. & Baker St. | C - 12' | 2 |
| 941 | McAllister St. & Baker St. | C - 12' | 2 |
| 827 | McAllister St. & Central Ave. | NC - 12' | n |
| 458 | McAllister St. & Divisadero St. | C - 12' | 2 |
| 459 | McAllister St. & Divisadero St. | C - 12' | 2 |





| | | | |
|---|---|---|---|
| 460 | McAllister St. & Fillmore St. | C - 12' | 2 |
| 461 | McAllister St. & Fillmore St. | C - 12' | 2 |
| 1395 | McAllister St. & Gough St. | NC - 12' | n |
| 383 | McAllister St. & Hyde St. | CPS | 1 |
| 535 | McAllister St. & Laguna St. | C - 12' | 2 |
| 536 | McAllister St. & Laguna St. | C - 12' | 2 |
| 791 | McAllister St. & Larkin St. | C - 12' | 1 |
| 901 | McAllister St. & Pierce St. | C - 12' | 2 |
| 970 | McAllister St. & Pierce St. | NC - 8' | n |
| 91 | McAllister St. & Polk St. | CPS | 1 |
| 384 | McAllister St. & Van Ness Ave. | NC - 12' | n |
| 697 | McAllister St. & Van Ness Ave. | NC - 12' | n |
| 1009 | McAllister St. & Webster St. | C - 12' | 2 |
| 1215 | McAllister St. & Webster St. | C - 12' | 2 |
| 1357 | McCoppin St. & Gough St. | C - 12' | 2 |
| 1636 | Middlepoint & Hare/Innes | NC - 12' | n |
| 1635 | Middlepoint & Innes | NC - 12' | n |
| 1637 | Middlepoint & South of Evans/Westpoint | NC - 12' | n |
| 1633 | Middlepoint & West Point | NC - 12' | n |
| 1634 | Middlepoint & West Point | NC - 12' | n |
| 166 | Mission St. & 01st St. | C - 16' | 1 |
| 189 | Mission St. & 02nd St. | C - 12' | 1 |
| 167 | Mission St. & 03rd St. | C - 12' | 1 |
| 208 | Mission St. & 04th St. | C - 12' | 1 |
| 1355 | Mission St. & 04th St. | C - 12' | 2 |
| 13 | Mission St. & 05th St. | C - 8' | 1 |
| 357 | Mission St. & 05th St. | C - 12' | 1 |
| 190 | Mission St. & 07th St. | C - 12' | 2 |
| 406 | Mission St. & 08th St. | C - 16' | 2 |
| 769 | Mission St. & 08th St. | C - 12' | 2 |
| 259 | Mission St. & 09th St. | C - 12' | 2 |
| 1469 | Mission St. & 09th St. | C - 12' | 2 |
| 731 | Mission St. & 11th St. | C - 12' | 2 |
| 1356 | Mission St. & 14th St. | C - 12' | 2 |
| 1494 | Mission St. & 15th St. | C - 12' | 2 |
| 145 | Mission St. & 16th St | C - 12' | 2 |








| | | | |
|---|---|---|---|
| 144 | Mission St. & 16th St. | C - 12' | 2 |
| 302 | Mission St. & 18th St. | C - 12' | 2 |
| 359 | Mission St. & 18th St. | C - 12' | 2 |
| 241 | Mission St. & 20th St. | C - 12' | 2 |
| 242 | Mission St. & 20th St. | C - 12' | 2 |
| 360 | Mission St. & 22nd St. | C - 12' | 2 |
| 227 | Mission St. & 24th St. | C - 12' | 2 |
| 228 | Mission St. & 24th St. | C - 12' | 2 |
| 119 | Mission St. & 30th St. | C - 12' | 2 |
| 327 | Mission St. & Acton St. | C - 12' | 2 |
| 12 | Mission St. & Beale St. | C - 12' | 1 |
| 303 | Mission St. & Brazil St. | C - 12' | 2 |
| 770 | Mission St. & Duboce St. | C - 12' | 2 |
| 127 | Mission St. & Geneva Ave. | C - 12' | 2 |
| 128 | Mission St. & Geneva Ave. | C - 12' | 2 |
| 792 | Mission St. & Murray St. | C - 12' | 2 |
| 120 | Mission St. & Naglee St. | C - 12' | 2 |
| 558 | Mission St. & Norton St. | C - 12' | 2 |
| 636 | Mission St. & Onondaga Ave. | C - 8' | 2 |
| 304 | Mission St. & Persia St. | C - 12' | 2 |
| 306 | Mission St. & Richland St. | C - 12' | 2 |
| 307 | Mission St. & Richland St. | C - 12' | 2 |
| 305 | Mission St. & Russia St. | C - 12' | 2 |
| 308 | Mission St. & Silver Ave. | C - 12' | 2 |
| 424 | Mission St. & Silver Ave. | C - 12' | 2 |
| 58 | Mission St. & So. Van Ness St. | C - 12' | 2 |
| 637 | Mission St. & Spear St. | C - 8' | 1 |
| 1046 | Mission St. & Trumbull St. | C - 12' | 2 |
| 1518 | Mission St. & Trumbull St. | C - 12' | 2 |
| 1216 | Mission St. & Whittier St. | C - 12' | 2 |
| 771 | Mission St. mid France & Italy Sts. (w/s) | C - 12' | 2 |
| 1397 | Missouri St.& 20th St. | NC - 8' | n |
| 1240 | Monterey Blvd. & Baden St. | NC - 8' | n |
| 902 | Monterey Blvd. & Detroit St. | NC - 8' | n |
| 1342 | Monterey Blvd. & Edna St. | C - 12' | 2 |
| 328 | Monterey Blvd. & Foerster St. | C - 12' | 2 |