# EXHIBIT A - 6

 **Municipal Transportation Agency**  

| 329 | Monterey Blvd. & Foerster St. | C - 12' | 2 |
|---|---|---|---|
| 425 | Monterey Blvd. & Ridgewood Ave. | C - 12' | 2 |
| 191 | Myra St. & Dalewood St. (Term.) | NC - 8' | n |
| 903 | Naples St. & Athens St. | NC - 8' | n |
| 904 | Naples St. & Rolph St. | NC - 8' | n |
| 1010 | Noe St. & 29th St. | NC - 8' | n |
| 943 | Noe St. & 30th St. | NC - 8' | n |
| 1180 | Noriega St. & 28th Ave. | C - 12' | 2 |
| 484 | Noriega St. & 41st Ave. | NC - 8' | n |
| 426 | Noriega St. & 46th Ave. | NC - 8' | n |
| 168 | Noriega St. & Sunset | NC - 8' | n |
| 732 | North Point St. & Embarcadero | NC - 8' | n |
| 427 | North Point St. & Hyde St. | C - 8' | 1 |
| 428 | North Point St. & Hyde St. | C - 8' | 1 |
| 1074 | North Point St. & Jones St. | C - 8' | 1 |
| 676 | North Point St. & Kearny St. | C - 8' | 1 |
| 276 | North Point St. & Mason St. | C - 12' | 1 |
| 1110 | North Point St. & Mason St. | C - 12' | 1 |
| 485 | North Point St. & Polk St. | C - 12' | 1 |
| 1111 | North Point St. & Stockton St. | C - 12' | 1 |
| 1218 | North Point St. & Stockton St. | C - 8' | 1 |
| 1560 | North Point St. & Van Ness Ave. | C - 12' | 1 |
| 1470 | Ocean Ave. & Dorado Terrace | NC - 13' | n |
| 63 | Ocean Ave. & Harold St./PHELAN | C - 16' | 2 |
| 507 | Ocean Ave. & Howth St. | NC - 8' | n |
| 1530 | Ocean Ave. & Jules St. | NC - 13' | n |
| 1628 | Ocean Ave. & Lee Ave. | NC - 13' | n |
| 508 | Ocean Ave. & Lee Ave.( ISLAND & KIOSK) | C - Kiosk | 2 |
| 209 | Ocean Ave. & San Jose Ave. | C - 12' | 2 |
| 1630 | Ocean Ave. & Victoria | NC - 13' | n |
| 1631 | Ocean Ave. & Victoria | NC - 13' | n |
| 666 | Ocean Ave. (n/s) & Geneva Ave. (K-Line Isle) | C - 8' | 2 |
| 1382 | Ocean Ave. (n/s) & Geneva Ave. (K-Line Isle) | C - 8' | 2 |
| 667 | Ocean Ave. (s/s) & Geneva Ave. (K-Line Isle) | C - 8' | 2 |

 **Municipal Transportation Agency**

 

| | | | |
|---|---|---|---|
| 1381 | Ocean Ave. (s/s) & Geneva Ave. (K-Line Isle) | C - 8' | 2 |
| 429 | O'Farrell St. & Hyde St. | C - 12' | 1 |
| 59 | O'Farrell St. & Jones St. (bulb) | C - 12' | 1 |
| 408 | O'Farrell St. & Leavenworth St. | C - 12' | 1 |
| 192 | O'Farrell St. & Van Ness St. | C - 12' | 1 |
| 155 | O'Farrell St. mid Stockton & Grant Sts. | C - 12' | 1 |
| 1496 | O'Shaughnessy Blvd. & Portola Dr. | C - 12' | 2 |
| 1497 | O'Shaughnessy Blvd. & Portola Dr. | C - 12' | 2 |
| 793 | Otis St. (w/s) mid McCoppin & Duboce Sts. | C - 12' | 2 |
| 1144 | Pacific Ave. & Hyde St. | C - 12' | 1 |
| 486 | Pacific Ave. & Polk St. | C - 12' | 1 |
| 831 | Pacific Ave. & Polk St. | C - 12' | 1 |
| 1146 | Pacific Ave. & Taylor St. | C - 12' | 1 |
| 1383 | Pacific Ave. & Van Ness Ave. | C - 12' | 1 |
| 1243 | Page St. & Gough St. | C - 12' | 2 |
| 591 | Palou Ave. & 03rd. St. | NC - 12' | n |
| 309 | Park Presidio & Balboa St. | NC - 8' | n |
| 430 | Park Presidio & Balboa St. | NC - 8' | n |
| 310 | Park Presidio & California St. | NC - 8' | n |
| 311 | Park Presidio & California St. | NC - 12' | n |
| 229 | Park Presidio & Fulton St. | NC - 12' | n |
| 431 | Park Presidio & Fulton St. | NC - 12' | n |
| 230 | Park Presidio & Geary Blvd. | NC - 12' | n |
| 312 | Park Presidio & Geary Blvd. | NC - 8' | n |
| 1112 | Park Ridge Dr. (w/s) & Burnett Ave. | NC - 8' | n |
| 873 | Parnassus Ave. & 04th Ave. | C - 12' | 2 |
| 907 | Parnassus Ave. & Shrader St. | NC - 8' | n |
| 908 | Parnassus Ave. & Stanyan St. | C - 12' | 2 |
| 944 | Parnassus Ave. & Willard St. | C - 12' | 2 |
| 613 | Persia Ave. & Prague St. | NC - 8' | n |
| 511 | Phelan St. (e/s) Science Bldg. (CCSF) | NC - 8' | n |
| 512 | Phelan St. (n/s) opp. Science Bldg. (CCSF) | NC - 12' | n |
| 509 | Phelan St. (w/s) Bookstore (CCSF) | C - 8' | 2 |
| 510 | Phelan St. opposite Bookstore | C - 12' | 2 |

**Municipal Transportation Agency**

 

|  | (CCSF) |  |  |
|---|---|---|---|
| 432 | Phelps St. & Williams Ave. | C - 12' | 2 |
| 333 | Plymouth St. & Ocean Ave. | C - 12' | 2 |
| 334 | Plymouth St. & Ocean Ave. | C - 12' | 2 |
| 1011 | Point Lobos Ave. & 48th Ave. | NC - 8' | n |
| 1187 | Point Lobos Ave. & El Camino del Mar | C - 12' | 2 |
| 1521 | Point Lobos Ave. @ Louis Restaurant | C - 12' | 2 |
| 638 | Point Lobos Ave.(s/s) & Cliff House Parking | NC - 12' | n |
| 231 | Polk St. & Broadway St. | C - 12' | 1 |
| 1325 | Polk St. & Broadway St. | C - 8' | 1 |
| 170 | Polk St. & California St. | C - 12' | 1 |
| 277 | Polk St. & California St. | C - 12' | 1 |
| 433 | Polk St. & North Point St. | NC - 8' | n |
| 833 | Polk St. & Pacific Ave. | C - 12' | 1 |
| 834 | Polk St. & Pine St. | C - 12' | 1 |
| 232 | Polk St. & Sutter St. | C - 12' | 1 |
| 463 | Polk St. & Sutter St. | C - 12' | 1 |
| 233 | Polk St. & Union St. | C - 12' | 1 |
| 462 | Polk St. mid Clay & Sacramento Sts. (w/s) | C - 12' | 1 |
| 1638 | Portola Dr. & O'Shaughnessy Blvd. | NC - 8' | n |
| 699 | Portola Dr. (s/s) East of Clipper St. | NC - 8' | n |
| 101 | Portola St. & Woodside St. | C - 12' | 2 |
| 1113 | Post St. & Gough St. | C - 12' | 1 |
| 1244 | Post St. & Laguna St. | C - 8' | 2 |
| 210 | Post St. & Leavenworth St. | C - 12' | 1 |
| 673 | Post St. & Octavia St. | NC - 8' | n |
| 171 | Post St. & Van Ness Ave. | C - 12' | 1 |
| 211 | Potrero Ave. & 18th St. | C - 12' | 2 |
| 1441 | Potrero Ave. & 16th St. | C - 12' | 2 |
| 835 | Potrero Ave. & 16th St.  (REVERS CANOPY) | C - 12' | 2 |
| 1471 | Potrero Ave. & 22nd St. | NC - 12' | n |
| 1522 | Potrero Ave. & 24th St. | C - 12' | 2 |
| 1561 | Potrero Ave. & 24th St. | NC - 12' | n |
| 9 | Powell St. & California St. | C - 12' | 1 |

**Municipal Transportation Agency**  

| | | | |
|---|---|---|---|
| 1114 | Powell St. & Francisco St. | NC - 8' | n |
| 1358 | Powell St. & Francisco St. | C - 8' | 1 |
| 435 | Powell St. & Lombard St. | NC - 8' | n |
| 1344 | Powell St. & North Point St. | C - 8' | 1 |
| 112 | Presidio Ave. & California St. | C - 12' | 1 |
| 212 | Presidio Ave. & Geary Blvd. | C - 12' | 2 |
| 1359 | Presidio Ave. & Jackson St. | NC - 8' | n |
| 615 | Presidio Ave. & Sutter St. | C - 12' | 2 |
| 488 | Quintara St. & 19th Ave. | NC - 8' | n |
| 1115 | Quintara St. & 22nd Ave. | NC - 8' | n |
| 1076 | Quintara St. & 27th Ave. | NC - 8' | n |
| 836 | Randolph St. & Arch St. | NC - 12' | n |
| 71 | Recreation Center for the Handicapped | NC - 8' | n |
| 1117 | Rhode Island St. & 15th St. | NC - 8' | n |
| 1245 | Rhode Island St. & 23rd St. | NC - 8' | n |
| 1147 | Richardson Ave. & Francisco St. | C - 12' | 2 |
| 1360 | Richardson Ave. & Francisco St. | C - 12' | 2 |
| 1119 | Rivera St. & 46th Ave. | NC - 8' | n |
| 1080 | Rivera St. & 48th Ave. | NC - 8' | n |
| 386 | Sacramento St. & Buchanan St. | NC | n |
| 945 | Sacramento St. & Buchanan St. | NC - 8' | n |
| 1384 | Sacramento St. & Cherry St. (mid block) | C - 12' | 1 |
| 36 | Sacramento St. & Davis St. | C - 12' | 1 |
| 26 | Sacramento St. & Fillmore St. | C - 12' | 1 |
| 336 | Sacramento St. & Fillmore St. | C - 12' | 1 |
| 837 | Sacramento St. & Gough St. | NC - 8' | n |
| 261 | Sacramento St. & Grant St. | C - 8' | 1 |
| 193 | Sacramento St. & Kearny St. | C - 12' | 1 |
| 616 | Sacramento St. & Octavia St. | NC - 8' | n |
| 8 | Sacramento St. & Polk St. | C - 12' | 1 |
| 363 | Sacramento St. & Stockton St. (Revers Canopy) | C - 12' | 1 |
| 173 | Sacramento St. & Van Ness Ave. | C - 12' | 1 |
| 69 | Sacramento St. & Webster St. | NC - 8' | n |
| 139 | San Bruno Ave. & Bacon St. | C - 12' | 2 |
| 537 | San Bruno Ave. & Mansell St. | NC - 8' | n |

 **Municipal Transportation Agency**     

| 539 | San Bruno Ave. & Mansell St. | NC - 8' | n |
|---|---|---|---|
| 1472 | San Bruno Ave. & Silver Ave. | NC - 8' | n |
| 703 | San Bruno Ave. & Wilde Ave. | NC - 8' | n |
| 617 | San Bruno Ave. (e/s) north of Bayshore Blvd. | NC - 8' | n |
| 514 | San Jose Ave. & Geneva Ave. | C  - 12' | 2 |
| 1582 | San Jose Ave. & Glen Park  J - LINE (MUNI ROW) | NC - 12' | n |
| 1583 | San Jose Ave. & Glen Park  J - LINE (MUNI ROW) | NC - 12' | n |
| 838 | San Jose Ave. & Ocean Ave. | NC - 12' | n |
| 1190 | San Jose Ave. & San Juan Ave. | NC - 12' | n |
| 1442 | Sansome St. & California St. | C - 12' | 1 |
| 1081 | Sansome St. & Lombard St. | C - 12' | 1 |
| 808 | Sansome St. & Washington St. | C - 12' | 1 |
| 251 | Silver Ave. & Cambride St. | NC - 8' | n |
| 250 | Silver Ave. & Cambridge St. | NC - 8' | n |
| 66 | Silver Ave. & Mission St. | NC - 8' | n |
| 313 | Silver Ave. & Mission St. | C - 12' | 2 |
| 27 | Silver Ave. & San Bruno Ave. | C - 12' | 2 |
| 213 | Skyline Blvd. & Zoo Road | NC - 8' | n |
| 387 | Sloat Blvd. & 19th Ave. | C - 12' | 2 |
| 972 | Sloat Blvd. & 36th Ave. | NC - 8' | n |
| 214 | Sloat Blvd. & 45th Ave. | NC - 12' | n |
| 973 | Sloat Blvd. & 45th Ave. | C - 12' | 2 |
| 1220 | Sloat Blvd. & Clearfield Dr. | C - 12' | 2 |
| 1399 | Sloat Blvd. & Everglade Dr. | C - 12' | 2 |
| 772 | Sloat Blvd. & Junipero Serra Blvd. | NC - 12' | n |
| 314 | Sloat Blvd. & West Portal (n/s) | C - 12' | 2 |
| 121 | South Van Ness St. & Mission St. | C - 12' | 2 |
| 1149 | Southern Heights Ave. & De Haro St. | NC - 8' | n |
| 875 | Stanyan St. & Oak St. | C - 12' | 2 |
| 489 | Starr King Way & Gough St. | C - 12' | 1 |
| 794 | Steiner St. & Union St. | NC - 12' | n |
| 1579 | Steuart St. & Embarcadero (F Line Shelters) | C -F Line | 1 |
| 1580 | Steuart St. & Embarcadero (F Line Shelters) | C -F Line | 1 |

 Municipal Transportation Agency

 

| 1272 | Steuart St. & Market St. | C - Kiosk | 1 |
| 1273 | Steuart St. & Market St. (45' north) | C - Kiosk | 1 |
| 1498 | Steuart St. & Mission St. | C - 8' | 1 |
| 1562 | Stockton St. & Beach St. | C - 8' | 1 |
| 704 | Stockton St. & Columbus Ave. | C - 12' | 1 |
| 234 | Stockton St. & Green St. | C - 12' | 1 |
| 280 | Stockton St. & Sutter St. | C - 12' | 1 |
| 6 | Stockton St. mid Broadway & Pacific Sts (w/s) | C - 12' | 1 |
| 1401 | Stockton St. mid Clay & Sacramento Sts. (w/s) | C - 12' | 1 |
| 5 | Stockton St. mid Jackson & Washington (w/s) | C - 12' | 1 |
| 1402 | Stockton St. mid Sacramento & Clay E/S | C - 8' | 1 |
| 1653 | Sunnydale & Tomasco St. | NC - 8' | n |
| 1636 | Sunnydale Ave. & Santos St. | NC - 8' | n |
| 252 | Sunset Blvd. & Judah St. | NC - 8' | n |
| 174 | Sunset Blvd. & Noriega St. | NC - 8' | n |
| 281 | Sunset Blvd. & Noriega St. | NC - 8' | n |
| 282 | Sunset Blvd. & Ocean Ave. | NC - 8' | n |
| 263 | Sunset Blvd. & Quintara St. | NC - 8' | n |
| 264 | Sunset Blvd. & Quintara St. | NC - 8' | n |
| 254 | Sunset Blvd. & Taraval St. | NC - 8' | n |
| 255 | Sunset Blvd. & Taraval St. | NC - 8' | n |
| 283 | Sunset Blvd. & Vicente St. | NC - 8' | n |
| 284 | Sunset Blvd. & Yorba St. | NC - 8' | n |
| 285 | Sunset Blvd. & Yorba St. | NC - 8' | n |
| 253 | Sunset Blvd.& Judah St. | NC - 8' | n |
| 436 | Sutter St. & Baker St. | C - 12' | 2 |
| 1305 | Sutter St. & Baker St. | NC - 8' | n |
| 438 | Sutter St. & Buchanan St. | C - 12' | 1 |
| 286 | Sutter St. & Divisadero St. | C - 12' | 2 |
| 1473 | Sutter St. & Divisadero St. | C - 12' | 2 |
| 194 | Sutter St. & Fillmore St. | C - 12' | 1 |
| 195 | Sutter St. & Fillmore St. | C - 12' | 1 |
| 1083 | Sutter St. & Gough St. | C - 12' | 1 |
| 148 | Sutter St. & Laguna St. | C - 12' | 2 |

**Municipal Transportation Agency**

 

| 149 | Sutter St. & Laguna St. | C - 12' | 2 |
|---|---|---|---|
| 515 | Sutter St. & Leavenworth St. | C - 12' | 1 |
| 439 | Sutter St. & Octavia St. | C - 8' | 1 |
| 287 | Sutter St. & Polk St. | C - 12' | 1 |
| 564 | Sutter St. & Presidio Ave. | C - 12' | 2 |
| 974 | Sutter St. & Scott St. | C - 12' | 2 |
| 975 | Sutter St. & Scott St. | C - 12' | 2 |
| 976 | Sutter St. & Steiner St. | C - 12' | 2 |
| 977 | Sutter St. & Steiner St. | C - 12' | 2 |
| 4 | Sutter St. & Stockton St. | C - 12' | 1 |
| 466 | Sutter St. & Taylor St. | C - 12' | 1 |
| 29 | Sutter St. & Van Ness Ave. | C - 12' | 1 |
| 1531 | Taraval St. & 22nd. Ave. | NC - 13' | n |
| 440 | Taraval St.& Sunset Blvd. | NC - 8' | n |
| 1532 | Taravel St. & 23rd. Ave. | NC - 13' | n |
| 1533 | Taravel St. & 37th. Ave.& Sunset Blvd. | NC - 13' | n |
| 1640 | Taylor St. & Bay St. | C - Market | 1 |
| 1641 | Taylor St. & Bay St. | C - Market | 1 |
| 1361 | Tennessee St. & 18th St. | NC - 8' | n |
| 1151 | Toland St. & Jerrold Ave. | C - 12' | 2 |
| 1499 | Townsend St. & 03rd St. | C - 8' | 1 |
| 42 | Townsend St. & 04th St. | C - 12' | 1 |
| 3 | Townsend St. & mid 03rd & 04th St.- | C - 12' | 1 |
| 594 | Trumbull St. & Congdon St. | NC - 8' | n |
| 1013 | Turk St. & Arguello Blvd. | C - 12' | 2 |
| 640 | Turk St. & Chabot Terrace | NC - 8' | n |
| 1523 | Turk St. & Hyde St. | C - 12' | 1 |
| 54 | Turk St. & Jones St. | C - 12' | 1 |
| 364 | Turk St. & Larkin St. | C - 12' | 1 |
| 774 | Turk St. & Masonic St. | C - 12' | 2 |
| 1014 | Turk St. & Parker Ave. | NC - 8' | n |
| 1247 | Turk St. & Parker Ave. | C - 12' | 2 |
| 1050 | Turk St. & Roselyn Terrace | NC - 8' | n |
| 1563 | Turk St. & Stanyan St. | NC - 8' | n |
| 620 | Ulloa St. & Lenox Way | NC - 8' | n |
| 86 | Ulloa St. & West Portal | C - 12' | 2 |

 **Municipal Transportation Agency** 

| 841 | Union St. & Columbus Ave. | C - 12' | 1 |
|---|---|---|---|
| 735 | Union St. & Gough St. | C - 12' | 1 |
| 1120 | Union St. & Pierce St. | NC - 8' | n |
| 490 | Union St. & Polk St. | C - 12' | 1 |
| 30 | Union St. & Van Ness Ave. | C - 12' | 1 |
| 96 | Valencia St. & 14th St. | C - 12' | 2 |
| 1363 | Valencia St. & 23rd St. | NC - 8' | n |
| 642 | Valencia St. & 24th St. (REVERS CANOPY) | C - 12' | 2 |
| 138 | Valencia St. & Cesar Chavez St. | C - 12' | 2 |
| 150 | Valencia St. & Cesar Chavez St. | NC - 8' | n |
| 1501 | Valencia St. & Duncan St. | C - 8' | 2 |
| 491 | Van Ness Ave & Jackson St. | C - 12' | 1 |
| 978 | Van Ness Ave. & Broadway | C - 12' | 1 |
| 979 | Van Ness Ave. & California St. | C - 12' | 1 |
| 34 | Van Ness Ave. & Chestnut St. | C - 12' | 1 |
| 708 | Van Ness Ave. & Chestnut St. | C - 12' | 1 |
| 72 | Van Ness Ave. & Clay St. | C - 12' | 1 |
| 73 | Van Ness Ave. & Eddy St. | C - 12' | 1 |
| 74 | Van Ness Ave. & Eddy St. | C - 12' | 1 |
| 236 | Van Ness Ave. & Geary Blvd. | C - 12' | 1 |
| 980 | Van Ness Ave. & Greenwich St. TD | C - 12' | 1 |
| 388 | Van Ness Ave. & Grove St. | CPS | 1 |
| 441 | Van Ness Ave. & Jackson St. | C - 12' | 1 |
| 216 | Van Ness Ave. & Market St. | C - 12' | 1 |
| 1 | Van Ness Ave. & McAllister St. | CPS | 1 |
| 89 | Van Ness Ave. & McAllister St. | CPS | 1 |
| 152 | Van Ness Ave. & North Point | C - 12' | 1 |
| 75 | Van Ness Ave. & O'Farrell St. | C - 12' | 1 |
| 76 | Van Ness Ave. & O'Farrell St. | C - 12' | 1 |
| 981 | Van Ness Ave. & Pacific Ave. | C - 12' | 1 |
| 911 | Van Ness Ave. & Pine St. | C - 12' | 2 |
| 79 | Van Ness Ave. & Sacramento St. | C - 12' | 1 |
| 77 | Van Ness Ave. & Sutter St. | C - 12' | 1 |
| 78 | Van Ness Ave. & Sutter St. | C - 12' | 1 |
| 2 | Van Ness Ave. & Union St. | C - 12' | 1 |
| 736 | Van Ness Ave. & Vallejo St. | C - 12' | 1 |

**Municipal Transportation Agency**

 

| 1503 | Van Ness Ave. mid North Point & Bay Sts. | C - 12' | 1 |
|---|---|---|---|
| 799 | Vicente St. & 30th Ave. (66 Term.) | NC - 12' | n |
| 1581 | Visitacion Ave.        (Back Campus Parking Lot)) | NC - 12' | n |
| 339 | Visitacion Ave. & Bayshore Blvd. | C - 12' | 2 |
| 541 | Visitacion Ave. & Rutland St. | NC - 8' | n |
| 567 | Visitacion Ave. & Rutland St. | NC - 8' | n |
| 595 | Visitacion Ave. & Schwerin St. | NC - 8' | n |
| 1154 | Washington St. & Gough St. | NC - 8' | n |
| 1152 | Washington St. & Buchanan St. | NC - 8' | n |
| 1153 | Washington St. & Franklin St. | NC - 8' | n |
| 1155 | Washington St. & Laguna St. | NC - 8' | n |
| 946 | Washington St. & Larkin St. | NC - 8' | n |
| 196 | Washington St. & Mason St. | NC - 8' | n |
| 1156 | Washington St. & Webster St. | NC - 8' | n |
| 669 | Wawona St. & 46th Ave. | C - 16' | 2 |
| 643 | West Portal & St. Francisco Circle (Isle.) | NC - 8' | n |
| 670 | West Portal & St. Francisco Circle (Isle.) | NC - 13' | n |
| 645 | Winston Dr. & Lake Merced Blvd. | NC - 8' | n |
| 709 | Woodside Ave. & Hernandez Ave. | NC - 8' | n |
| 672 | Woodside Ave. & Portola Dr. | NC - 8' | n |
| 1121 | Woodside Ave. & Portola Dr. | C - 12' | 2 |

| Zone | Count |
|---|---|
| =1 | 311 |
| =2 | 429 |
| =n | 357 |

 **Municipal Transportation Agency**           

## <u>EXHIBIT C</u>

**Municipal Railway Metro Extension High Level Boarding Platforms
and E-Line Low-Level Boarding Platforms**

### <u>Municipal Railway Metro Extension High-Level Platforms</u>

1.    Folsom & Embarcadero  (3 2-sided ad panels)
2.    Brannan & Embarcadero  (3 2-sided ad panels)
3.    Second & King Streets  (5 2-sided ad panels)
4.    Fourth & King Streets  (4 2-sided ad panels)

### <u>E-Line Low-Level Boarding Platforms (currently not in operation)</u>

1. Folsom & Embarcadero: 2 platforms
   - (Drawing MC-2, Option B-2)  Note: Ad panels will be placed on the side of the Shelters away from on-coming trains.

2. Brannan & Embarcadero: 2 platforms
   - (Drawing MC-3, Option B-2)  Note: Ad panels will be placed on the side of the Shelters away from on-coming trains.

3. Second & King Streets: 2 platforms
   - (Drawing MC-4, Option A)  Note: Ad panels will be placed on the side of the Shelters away from on-coming trains.

4. Fourth & King Streets: 2 platforms
   - (Drawing MC-5, Option A)  No advertising panels.

 **Municipal Transportation Agency**     

## EXHIBIT D

### List of Low-Level and High-Level Platforms Under Port Jurisdiction

- Ferry Building & Embarcadero (2)
- Washington & Embarcadero (2)
- Broadway & Embarcadero (2)
- Green & Embarcadero (2)
- Greenwich & Embarcadero (2)
- Chestnut & Embarcadero (between Battery & Sansome (2)
- Bay & Embarcadero (2)
- Pier 39 & Embarcadero (1)
- Jefferson & Powell (1)
- Jefferson & Taylor (1)

### Municipal Railway Metro Extension High-Level Boarding Platforms
### F-Line and Future E-Line Low-Level Boarding Platforms

| Platform or Shelter Locations | Platform | Shelter | Commercial: # Double-Sided Ad Panels | Non-Commercial | Ownership | Comments |
|---|---|---|---|---|---|---|
| Folsom & Embarcadero | High Level Platforms w/ Canopies | Canopy (1) | 3 | | SFMTA | Decal re: SFMTA & Port disclaimer |
| *Folsom & Embarcadero* | *Low Level Platform* | *Future E-Line Shelters (2)* | *2* | | *Contractor* | *Decal re: SFMTA & Port disclaimer* |
| Brannan & Embarcadero | High Level Platforms w/ Canopies | Canopy (1) | 3 | | SFMTA | Decal re: SFMTA & Port disclaimer |
| *Brannan & Embarcadero* | *Low Level Platform* | *Future E-Line Shelters (2)* | *2* | | *Contractor* | *Decal re: SFMTA & Port disclaimer* |
| Ferry Building & Embarcadero | F-Line Low Level Platforms w/ Canopies | Canopies (2) | 0 | | SFMTA | |

 **Municipal Transportation Agency**     

| Platform or Shelter Locations | Platform | Shelter | Commercial: # Double-Sided Ad Panels | Non-Commercial | Ownership | Comments |
|---|---|---|---|---|---|---|
| Washington & Embarcadero | F-Line Low Level Platforms w/ Shelters | F-Line Shelters (2) | 2 | | Contractor | Decal re: SFMTA & Port disclaimer |
| Broadway & Embarcadero | F-Line Low Level Platforms w/ Shelters | F-Line Shelters (2) | 2 | | Contractor | Decal re: SFMTA & Port disclaimer |
| Green & Embarcadero | F-Line Low Level Platforms w/ Shelters | F-Line Shelters (2) | 2 | | Contractor | Decal re: SFMTA & Port disclaimer |
| Greenwich & Embarcadero | F-Line Low Level Platforms w/ Shelters | F-Line Shelters (2) | 2 | | Contractor | Decal re: SFMTA & Port disclaimer |
| Chestnut & Embarcadero (between Battery & Sansome) | F-Line Low Level Platforms w/ Shelters | F-Line Shelters (2) | 2 | | Contractor | Decal re: SFMTA & Port disclaimer |
| Bay & Embarcadero | F-Line Low Level Platforms w/ Shelters | F-Line Shelters (2) | 2 | | Contractor | Decal re: SFMTA & Port disclaimer |
| Pier 39 & Embarcadero | F-Line Low Level Platform | No shelter | 0 | | SFMTA | |

 **Municipal Transportation Agency**     

| Platform or Shelter Locations | Platform | Shelter | Commercial: # Double-Sided Ad Panels | Non-Commercial | Ownership | Comments |
|---|---|---|---|---|---|---|
| Jefferson & Powell | F-Line Low Level Platform | No Shelter | 0 | | SFMTA | |
| Jefferson & Taylor | F-Line Low Level Platform | No Shelter | 0 | | SFMTA | |
| Totals: 2007 | | | *18 Ad Panels + 4 Future E-Line* | | | |

 **Municipal Transportation Agency**

 



## EXHIBIT E

### Map of E-Line Low-Level Boarding Platforms and Third Street T-Line High-Level Boarding Platforms (28 Total: Map & Types Listed Below)

---

**Proposed Transit Shelter Advertising Locations**

**(Number of Platforms & Number of 2-Sided Ad Panels)**

**E-Line (Contractor to install & maintain):**
1) Folsom Street & The Embarcadero (1 panel)
2) Brannan Street & The Embarcadero (1 panel)
3) 2nd & King Streets (1 panel)
4) 4th & King Streets

**Third Street Light Rail Line (MTA built, Contractor to maintain):**
1) Fourth/King (1 platform, 1 panel)
2) Mission Rock (2 platforms, 3 panels each)
3) UCSF Mission Bay (2 platforms, 3 panels each)
4) Mariposa (2 platforms, 3 panels each)
5) 20th Street (2 platforms, 3 panels each)
6) 23rd Street (2 platforms, 3 panels each)
7) Marin Street (2 platforms, 3 panels each)
8) Evans (2 platforms, 3 panels each)
9) Hudson/Innes (1 platform, 1 panel)
10) Kirkwood/LaSalle (1 platform, 1 panel)
11) Oakdale/Palou (1 platform, 1 panel)
12) Revere/Shafter Avenues (1 platform, 1 panel)
13) Williams (2 platforms, 3 panels each)
14) Carroll (2 platforms, 3 panels each)
15) Gilman/Paul (2 platforms, 3 panels each)
16) Le Conte (1 platform, 2 panels)

---

 **Municipal Transportation Agency**     

## EXHIBIT F
### List of Low Level Platforms

| # | On Street | At Street | Location | Length | Width | Zoning | Shelter Yes "Y"/No "N" | Transit Shelter # | Non-Commercial "NC" / Commercial "C" and Size in Feet | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 132 SFMTA Low Level Platforms, inc. 70 with Transit Shelters and Nearby Kiosks |||||||||||
| 1 | 1st St. | Howard-Mission | MB-E | 100' | 6' | P | N | | | |
| 2 | 4th St. | Brannan | NS-N | 110' | 6' | M-2 | N | | | |
| 3 | 17th St. | Castro | NS-NE | 100' | 6' | NCD | Y | 1411 | C | Kiosk, F-Line Terminus |
| 4 | 17th St. | Market | NE | | | | Y | 1419 | NC 12' | Kiosk |
| 5 | Bush | Battery | NS-NW | 55' | 6' | C-3-G | N | | | |
| 6 | California | Van Ness | NS-E | | 10.5' | RM-4 | Y | 202 | C 12' | Cable Car |
| 7 | Church | 14th St. | NS-NW | 150' | 6' | NCD | Y | 892 | C 12' | At curb |
| 8 | Church | 14th St. | NS-NE | 150' | 6' | NCD | Y | 0892A | NC 13' | |
| 9 | Church | 16th St. | FS-SE | 104' | 8' | RH-3 | Y | 1388 | NC 13' | |
| 10 | Church | 16th St. | NS-NW | 100' | 6' | RM-2 | N | | | |
| 11 | Church | 16th St. | NS-SE | 100' | 6' | RH-3 | N | | | |
| 12 | Church | 18th St. | NS-SE | 100' | 6' | RM-1 | Y | 1433 | NC 8' | |
| 13 | Church | 24th St. | NS-SE | 150' | 7' | NCD | Y | 1524 | NC 13' | |
| 14 | Church | 24th St. | NS-NW | 150' | 6' | NCD | N | | | |
| 15 | Church | 29th St. | NS-SE | 150' | 8' | NC-1 | Y | 1525 | NC 13' | |
| 16 | Church | Day | NS-SW | 90' | 10' | NC-1 | Y | 1526 | NC 13' | |
| 17 | Church | Duboce | NS-SE | 150' | 5' | NC-3 | Y | 95 | C 12' | At curb |
| 18 | Church | Market | NS-SE | 150' | 6' | NCD | Y | 1389 | NC 13' | |
| 19 | Duboce | Church | NS-SW | 135' | 5' | NCD | N | | | |
| 20 | Duboce | Church | FS-NW | 117' | 5' | RM-3 | N | | | |
| 21 | Folsom | 3rd St. | FS-E | 40' | 7' | C-3-S | N | | | |
| 22 | Folsom | 2nd St. | FS-E | 40' | 7' | M-1 | N | | | |
| 23 | Fremont | Market | NS-E | 110' | | C-3-O | Y | 1480 | NC 13' | |
| 24 | Judah | 9th Av. | NS-SW | 60' | 6' | NC-2 | Y | 1527 | NC 13' | |
| 25 | Judah | 12th Av. | NS-SW | 60' | 6' | RH-2 | N | | | |
| 26 | Judah | 12th Av. | NS-NE | 60' | 6' | RH-3 | N | | | |
| 27 | Judah | 15th Av. | NS-SW | 60' | 6' | RH-2 | N | | | |
| 28 | Judah | 16th Av. | MI-N | 80' | 6' | RM-1 | N | | | |

 **Municipal Transportation Agency**     

| # | On Street | At Street | Location | Length | Width | Zoning | Shelter Yes "Y"/No "N" | Transit Shelter # | Non-Commercial "NC" / Commercial "C" and Size in Feet | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | Judah | 19th Av. | NS-SW | 60' | 6' | RH-3 | N | | | |
| 30 | Judah | 19th Av. | NS-NE | 60' | 6' | RH-2 | Y | 1528 | NC 13' | |
| 31 | Judah | 22nd Av. | FS-SE | 33' | 6' | RH-3 | N | | | |
| 32 | Judah | 23rd Av. | NS-NE | 60' | 6' | RH-3 | N | | | |
| 33 | Judah | 25th Av. | NS-SW | 56' | 6' | RH-3 | Y | 421 | NC 8' | At curb |
| 34 | Judah | 25th Av. | NS-NE | 60' | 6' | RH-3 | N | | | |
| 35 | Judah | 28th Av. | NS-NE | 60' | 6' | NC-1 | N | | | |
| 36 | Judah | 31st Av. | FS-SE | 60' | 6' | NC-2 | N | | | |
| 37 | Judah | 31st Av. | FS-SE | 60' | 6' | NC-2 | N | | | |
| 38 | Judah | 34th Av. | NS-SW | 60' | 6' | RH-3 | N | | | |
| 39 | Judah | 34th Av. | NS-NE | 60' | 6' | RH-3 | N | | | |
| 40 | Judah | 40th Av. | FS-SW | 70' | 6' | RH-1 | Y | 612 | NC 8' | |
| 41 | Judah | 43rd Av. | NS-SW | 60' | 6' | RH-2 | Y | 503 | NC 8' | At curb |
| 42 | Judah | 43rd Av. | NS-NE | 60' | 6' | RH-2 | N | | | |
| 43 | Judah | 46th Av. | NS-SW | 60' | 6' | NC-1 | Y | 325 | C 8' | At curb |
| 44 | Judah | 46th Av. | NS-NE | 60' | 6' | NC-1 | N | | | |
| 45 | Judah | Sunset | NS-SW | 77' | 6' | RH-2 | Y | 225 | C 8' | At curb |
| 46 | Judah | Sunset | NS-NE | 60' | 6' | RH-3 | N | | | |
| 47 | J. Serra | Ocean | FS-NE | 220' | 8' | P | Y | 87 | NC 12' | |
| 48 | J. Serra | Ocean | ROW | | | | | 1626 | NC 12' | Kiosk |
| 49 | J. Serra | Ocean | ROW | | | | | 1627 | NC 12' | Kiosk (2) |
| 50 | Market | 1st St. | NS-SW | 120' | | C-3-O | Y | 1485 | NC 13' | |
| 51 | Market | 2nd St. | NS-NE | 120' | | C-3-O | N | | | |
| 52 | Market | 3rd St. | NS-SW | 120' | | C-3-R | Y | 1486 | NC 13' | Kiosk |
| 53 | Market | 4th St. | NS-SW | 120' | | C-3-R | N | | | |
| 54 | Market | 5th St. | NS-SW | 120' | | C-3-R | y | 1487 | NC 13' | |
| 55 | Market | 5th St. No. | NS-NE | 120' | | P | Y | 1464 | NC 13' | |
| 56 | Market | 6th St. | NS-SW | 120' | | C-3-S | Y | 1488 | NC 13' | |
| 57 | Market | 7th St. | NS-SW | 120' | | C-3-G | N | 1490 | NC 13' | |
| 58 | Market | 7th St. No. | NS-NE | 120' | | P | Y | 1489 | NC 13' | |
| 59 | Market | 7th St. No. | NE | | | | | 1255 | C | Kiosk |
| 60 | Market | 8th St. | NS-SW | 120' | | C-3-G | N | | | |

**Municipal Transportation Agency**  

| # | On Street | At Street | Location | Length | Width | Zoning | Shelter Yes "Y"/No "N" | Transit Shelter # | Non-Commercial "NC" / Commercial "C" and Size in Feet | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 61 | Market | 9th St. | NS-SW | 120' | | C-3-G | N | | | |
| 62 | Market | Battery | NS-NE | 120' | | C-3-G | N | | | |
| 63 | Market | Buchanan | NS-NE | 120' | 8' | NC-3 | N | | | |
| 64 | Market | Church | NS-S | 100' | 6' | NC-3 | Y | 1427 | NC | |
| 67 | Market | Gough | NS-S | 100' | 6' | NC-3 | Y | 382 | C | Kiosk |
| 65 | Market | Church | NE | | | | | 1414 | C 12' | Kiosk |
| 66 | Market | Dolores | NS-S | 100' | 6' | NC-3 | Y | 1415 | C | Kiosk |
| 68 | Market | Guerrero | NS-S | 100' | 6' | RM-2 | Y | 1143 | C | Kiosk |
| 69 | Market | Hyde | NS-NE | 120' | | C-3-G | Y | 1491 | C | Kiosk |
| 70 | Market | Kearny | NS-NE | 120' | | NC-3 | Y | 1466 | NC 13' | |
| 71 | Market | Laguna | NS-NE | 100' | 6' | NC-3 | Y | 1428 | NC 13' | |
| 72 | Market | Larkin | NS-NW | | | | | 1257 | C | Kiosk |
| 73 | Market | Larkin | NS-NE | 120' | | C-3-G | Y | 1257A | NC 13' | |
| 74 | Market | New Montgomery | NS-SW | 120' | | C-3-G | Y | 1493 | NC 13' | |
| 75 | Market | Noe | NS-S | | | | | 1416 | C | Kiosk |
| 76 | Market | Noe | NS-NW | 100' | 6' | NC-4 | Y | 1341 | C 12' | |
| 77 | Market | Sanchez | NS-S | 100' | 6' | NC-3 | Y | 1073 | NC 12' | |
| 78 | Market | Sanchez | NS-NW | | | | | 1412 | C | Kiosk |
| 79 | Market | Sanchez | SW | | | | | 1413 | C | Kiosk |
| 80 | Market | So. Van Ness | NS-S | 100' | 6' | NC-3 | Y | 1259 | C | Kiosk |
| 81 | Market | Stockton | NS-NE | 120' | | C-3-R | Y | 1467 | NC 13' | |
| 82 | Market | Taylor | NS-NE | 120' | | C-3-S | Y | 1468 | NC 13' | |
| 84 | Market | Van Ness | NS-NE | 100' | 6' | C-3-S | Y | 1260A | NC 13' | |
| 85 | Mission | Fremont-1st St. | MB-S | | | C-3-O | Y | 1480 | NC 13' | |
| 86 | Ocean | Aptos | NS-W | 60' | 6' | RH-1 | N | | | |
| 87 | Ocean | Aptos | NS-E | 60' | 6' | P | N | | | |
| 88 | Ocean | Cerritos | NS-W | 60' | 6' | RH-1 | N | | | |
| 89 | Ocean | Dorado Terr. | NS-NE | 60' | 6' | NC-2 | Y | 1470 | NC 13' | |
| 90 | Ocean | Fairfield | FS-NW | 60' | 6' | NC-2 | N | | | |
| 91 | Ocean | Geneva | NS-SW | 219' | 11' | NC-2 | Y | 666 | C 8' | |
| 92 | Ocean | Geneva | NS-SW | 219' | 11' | NC-2 | Y | 1382 | C 8' | |
| 93 | Ocean | Geneva | NS-SW | 219' | 11' | NC-2 | Y | 667 | C 8' | |

 **Municipal Transportation Agency**     

| # | On Street | At Street | Location | Length | Width | Zoning | Shelter Yes "Y"/No "N" | Transit Shelter # | Non-Commercial "NC" / Commercial "C" and Size in Feet | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 94 | Ocean | Geneva | NS-SW | 219' | 11' | NC-2 | Y | 1381 | C 8' | |
| 95 | Ocean | Jules | NS-SW | 60' | 9' | NC-2 | Y | 1530 | NC 13' | |
| 96 | Ocean | Lee | NS-SW | 60' | 5' | NC-2 | Y | 1628 | NC 13' | |
| 97 | Ocean | Lee | NS-NE | 214' | 6' | P | Y | 508 | C | Kiosk |
| 98 | Ocean | Miramar | NS-SW | 60' | 5' | NC-2 | N | | | |
| 99 | Ocean | Miramar | NS-SW | 60' | 5' | NC-2 | N | | | |
| 100 | Ocean | San Leandro | NS-W | 60' | 4' | NC-1 | N | | | |
| 101 | Ocean | San Leandro | MS-E | 60' | 4' | RH-1 | N | | | |
| 102 | Ocean | Victoria | NS-SW | 60' | 6' | RH-1 | Y | 1630 | NC 13' | |
| 103 | Ocean | Victoria | NS-SW | 60' | 6' | RH-1 | Y | 1631 | NC 13' | |
| 104 | Ocean | West Gate | NS-E | 60' | 6' | RH-1 | N | | | |
| 105 | Powell | Post | NS-SE | | | P | N | | | |
| 106 | Richardson | Francisco | FS-SE | 75' | 15' | RH-1 | Y | 1360 | C 12' | |
| 107 | San Jose | Farallones | NS-N | 25' | 5' | RH-1 | N | | | |
| 108 | San Jose | Farallones | NS-S | 65' | 5' | P | N | | | |
| 109 | San Jose | Geneva | NS-SW | 93' | 6' | P | Y | 514 | C 12' | |
| 110 | San Jose | Glen Park Sta. | NS-E | 150' | 6' | P | Y | 1582 | NC 12' | |
| 111 | San Jose | Glen Park Sta. | FS-W | 150' | 6' | P | Y | 1583 | NC 12' | |
| 112 | San Jose | Lakeview | NS-N | 10' | 5' | RH-1 | N | | | |
| 113 | San Jose | Lakeview | NS-S | 10' | 5' | RH-2 | N | | | |
| 114 | San Jose | Mt. Vernon | NS-N | 60' | 5' | P | N | | | |
| 115 | San Jose | Mt. Vernon | NS-S | 60' | 5' | P | Y | 838 | NC 12' | |
| 116 | San Jose | Ocean | NS-SE | 100' | 5' | P | N | | | |
| 117 | San Jose | Ocean | NS-N | 100' | 5' | P | N | | | |
| 118 | San Jose | Randall | NS-S | 150' | 5' | P | N | | | |
| 119 | San Jose | Randall | FS-W | 150' | 6' | RH-2, P | N | | | |
| 120 | San Jose | Santa Rosa | FS-E | 30' | 5' | RH-1 | N | | | |
| 121 | San Jose | Santa Rosa | NS-N | 150' | 5' | NC-1 | N | | | |
| 122 | San Jose | Santa Ynez | NS-N | 75' | 6' | RH-1 | N | | | |
| 123 | San Jose | Santa Ynez | NS-S | 75' | 7' | RH-2 | N | | | |
| 124 | Stockton | Geary | NS-NW | 75' | 4' | P | N | | | |
| 125 | Taraval | 22nd Av. | FS-SE | 124' | 6'6" | NC-2 | Y | 1531 | NC 13' | |
| 126 | Taraval | 23rd Av. | FS-NW | 110' | 6'6" | NC-2 | Y | 1532 | NC 13' | |
| 127 | Taraval | Sunset | NS-SW | 140' | 6' | NC-2 | Y | 440 | NC 8' | |

 **Municipal Transportation Agency**     

| # | On Street | At Street | Location | Length | Width | Zoning | Shelter Yes "Y"/No "N" | Transit Shelter # | Non-Commercial "NC" / Commercial "C" and Size in Feet | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 128 | Taraval | Sunset | NS-NE | 140' | 6' | NC-2 | Y | 1533 | NC 13' | |
| 129 | West Portal | 14th Av. | NE | 55' | 6' | NCD | N | | | |
| 130 | West Portal | 15th Av. | SE | 55' | 6' | NCD | N | | | |
| 131 | West Portal | Sloat | NE | 193' | 7'6" | NCD | N | | | |
| 132 | West Portal | Sloat | NW | 280' | 8'6" | NCD | N | | | |
| | Total | | | | | | | 70 | 6 C8', 7 C12' | 18 Kiosks |
| | | | | | | | | 31 of 70 Shelters = Commercial Shelters | | |
| | | | | | | 70 of | 132 (53%) Low Level Platforms w/ Shelters | | | |

**Abbreviations:**

| | | | |
|---|---|---|---|
| FS | = far side | NE | = northeast |
| MB | = mid-block | SE | = southeast |
| ROW | = Right of Way | SW | = southwest |
| MI | = mid-intersection | N | = north |
| NW | = northwest | T# | = transit ID number |
| S | = south | | |

 **Municipal Transportation Agency**

 

## EXHIBIT G

### Stonestown High Level Boarding Platform



**Stonestown Station.** Notwithstanding the limitations of Section 6.1, with respect to the Stonestown Station only, Contractor may display advertising on the west-facing sides of eight double-sided display cases on the platform, each four feet by six feet (4'x6') in dimension. Contractor may display public service announcements on two of the east-facing sides of the eight display cases. Contractor shall display only materials provided by the City or public service announcements on the six remaining east-facing sides. City shall have exclusive use of three additional display cases at least two feet by three feet. The displays under this section shall be consistent with the photograph of the Stonestown Station attached as <u>Exhibit G</u>.

 **Municipal Transportation Agency**      

## EXHIBIT H

### CONTRACTOR'S MAINTENANCE AND REPAIR DUTIES

#### High-Level Boarding Platforms, F-Line and Future E-Line Low Level Boarding Platforms

Contractor's duties for all High-Level platforms, F-Line and future E-Line low level boarding platforms will include maintenance, and if necessary, repair or replacement of damaged or destroyed Shelter or platform components, and as more particularly described below. **Contractor must notify SFMTA and obtain prior written approval for access to SFMTA tracks and other secured areas, and as required by the SFMTA's safety training guidelines.**

1.  General cleaning of ramp and entire platform, including removal of litter. Cleanup of broken glass immediately upon notification; cordoning off of any hazardous area or condition.

2.  Graffiti removal and repainting, using custom colors, as needed, of all railings on ramps, stairs, and on platforms.

3.  Graffiti removal and repainting, using custom colors, as needed, from any ticket vending machines.

4.  Graffiti removal and repainting, using custom colors, as needed, from bottom ten feet (10') of any utility pole mounted on or immediately adjacent to platform.

5.  Graffiti removal and repainting, using custom colors, as needed, of any platform canopies, and canopy truss cantilever. Steam cleaning of any glass canopy roof, and the associated shadow casters for the Third Street platforms at each platform once a year during the months of June, July or August.

6.  Graffiti removal, steam cleaning, as needed, of walking surfaces on the ramps, platforms, stairs, and paving inlays.

7.  Prior to cleaning any art elements that have been vandalized (e.g., with graffiti), Contractor agrees to call SFMTA for instructions as to cleaning methods and repainting. SFMTA will consult with the Arts Commission prior to giving any instructions to Contractor. The maintenance and repair of the pole-mounted sculpture on the Third Street platforms is specifically excluded from the Contractor's maintenance and repair duties.

8.  Replacement of damaged components and graffiti removal and repainting, using custom colors, as needed, from all platform signs and decals and signage connections, if any (SFMTA will provide decals), including, but not limited to, train directional, station identification, street direction.

 **Municipal Transportation Agency**

 

9.  Repair, replacement, graffiti removal and repainting, using custom colors, as needed, of platform lighting fixtures, including poles.  Replacement of bulbs, as needed, for all platform lights and light poles.

10. Repair, replacement, graffiti removal and repainting, using custom colors, as needed, of seating.

11. Repair, replacement, graffiti removal and repainting, using custom colors, as needed, of platform windscreens, anti-graffiti shields, and glass panels.  Note:  SFMTA has a limited inventory of spares.  Therefore, Contractor will have to purchase and install new windscreens, anti-graffiti shields, and glass panels if SFMTA spares are depleted.

12. Repair, replacement, maintenance and graffiti removal from any waste receptacles, and waste removal daily, if needed.  NOTE:  SFMTA has waste receptacles for all Third Street platforms but may not be able to install them because of security concerns.

13. Repair, replacement, graffiti removal and repainting, using custom colors, as needed, of all display cases, including, but not limited to, advertising, art, and SFMTA information display cases; where fiberglass art panels are contained in display cases, Contractor will clean the outside of the display cases only.

14. Graffiti removal, and repainting, using custom colors, as needed, of any video monitors, cameras, NextMuni, and other communications system equipment.  Contractor will not be responsible to repair or replace such equipment.

15. Graffiti removal and repainting, using custom colors, as needed, of Third Street canopy "marquee" pole, as well as bulb replacement of "marquee pole" beacon light.

16. Minor repairs, graffiti removal and repainting, as needed, of any portions of platform or shelter not mentioned above.

17. Contractor is not responsible for the replacement and/or repair of the "Art Enrichment" components installed on the Platforms (see table below); however, if provided with replacement "Art Enrichment" components, Contractor will install them under the supervision of the Arts Commission and SFMTA.

18. Replacement and repair of damaged components of F-Line and E-Line Shelters within 14 days unless an extension is approved by the Executive Director/CEO or his/her representative.

19. Replacement and repair of damaged components of Platforms within 14 days unless an extension is approved by the Executive Director/CEO or his/her representative. SFMTA will provide a limited inventory of additional spares and color specifications.  Therefore, Contractor will have to purchase and install new components if SFMTA spares are depleted.

 **Municipal Transportation Agency**  

### Third Street Light Rail Art Enrichment Program

### Platform Art Elements

| Platform | Pole-mounted sculpture All stainless steel, except for Oakdale/Palou | Metal Canopy Shadowcaster Panels Stainless steel | Paving insets Various materials |
|---|---|---|---|
| 4th and King | Blue ball with horizontal spokes | Train tracks | Metal arc Stainless steel |
| Mission Rock IB & OB | Standard | None | Metal letters (SS) |
| South St. IB & OB | Helix, blue rotating cups | Helix | Metal letters (SS) |
| Mariposa IB & OB | Standard | None | Metal letters (SS) |
| 20th St. IB & OB | Flight-blue ball with metal rings | Birds | Metal (SS) birds in concrete circles |
| Kirkwood/La Salle | Flat stainless steel rectangles | Tools | Granite ship and sandblasted painted elements |
| Oakdale/Palou | Bronze double rectangles | Kente cloth | Granite circle and sandblasted and painted elements |
| Revere/Shafter | Flat stainless steel circle | Birds | Mosaic birds in concrete squares |
| Arleta | Standard | Leaves | Bronze trees in concrete circles |
| Sunnydale | Torchiere-stainless steel mesh, LED lights | Asian-inspired abstract | Granite circles-phases of the moon |

**IB -- Inbound**
**OB -- Outbound**
SS -- Stainless Steel