DENNIS J. HERRERA, State Bar #139669
City Attorney
KRISTEN A. JENSEN, State Bar #130196
THOMAS S. LAKRITZ, State Bar #161234
VICTORIA WONG, State Bar #214289
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102
Telephone:     (415) 554-6547
Facsimile:      (415) 554-4747
E-Mail:          tom.lakritz@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRO FUEL LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county and DOE 1 through DOE 10, <br><br> Defendants. | Case No. C07-6067 JSW <br><br> **DECLARATION OF DANIEL A. SIDER IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** <br><br> Hearing Date:   November 14, 2008 <br> Time:                9:00 a.m. <br> Place:               Courtroom 2, 17th Floor <br><br> Trial Date:        October 26, 2009 |

I, DANIEL A. SIDER, declare:

1.  I have personal knowledge of the matters stated herein, except for those matters set forth on information and belief, which I believe to be true, and if called to testify, I can and will testify competently as to all matters set forth herein.

2.  I am employed as a Senior Planner in the Director's Office at the San Francisco Planning Department. I have been employed in this capacity for approximately one year. Prior to my employment as a Senior Planner for the Planning Department, I was employed by the San Francisco Mayor's Office as the Director of City Greening. Prior to that I worked for the Planning Department in a variety of roles starting in 2000.

3.  The Planning Department is the department of the City and County of San Francisco (the "City") that is charged with implementing the City's planning and zoning ordinances, including Article 6 of the Planning Code, which applies to general advertising signs or billboards.

4.  As a Senior Planner in the Director's Office, I am responsible for a number of programs and issues within the Department's purview, including a wide range of short and long-term activities determined by the Director of Planning and the Zoning Administrator/Deputy Director. Beginning in approximately April 2008, I was assigned to manage the Department's General Advertising Sign Program, which currently has two full-time staff persons (Jonathan Purvis and Kimerbly Durandet) and one student design trainee (Ember Crouch).

5.  On the morning of August 27, 2008, at approximately 7:30 a.m., I was walking east along the southern side of Market Street near the intersection of Castro and Noe Streets. I frequently walk along this portion of Market Street in the course of my morning walk to work. That particular morning, a large truck with a lift-basket was parked at 2395-2399 Market Street, in an off-street parking space typically reserved by a car-sharing service and associated with the Chevron gas station located at that property. The size of the truck caused it to partially block the sidewalk.

///

///

6. Immediately behind the truck, which had backed-in to the parking space, was a sign structure affixed to the concrete. The structure displayed general advertising signage and was visually consistent with those installed by Metro Fuel elsewhere in San Francisco. Metal conduit, of the type typically used to supply electricity, had been run to the sign from a neighboring structure. The structure itself appeared to be in an incomplete state. In particular, the pre-fabricated tubing and base-plate appeared to lack adequate painting or other coating, while construction masking tape was placed methodically around the base of the sign and on the adjacent concrete. Semi-permanent ground paint, such as that typically used in construction activities, was visible around the base of the sign.

7. The sign and associated activities arrested my attention in particular because the last time I had seen that location, on the morning of August 18, 2008, no such sign was apparent to me.

8. Due to my position at the Planning Department, and having knowledge of Metro Fuel's activities in San Francisco, I approached a workman who was kneeling at the base of the sign and apparently performing some maintenance or installation activity. The workman subsequently identified himself as Juana Arana, an employee of Golden Gate Sign Company, Inc., and informed me that he was installing caulking. I asked Mr. Arana to show me a permit for the work that he was performing. Mr. Arana informed me that while he did not have a permit, his employer did indeed have one, and that I should contact his supervisor at the company's office.

9. Mr. Arana provided me with his business card and subsequently showed me a letter-sized form on pink carbon-copy paper, which he indicated was related to the work he was performing. The form appeared to be a work-order or similar document and indicated that the client for whom the work was being performed was "Fuel."

. / / /

/ / /

/ / /

/ / /

1 | 10. I took three photographs of the sign and the construction truck with my mobile phone. Upon arriving in the office, I emailed those photos from my mobile phone to my work email account. True and correct copies of the photos I took on August 27, 2008, are attached as Exhibit A.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on August 28, 2008

By: _____/s/_____
DANIEL A. SIDER

**SIGNATURE ATTESTATION**

(U.S.D.C. N.D. Cal. General Order 45, Section X.B.)

I obtained the concurrence in the filing of this document from the signatory of this declaration, in compliance with U.S.D.C. N.D. General Order 45, Section X.B.

Dated: August 29, 2008

DENNIS J. HERRERA
City Attorney
KRISTEN A. JENSEN
THOMAS S. LAKRITZ
VICTORIA WONG
Deputy City Attorneys

By: _____/S/_____.
THOMAS S. LAKRITZ

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO