DENNIS J. HERRERA, State Bar #139669
City Attorney
KRISTEN A. JENSEN, State Bar #130196
THOMAS S. LAKRITZ, State Bar #161234
VICTORIA WONG, State Bar #214289
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102
Telephone:     (415) 554-6547
Facsimile:      (415) 554-4747
E-Mail:          tom.lakritz@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRO FUEL LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county and DOE 1 through DOE 10,<br><br>Defendants. | Case No. C07-6067 JSW<br><br>**DECLARATION OF GRACE MOORE IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Hearing Date:   November 14, 2008<br>Time:                9:00 a.m.<br>Place:               Courtroom 2, 17th Floor<br><br>Trial Date:        October 26, 2009 |

I, GRACE MOORE, declare:

1.   I have personal knowledge of the matters stated herein, except for those matters set forth on information and belief, which I believe to be true, and if called to testify, I can and will testify competently as to all matters set forth herein.

2.   I am employed as a News Rack Program Coordinator in the Bureau of Street Use and Mapping for the Department of Public Works ("DPW") for the City and County of San Francisco ("the City").  I have held this position since August, 2006.  Prior to my current position, I was a Special Assistant in the Bureau of Street Use and Mapping at DPW.

3.   As a Public Information Officer in the Bureau of Steret Use and Mapping, I am responsible for administering and enforcing Article 5, Section 184.12 of the Public Works Code.

4.   Part of my responsibilities is to survey and document existing free standing news racks prior to approval and installation of fixed pedestal news racks.

5.   On May 29, 2007, I took a picture of the various freestanding newsracks at the corner of King and 3rd Streets.  A true and correct copy of the picture I took on May 29, 2007, is attached as Exhibit A.  This picture is on the top of the page.

6.   On July 6, 2007, I took a picture of the new Fixed Pedestal Newsracks at the corner of King and 3rd Streets.  A true and correct copy of the picture I took on July 6, 2007, is attached as Exhibit A.  This picture is on the bottom of the page.

7.   The new Fixed Pedestal Newsracks are designed to provide a uniformed street-worthy and well maintained alternative to free-standing news racks.  Each unit is designed with 6, 8 or 10 box spaces.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on August 28, 2008

By: _____/s/_____
         GRACE MOORE

DECLARATION OF GRACE MOORE         1         n:\land\li2008\080804\00505664.doc
USDC No. C07-6067 JSW

**SIGNATURE ATTESTATION**

(U.S.D.C. N.D. Cal. General Order 45, Section X.B.)

I obtained the concurrence in the filing of this document from the signatory of this declaration, in compliance with U.S.D.C. N.D. General Order 45, Section X.B.

Dated: August 29, 2008

DENNIS J. HERRERA
City Attorney
KRISTEN A. JENSEN
THOMAS S. LAKRITZ
VICTORIA WONG
Deputy City Attorneys


By:_____/S/_____.
THOMAS S. LAKRITZ

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO