# EXHIBIT A



## Before and After



Knig & 3rd NE
07/06/07