1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  KRISTEN A. JENSEN, State Bar #130196
   THOMAS S. LAKRITZ, State Bar #161234
3  VICTORIA WONG, State Bar #214289
   Deputy City Attorneys
4  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
5  San Francisco, California 94102
   Telephone:     (415) 554-6547
6  Facsimile:     (415) 554-4747
   E-Mail:         tom.lakritz@sfgov.org
7
8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  METRO FUEL LLC, a Delaware limited         Case No. C07-6067 JSW
    liability company,
14                                             **[PROPOSED] ORDER DENYING**
                    Plaintiff,                 **PLAINTIFF'S MOTION FOR A**
15                                             **PRELIMINARY INJUNCTION**
            vs.
16
    CITY OF SAN FRANCISCO, a municipal         Trial Date:          October 26, 2009
17  corporation, COUNTY OF SAN
    FRANCISCO, a subdivision of the State
18  of California, CITY AND COUNTY OF
    SAN FRANCISCO, a chartered California
19  city and county and DOE 1 through DOE
    10,
20
                    Defendants.
21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This matter coming before the Court upon Plaintiff's motion for a preliminary injunction, and for good cause shown, it is now hereby ORDERED as follows:

1.      Plaintiff's motion for preliminary injunction is DENIED.


IT IS SO ORDERED.



DATED:_____     BY_____

                                                  THE HONORABLE JEFFREY S. WHITE
                                                  U.S. DISTRICT COURT JUDGE