# ELECTRICAL PERMIT

CITY AND COUNTY OF SAN FRANCISCO
DEPARTMENT OF BUILDING INSPECTION

**PERMIT #** EW20080822221

DATE & TIME ISSUED: **8/22/2008 3:38:09 PM**
ELECTRICAL DIVISION (558-6030)

| JOB ADDRESS | UNIT | BLK/LOT | BLDG. USE | FLOOR |
|---|---|---|---|---|
| 2399 MARKET | | 3563 / 023 | Commercial | 1 |

| OWNER NAME | OWNER PHONE |
|---|---|
| SAHAGUN PROPERTIES LLC | 4155867963 |
| TENANT NAME | TENANT PHONE |

| COMPANY NAME | LICENSE # | CLASS | EXPIRATION | BTRC # |
|---|---|---|---|---|
| MARK W SCHULKAMP ELECTRIC | 363253 | C10 | 8/31/2008 | 427423 |
| ADDRESS | CITY | | STATE | ZIP |
| P.O.BOX 2308 | DALY CITY | | CA | 94017-0000 |
| APPLICANT NAME | | | | PHONE |
| MARK SCHULKAMP | | | | 4155867963 |

hook up electrical sign [Scope of work does not include residential electric space heater installation.]

- Building Use: Commercial
- Work Scope: Electric signs
- Exterior signs: 4

| | |
|---|---|
| PERMIT FEE: | 187.00 |
| SURCHARGE: | 0.00 |
| ENHANCED ACCESS FEE: | 5.00 |
| TOTAL PERMIT FEE: | 192.00 |

THIS PERMIT EXPIRES 90 DAYS AFTER THE DATE AND TIME ISSUED