| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
| | City Attorney |
| 2 | KRISTEN A. JENSEN, State Bar #130196 |
| | THOMAS S. LAKRITZ, State Bar #161234 |
| 3 | VICTORIA WONG, State Bar #214289 |
| | Deputy City Attorneys |
| 4 | City Hall, Room 234 |
| | 1 Dr. Carlton B. Goodlett Place |
| 5 | San Francisco, California 94102 |
| | Telephone: (415) 554-6547 |
| 6 | Facsimile: (415) 554-4747 |
| | E-Mail: tom.lakritz@sfgov.org |
| 7 | |
| | Attorneys for Defendant |
| 8 | CITY AND COUNTY OF SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRO FUEL LLC, a Delaware limited liability company, | Case No. C07-6067 JSW |
| Plaintiff, | [PROPOSED] ORDER GRANTING CITY'S ADMINISTRATIVE MOTION TO CONTINUE BRIEFING DATE |
| vs. | |
| CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county and DOE 1 through DOE 10, | |
| Defendants. | |

This matter coming before the Court upon Plaintiff's administrative motion to continue briefing date, it is now hereby ORDERED as follows:

    1. The City's administrative motion to continue briefing date is GRANTED.

2. The Court grants a continuance of the date by which the City must file its reply brief in support of motion for judgment on the pleadings to on or before Wednesday, October 8, 2008.

IT IS SO ORDERED:

DATED: September 16, 2008      By: _____
                                  THE HONORABLE JEFFREY S. WHITE

[PROPOSED] ORDER
USDC No. C07-6067 JSW

2

n:\land\li2008\080804\00509271.doc