1  PAUL E. FISHER, State Bar #125309
   The Law Offices of Paul E. Fisher
2  537 Newport Center Dr., #289
   Newport Beach CA  92660
3  Telephone:     (949) 675-5619
   Facsimile:     (949) 675-5641
4
   ERIC HECKER (admitted *pro hac vice*)
5  Emery Celli Brinckerhoff & Abady LLP
   75 Rockefeller Plaza, 20th Floor
6  New York, NY 10019
   Telephone: (212) 763-5000
7  Facsimile:  (212) 763-5001

8  Attorneys for Plaintiff
   METRO FUEL LLC
9
   DENNIS J. HERRERA, State Bar #139669
10 City Attorney
   KRISTEN A. JENSEN, State Bar #130196
11 THOMAS S. LAKRITZ, State Bar #161234
   VICTORIA WONG, State Bar #214289
12 Deputy City Attorneys
   City Hall, Room 234
13 1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102
14 Telephone:     (415) 554-6547
   Facsimile:     (415) 554-4747
15 E-Mail:        tom.lakritz@sfgov.org

16 Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
17

18                 UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20  METRO FUEL LLC, a Delaware limited liability company, | Case No. C07-6067 PJH |
| 21                Plaintiff, | The Honorable Phyllis J. Hamilton |
| 22            vs. | **JOINT CASE MANAGEMENT STATEMENT**  AND ORDER |
| 23  CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county and DOE 1 through DOE 10, | Hearing Date:   April 30, 2009  Time:            2:30 P.M. |
| 27                Defendants. | |

28

JOINT CASE MANAGEMENT STATEMENT                1
USDC No. C07-6067 PJH

1       The parties in this action hereby submit this Joint Case Management Statement and advise the Court as follows:

    1.   On or about April 16, 2009, the United States Court of Appeals for the Ninth Circuit denied the petition for rehearing en banc in the *Metro Lights* case.

    2.   Metro Fuel (which is the successor in interest to Metro Lights) intends to petition the United States Supreme Court for certiorari in the *Metro Lights* case. Metro Fuel's petition is due to be filed in mid-July 2009. The parties expect that the United States Supreme Court will act on the petition in October 2009.

    3.   The parties hereby jointly recommend and request that the Case Management Conference presently scheduled for April 30, 2009 be continued until November 12, 2009 at 2:30 p.m., with a Joint Case Management Statement to be filed on or before October 29, 2009. The parties request that the Court vacate March 19, 2008 Order Scheduling Trial And Pretrial Matters.

    4.   The continuance shall not preclude the parties from filing a motion before the Case Management Conference.

Dated:  April 23, 2009            EMERY CELLI BRINCKERHOFF & ABADY LLP


                                  By:_____/S/_____.
                                            ERIC HECKER

                                  Attorneys for Plaintiff METRO FUEL LLC.


Dated:  April 23, 2009            DENNIS J. HERRERA, City Attorney
                                  KRISTEN A. JENSEN
                                  THOMAS S. LAKRITZ
                                  VICTORIA WONG

4/27/09


IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                                  By:_____/S/_____.
                                            THOMAS S. LAKRITZ

                                  Attorneys for Defendant CITY AND COUNTY
                                  OF SAN FRANCISCO

JOINT CASE MANAGEMENT STATEMENT             2
USDC No. C07-6067 PJH