PAUL E. FISHER, State Bar #125309
The Law Offices of Paul E. Fisher
3101 W. Coast Highway, Suite 311
Newport Beach CA  92663
Telephone:	(949) 631-9100
Facsimile:	(949) 631-9101

ERIC HECKER (admitted *pro hac vice*)
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
Telephone: (212) 763-5000
Facsimile:  (212) 763-5001

Attorneys for Plaintiff
METRO FUEL LLC

DENNIS J. HERRERA, State Bar #139669
City Attorney
KRISTEN A. JENSEN, State Bar #130196
THOMAS S. LAKRITZ, State Bar #161234
VICTORIA WONG, State Bar #214289
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102
Telephone:	(415) 554-6547
Facsimile:	(415) 554-4757
E-Mail:	tom.lakritz@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRO FUEL LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county and DOE 1 through DOE 10,<br><br>    Defendants. | Case No. C07-6067 PJH<br><br>The Honorable Phyllis J. Hamilton<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [~~PROPOSED~~] ORDER**<br><br>Hearing Date:  November 12, 2009<br>Time:     2:30 P.M. |

The parties in this action hereby submit this Joint Case Management Statement and advise the Court as follows:

1. On or about April 16, 2009, the United States Court of Appeals for the Ninth Circuit denied the petition for rehearing en banc in the *Metro Lights* case.

2. Metro Fuel (which is the successor in interest to Metro Lights) filed its petition for certiorari to the United States Supreme Court in the *Metro Lights* case on August 31, 2009.

3. Los Angeles's response to Metro Fuel's petition for certiorari in the *Metro Lights* case is now due on November 16, 2009.

4. The parties expect that the United States Supreme Court will act on the petition in January 2010.

5. The parties hereby jointly recommend and request that the Case Management Conference presently scheduled for November 12, 2009, be continued until February 11, 2010, at 2:00 ~~2:30~~ p.m., with a Joint Case Management Statement to be filed on or before January 28, 2010.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6. The continuance shall not preclude the parties from filing a motion before the Case Management Conference.

Dated: October 29, 2009              EMERY CELLI BRINCKERHOFF & ABADY LLP


                                     By:          /S/                          .
                                             ERIC HECKER

                                     Attorneys for Plaintiff METRO FUEL LLC.


Dated: October 29, 2009              DENNIS J. HERRERA
                                     City Attorney
                                     KRISTEN A. JENSEN
                                     THOMAS S. LAKRITZ
                                     VICTORIA WONG
                                     Deputy City Attorneys



                                     By:          /S/                          .
                                             THOMAS S. LAKRITZ

                                     Attorneys for Defendant CITY AND COUNTY
                                     OF SAN FRANCISCO


### [~~PROPOSED~~] CASE MANAGEMENT ORDER

The Case Management Conference Statement of the parties is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. The Court further orders:


IT IS SO ORDERED:

Dated: 11/2/09                       By:                                       .
                                             HONORABLE PHYLLIS J. HAMILTON
                                             United States District Court Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton* (signature stamp)

**SIGNATURE ATTESTATION**

(U.S.D.C. N.D. Cal. General Order 45, Section X.B)

I obtained the concurrence in the filing of this document from each other signatory, or from the single signatory, in compliance with U.S.D.C. N.D. General Order 45, Section X.B.

Dated:  October 29, 2009

DENNIS J. HERRERA
City Attorney
KRISTEN A. JENSEN
THOMAS S. LAKRITZ
VICTORIA WONG
Deputy City Attorneys

By: _____/S/_____
THOMAS S. LAKRITZ

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO