REUBEN & JUNIUS, LLP
KEVIN H. ROSE, State Bar # 178707
SHANNON S. LINDSAY, State Bar # 227174
One Bush Street, Suite 600
San Francisco, California 94104
Telephone: (415) 567-9000
Facsimile: (415) 399-9480

ERIC HECKER (admitted *pro hac vice*)
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
Telephone: (212) 763-5000
Facsimile: (212) 763-5001

Attorneys for Plaintiff
METRO FUEL LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

METRO FUEL LLC, a Delaware limited liability company,

Plaintiff,

vs.

CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county and DOE 1 through DOE 10,

Defendants.

Case No. C07-6067 PJH

The Honorable Phyllis J. Hamilton

**NOTICE OF SUBSTITUTION OF ATTORNEY AND ORDER**

**TO THE HONORABLE COURT:**

**COMES NOW** plaintiff through the undersigned attorneys, and very respectfully state, allege and pray as follows:

The herein plaintiff has been represented by Paul E. Fisher, Esq. In this regard, plaintiff has acquiesced to Mr. Fisher's withdrawal of its legal representation herein, and have authorized Reuben & Junius, LLP, to assume its legal representation herein.

In view of the foregoing, the undersigned attorneys respectfully request that this Honorable Court authorize the withdrawal of Paul E. Fisher as plaintiff's legal counsel herein, and accept Reuben & Junius, LLP as plaintiff's attorneys herein. As such, plaintiff respectfully requests that this Honorable Court and the defendants cease to notify orders and motions to Paul E. Fisher and that any such orders and motions be notified to the following:

Shannon S. Lindsay, Esq.
Reuben & Junius, LLP
One Bush Street, Suite 600
San Francisco, CA 94104
Tel: (415) 567-9000
Fax: (415) 399-9480
E-mail: slindsay@reubenlawcom

**WHEREFORE**, plaintiffs respectfully request that this Honorable Court authorize the substitution of counsel prayed herein, relieve Paul E. Fisher from their legal representation and authorize Reuben & Junius, LLP to act as plaintiff's new counsel of record.

Dated: December __, 2009

REUBEN & JUNIUS, LLP

By: /S/

Dated: December __, 2009

EMERY CELLI BRINCKERHOFF & ABADY LLP

By: /S/
ERIC HECKER
Attorneys for Plaintiff METRO FUEL LLC.

Dated: December __, 2009

THE LAW OFFICES OF PAUL E. FISHER

By: /S/ ______________________.
PAUL E. FISHER

**ORDER**

Good Cause appearing, IT IS ORDERED:

That the substitution of counsel is allowed, Reuben & Junius, LLP is allowed to appear as counsel for plaintiff and Paul E. Fisher is allowed to withdraw as counsel for plaintiff.

Dated: December 22, 2009



# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is RUEBEN & JUNIUS, LLP, One Bush Street, Suite 600, San Francisco, CA 94104.

On December ____, 2009, I served the following document(s) by the method indicated below:

- **Substitution of Counsel and Order**

**X** **ECF SYSTEM**

By filing the document(s) listed above the Court's Electronic Case Filing System. I am informed and believe that the documents will be electronically served on all individuals registered with such system. For individuals not registered with the ECF system, I have placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, CA California addressed as set forth below for delivery. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December _____, 2009, at San Francisco, California.

/s/ Shannon S. Lindsay____________
Shannon S. Lindsay

**SERVICE LIST**

City and County of San Francisco
c/o Kristen A. Jensen
Deputy City Attorney
San Francisco City Attorney's Office
1 Dr. Carlton B. Goodlet Place, Room 234
San Francisco, CA 94102

Fuel Outdoor San Francisco, LLC
c/o Paul E. Fisher
The Law Offices of Paul E. Fisher
537 Newport Center Drive, Suite 289
Newport Beach, CA 92660

Next Media Outdoor, Inc.
c/o Janice Vaughn Mock
Nossman LLP
50 California Street, 34th Floor
San Francisco, CA 94111-4799

West Coast Outdoor Media, Inc.
c/o Michael McCloskey
Brendan Hallinan
819 Eddy Street
San Francisco, CA 94109

CBS Outdoor Inc.
c/o Anthony M. Leones
Miller Starr Regalia
1331 N. California Boulevard, Fifth Floor
P.O. Box 8177
Walnut Creek, CA 94596

Clear Channel Outdoor, Inc.
c/o Nicholas W. van Aelstyn
Beveridge & Diamond, P.C.
456 Montgomery Street, Suite 1800
San Francisco, CA 94104