1  SHANNON S. LINDSAY, State Bar #227174
   Reuben & Junius, LLP
2  One Bush Street, Suite 600
   San Francisco, CA  94104
3  Telephone:     (415) 567-9000
   Facsimile:     (415) 399-9480
4
   ERIC HECKER (admitted *pro hac vice*)
5  Emery Celli Brinckerhoff & Abady LLP
   75 Rockefeller Plaza, 20th Floor
6  New York, NY 10019
   Telephone: (212) 763-5000
7  Facsimile:  (212) 763-5001

8  Attorneys for Plaintiff
   METRO FUEL LLC
9
   DENNIS J. HERRERA, State Bar #139669
10 City Attorney
   KRISTEN A. JENSEN, State Bar #130196
11 THOMAS S. LAKRITZ, State Bar #161234
   VICTORIA WONG, State Bar #214289
12 Deputy City Attorneys
   City Hall, Room 234
13 1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102
14 Telephone:     (415) 554-6547
   Facsimile:     (415) 554-4757
15 E-Mail:        tom.lakritz@sfgov.org

16 Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
17

18                 UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20 METRO FUEL LLC, a Delaware limited          Case No. C07-6067 PJH
   liability company,
21                                             The Honorable Phyllis J. Hamilton
                    Plaintiff,
22                                             JOINT CASE MANAGEMENT
           vs.                                 STATEMENT AND [~~PROPOSED~~]
23                                             ORDER
   CITY OF SAN FRANCISCO, a municipal
24 corporation, COUNTY OF SAN                  Hearing Date:    February 11, 2010
   FRANCISCO, a subdivision of the State       Time:            2:30 P.M.
25 of California, CITY AND COUNTY OF
   SAN FRANCISCO, a chartered California
26 city and county and DOE 1 through DOE
   10,
27
                    Defendants.
28

1   The parties in this action hereby submit this Joint Case Management Statement and advise the

2   Court as follows:

3       1.      On April 17, 2008, Metro Fuel filed its First Amended Complaint.

4       2.      In its First Amended Complaint, Metro Fuel alleged one cause of action under 42

5   U.S.C. § 1983.  Metro Fuel's one cause of action, however, was premised on three distinct legal

6   theories.  First, in paragraphs 23-80, Metro Fuel alleged that Article 6 of the San Francisco Planning

7   Code violated the First Amendment of the U.S. Constitution (the "*Metro Lights* claim").  Second, in

8   paragraphs 81-89, Metro Fuel alleged that the practical effect of San Francisco's ban on new general

9   advertising signs (San Francisco Planning Code section 611) is the reservation "for itself a monopoly

10  over outdoor advertising signs in San Francisco" in violation of the First Amendment of the U.S.

11  Constitution (the "Government Monopoly claim").  Third, in paragraphs 90-101, Metro Fuel alleged

12  that various provisions of Article 6 of the San Francisco Planning Code discriminate against non-

13  commercial speech in violation of the First Amendment of the U.S. Constitution (the "Non-

14  Commercial Speech claim").

15      3.      On August 29, 2008, the City filed a motion for judgment on the pleadings under

16  Fed.R.Civ.P. 12(c) attacking Metro Fuel's *Metro Lights* claim on several grounds.  On September 12,

17  2008, Metro Fuel filed its opposition to the City's motion.

18      4.      On January 6, 2009, the United States Court of Appeals for the Ninth Circuit (the

19  "Ninth Circuit") issued its decision in *Metro Lights, L.L.C. v. City of Los Angeles,* 551 F.3d 898 (9th

20  Cir. 2009) (the "*Metro Lights* decision").  The Ninth Circuit held that Los Angeles's regulatory

21  scheme prohibiting new off-site general advertising signs did not violate the First Amendment, even

22  though Los Angeles allowed off-site advertising on city-owned transit stops and other street furniture.

5.     Metro Fuel conceded that the *Metro Lights* decision, to the extent it is not reversed in an *en banc* proceeding or by the United States Supreme Court, disposed of its *Metro Lights* claim in this action against San Francisco.

6.     On January 20, 2009, the parties filed a stipulation stating that the parties agreed that this Court should grant San Francisco's motion for judgment on the pleadings with respect to the *Metro Lights* claim alleged in paragraphs 23-80 of the First Amended Complaint.

7.     On January 22, 2009, this Court entered an order granting the City's motion for judgment on the pleadings in part and dismissing Metro Fuel's *Metro Lights* claim.

8.     On or about April 16, 2009, the United States Court of Appeals for the Ninth Circuit denied the petition for rehearing en banc in the *Metro Lights* case.

9.     Metro Fuel (which is the successor in interest to Metro Lights) filed its petition for certiorari to the United States Supreme Court in the *Metro Lights* case on August 31, 2009.

10.     On December 14, 2009, the United States Supreme Court denied Metro Fuel's petition for certiorari in the *Metro Lights* case.

11.     Metro Fuel has indicated to the City that it intends to move forward with its Government Monopoly and Non-Commercial Speech claims.  The City believes that these claims are susceptible to a Fed.R.Civ.Proc. 12(c) motion.  Metro Fuel believes that these claims are not susceptible to a Fed.R.Civ.Proc. 12(c) motion, and that any such motion would not be timely.

12.     The parties have met and conferred and propose the following briefing schedule for the City's Fed.R.Civ.Proc. 12(c) motion:

| | |
|---|---|
| Motion/Opening Brief | 4/02/10 |
| Opposition Brief | 4/16/10 |
| Reply Brief | 4/23/10 |
| Hearing | 5/26/10 at 9:00 a.m. |

13.     The parties request that the Case Management Conference set for February 11, 2010, be continued, if necessary, until after the Court rules on the City's' Fed.R.Civ.Proc. 12(c) motion.

Dated:  January 28, 2010                         EMERY CELLI BRINCKERHOFF & ABADY LLP


By:_____/S/_____.
                                ERIC HECKER

Dated:  January 28, 2010                         REUBEN & JUNIUS, LLP


By:_____/S/_____.
                                SHANNON S. LINDSAY

                                Attorneys for Plaintiff METRO FUEL LLC.


Dated:  January 28, 2010                         DENNIS J. HERRERA
                                City Attorney
                                KRISTEN A. JENSEN
                                THOMAS S. LAKRITZ
                                VICTORIA WONG
                                Deputy City Attorneys


By:_____/S/_____.
                                THOMAS S. LAKRITZ

                                Attorneys for Defendant CITY AND COUNTY
                                OF SAN FRANCISCO

1

**[PROPOSED] CASE MANAGEMENT ORDER**

2

       The Case Management Conference Statement of the parties is hereby adopted by the Court as

3

the Case Management Order for the case and the parties are ordered to comply with this Order.

4

5

IT IS SO ORDERED:

6

7

Dated:__2/1/10 _____     By:_____.



8

                                      HONORABLE PHYLLIS J. HAMILTON

9

                                      District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

(U.S.D.C. N.D. Cal. General Order 45, Section X.B)


I obtained the concurrence in the filing of this document from each other signatory, or from the single signatory, in compliance with U.S.D.C. N.D. General Order 45, Section X.B.


Dated: January 28, 2010

DENNIS J. HERRERA
City Attorney
KRISTEN A. JENSEN
THOMAS S. LAKRITZ
VICTORIA WONG
Deputy City Attorneys


By:      _____/S/_____
THOMAS S. LAKRITZ

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO