1 JAMES A. REUBEN, State Bar #72360
  Reuben & Junius, LLP
2 One Bush Street, Suite 600
  San Francisco, CA 94104
3 Telephone:    (415) 567-9000
  Facsimile:    (415) 399-9480
4
  ERIC HECKER (admitted *pro hac vice*)
5 Emery Celli Brinckerhoff & Abady LLP
  75 Rockefeller Plaza, 20th Floor
6 New York, NY 10019
  Telephone: (212) 763-5000
7 Facsimile: (212) 763-5001

8 Attorneys for Plaintiff
  METRO FUEL LLC
9
  DENNIS J. HERRERA, State Bar #139669
10 City Attorney
   KRISTEN A. JENSEN, State Bar #130196
11 THOMAS S. LAKRITZ, State Bar #161234
   VICTORIA WONG, State Bar #214289
12 Deputy City Attorneys
   City Hall, Room 234
13 1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102
14 Telephone:    (415) 554-6547
   Facsimile:    (415) 554-4757
15 E-Mail:       tom.lakritz@sfgov.org

16 Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20 METRO FUEL LLC, a Delaware limited          Case No. C07-6067 PJH
   liability company,
21                                             The Honorable Phyllis J. Hamilton
                       Plaintiff,
22                                             **JOINT STIPULATION TO AMEND**
        vs.                                    **CASE MANAGEMENT ORDER AND**
23                                             **[PROPOSED] ORDER**
   CITY OF SAN FRANCISCO, a municipal
24 corporation, COUNTY OF SAN                  Hearing Date:        N/A
   FRANCISCO, a subdivision of the State       Time:               N/A
25 of California, CITY AND COUNTY OF
   SAN FRANCISCO, a chartered California
26 city and county and DOE 1 through DOE
   10,
27
                       Defendants.
28

JOINT STIPULATION TO AMEND CMC ORDER          1          n:\land\li2010\080804\00617985.doc
USDC No. C07-6067 PJH

1    The parties in this action hereby submit this Joint Stipulation To Amend Case Management

2   Order and advise the Court as follows:

3    1.    On January 28, 2010, the parties submitted a Joint Case Management Statement

4   advising the Court of the status of this litigation.

5    2.    Specifically, the parties proposed the following briefing schedule for the City's

6   Fed.R.Civ.Proc. 12(c) motion:

7    Motion/Opening Brief        4/02/10

8    Opposition Brief        4/16/10

9    Reply Brief        4/23/10

10    Hearing        5/26/10 at 9:00 a.m.

11

12    3.    On January 29, 2010, the Court adopted the Joint Case Management Statement and set

13   the hearing on the City's Fed.R.Civ.Proc. 12(c) motion for 5/26/10 at 9:00 a.m.

14    4.    The parties have started discussing ways to resolve this matter without additional

15   litigation.  In order to give the parties an opportunity to explore a non-litigation resolution of this

16   litigation, the parties have met and conferred on a new briefing schedule for the City's

17   Fed.R.Civ.Proc. 12(c) motion.

18    5.    The parties propose the following new briefing schedule for the City's Fed.R.Civ.Proc.

19   12(c) motion:

20

21    Motion/Opening Brief        8/04/10

22    Opposition Brief        8/18/10

23    Reply Brief        8/27/10

24    Hearing        9/15/10 at 9:00 a.m.

25

26   / / /

27   / / /

28   / / /

JOINT STIPULATION TO AMEND CMC ORDER        2        n:\land\li2010\080804\00617985.doc
USDC No. C07-6067 PJH

6. The parties are available for a conference call or for a Case Management Conference if the Court deems either appropriate.

Dated: March 24, 2010

EMERY CELLI BRINCKERHOFF & ABADY LLP

By:_____/S/_____.
ERIC HECKER

Dated: March 24, 2010

REUBEN & JUNIUS, LLP

By:_____/S/_____.
JAMES A. REUBEN

Attorneys for Plaintiff METRO FUEL LLC.

Dated: March 24, 2010

DENNIS J. HERRERA
City Attorney
KRISTEN A. JENSEN
THOMAS S. LAKRITZ
VICTORIA WONG
Deputy City Attorneys

By:_____/S/_____.
THOMAS S. LAKRITZ

Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO

1

**[PROPOSED] ORDER AMENDING CASE MANAGEMENT ORDER**

2        The Joint Stipulation To Amend the Case Management Order of the parties is hereby adopted

3   by the Court as the Amended Case Management Order for the case and the parties are ordered to

4   comply with this Order.

5

6   IT IS SO ORDERED:

7

8   Dated:   3/31/10 _____          By:_____.

9                                                      HONORABLE PHYLLIS J. HAMILTON

9                                                      United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

(U.S.D.C. N.D. Cal. General Order 45, Section X.B)

I obtained the concurrence in the filing of this document from each other signatory, or from the single signatory, in compliance with U.S.D.C. N.D. General Order 45, Section X.B.

Dated:  March 24, 2010

DENNIS J. HERRERA
City Attorney
KRISTEN A. JENSEN
THOMAS S. LAKRITZ
VICTORIA WONG
Deputy City Attorneys

By: _____/S/_____
THOMAS S. LAKRITZ

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO