DENNIS J. HERRERA, State Bar #139669
City Attorney
KRISTEN A. JENSEN, State Bar #130196
THOMAS S. LAKRITZ, State Bar #161234
VICTORIA WONG, State Bar #214289
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:     (415) 554-6547
Facsimile:     (415) 554-4747
E-Mail:        Kristen.Jensen@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRO FUEL LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county and DOE 1 through DOE 10,<br><br>        Defendants. | Case No. C07-6067 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE** |

It is hereby STIPULATED and AGREED, by and between Plaintiff Metro Fuel LLC and Defendants City of San Francisco, County of San Francisco, and City and County of San Francisco, through their undersigned attorneys of record as follows:

    1.    Plaintiff's shall file its opposition to Defendants' motion for judgment on the pleadings on or before September 8, 2010.

STIP. & [PROPOSED] ORDER           1

2. Defendants shall file their reply in further support of their motion for judgment on the pleadings on or before September 29, 2010.

3. The hearing on Defendants' motion for judgment on the pleadings, which is currently scheduled for September 15, 2010, is hereby adjourned to October 27, 2010 at 9:00 a.m., or as soon thereafter as the Court is available.

DATED: August 18, 2010         DENNIS J. HERRERA
                               City Attorney

                               By:      /s/                    .
                               KRISTEN JENSEN

                               Attorneys for Defendant CITY AND COUNTY
                               OF SAN FRANCISCO


DATED: August 18, 2010         REUBEN & JUNIUS LLP

                               By:      /s/                    .
                               JAMES REUBEN

                               Attorneys for Plaintiff METRO FUEL, LLC


DATED: August 18, 2010         EMERY CELLI BRINCKERHOFF & ABADY LLP

                               By:      /s/                    .
                               ERIC HECKER

                               Attorneys for Plaintiff METRO FUEL, LLC


IT IS SO ORDERED:

Pursuant to the stipulation of the parties, Plaintiff's shall file its opposition to Defendants' motion for judgment on the pleadings on or before September 8, 2010, Defendants shall file their reply on or before September 29, 2010, and the hearing is adjourned to October 27, 2010 at 9:00 a.m.

Dated: 8/23/10 _____         _____
                                       HONORABLE PHYLLIS J. HAMILTON
                                       JUDGE OF THE U.S. DISTRICT COURT