DENNIS J. HERRERA, State Bar #139669
City Attorney
KRISTEN A. JENSEN, State Bar #130196
THOMAS S. LAKRITZ, State Bar #161234
VICTORIA WONG, State Bar #214289
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:     (415) 554-6547
Facsimile:      (415) 554-4747
E-Mail:          Tom.Lakritz@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| METRO FUEL LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county and DOE 1 through DOE 10,<br><br>Defendants. | Case No. C07-6067 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING SCHEDULE** |
|---|---|

WHEREAS, the hearing on Defendants' motion for judgment on the pleadings is currently scheduled for Wednesday, October 27, 2010; and

WHEREAS, counsel for Plaintiff, Eric Hecker, resides in New York; and

WHEREAS, the parties believed that the Court would be receptive to a request by Mr. Hecker to appear by telephone, and only recently learned from the Court's Calendar Clerk that the Court does not allow attorneys to appear by telephone; and

STIP. & [PROPOSED] ORDER                              1

WHEREAS, Mr. Hecker is unable to travel to California to attend the hearing currently scheduled for October 27th due to another litigation matter in New York, and, because he teaches a course at Cardozo Law School that meets once a week on Wednesday in New York, he cannot attend a hearing in California on any Wednesday through and including December 8, 2010;

NOW, THEREFORE, it is hereby STIPULATED and AGREED, by and between Plaintiff Metro Fuel LLC and Defendants City of San Francisco, County of San Francisco, and City and County of San Francisco, through their undersigned attorneys of record as follows:

1. The hearing on Defendants' motion for judgment on the pleadings currently scheduled for October 27, 2010 is ADJOURNED until December 15, 2010 at 9:00 a.m.

DATED:  October 19, 2010          DENNIS J. HERRERA
                                  City Attorney


                                  By:_____/s/_____
                                  TOM LAKRITZ

                                  Attorneys for Defendant CITY AND COUNTY
                                  OF SAN FRANCISCO

DATED:  October 19, 2010          REUBEN & JUNIUS LLP

                                  By:_____/s/_____
                                  JAMES REUBEN

                                  Attorneys for Plaintiff METRO FUEL, LLC

DATED:  October 19, 2010          EMERY CELLI BRINCKERHOFF & ABADY LLP

                                  By:_____/s/_____
                                  ERIC HECKER

                                  Attorneys for Plaintiff METRO FUEL, LLC

IT IS SO ORDERED:

Pursuant to the stipulation of the parties, the hearing is adjourned to December 15, 2010 at 9:00 a.m.

Dated: 10/20/10                   _____
                                  HONORABLE PHYLLIS J. HAMILTON

STIP. & [PROPOSED] ORDER                    2

|   |   |
|---|---|
|   | JUDGE OF THE U.S. DISTRICT COURT |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28