DENNIS J. HERRERA, State Bar #139669
City Attorney
KRISTEN A. JENSEN, State Bar #130196
THOMAS S. LAKRITZ, State Bar #161234
VICTORIA WONG, State Bar #214289
Deputy City Attorney
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:     (415) 554-6547
Facsimile:     (415) 554-4757
E-Mail:        tom.lakritz@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| METRO FUEL LLC, a Delaware limited liability company, | Case No. C07-6067 PJH |
|---|---|
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| vs. | |
| CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county and DOE 1 through DOE 10, | |
| Defendants. | |

This action came on for hearing before the Court on December 15, 2010, Hon. Phyllis J. Hamilton, District Court Judge Presiding, on Defendants' second motion for judgment on the pleadings. Having read the parties' papers and carefully considered their arguments and the relevant legal authority, the Court granted Defendants' second motion for judgment on the pleadings on March 15, 2011. (Docket #140.) On January 22, 2009, based upon the stipulation of the parties, the Court

1  granted Defendants' first motion for judgment on the pleadings.  (Docket #112.)  Accordingly, all of
2  Plaintiff's claims have been resolved in the Defendants' favor.
3       IT IS ORDERED AND ADJUDGED that the Plaintiff will take nothing, the entire action be
4  dismissed on the merits, and that the Defendants shall recover costs from Plaintiff.

Dated: __3/23/11_____



_____
HONORABLE PHYLLIS J. HAMILTON
United States District Judge