FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 06 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| METRO FUEL LLC, a Delaware limited liability company,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>CITY OF SAN FRANCISCO, a municipal corporation; et al.,<br><br>        Defendants - Appellees. | No. 11-15966<br><br>D.C. No. 4:07-cv-06067-PJH<br>Northern District of California, Oakland<br><br><br>ORDER |

The conference call previously scheduled for March 8, 2012, is canceled.

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: C. Lewis Ross
Circuit Mediator

CLR/Mediation